IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amer Mohammon,                                )
  ISN # 939,                        )
  Detainee,                          )
  Guantanamo Bay Naval Station       )
  Guantanamo Bay, Cuba;              )
                 )
Boucetta Fihi,                                )
  ISN # 718,                        )
  Detainee,                          )
  Guantanamo Bay Naval Station       )
  Guantanamo Bay, Cuba;              )
                 )  **PETITION FOR A**
Elham Bataif,                                 )  **WRIT OF HABEAS CORPUS**
  ISN # 084,                        )
  Detainee,                          )  No. _____ (  )
  Guantanamo Bay Naval Station       )
  Guantanamo Bay, Cuba;              )
                 )
Jamil El-Banna,                               )
  as the Next Friend of the above-named  )
  Petitioners Khalik Dad through Bataif;  )
                 )
Sofiane Mohammed Berhoumi,                    )
  ISN # 694,                        )
  Detainee,                          )
  Guantanamo Bay Naval Station       )
  Guantanamo Bay, Cuba;              )
                 )
Abin Alhamed Abid Alsallam Alkesawi,          )
  ISN # 654,                        )
  Detainee,                          )
  Guantanamo Bay Naval Station       )
  Guantanamo Bay, Cuba;              )
                 )
Mohammed Abdullah Taha Mattan,                )
  ISN # 684,                        )
  Detainee,                          )
  Guantanamo Bay Naval Station       )
  Guantanamo Bay, Cuba;              )
                 )
Bisher Al-Rawi,                               )
  as the Next Friend of the above-named  )
  Petitioners Berhoumi to Taha Mattan;  )
                 )

**Abdul Salam Deiff,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Omar Last Name Unknown ("LNU"),**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Abdul Haq,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Abd Al Zaher,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Abu Rahan,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Najeeb LNU,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Sad Al Gahtani,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Fahd Al Fawzan,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Rashed Al Qamdi,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Bandar Al Shaibani,**
    **Detainee,**
    **Guantanamo Bay Naval Station**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Guantanamo Bay, Cuba;  )
 )
Mashal LNU,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Khald Al Barkati,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Abdulal Al Thani,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Abu Ahmed Al Jofi,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Abu Rad Al Jofi,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Abdulal LNU,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Sad Al Materi,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Seed Farha,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Saleh LNU,  )
     Detainee,  )
     Guantanamo Bay Naval Station  )
     Guantanamo Bay, Cuba;  )
 )
Maged LNU,  )

Detainee,                                      )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Zeyad Al Gassmy,                               )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Adel Hassan,                                   )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Hamad LNU,                                     )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Amir LNU,                                      )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Abu Ahmed,                                     )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Waleed LNU,                                    )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Samir LNU,                                     )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Yagoob Al Soury,                               )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                               )
Abdul Rhman,                                   )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )

)
**Zaker Chan,**                                    )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Adel Al Tunisi,**                                )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Sader LNU,**                                     )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Ali Al Kazmi,**                                  )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Khader LNU,**                                    )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Mohsen LNU,**                                    )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Abdul Rahman,**                                  )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Fahd LNU,**                                      )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Mustafa Al Shamili,**                            )
    **Detainee,**                                )
    **Guantanamo Bay Naval Station**             )
    **Guantanamo Bay, Cuba;**                    )
)
**Osama LNU,**                                     )
    **Detainee,**                                )

**Guantanamo Bay Naval Station**
**Guantanamo Bay, Cuba;**                    )
                                             )
                                             )
**Mohamed Hmadi,**                           )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )
**Fahmi LNU,**                               )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )
**Esam LNU,**                                )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )
**Mohamed Ali,**                             )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )
**Edress LNU,**                              )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )
**Sharaf Al Sanani,**                        )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )
**Seed LNU,**                                )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )
**Mahamoud Al Bhar,**                        )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )
**Khald LNU,**                               )
    **Detainee,**                            )
    **Guantanamo Bay Naval Station**         )
    **Guantanamo Bay, Cuba;**                )
                                             )

**Ali Al Qatari,**                                      )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )
                                              )
**Alla Al Mossary,**                                    )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )
                                              )
**Mohammed Al Palestini,**                              )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )
                                              )
**Saleh Mohammed Ali Azoba,**                           )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )
                                              )
**Sami Muhyedin al Hajj,**                              )
  **as the Next Friend of the above-named**   )
  **Petitioners Deiff to Ali Azoba;**         )
                                              )
**Maher El Falesteny,**                                 )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )
                                              )
**Dr. Abu Muhammad,**                                   )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )
                                              )
**Shafiq LNU,**                                         )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )
                                              )
**Nabil LNU,**                                          )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )
                                              )
**Abdunoor (Abdurahman) LNU,**                          )
  **Detainee,**                               )
  **Guantanamo Bay Naval Station**            )
  **Guantanamo Bay, Cuba;**                   )

Ridwaan Al Magrebi,                              )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Salman Al Bahri,                                 )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Fahd Al Haraazi,                                 )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Yusuf Asshihri,                                  )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Faisil LNU,                                      )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Hammad LNU,                                      )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Mahmood LNU,                                     )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Walid LNU,                                       )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Bilal LNU,                                       )
    Detainee,                                )
    Guantanamo Bay Naval Station             )
    Guantanamo Bay, Cuba;                    )
                                                 )
Saif Ullah,                                      )
    Detainee,                                )

**Guantanamo Bay Naval Station**  )
**Guantanamo Bay, Cuba;**  )
  )
**Abdallah LNU,**  )
 **Detainee,**  )
 **Guantanamo Bay Naval Station**  )
 **Guantanamo Bay, Cuba;**  )
  )
**Adil LNU,**  )
 **Detainee,**  )
 **Guantanamo Bay Naval Station**  )
 **Guantanamo Bay, Cuba;**  )
  )
**Saalih LNU,**  )
 **Detainee,**  )
 **Guantanamo Bay Naval Station**  )
 **Guantanamo Bay, Cuba;**  )
  )
**Abdullah LNU,**  )
 **Detainee,**  )
 **Guantanamo Bay Naval Station**  )
 **Guantanamo Bay, Cuba;**  )
  )
**Ali LNU,**  )
 **Detainee,**  )
 **Guantanamo Bay Naval Station**  )
 **Guantanamo Bay, Cuba;**  )
  )
**Fahd Abu Hafsa,**  )
 **Detainee,**  )
 **Guantanamo Bay Naval Station**  )
 **Guantanamo Bay, Cuba;**  )
  )
**Abdurahman LNU,**  )
 **Detainee,**  )
 **Guantanamo Bay Naval Station**  )
 **Guantanamo Bay, Cuba;**  )
  )
**Jamal Abdullah Kiyemba,**  )
 **as the Next Friend of the above-named**  )
 **Petitioners from Abu Muhammad to**  )
 **Abdurahman LNU;**  )
  )
**Abdurrachman LNU,**  )
 **Detainee,**  )
 **Guantanamo Bay Naval Station**  )
 **Guantanamo Bay, Cuba;**  )
  )

Ahmed Ben Bacha,                          )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                      )
Badr LNU,                                 )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                      )
Abdulaziz LNU,                            )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                      )
Shargowi LNU,                             )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                      )
Sanad Ali Alkaliemi,                      )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                      )
Binyam Mohammed,                          )
    as the Next Friend of the above-named )
    Petitioners from Abdurrachman LNU )
    to Alkaliemi;                     )
                                      )
Omar Ahmad,                               )
    ISN # 766                         )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                      )
Mohmad Ahmad Al Kara'any,                 )
    ISN # 269                         )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                      )
Ibraheem Zaidan,                          )
    ISN # 761                         )
    Detainee,                         )
    Guantanamo Bay Naval Station      )
    Guantanamo Bay, Cuba;             )
                                      )

Omar Mohamad Khalifah,                      )
    ISN # 695                             )
    Detainee,                             )
    Guantanamo Bay Naval Station          )
    Guantanamo Bay, Cuba;                 )
                                          )
Abdulhadi Al Hamami,                        )
    ISN # 717                             )
    Detainee,                             )
    Guantanamo Bay Naval Station          )
    Guantanamo Bay, Cuba;                 )
                                          )
Adel Ben Ahmad Al Hakeemy,                  )
    ISN # 168                             )
    Detainee,                             )
    Guantanamo Bay Naval Station          )
    Guantanamo Bay, Cuba;                 )
                                          )
Omier Ba Atash,                             )
    Detainee,                             )
    Guantanamo Bay Naval Station          )
    Guantanamo Bay, Cuba;                 )
                                          )
Shaker Aamer,                               )
    as the Next Friend of the above-named )
    Petitioners Ahmad to Atash;           )
                                          )
Abu Mohammed,                               )
    ISN # 39                              )
    Detainee,                             )
    Guantanamo Bay Naval Station          )
    Guantanamo Bay, Cuba;                 )
                                          )
Dr. Abu Mohammed,                           )
    ISN # 40                              )
    Detainee,                             )
    Guantanamo Bay Naval Station          )
    Guantanamo Bay, Cuba;                 )
                                          )
Abu Abdullah,                               )
    Detainee,                             )
    Guantanamo Bay Naval Station          )
    Guantanamo Bay, Cuba;                 )
                                          )
Abdurazzak LNU,                             )
    ISN # 219                             )
    Detainee,                             )
    Guantanamo Bay Naval Station          )

**Guantanamo Bay, Cuba;** )
)
**Abdullah Al Quatany,** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)
**Jabir Al Quatany,** )
    **ISN # 650** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)
**Zabin Thaha Assammery,** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)
**Hamad LNU,** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)
**Yakub LNU,** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)
**Jihad LNU,** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)
**Bilal LNU,** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)
**Mohammed LNU,** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)
**Abu Ahmed,** )
    **Detainee,** )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;** )
)

Abu Rawda,                                    )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Abdullah LNU,                                 )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Abdul Anasser,                                )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Mohammed LNU,                                 )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Abu Baker,                                    )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Khalid LNU,                                   )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Jalal Jalaldin,                               )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Sabel LNU,                                    )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Abdurahman LNU,                               )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Adel LNU,                                     )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )

Guantanamo Bay, Cuba;       )
                                           )

**Hammad LNU,**        )
      **Detainee,**        )
      **Guantanamo Bay Naval Station**   )
      **Guantanamo Bay, Cuba;**   )
                   )

**Thabid LNU,**      )
      **Detainee,**      )
      **Guantanamo Bay Naval Station**   )
      **Guantanamo Bay, Cuba;**   )
                   )

**Ali LNU,**      )
      **ISN # 250**      )
      **Detainee,**      )
      **Guantanamo Bay Naval Station**   )
      **Guantanamo Bay, Cuba;**   )
                   )

**Abdullah LNU,**      )
      **Detainee,**      )
      **Guantanamo Bay Naval Station**   )
      **Guantanamo Bay, Cuba;**   )
                   )

**Usama Hasan Abu Kabir,**   )
      **as the Next Friend of the above-named**   )
      **Petitioners from Abu Mohammed to**   )
      **Abdullah LNU;**   )
                   )

**Shah Baba,**      )
      **Detainee,**      )
      **Guantanamo Bay Naval Station**   )
      **Guantanamo Bay, Cuba;**   )
                   )

**Mishal Al Madany,**      )
      **Detainee,**      )
      **Guantanamo Bay Naval Station**   )
      **Guantanamo Bay, Cuba;**   )
                   )

**Ahmed Abdel Aziz,**      )
      **as the Next Friend of the above-named**   )
      **Petitioners Baba and Al Madany;**   )
                   )

**Abdullah Bo Omer Hamza Yoyej,**   )
      **ISN # 257**      )
      **Detainee,**      )
      **Guantanamo Bay Naval Station**   )
      **Guantanamo Bay, Cuba;**   )
                   )

Fawzi Khaled Abdullah Al Audha, )
 as the Next Friend of Petitioner Yoyej; )
  )
Zein Al-Abedeen, )
 ISN # 1095 )
 Detainee, )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba; )
  )
Abu Baker Qassim, )
 as the Next Friend of Petitioner )
 Al-Abedeen; )
  )
Abdul-rahman Abdo Abulghaith Sulaiman, )
 Detainee, )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba; )
  )
Abdo Abulghaith Sulaiman, )
 as the Next Friend of Petitioner )
 Abdul-rahman Sulaiman; )
  )
Mohammed Ahmed Slam Al-Khateeb, )
 Detainee, )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba; )
  )
Ahmed Slam Mohammed Al-Khateeb, )
 as the Next Friend of Petitioner )
 Mohammed Al-Khateeb; )
  )
Esmail Ali Ahmad Khalip, )
 Detainee, )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba; )
  )
Ali Ahmad Khalip, )
 as the Next Friend of Petitioner )
 Esmail Khalip; )
  )
Jamil Ahmad Saeed, )
 Detainee, )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba; )
  )
Hala Ahmad Saeed Al-Adahg, )
 as the Next Friend of Petitioner )
 Jamil Saeed; )

