# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ x

Amer Mohammon,
      ISN # 939,
      Detainee,
      Guantanamo Bay Naval Station
      Guantanamo Bay, Cuba;

Boucetta Fihi,
      ISN # 718,
      Detainee,
      Guantanamo Bay Naval Station
      Guantanamo Bay, Cuba;

Elham Bataif,
      ISN # 084,
      Detainee,
      Guantanamo Bay Naval Station
      Guantanamo Bay, Cuba;

Jamil El-Banna,
      as the Next Friend of the above-named
      Petitioners Khalik Dad through Bataif;
      et al.,

    _Petitioners_,


v.


GEORGE W. BUSH,
      President of the United States
      The White House
      1600 Pennsylvania Ave., N.W.
      Washington, D.C. 20500;

DONALD RUMSFELD,
      Secretary, United States
      Department of Defense

No. _____

<pre>
        1000 Defense Pentagon                )
        Washington, D.C. 20301-1000;         )
                                             )
ARMY BRIG. GEN. JAY HOOD,                     )
        Commander, Joint Task Force - GTMO   )
        JTF-GTMO                             )
        APO AE 09360; and                    )
                                             )
ARMY COL. MIKE BUMGARNER,                     )
        Commander, Joint Detention           )
            Operations Group, JTF - GTMO     )
        JTF-GTMO                             )
        APO AE 09360,                        )
                                             )
Respondents.                                 )
                                             )
_____ x
</pre>

# DECLARATION OF CLIVE STAFFORD SMITH

## DECLARATION OF CLIVE A. STAFFORD SMITH

COMES NOW CLIVE A. STAFFORD SMITH, ESQ. and hereby declares as follows:

1.   I am the Legal Director of Reprieve, a human rights organization based in the United Kingdom.   I am a member in good standing of bars of Georgia, Louisiana and Mississippi, as well as of the United States Supreme Court and various among the lower federal courts.

2.   My clients currently or formerly detained in Guantánamo Bay Naval Station, to whom I provide habeas representation, include Omar Deghayes, Shaker Aamer, Bisher Al Rawi, Jamil El Banna, Binyam Mohammed, Usama Hasan Abu Kabir, Jamal Abdullah Kiyemba, Ahmed Abdel Aziz, Sami Muhyedin al Hajj, and Mohammed El Gharani.   All of these clients seek to act as Next Friends for the Petitioners in this matter or have provided evidence of the Petitioners' desire for legal counsel to represent them directly.

3.   I first became involved in the representation (or attempted representation) of the prisoners in Guantanamo Bay in early 2002, because I believed strongly that this nation fails in its most profound promise when it holds prisoners beyond the rule of law.

4.   In November 2004, I was first able to visit two clients in Guantanamo Bay. This opened up a new avenue for helping the prisoners get access to counsel after other efforts to help the prisoners to secure legal representation had failed or proved impractical, as described below.

5.   My clients consistently told me that other prisoners desperately wanted counsel and asked me how they could help.   My initial idea was to write out a form that my clients could take back to their cells and use as standard form for other prisoners.   If other prisoners wanted me to help them, they could fill out the form and send it to me.   However, this proved ineffective for various reasons. One was the unacceptable legal mail system from Guantanamo Bay.   I have my clients keep logs of the letters that they send me, and the ones they receive from me.   The letters that my clients send to me either do not get through to me at all, or take an unacceptably long time arriving.   Via this method, I received four signed requests for counsel on May 29, 2005, five months after they had been sent.

6.   By early 2005, there were still few prisoners for whom there were authorizations to file a petition, although I talked to my clients and learned that many were desperate to secure help.   We had to search for a more reasonable way to deliver this assistance.

7.   One of my clients showed me the English-language version of the Department of Defense's Enemy Combatant Notice (ECN) that had been distributed to detainees.   It expressly stated that a prisoner could ask "a *friend* or family member or a lawyer to file such a petition with the court."   This gave us the idea of the way in which those of my clients could act as Next Friends for the other prisoners, thereby helping the other prisoners get the legal assistance they so desperately wanted.

1

8.     I discussed this document with my clients named in ¶ 2, and they have understood this to mean that they could file a request for legal assistance for their "friends" in Guantanamo Bay who expressed their desire to challenge the legality of their detention with legal assistance.

9.     During these discussions, I also learned that many prisoners would rather have a fellow prisoner as "Next Friend" than a family member to prevent putting their families at risk in their home countries.  For example, one of my British resident clients, Jamal Kiyemba, has stated in an unclassified document that "[t]he prisoners want to know why they have to have a family member contacted on this.  It's personal.  They think this is just a way of dragging their families into this process, putting them at risk.  This is particularly true when the family is in a repressive society back home.  What is the point of having a family member involved?"

10.    My clients seeking to act as Next Friends also share a strong community of interest with the Petitioners, perhaps as strong as or stronger than that of the family members acting as Next Friends.  For example, Omar Deghayes is a long term resident of the United Kingdom with some legal training and is one of my clients who is acting as a Next Friend for other prisoners.  He has spent more than three years of wrongful imprisonment.

