## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____x

**Amer Mohammon,** )
     **ISN # 939,** )
     **Detainee,** )
     **Guantanamo Bay Naval Station** )
     **Guantanamo Bay, Cuba;** )
 )
**Boucetta Fihi,** )
     **ISN # 718,** )
     **Detainee,** )
     **Guantanamo Bay Naval Station** )    **No. _____**
     **Guantanamo Bay, Cuba;** )
 )
**Elham Bataif,** )
     **ISN # 084,** )
     **Detainee,** )
     **Guantanamo Bay Naval Station** )
     **Guantanamo Bay, Cuba;** )
 )
**Jamil El-Banna,** )
     **as the Next Friend of the above-named** )
     **Petitioners Khalik Dad through Bataif;** )
     **et al.,** )
 )
                              *Petitioners*, )
 )
**v.** )
 )
 )
**GEORGE W. BUSH,** )
     **President of the United States** )
     **The White House** )
     **1600 Pennsylvania Ave., N.W.** )
     **Washington, D.C. 20500;** )
 )

DONALD RUMSFELD,                                    )
    **Secretary, United States**                    )
    **Department of Defense**                       )
    **1000 Defense Pentagon**                       )
    **Washington, D.C. 20301-1000;**                )
                                                   )
**ARMY BRIG. GEN. JAY HOOD,**                        )
    **Commander, Joint Task Force - GTMO**          )
    **JTF-GTMO**                                    )
    **APO AE 09360; and**                           )
                                                   )
**ARMY COL. MIKE BUMGARNER,**                        )
    **Commander, Joint Detention**                  )
    **Operations Group, JTF - GTMO**                )
    **JTF-GTMO**                                    )
    **APO AE 09360,**                               )
                                                   )
                         *Respondents.*                  )
_____x

## DECLARATION BY BARBARA OLSHANSKY

I, Barbara Olshansky, declare that the following statements are true to the best of my

knowledge, information, and belief:

        1.      I am a member in good standing of the bar of this Court and have

practiced law for 18 years.  I am also an attorney in good standing of the bar of the State

of New York.

        2.      For the last three and a half years, I have been actively involved in the

steps that my office, the Center for Constitutional Rights ("CCR"), has taken to:  (1)

advance the rights of the Guantánamo detainees through litigation establishing their right

to file petitions for writs of *habeas corpus* in federal court; (2) work with other non-profit

organizations to reach out to the family members of the Guantánamo detainees for the

purpose of filing next-friend petitions for writs of *habeas corpus*; (3) recruit and train

2

private attorneys to represent individual Guantánamo detainees on a *pro bono* basis; and (4) train federal public defenders to represent individual Guantánamo detainees by appointment under the CJA.

3.    Responding to the Supreme Court's historic decision in *Rasul v. Bush,* 542 U.S. ___ (2004), upholding the rule of law at Guantánamo, CCR has spearheaded the efforts to get each detainee his day in court.  Since the Supreme Court decision, CCR and its partners have arranged for private law firms and federal public defenders to represent detainees and file *habeas corpus* petitions on a pro bono basis in this Court.   Through these efforts, more than 325 detainees currently have *habeas corpus* petitions pending in this Court.

4.    Because the U.S. government has refused to provide CCR or any other organization or attorney access to the Guantánamo detainees in a manner that would facilitate providing the detainees with advice regarding their right to file a habeas petition and the availability of pro bono counsel to represent them, each of the petitions currently on file with this Court was made possible through one of two means:  (i) requests by the family members or loved ones of those detained for legal assistance from CCR or from other human rights organizations or counsel with whom CCR is working; or (ii) requests made through certain detainees (who are represented by counsel) acting as next friends for other detainees who have expressed their desire to retain counsel and file habeas petitions.

