IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AMER MOHAMMON, et al.,**  *Petitioners*,  v.  **GEORGE W. BUSH, et al.,**  *Respondents*. | Civil Action No. 05-cv-2386 (RBW)  **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioners AMER MOHAMMON, ET AL., in this matter. Service upon counsel may be made to:

Gitanjali S. Gutierrez
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6427
Fax: (212) 614-6499

Dated: December 27, 2005

Respectfully submitted,

Counsel for Petitioners:

  /s/ _____
Gitanjali S. Gutierrez
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6427
Fax: (212) 614-6499