## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL AZIZ NAJI,** *Petitioner,* v. **GEORGE W. BUSH, et al.,** *Respondents.* | Civil Action No. 05-cv-2386 (RBW) **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner ABDUL AZIZ NAJI, and Omar Deghayes as next friend of ABDUL AZIZ NAJI.  Service upon counsel may be made to:

Christopher D. Brown
**SHOOK, HARDY & BACON, LLP**
201 S. Biscayne Blvd., Suite 2400
Miami, FL  33131
Tel: (305) 358-5171
Fax: (305) 358-7470
cdbrown@shb.com

Dated: December 30, 2005

Respectfully submitted,
Counsel for Petitioner:

_____
Christopher D. Brown
Washington, D.C. Bar No. 493119
**SHOOK, HARDY & BACON, LLP**
201 S. Biscayne Blvd., Suite 2400
Miami, FL  33131
Tel: (305) 358-5171
Fax: (305) 358-7470
cdbrown@shb.com

LAW OFFICES
**SHOOK,HARDY&BACON**
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131-4332 • TELEPHONE (305) 358-5171

504289v1