IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FAHD AL-FAWZAN,**  ) <br> ) <br> **Khaled Abdallah Al-Idan,**  ) <br>     as Next Friend of  ) <br>     Mr. Fahd Al Fawzan  ) <br> ) <br>     *Petitioners*,  ) <br> ) <br> **v.**  ) <br> ) <br> ) <br> **GEORGE W. BUSH, et al.,**  ) <br>     *Respondents*.  ) <br> ) | Civil Action No. 05-2386 (RBW) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Fahd Al-Fawzan, in this matter. Service upon counsel may be made to:

>Martha Rayner, Ramzi Kassem and James A. Cohen
>LINCOLN SQUARE LEGAL SERVICES
>Fordham University School of Law
>33 W. 60th Street, 3rd Floor
>New York, NY 10023
>Telephone: (212) 636-6934
>Fax: (212) 636-6923

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: March 24, 2006

                                                        Respectfully submitted,

                                                        Counsel for Petitioner:

                                                          /s/ Martha Rayner
                                                        Martha Rayner (NY-MR-1423)
                                                        Ramzi Kassem (RK-NY-3567)
                                                        James A. Cohen (NY-JC-3836)

LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923