# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Amer Mohammon,** | ) | |
| **ISN # 939,** | ) | |
| **Detainee** | ) | |
| **Guantánamo Bay Naval Station** | ) | |
| **Guantánamo Bay, Cuba;** | ) | |
| | ) | |
| **Boucetta Fihi,** | ) | |
| **ISN # 718,** | ) | |
| **Detainee** | ) | |
| **Guantánamo Bay Naval Station** | ) | |
| **Guantánamo Bay, Cuba;** | ) | |
| | ) | **NOTICE OF** |
| **Elham Bataif,** | ) | **INCORRECT FILING** |
| **ISN # 084,** | ) | |
| **Detainee** | ) | |
| **Guantánamo Bay Naval Station** | ) | **No. 05-cv-2386 (RBW)** |
| **Guantánamo Bay, Cuba;** | ) | |
| | ) | |
| **Jamil El-Banna,** | ) | |
| **as the Next Friend of the above-named** | ) | |
| **Petitioners Khalik Dad through Bataif** | ) | |
| | ) | |
| **Sofiane Mohammed Berhoumi,** | ) | |
| **ISN # 694,** | ) | |
| **Detainee** | ) | |
| **Guantánamo Bay Naval Station** | ) | |
| **Guantánamo Bay, Cuba;** | ) | |
| | ) | |
| **Abin Alhamed Abid Alsallam Alkesawi,** | ) | |
| **ISN # 654,** | ) | |
| **Detainee** | ) | |
| **Guantánamo Bay Naval Station** | ) | |
| **Guantánamo Bay, Cuba;** | ) | |
| | ) | |
| **Mohammed Abdullah Taha Mattan,** | ) | |
| **ISN # 684,** | ) | |
| **Detainee** | ) | |
| **Guantánamo Bay Naval Station** | ) | |
| **Guantánamo Bay, Cuba;** | ) | |
| | ) | |
| **Bisher Al-Rawi,** | ) | |
| **as the Next Friend of the above-named** | ) | |
| **Petitioners Berhoumi to Taha Mattan;** | ) | |

**Abudel Salam Deiff,**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )
**Omar Last Name Unknown ("LNU"),**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )
**Abdul Haq,**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )
**Abd Al Zaher,**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )
**Abu Rahan,**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )
**Najeeb LNU,**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )
**Sad Al Gahtani,**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )
**Fahd Al Fawzan,**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )
**Rashed Al Qamdi,**  )
    **Detainee**  )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
      )

**Bandar Al Shaibani,**                )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Mashal LNU ,**                        )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Khaled Al Barkati,**                  )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Abdulal Al Thani,**                   )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Abu Ahmed Al Jofi,**                  )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Abu Rad Al Jofi,**                    )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Abdulal LNU,**                        )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Sad Al Materi,**                      )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Seed Farha,**                         )
    **Detainee**                              )
    **Guantánamo Bay Naval Station**          )
    **Guantánamo Bay, Cuba;**                 )
                                             )
**Saleh LNU,**                          )

   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Maged LNU,**         )
   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Zeyad Al Gassmy,**      )
   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Adel Hassan,**        )
   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Hamad LNU,**        )
   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Amir LNU,**         )
   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Abu Ahmed,**        )
   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Waleed LNU,**        )
   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Samir LNU,**        )
   Detainee        )
   Guantánamo Bay Naval Station  )
   Guantánamo Bay, Cuba;   )
                )

**Yagoob Al Soury,**      )
   Detainee        )

**Guantánamo Bay Naval Station**                            )
**Guantánamo Bay, Cuba;**                                   )
                                                           )
**Abdul Rhman,**                                            )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                                           )
**Zaker Chan,**                                             )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                                           )
**Adel Al Tunisi,**                                         )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                                           )
**Sader LNU,**                                              )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                                           )
**Ali Al Kazmi,**                                           )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                                           )
**Khader LNU,**                                             )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                                           )
**Mohsen LNU,**                                             )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                                           )
**Abdul Rahman,**                                           )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                                           )
**Fahd LNU,**                                               )
    **Detainee**                        )
    **Guantánamo Bay Naval Station**    )

       **Guantánamo Bay, Cuba;**             )
                                      )

**Mustafa Al Shamili,**               )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )
                                        )

**Osama LNU,**                   )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )
                                        )

**Mohamed Hmadi,**             )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )
                                        )

**Fahmi LNU,**                   )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )
                                        )

**Esam LNU,**                   )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )
                                        )

**Mohamed Ali,**                )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )
                                        )

**Edress LNU,**                  )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )
                                        )

