# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al., )<br>    Detainees, )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br>    )<br>OMAR DEGHAYES, )<br>    as the Next Friend of Abdal Razak Ali )<br>    Aka Abdaul Razak Ali-Haj )<br>    Aka  AbdelRazak Ali AbdelRahman )<br>    *Petitioners*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>    *Respondents*. )<br>) | Civil Action No. 05-2386 (RBW)<br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Abdal Razak Ali AKA Abdaul Razak Ali-Haj AKA Abdel Razak Ali AbdelRahman, in this matter.  Service upon counsel may be made to:

> H. Candace Gorman
> Law Office of H. Candace Gorman
> 542 S Dearborn, Suite 1060
> Chicago, IL 60605

Counsel for Petitioners certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners without compensation.

Dated: April 24, 2006            Respectfully submitted,

                                                          Counsel for Petitioner:

                                                            /s/ H. Candace Gorman
                                                          H. Candace Gorman (IL Bar #6184278)
                                                           Elizabeth Popolis (IL Bar #6285095)
                                                           Law Office of H. Candace Gorman
                                                           542 S. Dearborn – Suite 1060
                                                           Chicago, IL. 60605
                                                           Tel: (312) 427-2313
                                                           Fax: (312) 427-9552