IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.,  )<br>    Detainees,  )<br>    Guantanamo Bay Naval Station  )<br>    Guantanamo Bay, Cuba;  )<br>        )<br>OMAR DEGHAYES,  )<br>    as the Next Friend of Abdal Rauf Asibi  )<br>    *Petitioners*,  )<br>        )<br>v.  )<br>        )<br>        )<br>GEORGE W. BUSH, et al.,  )<br>    *Respondents*.  ) | Civil Action No. 05-2386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Abdal Rauf Asibi, in this matter. Service upon counsel may be made to:

>H. Candace Gorman
>Law Office of H. Candace Gorman
>542 S Dearborn, Suite 1060
>Chicago, IL 60605

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: April 24, 2006

Respectfully submitted,

Counsel for Petitioner:

  /s/ H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
Law Office of H. Candace Gorman
542 S. Dearborn
Suite 1060
Chicago, IL. 60605
Tel: (312) 427-2313
Fax: (312) 427-9552