IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMER MOHAMMON, et al. | : | |
| | : | ENTRY OF APPEARANCE |
| Petitioners/Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| GEORGE W. BUSH, et al. | : | NO. 05-2386 (RBW) |
| | : | |
| Respondents/Defendants | : | |

**ENTRY OF APPEARANCE ON BEHALF OF PETITIONER MAHER EL FALESTENY**

TO THE CLERK:

       Please enter the appearance of Christopher J. Huber, Pepper Hamilton LLP, as counsel for Petitioner Maher El Falesteny, ISN #519, in the above-captioned matter.

       Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

                                                         Respectfully submitted,

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212.614.6439
Fax: 212.614.6499

 /s/ Christopher J. Huber
Christopher J. Huber (DC #459525)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Tel:  202.220.1200
Fax: 202.220.1665

*Counsel for Petitioner*

Dated:      April 25, 2006