IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHALD AL BARKATI,  )  )  Sami Muhyideen,  )     as Next Friend of  )     Mr. Khald Al Barkati  )   )   *Petitioners*,  )   )  v.  )   )  GEORGE W. BUSH, et al.,  )     *Respondents*.  )   ) | Civil Action No. 05-cv-2386 (RBW)  NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner Khald Al Barkati in this matter. Service upon counsel may be made to:

David L. Engelhardt, John C. Snodgrass, Johnisha Matthews, Reginald B. McKnight
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW
Washington, DC 20037
Telephone: (202) 785-9700
Fax: (202) 887-0689.

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that counsel is representing Petitioner without compensation.

Dated: April 26, 2006

Respectfully submitted,

  /s/
David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
Reginald B. McKnight (DC493946)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street NW
Washington, DC 20037
Telephone: (202) 785-9700
Fax: (202) 887-0689

Counsel for Petitioner Al Barkati

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on Respondents' by electronic filing and a copy has been emailed to the following persons:

Terry M. Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

on this 26th day of April, 2006.

/s/
John C. Snodgrass