IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. | ENTRY OF APPEARANCE |
| Petitioners/Plaintiffs | |
| v. | |
| GEORGE W. BUSH, et al. | CIVIL ACTION NO. 05-2386 (RBW) |
| Respondents/Defendants | |

**ENTRY OF APPEARANCE ON BEHALF OF
PETITIONER MAHER EL FALESTENY**

TO THE CLERK:

Please enter the appearance of Stephen M. Truitt, as counsel for Petitioner Maher El Falesteny, ISN #519, in the above-captioned matter.

Counsel for Petitioner certifies, pursuant to L. Civ. R. 83.2(g), that he is representing Petitioner without compensation.

Respectfully submitted,

/s/ Stephen M. Truitt
Stephen M. Truitt (DC # 13235)
Hamilton Square, Suite 500
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Tel: 202.220.1452
Fax: 202.220.1665

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212.614.6439
Fax: 212.614.6499

Dated:    April 27, 2006