IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABBAROV OYBEK JAMOLIVICH (ISN 452),<br><br>    *Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    *Respondents.* | NOTICE OF APPEARANCE<br><br>Civil Action No. 05-2386 (RBW) |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Jabbarov Oybek Jamolivich (ISN 452), in this matter. Service upon counsel may be made to:

    Michael E. Mone
    (MA BBO No. 351680)
    Michael E. Mone, Jr.
    (MA BBO No. 634607)
    ESDAILE, BARRETT & ESDAILE
    75 Federal Street
    Boston, MA 02110
    (617) 482-0333

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

                                        Respectfully submitted,
                                        Counsel for Petitioner:

                                        */s/ Michael E. Mone, Jr.*
                                        Michael E. Mone
                                        (MA BBO No. 351680)
                                        Michael E. Mone, Jr.
                                        (MA BBO No. 634607)
                                        ESDAILE, BARRETT & ESDAILE
                                        75 Federal Street
                                        Boston, MA 02110
Dated: April 26, 2006                      (617) 482-0333