Case 1:05-cv-02386-UNA    Document 19    Filed 04/27/2006    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANDAR AL-SHAIBANI,<br>    Petitioner, and<br>Sami Muhmideen,<br>as Next Friend of<br>Mr. Bandar al-Shaibani<br><br>    Petitioners,<br><br>v.<br><br><br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Bandar al-Shaibani, in this matter. Service upon counsel may be made to:

    C. Brian Meadors
    PRYOR, ROBERTSON & BARRY, PLLC
    P.O. Drawer 848 / 315 North 7th Street
    Fort Smith, AR 72902-0848

    Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

    Dated: April 27, 2006

    Respectfully submitted,

    /s/ C. Brian Meadors
    C. Brian Meadors, DC Bar # 466899
    PRYOR, ROBERTSON & BARRY, PLLC
    Attorneys for Petitioner Rebecca Yates
    315 North 7th Street; P.O. Drawer 848
    Fort Smith, AR 72902?0848
    (479) 782-8813 / (479) 785-0254 (fax)