IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI AL-KAZMY,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba;<br><br>SAMI MUHYIDEEN,<br>    as Next Friend of<br>    Mr. Ali Al-Kazmy<br><br>SHAKER AAMER,<br>    as Next Friend of<br>    Mr. Ali Al-Kazmy<br><br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    *Respondents*. | Civil Action No. 05-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Fahd Al-Fawzan, in this matter. Service upon counsel may be made to:

> Martha Rayner, Ramzi Kassem and James A. Cohen
> LINCOLN SQUARE LEGAL SERVICES
> Fordham University School of Law
> 33 W. 60th Street, 3rd Floor
> New York, NY 10023
> Telephone: (212) 636-6934
> Fax: (212) 636-6923

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: April 27, 2006

                                        Respectfully submitted,

                                        Counsel for Petitioner:

   /s/ Martha Rayner
Martha Rayner (NY-MR-1423)
Ramzi Kassem (RK-NY-3567)
James A. Cohen (NY-JC-3836)

LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923