# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sanad Ali Alkaliemi,** ) <br> **ISN #1453** ) <br> **Detainee,** ) <br> **Guantánamo Bay Naval Station** ) <br> **Guantánamo Bay, Cuba;** ) <br> ) <br> **Binyam Mohammed,** ) <br> **as Next Friend of** ) <br> **Mr. Ali Al-Kazmy** ) <br> ) <br> *Petitioners*, ) <br> ) <br> v. ) <br> ) <br> ) <br> **GEORGE W. BUSH, et al.,** ) <br> ) <br> *Respondents*. ) <br> ) | **Civil Action No. 05-2386 (RBW)** <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Sanad Ali Alkaliemi, in this matter. Service upon counsel may be made to:

> Martha Rayner, Ramzi Kassem and James A. Cohen
> LINCOLN SQUARE LEGAL SERVICES
> Fordham University School of Law
> 33 W. 60th Street, 3rd Floor
> New York, NY 10023
> Telephone: (212) 636-6934
> Fax: (212) 636-6923

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: April 28, 2006

>> Respectfully submitted,
>>
>> Counsel for Petitioner:
>>
>>  /s/ Martha Rayner
>> Martha Rayner (NY-MR-1423)

Ramzi Kassem (RK-NY-3567)
James A. Cohen (NY-JC-3836)

LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923