**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMER MOHAMMON, et al.<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay Cuba<br><br>FADL DAHIMI,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>OMAR DEGHAYES,<br>    as Next Friend of<br>    Mr. Fahd Al-Fawzan<br><br>MUSTAFA AL SHAMILI,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>SAMI MUHYIDEEN,<br>    as Next Friend of<br>    Mr. Fahd Al-Fawzan<br><br>"SHARGOWI" - SHARKAWI ABDA ALI AL-HAAG,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>BENYAMIN MOHAMMED and<br>GHARIB ABUA ALI AL- HAAG,<br>    as Next Friends of<br>    Mr. Fahd Al-Fawzan<br><br>*Petitioners/Plaintiffs*,<br><br>v.<br><br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE**<br><br><br><br>**Civil Action No. 05-2386** |

|  |  |
|---|---|
| **Department of Defense** | ) |
| **1000 Defense Pentagon** | ) |
| **Washington, D.C. 20301-1000;** | ) |
|  | ) |
| **ARMY REAR ADMIRAL HARRY B. HARRIS, JR.,** | ) |
|     **Commander, Joint Task Force - GTMO** | ) |
|     **JTF-GTMO** | ) |
|     **APO AE 09360; and** | ) |
|  | ) |
| **ARMY COL. MIKE BUMGARNER,** | ) |
|     **Commander, Joint Detention** | ) |
|     **Operations Group - JTF-GTMO,** | ) |
|     **JTF-GTMO** | ) |
|     **APO AE 09360,** | ) |
|  | ) |
| *Respondents/Defendants*. | ) |

PLEASE TAKE NOTICE that the attorney listed below will represent only Petitioners Fadl Dahimi, Omar Deghayes (as Mr. Dahimi's Next Friend), Mustafa Al Shamili, Sami Muhyideen (as Mr. Al Shamili's Next Friend), Sharkawi Abda Ali Al-Haag AKA Shargowi, and Benyamin Mohammed and Gharib Abua Ali Al- Haag (as Mr. Al-Haag's Next Friends) in this matter.

Service upon counsel may be made to:

> John A. Chandler (Pursuant to LCvR 83.2(g))*
> SUTHERLAND ASBILL & BRENNAN LLP
> 999 Peachtree Street, N.E.
> Atlanta, Georgia  30309-3996
> Telephone: (404) 853-8000
> Facsimile:  (404) 853-8806

\* - Lead Counsel

2

Counsel for Petitioners certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioners without compensation.

Dated: May 1, 2006

        Respectfully submitted,

        Counsel for Petitioners:

        ___/s/ John A. Chandler_____
        John A. Chandler (Pursuant to LCvR 83.2(g))*
        SUTHERLAND ASBILL & BRENNAN LLP
        999 Peachtree Street, N.E.
        Atlanta, Georgia  30309-3996
        Telephone: (404) 853-8000
        Facsimile:  (404) 853-8806

        * - Lead Counsel

## **CERTIFICATE OF SERVICE**

I, John A. Chandler, certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C.  20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C.  20530
>
> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC 20530

This 1st day of May, 2006.

> /s/ John A. Chandler
> John A. Chandler