## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>AMER MOHAMMON, et al.   )<br>   Detainee,   )<br>   )<br>SHARAF AL SANANI,   )<br>   Petitioner, and   )<br>Sami Muhyideen,   )<br>as Next Friend of   )<br>Mr. Sharaf Al Sanani;   )<br>   )<br>FAHD ABU HAFSA,   )<br>   Petitioner, and   )<br>Jamal Kiyemba,   )<br>as Next Friend of   )<br>Mr. Fahd Abu Hafsa;   )<br>   )<br>OMAR RAMAH,   )<br>   Petitioner, and   )<br>Omar Deghayes,   )<br>as Next Friend of   )<br>Mr. Omar Ramah,   )<br>   )<br>          Petitioners.   )<br>   )<br>v.   )<br>   )<br>GEORGE W. BUSH, et al.,   )<br>   )<br>          Respondents.   )<br>_____ ) | Civil Action No. 05-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

     PLEASE TAKE NOTICE that the attorney listed below will represent Petitioners, Sharaf Al Sanani, Fahd Abu Hafsa and Omar Ramah, in this matter. Service upon counsel may be made to:

9303560.1

        James F. Bogan III
        KILPATRICK STOCKTON LLP
        1100 Peachtree Street, Suite 2800
        Atlanta, GA  30309

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioners without compensation.

Dated:  May 8, 2006.

        Respectfully submitted.

        /s/ James F. Bogan III
        James F. Bogan III, Ga. Bar # 065220
        KILPATRICK STOCKTON LLP
        Attorney for Petitioners Sharaf Al Sanani,
        Fahd Abu Hafsa and Omar Ramah
        1100 Peachtree Street, Suite 2800
        Atlanta, GA 30309-4530
        JBogan@KilpatrickStockton.com
        (404) 815-6500 / (404) 815-6555 (fax)

9303560.1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and accurate copy of the foregoing upon the following persons, by first-class mail in addition to the service that automatically occurs by virtue of the electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Terry Henry, Esq.
>Andrew I. Warden, Esq.
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW, Room 7144
>Washington, D.C. 20530

This 8th day of May, 2006.

>/s/ James F. Bogan III
>James F. Bogan III, Ga. Bar # 065220
>
>Attorney for Petitioners Sharaf Al Sanani,
>Fahd Abu Hafsa and Omar Ramah

9303560.1