IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                                     )
AMER MOHAMMON, et al.                )
   Detainee,                         )
                                     )
SHARAF AL SANANI,                    )
   Petitioner, and                   )
Sami Muhyideen,                      )
as Next Friend of                    )
Mr. Sharaf Al Sanani;                )
                                     )   Civil Action No. 05-2386 (RBW)
FAHD ABU HAFSA,                      )
   Petitioner, and                   )   NOTICE OF APPEARANCE
Jamal Kiyemba,                       )
as Next Friend of                    )
Mr. Fahd Abu Hafsa;                  )
                                     )
OMAR RAMAH,                          )
   Petitioner, and                   )
Omar Deghayes,                       )
as Next Friend of                    )
Mr. Omar Ramah,                      )
                                     )
          Petitioners.               )
                                     )
v.                                   )
                                     )
GEORGE W. BUSH, et al.,              )
                                     )
          Respondents.               )
_____  )

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioners, Sharaf Al Sanani, Fahd Abu Hafsa and Omar Ramah, in this matter. Service upon counsel may be made to:

9303564.1

        A. Stephens Clay
        KILPATRICK STOCKTON LLP
        1100 Peachtree Street, Suite 2800
        Atlanta, GA 30309

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioners without compensation.

Dated: May 8, 2006.

        Respectfully submitted.

        /s/ A. Stephens Clay
        A. Stephens Clay, Ga. Bar # 129400
        KILPATRICK STOCKTON LLP
        Attorney for Petitioners Sharaf Al Sanani,
        Fahd Abu Hafsa and Omar Ramah
        1100 Peachtree Street, Suite 2800
        Atlanta, GA 30309
        SClay@KilpatrickStockton.com
        (404) 815-6500 / (404) 815-6555 (fax)

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and accurate copy of the foregoing upon the following persons, by first-class mail in addition to the service that automatically occurs by virtue of the electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Terry Henry, Esq.
> Andrew I. Warden, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, NW, Room 7144
> Washington, D.C. 20530

This 8th day of May, 2006.

> /s/ A. Stephens Clay
> A. Stephens Clay, Ga. Bar # 129400
>
> Attorney for Petitioners Sharaf Al Sanani,
> Fahd Abu Hafsa and Omar Ramah

9303564.1