# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| AMER MOHAMMON, et al. ) | |
|   Detainee, ) | |
| ) | |
| SHARAF AL SANANI, ) | |
|    Petitioner, and ) | |
| Sami Muhyideen, ) | |
| as Next Friend of ) | |
| Mr. Sharaf Al Sanani; ) | |
| ) | Civil Action No. 05-2386 (RBW) |
| FAHD ABU HAFSA, ) | |
|    Petitioner, and ) | NOTICE OF APPEARANCE |
| Jamal Kiyemba, ) | |
| as Next Friend of ) | |
| Mr. Fahd Abu Hafsa; ) | |
| ) | |
| OMAR RAMAH, ) | |
|    Petitioner, and ) | |
| Omar Deghayes, ) | |
| as Next Friend of ) | |
| Mr. Omar Ramah, ) | |
| ) | |
|       Petitioners. ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
|      Respondents. ) | |
| _____ ) | |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioners,

Sharaf Al Sanani, Fahd Abu Hafsa and Omar Ramah, in this matter.  Service upon counsel

may be made to:

Miguel M. Duran
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing

Petitioners without compensation.

Dated:  May 8, 2006.

Respectfully submitted.

/s/ Miguel M. Duran
Miguel M. Duran, Ga. Bar # 110260
KILPATRICK STOCKTON LLP
Attorney for Petitioners Sharaf Al Sanani,
Fahd Abu Hafsa and Omar Ramah
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
MDuran@KilpatrickStockton.com
(404) 815-6500 / (404) 815-6555 (fax)

9303560.1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and accurate copy of the foregoing

upon the following persons, by first-class mail in addition to the service that automatically

occurs by virtue of the electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Terry Henry, Esq.
> Andrew I. Warden, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, NW, Room 7144
> Washington, D.C. 20530

This 8th day of May, 2006.

> /s/ Miguel M. Duran
> Miguel M. Duran, Ga. Bar # 110260
>
> Attorney for Petitioners Sharaf Al Sanani,
> Fahd Abu Hafsa and Omar Ramah