IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
ABDULLAH BO OMER HAMZA YOYEJ,     )
    CAMP DELTA DETAINEE #297                        )
                                                                    )
Fawzi Khaled Abdallah Al-Audha,                     )
    as Next Friend of                                       )
    Mr. Hamza Yoyej                                        )
                                                                    )
                 Petitioners,                         )
                                                                    )
              v.                                                )  Civil Action No. 05-2386 (RBW)
                                                                    )
                                                                    )  NOTICE OF APPEARANCE
GEORGE W. BUSH, et al.,                              )
                 Respondents.                       )
                                                                    )
_____ )


PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner **ABDULLAH BO OMER HAMZA YOYEJ,** CAMP DELTA DETAINEE **#297** in this matter.

Service upon counsel may be made to:

    Steven B. Wasserman, Esq.
    20 Plaza Street Apt. F-7
    Brooklyn  NY 11238
    Telephone: (212) 577-3387
    Fax: (212) 509-8481

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.


Dated: May 17, 2006

                                                                           Respectfully submitted,
                                                                           Counsel for Petitioner:

                                                                           _____
                                                                           Steven B. Wasserman
                                                                           20 Plaza Street  F-7
                                                                           Brooklyn, NY 11238
                                                                           Tel: (212) 577-3387
                                                                           Fax: (212) 509-8481