IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.,<br>    Detainees,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>SAMI MUHMIDEEN,<br>    as the Next Friend of Rashed Al Qamdi<br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | **RECEIVED**<br>MAY 15 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 05-2386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Rashed Al Qamdi, in this matter. Service upon counsel may be made to:

Bryan K. Bullock
Law Offices of Bryan K. Bullock
575 Broadway, Suite 2-C
Gary, Indiana 46402

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: May 9, 2006

Respectfully submitted,

Counsel for Petitioner:

Bryan K. Bullock (Atty. #: 22812-45)
575 Broadway, Suite 2-C
Gary, Indiana 46402
Phone: (219) 882-0815
Fax:   (219) 882-0817

## Certificate of Service

I certify that on the 9th day of May, 2006, service of the foregoing document was made upon opposing party or counsel by depositing of same with the U.S. Postal Service first class mail in properly addressed envelope with sufficient postage affixed.

BY: _____
Bryan K. Bullock