IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    et al.,<br><br>    Respondents. | Civil Action No: 05-2386 (RBW) |

**RESPONDENTS' NOTICE OF TRANSFER OF
PETITIONER ABDULLAH AL QUATANY**

Respondents hereby provide notice that with respect to petitioner Abdullah Al Quatany (INS 652), the United States has relinquished custody and petitioner has been transferred to the control of the Government of the Kingdom of Saudi Arabia, consistent with United States' policies and practices pertaining to transfers for continued detention, investigation, and/or prosecution as the transferee country deems appropriate. These policies and practices are outlined in the declarations of Ambassador Pierre-Richard Prosper and Deputy Assistant Secretary of Defense for Detainee Affairs Matthew C. Waxman previously filed in this or other Guantanamo Bay detainee habeas cases pending in this Court, copies of which are attached as Exhibits A and B.[1]

---

[1] While Mr. Waxman and Mr. Prosper have both recently left office, the policies and practices set forth in their prior declarations remain in effect and are applicable to the instant case, while certain numerical information regarding numbers of transfers in the declarations is subject to updating.

Dated:  May 23, 2006                              Respectfully submitted,

                                                        PETER D. KEISLER
                                                       Assistant Attorney General


                                                       DOUGLAS N. LETTER
                                                       Terrorism Litigation Counsel


                                                       _____James J. Schwartz_____
                                                       JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                       VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                       TERRY M. HENRY
                                                       JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                                       PREEYA M. NORONHA
                                                       EDWARD H. WHITE
                                                       ROBERT J. KATERBERG
                                                       ANDREW I. WARDEN
                                                       NICHOLAS J. PATTERSON
                                                       Attorneys
                                                       United States Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       20 Massachusetts Ave., N.W.
                                                       Washington, DC  20530
                                                       Tel:  (202) 616-8298
                                                       Fax:  (202) 616-8460

                                                       Attorneys for Respondents