IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.,<br>    Detainees,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>SAMI MUHMIDEEN,<br>    as the Next Friend of Rashed Al Qamdi<br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | Civil Action No. 05-2386 (RBW)<br><br>MOTION FOR THE IMMEDIATE ISSUANCE OF A WRIT OF *HABEAS CORPUS* PURSUANT TO 28 U.S.C. § 2243 OR, ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE |

**MOTION FOR THE IMMEDIATE
ISSUANCE OF A WRIT OF *HABEUS CORPUS* PURSUANT TO 28 U.S.C. § 2243
OR, ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE**

Petitioner, Rashed Al Qamdi, (the "Detained Petitioner"), by his next friend, as co-petitioner, Sami Muhmideen by and through undersigned counsel, respectfully submit this motion requesting the Court to issue forthwith a writ of *habeas corpus* pursuant to 28 U.S.C. § 2243, returnable in three days, in order to proceed to a hearing on the merits of their jointly-filed Petition for Writ of Habeas Corpus and Complaint for the Declaratory and Injunctive Relief.  Alternatively, the Detained Petitioners seek forthwith the issuance of an order to show cause why a writ of *habeas corpus* should not be granted, returnable in three days.  The grounds for said motion are contained in the memorandum of points and authorities that accompanies this motion.

Dated: <u>May 26, 2006</u>.

        Respectfully Submitted,

        Counsel for Petitioner

        <u>/s/ Bryan K. Bullock</u>
        Bryan K. Bullock (Atty. # 22812-45)
        575 Broadway, Suite 2C
        Gary, Indiana 46402-1922
        Telephone: (219) 882-0815
        Facsimile:  (219) 882-0817

**CERTIFICATE OF SERVICE**

I, Bryan K. Bullock, certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Terry Henry, Esq, Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, D.C. 20530

This 26th day of May, 2006

/s/ Bryan K. Bullock
Bryan K. Bullock

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.,<br>    Detainees,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>SAMI MUHMIDEEN,<br>    as the Next Friend of Rashed Al Qamdi<br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2386 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

The Court, having considered Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo,

IT IS HEREBY ORDERED that this Motion is granted; and

IT IS FURTHER ORDERED that Respondent shall not remove Petitioners from Guantanamo to a foreign territory without providing counsel and the Court 30-days' advance notice.

Dated: May 26, 2006

_____
United States District Judge