UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., )<br>)<br>   Petitioners, )<br>)<br>5. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. )<br>) | Civil Action No: 05-2386 (RBW) |

**ORDER**

Currently before the Court is the Motion for the Immediate Issuance of a Writ of Habeus Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue an Order to Show Cause.[1]  On January 11, 2006, this Court entered an Order denying all pending motions in this case (and all other related cases) and staying all proceedings until the District of Columbia Circuit had resolved the question of this Court's jurisdiction to hear this matter following the enactment of H.R. 2863, the Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act of 2006.  January 11, 2006 Order.  The District of Columbia Circuit has not issued a ruling.   Accordingly, it is hereby this 2nd day of June, 2006,

    **ORDERED** that the petitioner's motion is **DENIED WITHOUT PREJUDICE**.

    **SO ORDERED**.

                                          REGGIE B. WALTON
                                          United States District Judge

---

[1] This motion is filed on behalf of only one of the petitioners in this case, Rashed Al Qamdi.