# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD AL-FAWZAN<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>Sami Muhyedin al Hajj,<br>    as Next Friend of<br>    Mr. Fahd Al-Fawzan<br><br>SANAD ALI YISLAM AL-KAZIMI<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>Benyam Mohammad,<br>    as Next Friend of<br>    Mr. Sanad Ali Yislam Al-Kazimi<br><br>Petitioners,<br><br>    v.<br><br>GEORGE WALKER BUSH, et al.,<br><br>Respondents. | Civil Action No: 05-2386 (RBW) |

## DECLARATION OF RAMZI KASSEM, ESQ.

I, Ramzi Kassem, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746 that:

1. I am an Adjunct Professor of Law at Fordham University School of Law and an attorney associated with Lincoln Square Legal Services, Inc., Fordham University School of Law's clinical law office. I represent Petitioner Mr. Sanad Ali Yislam Al-Kazimi. I am familiar with all the facts and proceedings in his case.

2. I make this declaration in support of Petitioners' motion seeking a temporary lift of this court's January 11, 2006 stay for the limited purpose of entry of the 1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 [D.D.C. 2004]); 2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and 3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, by Judge Joyce Hens Green in *Abdah v. Bush*, 04-CV-1254 (HHK) and the other coordinated Guantánamo Bay detainee cases (hereinafter, "the Protective Order").

3. This declaration is made on personal knowledge and information made available to me in the performance of my professional duties as counsel to the above named Petitioners.

4. Petitioner Al-Kazimi is one of over 160 petitioners brought under *Mohammon, et al. v. Bush, et al.*, No. 05-cv-2386 (RBW), which was filed on December 12, 2005 in the United States District Court for the District of Columbia by the Center for Constitutional Rights, Barbara Olshansky and Gita Guttierez, of counsel.

5. A petition was brought on behalf of Petitioner Al-Kazimi pursuant to the request of Petitioner Al-Kazimi's next friend, Mr. Benyam Mohammed, a client of Clive Stafford Smith, Esq. and a detainee who has known Petitioner Al-Kazimi for a significant portion of their incarceration at Guantánamo. Mr. Benyam Mohammed represented to his lawyer, Clive Stafford Smith that Petitioner Al-

Kazimi wishes to challenge the legality of his detention. *See* Petition, Ex. Z, Smith Declaration, Ex. 3.

6. Since that time, on January 20, 2006, counsel from the Center for Constitutional Rights met with Petitioner Mr. Al-Kazimi's wife, Hammouda Abdallah, in Yemen. During that meeting, Hammouda Abdallah authorized the Center for Constitutional Rights and any person assigned by them to represent her husband. *See* Authorization dated January 28, 2006, Exhibit D.

7. The Center for Constitutional Rights assigned Lincoln Square Legal Services to represent Mr. Al-Kazimi. I represent Petitioner free of charge.

8. Since then, on May 19 and 21, 2006, I spoke with Petitioner Al-Kazimi's wife by telephone. Petitioner Al-Kazimi and his wife have been married for over 12 years. Together they have four children, two daughters and two sons, ranging in ages from 7 to The family resides in Aden, Yemen.

9. Ms. Hammouda Abdallah's husband has been in detention since 2002. She has received very few letters from her husband and no indication from her husband that he has received any of the letters she has sent. Ms. Hammouda Abdallah has urgently requested that I meet with her husband to assess his legal situation and provide him with legal counsel.

10. Pursuant to Petitioner Al-Kazimi's wife's authorization, I filed a notice of appearance on behalf of Petitioner Al-Kazmi on April 28, 2006.

11. Respondents have approved my visit to Guantánamo Bay Naval Station scheduled for June 29, 2006 pending the Department of Justice granting me

    interim security clearance. I expect to receive clearance in time to meet the current approved attorney client visit schedule.

12. I am requesting that this Court temporarily lift the current stay for the limited purpose of entering the Protective Order to allow counsel to visit Petitioner Al-Kazimi on June 29, 2006, and fulfill the wishes of Petitioner Al-Kazimi that I provide legal representation.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 5, 2006

                                                   ___/s/_____
                                                   Ramzi Kassem