# EXHIBIT C

تفويض

التاريخ: ١٩/١/٦ ٢٠٠٦م

اسمي <u>خالد عبيد الله العبدان</u>، وأنا أتصرف بصفة الصديق الأقرب لـ ابن <u>خالي</u>، الذي يدعى <u>مسعد محمد العزاني</u>، وهو مواطن من <u>المملكة العربية السعودية</u> ومحتجز في خليج جوانتانامو.

إني أعلم أنه يريدني أن أتصرف بالنيابة عنه لتأمين التمثيل القانوني له. وأنا أفوض بموجب هذه الوثيقة الأستاذ مايكل راتنر والأستاذة باربرا أولشانسكي من "مركز الحقوق الدستورية" وأي شخص يعينه هذان المحاميان، بالتصرف بالنيابة عني وعن قريبي لتأمين الحصول على أي مستندات ومعلومات متعلقة بقريبي واللازمة للدفاع عنه، وبالمطالبة بأي تعويض يعتقدون أنه من أفضل مصلحته في محاكم الولايات المتحدة وفي أي محكمة قانونية أخرى متوفرة.

التوقيع: _____

كتابة الاسم: <u>خالد عبيد الله العبدان</u>

توقيع الشاهد: _____

كتابة الاسم: <u>Ashok Mathai</u>

Date: January 19, 2006

## Authorization

My name is Khaled Abdullah Al-Idan I am acting as next friend for my Cousin, whose name is Fahd Mohammed Al-Fawzan a citizen of Saudi Arabia who is being held at Guantanamo Bay.

I know that he would want me to act on his behalf to secure him legal representation. I hereby authorize the attorneys of the Center for Constitutional Rights and any person assigned by these attorneys to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States and in any other legal forum available.

Signature:

Name (Printed): Khaled Adbollah Al-Idan

Witness:

Name (Printed): Ashok Mathai