# EXHIBIT D

Authorization

Date: 28-1-2006

My name is Hamoda Abdulla Omar, I am acting as next friend for my husband, whose name is Sanad Ali Yaslem AL Kazmi a citizen of Yemen, who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _[signature]_
Print Name: Hamoda Abdullah Omar

Witnessed by: _[signature] 28/1/06_
Print Name: Mohammed Aluybeh