# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ )

**FAHD AL-FAWZAN**                                    )
    **Detainee,**                                  )
    **Guantánamo Bay Naval Station,**              )
    **Guantánamo Bay, Cuba.**                      )
                                                  )
**Sami Muhyedin al Hajj,**                            )
    **as Next Friend of**                          )
    **Mr. Fahd Al-Fawzan**                         )
                                                  )
**SANAD ALI YISLAM AL-KAZIMI**                        )
    **Detainee,**                                  )
    **Guantánamo Bay Naval Station,**              )
    **Guantánamo Bay, Cuba.**                      )
                                                  )
**Benyam Mohammad,**                                  )
    **as Next Friend of**                          )
    **Mr. Sanad Ali Yislam Al-Kazimi**             )
                                                  )
**Petitioners,**                                      )
                                                  )
    **v.**                                        )    **Civil Action No: 05-2386 (RBW)**
                                                  )
**GEORGE WALKER BUSH, et al.,**                       )
                                                  )
**Respondents.**                                      )
_____ )

## PROPOSED ORDER

**Upon consideration of the motion to temporarily lift the stay to allow for attorney access to clients, it is**

      **ORDERED that Petitioners counsel shall comply fully with the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)) and the Order Supplementing and Amending Filing Procedures contained in**

November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in the *In re Guantanamo Bay Detainee Cases* in connection with their representation of Petitioners in the above captioned matter; and it is further

ORDERED that Respondents shall permit Petitioners' counsel to meet with their clients Mr. Fahd Al-Fawzan and Mr. Sanad Ali Yislam Al-Kazimi in person between June 29 and July 3, 2006.

IT IS SO ORDERED.


DATED:                                        _____