**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMER MOHAMMON, et al.

Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, et al.

Respondents/Defendants.

Civil Action No. 05-2386(RBW)

AMENDED DECLARATION OF STEPHEN M. TRUITT

1. My name is Stephen M. Truitt. I make this declaration based on personal knowledge, except where otherwise stated. I am a member of the bar of this Court and file this declaration on behalf of Maher El Falesteney in support of Mr. El Falesteny's Motion to Temporarily Modify This Court's January 11, 2006 Stay To Allow For Attorney Access To Client.

2. Mr. El Falesteny first asked for counsel approximately one year ago. At that time, Mr. El Falesteny authorized the Center for Constitutional Rights to represent him or to find other suitable counsel. *See* Mr. El Falesteney's Authorization attached hereto as Exhibit A.

3. On December 12, 2005, the Center for Constitutional Rights filed the instant Petition on behalf of Mr. El Falesteny and more than 160 other petitioners, challenging their indefinite detention at Guantanamo. Earlier this year, the Center for Constitutional Rights designated Pepper Hamilton LLP to represent Mr. El Falesteny, and, subsequently, my colleagues Charles H. Carpenter, Christopher J. Huber and I have filed Notices of Appearance in this matter.

4. Pepper Hamilton represents two other Guantanamo detainees – Hani Saleh Rashid Abdullah and Rami Bin Saad Al-Oteib – in *Hani Saleh Rashid Abdullah et al. v. Bush et al.*, Civil Nos. 05-0023 (RWR). In that case, the Court has entered (1) the Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issue on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, by Judge Joyce Hens Green in Abdah v. Bush, 04-CV-1254 (HHK) and the other coordinated Guantanamo Bay detainee cases (collectively, "the Protective Order"). Mr. Carpenter, Mr. Huber and I all have obtained security clearances and have signed the Memorandum of Understanding and Acknowledgement (Exhibits B and C of the Protective Order) making us bound by the terms of the Protective Order in that case.

5. On May 25, 2006, I wrote to the Department of Justice and requested an August trip to Guantanamo to meet with another client, Hani Abdullah, and with Mr. El Falesteny on August 2-6, 2006. *See* May 25, 2006 e-mail attached hereto as Exhibit B. Such a long "lead-time" – until the first week of August – was essential, in my judgment, to allow emergency appellate review of any denial of the present motion in time to see Mr. El Falesteny on the scheduled August visit should the Circuit agree that a visit is permissible. In the case of Mr. El Falesteny, counsel requested the entry of Protective Order or, in the alternative, a visit with Mr. El Falesteny without entry of the Protective Order. *Id.* By electronic mail dated May 31, 2006, Andrew Warden of the Department of Justice stated that he had "forwarded the request to meet with Petitioner Abdullah to Guantanamo personnel for logistical consideration" but did not agree to counsel's request to meet with Mr. El-Falesteny. *See* May 31, 2006 e-mail attached

hereto as Exhibit C. In rejecting this request, Mr. Warden relied on this Court's January 11, 2006 stay of "all action" in this case, which was entered after the passage of the Detainee Treatment Act of 2005. *Id.* On June 2, 2006, Mr. Warden wrote again to inform me that "Guantanamo can accommodate your visit request from August 2-6 for meetings with petitioner Abdullah." *See* June 2, 2006 e-mail attached hereto as Exhibit D. Thus, Mr. Huber and I have been approved for a visit to Guantanamo to meet with one of our clients but denied the opportunity to meet with Mr. El Falesteny.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Executed on June 8, 2006.

Respectfully submitted,

/s/ Stephen M. Truitt

Stephen M. Truitt (DC # 13235)
Hamilton Square, Suite 500
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Tel: 202.220.1452
Fax: 202.220.1665

Exhibit A

FOUO

Authorization

I, MAHER ELFALESTENY, a citizen of PALISTINE/ISN 519, am currently being held in Camp DELTA Guantanamo Bay, Cuba. I speak the following languages: ARABIC. I hereby authorize attorney Michael Ratner of the human rights organization the Center for Constitutional Rights, and any attorney specifically assigned by Mr. Ratner, to represent me in legal proceedings to challenge my detention, the conditions of my confinement in Guantanamo Bay, and any other possible legal redress that may be available to me.

