IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDULLAH TAHA MATTAN, ISN # 684, <br><br> Bisher Al-Rawi,    As next Friend of    Mr. Mohammed Abdullah Taha Mattan <br><br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> *Respondents*. | Civil Action No. 05-cv-2386 (RBW) <br><br> **NOTICE OF APPEARANCE** |

  Please take notice that the attorney listed below will represent Petitioner MOHAMMED ABDULLAH TAHA MATTAN in this matter. Service upon counsel may be made to:

  William T. Hangley
  **HANGLEY ARONCHICK SEGAL & PUDLIN**
  One Logan Square, 27th Floor
  Philadelphia, PA 19103-6933
  Tel: (215) 568-6200
  Fax: (215) 568-0300

Counsel for Petitioner certifies, pursuant to L. Civ. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: June 12, 2006

            HANGLEY ARONCHICK SEGAL & PUDLIN

            _____
            William T. Hangley, PA Bar No. 03533
            Rebecca Y. Starr, PA Bar No. 87555
            One Logan Square, 27th Floor
            Philadelphia, PA 19103-6933
            Tel: (215) 568-6200
            Fax: (215) 568-0300
            wth@hangley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDULLAH TAHA MATTAN,<br>    ISN # 684,<br><br>Bisher Al-Rawi,<br>    As next Friend of<br>    Mr. Mohammed Abdullah Taha Mattan<br><br>            *Petitioners,*<br><br>v.<br><br><br>GEORGE W. BUSH, et al.,<br><br>            *Respondents.* | Civil Action No. 05-cv-2386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the attorney listed below will represent Petitioner MOHAMMED ABDULLAH TAHA MATTAN in this matter. Service upon counsel may be made to:

> Rebecca Y. Starr
> **HANGLEY ARONCHICK SEGAL & PUDLIN**
> One Logan Square, 27th Floor
> Philadelphia, PA 19103-6933
> Tel: (215) 568-6200
> Fax: (215) 568-0300

Counsel for Petitioner certifies, pursuant to L. Civ. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: June 12, 2006                    HANGLEY ARONCHICK SEGAL & PUDLIN

                                        William T. Hangley, PA Bar No. 03533
                                        Rebecca Y. Starr, PA Bar No. 87555
                                        One Logan Square, 27th Floor
                                        Philadelphia, PA 19103-6933
                                        Tel: (215) 568-6200
                                        Fax: (215) 568-0300
                                        rys@hangley.com

## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and accurate copy of the foregoing Notices of Appearance to be served upon the following people by first-class mail:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530

I have caused a true and accurate copy of the foregoing Notices of Appearance to be served upon the following people by e-mail:

> Terry Henry, Esq., Senior Trial Attorney
>     Terry.Henry@usdoj.gov
> Andrew I. Warden, Esq., Trial Attorney
>     Andrew.Warden@usdoj.gov
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC 20530

Dated: June 12, 2006

_____
Rebecca Y. Starr