IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMON, et al.,<br> *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br> *Respondents*. | APPEARANCE<br><br>Civil Action No. 05-cv-2386 (RBW) |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Seed Farha/Said Ali Al Farha (and Next Friend, Sami Muhyideen); Petitioner Mohsen/Mushin Muhammad Musheen Moqbill (and Next Friend, Sami Muhyideen); Petitioner Fahd Al Haraazi/Fahed Ali Harazi (and Next Friend, Jamal Kiyemba); and Petitioner Jabir Al Quatany/Jabir Hasan Muhamed Al Qahtani (and Next Friends Usama Hasan Abu Kabir and Jamal Kiyemba) in this matter. Service upon counsel may be made to:

   Brent N. Rushforth, DC Bar No. 398123
   Kit A. Pierson, DC Bar No. 331074
   Stuart M. Rennert
   Sarah B. Pojanowski
   Jenny L. Workman
   **HELLER EHRMAN LLP**
   1717 Rhode Island Avenue, NW
   Washington, DC 20036
   Tel: (202) 912-2000
   Fax: (202) 912-2020

Counsel for Petitioner certifies, pursuant to Loc. Civ. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: June 14, 2006        Respectfully submitted,

               Counsel for Petitioner:

                 /s/  Kit A. Pierson
               Brent N. Rushforth
               Kit A. Pierson
               Stuart M. Rennert
               Sarah B. Pojanowski
               Jenny L. Workman
               **HELLER EHRMAN LLP**
               1717 Rhode Island Avenue, NW
               Washington, DC 20036
               Tel: (202) 912-2000
               Fax: (202) 912-2020