IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMER MOHAMMON, *et al.*,

        Petitioners,

    v.

GEORGE W. BUSH, *et al.*,

        Respondents.

Civil Action No. 05 CV 2386 (RBW)

---

## NOTICE OF APPEARANCES AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter our appearances on behalf of Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned action.

Undersigned counsel certify, pursuant to L. Civ. R. 83.2(g), that they are representing these Uyghur Petitioners without compensation.

Dated: New York, New York
       June 14, 2006

                      Respectfully submitted,

                      Counsel for Petitioners:

                      */s/ Paul Schoeman*
                      Paul Schoeman (Pursuant to LCvR 83.2(g))
                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                      1177 Avenue of the Americas
                      New York, New York 10036
                      Tel: (212) 715-9100
                      Fax: (212) 715-8000

KL3:2524057.1

_____
J. Wells Dixon (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Joel Taylor (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Darren LaVerne (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000