IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------- x
                                         :
AMER MOHAMMON, *et al.*,                 :
                                         :
                        Petitioners,     :
                                         :
              v.                         :   Civil Action No. 05 CV 2386 (RBW)
                                         :
GEORGE W. BUSH, *et al.*,                :
                                         :
                        Respondents.     :
                                         :
---------------------------------------- x

## NOTICE OF APPEARANCES AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter our appearances on behalf of Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned action.

Undersigned counsel certify, pursuant to L. Civ. R. 83.2(g), that they are representing these Uyghur Petitioners without compensation.

Dated: New York, New York
       June 14, 2006

                              Respectfully submitted,

                              Counsel for Petitioners:

                              _____
                              Paul Schoeman (Pursuant to LCvR 83.2(g))
                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Tel: (212) 715-9100
                              Fax: (212) 715-8000

KL3:2524057.1

_____
J. Wells Dixon (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Joel Taylor (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Darren LaVerne (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000