IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------- x
:
AMER MOHAMMON, *et al.*,                 :
:
           Petitioners,        :
:
        v.                                  : Civil Action No. 05 CV 2386 (RBW)
:
GEORGE W. BUSH, *et al.*,                :
:
           Respondents.        :
:
---------------------------------------- x

## NOTICE OF APPEARANCES AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter our appearances on behalf of Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned action.

Undersigned counsel certify, pursuant to L. Civ. R. 83.2(g), that they are representing these Uyghur Petitioners without compensation.

Dated: New York, New York
       June 14, 2006

                                    Respectfully submitted,

                                    Counsel for Petitioners:

                                    _____
                                    Paul Schoeman (Pursuant to LCvR 83.2(g))
                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Tel: (212) 715-9100
                                    Fax: (212) 715-8000

KL3:2524057.1

_____
J. Wells Dixon (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Joel Taylor (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Darren LaVerne (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

KL3:2524057.1