IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
——————————————————— x
                              :
AMER MOHAMMON, et al.,        :
                              :
              Petitioners,    :
                              :
        v.                    :   Civil Action No. 05 CV 2386 (RBW)
                              :
GEORGE W. BUSH, et al.,       :
                              :
              Respondents.    :
                              :
——————————————————— x
```

## NOTICE OF APPEARANCES AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

Please enter our appearances on behalf of Petitioners Abdul Rahman a/k/a Abdul

Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned action.

Undersigned counsel certify, pursuant to L. Civ. R. 83.2(g), that they are

representing these Uyghur Petitioners without compensation.

Dated: New York, New York
       June 14, 2006

Respectfully submitted,

Counsel for Petitioners:

Paul Schoeman (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel:  (212) 715-9100
Fax:  (212) 715-8000

J. Wells Dixon (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000


Joel Taylor (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000


Michael J. Sternhell (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000


Darren LaVerne (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000