IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, : | |
| : | |
| Petitioners/Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-2386 (RBW) |
| : | |
| GEORGE W. BUSH, *et al.*, : | |
| : | |
| Respondents/Defendants. : | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION BY MAHER EL FALESTENY FOR ENTRY OF A PROTECTIVE ORDER**

The Court is probably aware that three Guantanamo prisoners reportedly took their lives on Saturday, June 10, 2006.  It is worth noting that all three were represented by counsel, but that one had not been permitted to meet with counsel at all, while the other two had only very limited access to counsel, and government delays and objections to counsel access resulted in those prisoners never having an attorney-client meeting.  Although a Navy investigation is ongoing (and perhaps an independent investigation will follow) and the exact causes of this tragedy are not yet known, it is conceivable that loss of faith in the legal system played a significant role.

Counsel for Mr. El Falesteny are not aware of any particular facts that should cause special concern in his case, except, however, that Mr. El Falesteny has gone more than a year since he requested that a petition be filed in his behalf without either a visit from his lawyers, or any other direct indication that his wishes have been followed.[1]  In these circumstances, the Court should probably err on the side of caution, and act to allow Mr. El

---

[1] During an April 2006 visit, counsel told other clients at the prison that they had taken Mr. El Falestany's case, and asked that word by conveyed.  There is no way of knowing, at this point, whether this has occurred.

-2-

Falesteny to be reassured and to have an attorney explain the somewhat complex points of law applicable to his case. Consequently, El Falesteny, through counsel, requests that the Court consider his motion for entry of a protective order on an expedited basis, and enter such an order forthwith.

Respectfully submitted,

*Of Counsel*
Barbara J. Olshansky
Director Counsel
Gitanjali S. Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212.614.6439
Fax: 212.614.6499

Dated:   June 15, 2006

 /s/ Charles H. Carpenter
Charles H. Carpenter (DC Bar No. 432004)
Pepper Hamilton LLP
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Tel:  202.220.1507
Fax: 202.220.1665

Stephen M. Truitt (DC Bar No.13235)
Hamilton Square, Suite 600
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
Tel:  202.220.1452
Fax: 202.220.1665