IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALD AL BARKATI, )<br>)<br>Sami Muhyideen, )<br>    as Next Friend of )<br>    Mr. Khald Al Barkati )<br>)<br>    *Petitioners*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>    *Respondents*. )<br>) | Civil Action No. 05-cv-2386 (RBW) |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO THE CLERK OF THE COURT:

    Please note that the law firm representing Petitioner Al Barkati is changing its name and moving to a new physical address on July 5, 2006. Effective that date, the new name, address and telephone number will be:

        Dickstein Shapiro LLP
        1825 Eye Street NW
        Washington, DC  20006

        Telephone:  (202) 420-2200
        Fax:  (202) 420-2201

Please change your records accordingly.

2102911.01

Dated: June 26, 2006                                Respectfully submitted,

                                                    /s/
                                                    David L. Engelhardt (DC429886)
                                                    John C. Snodgrass (DC473864)
                                                    Johnisha Matthews (DC492478)
                                                    Reginald B. McKnight (DC493946)
                                                    DICKSTEIN SHAPIRO MORIN
                                                      & OSHINSKY LLP
                                                    2101 L Street NW
                                                    Washington, DC 20037
                                                    Telephone: (202) 785-9700
                                                    Fax: (202) 887-0689

                                                    Counsel for Petitioner Al Barkati

2102911.01

CERTIFICATE OF SERVICE

   I hereby certify that on this 26th day of June 2006, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM NAME AND ADDRESS to be served via electronic mail on the parties listed below and this Certificate of Service to be served upon the following, and by facsimile to at least one Attorney representing the following defendants:

  Terry M. Henry
  United States Department of Justice
  Civil Division, Federal Programs Branch
  20 Massachusetts Ave., NW, Room 6120
  Washington, DC 20530

  Andrew I. Warden
  United States Department of Justice
  Civil Division, Federal Programs Branch
  20 Massachusetts Ave., NW, Room 6120
  Washington, DC 20530

            /s/
            John C. Snodgrass

2102911.01