# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI SHER HAMIDULLAH, | ) | Civil Action No. 05-cv-2386 (RBW) |
| Petitioner, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, ALI SHER HAMIDULLAH, and USAMA HASAN ABU KABIR, as Next Friend of ALI SHER HAMIDULLAH, in this matter. Service upon counsel may be made to:

> Robert A. Weiner
> Donald R. Pugliese
> McDermott Will & Emery LLP
> 340 Madison Avenue
> New York, New York 10017
> Tel: 212.547.5408
> Fax: 212.547.5444

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that it is representing Petitioner without compensation.

Dated: June 20, 2006

Respectfully submitted,

Counsel for Petitioner:
McDermott Will & Emery LLP

BY: _Robert A. Weiner_
Robert A. Weiner (RW 3381)
340 Madison Avenue
New York, New York 10017
Tel: 212.547.5408
Fax: 212.547.5444

RECEIVED

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT