IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>  Detainee,<br><br>SHARAF AL SANANI,<br>   Petitioner, and<br>Sami Muhyideen,<br>as Next Friend of<br>Mr. Sharaf Al Sanani;<br><br>FAHD ABU HAFSA,<br>   Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Mr. Fahd Abu Hafsa;<br><br>OMAR RAMAH,<br>   Petitioner, and<br>Omar Deghayes,<br>as Next Friend of<br>Mr. Omar Ramah,<br><br>       Petitioners.<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>       Respondents. | Civil Action No. 05-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioners, Sharaf Al Sanani, Fahd Abu Hafsa and Omar Ramah, in this matter. Service upon counsel may be made to:

9303560.1

Leslie J. Abrams
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners without compensation.

Dated:  June 28, 2006.

Respectfully submitted.

/s/ Leslie J. Abrams
Leslie J. Abrams, Ga. Bar # 001441
KILPATRICK STOCKTON LLP
Attorney for Petitioners Sharaf Al Sanani,
Fahd Abu Hafsa and Omar Ramah
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
LAbrams@KilpatrickStockton.com
(404) 815-6500 / (404) 815-6555 (fax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the foregoing upon the following persons, by first-class mail in addition to the service that automatically occurs by virtue of the electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Terry Henry, Esq.
> Andrew I. Warden, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, NW, Room 7144
> Washington, D.C. 20530

This 28th day of June, 2006.

> /s/ Leslie J. Abrams
> Leslie J. Abrams, Ga. Bar # 001441
>
> Attorney for Petitioners Sharaf Al Sanani,
> Fahd Abu Hafsa and Omar Ramah

9303560.1