IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
:
AMER MOHAMMON, *et al.*, :
:
Petitioners, :
:
v. : Civil Action No. 05 CV 2386 (RBW)
:
GEORGE W. BUSH, *et al.*, :
:
Respondents. :
:
---------------------------------------------------------- x

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance as co-counsel with Kramer Levin Naftalis & Frankel LLP on behalf of Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned action.

I hereby certify, pursuant to L. Civ. R. 83.2(g), that I am representing these Uyghur Petitioners without compensation.

Dated: New York, New York
       July 5, 2006

Respectfully submitted,

Counsel for Petitioners:

/s/ Alison Sclater
Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York  10021
Tel:  (212) 717-2736

KL3:2527571.1