IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANDAR AL-SHAIBANI,<br>    Petitioner, and<br>Sami Muhmideen,<br>as Next Friend of<br>Mr. Bandar al-Shaibani<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-2386 (RBW)<br><br>AMENDED AND SUBSTITUTED<br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner, Bandar al-Shaibani, in this matter. Service upon counsel may be made to:

        C. Brian Meadors
        PRYOR, ROBERTSON & BARRY, PLLC
        P.O. Drawer 848 / 315 North 7th Street
        Fort Smith, AR 72902-0848

    Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

    Dated: July 5, 2006

                                        Respectfully submitted,

                                        /s/ C. Brian Meadors
                                        C. Brian Meadors, DC Bar # 466899
                                        PRYOR, ROBERTSON & BARRY, PLLC
                                        315 North 7th Street; P.O. Drawer 848
                                        Fort Smith, AR 72902-0848
                                        (479) 782-8813 / (479) 785-0254 (fax)