UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.    ) <br> ) <br> Petitioners,    ) <br> ) <br> GEORGE W. BUSH, et al.    ) <br> ) <br> Respondents.    ) <br> ) | Civil Action No. 05-2386 (RBW) |

PETITIONER, JABBAROV OYBEK JAMOLIVICH'S,
MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioner, Jabbarov Oybek Jamolivich (ISN 452), through undersigned counsel, respectfully moves this Court to extend its Order of June 27, 2006, applying the Amended Protective Order to all petitioners in this case, to also include Petitioner Jamolivich.

Petitioner Jamolivich has a duplicative habeas petition pending before this Court (05-CV-2112) (RBW), which was filed on a pro se basis on October 28, 2005, prior to the filing of the Mohammon petition. Undersigned counsel has filed an appearance on behalf of Mr. Jamolivich in both cases.

Upon extension of the Amended Protective Order in this case to Petitioner Jamolivich, undersigned counsel will file a motion to dismiss Petitioner's earlier filed habeas petition, Jamolivich v. Bush, et al., 05-CV-2112 (RBW). This would remove the sole barrier, as identified in this Court's order of June 27, 2006, to extending the Amended Protective Order in this case to include Petitioner Jamolivich.[1]

---

[1] Petitioner Jamolivich sent two requests indicating his desire to file a petition for writ of habeas corpus and seeking the assistance of counsel. See Exh. A (Petition for Writ of Habeas Corpus and Order) and Exh. B (Authorization of Jabbarov Oybek Jamolivich). He is also identified in the "List of Individuals Detained by

The government conditions Petitioner's right to access to assigned counsel, as affirmed in Al Odah, et al. v. Bush, 346 F. Supp.2d 1 (D.D.C. 2004), upon entry of the Amended Protective Order, and undersigned counsel is prohibited from meeting with Petitioner until the Amended Protective Order is entered.  In the absence of an order from the Court, counsel is also prohibited from sending or receiving legal mail from Petitioner and is therefore unable to initiate, let alone establish, a functioning attorney-client relationship.  Entry of the Amended Protective Order would afford undersigned counsel the opportunities provided counsel in other pending Guantánamo Bay detainee cases to visit petitioners at Guantánamo Bay and to send them privileged attorney-client mail by way of the legal mail procedures outlined in the Amended Protective Order.

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioner has conferred with Respondents' counsel regarding the relief sought in this motion. Respondents' counsel opposes the entry of the protective order with respect to Petitioner Jamolivich.  A proposed Protective Order is attached to this motion.  Although Petitioner is moving for entry of the Amended Protective Order, he reserves the right to challenge or seek modification of any particular terms of the protective order in the future, and to ask this Court to review any designation made by Respondents of particular information as "protected," as may be appropriate.

---

the Department of Defense at Guantánamo Bay, Cuba from January 2002 through May 15, 2006" at page 10 no. 434, as "Jamaludinovich, Abu Bakir," ISN 452, from Uzbekistan. See Exh. C.  This information is consistent with information contained in the unclassified CSRT transcript for "Oibek," ISN 452.  See Exh. D.  As such, there is no "next friend" issue in this case, nor is there any problem in terms of identification. This Court has already considered and denied the Respondents' objections to the entry of the protective order based upon the Detainee Treatment Act of 2005 and other "grave jurisdictional issues."  See Mohammon, Civ. No. 05-2386, Order (RBW) (June 27, 2006), Nasrullah v. Bush, Civ. No. 05-891, Order (RBW)    (June 12, 2006).

2

        Respectfully submitted,

        Petitioner, Jabbarov Oybek Jamolivich,
        By his attorney,

        / s /   Michael E. Mone, Jr.
        Michael E. Mone, Jr.
        Esdaile, Barrett & Esdaile
        75 Federal Street, 16th Floor
        Boston, MA 02110
        (617) 482-0333

Dated: July 11, 2006