FILED
OCT 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABBAROW OYBEK JAMOLIVICH ) | |
| ) | Leave to file without Prepayment of Cost GRANTED |
| Petitioner ) | |
| ) | |
| v. ) | Civil Action No. 10/27/05 |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States ) | |
| ) | |
| DONALD RUMSFELD, ) | |
| Secretary, United States Department ) | |
| of Defense ) | |
| ) | CASE NUMBER 1:05CV02112 |
| ARMY BRIG. GEN. JAY HOOD ) | |
| Commander, Joint Task Force- ) | JUDGE: Reggie B. Walton |
| GTMO ) | |
| ) | DECK TYPE: Habeas Corpus/2255 |
| ARMY COL. BRICE GYURISKO ) | |
| Commander, Joint Detention ) | DATE STAMP: 10/28/2005 |
| Operations Group, JTF - GTMO ) | |

PETITION FOR WRIT OF HABEAS CORPUS

1

GUAN-2005-T 04924   YOND HEAVY L..S

My NAME is Jabbarow Oybek Jamolivich.

I am detained in GUANTANAMO CUBA.

I would like to file a Petition of Habeas corpus in your court.

I also request to be Assisted by lawyer.

September 18, 2005

Reverse of DA FORM 2667-R, May 82

05 2112
FILED
OCT 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT