DETAINEE _____ DEB
CAMP DELTA
Washington, DC 20355
USA

HAMPTON ROADS VA 235
24 NOV 2005 PM 5
JTF GTMO
NOV 15 2005
APO AF 09360

FWD

To CLibe Smit.
JUSTICE IN EXILE
636 Baronne Street
New Orleans, La. 70113.
Tel: (504) 558-9867.
USA

7013410040-34 2010

GUAN-2005-T 05458

SENDER:

Name (Last, First MI): Jabbar-ou Ogbek Jamoliyich

Internment Serial Number: DFG

Date and Place of Birth: IN UZbekISTAN, 1978 04 02

Name of Camp: DELTA — 160

County where posted: _____

---

(Fold on this line)

MAIL     LETTER

Language: english.

To: CLIBE Smit.

Street: Justice in Exile, 636 Baronne Street

City: New orLeans, La, 70113.

Country: U S America.

Province or Department: _____

(Fold on this line)

DO NOT WRITE HERE

(Fold on this line)

DA FORM 2667-R, May 82          EDITION OF 1 JUL 63 IS OBSOLETE.          For use of this form, see AR 190-8 the proponent agency is DCSPER.

DO NOT WRITE BEYOND HEAVY LINES

My name is Jabbarov Oybek Jamolievich. I am Detained in GUANTANAMO CUBA.
I would like to file a petition of habeas corpus in your court. I also request to be Assisted by lawyer
09. 11. 2005

Reverse of DA FORM 2667-R, May 82