List of Individuals Detained by the Department of Defense at Guantanamo Bay, Cuba from January 2002 through May 15, 2006

| | | | | | |
|---|---|---|---|---|---|
| 396 | HASSEN, MOHAMMED MOHAMMED | 681 | Yemen | Ta'iz, YM | 4/20/1983 |
| 397 | HATIM, SAID MUHAMMED SALIH | 255 | Yemen | Ibb, YM | 1/1/1976 |
| 398 | HAWSAWI, AMRAN BAQUR MOHAMMED | 368 | Saudi Arabia | Ta'if, SA | 1/1/1975 |
| 399 | HEKMAT, ABDULLAH | 670 | Afghanistan | Aktcha, AF | 1/1/1972 |
| 400 | HEZBULLAH, FNU | 666 | Afghanistan | Miran Shah, PK | 1/1/1981 |
| 401 | HICKS, DAVID | 2 | Australia | Adelaide, AU | 10/8/1971 |
| 402 | HINTIF, FADIL HUSAYN SALIH | 259 | Yemen | Al Youf, YM | 1/1/1969 |
| 403 | HKIML, ADEL BIN AHMED BIN IBRAHIM | 168 | Tunisia | Bin Aroes, Tunisia | 3/27/1965 |
| 404 | HOMARO, MOYUBALLAH | 729 | Tajikistan | Alisurkhan, Tajikistan | 10/6/1980 |
| 405 | HOUARI, ABDUL RAHAM | 70 | Algeria | Algiers, Algeria | 1/18/1980 |
| 406 | HUDIN, SALAH | 21 | Pakistan / Afghanistan | Jalalabad, AF | 1/8/1982 |
| 407 | HUKUMRA | 1157 | Afghanistan | Chenna Village, AF | 1/1/1974 |
| 408 | HUMUD DAKHIL HUMUD SA'ID AL-((JAD'AN | 230 | Saudi Arabia | Jeddah, SA | 5/22/1973 |
| 409 | HUSSEIN, ABDUL QADIR YOUSEF | 715 | West Bank | Jenin, WE | 3/27/1953 |
| 410 | HUSSEINI, ABDALLAH | 703 | Algeria | Algiers, Algeria | 4/3/1958 |
| 411 | HUWARI, SOUFIAN ABAR | 1016 | Algeria | Ouran, Algeria | 4/29/1970 |
| 412 | IBRAHIM, NAYIF ABDALLAH IBRAHIM | 258 | Saudi Arabia | Riyadh, SA | 1/1/1982 |
| 413 | IDRIS, IBRAHIM OTHMAN IBRAHIM | 36 | Sudan / Yemen | Hathramout, YM | 1/1/1961 |
| 414 | IJAZ, MOHAMMED | 302 | Pakistan | Blonoval, PK | UNKNOWN |
| 415 | IKASSRIN, LAACIN | 72 | Morocco | Targist, MO | 10/2/1972 |
| 416 | IL BHAWITH, ZAID BINSALLAH MOHAMMED | 272 | Saudi Arabia | Qasim, SA | 1/1/1982 |
| 417 | ILYAS, MOHAMMAD | 144 | Pakistan | Taman, PK | 1/8/1942 |
| 418 | INSANULLAH, FNU | 637 | Afghanistan | Afghanistan | 1/1/1980 |
| 419 | IQBAL, ASIF | 87 | United Kingdom | West Bromwich, UK | 4/24/1981 |
| 420 | IQBAL, FAIK | 210 | Pakistan | Karachi, PK | 10/27/1982 |
| 421 | IQBAL, ZAFAR | 14 | Pakistan | Sambal, PK | 3/1/1983 |
| 422 | IRFAN, MOHAMMED | 1006 | Pakistan | Punjab, PK | 1/1/1979 |
| 423 | IRFAN, MOHAMMED | 101 | Pakistan | Bahalwapur, PK | 12/12/1982 |
| 424 | IRGASHIVE, ABDUL KARIM | 641 | Tajikistan | Dushanbe, Tajikistan | 5/7/1965 |
| 425 | ISHAQ, MOHAMMED | 20 | Pakistan | Panjgoor, PK | 1/1/1983 |
| 426 | ISHMURAT, TIMUR RAVILICH | 674 | Russia | Azenakai, RS | 6/5/1975 |
| 427 | ISMAIL, ALI HAMZA AHMED SULAYMAN | 39 | Yemen | Hudaydah, YM | 1/1/1969 |
| 428 | ISMAIL, MOHAMMED | 930 | Afghanistan | Dourbeni Village, AF | 1/1/1984 |
| 429 | ISMAIL, SADEQ MUHAMMAD SA ID | 69 | Yemen | Jabal Haimain, YM | 1/1/1982 |
| 430 | ISMAIL, YASIN QASEM MUHAMMAD | 522 | Yemen | Ibb, YM | 1/1/1979 |
| 431 | JAHDARI, ZIAD SAID FARG | 286 | Saudi Arabia | Jeddah, SA | 1/1/1979 |
| 432 | JAID AL KHATHAMI, SALEH ALI | 191 | Saudi Arabia | Dharan, SA | 1/1/1981 |
| 433 | JALIL, HAJI | 1117 | Afghanistan | Bayanzai, Gereshk District, AF | 1/1/1970 |
| 434 | JAMALUDINOVICH, ABU BAKIR | 452 | Uzbekistan | Chartakh, UZ | 2/1/1974 |
| 435 | JAN, JUMMA | 1095 | Tajikistan | Kurgantapa, Tajikistan | 1/1/1978 |
| 436 | JAN, SAID AMIR | 945 | Afghanistan | Koozbia, AF | 1/1/1980 |
| 437 | JAN, FNU | 1035 | Afghanistan | Konar, AF | UNKNOWN |
| 438 | JANKO, ABD AL RAHIM ABDUL RASSAK | 489 | Syria | Al Qamashil, SY | 6/24/1978 |
| 439 | JARABH, SAEED AHMED MOHAMMED ABDULLAH SAREM | 235 | Yemen | Jeddah, SA | 1/1/1976 |

** Birth dates that state "1/1/XX" indicate unknown month and day of birth.

5/15/2006

10