UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al. | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, et al. | ) ) |
| Respondents. | ) ) ) |

PROPOSED ORDER

Having considered Petitioner, Jabbarov Oybek Jamolivich's, Motion for Entry of Protective Order, it is hereby

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, in In re Guantánamo Detainee Cases, 344 F. Supp. 2d 174 (D.D.C. 2004), the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in In re Guantánamo Detainee Cases, and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in In re Guantánamo Detainee Cases, shall also apply in this case to Petitioner, Jabbarov Oybek Jamolivich (ISN 452), effective immediately upon the dismissal of Jamolivich v. Bush, et al. (05-CV-2112) (RBW), until ordered otherwise by the Court.

By the Court,

_____
United States District Judge

Dated: _____