## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AMER MOHAMMON, et al.,** | ) | |
| **Detainees,** | ) | |
| **Guantanamo Bay Naval Station** | ) | |
| **Guantanamo Bay, Cuba;** | ) | |
| | ) | |
| **OMAR DEGHAYES,** | ) | |
| **as the Next Friend of Abdal Razak Ali** | ) | |
| **Aka Abdaul Razak Ali-Haj** | ) | |
| **Aka AbdelRazak Ali AbdelRahman** | ) | |
| *Petitioners*, | ) | |
| | ) | |
| **v.** | ) | Civil Action No. 05-2386 (RBW) |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| *Respondents*. | ) | |
| | ) | |

### MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO DEFENDANTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING AND DEFENDANTS' NOTICE OF STEPS BEING TAKEN IN THE WAKE OF THE SUPREME COURT'S *HAMDAN* DECISION

Now comes Abdal Razak Ali AKA Abdel Razak Ali Abdel Rahman, ISN 685 (hereinafter

Razak Ali), by and through his counsel, and asks this Court to grant Petitioner

additional time to respond to the government's filings for the following reasons as

described herein:

At the end of the day on July 7th (a Friday), counsel for Respondents filed its

motion asking the court to change the procedures regarding attorney/client

communications and to in-effect allow the government to read all of the mail between

Razak Ali and his attorney because detainees who committed suicide apparently used

the only scraps of paper available to them- those obtained from counsel- in

communicating with each other and/or in communicating the reasons behind their

death. The Defendants also filed a Notice of steps they have taken in the wake of the

Supreme Court's *Hamdan* decision, which appears to amount to an assertion that the

stay should remain in effect in all cases until the DC Circuit rules on the issues in front

of them despite the government's simultaneous filing of its motion for new procedures.

The brief filed by the government has no specific information regarding Razak Ali

and there is nothing in the government's brief that suggests that Razak Ali has any

connection to the deceased detainees or that any of his attorney client materials were in

anyway related to the unfortunate deaths.

Counsel for Razak Ali is waiting for this court to rule on whether she will be

allowed to visit with her client for the first time next week. Counsel is leaving for the

base on July 15th and returning July 20th.[1]  Upon her return, Counsel is immediately

leaving for a long overdue (albeit short) vacation and returning July 27th.

Counsel for Razak Ali is asking for an extension of time until at least August 8th so

that she can fully brief the serious attorney client privilege issues that are at stake

herein, and hopes to fully explore the circumstances of her client in relation to this

motion if she is able to visit with him during her trip to the base next week. Counsel

also requests time to address the issues brought up in the government's perplexing

Notice.  As the government waited almost one month following the suicides before

---

[1] Counsel is going down to the base to visit another client of hers even if this court does not grant her motion for access to Mr. Razak Ali at this visit.

filing its brief, there should be no hardship on the part of the government in waiting for

the petitioner's response.

WHEREFORE counsel for Razak Ali hereby asks this court for an extension of time

up to and including August 8th, 2006 for filing a response to the Respondents motion

and notice.

Respectfully Submitted,


/s/ H. Candace Gorman
Counsel for Petitioner




H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
Law Office of H. Candace Gorman
542 S. Dearborn St. - Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313