IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al., ) | |
|    Detainees, ) | |
|    Guantanamo Bay Naval Station ) | |
|    Guantanamo Bay, Cuba; ) | |
| ) | |
| OMAR DEGHAYES, ) | |
|    as the Next Friend of Abdal Razak Ali ) | |
|    Aka Abdaul Razak Ali-Haj ) | |
|    Aka AbdelRazak Ali AbdelRahman ) | |
|    *Petitioners*, ) | |
| ) | |
| v. ) | Civil Action No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
|    *Respondents*. ) | |

**CERTIFICATE OF SERVICE**

     I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner's MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO DEFENDANTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING AND DEFENDANTS' NOTICE OF STEPS BEING TAKEN IN THE WAKE OF THE SUPREME COURT'S *HAMDAN* DECISION to be served upon the following persons through service that automatically occurs by virtue of my electronic filing of the above listed document:

        Terry Henry, Esq., Senior Trial Attorney
        Andrew I. Warden, Esq., Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 7144
        Washington, DC 20530

This 12th day of July, 2006.

        /s/ H. Candace Gorman
        Counsel for Petitioner

H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
Law Office of H. Candace Gorman
542 S. Dearborn St. - Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313