IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| AMER MOHAMMON, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**(PROPOSED) ORDER TO SHOW CAUSE**

Having considered Respondents' Motion for Order to Show Cause Why Petition Should

Not Be Dismissed For Lack of Proper "Next Friend" Standing, and it appearing that good cause

exists for granting the motion, it is hereby

ORDERED that petitioners shall show cause within ___ days of the date of this order

why the petition field on behalf of Abdal Razak Ali should not be dismissed for lack of proper

next friend standing.  It is further

ORDERED that respondents shall respond to petitioners' submission in response to this

order within ___ days of the filing of petitioners' submission.  It is further

ORDERED that petitioners' motion to allow attorney access to petitioner Abdal Razak

Ali (dkt. no. 72) is denied.

IT IS SO ORDERED.

DATED: _____                _____

REGGIE B. WALTON
United States District Judge