IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHALD AL BARKATI, <br><br> Sami Muhyideen, <br>     as Next Friend of <br>     Mr. Khald Al Barkati <br><br>     *Petitioners*, <br><br> *v.* <br><br> GEORGE W. BUSH, et al., <br>     *Respondents*. | Civil Action No. 05-cv-2386 (RBW) |

**NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION**

Pursuant to paragraph 18 of the Amended Protected Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba first issued on November 8, 2004 in the In re Guantánamo Bay Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green and entered in the above captioned case by the Court on March 13, 2006, counsel for petitioners hereby file an executed copy of the attached "Memorandum of Understanding Regarding Access to Classified National Security Information."

2108869.01

Dated:     July 13, 2006                    Respectfully submitted,

                                                /s/  John C. Snodgrass
                                                David L. Engelhardt (DC429886)
                                                John C. Snodgrass (DC473864)
                                                Johnisha Matthews (DC492478)
                                                Reginald B. McKnight (DC493946)
                                                Lisa M. Kaas (DC492302)
                                                Dickstein Shapiro LLP
                                                1825 Eye Street NW
                                                Washington, DC  20006
                                                Telephone:  (202) 420-2200
                                                Fax:  (202) 420-2201

                                                *Of Counsel*
                                                Barbara J. Olshansky (NY0057)
                                                Director Counsel
                                                Tina Monshipour Foster (NY5556)
                                                Gitanjali S. Gutierrez (NY1234)
                                                CENTER FOR CONSTITUTIONAL RIGHTS
                                                666 Broadway, 7th Floor
                                                New York, New York 10012
                                                Tel: (212) 614-6439

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by ECF and a copy of all instruments have been emailed to the following persons:

> Terry M. Henry, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 6120
> Washington, DC 20530
>
> Andrew I. Warden
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 6120
> Washington, DC 20530

On this 13th day of July, 2006

/s/ John C. Snodgrass
John C. Snodgrass

2108869.01