UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

In accordance with the Court's oral orders issued at the hearing on the Renewed Emergency Motion on Behalf of Petitioners Abdal Razak Ali to Allow for Attorney Access to Clients, July 14, 2006, it is hereby

**ORDERED** that H. Candace Gorman, counsel for Petitioner Abdal Razak Ali, shall be permitted to meet with Petitioner Ali at the Guantáanamo Bay Naval Base for the sole purpose of verifying that Petitioner Ali authorized his putative next friend, Omar Deghayes, to bring a petition for habeas corpus on his behalf.  It is further

**ORDERED** that Petitioner Ali shall have until August 3, 2006, to file a response to the respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Hearing and its Notice regarding steps being taken in the wake of the Supreme Court's decision in Hamdan v. Rumsfeld, ___ U.S. ___, 126 S.Ct. 2749 (June 29, 2006).

   **SO ORDERED.**

                                           REGGIE B. WALTON
                                           United States District Judge