IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
                                                                 :
AMER MOHAMMON, *et al.*,                                         :
                                                                 :
            Petitioners,                              :
                                                                 :
            v.                                        :   Civil Action No. 05 CV 2386 (RBW) (AK)
                                                                 :
GEORGE W. BUSH, *et al.*,                                        :
                                                                 :
            Respondents.                              :
                                                                 :
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE THAT Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) have submitted to the Court Security Office for service and filing in the above-captioned action a Motion for an Order Requiring Respondents to Provide Counsel and the Court with Thirty-Days' Advance Notice Of Any Intended Removal From Guantánamo.

Dated:    New York, New York
            July 14, 2006

                                    Respectfully submitted,

                                    Counsel for Petitioners:

                                    /s/ Paul Schoeman
                                    Paul Schoeman (Pursuant to LCvR 83.2(g))
                                    Joel Taylor (Pursuant to LCvR 83.2(g))
                                    Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                                    Darren LaVerne (Pursuant to LCvR 83.2(g))
                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Tel:  (212) 715-9100
                                    Fax:  (212) 715-8000

KL3 2531006.1

Barbara Olshansky (NY-0057)
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York 10021
Tel: (212) 717-2736