IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,<br><br>　　　　　　Petitioners/Plaintiffs,<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　　Respondents/Defendants. | Civil Action<br>No. 05-2386 (RBW) |

**NOTICE OF FILING OF
MEMORANDUM OF PETITIONER MAHER EL FALESTENY IN OPPOSITION TO
RESPONDENTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF
CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING**

　　　　　Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing of his Memorandum in Opposition to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing.

Dated:　　July 14, 2006　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Charles H. Carpenter
　　　　　　　　　　　　　　　　　　　　Charles H. Carpenter (DC #432004)
　　　　　　　　　　　　　　　　　　　　Christopher J. Huber (DC #459525)
　　　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP
　　　　　　　　　　　　　　　　　　　　Hamilton Square
　　　　　　　　　　　　　　　　　　　　600 Fourteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-2004
　　　　　　　　　　　　　　　　　　　　Tel: 202.220.1200
　　　　　　　　　　　　　　　　　　　　Fax: 202.220.1665

　　　　　　　　　　　　　　　　　　　　Stephen M. Truitt (DC # 13235)
　　　　　　　　　　　　　　　　　　　　Hamilton Square, Suite 500
　　　　　　　　　　　　　　　　　　　　600 Fourteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-2004
　　　　　　　　　　　　　　　　　　　　Tel: 202.220.1452
　　　　　　　　　　　　　　　　　　　　Fax: 202.220.1665