PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. | : |
| Petitioners/Plaintiffs | : |
| v. | : CIVIL ACTION |
| | : NO. 05-2386 (RBW) |
| GEORGE W. BUSH, et al. | : |
| Respondents/Defendants | : |

## ORDER

**AND NOW**, this _____ day of _____, 2006, upon consideration of Respondents' Motion For Procedures Related To Review Of Certain Detainee Materials And Request For Expedited Briefing (the "Motion") and Petitioner Maher El Falesteny's opposition thereto, it is hereby

**ORDERED** that the Motion is **STAYED** pending counsel for Petitioner Maher El Falesteny being allowed to meet with their client.  It is further

**ORDERED** that Respondents shall **SEAL** any documents seized from Petitioner Maher El Falesteny and not review them in any matter.

BY THE COURT:

_____
Reggie B. Walton
United States District Judge