# EXHIBIT A

## LaVerne, Darren

**From:** Dixon, J. Wells
**Sent:** Monday, July 17, 2006 7:24 PM
**To:** LaVerne, Darren
**Subject:** FW: Mohammon v. Bush, No. 05 CV 2386 (RBW)

-----Original Message-----
From: Dixon, J. Wells
Sent: Fri 7/14/2006 1:06 PM
To: Andrew.Warden@usdoj.gov
Cc:
Subject: RE: Mohammon v. Bush, No. 05 CV 2386 (RBW)

Andrew,

Thank you for your email. We urge you to reconsider your denial of our request to visit our clients Abdul Ghaffar and Adel Noori. Judge Walton has already rejected your next-friend arguments as to our clients, and entered the Amended Protective Order on June 27, 2006. Your denial of our request to visit these men directly contravenes that order. We also believe that there is no good faith basis for Respondents to claim that they are unable to identify our Uyghur clients. While we hope that this matter can be resolved without further motion practice, we will seek emergency relief from the Court, as well as sanctions, if Respondents persist with these claims. Please let me know by Monday at noon whether you will reconsider your position. If we do not hear from you by then, we will assume that you have declined to reconsider your position.

Wells

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Thu 7/13/2006 7:27 PM
To: Dixon, J. Wells
Cc:
Subject: RE: Mohammon v. Bush, No. 05 CV 2386 (RBW)

Wells,

We cannot consent to counsel access with petitioners Abdul Rahman and Adel LNU at this time because we have not been able to identify these petitioners as detainees presently detained at Guantanamo. Consequently, pursuant to Judge Walton's June 27, 2006 Order, the Amended Protective Order (and supplemental orders) are not entered with respect to these two petitioners.

As I understand your e-mail below, it is your position that petitioner Abdul Rahman is also named Abdul Ghaffar (ISN 281) and petitioner Adel LNU is also named Adel Noori (ISN 584). In light of the differences in the names and the minimal information provided about petitioners in the habeas petition, please provide us with a thorough explanation and factual basis for your identifications.

In addition to the identify problem, the petition brought on behalf of petitioners Rahman and Adel is not directly authorized by the petitioners, nor have the putative "next friend" detainees, Sami Muhyedin al Hajj and Usama Hasan Abu Kabir, established appropriate next friend standing under Whitmore v. Arkansas, 495 U.S. 149 (1990). As you know, Judge Walton has ordered that respondents file a status report on July 26

regarding various issues in the Mohammon case. At this time we anticipate raising in our status report next-friend standing objections to approximately 150 petitioners in the Mohammon case, including petitioners Rahman and Adel. Accordingly, we believe the appropriate course is for the Court to resolve the various next-friend objections in a coordinated fashion. Of course, if the identify and next-friend issues are resolved prior to your next trip to Guantanamo, we can schedule a visit with petitioners at that time.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470


-----Original Message-----
From: JDixon@KRAMERLEVIN.com [mailto:JDixon@KRAMERLEVIN.com]
Sent: Thursday, July 13, 2006 10:25 AM
To: Warden, Andrew (CIV)
Subject: FW: Mohammon v. Bush, No. 05 CV 2386 (RBW)

Andrew,

Please let me know whether the government will allow us to meet with our clients Abdul Ghaffar (ISN 281) and Adel Noori (ISN 584) during our upcoming visit to the base, scheduled for July 24-28, 2006. If we do not hear from you by Monday morning, we will assume that the government has denied our request and would not consent to a motion for counsel access to these detainees.


Thanks,

Wells



J. Wells Dixon
Associate
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9491
Fax: 212-715-8000
Email: JDixon@KRAMERLEVIN.com
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

-----Original Message-----
From: Dixon, J. Wells
Sent: Tue 6/27/2006 11:53 AM
To: 'Andrew.Warden@usdoj.gov'
Cc:
Subject: RE: Mohammon v. Bush, No. 05 CV 2386 (RBW)

Andrew,

Thanks for your email. In light of Judge Walton's ruling this morning granting our motion (and related motions) for entry of the protective order, we renew our request for permission to meet with our clients Abdul Ghaffar (ISN 281) and Adel Noori (ISN 584) during our upcoming visit to the base. These men have not previously filed habeas petitions, and their identities are not in dispute. Please let me know as soon as possible whether the government will allow us to meet with them.

Separately, in response to your email of June 2, 2006, concerning our visit request in Razakah v. Bush, No. 05 CV 2370 (EGS), we will confirm for you in the next few days which attorneys will be traveling to the base between July 24 and July 28, 2006.

Thanks,

Wells

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Thursday, June 22, 2006 4:01 PM
To: Dixon, J. Wells
Subject: RE: Mohammon v. Bush, No. 05 CV 2386 (RBW)

Wells,

Thanks for conferring with us, but we cannot consent to entry of the protective order in the Mohammon case. We also cannot consent to meetings with the Mohammon petitioners as if the protective order was entered in the case. Entry of the protective order by the Court is one of the prerequisites that must be established before counsel visits at Guantanamo may occur.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney

7/19/2006

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470


-----Original Message-----
From: JDixon@KRAMERLEVIN.com [mailto:JDixon@KRAMERLEVIN.com]
Sent: Wednesday, June 21, 2006 6:56 PM
To: Warden, Andrew (CIV)
Subject: Mohammon v. Bush, No. 05 CV 2386 (RBW)

Andrew,

We represent petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned case. I am writing to request that the government consent to entry of the Amended Protective Order in this case as to those two Uyghur petitioners. Alternatively, we request permission to visit these men while we are at GTMO between July 24 and July 28, 2006, based on our representation that we would abide by the terms of the Amended Protective Order entered in our other cases, Razakah v. Bush, No. 05 CV 2370 (EGS), and Mamet v. Bush, No. 05 CV 1886 (EGS), each of which involves Uyghur detainees (or former detainees) whose circumstances we believe may be similar to those of Abdul Ghaffar and/or Adel Noori.

Please let me know as soon as possible.

Thanks,

Wells


J. Wells Dixon
Associate
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9491
Fax: 212-715-8000
Email: JDixon@KRAMERLEVIN.com
http://www.kramerlevin.com



This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.