Approved for Public Filing by CSO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD AL-FAWZAN </br>    Detainee, </br>    Guantánamo Bay Naval Station, </br>    Guantánamo Bay, Cuba. </br></br>Sami Muhyedin al Hajj, </br>    as Next Friend of </br>    Mr. Fahd Al-Fawzan </br></br>SANAD ALI YISLAM AL-KAZIMI </br>[on petition as "SANAD ALI ALKALIEMI"] </br>    Detainee, </br>    Guantánamo Bay Naval Station, </br>    Guantánamo Bay, Cuba. </br></br>Benyam Mohammad, </br>    as Next Friend of </br>    Mr. Sanad Ali Yislam Al-Kazimi </br></br>ALI AL-KAZMI, </br>    Detainee, </br>    Guantánamo Bay Naval Station </br>    Guantánamo Bay, Cuba; </br></br>Sami Muhyideen, </br>    as Next Friend of </br>    Mr. Ali Al-Kazmy </br></br>Shaker Aamer, </br>    as Next Friend of </br>    Mr. Ali Al-Kazmy </br></br>Petitioners, </br></br>    v. </br></br>GEORGE WALKER BUSH, et al., </br></br>Respondents. | Civil Action No: 05-2386(RBW) |

1

## MOTION FOR ENLARGEMENT OF TIME FOR PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS

Petitioners respectfully request for an expansion of time under Federal Rule of Civil Procedure 6(b)(1) to Friday, July 28, 2006 to respond to Respondents' Motion.

Respondents filed a motion on July 7, 2006 seeking special procedures with respect to detainee materials and expedited briefing on this subject. The above-referenced Petitioners have not had an opportunity to meet with counsel to discuss the ramifications of this motion. Petitioners' counsel have been approved by Respondents to travel to Guantanamo and meet with Petitioners from September 4 to September 8, 2006. Petitioners therefore request an expansion of time until September 20, 2006 to respond to Respondents' motion. See Proposed Order, attached herein.

Dated: July 19, 2006

        Respectfully submitted,

        Counsel for Petitioners:

         /s/ Martha Rayner
        Martha Rayner (NY-MR-1423)
        Ramzi Kassem (RK-NY-3567)
        James A. Cohen (NY-JC-3836)

        LINCOLN SQUARE LEGAL SERVICES
        Fordham University School of Law
        33 W. 60th Street, 3rd Floor
        New York, NY 10023
        Telephone: (212) 636-6934
        Fax: (212) 636-6923