Approved for Public Filing by CSO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD AL-FAWZAN<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>Sami Muhyedin al Hajj,<br>    as Next Friend of<br>    Mr. Fahd Al-Fawzan<br><br>SANAD ALI YISLAM AL-KAZIMI<br>[on petition as "SANAD ALI ALKALIEMI"]<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>Benyam Mohammad,<br>    as Next Friend of<br>    Mr. Sanad Ali Yislam Al-Kazimi<br><br>ALI AL-KAZMI,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba;<br><br>Sami Muhyideen,<br>    as Next Friend of<br>    Mr. Ali Al-Kazmy<br><br>Shaker Aamer,<br>    as Next Friend of<br>    Mr. Ali Al-Kazmy<br><br>Petitioners,<br><br>    v.<br><br>GEORGE WALKER BUSH, et al.,<br><br>Respondents. | Civil Action No: 05-2386(RBW) |

1

**ORDER**

**AND NOW**, this _____ day of _____, 2006, upon consideration of Petitioners' Motion For Enlargement of Time to Respond to Respondents' July 7, 2006 Motion For Procedures Related To Review Of Certain Detainee Materials and Request for Expedited Briefing, it is hereby

**ORDERED** that the Motion is granted and Petitioners have until September 20, 2006 to file their response.

BY THE COURT:

_____
Reggie B. Walton
United States District Judge