IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUL 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOHAMMON, et al.   )
                   )
    *Petitioners,* )
                   )
v.                 )
                   )
GEORGE W. BUSH, DONALD RUMSFELD,   )   Case No. 1:05 CV 02386 RBW
ARMY BRIG. GEN. JAY HOOD, and      )
ARMY COL. MIKE BUMGARNER,          )
                   )
    *Respondents.* )
                   )

## ATTORNEY APPEARANCE

Undersigned counsel hereby enter their appearance as counsel for Slaim Harbi, and his Next Friend, Omar Deghayes, petitioners in the above-captioned case.

Respectfully submitted,

_/s/ David W. DeB_____   Dated: July 19th, 2006

David W. DeBruin (DDC Bar No. 337626)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

_/s/ David J. Bradford_____   Dated: July 18, 2006

David J. Bradford

_/s/ Patricia A. Bronte_____

Patricia A. Bronte

_/s/ Maya D. Nath_____

Maya D. Nath

_/s/ Wade_____

Wade A. Thomson

JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

ATTORNEYS FOR PETITIONERS

2

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioners without compensation.

Dated: July 14, 2006

David W. DeBruin (DDC Bar No. 337626)
Jenner & Block LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

David J. Bradford
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-2975
Fax: (312) 840-7375
dbradford@jenner.com

Patricia A. Bronte
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-8357
Fax: (312) 840-7757
pbronte@jenner.com

Maya D. Nath
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 840-7639
Fax: (312) 840-7739
mnath@jenner.com

_____
Wade A. Thomson
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-2928
Fax: (312) 840-7328