*Approved for ECF filing by CSO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDULLAH TAHA MATTAN )<br>(aka Mohammed Abdullah Tahamuttan) )<br>ISN # 684, )<br>)<br>Bisher Al-Rawi, )<br>As next Friend of )<br>Mr. Mohammed Abdullah Taha Mattan )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>*Respondents.* )<br>) | Civil Action No. 05-cv-2386 (RBW) |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO RESPONDENTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING

In order to permit attorney-client communication, Petitioner Mohammed Abdullah Taha Mattan respectfully requests an extension of time to respond to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing. See Fed. R. Civ. P. 6 (b).

Respondents are asking the Court to justify the Government's unauthorized confiscation of documents protected by the attorney-client privilege and are asking for the establishment of a "Filter Team" to review the confiscated material.

We are ill-equipped at this time to answer the Government's motion in any meaningful or responsible way as, despite having entered our appearance on behalf of Mr. Taha Mattan on June 12, 2006, we have not yet been granted the opportunity to communicate with him. We have not been permitted to discuss with our client, *inter alia*, the ramifications of the motion, nor discuss the goals or objectives of any response that we might make. To respond without such contact would be unethical. See, e.g., D.C. Rules of Professional Conduct 1.2.

This Court has recognized the importance of permitting the prisoners to communicate with counsel as a means of ensuring that they retain meaningful access to the Court. See Mohammon v. Bush, 05-2386 (D.D.C. June 27, 2006) (entering Protective Order on behalf of petitioners). However, as the Court is aware, the Protective Order entered on June 27, 2006 is only one of the requirements necessary for permitting us to meet with Mr. Taha Mattan. Before we can meet with him, we must apply for and receive security clearance, a process controlled by Respondents. Once clearance is received, we must then ask for permission, again from Respondents, to schedule a visit to see Mr. Taha Mattan.[1]

After entering our appearance, we needed to ask Respondents to send us the necessary security application. We submitted our first security application on June 27, 2006. As best we can tell, Respondents have not even *begun* to review the application. We have not been contacted by the necessary authorities and none of our references have indicated being contacted, either.

Consequently, despite the Court's entry of the Protective Order, our client has not yet had an opportunity to confer with us to discuss this motion. Therefore, we move the Court to extend

---

[1] As Respondents' Motion indicates, mail sent to the prisoners runs the risk of being confiscated and reviewed, and so the only reliable form of communication will be a face-to-face visit.

the time to respond to the Government's motion until ten (10) days after we return from our first meeting with our client, so as to adequately prepare a response.

Dated: July 20, 2006               HANGLEY ARONCHICK SEGAL & PUDLIN

                                                                /s/ Rebecca Y. Starr
William T. Hangley
Rebecca Y. Starr
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Tel: (215) 568-6200
Fax: (215) 568-0300
wth@hangley.com
rys@hangley.com

**CERTIFICATE OF SERVICE**

This is to certify that I have caused a true and accurate copy of the foregoing Motion for Enlargement of Time to Respond to be served upon the following people by first-class mail:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530

I have caused a true and accurate copy of the foregoing to be served upon the following people by e-mail:

> Terry Henry, Esq., Senior Trial Attorney
> Terry.Henry@usdoj.gov
> Andrew I. Warden, Esq., Trial Attorney
> Andrew.Warden@usdoj.gov
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC 20530

Dated: July 20, 2006

/s/ Rebecca Y. Starr
Rebecca Y. Starr