IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULLAH TAHA MATTAN )<br>(aka Mohammed Abdullah Tahamuttan,) )<br>ISN # 684, )<br> )<br>Bisher Al-Rawi, )<br>    As next Friend of )<br>    Mr. Mohammed Abdullah Taha Mattan )<br> )<br>        *Petitioners,* )<br> )<br>v. )<br> )<br>GEORGE W. BUSH, et al., )<br> )<br>        *Respondents.* ) | Civil Action No. 05-cv-2386 (RBW) |

ORDER

And now this _____ day of _____, 2006, upon consideration of Mr. Taha Mattan's Motion for Enlargement of Time to Respond to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing, the motion is hereby GRANTED.

It is ORDERED that counsel for Mr. Taha Mattan will respond to Respondents' motion TEN (10) DAYS after returning from their first meeting with their client.

_____
Reggie B. Walton, J.
United States District Judge