IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-CV-2386 (RBW) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorneys will represent petitioners Abdulaziz LNU, a/k/a Adbullah Muhammed Abdel Aziz, ISN Number 206, and Muhammed Harbi, a/k/a Mohammed Abdullah Al Harbi, ISN Number 536, in the above-captioned matter.

Undersigned counsel certify pursuant to L. Civ. R. 83.2(g) that they are representing these petitioners without compensation.

Dated: July 20, 2006

Respectfully submitted,

_____
Jonathan M. Fee
D.C. Bar Number 479579
ALSTON & BIRD LLP
905 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 756-3300
Fax: (202) 756-4987
Email: jon.fee@alston.com


/s/ W. Terence Walsh
W. Terence Walsh

ADMIN/20012157v1

- 2 -

                    Georgia Bar Number 735300
                    ALSTON & BIRD LLP
                    One Atlantic Center
                    1201 West Peachtree Street
                    Atlanta, Georgia 30309
                    Telephone: (404) 881-7161
                    Fax: (404) 881-7777
                    Email: terry.walsh@alston.com