**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
SEED FARHA,                   )
also listed as SAID ALI AL FARHA;  )
                              )
MOHSEN,                       )
also listed as MUSHIN MUHAMMAD  )
MUSHEEN MOQBILL;              )
                              )
FAHD AL HARAAZI,              )
also listed as FAHED ALI HARAZI;  )
                              )
JABIR AL QUATANY,             )
also listed as JABIR HASAN    )
MUHAMED AL QAHTANI;           )
                              )
Sami Muhyideen,               )
as Next Friend of Mr. Farha   )
and Mr. Mohsen;               )
                              )
Jamal Kiyemba,                )
as Next Friend of Mr. Haraazi )
and Mr. Al Quatany;           )
                              )
Usama Hasan Abu Kabir,        )
as Next Friend of Mr. Al Quatany;  )
                              )
        Petitioners,          )
                              )
    v.                        )   CIVIL ACTION NO. 05-CV-02386 (RBW)
                              )
GEORGE W. BUSH, et al.,       )
                              )
        Respondents.          )
_____)
```

## ORDER

**AND NOW**, this _____ day of _____, 2006, upon consideration of Petitioners' Motion For Enlargement of Time For Petitioners' Response to Respondents' Motion For Procedures Related To Review Of Certain Detainee Materials and Request for Expedited Briefing, it is hereby

    **ORDERED** that the Motion is granted and Petitioners have until September 30, 2006 to file their responses.

BY THE COURT:

_____
Reggie B. Walton
United States District Judge