IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-2386 (RBW)<br>) |
| GEORGE W. BUSH,<br>President of the United States, *et al.,* | )<br>)<br>) |
| Respondents. | )<br>) |

**RESPONDENTS' SUPPLEMENTAL OPPOSITION
TO CERTAIN PETITIONERS' MOTIONS FOR EXTENSION OF TIME**

On July 21, 2006, respondents filed their opposition to the motions by various petitioners for extensions of time to respond to respondents' July 7, 2006 Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing. *See* dkt. no. 102. Respondents hereby supplement that opposition to clarify the opposition and to correct certain typographical errors in the filing.

First, respondents hereby supplement their opposition to clarify that it was intended to and should apply with respect to the motion for extension of time filed on behalf of petitioners Abdul Rahman and Adel Lnu (dkt. no. 95). Discussion of dkt. no. 95 was inadvertently omitted from the text of respondents' opposition (dkt. no. 102). Respondents oppose the motion for extension of time filed on behalf of petitioners Abdul Rahman and Adel Lnu for the same reasons discussed in dkt. no. 102.

Second, paragraph "4." of respondents' previously filed opposition (dkt. no. 102) inadvertently characterized dkt. no. 89 in stating, "Another petitioner seeks an extension of some

two months, until September 20, 2006.  *See* Mohammon, dkt. no. 89."  The opposition should instead state, "Another petitioner seeks an extension of some two months, until September 20, 2006.  *See* Mohammon, dkt. no. 85."

Third, paragraph "4." of respondents' previously filed opposition (dkt. no. 102) inadvertently characterized dkt. no. 93 in stating, "Still other petitioners seek indefinite extensions.  *See Mohammon*, dkt. nos. 91, 93; *Jamilovich*, dkt. no. 10."  The opposition should state, "Still other petitioners seek indefinite extensions.  *See Mohammon*, dkt. nos. 91; *Jamilovich*, dkt. no. 10."

An amended proposed order reflecting the inadvertent omission and errors discussed above is submitted herewith.

Dated: July 22, 2006                         Respectfully submitted,

                                                          PETER D. KEISLER
                                                          Assistant Attorney General

                                                          DOUGLAS N. LETTER
                                                          Terrorism Litigation Counsel


/s/ *Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470
Attorneys for Respondents