*Approved for public filing by the CSO*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMON, et al. | ) |
| | ) |
|     *Petitioners,* | ) |
| | ) |
| v. | ) |
| | ) |
| GEORGE W. BUSH, DONALD RUMSFELD, | ) |
| ARMY BRIG. GEN. JAY HOOD, and | )   Case No. 1:05 CV 02386 RBW |
| ARMY COL. MIKE BUMGARNER, | ) |
| | ) |
|     *Respondents*. | ) |
| | ) |

### EMERGENCY MOTION FOR ACCESS TO CLIENT

Counsel, David J. Bradford, Patricia A. Bronte and Jenner & Block LLP, bring this emergency motion for access on August 1 and 2, 2006 to Petitioner Slaim Harbi, at least for purposes of verifying that Omar Deghayes authorized a next friend petition on behalf of Mr. Harbi. The relief sought by this motion is identical to the relief that this Court has already granted, on July 14, 2006, with respect to petitioner Abdel Razak Ali. The Government has identified no grounds for opposing this motion, in light of your Honor's ruling with respect to Abdel Razak Ali, other than that it does not want to waive its disagreement with that ruling. In support of this motion, counsel states:

    1.    Counsel are scheduled to visit Guantanamo from July 31 to August 2. This visit has been approved for the purpose of meeting with other detainees. Counsel has arranged for this trip at Jenner & Block's expense and has arranged for a translator to accompany counsel. It is difficult to coordinate such trips and each trip is expensive.

    2.    Petitioner Slaim Harbi has been detained virtually incommunicado and without being charged with any crime for more than 4 1/2 years. To counsel's knowledge, Petitioner

Harbi has never met with a lawyer during that time. Petitioner's next friend, Omar Deghayes, authorized the filing of a next friend petition on behalf of Slaim Harbi (ISN #57), one of the petitioners in this case. On Friday, July 14, 2006, the Center for Constitutional Rights asked counsel to represent Petitioner Harbi.

3. On Tuesday, July 18, 2006, counsel requested permission to meet with Mr. Harbi on August 1 and 2, during their scheduled visit to Guantanamo. A copy of that request is attached as Exhibit A.

4. On July 19, counsel formally appeared in this case on behalf of Petitioner Harbi, and filed the Memorandum of Understanding and Acknowledgment forms by which counsel formally agreed to abide by the Protective Order entered in this case on June 27, 2006.

5. On Friday, July 21, 2006 at or about 6:30 p.m. Eastern time, the Government declined that request. A copy of the Government's denial is attached as Exhibit B. The Government's sole stated reason for declining permission was that it disputed Mr. Deghayes's next friend status because he is also a prisoner at Guantanamo. The Government acknowledged your Honor's July 14 ruling in connection with petitioner Abdel Razak Ali, but stated: "in order to avoid waiver of our position on the next-friend issue and preserve our position on the matter through appeal or otherwise, we are not in position to consent to entry of a similar order with respect to petitioner Harbi."

6. Counsel rely upon this Court's July 14, 2006 Order with respect to Mr. Ali. The circumstances presented by this motion are indistinguishable from the circumstances addressed in that Order. *See also Said v. Bush*, No. 05-2384 (RWR) (July 26, 2006 Order of Magistrate Judge Kay granting emergency motion for access to client notwithstanding respondents'

objection on next friend grounds); *id.* (May 26, 2006 Order of Judge Roberts denying Respondents' motion for reconsideration).

7. Given the imminency of this trip, counsel respectfully request that this Court recognize this motion is a valid emergency motion which, in light of logistical issues, must be resolved by Sunday July 30, 2006, in order for the relief sought to be effective.

Respectfully submitted,

/s/ David W. DeBruin
One of the Attorneys for the Petitioners                    Dated:  July 23, 2006

| | |
|---|---|
| David J. Bradford | David W. DeBruin (DDC Bar No. 337626) |
| Patricia A. Bronte | JENNER & BLOCK LLP |
| Wade A. Thomson | 601 Thirteenth Street, N.W., Suite 1200 |
| Maya D. Nath | Washington, D.C.  20005-3823 |
| JENNER & BLOCK LLP | Tel: (202) 639-6000 |
| One IBM Plaza | Fax: (202) 639-6066 |
| Chicago, IL  60611 | |
| Tel: (312) 222-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshanksy (BO3635)
Gitanjali S. Gutierrez (GG1234)
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Emergency Motion for Access** was served upon the following person by e-mail and electronic filing on the 23rd day of July, 2006:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC  20530
> email: preeya.noronha@usdoj.gov

/s/  David W. DeBruin