**From:** Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
**Sent:** Fri 7/21/2006 5:34 PM
**To:** Bronte, Patricia A
**Cc:** Bradford, David J; Nath, Maya D; Mackowski, Martin J; Thomson, Wade A
**Subject:** RE: GTMO visit request

Pat,

We cannot agree to schedule meetings with petitioner Salim Harbi (ISN 057) during your upcoming visit. The petition brought on behalf of petitioner Harbi is not directly authorized by the petitioner, nor has the putative "next friend" detainee, Omar Deghayes, established appropriate next friend standing under Whitmore v. Arkansas, 495 U.S. 149 (1990). Accordingly, the purported next-friend authorization does not satisfies the authorization requirements of the Revised Procedures For Counsel Access. § III.C.1.

We are cognizant of Judge Walton's July 14, 2005 order, which ordered respondents to allow counsel to meet with one petitioner in the Mohammon case (petitioner Abdal Razak Ali) "for the sole purpose of verifying that Petitioner Ali authorized his putative next friend, Omar Deghayes, to bring a petition for habeas corpus on his behalf." However, in order to avoid waiver of our position on the next-friend issue and preserve our position on the matter through appeal or otherwise, we are not in position to consent to entry of a similar order with respect to petitioner Harbi.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: PBronte@jenner.com [mailto:PBronte@jenner.com]
Sent: Friday, July 21, 2006 8:59 AM
To: Warden, Andrew (CIV)
Cc: dbradford@jenner.com; MNath@jenner.com; MMackowski@jenner.com; WThomson@jenner.com
Subject: RE: GTMO visit request

Andrew, can you let me know by Monday whether this revised request will be approved?

Thanks,
Pat


---------------------------------------------------------

Patricia A. Bronte
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-8357

Fax (312) 840-7757
PBronte@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

--------------------------------------------------------

-----Original Message-----

From: Bronte, Patricia A
Sent: Tuesday, July 18, 2006 4:35 PM
To: 'Andrew.Warden@usdoj.gov'
Cc: Bradford, David J; Nath, Maya D; Mackowski, Martin J; Thomson, Wade A
Subject: RE: GTMO visit request

Andrew, per my voicemail of earlier today, I am attaching a revised visit request that includes a new client who has never met with a lawyer, Salim Harbi (ISN 57). I understand our appearance (and the MOU and Acknowledgment) should be on file tomorrow in Case No. 1:05 CV 2386 (RBW). We look forward to hearing from you regarding the revised request.

Thank you,
Pat

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Monday, July 10, 2006 11:23 AM
To: Bronte, Patricia A
Cc: Bradford, David J; Nath, Maya D; Mackowski, Martin J
Subject: RE: GTMO visit request

Pat,

Guantanamo can accommodate your visit request for July 30-Aug. 2. This approval is without prejudice to any revisions regarding counsel access to Guantanamo that may be implemented in light of the Detainee Treatment Act of 2005.

I'll send your travel clearances a few days before you depart.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084

-----Original Message-----
From: PBronte@jenner.com [mailto:PBronte@jenner.com]

2

Sent: Wednesday, July 05, 2006 4:31 PM
To: Warden, Andrew (CIV)
Cc: dbradford@jenner.com; MNath@jenner.com; MMackowski@jenner.com
Subject: GTMO visit request

Andrew, as we discussed last Friday, my partner David Bradford and I would like to visit our clients between July 31 and August 2.
(Actually, David will not arrive till the evening of July 31.)  The primary purpose of this visit is a "makeup" of my last visit, which was cut short due to the events of June 10 (preventing me from meeting with Mohammed Zahrani, ISN 713), and disrupted as a result of the snafu regarding the DVD from the Al-Bahooth family (ISN 272).  Because of our translators' schedules and airline limitations, this appears to be the only time in the next few months that we will be able to arrange to meet these clients.  I appreciate your willingness to try and accommodate this request for a "makeup" visit, despite the other lawyers' meetings planning for that time period.  Attached is the habeas coordination sheet for David and myself.  At your suggestion, we have tried to minimize the burden on JTF.  Please let me know as soon as possible if this visit will not be approved.

Thank you for your consideration.
Pat
--------------------------------------------------------


Patricia A. Bronte
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel (312) 923-8357
Fax (312) 840-7757
PBronte@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.