## EXHIBIT A

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay

|     | Petitioner | Citation to Petition | Alleged Citizenship |
| --- | --- | --- | --- |
| 1.  | Abd Al Zaher | ¶ 25 | Azerbijian |
| 2.  | Abdal Rauf Asibi | ¶ 286 | Libya |
| 3.  | Abdul Rahman | ¶ 91 | Yemen |
| 4.  | Abdul Rhman | ¶ 77 | Tajikistan |
| 5.  | Abdullah Ajaibi | ¶ 310 | Saudi Arabia |
| 6.  | Abdullah LNU | ¶ 154 | Uzbekistan |
| 7.  | Abdullah LNU | ¶ 216 | Syria |
| 8.  | Abdunoor (Abdurahman) LNU | ¶ 120 | Algeria |
| 9.  | Abdurahman LNU | ¶ 160 | Yemen |
| 10. | Abu Abdullah | ¶ 192 | Algeria |
| 11. | Abu Ahmed | ¶ 69 | Sudan |
| 12. | Abu Ahmed | ¶ 212 | Syria |
| 13. | Abu Ahmed Al Jofi | ¶ 49 | Saudi Arabia |
| 14. | Abu Rad Al Jofi | ¶ 47 | Saudi Arabia |
| 15. | Abu Rahan | ¶ 27 | Bangladesh |
| 16. | Adel LNU | ¶ 232 | Turkestan |
| 17. | Ahmed Omar | ¶ 318 | Yemen |

## EXHIBIT A

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay

|  | **Petitioner** | **Citation to Petition** | **Alleged Citizenship** |
|---|---|---|---|
| 18. | Ahmed Tripoli | ¶ 298 | Libya |
| 19. | Ali Al Kazmi | ¶ 85 | Yemen |
| 20. | Ali Al Qatari | ¶ 117 | Yemen |
| 21. | Ali LNU | ¶ 156 | Uzbekistan |
| 22. | Ali Waili Khavimi | ¶ 320 | Yemen |
| 23. | Amir LNU | ¶ 67 | Sudan |
| 24. | Edress LNU | ¶ 107 | Yemen |
| 25. | Esam LNU | ¶ 103 | Yemen |
| 26. | Esmail Ali Ahmad Khalip | ¶ 254 | |
| 27. | Fadi Dahimi | ¶ 324 | Yemen |
| 28. | Fahmi LNU | ¶ 101 | Yemen |
| 29. | Faisil LNU | ¶ 136 | Saudi Arabia |
| 30. | Faris Darnawi | ¶ 290 | Libya |
| 31. | Hadj Arab Nabil | ¶ 329 | |
| 32. | Hasan Yaunas Balgaid | ¶ 280 | Libya |
| 33. | Isam Himed Ali | ¶ 258 | |
| 34. | Khald LNU | ¶ 115 | Yemen |

## EXHIBIT A

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay

|     | Petitioner | Citation to Petition | Alleged Citizenship |
| --- | --- | --- | --- |
| 35. | Mahamoud Al Bhar | ¶ 113 | Yemen |
| 36. | Mashal LNU | ¶ 41 | Saudi Arabia |
| 37. | Mohamed Ali | ¶ 105 | Yemen |
| 38. | Mohamed Hmadi | ¶ 99 | Yemen |
| 39. | Mohammed Ahmed Saeed Hidar | ¶ 260 | |
| 40. | Mohammed Harbi | ¶ 306 | Saudi Arabia |
| 41. | Mohammed LNU | ¶ 210 | Syria |
| 42. | Mohammed Zahrani | ¶ 308 | Saudi Arabia |
| 43. | Moosa LNU | ¶ 300 | Morocco |
| 44. | Muhammed Dawood | ¶ 282 | Libya |
| 45. | Nabil Hadj | ¶ 328 | Algeria |
| 46. | Osama LNU | ¶ 97 | Yemen |
| 47. | Rashed Al Qamdi | ¶ 37 | Saudi Arabia |
| 48. | Ridwaan Al Magrebi | ¶ 128 | Morocco |
| 49. | Sabel LNU | ¶ 228 | Turkestan |
| 50. | Saib Darnawi | ¶ 292 | Libya |
| 51. | Said Al Russi | ¶ 304 | Russia |

## EXHIBIT A

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay

|  | Petitioner | Citation to Petition | Alleged Citizenship |
|---|---|---|---|
| 52. | Saleh LNU | ¶ 57 | Saudi Arabia |
| 53. | Salih LNU | ¶ 294 | Libya |
| 54. | Salman Al Bahri | ¶ 130 | Saudi Arabia |
| 55. | Seed LNU | ¶ 111 | Yemen |
| 56. | Shah Baba | ¶ 242 | Pakistan |
| 57. | Sharaf Al Sanani | ¶ 109 | Yemen |
| 58. | Thabid LNU | ¶ 236 | Turkestan |
| 59. | Yagoob Al Soury | ¶ 75 | Syria |
| 60. | Zabin Thaha Assammery | ¶ 200 | Saudi Arabia |
| 61. | Zaker Chan | ¶ 79 | Tajikistan |
| 62. | Zeyad Al Gassmy | ¶ 61 | Saudi Arabia |