## EXHIBIT B

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|    | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|----|------------|-----|----------------------|------------------------------|
| 1. | Abdul Haq | 004 | ¶ 23 | Abdul Haq in *Zadran v. Bush*, No. 05-CV-2367 (RWR) |
| 2. | Sad Al Materi | 005 | ¶ 53 | Abul Aziz Al Matrafi in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 3. | Maged LNU | 025 | ¶ 59 | Majid Abdulla Al Joudi in *Al Joudi v. Bush*, No. 05-CV-0301 (GK) |
| 4. | Fahd LNU | 026 | ¶ 93 | Fahd Abdullah Ahmed Ghazy in *Ghazy v. Bush*, No. 05-CV-2223 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Fahd Abu Hafsa in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 158). |
| 5. | Fahd Abu Hafsa | 026 | ¶ 158 | Fahd Abdullah Ahmed Ghazy in *Ghazy v. Bush*, No. 05-CV-2223 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Fahd LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 93). |
| 6. | Khader LNU | 034 | ¶ 87 | Alkhadr Abdullah Al Yafie in *Al Yafie v. Bush*, No. 05-2399 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Alkhadr Abdullah Al Yafie in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 266). |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## **EXHIBIT B**

### Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|  | **Petitioner** | **ISN** | **Citation to Petition** | **Previously-Filed Petition(s)** |
|---|---|---|---|---|
| 7. | Alkhadr Abdullah Al Yafie | 034 | ¶ 266 | Alkhadr Abdullah Al Yafie in *Al Yafie v. Bush*, No. 05-2399 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Khader LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 87). |
| 8. | Mahmood LNU | 036 | ¶ 140 | Ibrahim Osman Ibrahim Idris in *Idris v. Bush*, No. 05-CV-1555 (JR) |
| 9. | Abdullah Al Rahabi | 037 | ¶ 264 | Abdulmalik Abdulwahab Al-Rahabi in *Abdah v. Bush*, No. 05-CV-1254 (HHK) |
| 10. | Saif Ullah | 046 | ¶ 146 | Saif in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 11. | *Mishal Al Madany | 058 | ¶ 244 | Musa Al Madany in *Al-Oshan v. Bush*, No. 05-CV-0520 (RMU) |
| 12. | *Najeeb LNU | 075 | ¶ 31 | Najeeb Al Husseini in *Imran v. Bush*, No. 05-CV-0764 (CKK) |
| 13. | Walid LNU | 081 | ¶ 142 | Waleed LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 71) |
| 14. | Elham Bataif | 084 | ¶ 7 | Elham Battayav in *Battayav v. Bush*, No. 05-CV-0714 (RBW) |
| 15. | Yusuf Asshihri | 114 | ¶ 134 | Yousif Mohammad Mubarak Al-Shehri in *Al Joudi v. Bush*, No. 05-CV-0301 (GK) |

     * Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## **EXHIBIT B**

### Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|     | **Petitioner** | **ISN** | **Citation to Petition** | **Previously-Filed Petition(s)** |
| --- | --- | --- | --- | --- |
| 16. | Ghalib Fahani | 128 | ¶ 322 | Ghaleb Nassar Al Bihani in *Al Bihani v. Bush*, No. 05-CV-1312 (RJL) |
| 17. | Adel Ben Ahmad Al Hakeemy | 168 | ¶ 184 | Adel Al Hakeemy in *Sliti v. Bush*, No. 05-CV-0429 (RJL) |
| 18. | Sad Al Gahtani | 200 | ¶ 33 | Saad Al Qahtaani in *Said v. Bush*, No. 05-CV-2384 (RWR) |
| 19. | Abdurazzak LNU | 219 | ¶ 194 | Abdur Razakah in *Razakah v. Bush*, No. 05-CV-2370 (EGS) |
| 20. | Abdul-rahman Abdo Abulghaith Sulaiman | 223 | ¶ 250 | Mohsen LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 89) |
| 21. | Nabil LNU | 238 | ¶ 126 | Nabil in *Nabil v. Bush*, No. 05-CV-1504 (RMC) |
| 22. | Ali LNU | 250 | ¶ 238 | Mohammed LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW)<br><br>This petitioner also has a subsequently-filed petition pending on his behalf as Ali in *Thabid v. Bush*, No. 05-CV-2398 (ESH). |
| 23. | Riyadh Ateek Ali Abdu Al Haj | 256 | ¶ 268 | Riyad Atag Ali Abdoh Al Haj in *Anam v. Bush*, No. 05-CV-1194 (HHK) |
| 24. | Mohmad Ahmad Al Kara'any | 269 | ¶ 176 | Yousuf Al Karany in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Mohammed Hamid Qurany in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 272). |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## EXHIBIT B

### Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|     | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
| --- | --- | --- | --- | --- |
| 25. | Mohammed Hamid Qurany | 269 | ¶ 272 | Yousuf Al Karany in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Mohmad Ahmad Al Kara'any in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 176). |
| 26. | Sader LNU | 277 | ¶ 83 | Sadar Doe in *Sadar Doe v. Bush*, No. 05-CV-1704 (JR) |
| 27. | Abdul Anasser | 278 | ¶ 218 | Abdunasir Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| 28. | Khalid LNU | 280 | ¶ 224 | Khalid LNU in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| 29. | **\*Abu Baker** | 283 | ¶ 222 | Abu Bakker Qassim in *Qassim v. Bush*, No. 05-CV-0497 (JR) |
| 30. | Jalal Jalaldin | 285 | ¶ 226 | Jalaal Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU)<br><br>This petitioner also has another petition pending on his behalf as Abdurahman LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 230). |
| 31. | Abdurahman LNU | 285 | ¶ 230 | Jalaal Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU)<br><br>This petitioner also has another petition pending on his behalf as Jalal Jalaldin in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 226). |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## **EXHIBIT B**

### Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 32. | *Alla Al Mossary | 287 | ¶ 29 | Abdul Aziz Al Mossary in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>Abu Abdul Aziz in *Aziz v. Bush*, No. 05-CV-1864 (HHK) |
| 33. | Ahmed Ben Bacha | 290 | ¶ 164 | Ahmed Ben Bacha in *Ben Bacha v. Bush*, No. 05-CV-2349 (RMC) |
| 34. | Abu Rawda | 326 | ¶ 214 | Abu Rawdah in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 35. | Yakub LNU | 327 | ¶ 204 | Ali Hussian Mohammad Muety Shaaban in *Shaaban v. Bush*, No. 05-CV-0892 (CKK) |
| 36. | Hammad LNU | 328 | ¶ 234 | Hammad Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| 37. | Bilal LNU | 330 | ¶ 208 | Bilal LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 144) |
| 38. | Bandar Al Shaibani | 332 | ¶ 39 | Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany in *Al-Shabany v. Bush*, No. 05-CV-2029 (JDB) |
| 39. | Abdurahman LNU | 369 | ¶ 274 | Adel Fattouh Aly Ahmed Algazzar in *El-Mashad v. Bush*, No. 05-CV-0270 (JR) |
| 40. | Jabbarov Oybek Jamolovich | 452 | ¶ 330 | Jabbarow Oybek Jamolivich in *Jamolivich v. Bush*, No. 05-CV-2112 (RBW) |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | **Petitioner** | **ISN** | **Citation to Petition** | **Previously-Filed Petition(s)** |
|---|---|---|---|---|
| 41. | Adel Al Tunisi | 502 | ¶ 81 | Adil Bin Muhammad Al Wirghi in *Al Wirghi v. Bush*, No. 05-CV-1497 (RCL)<br><br>Adel in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU)<br><br>This petitioner also has another petition pending on his behalf as Adil LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 150). |
| 42. | Adil LNU | 502 | ¶ 150 | Adil Bin Muhammad Al Wirghi in *Al Wirghi v. Bush*, No. 05-CV-1497 (RCL)<br><br>Adel in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU)<br><br>This petitioner also has another petition pending on his behalf as Adel Al Tunisi in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 81). |
| 43. | Abdulal Al Thani | 514 | ¶ 45 | Abdulla Thani Faris Al-Anazi in *Al-Anazi v. Bush*, No. 05-CV-0345 (JDB) |
| 44. | Maher LNU | 519 | ¶ 302 | Maher El Falesteny in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 119) |
| 45. | Tarek LNU | 535 | ¶ 276 | Tariq Mahmoud Alsawam in *Alsawam v. Bush*, No. 05-CV-1244 (CKK) |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## EXHIBIT B

