## EXHIBIT C

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Identified as Having Been Detained at Guantanamo Bay, Who Do Not Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court, and Who Have Been Transferred from the Custody of the United States and Are No Longer Detained at Guantanamo Bay**

|    | Petitioner | ISN | Citation to Petition | Other Petition(s) |
|----|------------|-----|----------------------|-------------------|
| 1. | Saalih LNU | 298 | ¶ 152 | |
| 2. | Abdul Salam Deiff | 306 | ¶ 19 | This petitioner had a previously-filed petition pending on his behalf as Abdul Salam Zaeef in *Zaeef v. Bush*, No. 05-CV-0660 (RMC), but that case was dismissed by Judge Collyer on October 17, 2005 pursuant to a stipulation by the parties. |
| 3. | Saleh Mohammed Ali Azoba | 501 | ¶ 17 | |
| 4. | Abdullah Al Quatany | 652 | ¶ 196 | This petitioner has another petition pending on his behalf as Abdullah Hamid Musleh Qahtany in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 312). |
| 5. | Hamad LNU | 712 | ¶ 65 | This petitioner has two other petitions pending on his behalf as Hammad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 138) and as Hamad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 202). |