# EXHIBIT D

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Identified as Detainees at Guantanamo Bay and Who Do Not Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|    | Petitioner | ISN | Citation to Petition | Other Petition(s) |
|----|------------|-----|----------------------|-------------------|
| 1. | Mohammed Al Palestini | 049 | ¶ 15 | |
| 2. | Slaim Harbi | 057 | ¶ 326 | |
| 3. | Fahd Al Haraazi | 079 | ¶ 132 | |
| 4. | Waleed LNU | 081 | ¶ 71 | This petitioner has another petition pending on his behalf as Walid LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 142). |
| 5. | Mohammed Rimi | 194 | ¶ 296 | This petitioner has a subsequently-filed petition pending on his behalf as Mohammad Rimi in *Rimi v. Bush*, No. 05-CV-2427 (RJL). |
| 6. | Fahd Al-Fawzan | 218 | ¶ 35 | |
| 7. | Omar LNU | 222 | ¶ 21 | |
| 8. | Mohsen LNU | 223 | ¶ 89 | This petitioner has another petition pending on his behalf as Abdul-rahman Abdo Abulghaith Sulaiman in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 250). |

## EXHIBIT D

### Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Identified as Detainees at Guantanamo Bay and Who Do Not Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|     | Petitioner | ISN | Citation to Petition | Other Petition(s) |
| --- | --- | --- | --- | --- |
| 9.  | Mohammed LNU | 250 | ¶ 220 | This petitioner has another petition pending on his behalf as Ali LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 238).<br><br>This petitioner also has a subsequently-filed petition pending on his behalf as Ali in *Thabid v. Bush*, No. 05-CV-2398 (ESH). |
| 10. | Abdullah Bo Omer Hamza Yoyej | 257 | ¶ 246 | |
| 11. | Khald Al Barkati | 322 | ¶ 43 | |
| 12. | Bilal LNU | 330 | ¶ 144 | This petitioner has another petition pending on his behalf as Bilal LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 208). |
| 13. | Seed Farha | 341 | ¶ 55 | |
| 14. | Mustafa Al Shamili | 434 | ¶ 95 | |
| 15. | Maher El Falesteny | 519 | ¶ 119 | This petitioner has another petition pending on his behalf as Maher LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 302). |
| 16. | Abdullah LNU | 528 | ¶ 240 | |
| 17. | Jabir Al Quatany | 650 | ¶ 198 | |
| 18. | Abdal Razak Ali | 685 | ¶ 288 | |

## EXHIBIT D

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Identified as Detainees at Guantanamo Bay and Who Do Not Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Other Petition(s) |
|---|---|---|---|---|
| 19. | Abdulaziz LNU | 687 | ¶ 168 | |
| 20. | Mohammed Ahmed Slam Al-Khateeb | 689 | ¶ 252 | |
| 21. | Jamil Ahmad Saeed | 728 | ¶ 256 | |
| 22. | Abdul Aziz Naji | 744 | ¶ 270 | |
| 23. | Zein Al-Abedeen | 1095 | ¶ 248 | This petitioner has a subsequently-filed petition pending on his behalf as Zainulabidin Merozhev in *Al-Harbi v. Bush*, No. 05-CV-2479 (HHK). |
| 24. | Sanad Ali Alkaliemi | 1453 | ¶ 172 | |