IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' MEMORANDUM IN OPPOSITION TO
PETITIONER JABBAROV OYBEK JAMOLIVICH'S
<u>MOTION FOR ENTRY OF PROTECTIVE ORDER</u>**

Respondents respectfully submit this memorandum in opposition to petitioner Jabbarov Oybek Jamolivich's motion for entry of protective order with regard to this petitioner (dkt. no. 73).

On June 27, 2006, the Court entered the Protective Order[1] with respect to all petitioners in this case except: (1) petitioners who have previously filed petitions pending in other cases, and (2) petitioners whom respondents have been unable to identify. See June 27, 2006 Order at 5 (dkt. no. 66).[2] Entry of the Protective Order with respect to a petitioner, and satisfaction of the

---

[1] In re Guantanamo Detainee Cases, 344 F. Supp. 2d 174 (D.D.C. Nov. 8, 2004) ("Protective Order"); Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order in In re Guantanamo Detainee Cases, No. 02-CV-0299, et al. (D.D.C. Dec. 13, 2004); Order Addressing Designation Procedures for "Protected Information" in In re Guantanamo Detainee Cases, No. 02-CV-0299, et al. (D.D.C. Nov. 10, 2004).

[2] Respondents opposed entry of the Protective Order because of the multiple jurisdictional and procedural infirmities in this case, including the Detainee Treatment Act's investment of exclusive jurisdiction over this action in the Court of Appeals, and the failure of

Protective Order's requirements, are a prerequisite to access to a petitioner at Guantanamo Bay. See Respondents' Motion for Order to Show Cause Why Petition Should Not Be Dismissed for Lack of Proper "Next Friend" Standing and Memorandum in Opposition to Emergency Motion to Allow Attorney Access to Client at 7-12 (dkt. nos. 76, 77).  The Court's June 27, 2006 Order also provided that "respondents shall notify the Court by July 26, 2006, of all petitioners in this case as to whom the protective orders should not be entered because they have previously-filed petitions for a writ of habeas corpus already pending on their behalf in other cases," and noted that "[a]ny petitioner whom the respondents identify as having previously filed petitions for a writ of habeas corpus that are pending before the Court shall have the opportunity to challenge the respondents' assertion that he has another pending petition."  June 27, 2006 Order at 5-6. The Order further provided that "respondents shall notify the Court by July 26, 2006, of all petitioners named in this case whom they are unable to identify," and noted that "[a]ny petitioner whom the respondents indicate they are unable to identify shall have the opportunity to challenge the respondents' assertion that he cannot be identified."  Id. at 6.

Counsel for petitioner concedes that petitioner Jabbarov Oybek Jamolovich (ISN 452) has a previously-filed petition for habeas corpus pending on his behalf in Jamolivich v. Bush, No. 05-CV-2112 (RBW), and has entered an appearance on behalf of Mr. Jamolivich in the earlier-filed case.  See Pet's Mot. at 1.  Thus, petitioner Jabbarov Oybek Jamolovich should be dismissed as a petitioner in the instant case, and his petition for habeas corpus should proceed in

---

the majority of petitioners in this case to establish proper standing to sue through a legitimate next friend petitioner.  See Respondents' Memorandum in Opposition to Motions to Lift January 11, 2006 Stay to Allow for Attorney Access to Detainees (dkt. no. 60).

the case previously filed on his behalf, as appropriate.  <u>See</u> Respondents' Status Report and

Response to Court's June 27, 2006 Order (dkt no. 109)


Dated:  July 26, 2006                              Respectfully submitted,

                                                PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents