IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' RESPONSE TO REQUEST OF
PETITIONER EL-FALESTENY FOR EXTENSION OF TIME**

On July 7, 2006, respondents filed their Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing ("July 7 Motion"). On July 17, 2006, petitioner El-Falesteny filed an opposition to the July 7 Motion and requested an indefinite extension of time to otherwise respond to the July 7 Motion, *i.e.*, until counsel have the opportunity to meet with petitioner regarding the July 7 Motion. *See* dkt. no. 83.

Respondents hereby oppose the requested extension of time for the same reasons as set forth in respondents' Opposition to Certain Petitioners' Motions for Extension of Time (dkt. no. 102), a copy of which is attached as Exhibit 1. The Court has ordered that oppositions of other petitioners to the July 7 Motion be filed by August 4, 2006, with respondents' reply filed by August 11, 2006. *See* July 24, 2006 Minute Order. If petitioner El-Falesteny is to be given an extension of time, at most, the Court should order the same schedule it has ordered with respect to those other petitioners.

Dated: July 27, 2006             Respectfully submitted,

                                                  PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ *Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

-2-