# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ADNAN AHJAM,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No.  05-cv-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorney listed below will represent petitioner Ahmed Adnan Ahjam, and Usama Hasan Abu Kabir, as Next Friend of Ahmed Adnan Ahjam, in this matter.  Service upon counsel may be made to:

> David S. Marshall
> 900 Fourth Avenue, Suite 3250
> Seattle, WA  98164-1072
> Telephone:  206/382-0000
> Fax:           206/382-9109

Counsel for petitioner certifies, pursuant to L.Cv.R. 83.2(g), that he is representing petitioner without compensation.

DATED this ____ day of July, 2006.

_____
DAVID S. MARSHALL
Attorney for Petitioner
Washington State Bar No. 11716

C:\DSM\docs\Ahjam'Ah\A-3 Pleadings\not-appear 072806.doc

NOTICE OF APPEARANCE

Law Offices
DAVID S. MARSHALL
Union Bank of California Center, Suite 3250
900 Fourth Avenue
Seattle, Washington  98164-1072
Telephone (206) 382-0000
Fax (206) 382-9109