IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMER MOHAMMON, et al. | ) | |
|     Detainee, | ) | |
|     Guantánamo Bay Naval Station | ) | |
|     Guantánamo Bay Cuba | ) | |
| | ) | |
| FADL DAHIMI, | ) | |
|     Detainee, | ) | |
|     Guantánamo Bay Naval Station | ) | |
|     Guantánamo Bay, Cuba; and | ) | |
|     OMAR DEGHAYES, | ) | |
|     as Next Friend of | ) | |
|     Mr. Fadl Dahimi | ) | |
| | ) | |
| MUSTAFA AL SHAMILI, | ) | Civil Action No. |
|     Detainee, | ) | 05-2386 (RBW) |
|     Guantánamo Bay Naval Station | ) | |
|     Guantánamo Bay, Cuba; and | ) | |
|     SAMI MUHYIDEEN, | ) | |
|     as Next Friend of | ) | |
|     Mr. Mustafa Al Shamili | ) | |
| | ) | |
| "SHARGOWI" - SHARKAWI ABDA | ) | |
|     ALI AL-HAAG, | ) | |
|     Detainee, | ) | |
|     Guantánamo Bay Naval Station | ) | |
|     Guantánamo Bay, Cuba; and | ) | |
|     BENYAMIN MOHAMMED and | ) | |
|     GHARIB ABUA ALI AL- HAAG, | ) | |
|     as Next Friends of | ) | |
|     Mr. Al-Haag | ) | |
| | ) | |
| *Petitioners/Plaintiffs*, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |

| | |
|---|---|
| **GEORGE W. BUSH,** | ) |
| President of the United States | ) |
| The White House | ) |
| 1600 Pennsylvania Ave., N.W. | ) |
| Washington, D.C. 20500; | ) |
| | ) |
| **DONALD RUMSFELD,** | ) |
| Secretary, United States | ) |
| Department of Defense | ) |
| 1000 Defense Pentagon | ) |
| Washington, D.C. 20301-1000; | ) |
| | ) |
| **REAR ADMIRAL HARRY B. HARRIS, JR.,** | ) |
| Commander, Joint Task Force - GTMO | ) |
| JTF-GTMO | ) |
| APO AE 09360; and | ) |
| | ) |
| **ARMY COL. MIKE BUMGARNER,** | ) |
| Commander, Joint Detention | ) |
| Operations Group - JTF-GTMO, | ) |
| JTF-GTMO | ) |
| APO AE 09360, | ) |
| | ) |
| *Respondents/Defendants.* | ) |

### NOTICE OF FILING MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER

Petitioners hereby give notice to all parties of the filing of Richard G. Murphy, Jr.'s signed Memorandum of Understanding Regarding Access to Classified National Security Information and signed Acknowledgment, which are attached as Exhibit "B" and Exhibit "C" respectively, to the Amended Protective

Order and Procedures for Counsel Access to Detainee, entered on November 8, 2004, and adopted by the Court in this case on June 27, 2006.

Respectfully submitted, this 1st day of August, 2006.

                Counsel for Petitioners:

                */s/ Richard G. Murphy, Jr.*
                Richard G. Murphy, Jr.
                John P. Anderson
                SUTHERLAND ASBILL & BRENNAN LLP
                1275 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004-2415
                Telephone: (202) 383-0100
                Facsimile: (202) 637-3593

                John A. Chandler*
                Elizabeth V. Tanis
                Kristin B. Wilhelm
                SUTHERLAND ASBILL & BRENNAN LLP
                999 Peachtree Street, N.E.
                Atlanta, Georgia 30309-3996
                Telephone: (404) 853-8000
                Facsimile: (404) 853-8806

* - Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed **NOTICE OF FILING MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

                                                      _/s/ Richard G. Murphy, Jr._
                                                     Richard G. Murphy, Jr.
                                                     Counsel for Petitioners