IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay Cuba<br><br>FADL DAHIMI,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>    OMAR DEGHAYES,<br>    as Next Friend of<br>    Mr. Fadl Dahimi<br><br>MUSTAFA AL SHAMILI,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>    SAMI MUHYIDEEN,<br>    as Next Friend of<br>    Mr. Mustafa Al Shamili<br><br>"SHARGOWI" - SHARKAWI ABDA<br>    ALI AL-HAAG,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>    BENYAMIN MOHAMMED and<br>    GHARIB ABUA ALI AL- HAAG,<br>    as Next Friends of<br>    Mr. Al-Haag<br><br>*Petitioners/Plaintiffs,*<br><br>v. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.<br>05-2386 (RBW)<br> |

GEORGE W. BUSH,                                )
    President of the United States         )
    The White House                       )
    1600 Pennsylvania Ave., N.W.          )
    Washington, D.C. 20500;               )
                                          )
DONALD RUMSFELD,                              )
    Secretary, United States              )
    Department of Defense                 )
    1000 Defense Pentagon                 )
    Washington, D.C. 20301-1000;          )
                                          )
REAR ADMIRAL HARRY B. HARRIS, JR.,           )
    Commander, Joint Task Force - GTMO    )
    JTF-GTMO                              )
    APO AE 09360; and                     )
                                          )
ARMY COL. MIKE BUMGARNER,                    )
    Commander, Joint Detention            )
    Operations Group - JTF-GTMO,          )
    JTF-GTMO                              )
    APO AE 09360,                         )
                                          )
*Respondents/Defendants.*                     )

## NOTICE OF FILING MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER

Petitioners hereby give notice to all parties of the filing of John P.

Anderson's signed Memorandum of Understanding Regarding Access to Classified

National Security Information and signed Acknowledgment, which are attached as

Exhibit "B" and Exhibit "C" respectively, to the Amended Protective Order and

Procedures for Counsel Access to Detainee, entered on November 8, 2004, and

adopted by the Court in this case on June 27, 2006.

2

Respectfully submitted, this 1st day of August, 2006.

Counsel for Petitioners:

_/s/ John P. Anderson_____
Richard G. Murphy
John P. Anderson
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

John A. Chandler*
Elizabeth V. Tanis
Kristin B. Wilhelm
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

* - Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed **NOTICE OF FILING MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

_/s/ John P. Anderson_
John P. Anderson
Counsel for Petitioners