IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMER MOHAMMON, *et al.*, <br>    Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br>    Respondents. | ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 05-2386-RBW |

**PETITIONER'S REPLY TO RESPONDENTS' MEMORANDUM IN OPPOSITION TO PETIONER'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

    Petitioner, Jabbarov Oybek Jamolivich, respectfully submits this reply to Respondents' memorandum in opposition (dkt. no. 110) to Petitioner's motion for entry of the protective order (dkt. no. 73).

    Undersigned counsel is eager to have the Court enter the Protective Order with regard to Mr. Jamolivich so that counsel can correspond and travel to Guantánamo to meet with his client. There is no dispute that Mr. Jamolivich has two duplicative habeas petitions pending before this court (<u>Jamolivich v. Bush</u>, No. 05-cv-2112(RBW), originally filed on a pro se basis, and the matter captioned above). Nor is there any dispute that, consistent with this Court's June 27, 2006 Order, the only obstacle standing in the way of entering the protective order with respect to Mr. Jamolivich is this issue of his duplicative petitions.

    Respectfully, undersigned counsel has no preference as to whether Mr. Jamolivich is dismissed as a Petitioner in <u>Mohammon</u>, or his earlier filed petition is dismissed and he

2

remains a petitioner in this case, so long as only <u>one</u> petition is dismissed and the protective order is entered with respect to Mr. Jamolivich.

                           Respectfully submitted,
PETITIONER,
JABBAROV OYBECK JAMOLIVICH,
By his attorney,

 / s / Michael E. Mone, Jr.
Michael E. Mone, Jr., Esquire
BBO #MA 634607
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA 02110
(617) 482-0333

Dated:  August 2, 2006

2