**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABU AHMED, a/k/a AHMED ADNAN AHJAM, ISN #326,<br><br>　　　Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　Respondents. | Civil Action No. 05-cv-2386 (RBW)<br><br>AMENDED NOTICE OF APPEARANCE |

　　　PLEASE TAKE NOTICE that the attorney listed below will represent petitioner Ahmed Adnan Ahjam, and Usama Hasan Abu Kabir, as Next Friend of Ahmed Adnan Ahjam, in this matter. Service upon counsel may be made to:

> David S. Marshall
> 900 Fourth Avenue, Suite 3250
> Seattle, WA 98164-1072
> Telephone: 206/382-0000
> Fax:         206/382-9109

　　　Counsel for petitioner certifies, pursuant to L.Cv.R. 83.2(g), that he is representing petitioner without compensation.

　　　DATED this 2nd day of August, 2006.

　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　DAVID S. MARSHALL
　　　　　　　　　　　　　Attorney for Petitioner
　　　　　　　　　　　　Washington State Bar No. 11716

NOTICE OF APPEARANCE

Law Offices
DAVID S. MARSHALL
Union Bank of California Center, Suite 3250
900 Fourth Avenue
Seattle, Washington 98164-1072
Telephone (206) 382-0000
Fax (206) 382-9109

1 \\Tracey\DSM\docs\Ahjam'Ah\A-3 Pleadings\amended not of appear 080206.doc
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE

Law Offices
DAVID S. MARSHALL
Union Bank of California Center, Suite 3250
900 Fourth Avenue
Seattle, Washington  98164-1072
Telephone (206) 382-0000
Fax (206) 382-9109