IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al*, </br></br>    Petitioner, </br></br>v. </br></br>GEORGE W. BUSH, </br>    President of the United States, *et al.*, </br></br>    Respondents. | Civil Action No. 05-CV-2386 (RBW) |

**NOTICE OF WITHDRAWAL OF RESPONDENTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING WITH <u>RESPECT TO PETITIONER SLAIM HARBI</u>**

Respondents, with the concurrence of petitioner's counsel, hereby withdraw their July 7, 2006 Motion For Procedures Related To Review Of Certain Detainee Materials And Request For Expedited Briefing with respect to petitioner Slaim Harbi (ISN 057).

Dated: August 4, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

/s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA

ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144
Washington, DC 20530
Tel: (202) 514-4107

Attorneys for Respondents