*Approved by the CSO for public filing*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents. )<br>_____) | No. 05-CV-2386 (RBW) (AK) |

## OPPOSITION OF MAHER EL FALESTENY TO MOTION

## FOR APPOINTMENT OF FILTER TEAM AND RELATED RELIEF

Petitioner Maher El Falesteny (ISN 519) hereby joins in, and incorporates by reference as his own, the opposition brief of several of his co-petitioners filed at 11:41 a.m. today as docket entry no. 123.

Dated:   August 4, 2006              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Charles H. Carpenter
　　　　　　　　　　　　　　　　　　　　　　Charles H. Carpenter (DC #432004)
　　　　　　　　　　　　　　　　　　　　　　Christopher J. Huber (DC #459525)
　　　　　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP
　　　　　　　　　　　　　　　　　　　　　　Hamilton Square
　　　　　　　　　　　　　　　　　　　　　　600 Fourteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-2004
　　　　　　　　　　　　　　　　　　　　　　Tel: 202.220.1200
　　　　　　　　　　　　　　　　　　　　　　Fax: 202.220.1665

　　　　　　　　　　　　　　　　　　　　　　Stephen M. Truitt (DC # 13235)
　　　　　　　　　　　　　　　　　　　　　　Hamilton Square, Suite 500
　　　　　　　　　　　　　　　　　　　　　　600 Fourteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-2004
　　　　　　　　　　　　　　　　　　　　　　Tel:  202.220.1452
　　　　　　　　　　　　　　　　　　　　　　Fax: 202.220.1665