IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIF ULLAH<br>*also know as* SAYF BIN ABDALLAH<br>    *Petitioner,*<br><br>v.<br><br>GEORGE BUSH, et al.,<br>    *Respondents.* | Civil Action No. 05-cv-02386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Saif Ullah a/k/a Sayf Bin Abdallah, and Jamal Abdullah Kiyemba, as Next of Friend of Saif Ullah in this matter. Service upon counsel may be made to:

Joseph S. Berman, Esq.
BERMAN & DOWELL
210 Commercial Street, Suite 500
Boston, MA 02109
Tel: (617) 723-9911
Fax: (617)-723-6688

Counsel for petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner Pro Bono, without compensation in conjunction with the Center for Constitutional Rights.

Date:   August 4, 2006

                                            Respectfully Submitted,
                                            Counsel for Petitioner

                                            Joseph S. Berman, BBO NO. 566006
                                            BERMAN & DOWELL
                                            210 Commercial Street
                                            Boston, MA 02109
                                            Tel: (617)-723-9911
                                            Fax: (617)-723-6688