**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMIL AHMAD SAEED,** *also known as* **JAMIL AHMED SAID NASIR** **Detainee ISN # 728, etc.** ) ) ) ) ) | |
| **HALA AHMAD SAEED AL-ADAHG,** **as Next Friend of Petitioner Jamil Saeed** ) ) ) | Civil Action No. 05-cv-2386 (RBW) |
| *Petitioners*, ) | **NOTICE OF APPEARANCE** |
| **v.** ) ) | |
| **GEORGE W. BUSH, etc., et al.,** ) ) | |
| *Respondents*. ) ) | |

      Please take notice that the undersigned attorney will represent in this matter Petitioners JAMIL AHMAD SAEED, a/k/a JAMIL AHMED SAID NASIR, and HALA AHMAD SAEED AL-ADAHG, as Next Friend of Jamil Ahmad Saeed. Service should be made upon:

          Noah H. Rashkind, Esq.
          211 Bryant Space Science Center
          P.O. Box 112055
          Gainesville, Florida 32611-2055
          Tel: (727) 692-6002   Fax: (352) 392-5089
          Email: noah@rashkind.com

      Counsel for Petitioners certifies, pursuant to D.C. L. Civ. R. 83.2(g), that he is representing them without compensation, in conjunction with the Center for Constitutional Rights.

      Dated: August 14, 2006

                    Respectfully submitted,


                     /s/
                     Noah H. Rashkind, Esq.
                     Counsel for Petitioners Saeed
                     211 Bryant Space Science Center
                     P.O. Box 112055
                     Gainesville, Florida 32611-2055
                     Tel: (727) 692-6002   Fax: (352) 392-5089
                     Email: noah@rashkind.com