IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay Cuba<br><br>FADL DAHIMI,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>OMAR DEGHAYES,<br>    as Next Friend of<br>    Mr. Fadl Dahimi<br><br>MUSTAFA AL SHAMILI,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>SAMI MUHYIDEEN,<br>    as Next Friend of<br>    Mr. Mustafa Al Shamili<br><br>"SHARGOWI" - SHARKAWI ABDA<br>    ALI AL-HAAG,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>BENYAMIN MOHAMMED and<br>GHARIB ABUA ALI AL- HAAG,<br>    as Next Friends of<br>    Mr. Al-Haag<br><br>*Petitioners/Plaintiffs*,<br><br><br>v. | Civil Action No.<br>05-2386 (RBW) |

| | |
|---|---|
| GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000;<br><br>REAR ADMIRAL HARRY B. HARRIS, JR.,<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>    Operations Group - JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360,<br><br>*Respondents/Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING IN RESPONSE TO THE COURT'S ORDER OF AUGUST 4, 2006

Pursuant to the Court's August 4, 2006 Order, counsel for Petitioners Fadl Dahimi, Omar Deghayes as next friend of Mr. Dahimi, Mustafa Al Shamili, Sami Muhyideen as next friend of Mr. Al Shamili, "Shargowi" – Sharkawi Abda Ali Al-Haag, and Benyamin Mohammed and Gharib Abua Ali Al-Haag as next friends of Mr. Al-Haag, file this notice stating that the undersigned attorneys have had no

2

attorney-client communications with Petitioners Dahimi, Al Shamili or Al-Haag and that the undersigned attorneys have no basis for believing that any attorney-client communications were seized from Petitioners Dahimi, Al Shamili or Al-Haag.

Respectfully submitted, this 14th day of August, 2006.

Counsel for Petitioners:

*/s/ Richard G. Murphy, Jr.*
Richard G. Murphy, Jr.
John P. Anderson
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

John A. Chandler*
Elizabeth V. Tanis
Kristin B. Wilhelm
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

* - Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006, I electronically filed **NOTICE OF FILING IN RESPONSE TO THE COURT'S AUGUST 4, 2006 ORDER** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

                                       */s/ Richard G. Murphy, Jr.*
                                       Richard G. Murphy, Jr.
                                       Counsel for Petitioners