IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amer Mohammon, *et al.*, <br>     *Petitioners/Plaintiffs,* <br><br> v. <br><br> George W. Bush, <br>     President of the United States, <br>     *et al.,* <br>     *Respondents/Defendants* | Civil Action No. 05-CV-2386 (RBW) |

**NOTICE OF ENTRY OF APPEARANCE**

Undersigned counsel, George M. Clarke III, hereby enters his appearance as one of the counsel in this case for Petitioners Alkhadr Abdullah Al Yafie (a.k.a. Khader "Doe") and Tofiq Nassar Awadh Al Bihani.

| | |
|---|---|
| August 15, 2006 <br> Date | /s/George M. Clarke III <br> Signature |
| No. 480073 <br> Bar Identification | George M. Clarke III <br> Print Name |
| | 815 Connecticut Avenue, N.W. <br> Washington, D.C. 20006-4078 <br> Address |
| | 202 452-7068 <br> Phone Number |