IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Amer Mohammon, *et al*.,<br>　　*Petitioners/Plaintiffs,*<br><br>v.<br><br>George W. Bush,<br>　　President of the United States,<br>　　*et al.,*<br>　　*Respondents/Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-2386 (RBW) |

**NOTICE OF NON-DUPLICATE PETITIONS FOR WRIT OF HABEAS CORPUS OF PETITIONERS ALKHADR ABDULLAH AL YAFIE AND TOFIQ NASSER AWAD AL BIHANI**

Petitioners Alkhadr Abdullah Al Yafie (a.k.a. Khader "Doe") and Tofiq Nassar Awad Al Bihani, previously also petitioners in the later filed action <u>Al Yafie v. Bush</u>, Docket No. 1:05-cv-02399-RJL, have been dismissed from <u>Al Yafie</u> pursuant to an Order, dated August 11, 2006. (<u>See</u> Minute Order, Attachment A at 7.)

Due to their duplicate petitions, Petitioners Al Yafie and Al Bihani were previously referenced as petitioners with duplicate petitions in Respondents' Status Report and Response to the Court's June 27, 2006 Order (Dkt No. 109). (<u>See</u> Exhibit B therein at page 1 (item 6), page 2 (item 7) and page 11 (item 68).) Petitioners hereby notify the Court that, based on the Order in <u>Al Yafie</u>, Petitioners no longer have duplicate petitions pending and are fully and exclusively before this Court.

Dated:   August 15, 2006

Respectfully submitted,

Baker & McKenzie

By:

/s/George M. Clarke III
George M. Clarke III
(D.C. Bar No. 480073)
815 Connecticut Avenue, N.W.
Washington, D.C.  20006-4078
Tel. 202 452-7068
     Counsel for Petitioners