CLOSED, HABEAS, TYPE-G

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02399-RJL

| | |
|---|---|
| AL YAFIE et al v. BUSH et al<br>Assigned to: Judge Richard J. Leon<br>Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Date Filed: 12/14/2005<br>Jury Demand: None<br>Nature of Suit: 530 Habeas Corpus (General)<br>Jurisdiction: U.S. Government Defendant |

**Petitioner**

**ALKHADR ABDULLAH AL YAFIE**

*Detainee*

represented by **George M. Clarke, III**
BAKER & MCKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006-4078
US
(202) 452-7000
Fax: (202) 452-7074
Email: george.m.clarke@bakernet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**TOFIQ NASSER AWAD AL BIHANI**
*Detainee*

represented by **George M. Clarke, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**RIYADH ATEEK ALI ABDU AL HAJ**
*Detainee*

represented by **George M. Clarke, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**ALI YAHYA MAHDI**
*As the next friends of Petitioners*

represented by **George M. Clarke, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**ADNAN AL BIHANI**
*As the next friends of Petitioners*

represented by **George M. Clarke, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**MAHMOOD ATEEK ALI ABDU AL HAJ**
*As the next friends of petitioners*

represented by **George M. Clarke, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**GEORGE W. BUSH**
*President of the United States*

represented by **Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
Fax: (202) 616-8470
Email: terry.henry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20530
(202) 514-3338
Fax: (202) 616-8202
Email: preeya.noronha@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Respondent**

**DONALD RUMSFELD**
*Secretary, United States Department of Defense*

represented by **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**JAY HOOD**
*ARMY BRIG. GEN. - Commander, Joint Task Force - GTMO*

represented by **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Respondent**

**MIKE BUMGARNER**
*ARMY COL. - Commander, Joint Detention Operations Group - JTF-GTMO*

represented by **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2005 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.) filed by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ALI YAHYA MAHDI, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ.(jf, ) Additional attachment(s) added on 12/19/2005 (jf, ). (Entered: 12/15/2005) |
| 12/15/2005 | 2 | STANDING ORDER. Signed by Judge Richard J. Leon on 12/15/2005. (CB, ) (Entered: 12/15/2005) |
| 12/20/2005 | 3 | NOTICE *of Multiple Petitions Filed By Guantanamo Bay Detainee* by JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD (Noronha, Preeya) (Entered: 12/20/2005) |
| 01/04/2006 | 4 | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by respondents GEORGE WALKER BUSH, and DONALD RUMSFELD, et al. (Attachments: # 1 Exhibit)(jeb, ) (Entered: 01/04/2006) |
| 01/05/2006 | 5 | NOTICE of Appearance by Terry Marcus Henry on behalf of JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD (Henry, Terry) (Entered: 01/05/2006) |
| 01/12/2006 | 6 | MOTION for Order *Requiring Respondents to Provide The Court and Counsel For Petitioner with 30-days Advance Notice of Any Intended Removal of Petitioner From Guantanamo* by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, ALI YAHYA MAHDI, ADNAN AL BIHANI. (Clarke, George) (Entered: 01/12/2006) |
| 01/23/2006 | 7 | Memorandum in opposition to re 6 *petitioner's motion for preliminary injunction requiring advance notice of transfer or repatriation* filed by JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD. (Attachments: # 1 Exhibit Waxman Declaration# 2 Exhibit Prosper Declaration)(Katerberg, Robert) (Entered: 01/23/2006) |
| 01/30/2006 | 8 | ENTERED IN ERROR.....MOTION for Order *Petitioners' Reply in Support of Motions for 30 Days Notice of Transfer* by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ADNAN AL BIHANI, |

