IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                                          :
AMER MOHAMMON, *et al.*,                  :
                                                          :
          Petitioners,                  :
                                                          :
     v.                                             :   No. 05-CV-2386 (RBW) (AK)
                                                          :
GEORGE W. BUSH, *et al.*,                    :
                                                          :
          Respondents.                 :
                                                          :
———————————————————— x

———————————————————— x
                                                          :
ABDUR RAZAKAH, *et al.*,                    :
                                                          :
          Petitioners,                  :
                                                          :
     v.                                             :   No. 05-CV-2370 (EGS) (AK)
                                                          :
GEORGE W. BUSH, *et al.*,                    :
                                                          :
          Respondents.                 :
                                                          :
———————————————————— x

### NOTICE OF CHANGE OF ADDRESS

       PLEASE TAKE NOTICE THAT, pursuant to LCvR 57.26(c), the address and telephone number of J. Wells Dixon, Esq., counsel to petitioners in the above-captioned cases, has changed, effective immediately. The Clerk is respectfully requested to note this change of address in the court docket and henceforth to transmit all orders, correspondence and other documents or communications relating to the above-captioned cases to:

        J. Wells Dixon, Esq.
        Center for Constitutional Rights
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6423
        Fax: (212) 614-6499
        wdixon@ccr-ny.org

Dated:   New York, New York
           August 17, 2006

                        Respectfully submitted,

                        Counsel for Petitioners:

                        /s/ J. Wells Dixon
                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                        CENTER FOR CONSTITUTIONAL RIGHTS
                        666 Broadway, 7th Floor
                        New York, New York 10012
                        Tel: (212) 614-6423
                        Fax: (212) 614-6499