UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., <br> (ABDAL RAZAK ALI) <br><br> Petitioners, <br><br> v. <br><br> GEORGE WALKER BUSH, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No: 05-2386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Currently before the Court is the petitioner's, Abdal Razak Ali, Motion To Show Cause.[1] On July 14, 2006, this Court entered an Order granting the petitioner's Renewed Emergency Motion on Behalf of Petitioner Abdal Razak Ali to Allow for Attorney Access to Client. July 14, 2006 Order. The Order authorized H. Candace Gorman, putative counsel for petitioner Abdal Razak Ali ("Ali"), to meet with petitioner Ali at the Guantáanamo Bay Naval Base for the sole purpose of verifying that petitioner Ali authorized his putative next friend, Omar Deghayes, to bring a petition for habeas corpus as next friend on his behalf. Id. The petitioner has filed a Motion To Show Cause on the grounds that despite this Court's order, Gorman was denied access to petitioner Ali during her visit to the Guantáanamo Bay Naval Base from July 15 to July 20, 2006. Accordingly, it is hereby this 17th day of August, 2006,

**ORDERED** that the respondents shall file a response to the petitioner's Motion To Show Cause by Monday, August 21, 2006. A hearing on the motion will be held on Thursday, August

---

[1] The motion is filed on behalf of only this one petitioner.

24, 2006 at 9:30 a.m., at which time the respondents will be required to show why they should not be held in contempt of court for not complying with this Court's July 14, 2006 Order.

    **SO ORDERED**.

REGGIE B. WALTON<br>United States District Judge