*Approved by the CSO for Public Filing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | : | |
| Petitioners, | : | |
| v. | : | No. 05-CV-2386 (RBW) (AK) |
| GEORGE W. BUSH, *et al.*, | : | |
| Respondents. | : | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT
OF PETITIONERS ABDUL GHAFFAR'S AND ADEL NOORI'S MOTION FOR
THIRTY-DAYS' ADVANCE NOTICE OF REMOVAL FROM GUANTANAMO**

On July 17, 2006, the Uyghur petitioners Abdul Ghaffar and Adel Noori ("Petitioners"), by and through their undersigned counsel, filed a motion for an order requiring Respondents to provide counsel and the Court with thirty-days' advance notice of any intended removal of these men from Guantanamo Bay (*see* dkt. no. 82). Undersigned counsel filed a substantially identical motion on behalf of their Uyghur clients in *Razakah v. Bush*, No. 05-2370 (EGS) (dkt. no. 29). Petitioners now respectfully place before the Court a ruling by Judge Sullivan in *Razakah* (*see* dkt. no. 36) (attached hereto), signed this morning, which orders Respondents to provide counsel and the Court with precisely the relief that Petitioners seek here, under circumstances that are substantially identical to those addressed in Petitioners' pending motion. For these reasons and the reasons set forth more fully in their motion, Petitioners respectfully request that the Court order Respondents to provide counsel and the Court with thirty-days' advance notice of any intended removal of these men from Guantanamo.

Dated:    New York, New York
            August 17, 2006

                            Respectfully submitted,

                            Counsel for Petitioners:

                            /s/ J. Wells Dixon

                            Paul Schoeman (Pursuant to LCvR 83.2(g))
                            Joel Taylor (Pursuant to LCvR 83.2(g))
                            Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                            Darren LaVerne (Pursuant to LCvR 83.2(g))
                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Tel:  (212) 715-9100
                            Fax:  (212) 715-8000

                            Barbara Olshansky (NY-0057)
                            Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                            J. Wells Dixon (Pursuant to LCvR 83.2(g))
                            CENTER FOR CONSTITUTIONAL RIGHTS
                            666 Broadway, 7th Floor
                            New York, New York 10012
                            Tel:  (212) 614-6439
                            Fax:  (212) 614-6499

                            Alison Sclater (Pursuant to LCvR 83.2(g))
                            245 East 80th Street, #9J
                            New York, New York  10021
                            Tel:  (212) 717-2736