IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SEED FARHA**, also listed as SAID ALI AL FARHA; | ) ) ) ) |
| **MOHSEN**, also listed as MUSHIN MUHAMMAD MUSHEEN MOQBILL; | ) ) ) ) ) |
| **FAHD AL HARAAZI**, also listed as FAHED ALI HARAZI; | ) ) ) ) |
| **JABIR AL QUATANY**, also listed as JABIR HASAN MUHAMED AL QAHTANI; | ) ) ) ) ) |
| **Sami Muhyideen**, as Next Friend of Mr. Farha and Mr. Mohsen; | ) ) ) ) |
| **Jamal Kiyemba**, as Next Friend of Mr. Haraazi and Mr. Al Quatany; | ) ) ) ) |
| **Usama Hasan Abu Kabir**, as Next Friend of Mr. Al Quatany; | ) ) ) ) |
| *Petitioners*, | ) ) ) |
| *v.* | ) **CIVIL ACTION NO. 05-CV-02386 (RBW)** |
| **GEORGE W. BUSH**, *et al.*, | ) ) ) |
| *Respondents.* | ) ) |

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C.

§ 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mohammon et al. v. Bush et al.*, Civ. Action No. 05-cv-02386 (RBW).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case *Mohammon et al. v. Bush et al.*, Civ. Action No. 05-cv-02386 (RBW)., and I agree to comply with the provisions thereof.


 */s/ Jenny L. Workman*                          08/18/06
Jenny L. Workman                                 Date