# EXHIBIT A

## Warden, Andrew (CIV)

| | |
|---|---|
| **From:** | hcgorman@igc.org |
| **Sent:** | Tuesday, June 27, 2006 4:07 PM |
| **To:** | Warden, Andrew (CIV) |
| **Cc:** | Henry, Terry (CIV) |
| **Subject:** | visit to base |
| **Attachments:** | tmp.htm; image001.gif |

 

tmp.htm (8 KB)   image001.gif (223 B)

Andrew,

As you know I am going to the base on the 15th of July to see my client Abdul Hamid Abdul Salam Al-Ghizzawi, ISN #654.  In light of Judge Walton's Order today I would like to make arrangements to see my other two clients ABDEL RAZAK ALI ABDEL RAHMAN, ISN #685 and ABDUL RAUF OMAR MOHAMMED ABU AL QUSIN, ISN #709.  Do either of these individuals have the problems you raised in your filings (duplicate filings or unknown) ?

If they do not have those problems should I send you a new visit coordination sheet?  I think I should probably send a new sheet anyway because in closer examination I don't think I properly filled it out the first time. I didn't put my clients name on the form or the case information.

Thanks for your help in this.

Best regards,

Candace



H. Candace Gorman, Esq.

542 S. Dearborn

Suite 1060

Chicago Il. 60605

312-427-2313