# EXHIBIT B

Case 1:05-cv-02386-UNA    Document 144-3    Filed 08/21/2006    Page 1 of 3

**Warden, Andrew (CIV)**

| | |
|---|---|
| **From:** | Warden, Andrew (CIV) |
| **Sent:** | Monday, July 10, 2006 3:55 PM |
| **To:** | 'hcgorman@igc.org' |
| **Cc:** | Henry, Terry (CIV) |
| **Subject:** | RE: visit to base |

Candace,

With regard to petitioner Abdal Rauf Asibi, we have not been able to identify him as a detainee currently detained at Guantanamo.  Consequently, pursuant to Judge Walton's June 27, 2006 Order, the Amended Protective Order (and supplemental orders) are not entered with respect to this petitioner.  Your e-mail below, however, indicates that you believe petitioner Asibi is ISN 709.  Please provide us with an explanation and factual basis for your identification.  In any event, ISN 709 is a petitioner in Zalita v. Bush, 05-CV-1220 (RMU).  Thus, even if we agree with your proposed identification, petitioner Asibi will be a duplicate of the petitioner in the Zalita case and the protective order will not be entered with respect to him.  For these reasons, we cannot agree to schedule meetings with petitioner Asibi at this time.

We also cannot agree to schedule meetings with petitioner Abdal Razak Ali during your upcoming trip.  While we have identified the petitioner as a detainee at Guantanamo who has not filed duplicate habeas petitions, the petition brought on behalf of petitioner Ali is not directly authorized by the petitioner, nor has the putative "next friend" detainee, Omar Deghayes, established appropriate next friend standing under Whitmore v. Arkansas, 495 U.S. 149 (1990).  As you know, Judge Walton has ordered that respondents file a status report on July 26 regarding various issues in the Mohammon case.  At this time we anticipate raising in our status report next-friend standing objections to approximately 150 petitioners in the Mohammon case, including petitioner Ali.  Accordingly, we believe the appropriate course is for the Court to resolve the various next-friend objections in a coordinated fashion.  Of course, if the next-friend issue is resolved in your favor prior to your next trip to Guantanamo, we can schedule a visit with petitioner Ali at that time. Even in the absence of our next friend objection, however, Guantanamo may not be able to add additional detainees to your visit schedule due to previously-scheduled habeas visits for other counsel teams during the week of July 16.

Finally, I will send your country and theater clearances (military authorizations that permit you to travel to Guantanamo) later this week.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Tuesday, June 27, 2006 4:07 PM
To: Warden, Andrew (CIV)
Cc: Henry, Terry (CIV)
Subject: visit to base


Andrew,

1

As you know I am going to the base on the 15th of July to see my client Abdul Hamid Abdul Salam Al-Ghizzawi, ISN #654.  In light of Judge Walton's Order today I would like to make arrangements to see my other two clients ABDEL RAZAK ALI ABDEL RAHMAN, ISN #685 and ABDUL RAUF OMAR MOHAMMED ABU AL QUSIN, ISN #709.  Do either of these individuals have the problems you raised in your filings (duplicate filings or unknown) ?

If they do not have those problems should I send you a new visit coordination sheet?  I think I should probably send a new sheet anyway because in closer examination I don't think I properly filled it out the first time. I didn't put my clients name on the form or the case information.

Thanks for your help in this.

Best regards,

Candace



H. Candace Gorman, Esq.

542 S. Dearborn

Suite 1060

Chicago Il. 60605

312-427-2313



| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'hcgorman@igc.org' | |
| | Henry, Terry (CIV) | Read: 7/10/2006 4:07 PM |