# EXHIBIT D

# Warden, Andrew (CIV)

| | |
|---|---|
| **From:** | Warden, Andrew (CIV) |
| **Sent:** | Friday, June 09, 2006 11:42 AM |
| **To:** | 'hcgorman@igc.org' |
| **Subject:** | RE: questions |

Candace,

I received the visit request.  We'll forward it to Guantanamo for coordination and approval.  Regarding petitioner Al Ghizzawi's language ability, it is our understanding that he is fluent in Modern Arabic and conversational in both English and Persian-Afghan.  Finally, we cannot agree to your request to produce a factual return or CSRT documents.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Wednesday, June 07, 2006 6:17 PM
To: Warden, Andrew (CIV)
Subject: questions


Andrew,  I faxed the coordination sheet a little bit ago.  I did not put down the name of a translator because I understand that my client speaks English.  Is it possible for you to verify this?  Also I am wondering if there is a factual return, CSRT or other document(s) regarding my client.
There was not anything that I could find in the documents that were released as part of the AP FOIA lawsuit.

Thank you Andrew,

Best regards,

Candace



H. Candace Gorman, Esq.

542 S. Dearborn

Suite 1060

Chicago Il. 60605

312-427-2313

1