Cleared for Public Filing

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. ) <br> (ABDAL RAZAK ALI) ) <br>  ) <br> Petitioners/Plaintiffs ) <br>  ) <br> v.  ) <br>  ) <br>  ) <br> GEORGE W. BUSH, et al. ) <br>  ) <br> Respondents/Defendants ) | CIVIL ACTION <br><br> NO. 05-2386 (RBW) |

## MOTION FOR RULE TO SHOW CAUSE

Now comes the Petitioner, Abdal Razak Ali and asks this court to enter a Rule to Show cause against Respondents for the following reasons:

On July 14th 2006 this Court granted Petitioners Renewed Emergency Motion, allowing counsel for Petitioner to visit with Mr. Razak Ali while she was at the Guantánamo base during the period from July 15th to July 20th. Despite her repeated attempts to see her client as outlined in the attached affidavits (Ex.'s A-D), counsel for petitioner was not allowed to meet with her client during that visit. The government had not raised any issues regarding identification problems with her client prior to her visit, in fact in their status report filed with this Court placed her client on the list of detainees for which they had no identification challenge, and as outlined in counsel's affidavit, there in fact were no real identification problems regarding her client. However, as detailed in her affidavit, during her visit to the base, every one of her attempts to arrange a visit with her client were met with challenges to the client's

identity as presented to the base staff by counsel, despite the fact that the name counsel gave them was taken from the government's own list of detainees and turned out to be the name the base had on record for her client. (See Ex. A)

Following counsel's return from the base, the government attorneys first insisted in an email exchange with other habeas counsel that attorney Gorman had met with her client. (Ex. E) Now the government attorneys have apparently taken the position that counsel did not really want to see her client and instead preferred to go "bird watching." (Ex. F) The government attorneys also refuse to set up a new visit for counsel during the week of September 11, 2006, for reasons not explained to counsel. All of these actions were taken in bad faith and for the sole purpose of getting around this Court's Order of July 14 that counsel be given access to her client, as outlined in the affidavit of attorney Gorman. (Ex. A)

For the reasons stated herein and in the attached affidavits, Petitioner asks this Court to Enter a Rule to Show Cause why the government should not be held in contempt of court for its contumacious conduct in refusing Counsel access to her client and to order the government to accommodate her visit to the base during the week of September 11th 2006, to pay for her airfare for such visit, and for such other and further relief as this court deems just.

Dated: August 9, 2006                                    Respectfully Submitted,

                                                         /s/ H. Candace Gorman
                                                         H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman
Elizabeth Popolis
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
312-427-2313

## CERTIFICATE OF SERVICE

I, H. Candace Gorman, certify that I today caused a true and accurate copy of PETITIONER RAZAK ALI'S MOTION FOR RULE TO SHOW CAUSE to be served upon the following persons through service that automatically occurs by virtue of my electronic filing of the above listed document:

> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC  20530

This 9 day of August, 2006.

/s/ H. Candace Gorman
Counsel for Petitioner


Law Office of H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313