UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMER MOHAMMON**, *et al.,* *(ABDAL RAZAK ALI)*<br><br>        Petitioners,<br><br>vs.<br><br>**GEORGE W. BUSH**, *et al,*<br><br>        Respondents. | No. 05-cv- 2386 (RBW) |

## NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
        Andrew I. Warden, Esq., Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 7144
        Washington, DC  20530

        PLEASE TAKE NOTICE that on the 22nd day of August, 2006, we filed with the U. S. Department of Justice Litigation Security Section a copy of **PETITIONERS' MOTION TO STRIKE THE AFFIDAVIT OF PATRICK M. MCCARTHY AND THE OPPOSITION OF THE GOVERNEMENT TO THE RULE TO SHOW CAUSE** to be served upon you.

                              /s/ H. Candace Gorman
                              Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313