UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.,<br>(ABDAL RAZAK ALI)<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE WALKER BUSH, et al.,<br><br>    Respondents. | Civil Action No: 05-2386 (RBW) |

## ORDER

On August 9, 2006, the putative counsel for Abdal Razak Ali, filed a Motion for Rule to Show Cause, which resulted in the Court ordering the respondents to show cause why they should not be held in contempt of court for failing to permit putative counsel to gain access to Mr. Ali during her recent visit to Guantanamo Bay detention facility. In response to the respondents' counsel opposition to the motion, putative counsel filed a Motion to Strike the Affidavit of Patrick McCarthy and the Opposition of the Government to the Rule to Show Cause. At the August 24, 2006 hearing held on the motions, the Court orally denied the petitioner's Motion to Strike the Affidavit of Patrick McCarthy and the Opposition of the Government to the Rule to Show Cause.[1] The Court also ruled that the petitioner's Motion to Show Cause shall be held in abeyance while the parties are provided an opportunity to resolve issues pertaining to the petitioner's counsel's future access to Mr. Ali pursuant to this Court's July 14, 2006 Order.

---

[1] The Court does not consider striking the affidavit of Patrick McCarthy as the appropriate remedy. The Court declines to do so because it finds that the central inquiry is not the admissibility of the affidavit, but rather how much weight the Court should give to the affidavit since it is based on second-hand knowledge.

1

Accordingly, upon consideration of the pleadings, the supporting memoranda submitted by the parties, and the arguments counsel presented to the Court on August 24, 2006, and in accordance with the Court's oral rulings from the bench, it is hereby this 24th day of August, 2006,

**ORDERED** that the putative counsel's Motion to Strike the Affidavit of Patrick McCarthy and the Opposition of the Government to the Rule to Show Cause is **DENIED**. It is further

**ORDERED** that the putative counsel's Motion To Show Cause shall be held in abeyance. It is further

**ORDERED** that the parties shall appear before the Court on September 8, 2006 at 10:00 a.m. However, if the parties resolve the issues pertaining putative counsel's access to Mr. Ali prior to the scheduled hearing date, the parties need not appear for the hearing.

**SO ORDERED**.

REGGIE B. WALTON  
United States District Judge