IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL AZIZ NAJI, a/k/a AZIZ ABDUL NAJI, ISN 744, *Petitioner*, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br> *Respondents*. | Civil Action No. 05-CV-2386 (RBW) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner ABDUL AZIZ NAJI, a/k/a AZIZ ABDUL NAJI, DETAINEE, and OMAR DEGHAYES, as Next Friend of ABDUL AZIZ NAJI, a/k/a AZIZ ABDUL NAJI, in this matter. Service upon counsel may be made to:

> Ellen Lubell, Esq. and Doris Tennant, Esq.
> **TENNANT LUBELL, LLC**
> 288 Walnut St., Suite 500
> Newton, MA 02460
> Tel: (617) 969-9610
> Fax: (617) 969-9611

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: August 28, 2006

Respectfully submitted,

Counsel for Petitioner:

*/s/ Ellen Lubell*
Ellen Lubell, Esq.

*/s/ Doris Tennant*
Doris Tennant, Esq.

**TENNANT LUBELL, LLC**
288 Walnut St., Suite 500
Newton, MA 02460
Tel: (617) 969-9610
Fax: (617) 969-9611