# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WALEED LNU,<br>    a/k/a   Walid Mohammad Haj<br>    Mohammad Ali,<br>    ISN # 081<br>    *Petitioner,*<br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents.* | Civil Action No.  05-cv-2386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner **WALEED LNU,** and **SAMI MUHYIDEEN**, as Next Friend of Waleed LNU, in this matter. Service upon counsel may be made to:

> Thomas Anthony Durkin
> Durkin & Roberts
> 53 W. Jackson Boulevard, Suite 615
> Chicago, IL  60604
> Tel: (312) 913-9300
> Direct Dial: (312) 981-0123
> Fax: (312) 913-9235

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: August 28, 2006

    Respectfully Submitted,

    Counsel for the Petitioner:

    /s/ Thomas Anthony Durkin
    Thomas Anthony Durkin
    Durkin & Roberts
    53 W. Jackson Boulevard, Suite 615
    Chicago, IL  60604
    Tel: (312) 913-9300
    Direct Dial: (312) 981-0123
    Fax: (312) 913-9235