IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WALEED LNU,**<br>    a/k/a   Walid Mohammad Haj<br>         Mohammad Ali,<br>         ISN # 081<br>    *Petitioner,*<br>v.<br><br>**GEORGE W. BUSH, et al.,**<br>    *Respondents.* | Civil Action No.  05-cv-2386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner **WALEED LNU,** and **SAMI MUHYIDEEN**, as Next Friend of Waleed LNU, in this matter.  Service upon counsel may be made to:

        Anthony W. Hill
        Durkin & Roberts
        53 W.  Jackson Boulevard, Suite 615
        Chicago, IL  60604
        Tel: (312) 913-9300
        Direct Dial: (312) 981-0141
        Fax: (312) 913-9235

Counsel for Petitioner certifies, pursuant to L. Cv. R.  83.2(g), that he is representing Petitioner without compensation.

Dated: August 28, 2006

                                    Respectfully Submitted,

                                    Counsel for the Petitioner:

                                    /s/ Anthony W.  Hill
                                    Anthony W. Hill
                                    Durkin & Roberts
                                    53 W.  Jackson Boulevard, Suite 615
                                    Chicago, IL  60604
                                    Tel: (312) 913-9300
                                    Direct Dial: (312) 981-0141
                                    Fax: (312) 913-9235