IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WALEED LNU,<br>    a/k/a  Walid Mohammad Haj<br>    Mohammad Ali,<br>    ISN # 081<br>    *Petitioner,*<br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents.* | Civil Action No.  05-cv-2386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner **WALEED LNU,** and **SAMI MUHYIDEEN**, as Next Friend of Waleed LNU, in this matter.  Service upon counsel may be made to:

>Mariah E.  Moran
>Durkin & Roberts
>53 W.  Jackson Boulevard, Suite 615
>Chicago, IL  60604
>Tel: (312) 913-9300
>Direct Dial: (312) 981-0131
>Fax: (312) 913-9235

Counsel for Petitioner certifies, pursuant to L. Cv. R.  83.2(g), that she is representing Petitioner without compensation.

Dated: August 28, 2006

                                                  Respectfully Submitted,

                                                  Counsel for the Petitioner:

                                                  /s/ Mariah E.  Moran
                                                  Mariah E.  Moran
                                                  Durkin & Roberts
                                                  53 W.  Jackson Boulevard, Suite 615
                                                  Chicago, IL  60604
                                                  Tel: (312) 913-9300
                                                  Direct Dial: (312) 981-0131
                                                  Fax: (312) 913-9235