UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.,*<br>*(ABDAL RAZAK ALI)*<br><br>       **Petitioners,**<br><br>vs.<br><br>**GEORGE W. BUSH,** *et al,*<br><br>       **Respondents.** | No. 05-cv- 2386 (RBW) |

## NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
          Andrew I. Warden, Esq., Trial Attorney
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Ave., NW, Room 7144
          Washington, DC  20530

       PLEASE TAKE NOTICE that on the 7th day of September, 2006, we filed with the U. S. Department of Justice Litigation Security Section a copy of **PETITIONERS' STATUS REPORT** to be served upon you.

                                                      /s/ *H. Candace Gorman*
                                                      Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313