IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMER MOHAMMON, et al.<br>(ABDAL RAZAK ALI) | )<br>)<br>) | |
| Petitioners/Plaintiffs | )<br>)<br>) | CIVIL ACTION |
| v. | )<br>) | NO. 05-2386 (RBW) |
| GEORGE W. BUSH, et al. | )<br>)<br>) | |
| Respondents/Defendants | ) | |

### Response to Governments status report

Petitioner Abdal Razak Ali submits the following in response to the Governments status report:

Because the government insists on blaming counsel for Petitioner for the inability to see her client counsel submits the attached emails between counsel for Petitioner and counsel for the Respondents for the Court to review.

Respectfully submitted,

Dated: September 8, 2006

/s/ H. Candace Gorman
H. Candace Gorman

H. Candace Gorman (IL Bar #6184278)
542 S. Dearborn – Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313

## CERTIFICATE OF SERVICE

I, H. Candace Gorman, certify that I today caused a true and accurate copy of to be served upon the following persons through service that automatically occurs by virtue of my electronic filing of the above listed document:

>Terry Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, DC  20530

This 8th day of September, 2006.

/s/ H. Candace Gorman
Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313