IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, <br> (ABDAL RAZAK ALI) <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br>     President of the United States, <br>     *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 05-CV-2386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>RESPONDENTS' RESPONSE TO PETITIONER'S PROPOSED ORDER</u>**

Following the Court's status conference in the above-captioned case on Friday, September 8, 2006, petitioner submitted a proposed order regarding petitioner's counsel's travel to the United States Naval Base at Guantanamo Bay, Cuba in November 2006.  <u>See</u> Exhibit A. The proposed order was not filed with the Court.  Instead, the order was submitted directly to the Court's chambers via facsimilie at approximately 4 p.m., with copies to respondents' counsel.

Respondents have no objection to the preamble or the first paragraph of the proposed order, as the language of those paragraphs is consistent with the Court's statements at the status conference regarding petitioner's counsel's travel to Guantanamo in November 2006.  However, respondents object to the second paragraph of the proposed order, which provides:

ORDERED the Respondents will pay the travel costs of putative counsel in enforcing this Court's Order of July 14, 2006 and the travel costs incurred as a result of the Respondents last minute cancellation of counsel's trip scheduled for September 9th 2006 and any additional travel costs incurred in relation to the meeting with Mr. Ali in November.

<u>See</u> Exhibit A.

As explained at the September 8 status conference and in respondents' status report regarding efforts to provide petitioner's counsel with access to petitioner Ali at the United States Naval Base at Guantanamo Bay, Cuba, respondents are willing to discuss options regarding reimbursement of some appropriate portion of travel expenses incurred during any meeting with petitioner Ali, without waiving any legal rights with respect to such issues.  However, discussions between the parties regarding appropriate reimbursement have not begun, as respondents are currently awaiting the dates and details of petitioner's counsel's proposed travel to Guantanamo in November 2006.  Accordingly, it is not appropriate for Court to decide the reimbursement issue until the parties discuss the matter in the first instance.  In the event the parties cannot agree regarding reimbursement of travel costs,[1] petitioner may raise that issue with the Court at that time, as appropriate.

Consistent with the Court's statements at the September 8 status conference, the Court's order should be limited to providing petitioner's counsel with access to petitioner Ali (ISN 285) at Guantanamo in November 2006, as reflected in the first paragraph of petitioner's proposed order.  The second paragraph should be stricken.

Dated: September 12, 2006            Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General

---

[1] For example, respondents would contest an obligation to reimburse "travel costs incurred as a result of the Respondents last minute cancellation of counsel's trip scheduled for September 9th 2006," as provided in petitioner's proposed order, because, for one reason, counsel never had such a trip firmly scheduled, as indicated in respondents' status report and explained at the status conference.  In any event, no order on the matter should issue pending discussions of the parties concerning the matter.

DOUGLAS N. LETTER
Terrorism Litigation Counsel

　　/*s*/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents