IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                          :
AMER MOHAMMON, et al.,                    :
                                          :
                   Petitioners,           :
                                          :
             v.                           :  Civil Action No. 05 CV 2386 (RBW) (AK)
                                          :
GEORGE W. BUSH, et al.,                   :
                                          :
                   Respondents.           :
                                          :
_____ x
```

PLEASE TAKE NOTICE THAT Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) have submitted to the Court Security Office for service and filing in the above-captioned action a Renewed Motion For Access to Their Counsel and Related Relief.

Dated:   New York, New York
         September 12, 2006

                              Respectfully submitted,

                              Counsel for Petitioners:

                              /s/ Paul Schoeman
                              Paul Schoeman (Pursuant to LCvR 83.2(g))
                              Joel Taylor (Pursuant to LCvR 83.2(g))
                              Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                              Darren LaVerne (Pursuant to LCvR 83.2(g))
                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Tel:  (212) 715-9100
                              Fax:  (212) 715-8000

                              Barbara Olshansky (NY-0057)

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6439
Fax:  (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York  10021
Tel:  (212) 717-2736

-2-