IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.  )<br>(ABDAL RAZAK ALI)         )<br>                                        )<br>        Petitioners/Plaintiffs )<br>                                        )<br>    v.                               )<br>                                        )<br>                                        )<br>GEORGE W. BUSH, et al.   )<br>                                        )<br>        Respondents/Defendants ) | CIVIL ACTION<br><br>NO. 05-2386 (RBW) |

## NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
       Andrew I. Warden, Esq., Trial Attorney
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       20 Massachusetts Ave., NW, Room 7144
       Washington, DC  20530


       PLEASE TAKE NOTICE that Petitioner's Proposed Order to Show Cause in the above matter was sent to Judge Walton as he requested and is attached to be served upon you.


September 12, 2006

                                                        /s/ H. Candace Gorman
                                                            H. Candace Gorman



LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street – Suite 1060
Chicago, IL  60605
Tel:  (312) 427-2313