IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. ) <br> (ABDAL RAZAK ALI) ) <br> ) <br>         Petitioners/Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGE W. BUSH, et al. ) <br> ) <br>         Respondents/Defendants ) | CIVIL ACTION <br><br> NO. 05-2386 (RBW) |

**(Proposed) ORDER to Show Cause**

On August 9 2006, the putative counsel for Abdal Razak Ali, filed a Motion for Rule to Show Cause, which resulted in the Court ordering the Respondents to show cause why they should not be held in contempt of Court for failing to permit putative counsel to gain access to Mr. Ali during her visit to the Guantanamo Bay facility in July. At the hearing on August 24, 2006, the Court ruled that the Petitioners' Motion to Show Cause shall be held in abeyance while the parties attempted to resolve issues pertaining to the Petitioner's counsel's future access to Mr. Ali pursuant to this Court's July 14th, 2006 Order. Accordingly, upon consideration of the pleadings, the supporting memoranda submitted by the parties, and the arguments counsel presented to the Court on August 24th 2006 and September 8, 2006 and in accordance with the Court's oral rulings from the bench, it is herby this 8th day of September, 2006,

ORDERED that the putative counsel be afforded a one day visit with Mr. Ali in the month of November during the trip wherein she will be visiting with her other client, Mr. Al-Ghizzawi, for two days. That the government will not interfere with her right to see both clients in one visit and that the days of those visits will run consecutively.

ORDERED the Respondents will pay the travel costs of putative counsel in enforcing this Court's Order of July 14th, 2006 and the travel costs incurred as a result of the Respondents' last minute cancellation of counsel's trip scheduled for September 9th 2006 and any additional travel costs incurred in relation to the meeting with Mr. Ali in November.

SO ORDERED.

_____
Reggie B. Walton
United States District Judge