IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
:
AMER MOHAMMON, et al.,                                        :
:
Petitioner,                                       :
:   **NOTICE OF WITHDRAWAL**
:   **OF CO-COUNSEL**
v.                                                            :
:
:   Case No. 1:05-CV-02386 RBW (AK)
GEORGE W. BUSH, et al.,                                       :
:
Respondents.                                      :
:
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the undersigned law firm, McDermott Will & Emery, LLP, withdraws as co-counsel for petitioner ALI SHER HAMIDULLAH (ISN 455) in this matter. Petitioner will continue to be represented by co-counsel Gitanjali S. Gutierrez, Esq. of the Center for Constitutional Rights.

Dated: September 12, 2006
       New York, New York

                                        McDERMOTT WILL & EMERY LLP

                                        By: /s/ Robert A. Weiner
                                            Robert A. Weiner (RW 3381)
                                            340 Madison Avenue
                                            New York, NY 10173-1922
                                            Tel: (212) 547-5400
                                            Fax: (212) 547-5444

NYK 1054816-3.009966.0174