IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*,<br>(Jabbarov Oybek Jamolivich)<br>  Petitioners,<br><br>  *v.*<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | Civil Action No. 05-2386-RBW |

## PROPOSED ORDER

The Court, having considered Petitioner, Jabbarov Oybek Jamolivich's, Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondent shall not remove Petitioner, Jabbarov Oybek Jamolivich, from Guantánamo to a foreign territory without providing counsel and the Court 30-days' advance notice.

Dated: _____

_____
United States District Judge