UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.,<br>(ABDAL RAZAK ALI)<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE WALKER BUSH, et al.,<br><br>    Respondents. | Civil Action No: 05-2386 (RBW) |

**ORDER**

On August 9, 2006, the putative counsel for Abdal Razak Ali, filed a Motion for Rule to Show Cause, which resulted in the Court ordering the respondents to show cause why they should not be held in contempt of court for failing to permit putative counsel to gain access to Mr. Ali during her recent visit to the Guantanamo Bay detention facility. At the August 24, 2006 hearing, the Court ruled that the petitioner's Motion to Show Cause would be held in abeyance while the parties were provided an opportunity to resolve issues pertaining to the putative counsel's future access to Mr. Ali pursuant to this Court's July 14, 2006 Order. The Court has now been advised that the parties have been unable to fully resolve their differences. Accordingly, upon consideration of the pleadings, the supporting memoranda submitted by the parties, and the arguments counsel presented to the Court on August 24, 2006 and September 8, 2006, and in accordance with the Court's oral rulings from the bench, it is hereby this 20th day of September, 2006,

**ORDERED** that putative counsel shall be afforded a one day visit with Mr. Ali in the

month of November during the trip she will schedule to meet with her other client, Mr. Al-Ghizzawi, for two-days. It is further

**ORDERED** that the government shall not interfere with Ms. Gorman's right to visit with Mr. Ali. It is further

**ORDERED** that the respondents shall reimburse Ms. Gorman for all reasonable travel costs she will incur in relation to meeting with Mr. Ali in November, 2006. It is further

**ORDERED** that if Ms. Gorman desires to obtain reimbursement for costs associated with enforcing this Court's Order of July 14, 2006 and costs associated with the cancellation of her flight arrangements for September 9, 2006, Ms. Gorman shall file with this Court a separate motion with supporting documentation, including but not limited to, a billing summary for such expenses.

**SO ORDERED**.

        REGGIE B. WALTON
        United States District Judge