IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. ) <br> (ABDAL RAZAK ALI) ) <br>  ) <br> Petitioners/Plaintiffs ) <br>  ) <br> v. ) <br>  ) <br>  ) <br> GEORGE W. BUSH, et al. ) <br>  ) <br> Respondents/Defendants ) <br>  ) | CIVIL ACTION <br><br> NO. 05-2386 (RBW) |

## MOTION FOR COSTS

Now comes the Petitioner, Abdal Razak Ali and asks this court to award Petitioner costs associated with enforcing this Court's July 14, 2006 Order and cancellation of her trip to Guantanamo scheduled for September 9, 2006 against Respondents for the following reasons:

On July 14th 2006 this Court granted Petitioners Renewed Emergency Motion, allowing counsel for Petitioner to visit with Mr. Razak Ali while she was at the Guantánamo base during the period from July 15th to July 20th. Despite her repeated attempts to see her client, counsel for petitioner was not allowed to meet with her client during that visit. On August 22, 2006, counsel filed a Motion for Rule to Show Cause why the government should not be held in contempt for refusing counsel access to her client in accordance with this Court's July 14 order. This Court entered the rule and at the hearing on August 24, 2006, this Court admonished the government to work with

1

counsel for Petitioner to get her to the base to see Mr. Razak-Ali. A follow up status was set for September 8, 2006 but the parties were told an appearance would not be necessary if they could reach an agreement.

Counsel for Petitioner attempted to work out an agreement with Respondents' counsel, and after much discussion, arranged to go to the base September 9, 2006 in order to meet with Petitioner on September 11, 2006 and her other client on September 12-13th. At the last minute, Respondents refused permission for counsel to see her other client on that same trip and forced Petitioner to appear in front of this Court again on September 8, 2006 in order to enforce this Court's July 14, 2006 order. On September 20, 2006, this Court issued an order instructing counsel for Petitioner to file a motion for costs if she wished to obtain reimbursement for costs associated with enforcing this Court's Order of July 14, 2006 and costs associated with the cancellation of her flight arrangements for September 9, 2006 with supporting documentation.

Counsel for Petitioner now brings this motion for costs. Counsel incurred costs in the amount of $1,582.29 in traveling to Washington, DC from Chicago August 23-24, 2006 and again September 7-8, 2006 in order to enforce this Court's July 14, 2006 Order and in cancelling her trip to the base scheduled for September 9, 2006, including airfare for two trips to and from Washington, DC, the cost of her hotel stays on both trips to Washington, DC, her taxi fares to and from the airport and courthouse, one meal, the cost of cancelling her round trip flights to the base from Florida, and in support of her request, attaches as Exhibit A her affidavit detailing her bill of costs.

For the reasons stated herein, Petitioner asks this Court to award Petitioner's Counsel costs in the amount of $1,582.29 incurred in her two trips to Washington DC in association with enforcing the Court's July 14, 2006 Order and cancelling her September 9, 2006 trip to Guantanamo, and for such other and further relief as this court deems just.

Dated: September 29, 2006                                  Respectfully Submitted,

                                                           /s/ H. Candace Gorman
                                                           H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313

**CERTIFICATE OF SERVICE**

  I, H. Candace Gorman, certify that I today caused a true and accurate copy of MOTION FOR COSTS to be served upon the following persons through service that automatically occurs by virtue of filing the above listed document with the Court's ECF system.

    Terry Henry, Esq., Senior Trial Attorney
    Andrew I. Warden, Esq., Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 7144
    Washington, DC  20530

This 29th day of September, 2006.

            /s/ H. Candace Gorman
            Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313