# EXHIBIT A

Case 1:05-cv-02386-UNA    Document 174-2    Filed 09/29/2006    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. ) <br> (ABDAL RAZAK ALI) ) <br> ) <br> Petitioners/Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGE W. BUSH, et al. ) <br> ) <br> Respondents/Defendants ) <br> ) | CIVIL ACTION <br><br> NO. 05-2386 (RBW) |

**AFFIDAVIT OF H. CANDACE GORMAN**

**I, H. Candace Gorman, swear as follows:**

1. That I am counsel for Mr. Abdal Razak Ali, ISN 685 (hereinafter Razak Ali).

2. On July 10, 2006 I filed a renewed emergency motion asking that I be allowed to visit with my client, Mr. Razak Ali, while at Guantánamo during the week beginning July 15, 2006 visiting my other client.

3. On July 14th, 2006 this Court held a hearing on Petitioners Motion and entered an Order allowing me to visit with Mr. Razak Ali.

4. Despite this Court's Order I was not allowed to visit with Mr. Razak Ali. I filed a Motion for Rule to Show Cause which this Court entered.

5. I incurred the following costs in association with enforcing this Court's Order of July 14, 2006:

   1. Flight, round trip between Chicago, Illinois and Washington, DC leaving August 23 and returning August 24, 2006, in the amount of $328.60.

   2. Taxi fares between airport, hotel, and courthouse while in Washington, DC, from August 23-24 in the amount of $49.

   3. Hotel stay for the night of August 23, 2006 in the amount of $239.31.

   4. Flight, round trip between Chicago, Illinois and Washington, DC leaving September 7 and returning September 8, 2006, in the amount of $427.59.

   5. Taxi fares between airport, hotel, and courthouse while in Washington, DC, from September 7-8 in the amount of $56.65.

   6. One meal in the amount of $14.00.

   7. Hotel stay for the night of September 7, 2006 in the amount of $392.14. (price increased because Congress in Session.)

6. I incurred the following costs in association with cancelling my trip to Guantanamo scheduled for September 9, 2006:

> 1. Cancellation of flight, round trip between Florida and Guantanamo in the amount of $75.00.

7. In total, I incurred costs in the amount of $1,582.29 in traveling to Washington DC on two occasions to enforce this Court's July 14, 2006 Order and in cancelling my trip to Guantanamo scheduled for September 9, 2006.

I state the following under penalty of perjury.


/s/ H. Candace Gorman
H. Candace Gorman