IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANDAR AL-SHAIBANI,<br>    Petitioner, and<br>Sami Muhmideen,<br>as Next Friend of<br>Mr. Bandar al-Shaibani<br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    Respondents. | Civil Action No. 05-2386 (RBW)<br>NOTICE OF WITHDRAWAL |

Undersigned counsel has learned that his client in this case, Bandar al-Shaibani, appears to be the same person as ISN 332, Bender Ayed Hamoud Hezam al-Oteibi al-Shabany. Mr. al-Shaibani is currently seeking relief in case number CV 05-2029 (JDB) and is represented by different counsel in that matter. Therefore, undersigned counsel is withdrawing his appearance.

CERTIFICATE OF SERVICE: This document is being filed electronically, and so the CM/ECF system will serve all counsel of record.

Dated: October 3, 2006

Respectfully submitted,

   /s/ C. Brian Meadors
C. Brian Meadors, DC Bar # 466899
PRYOR, ROBERTSON & BARRY, PLLC
315 North 7th Street; P.O. Drawer 848
Fort Smith, AR 72902-0848
(479) 782-8813 / (479) 785-0254 (fax)