IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,<br>(ABDAL RAZAK ALI)<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-2386 (RBW) |

**FIRST MOTION FOR EXTENSION OF TIME TO
RESPOND TO PETITIONER'S MOTION FOR COSTS**

Respondents hereby move for an extension of time until October 20, 2006, to respond to Petitioner's Motion For Costs.

In support of this motion, respondents submit the following:

1. On September 29, 2006, petitioner Abdal Razak Ali filed a Motion for Costs (dkt. no. 174) seeking costs associated with enforcing the Court's July 14, 2006 Order.

2. Pursuant to the Federal Rules of Civil Procedures and the Local Rules of this Court, respondents' response to the Motion for Costs is due to be filed on October 13, 2006.

3. Respondents now seek a modest extension of one week – until October 20, 2006 – to respond to the Motion for Costs. Respondents are working diligently to address the legal and factual issues raised in the motion appropriately, but additional time is needed in order to respond to the motion. An extension of time is also warranted given that respondents' counsel are in the process of responding to and otherwise dealing with several other motions that have

been filed before the various Judges of this Court in the Guantanamo habeas litigation.

6. Pursuant to this Court's General Order and Guidelines for Civil Cases addressing motions for extensions of time, this motion is respondents first motion for an extension of time with respect to this matter. Further, granting the requested extension will not have any impact on other previously scheduled deadlines in this case. Respondents' have made arrangements for petitioner's counsel to meet with petitioner Ali (ISN 685) at Guantanamo Bay on November 16, 2006, and the extension sought in this matter will not impact petitioner's counsel's upcoming visit to Guantanamo.

7. Pursuant to Local Civil Rule 7.1(m), respondents' counsel conferred via telephone with Elizabeth Popolis, one of the counsel representing petitioner. Petitioner's counsel stated that she was not in a position to state a position regarding respondents' requested extension until conferring with lead counsel, Candace Gorman, who was away from the office.

8. For the reasons stated above, respondents respectfully request that the Court extend until October 20, 2006, the time period during which respondents may respond to petitioner's Motion for Costs.

As required by the Court's General Order and Guidelines for Civil Cases, a proposed order is attached.

Dated: October 10, 2006            Respectfully submitted,

                                   PETER D. KEISLER
                                   Assistant Attorney General

                                   DOUGLAS N. LETTER
                                   Terrorism Litigation Counsel

    /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470
Attorneys for Respondents