IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*, <br> (ABDAL RAZAK ALI) <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, <br> *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-2386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[Proposed] <u>ORDER</u>**

Upon consideration of Respondents' First Motion For Extension Of Time To Respond to Petitioner's Motion For Costs, it is hereby

ORDERED that respondents' motion is GRANTED; and

ORDERED that respondents shall have until October 20, 2006, to respond to petitioner's Motion For Costs.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE