**EXHIBIT A**

**EXHIBIT A**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay**

|  | Petitioner | Citation to Petition | Alleged Citizenship |
|---|---|---|---|
| 18. | Ahmed Tripoli | ¶ 298 | Libya |
| 19. | Ali Al Kazmi | ¶ 85 | Yemen |
| 20. | Ali Al Qatari | ¶ 117 | Yemen |
| 21. | Ali LNU | ¶ 156 | Uzbekistan |
| 22. | Ali Waili Khavimi | ¶ 320 | Yemen |
| 23. | Amir LNU | ¶ 67 | Sudan |
| 24. | Edress LNU | ¶ 107 | Yemen |
| 25. | Esam LNU | ¶ 103 | Yemen |
| 26. | Esmail Ali Ahmad Khalip | ¶ 254 |  |
| 27. | Fadi Dahimi | ¶ 324 | Yemen |
| 28. | Fahmi LNU | ¶ 101 | Yemen |
| 29. | Faisil LNU | ¶ 136 | Saudi Arabia |
| 30. | Faris Darnawi | ¶ 290 | Libya |
| 31. | Hadj Arab Nabil | ¶ 329 |  |
| 32. | Hasan Yaunas Balgaid | ¶ 280 | Libya |
| 33. | Isam Himed Ali | ¶ 258 |  |
| 34. | Khald LNU | ¶ 115 | Yemen |