**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――X
                                   :
ALI AL KAZMI, ISN 172,             :
                                   :
           Petitioner,             :
                                   :
      v.                           :   Civil Action No.: 1:05 CV 02386 RBW
                                   :
GEORGE WALKER BUSH, et al.,        :
                                   :
           Respondents.            :
―――――――――――――――――――――X

### **DECLARATION OF MARTHA RAYNER, ESQ.**

I, Martha Rayner, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746 that:

1. I am an Associate Clinical Professor of Law at Fordham University School of Law and an attorney associated with Lincoln Square Legal Services, Inc., Fordham University School of Law's clinical law office. I represent Petitioner, Mr. Ali Al Kazmi, Internment Serial Number (hereinafter "ISN") 172. I am familiar with all the facts and proceedings in this case.

2. I make this declaration in support of Petitioner's Emergency Motion for Access to Petitioner and Opposition to Respondents' Designation of Petitioner as "Unidentified."

3. This declaration is made on personal knowledge and information made available to me in the performance of my professional duties as counsel to the above named Petitioner.

4. Petitioner Ali Al Kazmi, ISN 172, is one of over 160 petitioners brought under *Mohammon, et al. v. Bush, et al.,* No. 05-cv-2386 (RBW), which was filed on December 12, 2005 in the United States District Court of the District of Columbia by the Center for Constitutional Rights, Barbara Olshansky and Gitanjali S. Gutierrez, of counsel.

5. I have been informed by one of my other clients, Fahad Al Fawzan, ISN 218, who is from Saudi Arabia, that a man detained at Guantanamo, who is known to him as Ali Al Kazmi, and is assigned ISN 172, was born to Yemeni parents in Jedda, Saudi Arabia, raised in Saudi Arabia, and is very young.

6. In response to Respondents' Status Report of July 26, 2006, which designated Petitioner as unidentified, I sent an e-mail to Respondents on July 27, 2006 with further information about Petitioner Al Kazmi, ISN 172. When respondents failed to respond I resent the e-mail on August 2, 2006.

7. On August 7, 2006 Respondents replied by e-mail indicating that no action would be taken in this matter unless counsel filed a formal response to the Status Report with the Court. On September 14, 2006 I again contacted Respondents by e-mail indicating that Petitioner Al Kazmi is identifiable by ISN, nationality and place of birth. On September 25, 2006 Respondents replied, indicating that they would confer with the Department of Defense on the matter of the identity of ISN 172.

8. On September 28, 2006 I requested by e-mail that Respondents provide, by October 4, 2006, a decision regarding the identification of my client, Mr. Al Kazmi, ISN 172. As of the date of this declaration I have not received a response from Respondents.

9. To my knowledge, Mr. Al Kazmi, ISN 172, has never met with a lawyer during his detention at Guantanamo.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 5, 2006

/s/
Martha Rayner