**EXHIBIT C**

(A) 51- YAGOOB alSoury    Syrian    CAMP I    Arbic
52- ZEYAD ALGASSMY    SA SUDIA ARBIA CAMP IV    ARbic

I, SAMI MUHMIDEEN, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND I KNOW THAT THE FOLLOWING PEOPLE WANT LEGAL ASSISTANCE FROM CLIVE STAFFORD SMITH, AND I AM ALSO WILLING TO ACT ON THEIR BEHALF:    SAMI MUHMIDEEN    Speak

1. ADEL HASSAN    SUDAN    CAMP IV    Arbic - little English
2. HAMAD    SUDAN    CAMP IV    Arbic - Good English
3. AMIR    SUDAN    CAMP IV    Arbic little English
4. Abu AHMED    SUDAN    CAMP I    Arbic little English
5. WALEED    SUDAN    CAMP I    Arbic
6. SAMIR    SUDAN    CAMP I    Arbic

                                                                    ISN
7. SAD ALGAHTANI    SUDIA ARABIA    CAMP IV    ARbic - Good Engl
8. FAHD ALFAWZAN    SUDIA ARABIA    CAMP IV    ARBIC
9. RASHED ALGAMDI    SUDIA ARABIA    CAMP IV    ARBIC
10. BANDAR ALSHAIBANI    SUDIA ARABIA    CAMP IV    ARBIC - little Engl
11. MASHAL    SUDIA ARABIA    CAMP IV    ARBIC
12. KHALD ALBARKATI    SUDIA ARABIA    CAMP IV    ARBIC
13. ABDULAL ALTHANI    SUDIA ARABIA    CAMP IV    ARBIC
14. ABU AHMED ALJOFI    SUDIA ARABIA    CAMP IV    ARBIC
15. ABU RAD ALJOFI    SUDIA ARABIA    CAMP IV    ARBIC
16. ABDULAL    SUDIA ARABIA    CAMP IV    ARBIC
17. SAD ALMATERI    SUDIA ARABIA    CAMP I    ARBIC
18. SEED FARHE    SUDIA ARABIA    CAMP I    ARBIC
19. SALEH    SUDIA ARABIA    CAMP I    ARBIC
20. MAGED    SUDIA ARABIA    CAMP I    ARBIC
21. ABDUL SALAM ALSHEHRI    SUDIA ARABIA    CAMP II    ARBIC

UNCLASSIFIE

| # | Name | Country | Camp | Language |
|---|---|---|---|---|
| 22 | ABDULSALAM DEIFE | AFGANSTAN | CAMP IV | ARBIC - Good Eng |
| 23 | OMAR | AFGANSTAN | CAMP I | ARBIC |
| 24 | ABDUL HAG | AFGANSTAN | CAMP I | BUSHTO |
| 25 | ALI ALKAZMI IZZ | YAMAN | CAMP IV | ARBIC |
| 26 | ALASADI | YAMAN | CAMP IV | ARBIC |
| 27 | KHADER | YAMAN | CAMP IV | ARBIC |
| 28 | MOHSEN | YAMAN | CAMP IV | ARBIC |
| 29 | ABDULRAHMAN | YAMAN | CAMP IV | ARBIC |
| 30 | FAHD | YAMAN | CAMP IV | ARBIC |
| 31 | Mustafa ALSHAMILI | YAMAN | CAMP V-II | ARBIC |
| 32 | Osama | YAMAN | CAMP I | ARBIC |
| 33 | MOHAMED HMADI | YAMAN | CAMP IV | ARBIC |
| 34 | FAHMI | YAMAN | CAMP IV | ARBIC |
| 35 | ESAM | YAMAN | CAMP IV | ARBIC |
| 36 | MOHAMED ALI | YAMAN | CAMP IV | ARBIC |
| 37 | EDRESS | YAMAN | CAMP IV | ARBIC |
| 38 | ABU RAHAN | BANGALDESH | CAMP IV | BANGALI |
| 39 | ABULRHMAN | TAJKISTAN | CAMP IV | English |
| 40 | SADER | TURKESTAN - CHINE | CAMP IV | Chines |
| 41 | ZaKER Chan | TAJKISTAN | CAMP IV | English |
| 42 | ABD ALZAHER | AZERBIJAN | CAMP I | AZERI |
| 43 | ALLA ALMOSSARY | EGYptian | CAMP I | ARBIC |
| 44 | SHARAF ALSANANI | YAMAN | CAMP I | English |
| 45 | SEED | YAMAN | CAMP I | ARBIC |
| 46 | ADEL AL Tunisi | TUNISIAN | CAMP IV | FRANCH |
| 47 | MAHAMOUD ALBHAR | YAMAN | CAMP I | ARBIC |
| 48 | KHALD | YAMAN | CAMP II | ARBIC |
| 49 | NAJEEB | MOROCCAN | CAMP III | ARBIC |
| 50 | ALI ALQATARI | YAMAN | CAMP III | ARBIC |

UNCLASSIFIED