**EXHIBIT D**

```
From:      Martha Rayner
To:        Andrew.Warden@usdoj.gov
Date:      9/28/2006 2:50:55 PM
Subject:   RE: Client Visit Schedule
```

Dear Andrew,
Thank you for your willingness to confer with the DoD regarding our client assigned to ISN 172. Again, I wish to meet with ISN 172 to ascertain whether he authorized his next friend to obtain a lawyer on his behalf. There is no question that our client, designated ISN 172, is included on the Mohammon Petition. I look forward to your response after conferring with the DoD, but I am operating on a limited timeline, given my plan to visit Guantanamo in the beginning of November to meet with my other clients. Could you please let me know your position by Wednesday, October 4, 2006. If you cannot approve my visit with my client assigned ISN 172, I will seek a decision by the Court. Attached is the revised client visit schedule from November 5 to 10, 2006, per your request. Best, Martha

Martha Rayner
Associate Clinical Professor of Law
Fordham University School of Law
33 West 60th Street, 3rd Floor
New York, New York  10023
212-636-6941

```
>>> "Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov> 09/25/06 4:13 PM
>>> >>>
```

Martha,

We've checked on your requested dates, but Guantanamo cannot accommodate any additional habeas counsel visits during October 29-November 3 because of previously-scheduled visits by other habeas counsel. The remaining weeks in November appear to have availability so please submit a new visit request and we'll run it by Guantanamo for approval.

With respect to your request to meet with petitioner Al-Kazimi (ISN 1453), before we can agree to schedule another meeting, please provide us with a declaration explaining petitioner Al-Kazimi's relationship to his purported next-friend, Binyam Mohammed, and a complete explanation of the circumstances of petitioner Al-Kazimi's purported authorization of Mr. Mohammed to bring a petition for habeas corpus on petitioner Al-Kazimi's behalf. Pursuant to Judge Walton's July 26, 2006 Order, your access to petitioner Al-Kazimi during your visit earlier this month was "for the sole purpose" of verifying that petitioner Alkaliemi authorized Binyam Mohammed to bring a petition for habeas corpus on his behalf. Consistent with the terms of this Order, we request that you provide us with appropriate verification in the form of a declaration sufficient to meet the next-friend standing requirements of Whitmore v. Arkansas.

We will confer with DoD regarding the identify of petitioner Ali Al Kazmi, whom you assert is ISN 172. As noted in our July 26, 2006 filing in Mohammon, we have not been able to identify petitioner on the basis of the limited (and conflicting) information provided. To the extent you have any additional information regarding his identity, please let us know.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: MRAYNER@law.fordham.edu [mailto:MRAYNER@law.fordham.edu]
Sent: Thursday, September 14, 2006 3:05 PM
To: Warden, Andrew (CIV)
Subject: Client Visit Schedule

