**<u>EXHIBIT E</u>**

5/15/2006

13

## List of Individuals Detained by the Department of Defense at Guantanamo Bay, Cuba from January 2002 through May 15, 2006

| # | Name | ID | Country | Location | Birth Date |
|---|---|---|---|---|---|
| 528 | MOHAMMAD, TARIK | 136 | Pakistan | Kohat, PK | 2/25/1972 |
| 529 | MOHAMMADULLAH | 347 | Afghanistan | Manu, AF | 1/1/1974 |
| 530 | MOHAMMED, AKHTAR | 845 | Afghanistan | Barogai, AF | 1/1/1970 |
| 531 | MOHAMMED, ALI 2 | 634 | Pakistan | Rahambad, PK | 1/1/1952 |
| 532 | MOHAMMED, ALI MUHAMMED NASIR | 172 | Saudi Arabia | Jedda, SA | 12/1/1982 |
| 533 | MOHAMMED, ALIF | 972 | Afghanistan | Helmand, AF | 1/1/1946 |
| 534 | MOHAMMED, HAJI FAIZ | 657 | Afghanistan | Rasham Village, AF | UNKNOWN |
| 535 | MOHAMMED, HAJI WALI | 560 | Afghanistan | Baghlan, AF | 2/15/1966 |
| 536 | MOHAMMED, HUSSEIN SALEM | 1015 | Yemen | Aden, YM | 1/1/1977 |
| 537 | MOHAMMED, KAHLID SAAD | 335 | Saudi Arabia | Al Tabia, SA | 7/13/1973 |
| 538 | MOHAMMED, MIRZA | 644 | Afghanistan | Gorband, AF | 1/1/1964 |
| 539 | MOHAMMED, NAG | 102 | China | Khulga, CH | 5/4/1975 |
| 540 | MOHAMMED, RASOOL SHAHWALI ZAIR MOHAMMED | 835 | Afghanistan | Lowara, AF | 1/1/1978 |
| 541 | MOHAMMED, SAID | 1056 | Afghanistan | Afghanistan | 1/1/1977 |
| 542 | MOHAMMED, SALMAN SAAD AL KHADI | 121 | Saudi Arabia | Riyadh, SA | 1/14/1982 |
| 543 | MOHAMMED, SULTAN | 517 | Afghanistan | Qal eh, AF | 1/1/1976 |
| 544 | MOHAMMED, TAJ | 902 | Afghanistan | Afghanistan | 1/1/1981 |
| 545 | MOHAMMED, WALI | 547 | Afghanistan | Kandahar, AF | 1/1/1964 |
| 546 | MOHAMMED, HANIF | 305 | Pakistan | Adda Shenal, PK | 1/1/1982 |
| 547 | MOHAMMED, SOHAB MAHUD | 563 | Iraq | Piboss, Iraq | 8/17/1981 |
| 548 | MOQBEL, SAMIR NAJI AL HASAN | 43 | Yemen | Taiz, YM | 12/1/1977 |
| 549 | MOQBIL, MUHSIN MUHAMMAD MUSHEEN | 193 | Yemen | Taiz, YM | UNKNOWN |
| 550 | MOHAMMAD, MAASOUM ABDAH | 330 | Syria | Al Qameshle, SY | 1/1/1972 |
| 551 | MOWLA, ABDUL | 442 | Pakistan | Malakan District, PK | 1/1/1969 |
| 552 | MUBANGA, MARTIN JOHN | 10007 | United Kingdom | Luaseka, ZA | 8/24/1972 |
| 553 | MUHAMMED, ABD AL RAHMAN ABDULLAH ALI | 224 | Yemen | Sinal, YM | 1/1/1982 |
| 554 | MUHAMMAED, NOOR UTHMAN | 707 | Sudan | Kasala, SU | UNKNOWN |
| 555 | MUHAMMED, ABDUL MAJID | 555 | Iran | Zahedan, IR | UNKNOWN |
| 556 | MUHAMMED, HAJI | 649 | France | Medina, SA | 1/1/1979 |
| 557 | MUHAMMED, PETA | 908 | Afghanistan | Gardez, AF | 1/1/1962 |
| 558 | MUHIBULLAH, FNU | 546 | Afghanistan | Shah Wali Koot, AF | 1/1/1985 |
| 559 | MUJAHID | 1100 | Afghanistan | Paktia, AF | 1/1/1982 |
| 560 | MUSLIMDOST, ABDUL RAHIM | 561 | Afghanistan | Nangarhar, AF | 1/1/1971 |
| 561 | MUST, YARASS ALI | 315 | Yemen | UNKNOWN | 1/1/1960 |
| 562 | MUSTAFA, KHALED BEN | 236 | France | Lyons, FR | 1/1/1972 |
| 563 | NABIED, YUSEF | 83 | Tajikistan | Istara, Tajikistan | 1/9/1972 |
| 564 | NAFEESI, ABDUL SATAR | 11 | Pakistan | Miachinu, PK | 8/5/1963 |
| 565 | NAJI, AZIZ ABDUL | 744 | Algeria | Batna, Algeria | 1/8/1971 |
| 566 | NASEER, MUNIR BIN | 85 | Pakistan | Karachi, PK | 5/4/1975 |
| 567 | NASERULLAH, FNU | 967 | Afghanistan | Helmand, AF | 2/27/1978 |
| 568 | NASHIR, SA ID SALIH SA ID | 841 | Yemen | Hablian, YM | 1/1/1974 |
| 569 | NASIM, MOHAMMAD | 453 | Afghanistan | Shahidan, AF | 1/1/1973 |
| 570 | NASIM, MOHAMMED 2 | 849 | Afghanistan | Megan, AF | 1/1/1980 |
| 571 | NASIM, MOHAMMED 3 | 958 | Afghanistan | Pal Warzai, AF | 1/1/1982 |

** Birth dates that state "1/1/XX" indicate unknown month and day of birth.