**EXHIBIT G**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____X
:
ALI AL KAZMI, ISN 172,            :
:
       Petitioner,        :
:
v.                                : Civil Action No.: 1:05 CV 02386 RBW
:
GEORGE WALKER BUSH, et al.,       :
:
       Respondents.       :
_____X

## PROPOSED ORDER

Upon consideration of the Emergency Motion for Access to Client, it is

    ORDERED that counsel shall be permitted to meet with Petitioner, Ali Al Kazmi, assigned ISN 172 and designated by the Department of Defense as Ali Muhammed Nasir Mohammed, during counsel's next approved attorney client scheduled meeting.

    IT IS SO ORDERED.


DATED:                                    _____