IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, <br> (ABDAL RAZAK ALI) <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, <br> *et al.,* <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 05-CV-2386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RESPONDENTS' SUPPLEMENT TO FIRST MOTION FOR EXTENSION
OF TIME TO RESPOND TO PETITIONER'S MOTION FOR COSTS**

Respondents hereby inform the Court that petitioner's counsel, Candace Gorman, has no objection to respondents' request for an extension of time until October 20, 2006, to respond to Petitioner's Motion For Costs.

Dated: October 11, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)

EDWARD WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470
Attorneys for Respondents