IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>(ABDAL RAZAK ALI)<br><br>      Petitioners/Plaintiffs<br><br>  v.<br><br>GEORGE W. BUSH, et al.<br><br>      Respondents/Defendants | CIVIL ACTION<br><br>NO. 05-2386 (RBW) |

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR COSTS**

Now comes the Petitioner, Abdal Razak Ali, by and through his counsel, and asks this Court to grant Petitioner additional time to reply to the government's memorandum in opposition to Petitioner's motion for the following reasons:

On October 20th (a Friday), counsel for Respondents are due to file its memorandum in opposition to Petitioner's motion for costs. Pursuant to the Federal Rules of Civil Procedures and the Local Rules of this Court, Petitioner's reply to Respondents' opposition to the Motion for Costs is due to be filed on October 27, 2006.

Petitioners seek an extension of one week, until November 3, 2006, to file their reply to the Respondents' Opposition to the Motion for Costs, so that she can fully respond to the Respondents' opposition.

Counsel for Razak Ali is going to be out of the office from October 20, 2006 to

1

October 23, 2006 to attend her Associate's wedding and will be out of the office again from October 24 to 25, 2006 traveling to Washington, DC, where she will visit the Secured Facility to inspect classified documents for her other client detained at Guantanamo. Counsel's only Associate, Elizabeth Popolis, will also be out of the office from October 19 until November 6, as she is getting married and going on her honeymoon.

Pursuant to this Court's General Order and Guidelines for Civil Cases addressing motions for extensions of time, this motion is Petitioner' first motion for an extension of time with respect to this matter.

Pursuant to Local Civil Rule 7.1(m), counsel has consulted with counsel for Respondents, and they have no objection.

WHEREFORE counsel for Al-Ghizzawi hereby asks this court for an extension of time up to and including November 3rd, 2006 for filing a reply to the Respondents' Memorandum in Opposition to Petitioner's Motion for Costs.

Dated: October 19, 2006                                     Respectfully Submitted,

                                                            /s/ H. Candace Gorman
                                                             H. Candace Gorman


LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313

2

# CERTIFICATE OF SERVICE

     I, H. Candace Gorman, certify that I today caused a true and accurate copy of MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR COSTS to be served upon the following persons through service that automatically occurs by virtue of filing the above listed document with the Court's ECF system.

          Terry Henry, Esq., Senior Trial Attorney
          Andrew I. Warden, Esq., Trial Attorney
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Ave., NW, Room 7144
          Washington, DC  20530

This 19th day of October, 2006.

          /s/ H. Candace Gorman
          Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313