CLEARED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARAF AL SANANI, ) | |
| ) | |
| *Petitioner/Plaintiff*, ) | |
| ) | |
| v. ) | Civ. No. 05-cv-02386-RBW |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents/Defendants*. ) | |
| _____ ) | |

**MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE**

    Undersigned counsel respectfully files this Motion to Practice and Notice of Entry of Appearance on behalf of Sharaf Al Sanani, whose full name is Sharaf Ahmed Mohammed Masood, ISN 170, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a).  Counsel is a member in good standing of the Bar of the District Court for the Northern District of California and the California Supreme Court.  Counsel's California Bar Number is 209489.  Counsel hereby certifies that Petitioner in this case is indigent and counsel is providing representation without compensation.

Dated:   October 25, 2006

                                                                            _____
                                                                            Zachary Katznelson
                                                                            California Bar Number 209489
                                                                            22 Tudor Street
                                                                            London EC4Y 0AY England
                                                                            011 44 207 353 4640
                                                                            zachary@reprieve.org.uk