IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. )<br>)<br>Petitioners )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al. )<br>)<br>Respondents )<br>) | Civil Action No. 05-CV-2386 (RBW) |

### AMENDED NOTICE OF APPEARANCE

Please take notice that Jonathan M. Fee and W. Terence Walsh hereby amend their previous appearance as counsel, filed July 20, 2006, in the above-captioned matter.

Due to an administrative error, the July 20, 2006 Notice of Appearance incorrectly identified petitioners' ISN Numbers and omitted certain a/k/a designations. The correct names, ISN numbers and a/k/a designations for the petitioners represented by the undersigned are as follows:

1. Abdulaziz LNU, a/k/a Abdalaziz Kareem Salim Al Noofayaee, a/k/a Abdullah Muhammed Abdel Aziz, ISN Number 687.
2. Mohammed Harbi, a/k/a Mohamed Atiq Awayd Al Harbi, a/k/a Mohammed Abdullah Al Harbi, ISN Number 333.

A copy of the original Notice of Appearance, filed July 20, 2006, is attached.

Undersigned counsel certify pursuant to L. Civ. R. 83.2(g) that they are representing these petitioners without compensation.

Dated: October 26, 2006

Respectfully submitted,

_____
Jonathan M. Fee
D.C. Bar Number 479579
ALSTON & BIRD LLP

ADMIN/20039802v1

- 2 -

950 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 756-3300
Fax: (202) 756-4987
Email: jon.fee@alston.com


/s/ W. Terence Walsh
W. Terence Walsh
Georgia Bar Number 735300
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7161
Fax: (404) 881-7777
Email: terry.walsh@alston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. )<br>)<br>Petitioners )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al. )<br>)<br>Respondents )<br>) | Civil Action No. 05-CV-2386 (RBW) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorneys will represent petitioners Abdulaziz LNU, a/k/a Adbullah Muhammed Abdel Aziz, ISN Number 206, and Muhammed Harbi, a/k/a Mohammed Abdullah Al Harbi, ISN Number 536, in the above-captioned matter.

Undersigned counsel certify pursuant to L. Civ. R. 83.2(g) that they are representing these petitioners without compensation.

Dated: July 20, 2006

Respectfully submitted,

_____
Jonathan M. Fee
D.C. Bar Number 479579
ALSTON & BIRD LLP
905 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 756-3300
Fax: (202) 756-4987
Email: jon.fee@alston.com


/s/ W. Terence Walsh
W. Terence Walsh

ADMIN/20012157v1

Georgia Bar Number 735300
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7161
Fax: (404) 881-7777
Email: terry.walsh@alston.com