IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMER MOHAMMON, et al.               )
                                    )
              Petitioners           )
                                    )
       v.                           )    Civil Action No. 05-CV-2386 (RBW)
                                    )
GEORGE W. BUSH, et al.              )
                                    )
              Respondents           )
_____)

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorneys will represent petitioner Mohammed Ahmed Slam Al-Khateeb, a/k/a Mohammed Ahmed Salam, ISN Number 689, in the above-captioned matter.

Undersigned counsel certify pursuant to L. Civ. R. 83.2(g) that they are representing these petitioners without compensation.

Dated: October 26, 2006

Respectfully submitted,

_____
Jonathan M. Fee
D.C. Bar Number 479579
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 756-3300
Fax: (202) 756-4987
Email: jon.fee@alston.com


/s/ W. Terence Walsh
W. Terence Walsh
Georgia Bar Number 735300

ADMIN/20039847v1

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7161
Fax: (404) 881-7777
Email: terry.walsh@alston.com