IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amer Mohammon, *et al.*,<br>    *Petitioners/Plaintiffs,*<br><br>v.<br><br>George W. Bush,<br>    President of the United States,<br>    *et al.,*<br>    *Respondents/Defendants* | Civil Action No. 05-CV-2386 (RBW) |

**ENTRY OF APPEARANCE**

RECEIVED
OCT 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Clerk of this court and all parties of record:

Please enter the appearance of Angela C. Vigil as counsel in this case for petitioner Alkhadr Abdullah Al Yafie and Ali Yahya Mahdi as Next Friend of Alkhadr Abdullah Al Yafie, and Tofiq Nassar Awad Al Bihani and Adnan Al Bihani as Next Friend of Tofiq Nassar Awad Al Binani.

Counsel for petitioners certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners Pro Bono, without compensation in conjunction with the Center for Constitutional Rights.

October 26, 2006
Date

_____
Signature

Angela C. Vigil
Print Name

Baker & McKenzie, LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 1700
<u>Miami, Florida 33131</u>
Address

<u>(305) 789-8904</u>
Phone Number