IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, <br> (ALI AL KAZMI) <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, <br> *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2386 (RBW) |

## NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR ACCESS TO CLIENT DUE TO RESPONDENTS GRANTING THE RELIEF SOUGHT

Undersigned counsel hereby withdraw the Emergency Motion for Access to Client and Opposition to Designation of Petitioner as "Unidentified" (See dkts. No. 178 and 179) due to the fact that Respondents have conceded the issue of the Petitioner's identity and granted counsel the relief sought in the motion. See dkt. No. 185.

In Respondents' response to undersigned counsel's Motion for Access to Client filed on October 5, 2006, Respondents identified Ali Al Kazmi as the detainee assigned to Internment Serial Number (ISN) 172. Respondents also indicated to the court that they were in the process of "making logistical arrangements for petitioner's counsel to travel to Guantanamo Bay to meet with petitioner Al Kazmi in November 2006 and anticipate finalizing those arrangements, subject to approval by personnel at Guantanamo Bay." See dkt. No 185. In the time since Respondents' response, those arrangements have been

made and counsel has subsequently been scheduled and approved to visit with client Al Kazmi, ISN 172, between November 19 and November 23, 2006.

Since the relief sought has been granted, counsel for Petitioner hereby withdraw their request for the Court to issue an order mandating Respondents to schedule visitation between petitioner's counsel and Petitioner Al Kazmi, assigned to ISN 172.

Dated: New York, New York
       October 30, 2006

                                        Respectfully submitted,

                                        Counsel for Petitioner:

                                        /s/
                                        Martha Rayner (Pursuant to LCvR 83.20(g))
                                        (NY-MR-1423)

                                        Ramzi Kassem (NY-RK-3567)
                                        James A. Cohen (NY-JC-3836)
                                        Lincoln Square Legal Services
                                        Fordham University School of Law
                                        33 West 60th Street, 3d Floor
                                        New York, New York 10023
                                        Telephone: (212) 636-6934
                                        Fax: (212) 636-6923