IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
| | ) |
|       *Petitioners/Plaintiffs*, | ) |
| | ) |
| v. | ) Civil No. 05-2386 (RBW) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
|       *Respondents/Defendants*. | ) |

NOTICE OF FILING OF
MOTION TO MODIFY STAY ORDER AND TO PROVIDE
30-DAYS' ADVANCE NOTICE OF ANY INTENDED
REMOVAL OF PETITIONER FROM GUANTANAMO

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing of his Motion to Modify Stay Order and to Provide 30-Days' Advance Notice of Any Intended Removal of Petitioner From Guantanamo.

-2-

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Stephen M. Truitt |
| Barbara Olshansky (NY #0057) | Stephen M. Truitt (DC # 13235 ) |
| CENTER FOR CONSTITUTIONAL RIGHTS | 600 Fourteenth Street, N.W. |
|  | Suite 500, Hamilton Square |
| 666 Broadway, 7th Floor | Washington, DC  20005-2004 |
| New York, New York 10012 | Tel: (202) 220-1452 |
| Tel: (212) 614-6439 | Fax: (202) 220-1665 |
| Fax: (212) 614-6499 |  |
|  | Charles H. Carpenter (DC #432004) |
|  | PEPPER HAMILTON LLP |
| *Of Counsel for Petitioner* | 600 Fourteenth Street, N.W. |
|  | Suite 500, Hamilton Square |
|  | Washington, DC  20005-2004 |
|  | Tel: (202) 220-1452 |
|  | Fax: (202) 220-1665 |
|  |  |
|  | Christopher J. Huber |
|  | Benjamin P. Cooper |
|  | PEPPER HAMILTON LLP |
|  | 3000 Two Logan Square |
|  | Eighteenth and Arch Streets |
|  | Philadelphia, PA  19103-2799 |
|  | Tel: (215) 981-4000 |
|  | Fax: (215) 981-4750 |
| Dated:  October 31, 2006 | *Counsel for Petitioner* |