UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, *(ABDAL RAZAK ALI)*<br><br>        Petitioners,<br><br>vs.<br><br>GEORGE W. BUSH, *et al*,<br><br>        Respondents. | No. 05-cv- 2386 (RBW) |

### NOTICE OF FILING

To:   Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

      PLEASE TAKE NOTICE that on the 1st day of November, 2006, we filed with the U. S. Department of Justice Litigation Security Section a copy of Petitioner Abdal Razak Ali's **REPLY TO MOTION FOR COSTS** to be served upon you.

                                                          /s/ H. Candace Gorman
                                                          Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313