UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., <br> (ALI AL KAZMI) <br><br> Petitioners, <br><br> v. <br><br> GEORGE WALKER BUSH, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No: 05-2386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Currently before the Court is Martha Rayner, Esquire's Emergency Motion for Access to Client and Opposition to Respondents' Designation of Petitioner as "Unidentified".[1] Martha Rayner, putative counsel for Ali Al Kazmi ("Al Kazmi"), requests that the Court grants her access to meet with Al Kazmi at the Guantanamo Bay Naval Base for the sole purpose of verifying that petitioner Al Kazmi authorized his putative next friend, Sami Muhyedin al Hajj, to bring a petition for habeas corpus as next friend on his behalf. Id. In light of the respondents' response to Ms. Rayner's motion and the respondents' notification to the Court that the respondents do not challenge the identity of Al Kazmi and are making logistical arrangements for putative counsel for Al Kazmi to travel to Guantanamo Bay to meet with Al Kazmi in November 2006, it is hereby this 2nd day of November, 2006,

**ORDERED** that Ms. Rayner's Emergency Motion for Access to Client and Opposition to

---

[1] The motion is filed solely to gain access to this petitioner.

1

Respondents' Designation of Petitioner as "Unidentified" is denied without prejudice as moot.

**SO ORDERED**.

REGGIE B. WALTON<br>
United States District Judge