**Isam Himed Ali,**                                          )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**     )
    **Guantanamo Bay, Cuba;**            )
                                                            )
**Himed Ali Alibi Al-Giufye,**                              )
    **as the Next Friend of Petitioner** )
    **Himed Al-Giufye;**                 )
                                                            )
**Mohammed Ahmed Saeed Hidar,**                             )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**     )
    **Guantanamo Bay, Cuba;**            )
                                                            )
**Kaelah Ahmed Thabit Al-Ammari,**                          )
    **as the Next Friend of Petitioner** )
    **Petitioner Mohammed Hidar;**       )
                                                            )
**Tofiq Nasser Awadh Al Bihani,**                           )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**     )
    **Guantanamo Bay, Cuba;**            )
                                                            )
**Adnan Al-Bihani,**                                        )
    **as the Next Friend of Petitioner** )
    **Tofiq Nasser Awadh Al Bihani**     )
                                                            )
**Abdullah Al Rahabi,**                                     )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**     )
    **Guantanamo Bay, Cuba;**            )
                                                            )
**Ahmad Abdu Alwahab Al Rahby,**                            )
    **as the Next Friend of Petitioner** )
    **Abdullah Al Rahabi**               )
                                                            )
**Alkhadr Abdullah Al Yafie,**                              )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**     )
    **Guantanamo Bay, Cuba;**            )
                                                            )
**Ali Yayha Mahdi,**                                        )
    **as the Next Friend of Petitioner** )
    **Alkhadr Abdullah Al Yafie**        )
                                                            )
**Riyadh Ateek Ali Abdu Al Haj,**                           )
    **Detainee,**                        )

Guantanamo Bay Naval Station                    )
Guantanamo Bay, Cuba;                           )
                                                )
Mahmood Ateek Ali Abdu Al Haj                   )
        as the Next Friend of Petitioner        )
        Riyadh Ateek Ali Abdu Al Haj            )
                                                )
Abdul Aziz Naji,                                )
        Detainee,                               )
        Guantanamo Bay Naval Station            )
        Guantanamo Bay, Cuba;                   )
                                                )
Mohammed Hamid Qurany,                          )
        Detainee,                               )
        Guantanamo Bay Naval Station            )
        Guantanamo Bay, Cuba;                   )
                                                )
Abdurahman LNU,                                 )
        Detainee,                               )
        Guantanamo Bay Naval Station            )
        Guantanamo Bay, Cuba;                   )
                                                )
Tarek LNU,                                      )
        Detainee,                               )
        Guantanamo Bay Naval Station            )
        Guantanamo Bay, Cuba;                   )
                                                )
Abu Hadaifa,                                    )
        Detainee,                               )
        Guantanamo Bay Naval Station            )
        Guantanamo Bay, Cuba;                   )
                                                )
Hasan Yaunas Balgaid,                           )
        Detainee,                               )
        Guantanamo Bay Naval Station            )
        Guantanamo Bay, Cuba;                   )
                                                )
Omar Kalifa Mohammed,                           )
        Detainee,                               )
        Guantanamo Bay Naval Station            )
        Guantanamo Bay, Cuba;                   )
                                                )
Abdal Rauf Asibi,                               )
        Detainee,                               )
        Guantanamo Bay Naval Station            )
        Guantanamo Bay, Cuba;                   )
                                                )
Abdal Razak Ali,                                )

**Detainee,**
**Guantanamo Bay Naval Station**
**Guantanamo Bay, Cuba;**                     )
                                              )
                                              )
                                              )
**Faris Darnawi,**                            )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )
                                              )
**Saib Darnawi,**                             )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )
                                              )
**Salih LNU,**                                )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )
                                              )
**Muhammed Dawood,**                          )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )
                                              )
**Mohammed Rimi,**                            )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )
                                              )
**Ahmed Tripoli,**                            )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )
                                              )
**Moosa LNU,**                                )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )
                                              )
**Maher LNU,**                                )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )
                                              )
**Said Al Russi,**                            )
**Detainee,**                                 )
**Guantanamo Bay Naval Station**             )
**Guantanamo Bay, Cuba;**                     )

18

Mohammed Harbi, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Mohammed Zahrani, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Abdullah Ajaibi, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Abdullah Hamid Musleh Qahtany, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Mohammed Abdur Rahman, )
    ISN # 894 )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Omar Ramah, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Ahmed Omar, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Ali Waili Khavimi, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Ghalib Fahani, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
)
Fadl Dahimi, )

> **Detainee,**
> **Guantanamo Bay Naval Station**
> **Guantanamo Bay, Cuba;**                              )
>                                                         )
>                                                         )
>                                                         )
> **Slaim Harbi,**                                        )
> **Detainee,**                                           )
> **Guantanamo Bay Naval Station**                        )
> **Guantanamo Bay, Cuba;**                               )
>                                                         )
> **Omar Deghayes,**                                      )
> **as the Next Friend of the above-named**               )
> **Petitioners from Abdul Aziz Naji to**                 )
> **Ali Waili Khavimi;**                                  )
>                                                         )
> **Nabil Hadj,**                                         )
> **Detainee,**                                           )
> **Guantanamo Bay Naval Station**                        )
> **Guantanamo Bay, Cuba;**                               )
>                                                         )
> **Hadj Arab Nabil,**                                    )
> **Detainee,**                                           )
> **Guantanamo Bay Naval Station**                        )
> **Guantanamo Bay, Cuba;**                               )
>                                                         )
> **Jabbarov Oybek Jamolovich,**                          )
> **Detainee,**                                           )
> **Guantanamo Bay Naval Station**                        )
> **Guantanamo Bay, Cuba;**                               )
>                                                         )
>                                                         )
> *Petitioners*,                                          )
>                                                         )
>                                                         )
>                                                         )       **PETITION FOR WRIT**
>                                                         )       **OF HABEAS CORPUS**
> v.                                                      )
>                                                         )
>                                                         )       **No. _____**
>                                                         )
> **GEORGE W. BUSH,**                                     )
> **President of the United States**                      )
> **The White House**                                     )
> **1600 Pennsylvania Ave., N.W.**                        )
> **Washington, D.C. 20500;**                             )
>                                                         )
> **DONALD RUMSFELD,**                                    )
> **Secretary, United States**                            )
> **Department of Defense**                               )
> **1000 Defense Pentagon**                               )

       Washington, D.C. 20301-1000;        )
                                      )

**ARMY BRIG. GEN. JAY HOOD,**        )
      **Commander, Joint Task Force - GTMO**  )
      **JTF-GTMO**                 )
      **APO AE 09360; and**        )
                                        )

**ARMY COL. MIKE BUMGARNER,**     )
      **Commander, Joint Detention**     )
         **Operations Group, JTF - GTMO**  )
      **JTF-GTMO**                 )
      **APO AE 09360,**          )
                                        )

*Respondents.*                    )

## PETITION FOR WRIT OF HABEAS CORPUS

Petitioners seek the Great Writ. The Petitioners (collectively "Petitioners-Detainees") act on their own behalf and through their Next Friends, family members or detainees incarcerated in Guantánamo who have agreed to act as Petitioners' Next Friends in order to assist them with getting access to court. Petitioners are civilians wrongly classified as "enemy combatants" by the President of the United States, and are being held virtually *incommunicado* in military custody at the United States Naval Station in Guantánamo Bay, Cuba ("Guantánamo"). Their detention is without lawful basis, without charge, and without access to counsel or any fair process by which they might challenge their detention. Petitioners are being held under color and authority of the Executive, in violation of the Constitution, laws, and treaties of the United States, in violation of the fundamental due process principles of the common law, and in violation of customary international law. Accordingly, this Court should issue a Writ of Habeas Corpus compelling Respondents either to release the Petitioners-Detainees or establish in this Court a lawful basis for Petitioner-Detainees' detention. This Court should also order injunctive and declaratory relief.

## I.
## JURISDICTION

1.    Petitioners bring this action under 28 U.S.C. §§ 2241(a), (c)(1) and (c)(3), and 2242. Petitioners further invoke this Court's jurisdiction under 28 U.S.C. §§ 1331, 1350, 1651, 2201, and 2202; 5 U.S.C. § 702; Articles I and II of, and the Fifth and Sixth Amendments to the United States Constitution. Because they seek declaratory relief, Petitioners also rely upon Fed. R. Civ. P. 57.

2.    This Court is empowered to declare the rights and other legal relations of the parties in this matter by 28 U.S.C. § 2201, and to effectuate and enforce declaratory relief by all necessary and proper means by 28 U.S.C. § 2202, as this case involves an actual

controversy within the Court's jurisdiction, and to issue all writs necessary or appropriate in aid of its jurisdiction by 28 U.S.C. § 1651.

## II.
## PARTIES

3.     Petitioner **Amer Mohammon, ISN # 939,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammon seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

4.     Petitioner **Jamil El-Banna** is a detainee who has known Petitioner Mohammon for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mohammon has been denied access to legal counsel and to the courts of the United States, Jamil El-Banna acts as his Next Friend. *See* Declaration of Clive Stafford Smith, sworn to on December 11, 2005 ("Stafford Smith Declaration"), at ¶2; Exhibit 1. Upon information and belief, on his own and through the help of friends, Petitioner Mohammon has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamil El-Banna acts as Next Friend in order to assist Petitioner Mohammon in seeking redress for these grievances. Petitioner Jamil El-Banna is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

5.     Petitioner **Boucetta Fihi, ISN # 718,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Fihi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

6.     Petitioner **Jamil El-Banna** is a detainee who has known Petitioner Fihi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-

detainee Fihi has been denied access to legal counsel and to the courts of the United States, Jamil El-Banna acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 1. Upon information and belief, on his own and through the help of friends, Petitioner Fihi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamil El-Banna acts as Next Friend in order to assist Petitioner Fihi in seeking redress for these grievances. Petitioner Jamil El-Banna is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

7. Petitioner **Elham Bataif, ISN # 084,** is a citizen of Uzbekistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Bataif seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

8. Petitioner **Jamil El-Banna** is a detainee who has known Petitioner Bataif for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Bataif has been denied access to legal counsel and to the courts of the United States, Jamil El-Banna acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 1. Upon information and belief, on his own and through the help of friends, Petitioner Bataif has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamil El-Banna acts as Next Friend in order to assist Petitioner Bataif in seeking redress for these grievances. Petitioner Jamil El-Banna is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

9. Petitioner **Sofiane Mohammed Berhoumi, ISN # 694,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at

Guantánamo.    Petitioner Berhoumi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

10.    Petitioner **Bisher Al Rawi** is a detainee who has known Petitioner Berhoumi for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Berhoumi has been denied access to legal counsel and to the courts of the United States, Bisher Al Rawi acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 19.  Upon information and belief, on his own and through the help of friends, Petitioner Berhoumi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Bisher Al Rawi acts as Next Friend in order to assist Petitioner Berhoumi in seeking redress for these grievances.  Petitioner Bisher Al Rawi is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

11.    Petitioner **Abin Alhamed Abid Alsallam Alkesawi, ISN # 654,** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Alkesawi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

12.    Petitioner **Bisher Al Rawi** is a detainee who has known Petitioner Alkesawi for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Alkesawi has been denied access to legal counsel and to the courts of the United States, Bisher Al Rawi acts as his Next Friend.  *See* Declaration of Barbara Olshansky, sworn to on December 12, 2005 ("Olshansky Declaration"); Exhibit N.  Upon information and belief, on his own and through the help of friends, Petitioner Alkesawi has tried repeatedly to contact his family and speak to authorities about his condition and

unlawful custody. *Id.* at ¶¶16, 17. Petitioner Bisher Al Rawi acts as Next Friend in order to assist Petitioner Alkesawi in seeking redress for these grievances. Petitioner Bisher Al Rawi is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

13.  Petitioner **Mohammed Abdullah Taha Mattan, ISN # 684,** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mattan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

14.  Petitioner **Bisher Al Rawi** is a detainee who has known Petitioner Mattan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mattan has been denied access to legal counsel and to the courts of the United States, Bisher Al Rawi acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 19. Upon information and belief, on his own and through the help of friends, Petitioner Mattan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Bisher Al Rawi acts as Next Friend in order to assist Petitioner Mattan in seeking redress for these grievances. Petitioner Bisher Al Rawi is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

15.  Petitioner **Mohammed Al Palestini** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Palestini seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

16.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Palestini for a significant portion of the duration of their incarceration in Guantánamo. Because

his friend and co-detainee Al Palestini has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 22. Upon information and belief, on his own and through the help of friends, Petitioner Al Palestini has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Palestini in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

17. Petitioner **Saleh Mohammed Ali Azoba, ISN # 501,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali Azoba seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

18. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Ali Azoba for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali Azoba has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 22. Upon information and belief, on his own and through the help of friends, Petitioner Ali Azoba has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Ali Azoba in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also

presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

19. Petitioner **Abdul Salam Deiff** is a citizen of Afghanistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Deiff seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

20. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Deiff for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Deiff has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Deiff has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Deiff in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

21. Petitioner **Omar LNU** is a citizen of Afghanistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Omar seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

22. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Omar for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Omar has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Omar has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Omar in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

23. Petitioner **Abdul Haq** is a citizen of Afghanistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Haq seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

24. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Haq for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Haq has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Haq has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Haq in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

25. Petitioner **Abd Al Zaher** is a citizen of Azerbajian who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Zaher seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

26.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Zaher for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Zaher has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Zaher has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Zaher in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

27.    Petitioner **Abu Rahan** is a citizen of Bangladesh who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rahan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

28.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Rahan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rahan has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Rahan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Rahan in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

29.    Petitioner **Alla Al Mossary** is a citizen of Egypt who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Mossary seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

30.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Mossary for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Mossary has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Mossary has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Mossary in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

31.    Petitioner **Najeeb LNU** is a citizen of Morocco who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Najeeb seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

32.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Najeeb for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Najeeb has been denied access to legal counsel and to the courts of

the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Najeeb has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Najeeb in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

33.   Petitioner **Sad Al Gahtani, ISN # 200,** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Gahtani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

34.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Gahtani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Gahtani has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Gahtani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Gahtani in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

35.  Petitioner **Fahd Al Fawzan** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Fawzan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

36.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Fawzan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Fawzan has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Fawzan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Fawzan in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

37.  Petitioner **Rashed Al Qamdi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Qamdi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

38.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Qamdi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Qamdi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and

through the help of friends, Petitioner Al Qamdi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Qamdi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

39.    Petitioner **Bandar Al Shaibani** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Shaibani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

40.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Shaibani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Shaibani has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Shaibani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Shaibani in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

41.    Petitioner **Mashal LNU** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mashal

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

42.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Mashal for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mashal has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Mashal has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Mashal in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

43.  Petitioner **Khald Al Barkati** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Barkati seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

44.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Barkati for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Barkati has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2 Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Barkati has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner

Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Barkati in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

45.    Petitioner **Abdulal Al Thani** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Thani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

46.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Thani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Thani has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Thani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Thani in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

47.    Petitioner **Abu Rad Al Jofi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abu Rad Al Jofi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

48.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Abu Rad Al Jofi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abu Rad Al Jofi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Abu Rad Al Jofi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Abu Rad Al Jofi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

49.   Petitioner **Abu Ahmed Al Jofi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abu Ahmed Al Jofi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

50.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Abu Ahmed Al Jofi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abu Ahmed Al Jofi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Abu Ahmed Al Jofi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Abu Ahmed Al Jofi in seeking redress for these grievances. Petitioner

Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

51.   Petitioner **Abdulal LNU** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdulal seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

52.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Abdulal for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdulal has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Abdulal has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Abdulal in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

53.   Petitioner **Sad Al Materi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Materi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

54.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Materi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Materi has been denied access to legal counsel and to the

courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Materi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Materi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

55.     Petitioner **Seed Farha** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Farha seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

56.     Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Farha for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Farha has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Farha has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Farha in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

57.     Petitioner **Saleh LNU** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Saleh seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

58. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Saleh for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Saleh has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Saleh has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Saleh in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

59. Petitioner **Maged LNU** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Maged seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

60. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Maged for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Maged has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Maged has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Maged in seeking

redress for these grievances.  Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

61.  Petitioner **Zeyad Al Gassmy** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Al Gassmy seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

62.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Gassmy for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Al Gassmy has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 2.  Upon information and belief, on his own and through the help of friends, Petitioner Al Gassmy has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Gassmy in seeking redress for these grievances.  Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

63.  Petitioner **Adel Hassan** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Hassan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

64.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Hassan for a significant portion of the duration of their incarceration in Guantánamo.  Because his

friend and co-detainee Hassan has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Hassan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Hassan in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

65.  Petitioner **Hamad LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hamad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

66.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Hamad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hamad has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Hamad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Hamad in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

67.   Petitioner **Amir LNU** is a citizen of Sudan who is presently incarcerated and held in
Respondents' unlawful custody and control at Guantánamo. Petitioner Amir seeks a writ
of habeas corpus compelling Respondents either to release him or to establish before this
Court a lawful basis for his detention.

68.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Amir for a
significant portion of the duration of their incarceration in Guantánamo. Because his
friend and co-detainee Amir has been denied access to legal counsel and to the courts of
the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith
Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the
help of friends, Petitioner Amir has tried repeatedly to contact his family and speak to
authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami
Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Amir in seeking redress
for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and
held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

69.   Petitioner **Abu Ahmed** is a citizen of Sudan who is presently incarcerated and held in
Respondents' unlawful custody and control at Guantánamo. Petitioner Ahmed seeks a
writ of habeas corpus compelling Respondents either to release him or to establish before
this Court a lawful basis for his detention.

70.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Ahmed for a
significant portion of the duration of their incarceration in Guantánamo. Because his
friend and co-detainee Ahmed has been denied access to legal counsel and to the courts
of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith
Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the
help of friends, Petitioner Ahmed has tried repeatedly to contact his family and speak to

authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Ahmed in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

71. Petitioner **Waleed LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Waleed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

72. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Waleed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Waleed has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Waleed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Waleed in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

73. Petitioner **Samir LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Samir seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

74. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Samir for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Samir has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Samir has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Samir in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

75. Petitioner **Yagoob Al Soury** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Soury seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

76. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Soury for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Soury has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Soury has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Soury in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

77.    Petitioner **Abdul Rhman** is a citizen of Tajikistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rhman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

78.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Rhman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rhman has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Rhman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Rhman in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

79.    Petitioner **Zaker Chan** is a citizen of Tajikistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Chan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

80.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Chan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Chan has been denied access to legal counsel and to the courts of

the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Chan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Chan in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

81.  Petitioner **Adel Al Tunisi** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Tunisi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

82.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Tunisi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Tunisi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Tunisi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Tunisi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

83.  Petitioner **Sader LNU** is a citizen of Turkistan, China who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Sader

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

84.     Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Sader for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Sader has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Sader has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Sader in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

85.     Petitioner **Ali Al Kazmi, ISN # 172,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Kazmi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

86.     Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Kazmi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Kazmi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Kazmi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Kazmi in seeking

redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

87. Petitioner **Khader LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khader seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

88. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Khader for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Khader has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Khader has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Khader in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

89. Petitioner **Mohsen LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohsen seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

90. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Mohsen for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Mohsen has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Mohsen has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Mohsen in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

91. Petitioner **Abdul Rahman** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

92. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Rahman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rahman has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Rahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Rahman in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

93.    Petitioner **Fahd LNU** is a citizen of Yemen who is presently incarcerated and held in
Respondents' unlawful custody and control at Guantánamo. Petitioner Fahd seeks a writ
of habeas corpus compelling Respondents either to release him or to establish before this
Court a lawful basis for his detention.

94.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Fahd for a
significant portion of the duration of their incarceration in Guantánamo. Because his
friend and co-detainee Fahd has been denied access to legal counsel and to the courts of
the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith
Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the
help of friends, Petitioner Fahd has tried repeatedly to contact his family and speak to
authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami
Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Fahd in seeking redress
for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and
held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

95.    Petitioner **Mustafa Al Shamili** is a citizen of Yemen who is presently incarcerated and
held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Shamili
seeks a writ of habeas corpus compelling Respondents either to release him or to
establish before this Court a lawful basis for his detention.

96.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Shamili
for a significant portion of the duration of their incarceration in Guantánamo. Because
his friend and co-detainee Al Shamili has been denied access to legal counsel and to the
courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford
Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and
through the help of friends, Petitioner Al Shamili has tried repeatedly to contact his

family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Shamili in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

97.    Petitioner **Osama LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Osama seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

98.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Osama for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Osama has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Osama has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Osama in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

99.    Petitioner **Mohamed Hmadi** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hmadi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

100. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Hmadi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hmadi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Hmadi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Hmadi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

101. Petitioner **Fahmi LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Fahmi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

102. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Fahmi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Fahmi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Fahmi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Fahmi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

103. Petitioner **Esam LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Esam seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

104. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Esam for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Esam has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Esam has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Esam in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

105. Petitioner **Mohamed Ali** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

106. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Ali for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

107. Petitioner **Edress LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Edress seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

108. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Edress for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Edress has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Edress has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Edress in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

109. Petitioner **Sharaf Al Sanani** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Sanani

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

110.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Sanani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Sanani has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Sanani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Sanani Al Sanani in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

111.  Petitioner **Seed LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Seed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

112.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Seed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Seed has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Seed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami

Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Seed in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

113. Petitioner **Mahamoud Al Bhar** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Bhar seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

114. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Bhar for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Bhar has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Bhar has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Bhar in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

115. Petitioner **Khald LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khald seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

116. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Khald for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Khald has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Khald has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Khald in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

117. Petitioner **Ali Al Qatari** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Qatari seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

118. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Qatari for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Qatari has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Qatari has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Qatari in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

119.    Petitioner **Maher El Falesteny, ISN # 519,** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner El Falesteny seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention. *See* Olshansky Declaration; Exhibit M.

120.    Petitioner **Abdunoor (a/k/a Abdurahman),** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdunoor seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

121.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Abdunoor for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdunoor has been denied access to legal counsel and to the courts of the United States, Jamal Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 6. Upon information and belief, on his own and through the help of friends, Petitioner Abdunoor has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Abdunoor in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

122.    Petitioner **Dr. Abu Muhammad, ISN #039,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Dr. Abu Muhammad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

123.  Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Dr. Abu Muhammad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Dr. Abu Muhammad has been denied access to legal counsel and to the courts of the United States, Jamal Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Dr. Abu Muhammad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Dr. Abu Muhammad in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

124.  Petitioner **Shafiq LNU** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Shafiq seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

125.  Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Shafiq for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Shafiq has been denied access to legal counsel and to the courts of the United States, Jamal Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Shafiq has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Shafiq in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

126.    Petitioner **Nabil LNU** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Nabil seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

127.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Nabil for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Nabil has been denied access to legal counsel and to the courts of the United States, Jamal Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Nabil has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Nabil in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

128.    Petitioner **Ridwaan Al Magrebi** is a citizen of Morocco who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Magrebi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

129.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Al Magrebi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Magrebi has been denied access to legal counsel and to the

courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Al Magrebi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Al Magrebi in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

130. Petitioner **Salman Al Bahri** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Bahri seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

131. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Al Bahri for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Bahri has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Al Bahri has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Al Bahri in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

132.    Petitioner **Fahd Al Haraazi** is a citizen of Saudi Arabia who is presently incarcerated
and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al
Haraazi seeks a writ of habeas corpus compelling Respondents either to release him or to
establish before this Court a lawful basis for his detention.

133.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Al Haraazi
for a significant portion of the duration of their incarceration in Guantánamo. Because
his friend and co-detainee Al Haraazi has been denied access to legal counsel and to the
courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See*
Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own
and through the help of friends, Petitioner Al Haraazi has tried repeatedly to contact his
family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17.
Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Al
Haraazi in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is
also presently incarcerated and held in Respondents' unlawful custody and control at
Guantánamo. *Id.* at ¶2.

134.    Petitioner **Yusuf Asshihri** is a citizen of Saudi Arabia who is presently incarcerated and
held in Respondents' unlawful custody and control at Guantánamo. Petitioner Asshihri
seeks a writ of habeas corpus compelling Respondents either to release him or to
establish before this Court a lawful basis for his detention.

135.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Asshihri
for a significant portion of the duration of their incarceration in Guantánamo. Because
his friend and co-detainee Asshihri has been denied access to legal counsel and to the
courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See*
Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own

and through the help of friends, Petitioner Asshihri has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Asshihri in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

136.    Petitioner **Faisil LNU** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Faisil seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

137.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Faisil for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Faisil has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Faisil has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Faisil in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

138.    Petitioner **Hammad LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hammad seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

139.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Hammad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hammad has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Hammad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Hammad in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

140.    Petitioner **Mahmood LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mahmood seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

141.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Mahmood for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mahmood has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Mahmood has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17.

Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Mahmood in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

142. Petitioner **Walid LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Walid seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

143. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Walid for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Walid has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Walid has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Walid in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

144. Petitioner **Bilal LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Bilal seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

145.   Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Bilal for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Bilal has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Bilal has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Bilal in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

146.   Petitioner **Saif Ullah** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ullah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

147.   Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Ullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ullah has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Ullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Ullah in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

148.  Petitioner **Abdallah LNU** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdallah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

149.  Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Abdallah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdallah has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Abdallah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Abdallah in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

150.  Petitioner **Adil LNU** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Adil seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

151.  Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Adil for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Adil has been denied access to legal counsel and to the courts of

the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Adil has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Adil in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

152. Petitioner **Saalih LNU** is a citizen of Turkey who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Saalih seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

153. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Saalih for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Saalih has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Saalih has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Saalih in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

154. Petitioner **Abdullah LNU** is a citizen of Uzbekistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdullah

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

155. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Abdullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdullah has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Abdullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Abdullah in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

156. Petitioner **Ali LNU** is a citizen of Uzbekistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

157. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Ali for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal

Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

158. Petitioner **Fahd Abu Hafsa** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hafsa seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

159. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Hafsa for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hafsa has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Hafsa has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Hafsa in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

160. Petitioner **Abdurahman LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

161. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Abdurahman for a significant portion of the duration of their incarceration in

Guantánamo. Because his friend and co-detainee Abdurahman has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Abdurahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Abdurahman in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

162.    Petitioner **Abdurrahman LNU, ISN #659,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurrachman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

163.    Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Abdurrachman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdurrachman has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 3. Upon information and belief, on his own and through the help of friends, Petitioner Abdurrachman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Abdurrachman in seeking redress for these grievances. Petitioner Binyam Mohammed is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

164.    Petitioner **Ahmed Ben Bacha,** ISN #290, is a citizen of Algeria who is presently
incarcerated and held in Respondents' unlawful custody and control at Guantánamo.
Petitioner Bacha seeks a writ of habeas corpus compelling Respondents either to release
him or to establish before this Court a lawful basis for his detention.

165.    Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Bacha for a
significant portion of the duration of their incarceration in Guantánamo.  Because his
friend and co-detainee Bacha has been denied access to legal counsel and to the courts of
the United States, Binyam Mohammed acts as his Next Friend.  *See* Stafford Smith
Declaration, at ¶2; Exhibit 17.  Upon information and belief, on his own and through the
help of friends, Petitioner Bacha has tried repeatedly to contact his family and speak to
authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Binyam
Mohammed acts as Next Friend in order to assist Petitioner Bacha in seeking redress for
these grievances.  Petitioner Binyam Mohammed is also presently incarcerated and held
in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

166.    Petitioner **Badr LNU,** ISN #1461, is a citizen of Pakistan who is presently incarcerated
and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Badr
seeks a writ of habeas corpus compelling Respondents either to release him or to
establish before this Court a lawful basis for his detention.

167.    Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Badr for a
significant portion of the duration of their incarceration in Guantánamo.  Because his
friend and co-detainee Badr has been denied access to legal counsel and to the courts of
the United States, Binyam Mohammed acts as his Next Friend.  *See* Stafford Smith
Declaration, at ¶2; Exhibit 3.  Upon information and belief, on his own and through the
help of friends, Petitioner Badr has tried repeatedly to contact his family and speak to

authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17.  Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Badr in seeking redress for these grievances.  Petitioner Binyam Mohammed is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

168.    Petitioner **Abdulaziz LNU,** ISN #687, is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdulaziz seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

169.    Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Abdulaziz for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Abdulaziz has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 17.  Upon information and belief, on his own and through the help of friends, Petitioner Abdulaziz has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Abdulaziz in seeking redress for these grievances.  Petitioner Jamal Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

170.    Petitioner **Shargowi LNU,** ISN #1457, is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Shargowi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

171.   Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Shargowi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Shargowi has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 3. Upon information and belief, on his own and through the help of friends, Petitioner Shargowi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Shargowi in seeking redress for these grievances. Petitioner Binyam Mohammed is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

172.   Petitioner **Sanad Ali Alkaliemi,** ISN #1453, is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Alkaliemi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

173.   Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Alkaliemi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Alkaliemi has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 3. Upon information and belief, on his own and through the help of friends, Petitioner Alkaliemi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Alkaliemi in seeking redress for these grievances. Petitioner Binyam Mohammed is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

174.  Petitioner **Omar Ahmad, ISN #766,** is a citizen of Canada who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ahmad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

175.  Petitioner **Shaker Aamer** is a detainee who has known Petitioner Ahmad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ahmad has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Ahmad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Ahmad in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

176.  Petitioner **Mohmad Ahmad Al Kara'any, ISN #269,** is a citizen of Chad who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Kara'any seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

177.  Petitioner **Shaker Aamer** is a detainee who has known Petitioner Kara'any for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Kara'any has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Kara'any has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Kara'any in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

178.    Petitioner **Ibraheem Zaidan,** ISN #761, is a citizen of Jordan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Zaidan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

179.    Petitioner **Shaker Aamer** is a detainee who has known Petitioner Zaidan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Zaidan has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Zaidan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Zaidan in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

180.    Petitioner **Omar Mohamad Khalifah,** ISN #695, is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khalifah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

181.   Petitioner **Shaker Aamer** is a detainee who has known Petitioner Khalifah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Khalifah has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Khalifah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Khalifah in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

182.   Petitioner **Abdulhadi Al Hamami,** ISN #717, is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Hamami seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

183.   Petitioner **Shaker Aamer** is a detainee who has known Petitioner Al Hamami for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Hamami has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Al Hamami has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Al Hamami in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

184.   Petitioner **Adel Ben Ahmad Al Hakeemy,** ISN #168, is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hakeemy seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

185.   Petitioner **Shaker Aamer** is a detainee who has known Petitioner Hakeemy for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hakeemy has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Hakeemy has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Hakeemy in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

186.   Petitioner **Omier Ba Atash,** ISN #1456, is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Atash seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

187.   Petitioner **Shaker Aamer** is a detainee who has known Petitioner Atash for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Atash has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Atash has tried repeatedly to contact his family and speak to authorities about

his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Atash in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

188.    Petitioner **Abu Mohammed,** ISN #39, is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abu Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

189.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abu Mohammed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abu Mohammed has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abu Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abu Mohammed in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

190.    Petitioner **Dr. Abu Mohammed,** ISN #40, is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Dr. Abu Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

191.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Dr. Abu Mohammed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Dr. Abu Mohammed has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief, on his own and through the help of friends, Petitioner Dr. Abu Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Dr. Abu Mohammed in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

192.    Petitioner **Abu Abdullah,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Abu Abdullah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

193.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abu Abdullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abu Abdullah has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief, on his own and through the help of friends, Petitioner Abu Abdullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abu Abdullah in seeking redress for these grievances.  Petitioner Usama Hasan

Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

194. Petitioner **Abdurazzak LNU, ISN #219,** is a citizen of Kazakhstan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurazzak seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

195. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abdurazzak for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdurazzak has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abdurazzak has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abdurazzak in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

196. Petitioner **Abdullah Al Quatany,** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Quatany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

197. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Al Quatany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Quatany has been denied access to legal counsel and to the

courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Al Quatany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Al Quatany in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

198.    Petitioner **Jabir Al Quatany,** ISN #650, is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jabir Al Quatany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

199.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Jabir Al Quatany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Jabir Al Quatany has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Jabir Al Quatany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Jabir Al Quatany in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

200.  Petitioner **Zabin Thaha Assammery,** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Assammery seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

201.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Assammery for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Assammery has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Assammery has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Assammery in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

202.  Petitioner **Hamad LNU,** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hamad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

203.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Hamad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hamad has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and

84

through the help of friends, Petitioner Hamad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Hamad in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

204. Petitioner **Yakub LNU,** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Yakub seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

205. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Yakub for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Yakub has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Yakub has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Yakub in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

206. Petitioner **Jihad LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jihad seeks a writ

of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

207. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Jihad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Jihad has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Jihad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Jihad in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

208. Petitioner **Bilal LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Bilal seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

209. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Bilal for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Bilal has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Bilal has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Bilal in seeking redress

for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

210.  Petitioner **Mohammed LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

211.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Mohammed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mohammed has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Mohammed in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

212.  Petitioner **Abu Ahmed** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ahmed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

213.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Ahmed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ahmed has been denied access to legal counsel and to the courts

of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford

Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and

through the help of friends, Petitioner Ahmed has tried repeatedly to contact his family

and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17.

Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner

Ahmed in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is

also presently incarcerated and held in Respondents' unlawful custody and control at

Guantánamo. *Id.* at ¶2.

214.    Petitioner **Abu Rawda** is a citizen of Syria who is presently incarcerated and held in

Respondents' unlawful custody and control at Guantánamo. Petitioner Rawda seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before

this Court a lawful basis for his detention.

215.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Rawda for a

significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Rawda has been denied access to legal counsel and to the courts of

the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the

help of friends, Petitioner Rawda has tried repeatedly to contact his family and speak to

authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama

Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Rawda in seeking

redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.*

at ¶2.

216.    Petitioner **Abdullah LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdullah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

217.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abdullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdullah has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abdullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abdullah in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

218.    Petitioner **Abdul Anasser** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Anasser seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

219.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Anasser for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Anasser has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and

through the help of friends, Petitioner Anasser has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Anasser in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

220.  Petitioner **Mohammed LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

221.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Mohammed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mohammed has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Mohammed in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

222.  Petitioner **Abu Baker** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Baker seeks a writ

of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

223.   Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Baker for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Baker has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Baker has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Baker in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

224.   Petitioner **Khalid LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khalid seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

225.   Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Khalid for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Khalid has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Khalid has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Khalid in seeking

redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

226. Petitioner **Jalal Jalaldin** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jalaldin seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

227. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Jalaldin for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Jalaldin has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Jalaldin has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Jalaldin in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

228. Petitioner **Sabel LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Sabel seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

229. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Sabel for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Sabel has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Sabel has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Sabel in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

230.    Petitioner **Abdurahman LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

231.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abdurahman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdurahman has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abdurahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abdurahman in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

232. Petitioner **Adel LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Adel seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

233. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Adel for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Adel has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Adel has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Adel in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

234. Petitioner **Hammad LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hammad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

235. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Hammad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hammad has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Hammad has tried repeatedly to contact his

family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Hammad in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

236. Petitioner **Thabid LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Thabid seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

237. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Thabid for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Thabid has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Thabid has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Thabid in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

238. Petitioner **Ali LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

239.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Ali for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

240.    Petitioner **Abdullah LNU** is a citizen of Turkestan/Kazakhstan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdullah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

241.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abdullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdullah has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abdullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abdullah in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is

also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

242.    Petitioner **Shah Baba** is a citizen of Pakistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Baba seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

243.    Petitioner **Ahmed Abdel Aziz** is a detainee who has known Petitioner Baba for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Baba has been denied access to legal counsel and to the courts of the United States, Ahmed Abdel Aziz acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 18. Upon information and belief, on his own and through the help of friends, Petitioner Baba has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Ahmed Abdel Aziz acts as Next Friend in order to assist Petitioner Baba in seeking redress for these grievances. Petitioner Ahmed Abdel Aziz is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

244.    Petitioner **Mishal Al Madany** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Madany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

245.    Petitioner **Ahmed Abdel Aziz** is a detainee who has known Petitioner Madany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Madany has been denied access to legal counsel and to the courts of the United States, Ahmed Abdel Aziz acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 18. Upon information and belief, on his own and through the help of friends, Petitioner Madany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Ahmed Abdel Aziz acts as Next Friend in order to assist Petitioner Madany in seeking redress for these grievances. Petitioner Ahmed Abdel Aziz is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

246. Petitioner **Abdullah Bo Omer Hamza Yoyej,** ISN #257, is a citizen of Tajikistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Yoyej seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

247. Petitioner **Fawzi Khaled Abdullah Al Audha** is a detainee who has known Petitioner Yoyej for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Yoyej has been denied access to legal counsel and to the courts of the United States, Fawzi Khaled Abdullah Al Audha acts as his Next Friend. *See* Olshansky Declaration; Exhibit L. Upon information and belief, on his own and through the help of friends, Petitioner Yoyej has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Fawzi Khaled Abdullah Al Audha acts as Next Friend in order to assist Petitioner Yoyej in seeking redress for these grievances. Petitioner Fawzi Khaled Abdullah Al Audha is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at Exhibit L.

248. Petitioner **Zein Al-Abedeen,** ISN #1095, is a citizen of Tajikistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.

Petitioner Al-Abedeen seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

249.   Petitioner **Abu Baker Qassim** is a detainee who has known Petitioner Al-Abedeen for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al-Abedeen has been denied access to legal counsel and to the courts of the United States, Abu Baker Qassim acts as his Next Friend. *See* Olshansky Declaration; Exhibit B. Upon information and belief, on his own and through the help of friends, Petitioner Al-Abedeen has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Abu Baker Qassim acts as Next Friend in order to assist Petitioner Al-Abedeen in seeking redress for these grievances. Petitioner Abu Baker Qassim is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at Exhibit B.

250.   Petitioner **Abdul-rahman Abdo Abulgaith Sulaiman** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdul-rahman Sulaiman seeks a writ of habeas corpus compelling Respondents either to release him or establish before this Court a lawful basis for his detention.