11.    During his incarceration in U.S. custody, Mr. Deghayes has become close to several other prisoners and acted as their Next Friend to secure legal representation. Because he speaks English and Arabic, has legal training, and possesses a sincere commitment to the prisoners' best interests, these men entrusted Mr. Deghayes to contact me to secure legal representation on their behalf.

12.    Mr. Deghayes is sometimes moved, and sometimes placed in isolation, something that is out of his control but entirely in the control of Respondents, making it more difficult for him to provide additional information should I ask him to do so.

13.    As result of Mr. Deghayes' efforts as a Next Friend, and the efforts of my other clients acting as Next Friends, numerous prisoners in Guantanamo now have legal counsel who would otherwise have gone unrepresented for perhaps years.

14.    In each instance when I secured from my clients a Next Friend authorization or a Notification of another prisoner's desire for counsel, I discussed with them the meaning and nature of a "Next Friend."  They understood that this meant that they were acting on behalf of each of the prisoners to help challenge the legality of their detention.

15.    In addition, I specifically confirmed in each instance that it was my client's understand that the prisoner was seeking legal assistance to challenge the legality of his detention, but had not been able to communicate this because of the obstacles the government creates to the prisoner's access to families, lawyers, and the court.

16.    The government has constructed substantial barriers to the prisoners' direct access to the court and legal counsel.  Between December 2001 and September 2004, the prisoners did not have any means to communicate directly with lawyers or the court.  Thus, the only

2

means available to provide legal representation to the prisoners was through their families in foreign countries.

17.    The problems for families contacting U.S. lawyers are profound.  First, the families have to know and believe that free help is available, and there is no way that we can broadcast to families all over the world that they may contact us.  Second, they must have a means to contact us, and the internet is not readily available to many people in a country such as Yemen.  Third, they need the means to overcome language barriers to communicate with U.S. lawyers.  Fourth, when I have traveled to foreign countries to try to facilitate this process it has been expensive and very difficult – there have been prisoners from fifty countries in Guantanamo Bay, many of which are not easy to visit.  Finally, some families do not know that their relative is imprisoned in Guantanamo because the U.S. government has refused to release the names of the men it holds captive.

18.    As described above, many barriers were overcome when prisoners with legal counsel learned that a "friend" could file a petition on a prisoner's behalf.

19.    Based on this, various of my clients have wanted to act as Next Friends for other prisoners with whom they have become close to while in the prison or have provided me with Notification of another prisoner's desire for counsel.  Authorizations and Notifications secured in this manner are attached to this declaration as Exhibits 1 through 24, and demonstrate in each instance that the named prisoner wishes to have legal proceedings brought on his behalf.

Pursuant to 28 U.S.C. § 1746 (1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of December, 2005.

_Clive A. Stafford Smith_
CLIVE A. STAFFORD SMITH

3

# EXHIBIT 1

**Next Friend Authorization**

I, ___JAMIL AL BANNA___, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

Amer Mohamman (Algeria) #939          A, F, E

Boucetta Fihi    (Algeria)  # 718      A, F, E

Abdulkadr Abdulkhalik Sad (Afghani) #753   P, E, A, Farsi

Mohammed Mustafa (Afghani) #1008       P, E, Farsi

Elham Bataif (Uzbek) #084              R, Kazak, Uzbek
                                       Uigur, Arabic


Name: JAMIL AL BANNA

Witness:

FOUO

1

**EXHIBIT 2**

Ⓐ 51- YAGOOB alSoury    Syrian    CAMP I    Arbic

52 ZEYAD ALGASSMY    SUDIA ARBIA CAMP IV    Aebic

I SAMI MUHYIDEEN UNDERSTAND THE MEANING OF "NEXT

FRIEND" AND I KNOW THAT THE FOLLOWING PEOPLE WANT LEGAL

ASSISTANCE FROM CLIVE STAFFORD SMITH, AND I AM ALSO WILLING

TO ACT ON THEIR BEHALF: SAMI MUHYIDEEN — Speak

1- ADEL HASSAN    SUDAN    CAMP IV    Asbic — Little English

2- HAMAD    SUDAN    CAMP IV    Arbic — Good English

3- AmiR    SUDAN    CAMP I    Arbic little English

4- Abu AHMED    SUDAN    CAMP I    Arbic little English

5- WALEED    SUDAN    Camp I    Arbic

6- SAmiR    SUDAN    Camp I    Asbic

200 ISN

7- SAD ALGAHTANI SUDIA ARABIA Camp IV    Arbic — Good English

8- FAHD ALFAWZAN SUDIA ARABIA CAMP IV    ARBIC

9- RASHED ALQAMDI SUDIA ARABIA CAMP IV    ARBIC

10- BANDAR ALSHAIBANI SUDIA ARABIA CAMP IV    ARBIC — Little Engl

11- MASHAL    SUDIA ARABIA CAMP IV ARBIC

12- KHALD ALBARKATI SUDIA ARABIA CAMP IV ARBIC

13- ABDULAL ALTHANI SUDIA ARABIA CAMP IV ARBIC

14- ABU AHMED ALJOFI SUDIA ARABIA Camp IV ARBIC

15- ABU RAD ALJOFI    SUDIA ARABIA CAMP IV ARBIC

16- ABDULAL    SUDIA ARABIA CAMP IV ARBIC

17- SAD ALMATERI SUDIA ARABIA Camp I ARBIC

18- SEED FARHE    SUDIA ARABIA CAMP I ARBIC

19 SALEH    SUDIA ARABIA CAMP I ARBIC

20 MAGED    SUDIA ARABIA CAMP I ARBIC

21 ABDUL SALAM ALSHEHRI SUDIA ARABIA CAMP II ARBIC

UNCLASSIFIE

| | | | | |
|---|---|---|---|---|
| 22 | ABDULSALAM DEIFF | AFGANSTAN | CAMP IV | ARBIC - Good Eng |
| 23 | OMAR | AFGANSTAN | CAMP I | ARBIC |
| 24 | ABDUL HAQ | AFGANSTAN | CAMP I | BUSHTO |
| 25 | ALI ALKAZMI 172 | XAMAN | CAMP IV | ARBIC |
| 26 | ALASADI | XAMAN | CAMP IV | ARBIC |
| 27 | KHADER | XAMAN | CAMP IV | ARBIC |
| 28 | MOHSEN | XAMAN | CAMP IV | ARBIC |
| 29 | ABDULRAHMAN | XAMAN | CAMP IV | ARBIC |
| 30 | FAHD | XAMAN | CAMP IV | ARBIC |
| 31 | Mustafa ALSHAMILI | XAMAN | CAMP VII | ARBIC |
| 32 | Osama | XAMAN | CAMP I | ARBIC |
| 33 | MOHAMED HMADI | XAMAN | CAMP IV | ARBIC |
| 34 | FAHMI | XAMAN | CAMP IV | ARBIC |
| 35 | ESAM | XAMAN | CAMP IV | ARBIC |
| 36 | MOHAMED ALI | XAMAN | CAMP IV | ARBIC |
| 37 | EDRESS | XAMAN | CAMP IV | ARBIC |
| 38 | ABU RAHAN | BANGALDESH | CAMP IV | BANGALI |
| 39 | ABDULRHMAN | TAJKISTAN | CAMP IV | English |
| 40 | SADER | TURKESTAN-CHINE | CAMP IV | Chines |
| 41 | ZAKER Chan | TAJKISTAN | CAMP IV | English |
| 42 | ABD ALZAHER | AZERBIJAN | CAMP I | AZERI |
| 43 | ALLA ALMDSSARY | EGYPtian | CAMP I | ARBIC |
| 44 | SHARAF ALSANANI | XAMAN | CAMP I | English |
| 45 | SEED | XAMAN | CAMP I | ARBIC |
| 46 | ADEL AL Tunisi | TUNISIAN | CAMP IV | FRANCH |
| 47 | MAHAMOUD ALBHAR | XAMAN | CAMP I | ARBIC |
| 48 | KHALD | XAMAN | CAMP II | ARBIC |
| 49 | NAJEEB | MOROCCAN | CAMP III | ARBIC |
| 50 | ALI ALQATARI | XAMAN | CAMP III | ARBIC |

UNCLASSIFIED

**EXHIBIT 3**

**Next Friend Authorization**

I, _BENYAMIN MOHAMMED_, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

ABDURRACHMAN      (ALGERIA)          UK ASYLUM        E/F
#659                                                 J/A
HASSAN  #1456     (YEMEN)                              A
SHARGOWI  #1457   ( " )                               A/U
ABU RAEHMAN #1460 (PAKISTANI)                         A/U
Badr      #1461   ( " )                                A
Abdulsalaam #1463 (Yemeni)                             A
Sanad     #1453   ( " )                              E/U
Saif Ulla         (Pakistani)

Name

Witness: 5/6/05

**FOUO**

2

**EXHIBIT 4**

1, USAMA HASAN ABU KABIR, UNDERSTAND THE TERM "NEXT FRIEND" AND KNOW THAT THE FOLLOWING PEOPLE WHO I KNOW FROM THIS PRISON WANT LAWYERS, AND WANT ME TO HELP ASSERT THEIR LEGAL RIGHTS IN ANY WAY POSSIBLE, AND I AUTHORIZE (FOR THEM) CLIVE STAFFORD SMITH TO ENSURE THAT THEY HAVE LEGAL REPRESENTATION :

1   ABDUL AN NASSER (TURKISTANI)                          (E)

2   AKTAR

3   MOHAMMED

4   THABID

5   ABDULSOMAD B

6   ALI

7   ABU BAKER

8   ABDUSABER

9   KHALID

10  AHMAD

11  JALAL JALALDIN

12  ABDURRAZAKH

13  AHMAD

14  SABEL                                    (COULD BE KAZAKHSTANI)

15  ABDULLAH

16  ABDURAHMAN

17  SADAR                                    ? (BROTHER OF SADAK)

18  ARKEEN

19  ADEL

20  HAMMAD

FOUO                                         (E) +/-

2

21) ABDURAZZAK (KAZAKHSTAN)                          FSN between 6 & 7 &
22) ABDULLAH AL QUATANY (K.S.A.)                     Coram to        655
                                                     Abdullah.
23) JABIR AL QUATANY ("")    #650
24) ZABIN THAHA ASSAMMERY (KSA)                      FSN between 647 &
                                                                     655
25) YAKUB          (SYRIA)                           Good (E)
26) JIHAD          ""
27) BILAL          ""
28) MOHAMMED                                         (E) +/−
                                                     Father of Mohamme
29) ABU AHMED      ""
30) ABU RAWDA      ""
31) ABDULLAH       ""
32) ABU MOHAMMED (ALGERIA)    #039                   V. Good (E)  (F)
33) DR. ABU MOHAMMED  ""      #040                       (E)         (F)
34) ABU ABDULLAH   ""
35) HAMAD          (SUDAN)                           (E) good
36) DATED MAY 1, 2005.

أسامة أبو كثير جاسم تم التوقيع

USAMA ABU KASIR

WITNESS

CLIVE STAFFORD SMITH

FOUO

# EXHIBIT 5

## AUTHORIZATION & NOTIFICATION

I, JAMAL KIYEMBA (█████), UNDERSTAND THE LEGAL TERM "NEXT FRIEND" AND FIRMLY BELIEVE THAT THE FOLLOWING PEOPLE, (AS ATTACHED) WHO I HAVE COME TO KNOW DURING MY CAPTIVITY SINCE MARCH 2002, WANT ME TO ACT AS THEIR "NEXT FRIEND", AND AUTHORIZE CLIVE STAFFORD SMITH TO SEEK ANY LEGAL REDRESS ON THEIR BEHALF THAT IS POSSIBLE, AND I SO AUTHORIZE HIM. I ALSO SUBMIT THIS DOCUMENT AS EVIDENCE, INDEPENDENT OF THEIR RELIANCE UPON ME AS "NEXT FRIEND", OF THEIR SPECIAL DESIRE FOR A LAWYER AND FOR A LEGAL CHALLENGE TO THE ILLEGALITY OF THEIR DETENTION BY THE UNITED STATES OF AMERICA.

THIS AUTHORIZATION & NOTIFICATION APPLIES TO ALL PERSONS LISTED ON THE ATTACHED LISTS, AS INITIALED BY ME.

MARCH 10TH, 2005.

Kiyemba

NAMES OF DETAINEES

| # | Name | Country | Camp |
|---|---|---|---|
| 1 | ALI | UZBEKISTAN | CAMP I |
| 2 | ABDULLAH | UZBEKISTAN | CAMP I |
| 3 | KHALID | TURKISTAN | CAMP 4 (UIGUR) |
| 4 | ABDULSABUR | " | " " |
| 5 | ABDU SAMAD | " | " " |
| 6 | HAMMAD | " | " " |
| 7 | ABDU NASIR | " | " " |
| 8 | JALAAL | " | " " |
| 9 | BILAL | SYRIAN | CAMP I (ARABIC) |
| 10 | FAISAL | SAUDI | CAMP I |
| 11 | BANDAR ALJAABIR | " | " " |
| 12 | AHMAD | TURKISTAN | CAMP 4 (UIGUR) |
| 13 | SAADIQ | " | " |
| 14 | WALIID | SUDAN | CAMP I |
| 15 | HAMMAD | " | CAMP 4 |
| 16 | MAHMOOD | SUDAN | CAMP I |
| 17 | SAIFULLAH | TUNISIAN | CAMP II ITALIAN? ARABIC |
| 18 | YUSUF ASSIHRI | SAUDI | CAMP II |
| 19 | YUSUF ARIBEIH | SAUDI | CAMP I |
| 20 | ABDALLAH | TUNISIAN | CAMP II ITALIAN? |
| 21 | ADIL | TUNISIAN | CAMP IV ITALIAN? |
| 22 | ABU RAWDAH | SYRIAN | CAMP I |
| 23 | SAABIR | TURKISTAN | CAMP IV (UIGUR |
| 24 | SAALIH | TURKISH | CAMP IV |
| 25 | ABU MUHAMMAD | ALGERIAN | CAMP IV (ENG? ARAB |
| 26 | VERY ILL SALMAN ALBAHRI | SAUDI | CAMP I |
| 27 | JAABIR ALQAHTAANI | SAUDI | CAMP II |

J.K.    [signature]

RIDWAAN AL MAGREBI        MOROCCAN

FAHD   ALHARAAZI         SAUDI

FAHD   ABU HAFSA         YEMENI           CAMP IV   Arabic

HUDHAIFA                 TURKWANI         CAMP I   Urgula

ABDURAHMAN ▓▓▓▓▓         YEMENI           CAMP I   Arabic

· SHAFIIQ                ALGERIAN         CAMP I   Arabic

NABIL                    ALGERIAN         CAMP I   French's Arabic

                                         [signature]

**EXHIBIT 6**

**FOUO**    05/05/05    ②

Dear Clive,

I, JAMAL ABDULLAH KIYEMBA, fully understand the american concept of 'NEXT FRIEND' and know that the following people, with whom I can assert friendship as a result of my time in Guantanamo, want me to act as their Next Friend and secure the legal assistance of CLIVE, A. STAFFORD SMITH to assert all their legal rights.

| NAME: | ISN#: | NATIONALITY | LANGUAGES |
|---|---|---|---|
| ABDUNOOR AKA. ABDURAHMAN | ▮▮▮ | ALGERIAN (Also British Resident) | ARABIC & ENGLISH |

DONE THIS 5ᵗʰ MAY 2005

Kiyemba

**FOUO**    JAMAL ABDULLAH KIYEMBA.

**EXHIBIT 7**

FOUO

DO NOT WRITE BEYOND HEAVY LINES                                      No (A)

I A'AMER SHAKER  Born in 21-12-1966

Fully understand the Amircan meaning of

(Best Freind). there for I want my Attorney

Clive A. staffeds smith to Be The Attorney

of the fellowing names Becuse they are my

freinds and I live with them in Jail For 3 Years

and I care for them.

| # | Name | ISN | Country |
|---|------|-----|---------|
| 1 | ADeL Ben Ahmad AL HAKeeMY I.SN 168 | | Tunisian |
| 2 | ABullHADi AL HAmami | 717 | Tunisian |
| 3 | mohamaD manie AL KaHtany | 038 | Sudia |
| 4 | ABDullah AAli AL OtiaBi | 243 | Sudia |
| 5 | IBraheem ZiaDan | 761 | Jordan |
| 6 | Monmad Ahmad AL Karavany | 269 | ChAD |
| 7 | Omar Mohamad Kha ALifah | 695 | LxBia |
| 8 | Ahmad ABDullAZiZ | 757 | morotanya |
| 9 | BenJamin Mohamad AL HaBAShi | 1458 | EthuBia |
| 10 | ADeL A HAMlily | 1452 | Algiria |
| 11 | ABDull Raheem Gulam Rabany | 1460 | Pakistan |
| 12 | AHmad Gulam Rabany | 1461 | " " |
| 13 | MohamaD Kameen | | AFganistan |
| 14 | OmieR BaAtash. | 1456 | Yamin |
| 15 | Abdo Ali AL Haj | 1457 | " " |
| 16 | AL Kazmy | 1453 | " " |
| 17 | mohamado Salarah. | 760 | Morotanya |
| 18 | OmaR AHmad | 766 | CanDa |

SHAKer AAmer 2-5-2005

Reverse of DA FORM 2667-R, May 82

FOUO

FOUO

**DO NOT WRITE BEYOND HEAVY LINES**    ReMARKs    No. ③

1 - 168 - He is Tunisian with (Green CarD) in ITALY. He is MaRRiyed Wife is (BELGim) BeLGim - live in prussle SHE is NoT ALlowed to write toHem by CourT order.

⑪ 766 omar Canidian He wants to CHange his AttorRNy to you ←

2 - 717 - Tunisian with (Green CarD) in ITALy and Prothers AppLyed for poLiTiCaL AssyLem in Pakistan.

3 - 036 - sudi ARaB He is Been ACused of Being hiJaker No.20 And tourtcHer and I solated formore Than 2 Years He is in camp 5 Now. Phone. 9661 - 5456877 K.S.A

4 - He Arrived in pakistAn for one weeK Then KidnabeD by AmirCan and sent to AFGANistan. He came with 30,000 DollaR for ReFugees CHaiRty worK. (243)
Phone-9662 - 5423940 - 5492715

5 - Jordanian Born in lyBia - He got Long Story. (761)

6 - 269 - He is 16 years old Born and reis in sudia ARabi From my City MaDina pasport from CHAD He was studing in pakistan He is 19 Year old Now phoneis 9664 - 8286195 K.S.A

7 - 1458 - He Has poLitacal AssyLem in U.K. From west London He got travel Decument - He has FamiLy in U.S.A There Phone is 571 - 332 4480.

8 - 1452 - Stateless Hes FaTher is British. He use to Have U.N LegaL DeCument

9 - 1456 & 1457 - They Been Tourtcher in Jordan and Bagram

10 - 760 He dis A bear From here He is in BaD Sitiation -

FOUO

**EXHIBIT 8**

# FOUO

Request For legal

Assistance

I, Omar Deghayes (having legal training), am acting as close friend to all mentioned in this list. Requesting that clive stafford Smith (Justice in Exile) take any and all legal steps on their behalf, to challange any and all aspects of their seizure and detention by the United states :

1. Mohammed HAMID Qurany / Tchad ▮
   camp V.

2. Sami ABDAULAZIZ ALAythi / Egypet
   Camp V.

3. ABDAUL AZIZ NAJI / ALGERIA.
   camp Delta.

4. Omar KALIFA MOHAMMED / LIBYA
   Camp V.

5. ABDUALLAH ATAIBI / Saudi
   Camp V

6. ABDUAL LATIF NASER / MoRoco 244.
   Camp V

7. AHAHED ABDAULAZIZ / MAURATANIA
   Camp V

8. MOHAMEDO SALAHI / MAURATANIA
   Camp Delta

9. MOHAMED ALAHIN / MAURATANIA
   Camp Delta.

10. ISMAIL ALKHAMESI / LIBYA
    camp Delta.

11. AHAHED LIBYA
    Camp Delta.

12. ABDALRAUF ZALITINI LIBYA
    Camp Delta

13. ABDAL RAUF AJIBI LIBY
    Camp IV

14. ABDALRAZAK Ali LIBYA
    Camp Delta.

15. FARIS DARNAWI LIBYA
    Camp. Delta.

16. SAIB DARNAWI LIBYA
    Camp Delta.

17. HASAN BALGAID LIBYA
    Bagram Base.

18. SALIH LIBYA / Bagram

19. MUHAMMED DAwooD _ LIBYA Bagram

20. Abu HADAIFA JoRDAN _ Delta

21. LAHCEN IKASSRIEN MoRoco V ▮

**EXHIBIT 9**

### Next Friend Authorization

I, __OMAR DEGHAYES_____, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

TAREK          CAMP A     (EGYPTIAN/BOSNIA).

ABDULAZIZ NAJI            (ALGERIAN)

MOHAMMED ZAHRANI          (SAUDI ARABIA)

Name: _____

Witness: 5/6/05

**EXHIBIT 10**

## AUTHORIZATION

I, OMAR DEGHAYES, UNDERSTAND THE TERM "NEXT FRIEND", AND AM ACTING IN THAT CAPACITY ON BEHALF OF THE FOLLOWING:

| | | |
|---|---|---|
| ABDAUL RAZAK ALI-HAJ | CAMP Δ | LIBYA |
| ISMAIL (ALKHAMESI) | CAMP Δ | LIBYA |
| AHMED (TRIPOLI) | CAMP Δ or IV | LIBYA |
| ABDUL RAUF (ASABI) | CAMP IV | LIBYA |
| Abu ABDUL RAUF (ZALITANI) | CAMP Δ | LIBYA |
| FARIS (DARNA) | CAMP Δ | LIBYA |
| SAIB (DARNA) | CAMP Δ | LIBYA |
| OMAR MOHAMMED Abdalah KHALIFA | CAMP V | LIBYA |
| MOHAMMED (RIMI) | CAMP Δ | LIBYA |

I KNOW THAT THEY WANT LEGAL ASSISTANCE TO SECURE THEIR FREEDOM AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH, AND ANYONE AUTHORIZED BY HIM, TO ASSERT MY LEGAL RIGHTS.

8th MARCH 2005.

OMAR DEGHAYES

**EXHIBIT 11**

**Next Friend Authorization**

I, OMAR SEGHAYES _____, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

SAMIR NAJI HASSAN (034)  YEMEN                          ARABIC
MOHAMMED ABDURRAHMAN (894)  TUNISIA                    ITALIAN, ARABIC

                                                        ARABIC, ENGLISH

GHALIB FAHANI (128)  YEMEN

MOHAMMED ZAHRANI ( )  K.S.A. (CAMP V)  ARABIC

MOHAMMED QAHTANY ( )  KSA (CAMP V)  ARABIC
                                     FRENCH? ARABIC.
SOHANE AL HAWARI (1006)  Algeria     ARABIC, ENGLISH
                              (KSA)
ABDULLAH HAMID MUSLEH QAHTANY          ARABIC
FADL DAHIMI          Yemen
AHMED OMAR           Yemen (CAMP D)  ARABIC
YOUSEF RUBAISH       KSA.            ARABIC (ENGLISH)
DR. ABDULLAH ASSARI  KSA            ENGLISH /ARABIC
ALI WAILI KHAVIMI    Yemen           ARABIC.

Name: _____

Witness: _____

FOUO

**EXHIBIT 12**

## AUTHORIZATION

I, OMAR DEGHAYES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

| | | |
|---|---|---|
| LAHCEN IKASRIEN ████ | MOROCCAN | CAMP I - ████ |
| ABDUL LATIF MOHAMMED NASSER (074) | MOROCCAN | CAMP I - ████ |
| NAJEEB AL-HUSSEINI | MOROCCAN | CAMP Δ ████ |
| AHMED ABU-IMRAN ████ | MOROCCAN | CAMP ECHO ? |
| YOUNIS SHAKUR | MOROCCAN | |
| RIDOUANE SHAKUR | MOROCCAN | |
| MOHAMMED MAZOZ | MOROCCAN | |
| TAREQ | MOROCCAN | |
| MOUSSA | MOROCCAN | |
| SAID | MOROCCAN | |
| MOHAMMED FAHRED | MOROCCAN | |
| MOHAMMED AL-NADOUR | MOROCCAN (I) | |

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

Omar

# EXHIBIT 13

AUTHORIZATION                    PALESTINIAN

I, OMAR DEGHAYES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

MAHER ████ PALESTINIAN/      CAMP Δ
(JORDAN/PAKISTAN)

ABU HADIFA            PALESTINIAN/       CAMP Δ
(JORDAN)

MOHAMMED ABDULLAH    PALESTINIAN        CAMP Δ

ABDULLAH JAFFA       PALESTINIAN        CAMP Δ
(JORDAN)

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

Omar

**EXHIBIT 14**

<u>AUTHORIZATION</u>

I, OMAR DEGHAYES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

SAID (AL-RUSSI)          RUSSIAN          CAMP Δ      (R)

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

**EXHIBIT 15**

## AUTHORIZATION

I, OMAR DEGHAMES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

SLAIM HARBI          (SAUDI)              CAMP A
MOHAMMED HARBI      ( " )              CAMP A

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

_____

# EXHIBIT 16

## AUTHORIZATION

I, OMAR DEGHAMES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

OMAR RAMAH ▮▮▮▮ YEMENI (GEORGIA) CAMP V ▮▮▮▮▮▮

ALI KADAMI YEMEN CAMP Δ ?

AHDEL (ABU BAKER SHAMMRANY) YEMEN CAMP Δ

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

Omar

**EXHIBIT 17**

**Next Friend Authorization**

I, _Benyam Mohammed_, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

AHMED BEL BACHA    (290) Algeria         (Eng) French.
ABDULAZIZ         (687) K.S.A           (Arabic)

Name: BENYAM MOHAMMED

Witness:

CLIVE STAFFORD SMITH

**FOUO**

**EXHIBIT 18**

**Next Friend Authorization**

I, AHMED ABDEL AZIZ , understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

MOHAMEDOU OULD SALAHI        MAURITANIAN        F,A,G,E
(b.1970)                     "                  A,E

MOHAMMED LEMINE                                 A

MISHAL AL MADANY             SAUDI              A,U,E

AHMED GHOLAM RABBANY (b.1969) PAKISTANI         A,U

ABDURRAHEEM GHOLAM RABBANY   "                  E,U

ABDULHALIM                   "                  U,E?

SHAH BABA                    "

Name: Ahmed Abdel AZIZ

Witness: MAY 7, 2005

**UNCLASSIFIED**

2

**EXHIBIT 19**

I, BISHER AL RANI, UNDERSTAND THE TERM
NEXT FRIEND AND KNOW THAT THE FOLLOWING PEOPLE
WANT LAWYERS AND WANT TO HAVE ALL THEIR LEGAL
RIGHTS ASSERTED BY CLIVE STAFFORD SMITH OR A LAWYER
DESIGNATED BY HIM :

| | | | |
|---|---|---|---|
| | | | (E),F, A |
| SOFIANE MOHAMMED BERHOUNI | JJJFID | ALGERIA | |
| MOHAMMED ABDULLAH TAHA MATTAN | JJJFHD | PALESTINE | A, E |
| ABDULSALAM ZAEEF | JJJCJF | AFGHAN | E, PASH |

JUNE 28TH 2005



FOUO

5

**EXHIBIT 20**

STATE OF VIRGINIA

## DECLARATION OF COUNSEL

COMES NOW, CLIVE A. STAFFORD SMITH, and states as follows:

I am counsel for a number of prisoners in Guantanamo Bay, including Bisher Al Rawi (#906). When I visited Mr. Al Rawi on June 28, 2005, as I left he gave me a list of prisoners who he said wanted the assistance of counsel. These prisoners are listed below:

1.    Mohammed Mustafa Sohail (1008) from Afghanistan, speaks Farsi, Pashtu and good English and wants counsel.

2.    Abdul Rahman Aziz Khan (357) from Zabul Province in Afghanistan, wants counsel, and has previously tried to contact Clive Stafford Smith. He should have been released by now.

3.    Abdulsalam Zaeef (306) from Afghanistan wants counsel. Speaks Pashtu and good English. (He is the former Ambassador)

4.    Abdul Razak Iktiar Mouhamed (1043) from Afghanistan needs counsel.

5.    Sofiane Mohammed Berhoumi (694), from Algeria (speaks Arabic) wants counsel.

6.    Motai Saib (288) from Algeria needs counsel and wants to assert asylum.

7.    Abid Al Hamid Abid Al Sallam Al Kasani (654) from Libya, wants counsel.

8.    Ahmad Abdulla Al Wazan (197) from Morocco, needs counsel and wants to assert asylum. Has tried to contact Clive Stafford Smith previously.

9.    Mohammed Abdullah Taha Mattan (684), from Palestine on the West Bank (speaks Arabic) wants counsel.

10.    Abrahim Othman Abrahim Edries (036) from the Sudan needs counsel and wants to assert asylum. He has written many letters to his family without any response. He needs help contacting them as he does not know whether they are getting his letters, or whether the authorities are interfering.

11.    Salim Mohammed Adam Bin Amir (710) from the Sudan, wants counsel. Has tried to contact Clive Stafford Smith before.

12.    Wahidof Thabit Abdul Mokit Welly Khan Witsh (090) from Tajikistan needs counsel and wants to assert asylum.

FOUO//Protected

13.    Rafiq Bin Bashir Bin Jallul Al Hami (892), from Tunisia needs counsel and wants to assert asylum.

14.    Mohammed Abdull Rahman (894) from Tunisia needs counsel and wants to assert asylum.

15.    Fahmi Abdullah Al Tawlaqi (688) from Yemen needs counsel and wants to assert asylum. He is 25 years old.

16.    Yousif Abdulla Al Rubaish (109) wants counsel and has tried to contact Clive Stafford Smith before.

17.    Arkan Mohammed Gafill (653) wants counsel.

18.    Jawad Jebar Sidkhan Al Sehlani wants counsel.

19.    Hadj Arab Nabil (238) wants counsel

Mr. Al Rawi said that he knew that these persons wanted counsel. This was either for habeas challenges against their confinement or, if they were to be released, for challenges to the offenses that had been committed against them during their incarceration, or both.

I did not have time to fill out 'next friend' petitions for each of these prisoners at the time. I therefore took the list and promised Mr. Al Rawi that I would do what I could to get them counsel.

I make this declaration in the Secure Facility. I therefore do not identify the county where I make it.

No notary public being available, this declaration is done and signed on July 19, 2005.

CLIVE A. STAFFORD SMITH

FOUO//Protected

2

**EXHIBIT 21**

EGYPTIAN

# AUTHORIZATION

I, OMAR DEGHAMES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

| | | | |
|---|---|---|---|
| SAMI ABBULAZIZ LAITH (E) | EGYPT | CAMP V, ███████ |
| ALLAA DEEN | EGYPT | CAMP IV ? |
| ABDURAHMAN (E) | EGYPT | CAMP Δ |
| ISMAIL AL MASHAD (E) | EGYPT | CAMP Δ |

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

Omar

**EXHIBIT 22**

I, SAMI MUHYIDEEN, UNDERSTAND THE TERM "NEXT FRIEND" AND THE FOLLOWING PEOPLE WANT LAWYERS AND WANT ME ALTERNATIVELY TO ACT AS THEIR NEXT FRIEND AND HAVE CLIVE STAFFORD-SMITH OR AN ATTORNEY DESIGNATED BY HIM ASSERT ALL THEIR LEGAL RIGHTS:

SALEH MOHAMMED ALI AZOBA    (501)    YEMEN        (ARABIC)
MAHER AL PALESTINI         (519)    PALESTINE    (ENGLISH)
MOHAMMED AL PALESTINI      (684)    PALESTINE    (ARABIC)
AHMAD ADERBI               (768)    YEMEN / KSA  (ARABIC)
SAAD AL QAHTANY            (200)    KSA          (ENGLISH)

JULY 1, 2005

Sami Mohyeldin Mohamed

Witness:

FOUO

# EXHIBIT 23

REQUEST FOR LEGAL ASSISTANCE

GUANTANAMO BAY
NAVAL BASE

I AM INCARCERATED BY THE UNITED STATES
AND I WANT A LAWYER. I REQUEST THAT THE
CENTER FOR CONSTITUTIONAL RIGHTS AND CLIVE
STAFFORD SMITH ASSIST ME AND DO EVERYTHING
WITHIN THE LAW TO HELP ME, INCLUDING SEEKING
MY RELEASE IN COURT PROCEEDINGS.

SIGN: _Nabil hadj_

NAME: NABIL HADJ

NATIONALITY: ALGERIAN

SIGN: _____

NAME: _____

NATIONALITY: _____

SIGN: _Motai Saib_

NAME: MOTAI SAIB

NATIONALITY: ALGERIA

SIGN: _____

NAME: _____

NATIONALITY: _____

SIGN _____

NAME _____

NATIONALITY _____

SIGN _____

NAME _____

NATIONALITY: _____

SIGN _____

NAME _____

NATIONALITY _____

SIGN _____

NAME: _____

NATIONALITY: _____

SIGN _____

NAME _____

SIGN _____

NAME _____

UNCLASSIFIED

# EXHIBIT 24

FWD

HAMPTON ROADS VA 239
21 NOV 2005 PM 5 L

APO AF 09360

To CLive Smit.
JUSTICE IN EXILE
636 Baronne Street
New Orleans, La. 40113.
Tel: (504) 558 - 9864.
USA

DETAINEE _____ DEB
CAMP DELTA
Washington, DC 20355
USA

GUAN-2005-T 05458

70113131004-36 2010

Country where posted ——————————————

Name of Camp —————— DELTA — 160

Date and Place of Birth —— IN UZbekiSTAN 1978 01 09

Internment Serial Number ——————————————
DEH

Name (Last, first MI) —— Tabbarov Gulek Jamoludtoh,

SENDER:

- - - - - - - - - - - - - - (Fold on this line) - - - - - - - - - - - - - - -

MAIL           LETTER

Language _Engl9sh._

To _____ CLIBE  Smit.

Street _Justice  In  Exile.   636 Baronne Street_

City _____ New  orLeans, La. 70113._

Country _U S Amarica._

Province or Department ——————————————

- - - - - - - - - - - - - - (Fold on this line) - - - - - - - - - - - - - - -

(Fold on this line)

DO NOT WRITE HERE

- - - - - - - - - - - - - (Fold on this line) - - - - - - - - - - - - - -

DA FORM 2667-R, May 82          EDITION OF 1 JUL 63 IS OBSOLETE.          For use of this form, see AR 190-8
the proponent agency is DCSPER.

GUAN-2005-T 05458

DO NOT WRITE BEYOND HEAVY LINES

My name is Jabbarov Oybek Jamoliovich.
I am Detained in GUANTANAMO CUBA.
I would like to file a petition of habeas corpus in
your court. I also request to be assisted by lawyer
09. 11. 2005

Reverse of DA FORM 2667-R, May 82