5.    More specifically, CCR and its partner organizations have received authorizations from next friends through outreach activities which included, among other things, taking part in human rights conferences around the world, contacting international

human rights organizations, and searching for family members of known detainees. In addition, advocates working with CCR made numerous outreach efforts to member countries of the European Parliament seeking their assistance in locating their citizens.

6.     Attached hereto as Exhibit A is a copy of a document dated April 20, 2004, signed by Abdo Abulghaith Sulaiman, authorizing attorneys Clive Stafford Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Sulaiman's behalf to represent his son, Abdul-rahman Abdo Abulghaith Sulaiman, in any legal proceeding brought to challenge his detention in Guantánamo.

7.     Attached hereto as Exhibit B is a copy of a document dated July 13, 2005, signed by Abu Baker Qassim, acting as the Next Friend of detainees Zein Al-Abedeen and Zakerjian, authorizing CCR and the law firm of Bingham McCutcheon to represent the two detainees and to act on their behalf to help seek their release in court proceedings.

8.     Attached hereto as Exhibit C is a copy of a document dated June 17, 2005, signed by Adnan Al Bihani, authorizing attorneys Clive Stafford Smith and Tina Foster of CCR, to act on Mr. Bihani's behalf to represent his brother, Tofique Nasser Awadh Al-Bihani, in any legal proceeding brought to challenge his detention in Guantánamo.

9.     Attached hereto as Exhibit D is a copy of a document dated May 9, 2005, signed by Ali Yahya Mahdi, acting as the Next Friend of detainees Mohamed Naseer Yamya Abdullah, Al Khadr Abdullah AlYafie, and Ameur Mammar, authorizing CCR and the law firm of Allen & Overy to represent the three detainees and to act on their behalf to help seek their release in court proceedings.

10.     Attached hereto as Exhibit E is a copy of a document dated April 2004, signed by Himed Ali Al Jaifi, authorizing attorneys Clive Stafford Smith and Michael

Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Ali's behalf to represent his son, Isam Himed Ali, in any legal proceeding brought to challenge his detention in Guantánamo.

11.    Attached hereto as Exhibit F is a copy of a document signed by Hala Ahmad Saeed Al-Adahy, authorizing attorneys Clive Stafford Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Ms. Al-Adahy's behalf to represent her husband, Jamil Ahmad Saeed, in any legal proceeding brought to challenge his detention in Guantánamo.

12.    Attached hereto as Exhibit G is a copy of a document dated April 2004, signed by Kaelah Ahmad Thabit Al-Ammari, authorizing attorneys Clive Stafford Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Ms. Al-Ammari's behalf to represent her son, Mohammed Ahmed Saeed Hidar, in any legal proceeding brought to challenge his detention in Guantánamo.

13.    Attached hereto as Exhibit H is a copy of a document dated April 2004, signed by Ali Ahmad Kalip, authorizing attorneys Clive Stafford Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Kalip's behalf to represent his son, Esmail Ali Ahmad Kalip, in any legal proceeding brought to challenge his detention in Guantánamo.

14.    Attached hereto as Exhibit I is a copy of a document dated April 2004, signed by Ahmed Slam Mohammed Al-Khateeb, authorizing attorneys Clive Stafford Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Al-Khateeb's behalf to represent his father, Mohammed Ahmed Slam Al-Khateeb, in any legal proceeding brought to challenge his detention in Guantánamo.

15.    Attached hereto as Exhibit J is a copy of a document dated April 10, 2004, signed by Ahmad Abd Al Whab Al-Rahaby, authorizing attorneys Clive Stafford Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Al-Rahaby's behalf to represent his brother, Abdul-rahman Abdo Abulghaith Sulaiman, in any legal proceeding brought to challenge his detention in Guantánamo.

16.    Attached hereto as Exhibit K is a copy of a document dated 2005, signed by Mahmood Ateek Ali Abdu Al Haj, authorizing attorneys Clive Stafford Smith and Tina Foster of CCR, to act on his behalf to represent his brother, Riyadh Ateek Ali Abdu Al Haj, in any legal proceeding brought to challenge his detention in Guantánamo.