**Sharaf Al Sanani,**             )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )
                                        )

**Seed LNU,**                   )
       **Detainee**                      )
       **Guantánamo Bay Naval Station**  )
       **Guantánamo Bay, Cuba;**           )

**Mahamoud Al Bhar,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Khald LNU,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Ali Al Qatari,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Alla Al Mossary,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Mohammed Al Palestini,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Saleh Mohammed Ali Azoba,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Sami Muhyedin al Hajj,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Maher El Falesteny,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Dr. Abu Muhammad,**         )
      **Detainee**         )
      **Guantánamo Bay Naval Station**         )
      **Guantánamo Bay, Cuba;**         )
         )

**Shafiq LNU,**                                     )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Nabil LNU,**                                      )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Abdunoor (Abdurahman) LNU,**                      )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Ridwaan Al Magrebi,**                             )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Salman Al Bahri,**                                )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Fahd Al Haraazi,**                                )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Yusuf Asshihri,**                                 )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Faisil LNU,**                                     )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Hammad LNU,**                                     )
    **Detainee**                                     )
    **Guantánamo Bay Naval Station**                 )
    **Guantánamo Bay, Cuba;**                        )
                                                    )

**Mahmood LNU,**                                    )

   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Walid LNU,**        )
   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Bilal LNU,**        )
   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Saif Ullah,**        )
   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Abdallah LNU,**      )
   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Adil LNU,**        )
   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Saalih LNU,**       )
   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Abdullah LNU,**      )
   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Ali LNU,**        )
   **Detainee**        )
   **Guantánamo Bay Naval Station** )
   **Guantánamo Bay, Cuba;**   )
               )
**Fahd Abu Hafsa,**     )
   **Detainee**        )

**Guantánamo Bay Naval Station**                 )
**Guantánamo Bay, Cuba;**                        )
                                                 )
**Abdurahman LNU,**                              )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                 )
**Jamal Abdullah Kiyemba,**                      )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                 )
**Abdurrachman LNU,**                            )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                 )
**Ahmed Ben Bacha,**                             )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                 )
**Badr LNU,**                                    )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                 )
**Abdulaziz LNU,**                               )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                 )
**Shargowi LNU,**                                )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                 )
**Sanad Ali Alkaliemi,**                         )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                 )
**Binyam Mohammed,**                             )
    **as the Next Friend of the above-named**  )
    **Petitioners from Abdurrachman LNU**  )

> To Alkaliemi;                                    )
>                                                  )
> **Omar Ahmad,**                                  )
>      ISN #766                                    )
>      Detainee                                    )
>      Guantánamo Bay Naval Station                )
>      Guantánamo Bay, Cuba;                       )
>                                                  )
> **Mohmad Ahmad Al Kara'any,**                    )
>      ISN #269                                    )
>      Detainee                                    )
>      Guantánamo Bay Naval Station                )
>      Guantánamo Bay, Cuba;                       )
>                                                  )
> **Ibraheem Zaidan,**                             )
>      ISN #761                                    )
>      Detainee                                    )
>      Guantánamo Bay Naval Station                )
>      Guantánamo Bay, Cuba;                       )
>                                                  )
> **Omar Mohamad Khalifah,**                       )
>      ISN #695                                    )
>      Detainee                                    )
>      Guantánamo Bay Naval Station                )
>      Guantánamo Bay, Cuba;                       )
>                                                  )
> **Abdulhadi Al Hamami,**                         )
>      ISN #717                                    )
>      Detainee                                    )
>      Guantánamo Bay Naval Station                )
>      Guantánamo Bay, Cuba;                       )
>                                                  )
> **Adel Ben Ahmad Al Hakeemy,**                   )
>      ISN #168                                    )
>      Detainee                                    )
>      Guantánamo Bay Naval Station                )
>      Guantánamo Bay, Cuba;                       )
>                                                  )
> **Omier Ba Atash,**                              )
>      Detainee                                    )
>      Guantánamo Bay Naval Station                )
>      Guantánamo Bay, Cuba;                       )
>                                                  )
> **Shaker Aamer,**                                )
>      as the Next Friend of the above-named       )
>      Petitioners Ahmad to Atash;                 )