عن ماهر الفلسطيني

(Signature of Detainee)

٢٠٠٥ - ٥ - ٥

(Date)

FOUO

تفويض

أنا ماهر الفلسطيني، مواطن فلسطين / ISN519، معتقل حاليا في معسكر دلتا، خليج جوانتانمو في كوبا. أتكلم اللغات التالية العربية. بهذا أفوض المحامي مايكل راتنر من هيئة حقوق الانسان في مركز الحقوق الدستورية وأي محام يعينه الأستاذ راتنر بأن يمثلني في الاجراءات القانونية لكي يطعن اعتقالي وظروف احتجازي في خليج جوانتانمو ولكي يأتي بأي إنصاف قضائي متاح لي.

عن ماهر الفلسطيني

(إمضاء المحتجز)

٥ — ٥ — ٥٠٠٢

(التاريخ)

FOUO

Exhibit B



From: "Stephen M. Truitt" <stephmac@earthlink.net>
Subject: **Visit to GTMO**
Date: May 25, 2006 10:36:19 AM EDT
To: Andrew.Warden@usdoj.gov
Cc: "Benjamin P. Cooper" <cooperbp@pepperlaw.com>, "Carpenter, Charles" <CARPENTC@pepperlaw.com>, Christopher Huber <Huberc@pepperlaw.com>

Andrew

Last week I sent you our proposed visit schedule commencing August 2 and including Mr. El Falesteny (ISN 519.) I expect that this much notice will not engender any logistical problems.

There is, however, the matter of the US position on a visit absent a protective order.

Our client first asked for a lawyer in June 2005. He has waited long enough.

Accordingly we shall be asking for entry of a protective order and other appropriate relief unless you agree that (A) the absence of an APO will not prevent the visit or (B) that a consent APO can be entered.

While I do not wish to rush your consideration of this issue or to generate disagreement where none exists, we shall be compelled to take action by Wednesday next week if we cannot work this aspect of the visit out.

Do not hesitate to call if this would help move things along. My number is 202 220 1452.

Regards,

Steve Truitt

Exhibit C

From: "Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
Subject: **RE: Visit to GTMO**
Date: May 31, 2006 9:28:03 AM EDT
To: "stephmac@earthlink.net" <stephmac@earthlink.net> (Receipt Notification Requested) (IPM Return Requested)
Cc: "cooperbp@pepperlaw.com" <cooperbp@pepperlaw.com> (Receipt Notification Requested) (IPM Return Requested), "CARPENTC@pepperlaw.com" <CARPENTC@pepperlaw.com> (Receipt Notification Requested) (IPM Return Requested), "Huberc@pepperlaw.com" <Huberc@pepperlaw.com> (Receipt Notification Requested) (IPM Return Requested)

Steve,

We have forwarded your request to meet with petitioner Abdullah to Guantanamo personnel for logistical coordination. Once I have confirmation that the arrangements can be accommodated, I'll let you know.

As for your request to meet with petitioner El Falesteny, we cannot agree to your request at this time. On January 11, 2006, Judge Walton stayed "all action" in Petitioner El Falesteny's case (Mohammon v. Bush, 05-CV-2386,) and denied all pending motions without prejudice pending resolution by the D.C. Circuit of "serious questions concerning whether this Court retains jurisdiction to hear the above-captioned case[]" after the Detainee Treatment Act of 2005. In light of this order, among other factors, we cannot consent to entry of the protective order by the Court. Further, we cannot agree to permit a visit with Mr. El Falesteny as if the protective order was entered in his case. Entry of the protective order by the Court is one of the prerequisites that must be established before counsel visits at Guantanamo may occur.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084

-----Original Message-----
From: stephmac@earthlink.net [mailto:stephmac@earthlink.net]
Sent: Thursday, May 25, 2006 10:36 AM
To: Warden, Andrew (CIV)
Cc: cooperbp@pepperlaw.com; CARPENTC@pepperlaw.com; Huberc@pepperlaw.com
Subject: Visit to GTMO

Andrew

Last week I sent you our proposed visit schedule commencing August 2 and including Mr. El Falesteny (ISN 519.) I expect that this much notice will not engender any logistical problems.

There is, however, the matter of the US position on a visit absent a protective order.

Our client first asked for a lawyer in June 2005. He has waited long enough.

Accordingly we shall be asking for entry of a protective order and other appropriate relief unless you agree that (A) the absence of an APO will not prevent the visit or (B) that a consent APO can be entered.

While I do not wish to rush your consideration of this issue or to generate disagreement where none exists, we shall be compelled to take action by Wednesday next week if we cannot work this aspect of the visit out.