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 46. | *Abdullah Hamid Musleh Qahtany | 652 | ¶ 312 | Abdullah Al Quatany in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 196) |
| 47. | Abin Alhamed Abid Alsallam Alkesawi | 654 | ¶ 11 | Abdul Hamid Abdul Salam Al-Ghizzawi in *Al-Ghizzawi v. Bush*, No. 05-CV-2378 (JDB) |
| 48. | Abdurrachman LNU | 659 | ¶ 162 | Abdannour Sameur in *Sameur v. Bush*, No. 05-CV-1806 (CKK) |
| 49. | Abu Hadaifa | 662 | ¶ 278 | Ahmad Hassan Jamil Suleiman in *Kabir v. Bush*, No. 05-CV-0431 (RJL) |
| 50. | Abdulal LNU | 682 | ¶ 51 | Ghassan Abdullah Al Sharbi in *Al Sharbi v. Bush*, No. 05-CV-2348 (EGS) |
| 51. | Mohammed Abdullah Taha Mattan | 684 | ¶ 13 | Ibrahim Towkah in *Sliti v. Bush*, No. 05-CV-0429 (RJL) |
| 52. | Sofiane Mohammed Berhoumi | 694 | ¶ 9 | Shafiiq in *Shafiiq v. Bush*, No. 05-CV-1506 (RMC)<br><br>This petitioner also has another petition pending on his behalf as Shafiq LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 124). |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## EXHIBIT B

### Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|     | **Petitioner**        | **ISN** | **Citation to Petition** | **Previously-Filed Petition(s)** |
|-----|----------------------|---------|--------------------------|-----------------------------------|
| 53. | Shafiq LNU           | 694     | ¶ 124                    | Shafiiq in *Shafiiq v. Bush*, No. 05-CV-1506 (RMC)<br><br>This petitioner also has another petition pending on his behalf as Sofiane Mohammed Berhoumi in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 9). |
| 54. | Omar Mohamad Khalifah | 695    | ¶ 180                    | Omar Mohammed Khalifh in *Khalifh v. Bush*, No. 05-CV-1189 (JR)<br><br>This petitioner also has another petition pending on his behalf as Omar Kalifa Mohammed in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 284). |
| 55. | Omar Kalifa Mohammed | 695     | ¶ 284                    | Omar Mohammed Khalifh in *Khalifh v. Bush*, No. 05-CV-1189 (JR)<br><br>This petitioner also has another petition pending on his behalf as Omar Mohamad Khalifah in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 180). |
| 56. | Samir LNU            | 707     | ¶ 73                     | Muhammad Nur Uthman Muhammad in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## EXHIBIT B

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|     | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
| --- | --- | --- | --- | --- |
| 57. | *Hammad LNU | 712 | ¶ 138 | Hamad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 65)<br><br>This petitioner also has another petition pending on his behalf as Hamad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 202). |
| 58. | *Hamad LNU | 712 | ¶ 202 | Hamad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 65)<br><br>This petitioner also has another petition pending on his behalf as Hammad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 138). |
| 59. | Abdulhadi Al Hamami | 717 | ¶ 182 | Abdul Al Hadi in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>Abdul Hadi Ibn El Hathily Al Hamamy in *Al Hamamy v. Bush*, No. 05-CV-0766 (RJL)<br><br>Abdul Al Hamman in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |

       * Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## EXHIBIT B

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 60. | Boucetta Fihi | 718 | ¶ 5 | Fethi Boucetta in *Muhammed v. Bush*, No. 05-CV-2087 (RMC)<br><br>This petitioner also has three other petitions pending on his behalf as Dr. Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 122), Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 188) and Dr. Abu Muhammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 190). |
| 61. | Dr. Abu Mohammed | 718 | ¶ 122 | Fethi Boucetta in *Muhammed v. Bush*, No. 05-CV-2087 (RMC)<br><br>This petitioner also has three other petitions pending on his behalf as Boucetta Fihi in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 5), Abu Mohammed in *Mohammon v. Bush*, No. 05-CV-2087 (RMC) (¶ 188), and Dr. Abu Muhammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 190). |
| 62. | Abu Mohammed | 718 | ¶ 188 | Fethi Boucetta in *Muhammed v. Bush*, No. 05-CV-2087 (RMC)<br><br>This petitioner also has three other petitions pending on his behalf as Boucetta Fihi in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 5), Dr. Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 122), and Dr. Abu Muhammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 190). |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## EXHIBIT B

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 63. | Dr. Abu Muhammed | 718 | ¶ 190 | Fethi Boucetta in *Muhammed v. Bush*, No. 05-CV-2087 (RMC)<br><br>This petitioner also has three other petitions pending on his behalf as Boucetta Fihi in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 5), Dr. Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 122), and Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 188). |
| 64. | Abdallah LNU | 721 | ¶ 148 | Abdullah in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>Abdulla in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 65. | Jihad LNU | 722 | ¶ 206 | Jihad Dhiab in *Dhiab v. Bush*, No. 05-CV-1457 (GK) |
| 66. | Ibraheem Zaidan | 761 | ¶ 178 | Ibrahim Mahdi Ahmed Zaidan in *Kabir v. Bush*, No. 05-CV-0431 (RJL) |
| 67. | Omar Ahmad | 766 | ¶ 174 | Omar Khadr in *Khadr v. Bush*, No. 05-CV-1136 (JDB) |
| 68. | Tofiq Nasser Awadh Al Bihani | 893 | ¶ 262 | Tofiq Nasser Awad AL Bihani in *Al Yafie v. Bush*, No. 05-CV-2399 (RJL) |
| 69. | Mohammed Abdur Rahman | 894 | ¶ 314 | Mohammed Abdul Rahman in *Alhami v. Bush*, No. 05-CV-0359 (GK) |
| 70. | Amer Mohammon | 939 | ¶ 3 | Ameur Mammar in *Mammar v. Bush*, No. 05-CV-0573 (RJL) |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

## EXHIBIT B

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|     | Petitioner     | ISN  | Citation to Petition | Previously-Filed Petition(s) |
| --- | -------------- | ---- | -------------------- | ---------------------------- |
| 71. | Adel Hassan    | 940  | ¶ 63                 | Adel Hassan Hamad in *Hamad v. Bush*, No. 05-CV-1009 (JDB) |
| 72. | Omar Rahmah    | 1017 | ¶ 316                | Zakaria Al-Baidany in *Al-Baidany v. Bush*, No. 05-CV-2380 (CKK)<br><br>Zakaria in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 73. | Omier Ba Atash | 1456 | ¶ 186                | Hassan Bin Attash in *Attash v. Bush*, No. 05-CV-1592 (RCL) |
| 74. | Shargowi LNU   | 1457 | ¶ 170                | Abdo Ali Al Haj in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 75. | Badr LNU       | 1461 | ¶ 166                | Ahmmed Ghulam Rabbani in *Rabbani v. Bush*, No. 05-CV-1607 (RMU) |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.