| | | |
|---|---|---|
| | | MAHMOOD ATEEK ALI ABDU AL HAJ. (Clarke, George) Modified on 1/31/2006 (jf, ). (Entered: 01/30/2006) |
| 01/31/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 8 MOTION for Order *Petitioners' Reply in Support of Motions for 30 Days Notice of Transfer* was entered in error and counsel was instructed to refile said pleading using the correct category. (jf, ) (Entered: 01/31/2006) |
| 01/31/2006 | 9 | REPLY to opposition to motion re 6 *motion for 30 days notice of transfer* filed by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ. (Clarke, George) (Entered: 01/31/2006) |
| 03/21/2006 | 10 | MOTION for Protective Order by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ALI YAHYA MAHDI, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ. (Attachments: # 1)(Clarke, George) (Entered: 03/21/2006) |
| 05/24/2006 | 11 | MOTION for Protective Order *and Motion to Treat Motion for Entry of Protective Order as Conceded* by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ALI YAHYA MAHDI, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ. (Clarke, George) (Entered: 05/24/2006) |
| 05/30/2006 | 12 | Unopposed MOTION for Leave to File *Out of Time a Memorandum in Opposition to Petitioners' Motion for Entry of the Protective Order* by JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD. (Attachments: # 1 Exhibit A (Memorandum in Opposition) # 2 Text of Proposed Order)(Noronha, Preeya) (Entered: 05/30/2006) |
| 05/30/2006 | 13 | Memorandum in opposition to re 11 MOTION for Protective Order *and Motion to Treat Motion for Entry of Protective Order as Conceded (also filed as Docket No. 12)* filed by JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD. (Attachments: # 1 Exhibit A (Memorandum in Opposition)# 2 Text of Proposed Order)(Noronha, Preeya) (Entered: 05/30/2006) |
| 06/02/2006 | 14 | Unopposed MOTION to Withdraw *Petition* by RIYADH ATEEK ALI ABDU AL HAJ, MAHMOOD ATEEK ALI ABDU AL HAJ. (Clarke, George) (Entered: 06/02/2006) |
| 06/02/2006 | 15 | Unopposed MOTION for Extension of Time to File Response/Reply as to 12 Unopposed MOTION for Leave to File *Out of Time a Memorandum in Opposition to Petitioners' Motion for Entry of the Protective Order* by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ALI YAHYA MAHDI, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ. (Attachments: # 1 Text of Proposed Order Proposed Order)(Clarke, George) (Entered: 06/02/2006) |
| | | |

| | | |
|---|---|---|
| 06/06/2006 | 16 | REPLY to opposition to motion re 10 MOTION for Protective Order filed by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ALI YAHYA MAHDI, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ. (Clarke, George) (Entered: 06/06/2006) |
| 06/09/2006 | | MINUTE ORDER granting 12 Unopposed MOTION for Leave to File Out of Time a Memorandum in Opposition to Petitioners' Motion for Entry of the Protective Order by JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD. Signed by Judge Richard J. Leon on 6/9/06. (lcrjl2) (Entered: 06/09/2006) |
| 06/09/2006 | | MINUTE ORDER denying as moot 11 MOTION to Treat Motion for Entry of Protective Order as Conceded by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ALI YAHYA MAHDI, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ. Signed by Judge Richard J. Leon on 6/9/06. (lcrjl2) (Entered: 06/09/2006) |
| 06/09/2006 | 17 | Memorandum in opposition to re 11 MOTION for Protective Order filed by JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD. (jf, ) (Entered: 06/12/2006) |
| 06/13/2006 | | MINUTE ORDER granting nunc pro tunc 15 Unopposed MOTION for Enlargement of Time to Reply to Respondents' Memorandum in Opposition to 10 Motion for Entry of Protective Order and Respondents' Memorandum in Opposition to 11 Motion to Treat Motion for Entry of Protective Order as Conceded. It is hereby ORDERED that Petitioners shall have up to and including 6/13/06 to file their Reply. Signed by Judge Richard J. Leon on 6/13/06. (lcrjl2) (Entered: 06/13/2006) |
| 06/13/2006 | | MINUTE ORDER granting 14 Unopposed MOTION to Withdraw Petition by RIYADH ATEEK ALI ABDU AL HAJ, MAHMOOD ATEEK ALI ABDU AL HAJ. It is hereby ORDERED that the present petition of RIYADH ATEEK ALI ABDU AL HAJ is DISMISSED. Signed by Judge Richard J. Leon on 6/13/06. (lcrjl2) (Entered: 06/13/2006) |
| 06/13/2006 | 18 | SURREPLY to *support of motion for entry of protective order* filed by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ALI YAHYA MAHDI, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ. (Clarke, George) (Entered: 06/13/2006) |
| 07/07/2006 | 19 | MOTION for procedures related to review of certain detainee materials and Motion for expedited briefing by Respondents, GEORGE WALKER BUSH, et al. (Attachments: # 1 Exhibit A-Declaration of Harry B. Harris# 2 Exhibit B-Declaration of Carol Kishardt# 3 Text of Proposed Order for Briefing# 4 Text of Proposed Order regarding review of detainee materials)Associated Cases: (jeb) (Entered: 07/07/2006) |
| 07/07/2006 | 20 | NOTICE regarding steps taken in the wake of the Supreme Court's recent decision in Hamdan v. Rumsfeld by Respondents GEORGE WALKER |