Dear Andrew, I write to seek your approval of the attached visit schedule. You will note that I have included our fourth client in this visit and, once again seek your authorization to meet with him. There seems to be no question that our fourth client is the detainee assigned to ISN # 172. Indeed, Exhibit 2 of the Declaration of Clive Stafford Smith, sworn to on December 11, 2005 and attached as part of the December 12, 2005 Mohammon Petition, in addition to paragraph 85 of the Mohammon Petition itself, clearly identifies our client as "Ali Al Kazmi, ISN #172." That the Department of Defense's public disclosure of its detainee list in May 2006 lists "Ali Muhammed Nassir Mohammed."
under ISN #172, rather than Ali Al-Kazmi should not control your decision. You have rightfully acknowledged the deficiencies and risks of confusion associated with the use of detainee names for identification purposes:
"[B]ecause such discrepancies regarding the names of many Guantanamo detainees are common, particularly given the aliases and difficulties with transliteration of names, Guantanamo personnel routinely refer to detainees by their ISN to avoid confusion about the identity of a particular detainee." Resp'ts' Resp. to Show Cause Order at 11 (dkt. no. 144-1). We feel strongly that over-reliance on the cross-referencing and matching of names, to the detriment of Internment Serial Numbers, led to the current confusion surrounding the correct name of our fourth client, and seek only to remedy this situation. We wish nothing more than to meet with Mohammon Petitioner ISN # 172 to ascertain whether he authorized his next friend, Sammi Muhmideen Al Hajj, to obtain a lawyer on his behalf. We note that our request in this regard is not unprecedented in the history of this case.
Indeed, on July 26, 2006 the Court ordered that Counsel for Petitioner Slaim Harbi, "shall be permitted to meet with Petitioner Harbi for the sole purpose of verifying that petitioner authorized Omar Deghayes, acting as a next friend on his behalf, to bring a petition for Habeas Corpus." July 26, 2006 Order (dkt. no.108). Further, the Court extended this order to "all petitioners named in this case." Id. Though that order was in response to an attorney access issue cast as a next friend dispute, this particular identity issue is no different: did detainee INS #172 authorize next friend, Sammi Muhmideen Al Hajj, to act on his
behalf?    There is no question that detainee ISN #172 is a petitioner under the Mohammon petitioner. You have not asserted that there exists any duplicative filing for detainee ISN #172. Therefore, he is identified. Again, that two names have been attached to that ISN # is common and does not control identity in this context.  Please green
light our visit with the detainee assigned ISN #172.   Thank you for your time, understanding, and cooperation. Best,  Martha   Martha Rayner
Associate Clinical Professor of Law Fordham University School of Law
33 West 60th Street, 3rd Floor
New York, New York   10023
212-636-6941

```
From:          "Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
To:            "MRAYNER@law.fordham.edu" (Receipt Notification Requested) (IPM
Return Requested) <MRAYNER@law.fordham.edu>
Date:          8/7/2006 3:22:24 PM
Subject:       RE: Identifying Ali Al-Kazmi
```

Martha,

With respect to identifying the petitioners in the Mohammon case, we believe the appropriate way to proceed is for you to file a formal response to respondents' July 26, 2006 status report. As you know, Judge Walton's June 26, 2006 order established a procedure to resolve the problem of duplicate and unidentified petitioners in the Mohammon case. That procedure allows petitioners' counsel to challenge the respondents' assertion that a detainee cannot be identified. See Order n.7. We believe that any identifying information in your possession, as well as the source of that information, should be brought to the attention of both respondents and the Court in a formal response filed with the Court.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: MRAYNER@law.fordham.edu [mailto:MRAYNER@law.fordham.edu]
Sent: Wednesday, August 02, 2006 10:44 AM
To: Warden, Andrew (CIV)
Subject: Identifying Ali Al-Kazmi

Andrew,  Below is the content of an email I sent you on  July 27, 2006.  Have you had a chance to identify this client? My research assistant emailed you earlier this month inquiring about the identity of one of our Mohammon clients, Ali Al-Kazmi.  Per your court filing of July 26, 2006, ECF Doc.#109, Exhibit A, you have listed this client as unidentified.  We continue to believe that this person is detained at Guantanamo Bay.  His full name may be Ali Nasser Al Kazmi.  Though his country of origin is listed as Yemen on the Mohammon petition, I believe he may actually be from Saudi Arabia.  In addition, his ISN # could be 172, he is young and may have been at Guantanamo since the first detainees arrived over 41/2 years ago.    I hope this information will assist you in identifying our client.  Thank you for your attention to this matter. Best, MarthaMartha Rayner
Associate Clinical Professor of Law
Fordham University School of Law
33 West 60th Street, 3rd Floor
New York, New York  10023
212-636-6941

```
From:      Martha Rayner
To:        Andrew.Warden@usdoj.gov
Date:      7/27/2006 12:38:00 PM
Subject:   Identifying Ali Al-Kazmi
```

Mr. Warden, Andrew,  My research assistant emailed you earlier this month inquiring about the identity of one of our Mohammon clients, Ali Al-Kazmi. Per your court filing of July 26, 2006, ECF Doc.#109, Exhibit A, you have listed this client as unidentified.  We continue to believe that this person is detained at Guantanamo Bay.  His full name may be Ali Nasser Al Kazmi. Though his country of origin is listed as Yemen on the Mohammon petition, I believe he may actually be from Saudi Arabia.  In addition, his ISN # could be 172, he is young and may have been at Guantanamo since the first detainees arrived over 41/2 years ago.   I hope this information will assist you in identifying our client.  Thank you for your attention to this matter. Best, Martha Martha Rayner
Associate Clinical Professor of Law
Fordham University School of Law
33 West 60th Street, 3rd Floor
New York, New York  10023
212-636-6941