251.   Petitioner **Abdo Abulgaith Sulaiman** is Petitioner Abdul-rahman Sulaiman's father. *See* Olshansky Declaration; Exhibit A. Because his son has been denied access to legal counsel and to the courts of the United States, Petitioner Abdo Abulgaith Sulaiman acts as his Next Friend. *Id.* Upon information and belief, on his own and through the help of friends, Petitioner Abdul-rahman Sulaiman has tried repeatedly to contact his father and speak to authorities about his condition and unlawful custody. Petitioner Abdo Abulgaith Sulaiman acts as Next Friend in order to assist his son in seeking redress for these grievances.

252. Petitioner **Mohammed Ahmed Slam Al-Khateeb,** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammed Al-Khateeb seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

253. Petitioner **Ahmed Slam Mohammed Al-Khateeb** is Petitioner Mohammed Al-Khateeb's son. Because his father has been denied access to legal counsel and to the courts of the United States, Petitioner Ahmed Slam Mohammed Al-Khateeb acts as his Next Friend. *See* Olshansky Declaration; Exhibit I. Upon information and belief, on his own and through the help of friends, Petitioner Mohammed Al-Khateeb has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Ahmed Slam Mohammed Al-Khateeb acts as Next Friend in order to assist Petitioner Al-Khateeb in seeking redress for these grievances.

254. Petitioner **Esmail Ali Ahmad Khalip,** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Email Khalip seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

255. Petitioner **Ali Ahmad Khalip** is a member of Petitioner Esmail Khalip's family. Because his relative Petitioner Email Khalip has been denied access to legal counsel and to the courts of the United States, Petitioner Ali Ahmed Khalip acts as his Next Friend. *See* Olshansky Declaration; Exhibit H. Upon information and belief, on his own and through the help of friends, Petitioner Esmail Khalip has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Ali Ahmed Khalip acts as Next Friend in order to assist Petitioner Esmail Khalip in seeking redress for these grievances.

256.   Petitioner **Jamil Ahmad Saeed,** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jamil Saeed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

257.   Petitioner **Hala Ahmad Saeed Al-Adahg** is Petitioner Jamil Saeed's wife. Because her husband has been denied access to legal counsel and to the courts of the United States, Petitioner Hala Ahmad Saeed Al-Adahg acts as his Next Friend. *See* Olshansky Declaration; Exhibit F. Upon information and belief, on his own and through the help of friends, Petitioner Jamil Saeed has tried repeatedly to contact his wife and family and speak to authorities about his condition and unlawful custody. Petitioner Hala Ahmed Saeed Al-Adahg acts as Next Friend in order to assist Petitioner Jamil Saeed in seeking redress for these grievances.

258.   Petitioner **Isam Himed Ali** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

259.   Petitioner **Himed Ali Alibi Al-Giufye** is Petitioner Ali's father. Because his son has been denied access to legal counsel and to the courts of the United States, Petitioner Himed Ali Alibi Al-Giufye acts as his Next Friend. *See* Olshansky Declaration; Exhibit E. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Himed Ali Alibi Al-Giufye acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances.

260.  Petitioner **Mohammed Ahmed Saeed Hidar** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hidar seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

261.  Petitioner **Kaelah Ahmed Thabit Al-Ammari** is Petitioner Hidar's father. Because his son has been denied access to legal counsel and to the courts of the United States, Petitioner Kaelah Ahmed Thabit Al-Ammari acts as his Next Friend. *See* Olshansky Declaration; Exhibit G. Upon information and belief, on his own and through the help of friends, Petitioner Hidar has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Kaelah Ahmed Thabit Al-Ammari acts as Next Friend in order to assist Petitioner Hidar in seeking redress for these grievances.

262.  Petitioner **Tofiq Nasser Awadh Al-Bihani,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Tofiq Al Bihani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

263.  Petitioner **Adnan Al-Bihani** is the brother of Petitioner Tofiq Al Bihani. Because his brother has been denied access to legal counsel and to the courts of the United States, Petitioner Adnan Al-Bihani acts as his Next Friend. *See* Olshansky Declaration; Exhibit C. Upon information and belief, on his own and through the help of friends, Petitioner Tofiq Al-Bihani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Adnan Al-Bihani acts as Next Friend in order to assist Petitioner Tofiq Al-Bihani in seeking redress for these grievances.

264.  Petitioner **Abdullah Al Rahiby,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdullah Al Rahiby seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

265.  Petitioner **Ahmad Abdu Alwahab Al Rahiby** is Petitioner Abdullah Al Rahiby's brother. Because his brother has been denied access to legal counsel and to the courts of the United States, Petitiner Ahmad Abdu Alwahab Al Rahby acts as his Next Friend. *See* Olshansky Declaration; Exhibit J. Upon information and belief, on his own and through the help of friends, Petitioner Abdullah Al Rahiby has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Ahmad Abdu Alwahab Al Rahby acts as Next Friend in order to assist Petitioner Abdullah Al Rahiby in seeking redress for these grievances.

266.  Petitioner **Alkhadr Abdullah Al Yafie,** ISN #34, is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Yafie seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

267.  Petitioner **Ali Yahya Mahdi** is a detainee who has known Petitioner Al Yafie for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Yafie has been denied access to legal counsel and to the courts of the United States, Ali Yahya Mahdi acts as his Next Friend. *See* Olshansky Declaration; Exhibit D. Upon information and belief, on his own and through the help of friends, Petitioner Al Yafie has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Ali Yahya Mahdi acts as Next Friend in order to assist Petitioner Al Yafie in seeking redress for these grievances.

Petitioner Ali Yahya Mahdi is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *See* Olshansky Declaration at ¶9.

268. Petitioner **Riyadh Ateek Ali Abdu Al Haj** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Riyadh Al Haj seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

269. Petitioner **Mahmod Ateek Ali Abdu Al Haj** is Petitioner Riyadh Al Haj's brother. Because his brother has been denied access to legal counsel and to the courts of the United States, Petitioner Mahmod Ateek Ali Abdu Al Haj acts as his Next Friend. *See* Olshansky Declaration; Exhibit K. Upon information and belief, on his own and through the help of friends, Petitioner Riyadh Al Haj has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Mahmod Ateek Ali Abdu Al Haj acts as Next Friend in order to assist Petitioner Al Haj in seeking redress for these grievances.

270. Petitioner **Abdul Aziz Naji** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Naji seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

271. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Naji for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Naji has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 9. Upon information and belief, on his own and through the help of friends, Petitioner Naji has tried repeatedly to contact his family and speak to authorities about his

condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Naji in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

272.   Petitioner **Mohammed Hamid Qurany** is a citizen of Chad who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Qurany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

273.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Qurany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Qurany has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Qurany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Qurany in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

274.   Petitioner **Abdurahman LNU** is a citizen of Egypt who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

275.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Abdurahman for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Abdurahman has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 21. Upon information and belief, on his own and through the help of friends, Petitioner Abdurahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Abdurahman in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

276. Petitioner **Tarek LNU** is a citizen of Egypt/Bosnia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Tarek seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

277. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Tarek for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Tarek has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 9. Upon information and belief, on his own and through the help of friends, Petitioner Tarek has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Tarek in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

278. Petitioner **Abu Hadaifa** is a citizen of Jordan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hadaifa seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

279. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Hadaifa for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hadaifa has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Hadaifa has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Hadaifa in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

280. Petitioner **Hasan Yaunas Balgaid** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Balgaid seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

281. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Balgaid for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Balgaid has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Balgaid has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Balgaid in seeking redress for

these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

282. Petitioner **Muhammed Dawood** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Dawood seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

283. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Dawood for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Dawood has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Dawood has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Dawood in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

284. Petitioner **Omar Kalifa Mohammed** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

285. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Mohammed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mohammed has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Mohammed in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

286.   Petitioner **Abdal Rauf Asibi** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Asibi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

287.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Asibi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Asibi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Asibi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Asibi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

288.   Petitioner **Abdal Razak Ali** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

289.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Ali for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

290.    Petitioner **Faris Darnawi** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Faris Darnawi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

291.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Faris Darnawi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Faris Darnawi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Faris Darnawi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Faris Darnawi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

292. Petitioner **Saib Darnawi** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Saib Darnawi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

293. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Saib Darnawi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Saib Darnawi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Saib Darnawi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Saib Darnawi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

294. Petitioner **Salih LNU** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Salih seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

295. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Salih for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Salih has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Salih has tried repeatedly to contact his family and speak to authorities about

his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Salih in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

296. Petitioner **Mohammed Rimi** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rimi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

297. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Rimi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rimi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 10. Upon information and belief, on his own and through the help of friends, Petitioner Rimi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Rimi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

298. Petitioner **Ahmed Tripoli** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Tripoli seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

299. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Tripoli for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Tripoli has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 10. Upon information and belief, on his own and through the help of friends, Petitioner Tripoli has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Tripoli in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

300.    Petitioner **Moosa LNU** is a citizen of Morocco who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Moosa seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

301.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Moosa for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Moosa has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 12. Upon information and belief, on his own and through the help of friends, Petitioner Moosa has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Moosa in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

302.    Petitioner **Maher LNU** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Maher seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

303.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Maher for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Maher has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 13. Upon information and belief, on his own and through the help of friends, Petitioner Maher has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Maher in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

304.    Petitioner **Said Al Russi** is a citizen of Russia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Russi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

305.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Al Russi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Russi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 14. Upon information and belief, on his own and through the help of friends, Petitioner Al Russi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Al Russi in seeking redress for

these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

306. Petitioner **Mohammed Harbi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Harbi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

307. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Harbi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Harbi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 15. Upon information and belief, on his own and through the help of friends, Petitioner Harbi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Harbi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

308. Petitioner **Mohammed Zahrani** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Zahrani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

309. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Zahrani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Zahrani has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 9. Upon information and belief, on his own and through the help of friends, Petitioner Zahrani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Zahrani in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

310. Petitioner **Abdullah Ajaibi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ajaibi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

311. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Ajaibi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ajaibi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Ajaibi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Ajaibi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

312. Petitioner **Abdullah Hamid Musleh Qahtany** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Qahtany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

313.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Qahtany for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Qahtany has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 11.  Upon information and belief, on his own and through the help of friends, Petitioner Qahtany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Qahtany in seeking redress for these grievances.  Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

314.    Petitioner **Mohammed Abdur Rahman**, ISN #894, is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Rahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

315.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Rahman for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Rahman has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 11.  Upon information and belief, on his own and through the help of friends, Petitioner Rahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Rahman in seeking redress for these grievances.  Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

316.  Petitioner **Omar Ramah** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Ramah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

317.  Petitioner **Omar Deghayes** is a detainee who has known Petitioner Ramah for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Ramah has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 16.  Upon information and belief, on his own and through the help of friends, Petitioner Ramah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Ramah in seeking redress for these grievances.  Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

318.  Petitioner **Ahmed Omar** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Omar seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

319.  Petitioner **Omar Deghayes** is a detainee who has known Petitioner Omar for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Omar has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 11.  Upon information and belief, on his own and through the help of friends, Petitioner Omar has tried repeatedly to contact his family and speak to authorities about

his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Omar in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

320.    Petitioner **Ali Waili Khavimi** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khavimi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

321.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Khavimi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Khavimi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Khavimi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Khavimi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

322.    Petitioner **Ghalib Fahani, ISN #128,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Fahani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

323.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Fahani for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Fahani has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Fahani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Fahani in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

324. Petitioner **Fadl Dahimi** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Dahimi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

325. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Dahimi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Dahimi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Dahimi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Dahimi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

326. Petitioner **Slaim Harbi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Harbi

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

327.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Harbi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Harbi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 15. Upon information and belief, on his own and through the help of friends, Petitioner Harbi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Harbi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

328.    Petitioner **Nabil Hadj** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hadj seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention. *See* Stafford Smith Declaration; Exhibit 23.

329.    Petitioner **Hadj Arab Nabil** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hadj Arab Nabil seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention. *See* Stafford Smith Declaration; Exhibit 20.

330.    Petitioner **Jabbarov Oybek Jamolovich** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jamolovich seeks a writ of habeas corpus compelling Respondents either to

release him or to establish before this Court a lawful basis for his detention. *See* Stafford Smith Declaration; Exhibit 24.

331. Respondent George W. Bush is the President of the United States and Commander-in-Chief of the United States Military. Petitioners-Detainees are being detained pursuant to President Bush's authority as Commander-in-Chief, under the laws and usages of war or, alternatively, pursuant to the Executive Order of November 13, 2001, Detention, Treatment, and Trial of Certain Non-Citizens in the War Against Terrorism, 66 Fed. Reg. 57,833 (November 13, 2001) ("Executive Order"). President Bush is responsible for Petitioners-Detainees' unlawful detention and is sued in his official capacity.

332. Respondent Donald Rumsfeld is the Secretary of the United States Department of Defense. Pursuant to the President's authority as Commander-in-Chief, his authority under the laws and usages of war or, alternatively, pursuant to the Executive Order, Respondent Rumsfeld has been charged with maintaining the custody and control of Petitioners-Detainees. He is sued in his official capacity.

333. Respondent Brigadier Gen. Jay Hood is the Commander of Joint Task Force-GTMO, the task force running the detention operation at Guantánamo Bay. He has supervisory responsibility for Petitioners-Detainees and is sued in his official capacity.

334. Respondent Army Colonel Mike Bumgarner is the Commander of the Joint Detention Operations Group and the JTF-GTMO detention camps, including the U.S. facility where Petitioners-Detainees are presently held. He is the immediate custodian responsible for Petitioner-Detainees' detention and is sued in his official capacity.

335. Respondents are directly responsible for any activities undertaken by or under the supervision of any agents or employees acting on their behalf, or of agents or employees of private contractors ("contractor employees") with whom any agency under

Respondents' authority or supervision has contracted for the provision of services at Guantanamo. All references to Respondents' actions in this Petition include activities performed by Respondents' agents or employees, other government agents or employees or contractor employees.

### III.
### STATEMENT OF FACTS

336. Upon information and belief, Petitioners-Detainees are not, nor have they ever been, enemy aliens, lawful or unlawful belligerents, or combatants of any kind under any definition adopted by the government in any civil or military proceeding.

337. Petitioners-Detainees are not, nor have they ever been "enemy combatants" who were "part of or supporting forces hostile to the United States or coalition partners in Afghanistan and who were engaged in an armed conflict against the United States there." *Hamdi v. Rumsfeld*, 542 U.S. 507, 124 S. Ct. 2633, 2639 (plurality) (2004).

338. Petitioners-Detainees seek to enforce their rights to a judicial determination by an appropriate and lawful authority as to whether there is a lawful and factual basis for Respondents' determination that they are either "enemy combatants" as defined by the United States Supreme Court in *Hamdi* or "enemy combatants" as that term has been defined and used by the Executive in the Combatant Status Review Tribunals.

339. Upon information and belief, at the time of their seizure and detention, Petitioners-Detainees were not members of the Taliban Government's armed forces or Al Qaeda. Prior to their detention, they did not commit any violent act against any American person or property. They had no involvement, direct or indirect, in the terrorist attacks on the United States on September 11, 2001, the ensuing international armed conflict, or any act of international terrorism attributed by the United States to Al Qaeda. They remain incarcerated at the U.S. Naval base at Guantánamo, Cuba, a territory over which the

United States exercises exclusive jurisdiction and control. *See Rasul v. Bush*, 542 U.S. 466 (2004).

340. Petitioners-Detainees have requested that the United States provide them with access to their family and legal counsel. To date, their only outside contact has been through letters to family members.

341. Petitioners-Detainees have not been afforded any procedures that would satisfy their rights under the most fundamental common law notions of due process, the U.S. Constitution, the laws and treaties of the United States, or customary international law.

342. Upon information and belief, Petitioners-Detainees desire to pursue in United States courts every available legal challenge to the lawfulness of their detention.

### The Joint Resolution

343. In the wake of the September 11, 2001 attacks on the United States, the United States, at the direction of President Bush, began a massive military campaign against the Taliban government, then in power in Afghanistan. On September 18, 2001, a Joint Resolution of Congress authorized President Bush to use force against the "nations, organizations, or persons" that "planned, authorized, committed, or aided the terrorist attacks on September 11, 2001, or [that] harbored such organizations or persons." Joint Resolution 23, Authorization for Use of Military Force, Public Law 107-40, 115 Stat. 224 (Jan. 18, 2001) ("Joint Resolution").

344. As Petitioners-Detainees did not participate in the armed conflict at any point in time, they are not properly detained pursuant to President Bush's authority as Commander-in-Chief, under the laws and usages of war, or the Joint Resolution.

### The Executive Order

345.    On November 13, 2001, Respondent Bush issued an Executive Order authorizing

Respondent Rumsfeld to detain indefinitely anyone Respondent Bush has "reason to

believe":

i.      is or was a member of the organization known as al Qaeda;
ii.     has engaged in, aided or abetted, or conspired to commit, acts of international
        terrorism, or acts in preparation therefor, that have caused, threaten to cause, or
        have as their aim to cause, injury to or adverse effects on the United States, its
        citizens, national security, foreign policy, or economy; or
iii.    has knowingly harbored one or more individuals described in subparagraphs (i)
        and (ii).

*See* Executive Order, 66 Fed. Reg. 57,833, § 2 (November 13, 2001).   President Bush

must make this determination in writing.   The Executive Order was neither authorized

nor directed by Congress, and is beyond the scope of the Joint Resolution of September

18, 2001.

346.    The Executive Order purports to vest President Bush with the sole discretion to identify

individuals who fall within its purview.   It establishes no standards governing the

exercise of his discretion.   Once a person has been detained, the Executive Order contains

no provision for that person to be notified of the charges he may face.   The Executive

Order authorizes detainees to be confined indefinitely without charges.   It contains no

provision for a detainee to be notified of his rights under domestic and international law,

and provides neither the right to counsel, nor rights to notice of consular protection or to

consular access at the detainee's request.   It provides no right to appear before a neutral

tribunal to review the basis for or the legality of a detainee's continued detention and

contains no provision for recourse to an Article III court.   In fact, the Executive Order

expressly bars review by any court.   The Executive Order authorizes indefinite and

unreviewable detention, based on nothing more than President Bush's written determination that an individual is subject to its terms.

347.   The Executive Order was promulgated in the United States and in this judicial district, the decision to incarcerate Petitioners-Detainees was made by Respondents in the United States and in this judicial district, the decision to detain Petitioners-Detainees at Guantánamo was made in the United States and in this judicial district, and the decision to continue detaining Petitioners-Detainees was, and is, being made by Respondents in the United States and in this judicial district.

348.   Upon information and belief, President Bush has never certified or determined in any manner, in writing or otherwise, that Petitioners-Detainees are subject to the Executive Order.

349.   Petitioners-Detainees are not properly subject to the Executive Order.

350.   Petitioners-Detainees have not been, and are not being, detained lawfully either pursuant to the Executive Order, President Bush's authority as Commander-in-Chief, and/or the laws and usages of war in that Petitioners-Detainees have been denied the process due to them under the common law and the Due Process Clause of the Fifth Amendment to the Constitution of the United States, domestic civil and military law, and international law.

**Guantánamo Bay Naval Station**

351.   On or about January 11, 2002, the United States military began transporting prisoners captured in Afghanistan to Camp X-Ray at the United States Naval Base in Guantánamo Bay, Cuba. In April 2002, prisoners were transferred to Camp Delta, a more permanent prison facility at Guantánamo. Currently, some prisoners are housed in Camp Delta and Camp Five, an additional maximum-security interrogation and detention center.

352.  Prisoners incarcerated at Guantánamo are entitled to test the legality of their detention in the federal courts. *See Rasul v. Bush*, 524 U.S. 466, 124 S. Ct. 2686, 2698 (2004).

353.  On a date unknown to counsel, but known to Respondents, the United States military transferred Petitioners-Detainees to Guantánamo, where they have been held ever since, in the custody and control of Respondents.

### The Conditions of Detention at Guantánamo

354.  Since gaining control of Petitioners-Detainees, the United States military has held them virtually *incommunicado*.

355.  Upon information and belief, Petitioners-Detainees have been or will be interrogated repeatedly by agents of the United States Departments of Defense and Justice, and the Central Intelligence Agency, though they have not been charged with an offense and have not been notified of any pending or contemplated charges.  They have not appeared before a lawful military or civilian tribunal, and have not been provided access to counsel or the means to contact and secure counsel.  They have not been adequately informed of their rights under the United States Constitution, the regulations of the United States Military, the Geneva Convention, the International Covenant on Civil and Political Rights, the American Declaration on the Rights and Duties of Man, the 1954 Convention Relating to the Status of Refugees or customary international law.  Indeed, Respondents have taken the position that Petitioners-Detainees should not be informed of these rights.  As a result, Petitioners-Detainees lack any ability to protect or to vindicate his rights under domestic and international law.

356.  Upon information and belief, Petitioners-Detainees have been forced to provide involuntary statements to Respondents' agents at Guantanamo.

357.    Upon information and belief, Petitioners-Detainees have been held under conditions that violate their constitutional and international rights to dignity and freedom from torture and from cruel, inhuman and degrading treatment or punishment. *See, e.g.,* Amnesty International, "Guantánamo and Beyond: The Continuing Pursuit of Unchecked Executive Power," at 83-115, Ch. 12-13, AMR 51/063/2005 (13 May 2005); Physicians for Human Rights, "Break Them Down: Systematic Use of Psychological Torture by US Forces," Ch.3 (2005); United Nations Press Release, "United Nations Human Rights Experts Express Continued Concern About Situation of Guantánamo Bay Detainees," Feb. 4, 2005; International Committee of the Red Cross, Press Release, "The ICRC's Work at Guantánamo Bay," Nov. 30, 2004; International Committee of the Red Cross, Operational Update, "US Detention Related to the Events of September 11, 2001 and Its Aftermath - the Role of the ICRC," July 26, 2004; Amnesty International, *United States of America: Human Dignity Denied: Torture and Accountability in the 'War on Terror'*, at 22 (Oct. 27, 2004) (available at http://web.amnesty.org/library/Index/ENGAMR 511452004); Barry C. Scheck, *Abuse of Detainees at Guantanamo Bay*, The Nat'l Assoc. of Criminal Defense Lawyers Champion, Nov. 2004, at 4-5.

358.    Indeed, many of these violations – including isolation for up to 30 days, 28-hour interrogations, extreme and prolonged stress positions, sleep deprivation, sensory assaults, forced nudity and humiliation, hooding, and the use of dogs to create anxiety and terror – were actually interrogation techniques approved for use at Guantánamo by the most senior Department of Defense lawyer. *See e.g.*, Action Memo from William J. Haynes II, General Counsel, DOD, to Secretary of Defense (Nov. 27, 2002); *Pentagon Working Group Report on Detainee Interrogations in the Global War on Terrorism:*

*Assessment of Legal, Historical, Policy and Operational Considerations*, at 62-65 (Apr. 4, 2003).[1]

359.    In a confidential report to the United States government, the ICRC charged the U.S. military with intentional use during interrogations of psychological and physical coercion on prisoners at Guantánamo that is "tantamount to torture." *See* Neil A. Lewis, "Red Cross Finds Detainee Abuse in Guantánamo," *New York Times*, Nov. 30, 2004, at A1. The report includes claims that doctors and other medical workers at Guantánamo participated in planning for interrogations. *Id.*; *see also* M. Gregg Bloche and Jonathan H. Marks, "When Doctors Go to War," *New England Journal of Medicine*, Jan. 6, 2005, at 3-4.

360.    Since details of the ICRC's Report emerged, new revelations of abuse and torture at Guantánamo have appeared, including FBI memos detailing torture and "highly aggressive interrogation techniques" including 24-plus hour interrogations involving beatings, temperature extremes, dogs, prolonged isolation, and loud music. *See, e.g.,* Carol D. Leonnig, "Guantanamo Detainee Says Beating Injured Spine; Now in Wheelchair, Egyptian-Born Teacher Objects to Plan to Send Him to Native Land," *Wash. Post*, Aug. 13, 2005, at A18; Amnesty International, "Guantánamo and Beyond: The Continuing Pursuit of Unchecked Executive Power," at 83-115, Ch. 12-13, AMR 51/063/2005 (13 May 2005); Amnesty International, *Guantánamo: An Icon of Lawlessness,* Jan. 6, 2005, at 3-5; Neil A. Lewis, "Fresh Details Emerge on Harsh

---

[1] Additional details of the cruel and degrading conditions suffered by detainees at Guantanamo are set out at length in a statement by numerous released British detainees. *See* Shafiq Rasul, Asif Iqbal & Rhuhel Ahmed, *Composite Statement: Detention in Afghanistan and Guantanamo Bay*, 300, *at* http://www.ccr-ny.org/v2/reports/docs/Gitmo-compositestatementFINAL23 july04.pdf). The Department of Defense also informed the Associated Press that a number of interrogators at Guantánamo were demoted or reprimanded after investigations into accusations of abuse at the facility. *See Report Details Guantanamo Abuses*, Assoc. Press, Nov. 4, 2004.

Methods at Guantánamo," *New York Times*, Jan. 1, 2005, at A11; Carol D. Leonnig, "Further Detainee Abuse Alleged; Guantánamo Prison Cited in FBI Memos," *Washington Post*, Dec. 26, 2004, at A1; Neil A. Lewis and David Johnston, "New F.B.I. Memos Describe Abuses of Iraq Inmates," *New York Times*, Dec. 21, 2004, at A1; Dan Eggen and R. Jeffrey Smith, "FBI Agents Allege Abuse of Detainees at Guantánamo Bay," *Washington Post*, Dec. 21, 2004, at A1; Neil A. Lewis, "F.B.I. Memos Criticized Practices at Guantánamo," *New York Times*, Dec. 7, 2004, at A19.

361.   In fact, many of the egregious interrogation techniques used in the Abu Ghraib Detention Center and other detention facilities in Iraq—such as the use of aggressive dogs to intimidate detainees, sexual humiliation, stress positions, and sensory deprivation—were pioneered at Guantánamo. *See* Josh White, "Abu Ghraib Dog Tactics Came From Guantanamo; Testimony Further Links Procedures at 2 Facilities," *Wash. Post*, July 27, 2005, at A14; *and* Josh White, "Abu Ghraib Tactics Were First Used at Guantanamo," *Wash. Post*, July 14, 2005 at A1.

362.   The unlawful interrogation techniques used by Respondents at Guantánamo include not only direct physical and psychological abuse but also impermissible conduct intended to undermine the detainees' due process rights, such as representing to detainees that government agents are their habeas lawyers for the express purpose of extracting information from the detainees. *See* Sam Hannel, "Lawyers Describe Guantánamo Detainees," *Seattle Post-Intelligencer*, Jan. 19, 2005.

363.   In addition, military defense lawyers assigned to represent detainees before the military commissions have been instructed to limit their representation of detainees in a manner that would operate to the detriment of their clients in violation of due process

requirements. *See* David Johnston & Neil Lewis, "Lawyer Says Military Tried To Coerce Detainee's Plea," *NY Times,* June 16, 2005, at A25 (Late Ed.).

364. Respondents, acting individually or through their agents, have stated that the humanitarian limitations which normally apply to the U.S. military's use of coercive interrogation techniques under the auspices of the Department of Defense, *do not apply* to interrogations conducted by CIA agents or other specially-designated government officers assigned to such work. *See* Amnesty International, "Guantánamo and Beyond: The Continuing Pursuit of Unchecked Executive Power," at 27-43, Ch. 5, AMR 51/063/2005 (13 May 2005); Eric Lichtblau, "Gonzales Says '02 Policy on Detainees Doesn't Bind CIA," *New York Times*, Jan. 19, 2005, at A17; Dan Eggen and Charles Babington, "Torture by U.S. Personnel Illegal, Gonzales Tells Senate," *Washington Post*, Jan. 18, 2005, at A4.

365. In published statements, President Bush and Secretary Rumsfeld, and the predecessors of Hood and Bumgarner, respectively, Lehnert and Carrico, have proclaimed that the United States may hold the detainees under their current conditions indefinitely. *See, e.g.,* Roland Watson, *The Times* (London), Jan. 18, 2002 ("Donald Rumsfeld, the U.S. Defense Secretary, suggested last night that Al-Qaeda prisoners could be held indefinitely at the base. He said that the detention of some would be open-ended as the United States tried to build a case against them."); Lynne Sladky, Assoc. Press, Jan. 22, 2002 ("Marine Brig. Gen. Mike Lehnert, who is in charge of the detention mission, defended the temporary cells where detainees are being held 'We have to look at Camp X-ray as a work in progress [...]' Lehnert told CNN. Lehnert said plans are to build a more permanent prison 'exactly in accordance with federal prison standards.'"); John Mintz, "Extended Detention in Cuba Mulled," *The Washington Post*, February 13, 2002 ("As the

Bush Administration nears completion of new rules for conducting military trials of foreign detainees, U.S. officials say they envision the naval base at Guantanamo Bay, Cuba, as a site for the tribunals and as a terrorist penal colony for many years to come.").

366. According to the Department of Defense, detainees who are adjudged innocent of all charges by a military commission may nevertheless be kept in detention at Guantanamo indefinitely. *See* Department of Defense Press Background Briefing of July 3, 2003, at http://www.defenselink.mil/transcripts/2003/tr20030703-0323.html (last visited August 24, 2005).

367. Counsel for Respondents have also consistently maintained that the United States may hold the detained Petitioners under their current conditions indefinitely. *In re Guantánamo Detainee Cases*, Nos. 02-CV-0299 (CKK), *et al.*, (D.D.C.), Tr. of Dec. 1, 2004 Oral Argument on Motion to Dismiss at 22-24, Statements of Principle Deputy Associate Attorney Gen. Brian Boyle; *see also* Dana Priest, "Long-Term Plan Sought for Terror Suspects," *Wash. Post*, Jan. 2, 2005, at A1.

368. In fact, the Government has failed to release a number of Guantánamo detainees even after it has determined that the detainees are "no longer enemy combatants." *See* Robin Wright, "Chinese Detainees Are Men Without a Country; 15 Muslims, Cleared of Terrorism Charges, Remain at Guantanamo With Nowhere to Go," *Wash. Post*, August 24, 2005, at A1 (Final Ed.); Ben Fox, "U.S. to Ease Conditions for Some Detainees," *Chicago Trib.*, Aug. 11, 2005, at C4.

369. The Government has acknowledged its plan to begin constructing a new, more permanent detention facility at Guantánamo. Christopher Cooper, "In Guantánamo, Prisoners Languish in a Sea of Red Tape," *Wall Street Journal*, Jan. 26, 2005, at A1; Associated Press, "Guantánamo Takes on the Look of Permanency," Jan. 9, 2005.

**Rendition**

370.    During interrogations, the Guantánamo detainees have also been threatened with rendition or transfer to countries that permit indefinite detention without charge or trial and/or routinely practice torture. Upon information and belief, the United States has secretly transferred detainees to such countries without complying with the applicable legal requirements for extradition. This practice, known as "extraordinary rendition," is used to facilitate interrogation by subjecting detainees to torture. *See* Jane Mayer, "Outsourcing Torture: The Secret History of American's "Extraordinary Rendition" Program, *The New Yorker*, Feb. 14, 2005, at 106.

371.    The U.S. government's "extraordinary rendition" program has been well documented by key American and international news organizations, including the *Washington Post*, *The Los Angeles Times*, and the British Broadcasting Corporation (the "BBC"). According to news accounts:

> Since September 11, the U.S. government has secretly transported dozens of people suspected of links to terrorists to countries other than the United States bypassing extradition procedures and legal formalities, according to Western diplomats and intelligence source. The suspects have been taken to countries . . . whose intelligence services have close ties to the CIA and where they can be subjected to interrogation tactics -- including torture and threats to families -- that are illegal in the United States, the sources said. In some cases, U.S. intelligence agents remain closely involved in the interrogations, the sources said.

Rajiv Chanrasekaran & Peter Finn, "U.S. Behind Secret Transfer of Terror Suspects," *Wash. Post*, Mar. 11, 2002, at A1; *see also* Dana Priest, "Long Term Plan Sought for Terror Suspects," *Wash. Post*, Jan. 2, 2005, at A1 ("The transfers, called 'renditions,' depend on arrangements between the United States and other countries, such as Egypt . . . that agree to have local security services hold certain suspects in their facilities for interrogation by CIA and foreign liaison officers.").

372.    In fact, the Government has recently announced its intention to render many Guantánamo detainees to countries which have a documented record of human rights violations, including state-sponsored torture. *See, e.g.,* Matthew Waxman, "Beyond Guantanamo," *Wash. Times*, Aug. 20, 2005, at A17; Robin Wright and Josh White, "U.S. Holding Talks on Return of Detainees; Administration Close to Reaching Agreements With 10 Muslim Governments," *Wash. Times*, Aug. 9, 2005, at A13; Neil Lewis, "Guantanamo Detention Site Is Being Transformed, U.S. Says," *NY Times*, Aug. 6, 2005, at A8 (Late Ed.); Paul Richter, "U.S. to Repatriate 110 Afghans Jailed at Guantanamo Bay," *LA Times*, Aug. 5, 2005, at A18.

373.    Moreover, upon information and belief, the Government is conditioning the transfer or rendering of detainees to their countries of origin on the requirement that the home country imprison the detainee without regard to the detainee's individual factual or legal situation. *See* Robin Wright and Josh White, "U.S. Holding Talks on Return of Detainees; Administration Close to Reaching Agreements With 10 Muslim Governments," *Wash. Post*, August 9, 2005, at A13; BBC Worldwide Monitoring, "USA to release 107 Yemenis from Guantanamo Bay," August 10, 2005 (available from LEXIS, MWP90 file) ("The US authorities declared few days ago that they would extradite detainees from Guantanamo Bay to Afghanistan, Saudi Arabia and Yemen on the condition [that they are] to be put in jail.").

374.    Upon information and belief, Petitioner-Detainees were:  a) initially taken into custody against their will not by American forces but instead by bounty hunters who then handed him over to the Americans for sums ranging from $3,000 to $15,000; b) rendered by the U.S. government to third countries for interrogation under torture prior to their transport to Guantánamo for detention; c) seized from other countries far outside the zone of

134

military hostilities in Afghanistan and placed in military detention; and/or d) were tortured and abused during interrogations and at other times while in detention at Guantánamo.

375.   Upon information and belief, some or all of Petitioner-Detainees are presently at risk of being rendered, returned or transferred without lawful process to a country that permits indefinite detention without process and/or engages in torture or abuse during interrogation.

## IV.
## CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
### (COMMON LAW DUE PROCESS AND DUE PROCESS CLAUSE OF THE FIFTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES - UNLAWFUL DEPRIVATION OF LIBERTY)

376.   Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

377.   By the actions described above, Respondents, acting under color of law, have violated and continue to violate common law principles of due process as well as the Due Process Clause of the Fifth Amendment to the Constitution of the United States. President Bush has ordered the prolonged, indefinite, and arbitrary detention of individuals including Petitioners-Detainees, without due process of law, and the remaining Respondents have implemented those orders. Respondents' actions deny Petitioners-Detainees the process accorded to persons seized and detained by the United States military in times of armed conflict as established by, *inter alia*, the Uniform Code of Military Justice, Army Regulation 190-8, Articles 3 and 5 of the Third and Fourth Geneva Conventions, the common law, and customary international law as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

378. To the extent that Petitioners-Detainees' detention purports to be authorized by the Executive Order, that Order violates the Fifth Amendment on its face and as applied to Petitioners-Detainees, and therefore also violates 28 U.S.C. § 2241 (c)(3).

379. To the extent that Petitioner-Detainees' detention is without basis in law and violates the common law principles of due process embodied in 28 U.S.C. § 2241 (c)(1), Petitioners-Detainees' detention is unlawful.

380. Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief as well as any other relief the Court may deem appropriate.

SECOND CLAIM FOR RELIEF
(DUE PROCESS CLAUSE OF THE FIFTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES - UNLAWFUL CONDITIONS OF CONFINEMENT)

381. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

382. By the actions described above, Respondents, acting under color of law, have violated and continue to violate the right of Petitioners-Detainees to be free from unlawful conditions of confinement, in violation of the Due Process Clause of the Fifth Amendment to the Constitution of the United States.

383. Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief as well as any other relief the Court may deem appropriate.

THIRD CLAIM FOR RELIEF
(GENEVA CONVENTIONS - ARBITRARY DENIAL OF DUE PROCESS)

384. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

385. By the actions described above, Respondents, acting under color of law, have denied and continue to deny Petitioners-Detainees the process accorded to persons seized and detained by the United States military in times of armed conflict as established by specific provisions of the Third and Fourth Geneva Conventions.

386. Violations of the Geneva Conventions are direct treaty violations and are also violations of customary international law, and constitute an enforceable claim under 28 U.S.C. § 2241 (c)(3).

387. Respondents are liable for this conduct described above, insofar as they set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified, and/or conspired to violate the Geneva Conventions.

388. Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief as well as any other relief the Court may deem appropriate.

FOURTH CLAIM FOR RELIEF
(INTERNATIONAL HUMANITARIAN AND HUMAN RIGHTS LAW -
ARBITRARY DENIAL OF DUE PROCESS)

389. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

390. By the actions described above, Respondents have denied and continue to deny Petitioners-Detainees the process due to persons seized and detained by the United States military in times of armed conflict as establish by customary international humanitarian and human rights law as reflected, expressed, and defined in multilateral treaties and other international instruments and domestic judicial decisions, and other authorities.

391. Because Respondents are detaining Petitioners-Detainees "under or by color of the authority of the United States," they are violating 28 U.S.C. § 2241(c)(1), and because Respondents are detaining Petitioners-Detainees "in violation of the Constitution or laws or treaties of the United States," they are also violating 28 U.S.C. § 2241(c)(3). Petitioners-Detainees are therefore entitled to habeas relief.

392. Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief as well as any other relief the Court may deem appropriate.

FIFTH CLAIM FOR RELIEF
(ALIEN TORT STATUTE - TORTURE)

393. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

394.  By the actions described above, the Respondents directed, ordered, confirmed, ratified, and/or conspired together and with others to bring about acts that deliberately and intentionally inflicted severe physical and psychological abuse and agony upon Petitioners-Detainees in order to obtain coerced information or confessions from him, punish or intimidate Petitioners-Detainees or for other purposes. Among other abuses, Petitioners-Detainees have been held in and surrounded by conditions of isolation; constant vulnerability to repeated interrogation and severe beatings; the threat or reality of being kept in cages with no privacy; shackled with heavy chains and irons; placed in solitary confinement or the threat of solitary confinement for minor rule infractions for prolonged periods of time; interrogated while shackled and chained in painful positions; exposed to extremes of temperature; subjected to violent behavior or the threat of violence; threatened with rendition to countries that practice torture; sexually humiliated; denied access to counsel and family; deprived of adequate medical care; and subjected to repeated psychological abuse.

395. The acts described herein constitute torture in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violate customary international law prohibiting torture as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

396. Respondents are liable for said conduct because they directed, ordered, confirmed, ratified, and/or conspired together and with others to commit the acts of torture against Petitioners-Detainees.

397.   Petitioners-Detainees were forced to suffer severe physical and psychological abuse and agony and are entitled to habeas, declaratory, and injunctive relief and other relief to be determined at trial.

## SIXTH CLAIM FOR RELIEF
## (ALIEN TORT STATUTE - WAR CRIMES)

398.   Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

399.   By the actions described above, Respondents' acts directing, ordering, confirming, ratifying, and/or conspiring to bring about the torture and other inhumane treatment of Petitioners-Detainees constitute war crimes and/or crimes against humanity in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated, among others, the Fourth Geneva Convention, Common Article III of the Geneva Conventions and Additional Protocols I and II of the Geneva Conventions as well as customary international law prohibiting war crimes as reflected, expressed, and defined in other multilateral treaties and international instruments, international and domestic judicial decision, and other authorities.

400.   As a result of Respondents' unlawful conduct, Petitioners-Detainees have been and are forced to suffer severe physical and psychological abuse and agony, and are therefore entitled to declaratory, and injunctive relief, and such other relief as the Court may deem appropriate.

## SEVENTH CLAIM FOR RELIEF
## (ALIEN TORT STATUTE –
## CRUEL, INHUMAN OR DEGRADING TREATMENT)

401.   Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

65.    The acts described herein had the intent and the effect of grossly humiliating and debasing Petitioners-Detainees, forcing them to act against their will and conscience, inciting fear and anguish, and breaking their physical or moral resistance.

66.    The acts described herein constitute cruel, inhuman or degrading treatment in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated customary international law prohibiting cruel, inhuman or degrading treatment as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

67.    Respondents are liable for said conduct in that they directed, ordered, confirmed, ratified, and/or conspired together and with others to cause the cruel, inhuman or degrading treatment of Petitioners-Detainees.

68.    Petitioners-Detainees were forced to suffer severe physical and psychological abuse and agony and are entitled to declaratory and injunctive relief as well as other relief to be determined at trial.

### EIGHTH CLAIM FOR RELIEF
### (ALIEN TORT STATUTE -
### ARBITRARY ARREST AND PROLONGED ARBITRARY DETENTION)

69.    Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

70.    The acts described herein constitute arbitrary arrest and detention of Petitioners-Detainees in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated customary international law prohibiting arbitrary detention as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

71.    Respondents are liable for said conduct in that they directed, ordered, confirmed, ratified, and/or conspired together and with others to bring about the arbitrary arrest and prolonged arbitrary detention of Petitioners-Detainees in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated customary international law prohibiting arbitrary arrest and prolonged arbitrary detention as

140

reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

72. As a result of Respondents' unlawful conduct, Petitioners-Detainees have been and are deprived of their freedom, separated from their families, and forced to suffer severe physical and mental abuse, and are therefore entitled to habeas, declaratory, and injunctive relief, and such other relief as the Court may deem appropriate.

## NINTH CLAIM FOR RELIEF
### (ALIEN TORT STATUTE - ENFORCED DISAPPEARANCE)

73. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

74. By the actions described above, the Respondents directed, ordered, confirmed, ratified, and/or conspired to bring about the enforced disappearance of Petitioners-Detainees in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated customary international law prohibiting enforced disappearances as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

75. As a result of Respondents' unlawful conduct, Petitioners-Detainees have been and are deprived of his freedom, separated from his family, and forced to suffer severe physical and mental abuse, and are therefore entitled to habeas, declaratory and injunctive relief and such other relief as the Court may deem appropriate.

## TENTH CLAIM FOR RELIEF
### (ARTICLE II OF THE UNITED STATES CONSTITUTION - UNLAWFUL DETENTION)

76. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

77. Petitioners-Detainees are not, nor have they ever been, enemy aliens, lawful or unlawful belligerents, or combatants of any kind. The Executive lacks the authority to order or direct military officials to detain civilians who are seized far from the theater of war or

occupied territory or who were not "carrying a weapon against American troops on a foreign battlefield." *Hamdi v. Rumsfeld*, 524 U.S. 507, 124 S. Ct. 2633, 2642 n.1 (2004).

78.   By the actions described above, President Bush has exceeded and continues to exceed the Executive's authority under Article II of the United States Constitution by authorizing, ordering and directing that military officials seize Petitioners-Detainees and transfer them to military detention, and by authorizing and ordering their continued military detention at Guantánamo.   All of the Respondents acted and continue to act without lawful authority by directing, ordering, and/or supervising the seizure and military detention of Petitioners-Detainees.

79.   The military seizure and detention of Petitioners-Detainees by the Respondents is *ultra vires* and illegal because it is in violation of Article II of the United States Constitution. To the extent that the Executive asserts that Petitioners-Detainees' detention is authorized by the Executive Order, that Order exceeds the Executive's authority under Article II and is *ultra vires* and void on its face and as applied to Petitioners-Detainees.

80.   To the extent that Respondents assert that their authority to detain Petitioners-Detainees derives from a source other than the Executive Order, including without limitation the Executive's inherent authority to conduct foreign affairs or to serve as Commander-in-Chief of the U.S. Armed Forces, whether from Article II of the Constitution or otherwise, Respondents lack that authority as a matter of fact and law.

81.   Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief, as well as any other relief the Court may deem appropriate.

### ELEVENTH CLAIM FOR RELIEF
### (VIOLATION OF THE APA - ARBITRARY AND CAPRICIOUS UNLAWFUL DETENTION)

82.   Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

83. Army Regulation 190-8 prohibits the detention of civilians who were seized away from the field of battle or outside occupied territory or who were not engaged in combat against the United States. *See, e.g.*, Army Reg. 190-8 at 1-6(g) ("Persons who have been determined by a competent tribunal not to be entitled to prisoner of war status may not be executed, imprisoned, or otherwise penalized without further proceedings to determine what acts they have committed and what penalty should be imposed.").

84. By arbitrarily and capriciously detaining Petitioners-Detainees in military custody for over three years in the manner described above, Respondents have acted and continue to act *ultra vires* and unlawfully in violation of the Administrative Procedures Act, 5 U.S.C. § 706(2).

85. Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief, as well as any other relief the Court may deem appropriate.

TWELFTH CLAIM FOR RELIEF
(VIOLATION OF THE APA - ARBITRARY AND CAPRICIOUS
DENIAL OF DUE PROCESS)

86. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

87. By the actions described above, Respondents, acting under color of law, have arbitrarily and capriciously denied and continue to deny Petitioners-Detainees the process accorded to persons seized and detained by the United States military in times of armed conflict as established by Army Regulation 190-8 in violation of the Administrative Procedures Act, 5 U.S.C. § 706(2).

88. Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief, as well as any other relief the Court may deem appropriate.

THIRTEENTH CLAIM FOR RELIEF
(VIOLATION OF THE APA - TORTURE AND CRUEL, INHUMAN
OR DEGRADING TREATMENT)

89.    Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

90.    By the actions described above, the Respondents have acted and continue to act arbitrarily and capriciously by directing, ordering, confirming, ratifying, and/or conspiring to unlawfully subject Petitioners-Detainees to torture and/or cruel, inhuman or degrading treatment in violation of Army Regulation 190-8 and the Administrative Procedures Act, 5 U.S.C. § 706(2).

91.    Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief, as well as any other relief the Court may deem appropriate.

## FOURTEENTH CLAIM FOR RELIEF
### (VIOLATION OF THE RIGHT TO COUNSEL AND TO ACCESS TO THE COURTS)

92. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

93. Respondents, purportedly acting from a concern for national security, consistently have contrived to intrude upon Petitioners-Detainees' right to consult with counsel by conditioning counsel's access to Petitioners-Detainees on unreasonable terms, including classification/declassification procedures, all in violation of Petitioner-Detainees' attorney-client privilege, their work product privilege, and the Fifth and Sixth Amendments to the U.S. Constitution.

94. Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief, as well as any other relief the Court may deem appropriate.

## FIFTEENTH CLAIM FOR RELIEF
### (DUE PROCESS CLAUSE - RENDITION)

95.    Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

96.    Upon information and belief, Petitioners-Detainess are at risk of being rendered, expelled or returned without lawful procedures to a country that engages in torture. The transfer of Petitioners-Detainees to a country that creates a foreseeable and direct risk that they

will be subjected to torture constitutes a violation of Petitioners-Detainees' rights under the Due Process Clause of the Fifth Amendment to the United States Constitution.

97.     Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief, as well as any other relief the Court may deem appropriate.

SIXTEENTH CLAIM FOR RELIEF<br>
(CONVENTION AGAINST TORTURE AND<br>
CONVENTION RELATING TO THE STATUS OF REFUGEES - RENDITION)

98.     Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

99.     Upon information and belief, Petitioner-Detainees are at risk of being rendered, expelled or returned without lawful procedures to a country that engages in torture. The transfer of Petitioners-Detainees to a country that creates a foreseeable and direct risk that they will be subjected to torture constitutes a direct violation of Petitioners-Detainees' rights under the Covenant Against Torture and the 1954 Convention Relating to the Status of Refugees, 19 U.S.T. 6259, 189 U.N.T.S. 150 *entered into force* Apr. 22, 1954.

100.    Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief, as well as any other relief the Court may deem appropriate.

SEVENTEENTH CLAIM FOR RELIEF<br>
(ALIEN TORT STATUTE- RENDITION)

101.    Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

102.    Upon information and belief, Petitioners-Detainees are at risk of being rendered, expelled or returned without lawful procedures to a country that engages in torture. The transfer of Petitioners-Detainees to a country that creates a foreseeable and direct risk that he will be subjected to torture constitutes a violation of Petitioners-Detainees' rights under customary international law, which may be vindicated under the Alien Tort Statute.

103.    Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief, as well as any other relief the Court may deem appropriate.

## V.

## STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11(B)(3)

402.    Under the unique and extraordinary circumstances of this case, the factual allegations made in the foregoing paragraphs, and more specifically those that are made upon information and belief, are made pursuant to Rule 11(b)(3) of the Federal Rules of Civil Procedure on the basis that those allegations "are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery." Fed. R. Civ. P. 11(b)(3).

## VI.

## PRAYER FOR RELIEF

WHEREFORE, Petitioners-Detainees pray for relief as follows:

1.    Grant the Writ of Habeas Corpus and order Respondents to release Petitioners-Detainees from their current unlawful detention;

2.    Order that Petitioners-Detainees be brought before the Court or before a Magistrate Judge assigned by the Court at a convenient facility to conduct proceedings under the supervision of the Court to vindicate their rights;

3.    Order that Petitioners-Detainees cannot be transferred to any other country without the specific, written agreement of Petitioners-Detainees and Petitioners-Detainees' counsel while this action is pending;

4.    Order that Petitioners-Detainees cannot be delivered, returned, or rendered to a country where there is a foreseeable and imminent risk that Petition will be subject to torture;

5.    Order Respondents to allow counsel to meet and confer with Petitioners-Detainees in private and unmonitored attorney-client conversations;

6.    Order Respondents to cease all interrogations of Petitioners-Detainees, direct or indirect, while this litigation is pending;

7.    Order Respondents to cease all acts of torture and cruel, inhuman and degrading treatment of Petitioners-Detainees;

8.    Order and declare the Executive Order of November 13, 2001 is *ultra vires* and unlawful in violation of Article II of the United States Constitution, the Fifth Amendment to the U.S. Constitution, the Uniform Code of Military Justice, the Administrative Procedures Act, 5 U.S.C. § 702, the treaties of the United States and customary international law;

9.    Order and declare that the prolonged, indefinite, and restrictive detention of Petitioners-Detainees without due process is arbitrary and unlawful and a deprivation of liberty without due process in violation of common law principles of due process, the Due Process Clause of the Fifth Amendment to the United States Constitution, the regulations of the United States military, the treaties of the United States, and customary international humanitarian law; and

10.    Grant such other relief as the Court may deem necessary and appropriate to protect Petitioners-Detainees rights under the common law, the United States Constitution, federal statutory law and international law, including, if necessary, designating the above-specified Petitioners to act as Next Friends of Petitioners-Detainees.

Dated:  December 11, 2005

Respectfully submitted,

Counsel for Petitioners:

*Barbara J. Olshansky*

Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gita Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## <u>CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION</u>

Counsel for Petitioner hereby certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: _12/v_, 2005            _Barbara J. Olshansky_

**[counsel information]**