17.    Attached hereto as Exhibit L is a copy of a document dated May 13, 2005, signed by Abdullah Bo Omer Hamza Yoyej, requesting that Michael Ratner, President of the Board of CCR, and CCR itself, represent him in a legal challenge to his seizure and detention in Guantánamo.

18.    Attached hereto as Exhibit M is a copy of a document signed by Maher El Falesteny, requesting that Michael Ratner, President of the Board of CCR, and CCR itself, represent him in a legal challenge to his seizure and detention in Guantánamo.

19.    Attached hereto as Exhibit N is a copy of a letter signed by Bisher Al Rawi to his attorney George Brent Mickum IV, relating the request of Abid Alhamid

Abid Alsallam Alkesawi for an attorney to represent him in a legal challenge to his detention in Guantánamo.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of December, 2005, New York, New York.

_Barbara Olshansky_
Barbara Olshansky (NY0057)

**EXHIBIT A**

Date: April 20 2004

# Authorization

I am acting as next friend for my _____ Son _____,
whose name is *Abdul-rahman Abdo Abulghaith Sulaiman* _____,
and who is being held at Guantanamo Bay. I hereby authorize
Mohammed Naji Allawo, Najeeb Bin Mohammed al_Nauimi and
Clive Stafford Smith (of *Justice In Exile*), Michael Ratner and the
Center for Constitutional Rights, and any person assigned by
these
Lawyers, to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative
that are
Necessary for his defense, and to seek whatever redress they
believe to be in his best interests, in the courts of the United
States,
And in any other legal forum available.

*Abdo Abulghaith Sulaiman*
Name:

*Witnessed:*

Abdo Abulghaith Sulaiman
Print Name:

**EXHIBIT B**

PAOC 2 OF 2

REQUEST FOR LEGAL ASSISTANCE

US NAVAL BASE
GUANTANAMO BAY
CAMP ECHO
JULY 13, 2005


WE ARE INCARCERATED BY THE UNITED
STATES AND WE WANT A LAWYER TO
REPRESENT US AND HELP OBTAIN OUR RELEASE.
WE REQUEST THAT THE CENTER FOR CONSTITUTIONAL
RIGHTS AND BINGHAM McCUTCHEN TO ASSIST
US AND DO EVERYTHING WITHIN THE LAW TO
HELP SEEK OUR RELEASE IN COURT PROCEEDINGS
OR ASYLUM PROCEEDINGS, AND INCLUDING OBTAINING
LEGAL COUNSEL FOR US, WHOM WE HEREBY AUTHORIZE TO
REPRESENT US.

1.    ZEIN AL-ABEDEEN,  ISN  NO. 1095
         FROM TAJIKISTAN,
            SPEAKS TAJIK, URDU + PASHTO
               CAMP IV


2.    ZAKERJIAN                    ISN  NO. 675
         FROM RUSSIA
            SPEAKS RUSSIAN + UZBEK
               CAMP IV

                                         تكه بويىد كرتا سمس
      BY    THEIR NEXT FRIEND: _____

                                   ABU BAKKER QASSIM
         **FOUO**                  No. 283

# EXHIBIT C

Date: June 17, 2005

## Authorization

I am Adnan Al Bihani , and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my brother , who is a prisoner being held in Guantanamo Bay, and whose name is Tofiq Nasser Awadh Al-Bihani (the 'prisoner'). I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice In Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of Yemen .

_____

Next Friend

Witnessed:

Tina Monshipour Foster

Print Name:

**EXHIBIT D**

GTMO May09' 2005

TO ALLEN & OVERY

ALi YAHYA MAHDi
CAMP DELTA
GUANTANAMO BAY
CUBA

I hope this letter finds you well, and in good health.
I would like you To find a lawyer for these detainees.
1- MOHAMED NASEER YAHYA ABDULLAH
2- AL KHADR ABDULLAH AL YAFiE  TEC: 73808604   (YEMEN)
3- AMEUR Mammar
On Voulintary basis as they have no funds To pay you, and
I would like you also To send me some Envelopes To write you
and News, and some papers of (Acknowledgement of Representation.)
I will be very thankful.

with Best wishes.
[signature]

NOTE: send me small envelopes.

**UNCLASSIFIED**

## Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I am represented by undersigned counsel who has filed a petition for a writ of habeas corpus of other federal court litigation on my behalf, and who is assisting me with my legal representation in other ways related to my seizure and detention by the United States.

If counsel if forced to withdraw from representing me for any reason, or if the representation is terminated in any way, any remaining counsel is authorized to secure other counsel for me. In default of this , I hereby authorize the Center for Constitutional Rights to assign anther counsel for me. My counsel shall inform the Department of Defense immediately of any change in circumstances in my representation.

This acknowledgement of representation applies to undersigned counsel, and also to the following lawyers who are assisting with my representation:

ISN 34     الخضر

_____        _____
Signature of Detainee           Signature of Counsel

AL KHADR ABDULLAH AL YAFIE

_____        _____
Print Detainee name in English   Print name of Counsel in English


الخضر عبدالله اليافعي

_____
Print name of Detainee in Native Language (if other than English)


Date: 9/5/2005/ CC-7/9

**UNCLASSIFIED**      **FOUO**

10023-16956 NY:530572.1

# EXHIBIT E

Date: April __, 2004

### Authorization

I am acting as next friend for my *Son*, whose name is *Isam Himed Ali*, and who is being held at Guantanamo Bay. I hereby authorize Mohammed Naji Allawo, Najeeb Bin Mohammed al-Nauimi and Clive Stafford Smith (of *Justice In Exile*), Michael Ratner and the Center for Constitutional Rights, and any person assigned by these lawyers, to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

Name: *Himed Ali Ali Eye*

عيسى ابن الحاج يحيى

Witnessed:

Print Name:

**EXHIBIT F**

وفي الختام نسأل الله العلي القدير رب العرش العظيم أن يسدد على طريق الخير خطاكم وأن يجعل أعمالكم في
موازين حسناتكم وأن يعود كل أسير إلى أهله غانماً راشداً سليماً معافى بمشيئة المولى عزّ وجلّ .
المرفقات :
ـ نسخة لنموذج التوكيل أو التفويض (Authorization) .
ـ نسخة كمثال لأحد الإفادات من ذوي الأسرى (Affidavit) .

Date: The ___ day of _____, 2004 .

Authorization

I am acting as next friend for _Jamil Ahmad Saeed_. I am his Father /
Mother / Brother / _Wait_____. He is being held at Guantanamo Bay. It is
my firm belief that my relative would want me to act as his next friend, and
secure to him whatever legal assistance I can. I hereby authorize Michael
Ratner and the *Center for Constitutional Rights*, as well as Clive Stafford
Smith and *Justice In Exile*, and any person assigned by these lawyers, to act
on my behalf and on my relative's behalf, to secure any documents and
information concerning my relative that are necessary for his defense, and to
seek whatever redress they believe to be in his best interests, in the courts of
the United States, and in any other legal forum available.

Signature: _____

Print Your Name: _Hala Ahmad Saeed Al-Adahy_

*Signature Witnessed by:*

Signature: _____

Print Witness Name: _____

**SAMPLE AFFIDAVIT**

Affidavit of [NAME]

Comes now, [FAMILY MEMBER "NEXT FRIEND" NAME], under oath,
who makes the following statement in Sana'a, Yemen:
I am the older brother of [PRISONER NAME]. He is the second of five sons. My
parents also have three daughters.
Our family comes from Ibb, in Yemen, where we still live. My father has been a
farmer all of his life, and my mother is a housewife. It has been their ambition for
their children that everyone should benefit from a good education, and have the
chance to get a good job in life.

# EXHIBIT G

DATe: April 2004

## Authorization

I am acting as next frind for my ___son___ whose name is
___Mohammed Ahmed Saeed Hidar___. And who is being
hled at Cuantanamo Bay. I hereby authorize Mohammed Naji
ALLawo, Najeeb Bin Mohammed AL- nauimi and clive Stafford
Smith (of gustice in Exile), Michael ratner and the Canter for
Constitutional Righs, and any person assigned by these Lawyers
, to ect on my behalf and on my relative's behalf, to secure any
documents and information concerning my relative that are
necessary for his defense, and to seek whetever redrass they
believe to be in his best interests, in the courts of the united
States, and in any other legal forum available.

___Kaelah Ahmed Thabit Al-Ammari___
Name:        *137981*

Witnessed:

___Jamal Mahmoud Saleh Al. Jailani___
print Name:

# EXHIBIT H

Date: April __, 2004

### Authorization

I am acting as next friend for my _____, whose name is
Esmail Ali Ahmad kLip and who is being held at Guantanamo Bay. I hereby
authorize Mohammed Naji Allawo, Najeeb Bin Mohammed al-Nauimi and Clive
Stafford Smith (of *Justice In Exile*), Michael Ratner and the Center for Constitutional
Rights, and any person assigned by these lawyers, to act on my behalf and on my
relative's behalf, to secure any documents and information concerning my relative that
are necessary for his defense, and to seek whatever redress they believe to be in his best
interests, in the courts of the United States, and in any other legal forum available.

ALi Ahmad KaLip
Name:

Witnessed:

_____
Print Name:

# EXHIBIT I

DATe:  April -2004

## Authorization

I am acting as next frind for my _Father_ whose name is _Mohammed Ahmed Slam AL-Khateeb_ And who is being hled at Cuantanamo Bay. I hercby authorize Mohammed Naji ALLawo , Najeeb Bin Mohammed AL- nauimi and clive Stafford Smith (of gustice in Exile) , Michael ratner and the Canter for Constitutional Righs , and any person assigned by these Lawyers , to ect on my behalf and on my relative's behalf , to secure any documents and information concerning my relative that are necessary for his defense , and to seek whetever redrass they believe to be in his best interests , in the courts of the united States , and in any other legal forum available.

_Ahmed Slam Mohammed Al - Khateeb_
Name:

Witnessed:

_____
print Name:

# EXHIBIT J

Date: April 16, 2004

### Authorization

I am acting as next friend for my ~~BROTHER~~, whose name is ~~ABDULLAH AL-RAHABI~~, and who is being held at Guantanamo Bay. I hereby authorize Mohammed Naji Allawo, Najeeb Bin Mohammed al-Nauimi and Clive Stafford Smith (of *Justice In Exile*), Michael Ratner and the Center for Constitutional Rights, and any person assigned by these lawyers, to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

*Ahmad Abd Alwhab AL-rahaby*
Name:

Witnessed:

_____

Print Name:

730

**EXHIBIT K**

Date: _____, 2005

## Authorization

I am _____ محمود حسين علي مبارك الحاج, and I have had the
concept of 'next friend' explained to me in my native language. I
wish to act as next friend for my _____ أُخي, who is a
prisoner being held in Guantanamo Bay, and whose name is
_____ رياح محمود حسين علي مبارك الحاج (the 'prisoner'). I hereby
authorize Tina Foster (and the Center for Constitutional Rights), as
well as Clive Stafford Smith (and Justice In Exile), and any person
assigned by these lawyers, to act on my behalf and on the
prisoner's behalf, to secure any documents and information
concerning the prisoner that are necessary for his defense, and to
seek whatever redress they believe to be in his best interests, in the
courts of the United States, and in any other legal forum available.
I am sure that he would want me to assert these rights.  He is a
citizen of _____.

_____
Next Friend

Witnessed:

_____

Print Name:

I am Mahmood Ateek Ali Abdo Al Haj and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my brother who is a prisoner being held in Guantánamo Bay, and whose name is Riyadh Ateek Ali Abdu Al Haj. I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice in Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of _____.

# EXHIBIT L

GUAN-2005-T 02434

**DETAINEE ﺟﺠﺒﺠﺐ**
**CAMP DELTA**
**Washington, DC 20355**
**USA**

1001242317

Tim Foster
c/o Guantanamo Global Justice
Initiative Center for
Constitutional Rights
666 Broadway, 7th Floor
New York, NY, 10012
USA

إلى السيد المحامي / مايكل رانسز

تحية طيبة وبعد ،

لقد قام السيد توم ولسن من مكتب شيرمان أند ستراليج
بإعطائي هذه النماذج للمعتقلين الذين يرغبون بالحصول
على محامي يترافع عنهم "بشكل تطوعي " احتراضنا و
اعتراجهم احتجاجاً على اعتقالهم عبر الشكل القانوني
وقد تمت كتابة هذه النماذج وإرسالها باسمي لأنه
لا يمكن لهم مع السلطات المحتكرة أن يرسلوا إلى هذه
النماذج مباشرة فكان نوع من المحاولة أنا أرسل هذه
النماذج عن طريق وباسمي شخصياً ،

مع خالص الحب والإحترام

كتبه : فوزي خالد عبد الله العودة
ابن عضو اللجنة الدولية لـ ...
العليا لحقوق الإنسان لدينا ،

شلالها | مم عمر

GUAN-T 02434

تفويض

أنا عبدالله يو عمر حزه دوتج ، مواطن طاجيكستان ، معتقل حاليا في معسكر
دلتا ، خليج جوانتانمو في كوبا. أتكلم اللغات التالية ... روسي . بهذا
أفوض المحامي مايكل راتنر من هيئة حقوق الانسان في مركز الحقوق الدستورية وأي محام يعينه
الأستاذ راتنر بأن يمثلني في الاجراءات القانونية لكي يطعن اعتقالي وظروف احتجازي في خليج
جوانتانمو ولكي يأتي بأي إنصاف قضائي متاح لي.

Delany 257
iSN

عمر حزه

_____
(إمضاء المحتجز)

C~0/0/12

_____
(التاريخ)

To lawyer Michael (Ratner),

Greetings,

Mr. Tom (Welner) from the office of (Sherman and Sterling) has given me these samples/ forms for the detainees who wish to have lawyers defending them "voluntarily".

In opposition and in protest over their illegal detention. I have written these samples and sent them in my name, because they can not send them directly to you according to the laws of the military. So, it was a kind of attempt from me to send these samples personally and in my name.

Best wishes.

Written by, Fawzi Khaled Abdullah AlAudha, son of the member of the international supreme advisory committee for the Guantanmo detainees.

)))))))))))))))))))))))))))))))))))))))))))))))

### Authorization

**I'm Abdullah Bo Omer Hamza Yoyej,** Tajikistani citizen, currently detained in the Delta Camp, Guantanamo bay in Cuba. I speak the following languages. **RUSSIAN.** With this, I authorize the lawyer (Michael Ratner) from the panel / organization of human rights at the Center for Constitutional Rights or any lawyer appointed by Mr. (Ratner) to represent me in the legal procedures in order to challenge my detention and circumstances of my arrest/ seizure in Guantanamo bay, and in order to bring me any judicial fairness available for me.

Omer Hamza,
13/5/2005

# EXHIBIT M

# FOUO

### Authorization

I, _MAHER ELFALESTENY_, a citizen of _PALISTINE/519_ ^ISN, am currently

being held in Camp _DELTA_ Guantanamo Bay, Cuba. I speak the following languages:

_ARABIC_. I hereby authorize attorney Michael Ratner of the human rights

organization the Center for Constitutional Rights, and any attorney specifically assigned

by Mr. Ratner, to represent me in legal proceedings to challenge my detention, the

conditions of my confinement in Guantanamo Bay, and any other possible legal redress

that may be available to me.

عن ماهر القلسطيني

_____

(Signature of Detainee)

C·O — O — O

_____

(Date)

# FOUO

P.08

<div dir="rtl">

تفويض

انا ماهر الفلسطيني ، مواطن فلسطيني / 519 ISN ، معتقل حاليا في معسكر
رعيلتا ، خليج جوانتانمو في كوبا. أتكلم اللغات التالية العربية . بهذا
أفوض المحامي مايكل راتنر من هيئة حقوق الانسان في مركز الحقوق الدستورية وأي محام يعينه
الأستاذ راتنر بأن يمثلني في الاجراءات القانونية لكي يطعن اعتقالي وظروف احتجازي في خليج
جوانتانمو ولكي يأتي بأي إنصاف قضائي متاح لي.


عن ماهر الفلسطيني
_____
(إمضاء المحتجز)

٢٠٠٥ ٥ ٥
_____
(التاريخ)

</div>

**FOUO**

**EXHIBIT N**

Bisher Al-Rawi (906)
Guantanamo Bay - Cuba

Sunday 23rd January 2005

George Brent Mickum IV
Keller and Hickman LLP
Washington D.C.

Dear Brent:

Another Day in the Sunny Cuba - it is quite a nice afternoon. Unlike the night when it becomes very cold.

Few things to mention to you to day, needless to say I don't know if you'll recive this letter or not.

- Another Detainee has asked me to forward his details to you, to obtain legal assistance.

He is:  ABID  ALHAMID  ABID  ALSALLAM  ALKESAWI

عبدالحميد عبدالسلام الكزاوي ⟵ Name in Arabic

His number at GTMO   654 (six five four)

He is from LIBYA and carries a Libyan passport.

- Little bit of news about GTMO.

• The first Tribunal is almost over almost everybody has gone to it. One of persons recently went and the news we recieved after that was as follow, However I can't verify it. I requested witnesses and aperently was told that he can only ask for witnesses from his own BLOCK !!

• Another Detainee was told though his personel representative that one of his charges was "You were OSAMA BIN LADIN'S Body Guard". Few things to say about this charge - The way this charge is been throwen at detainees one would say that the guy has more bodyguards than some important president around! the other thing ( this guy is in my block and I know him quite well as there were only two cells between us) this UNCLASSIFIED (really can't hear) and interrogators know that. The...

Put it is this way. When I am far feet away from him, and call him and wave at him he does not see me. With no disrespect to this detainee what so ever, but with body guards like him around you are almost certin to have caught Bin Ladin! . Also this guy is in his fourties from what I understand.

- The weather is very cold during the evening as I mentioned, and everybody is getting very cold including myself . I waunder How people in Romio Block with shorts one dealing with that and others like them who are eitha completly deprived of every thing including Mattresses etc, shirts, blankets etc . Or those who only get the Blankets from 10 pm to 5 am. I don't think it is at all plesant!

- Yesterday my self and other were move what is suppose to be a better part of the camp, which is camp one. so for things one almost thesame. We are told that they'll become better.

- Food again become very little. It is quite good for any one who wants to lose weight.

- Samil I am told is in camp four, I realy hope he is well there. There is no way for me to get in touch with him or convuy any messages. please if you write to him or want him to sign any thing enclose instructions in Arabic so he can read it and understand. I had send a piece of paper writen in Arabic for this purpose I hope you can benefit from it.

- We hear that two Australians and the British including Martin and may be some Kuwaites will be released or actully have been released. I would be gratefull if you can send me as much as possible and I don't want to inconveniance you ( I delebraly spelled the last two long words wrong as well as many many more, I am very sorry for that, And I realy hope you can read what I have writen).

With my very best regards to you and all with you, I hope to see you in the future —

Best regards
Bisher Al-Rawi



"UNCLASSIFIED"