**Abu Mohammed,** )
    **ISN #39** )
    **Detainee** )
    **Guantánamo Bay Naval Station** )
    **Guantánamo Bay, Cuba;** )
     )
**Dr. Abu Mohammed,** )
    **ISN #40** )
    **Detainee** )
    **Guantánamo Bay Naval Station** )
    **Guantánamo Bay, Cuba;** )
     )
**Abu Abdullah,** )
    **Detainee** )
    **Guantánamo Bay Naval Station** )
    **Guantánamo Bay, Cuba;** )
     )
**Abdurazzak LNU,** )
    **ISN #219** )
    **Detainee** )
    **Guantánamo Bay Naval Station** )
    **Guantánamo Bay, Cuba;** )
     )
**Abdullah Al Quatany,** )
    **Detainee** )
    **Guantánamo Bay Naval Station** )
    **Guantánamo Bay, Cuba;** )
     )
**Jabir Al Quatany,** )
    **ISN #650** )
    **Detainee** )
    **Guantánamo Bay Naval Station** )
    **Guantánamo Bay, Cuba;** )
     )
**Zabin Thaha Assammery,** )
    **Detainee** )
    **Guantánamo Bay Naval Station** )
    **Guantánamo Bay, Cuba;** )
     )
**Hamad LNU,** )
    **Detainee** )
    **Guantánamo Bay Naval Station** )
    **Guantánamo Bay, Cuba;** )
     )
**Yakub LNU,** )

**Detainee**                                    )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Jihad LNU,**                                  )
        **Detainee**                           )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Bilal LNU,**                                  )
        **Detainee**                           )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Mohammed LNU,**                               )
        **Detainee**                           )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Abu Ahmed,**                                  )
        **Detainee**                           )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Abu Rawda,**                                  )
        **Detainee**                           )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Abdullah LNU,**                               )
        **Detainee**                           )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Abdul Anasser,**                              )
        **Detainee**                           )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Mohammed LNU,**                               )
        **Detainee**                           )
        **Guantánamo Bay Naval Station**    )
        **Guantánamo Bay, Cuba;**              )
                                                )
**Abu Baker,**                                  )
        **Detainee**                           )

**Guantánamo Bay Naval Station**                )
**Guantánamo Bay, Cuba;**                        )
                                                 )
**Khalid LNU,**                                  )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**          )
                                                 )
**Jalal Jalaldin,**                              )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**          )
                                                 )
**Sabel LNU,**                                   )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**          )
                                                 )
**Abdurahman LNU,**                              )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**          )
                                                 )
**Adel LNU,**                                    )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**          )
                                                 )
**Hammad LNU,**                                  )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**          )
                                                 )
**Thabid LNU,**                                  )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**          )
                                                 )
**Ali LNU,**                                     )
    **ISN #250**              )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**          )
                                                 )
**Abdullah LNU,**                                )
    **Detainee**             )

**Guantánamo Bay Naval Station**                     )
**Guantánamo Bay, Cuba;**                              )
                                                       )
**Usama Hasan Abu Kabir,**                             )
        **as the Next Friend of the above-named**     )
        **Petitioners from Abu Mohammed to**          )
        **Abdullah LNU;**                              )
                                                       )
**Shah Baba,**                                         )
        **Detainee**                                  )
        **Guantánamo Bay Naval Station**              )
        **Guantánamo Bay, Cuba;**                      )
                                                       )
**Mishal Al Madany,**                                  )
        **Detainee**                                  )
        **Guantánamo Bay Naval Station**              )
        **Guantánamo Bay, Cuba;**                      )
                                                       )
**Ahmed Abdel Aziz,**                                  )
        **Detainee**                                  )
        **Guantánamo Bay Naval Station**              )
        **Guantánamo Bay, Cuba;**                      )
                                                       )
**Abdullah Bo Omer Hamza Yoyej,**                      )
        **ISN #257**                                  )
        **Detainee**                                  )
        **Guantánamo Bay Naval Station**              )
        **Guantánamo Bay, Cuba;**                      )
                                                       )
**Fawzi Khaled Abdullah Al Audha,**                    )
        **as the Next Friend of Petitioner Yoyej;**   )
                                                       )
**Zein Al-Abedeen,**                                   )
        **ISN #257**                                  )
        **Detainee**                                  )
        **Guantánamo Bay Naval Station**              )
        **Guantánamo Bay, Cuba;**                      )
                                                       )
**Abu Baker Qassim**                                   )
        **as the Next Friend of Petitioner**          )
        **Al-Abedeen;**                                )
                                                       )
**Abdul-rahman Abdo Abulghaith Sulaiman,**             )
        **Detainee**                                  )
        **Guantánamo Bay Naval Station**              )
        **Guantánamo Bay, Cuba;**                      )

**Abdo Abulghaith Sulaiman,**                                )
    **Detainee**                                )
    **Guantánamo Bay Naval Station**                                )
    **Guantánamo Bay, Cuba;**                                )
                                    )
**Mohammed Ahmed Slam Al-Khateeb,**                                )
    **Detainee**                                )
    **Guantánamo Bay Naval Station**                                )
    **Guantánamo Bay, Cuba;**                                )
                                    )
**Ahmed Slam Mohammed Al-Khateeb,**                                )
    **as the Next Friend of Petitioner**                                )
    **Mohammed Al-Khateeb;**                                )
                                    )
**Esmail Ali Ahmad Khalip,**                                )
    **Detainee**                                )
    **Guantánamo Bay Naval Station**                                )
    **Guantánamo Bay, Cuba;**                                )
                                    )
**Ali Ahmad Khalip,**                                )
    **as the Next Friend of Petitioner**                                )
    **Esmail Khalip;**                                )
                                    )
**Jamil Ahmad Saeed,**                                )
    **Detainee**                                )
    **Guantánamo Bay Naval Station**                                )
    **Guantánamo Bay, Cuba;**                                )
                                    )
**Hala Ahmad Saeed Al-Adahg,**                                )
    **Detainee**                                )
    **Guantánamo Bay Naval Station**                                )
    **Guantánamo Bay, Cuba;**                                )
                                    )
**Isam Himed Ali,**                                )
    **Detainee**                                )
    **Guantánamo Bay Naval Station**                                )
    **Guantánamo Bay, Cuba;**                                )
                                    )
**Himed Ali Alibi Al-Giufye,**                                )
    **as the Next Friend of Petitioner**                                )
    **Himed Al-Giufye;**                                )
                                    )
**Mohammed Ahmed Saeed Hidar,**                                )
    **Detainee**                                )
    **Guantánamo Bay Naval Station**                                )

Guantánamo Bay, Cuba;                    )
                                         )
**Kaelah Ahmed Thabit Al-Ammari,**      )
    **Detainee**     )
    **Guantánamo Bay Naval Station**   )
    **Guantánamo Bay, Cuba;**   )
                                         )
**Tofiq Nasser Awadh Al Bihani,**       )
    **Detainee**     )
    **Guantánamo Bay Naval Station**   )
    **Guantánamo Bay, Cuba;**   )
                                         )
**Adnan Al-Bihani,**                    )
    **Detainee**     )
    **Guantánamo Bay Naval Station**   )
    **Guantánamo Bay, Cuba;**   )
                                         )
**Abdullah Al Rahabi,**                 )
    **Detainee**     )
    **Guantánamo Bay Naval Station**   )
    **Guantánamo Bay, Cuba;**   )
                                         )
**Ahmad Abdu Alwahab Al Rahby,**        )
    **as the Next Friend of Petitioner**   )
    **Abdullah Al Rahabi;**   )
                                         )
**Alkhadr Abdullah Al Yafie,**          )
    **Detainee**     )
    **Guantánamo Bay Naval Station**   )
    **Guantánamo Bay, Cuba;**   )
                                         )
**Ali Yayha Mahdi,**                    )
    **Detainee**     )
    **Guantánamo Bay Naval Station**   )
    **Guantánamo Bay, Cuba;**   )
                                         )
**Riyadh Ateek Ali Abdu Al Haj,**       )
    **Detainee**     )
    **Guantánamo Bay Naval Station**   )
    **Guantánamo Bay, Cuba;**   )
                                         )
**Mahmood Ateek Ali Abdu Al Haj,**      )
    **as the Next Friend of Petitioner**   )
    **Riyadh Ateek Ali Abdu Al Haj**   )
                                         )
**Abdul Aziz Naji,**                    )

Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Mohammed Hamid Qurany,** )
Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Abdurahman LNU,** )
Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Tarek LNU,** )
Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Abu Hadaifa,** )
Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Hasan Yaunas Balgaid,** )
Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Omar Kalifa Mohammed,** )
Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Abdal Rauf Asibi,** )
Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Abdal Razak Ali,** )
Detainee )
Guantánamo Bay Naval Station )
Guantánamo Bay, Cuba; )
)
**Faris Darnawi,** )
Detainee )

**Guantánamo Bay Naval Station**                )
**Guantánamo Bay, Cuba;**                        )
                                                  )
**Saib Darnawi,**                                )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                  )
**Salih LNU,**                                   )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                  )
**Muhammed Dawood,**                             )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                  )
**Mohammed Rimi,**                               )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                  )
**Ahmed Tripoli,**                               )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                  )
**Moosa LNU,**                                   )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                  )
**Maher LNU,**                                   )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                  )
**Said Al Russi,**                               )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )
    **Guantánamo Bay, Cuba;**  )
                                                  )
**Mohammed Harbi,**                              )
    **Detainee**             )
    **Guantánamo Bay Naval Station**  )

Guantánamo Bay, Cuba;                    )
                                         )
**Mohammed Zahrani,**                    )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                         )
**Abdullah Ajaibi,**                     )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                         )
**Abdullah Hamid Musleh Qahtany,**       )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                         )
**Mohammed Abdur Rahman,**               )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                         )
**Omar Ramah,**                          )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                         )
**Ahmed Omar,**                          )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                         )
**Ali Waili Khavimi,**                   )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                         )
**Ghalib Fahani,**                       )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )
                                         )
**Fadl Dahimi,**                         )
    **Detainee**     )
    **Guantánamo Bay Naval Station**    )
    **Guantánamo Bay, Cuba;**           )

Slaim Harbi,                                          )
    Detainee                                     )
    Guantánamo Bay Naval Station                 )
    Guantánamo Bay, Cuba;                        )
                                                 )
Omar Deghayes,                                       )
    as the Next Friend of the above-named        )
    Petitioners from Abdul Aziz Naji to          )
    Ali Waili Khavimi;                           )
                                                 )
Nabil Hadj,                                          )
    Detainee                                     )
    Guantánamo Bay Naval Station                 )
    Guantánamo Bay, Cuba;                        )
                                                 )
Hadj Arab Nabil,                                     )
    Detainee                                     )
    Guantánamo Bay Naval Station                 )
    Guantánamo Bay, Cuba;                        )
                                                 )
Jabbarov Oybek Jamolovich,                           )
    Detainee                                     )
    Guantánamo Bay Naval Station                 )
    Guantánamo Bay, Cuba;                        )
                                                 )
*Petitioners*,                                       )
                                                 )
                                                 )        **NOTICE OF**
                                                 )        **INCORRECT FILING**
v.                                                   )
                                                 )
                                                 )        **No. 05-cv-2386 (RBW)**
                                                 )
**GEORGE W. BUSH,**                                  )
    **President of the United States**           )
    **The White House**                          )
    **1600 Pennsylvania Ave., N.W.**             )
    **Washington, D.C. 20500;**                  )
                                                 )
**DONALD RUMSFELD,**                                 )
    **Secretary, United States**                 )
    **Department of Defense**                    )
    **1000 Defense Pentagon**                    )
    **Washington, D.C. 20301-1000;**             )
                                                 )

**NAVY REAR ADMIRAL HARRY HARRIS,**      )
    **Commander, Joint Task Force - GTMO**  )
    **JTF-GTMO**                              )
    **APO AE 09360; and**                     )
                                   )

**ARMY COL. MIKE BUMGARNER,**            )
    **Commander, Joint Detention**          )
      **Operations Group, JTF - GTMO**   )
    **JTF-GTMO**                              )
    **APO AE 09360,**                         )
                                   )
*Respondents.*                           )

## NOTICE OF INCORRECT FILING

Petitioners respectfully request that their First Amended Petition for Writ of Habeas Corpus, filed on March 24, 2006 (the "First Amended Petition"), be withdrawn, and the original Petition for Writ of Habeas Corpus, filed on December 21, 2005 (the "Original Petition"), be fully reinstated. The First Amended Petition, which attempted to supplement information supplied on the Original Petition with new information pertinent to one petitioner's request for relief, was erroneously misnamed, and consequently understood by court staff as replacing, rather than supplementing, the Original Petition. It was never Petitioners' intention to replace the Original Petition in its entirety, much less remove the claims for relief of all but one of the 187 Petitioners; the misnaming and subsequent incorrect filing of the First Amended Petition was the unfortunate result of confusion over proper ECF filing procedures.

Immediately upon learning of this error, counsel for Petitioners contacted Court staff, as specified in LCvR 5.4 (g) (3), which provides that "[c]ounsel or parties encountering technical problems with CM/ECF filing shall immediately notify a Clerk's Office employee of the problem by telephone and immediately send written confirmation of that notification to the Office of the Clerk." This Notice intends to provide the Court the written confirmation requested in that Rule, so that the Court may promptly correct the docket.

Dated: 19 April 2006                          Respectfully submitted,

                                              Counsel for Petitioner Fahd Al-Fawzan:

                                              /s/_____
                                              Martha Rayner (NYMR1423)
                                              LINCOLN SQUARE LEGAL SERVICES
                                              Fordham University School of Law
                                              33 W. 60th Street, 3rd Floor
                                              New York, NY 10023
                                              Telephone: (212) 636-6934
                                              Fax: (212) 636-6923

Counsel for Petitioners:

/s/_____
Gitanajali Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499