Do not hesitate to call if this would help move things along. My number is 202 220 1452.

Regards,

Steve Truitt

Exhibit D

**Erwin, Tracey**

**From:** Stephen M. Truitt [stephmac@earthlink.net]
**Sent:** Friday, June 02, 2006 6:43 PM
**To:** Andrew.Warden@usdoj.gov
**Subject:** Re: Visit to GTMO

Many thanks.

Steve Truitt
On Jun 2, 2006, at 6:04 PM, Andrew.Warden@usdoj.gov wrote:

> Steve,
>
> I have confirmed that Guantanamo can accommodate your visit request
> from August 2-6 for meetings with petitioner Abdullah. This approval
> is without prejudice to any revisions regarding counsel access to
> Guantanamo that may be implemented in light of the Detainee Treatment
> Act of 2005.
>
> I'll send your travel clearances a few days before you depart.
>
> Best regards,
>
> Andrew
>
> Andrew I. Warden
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch 20 Massachusetts Ave., NW,
> Room 6120 Washington, DC 20530
> Tel: 202.616.5084
>
> -----Original Message-----
> From: stephmac@earthlink.net [mailto:stephmac@earthlink.net]
> Sent: Wednesday, May 31, 2006 9:34 AM
> To: Warden, Andrew (CIV)
> Cc: CARPENTC@pepperlaw.com; Huberc@pepperlaw.com
> Subject: Re: Visit to GTMO
>
> Andrew:
>
> Thanks for your prompt response.
>
> Regards,
>
> Steve Truitt
>
> On May 31, 2006, at 9:28 AM, Andrew.Warden@usdoj.gov wrote:
>
>> Steve,
>>
>> We have forwarded your request to meet with petitioner Abdullah to
>> Guantanamo personnel for logistical coordination. Once I have
>> confirmation that the arrangements can be accommodated, I'll let you
>> know.
>>
>> As for your request to meet with petitioner El Falesteny, we cannot
>> agree to your request at this time. On January 11, 2006, Judge
>> Walton stayed "all action" in Petitioner El Falesteny's case
>> (Mohammon v.
>> Bush, 05-CV-2386,) and denied all pending motions without prejudice
>> pending resolution by the D.C. Circuit of "serious questions
>> concerning whether this Court retains jurisdiction to hear the

>> above-captioned case[]" after the Detainee Treatment Act of 2005. In
>> light of this order, among other factors, we cannot consent to entry
>> of the protective order by the Court. Further, we cannot agree to
>> permit a visit with Mr. El Falesteny as if the protective order was
>> entered in his case.
>> Entry of the protective order by the Court is one of the
>> prerequisites that must be established before counsel visits at
>> Guantanamo may occur.
>>
>> Best regards,
>>
>> Andrew
>>
>> Andrew I. Warden
>> Trial Attorney
>> U.S. Department of Justice
>> Civil Division, Federal Programs Branch 20 Massachusetts Ave., NW,
>> Room 6120 Washington, DC 20530
>> Tel: 202.616.5084
>>
>>
>>
>> -----Original Message-----
>> From: stephmac@earthlink.net [mailto:stephmac@earthlink.net]
>> Sent: Thursday, May 25, 2006 10:36 AM
>> To: Warden, Andrew (CIV)
>> Cc: cooperbp@pepperlaw.com; CARPENTC@pepperlaw.com;
>> Huberc@pepperlaw.com
>> Subject: Visit to GTMO
>>
>> Andrew
>>
>> Last week I sent you our proposed visit schedule commencing August
>> 2 and including Mr. El Falesteny (ISN 519.) I expect that this much
>> notice will not engender any logistical problems.
>>
>> There is, however, the matter of the US position on a visit absent a
>> protective order.
>>
>> Our client first asked for a lawyer in June 2005. He has waited long
>> enough.
>>
>> Accordingly we shall be asking for entry of a protective order and
>> other appropriate relief unless you agree that (A) the absence of an
>> APO will not prevent the visit or (B) that a consent APO can be
>> entered.
>>
>> While I do not wish to rush your consideration of this issue or to
>> generate disagreement where none exists, we shall be compelled to
>> take action by Wednesday next week if we cannot work this aspect of
>> the visit out.
>>
>> Do not hesitate to call if this would help move things along. My
>> number is 202 220 1452.
>>
>> Regards,
>>
>> Steve Truitt
>>
>