| | | |
|---|---|---|
| | | BUSH, et al. (jeb, ) (Entered: 07/07/2006) |
| 07/17/2006 | | MINUTE ORDER setting settlement conference regarding Respondents' Motion for Procedures Related to Review of Certain Detainee Materials. The mediation will take place in chambers on Wednesday, July 19, 2006 at 2:30 p.m. Certain designated representatives will attend on behalf of Habeas Petitioners. Signed by Magistrate Judge Alan Kay on 7/17/2006. (lckay1, ) (Entered: 07/17/2006) |
| 07/17/2006 | | Set Hearings: Settlement Conference set for 7/19/2006 02:30 PM in Chambers before Magistrate Judge Alan Kay as set forth in the Court's Order this date. (Entered: 07/17/2006) |
| 07/21/2006 | 21 | MOTION for Extension of Time to *Respond to Defendant's Motion for Procedures Related to Review of Detainee Materials* by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, RIYADH ATEEK ALI ABDU AL HAJ, ALI YAHYA MAHDI, ADNAN AL BIHANI, MAHMOOD ATEEK ALI ABDU AL HAJ. (Clarke, George) (Entered: 07/21/2006) |
| 07/23/2006 | 22 | Memorandum in opposition to re 21 MOTION for Extension of Time to *Respond to Defendant's Motion for Procedures Related to Review of Detainee Materials* filed by JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order)(Henry, Terry) (Entered: 07/23/2006) |
| 08/08/2006 | | MINUTE ORDER granting in part 21 MOTION for Extension of Time to Respond to Defendant's Motion for Procedures Related to Review of Detainee Materials. It is hereby ORDERED that Petitioners shall have up to and including 8/14/06 within which to respond to Respondents' Motion. As per Respondents' indication in note 2 of 22 Respondents' Reply, counsel for Petitioners and Respondents shall communicate before 8/14/06 in an attempt to determine whether the parties can come to a mutually agreeable resolution of this matter. Signed by Judge Richard J. Leon on 8/8/06. (lcrjl2) (Entered: 08/08/2006) |
| 08/09/2006 | 23 | ORDER Re: Oral agrument Procedures on the Motion hearing set for August 16, 2006 @ 2:30 pm . Signed by Judge Richard J. Leon on 8/9/06. (whb) (Entered: 08/09/2006) |
| 08/10/2006 | | MINUTE ORDER staying consideration of 6 MOTION for Order Requiring Respondents to Provide the Court and Counsel for Petitioner with 30-days Advance Notice of Any Intended Removal of Petitioner from Guantanamo by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, ALI YAHYA MAHDI, ADNAN AL BIHANI. It is hereby ORDERED that consideration of Petitioners' Motion is STAYED pending resolution of all appeals in Khalid v. Bush, No. 04-cv-1142(RJL), and Boumediene v. Bush, No. 04-cv-1166(RJL), see D.C. Circuit Nos. 05-5062, 05-5063, and in the In re Guantanamo Bay Detainee Cases, No. 02-cv-0299, see D.C. Circuit No. 05-8003. Signed by Judge Richard J. Leon on 8/10/06. (lcrjl2) (Entered: |

| | | |
|---|---|---|
| | | 08/10/2006) |
| 08/11/2006 | 24 | Unopposed MOTION to Withdraw *Petitions* by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, ALI YAHYA MAHDI, ADNAN AL BIHANI. (Attachments: # 1 Exhibit Attachment A - Docket Item from Mohammon v Bush# 2 Text of Proposed Order)(Clarke, George) (Entered: 08/11/2006) |
| 08/11/2006 | 25 | SUPPLEMENTAL MEMORANDUM correcting July 7, 2006 MOTION for procedures related to review of certain detainee materials and response to supplemental memoranda of certain petitioners filed by Respondents. (Attachments: # 1 Exhibit C-Supplemental Declaration of Kisthardt)Associated Cases: (jeb, ) (Entered: 08/11/2006) |
| 08/11/2006 | | MINUTE ORDER granting 24 Unopposed MOTION to Withdraw Petitions by ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, ALI YAHYA MAHDI, ADNAN AL BIHANI. It is hereby ORDERED that the Petitions for Writ of Habeas Corpus for Petitioners Al Yafie and Al Bihani are DISMISSED; and it is further ORDERED that, because Petitioners Al Yafie and Al Bihani are the only remaining petitioners in this matter, the case is DISMISSED in its entirety. Signed by Judge Richard J. Leon on 8/11/06. (lcrjl2) (Entered: 08/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/15/2006 12:08:13 | | | |
| **PACER Login:** | na0509 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-02399-RJL |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |