IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULLAH TAHA MATTAN, )
    ISN # 684, )
)
Bisher Al-Rawi, )
    As next Friend of )
    Mr. Mohammed Abdullah Taha Mattan )
)
                  *Petitioners,* )
)
v. )   Civil Action No. 05-cv-2386 (RBW)
)
)   **NOTICE OF APPEARANCE**
GEORGE W. BUSH, et al., )
)
                  *Respondents.* )
)

      Please take notice that the attorney listed below will represent Petitioner MOHAMMED ABDULLAH TAHA MATTAN in this matter. Service upon counsel may be made to:

           Sozi P. Tulante
           **HANGLEY ARONCHICK SEGAL & PUDLIN**
           One Logan Square, 27th Floor
           Philadelphia, PA 19103-6933
           Tel: (215) 568-6200
           Fax: (215) 568-0300

Counsel for Petitioner certifies, pursuant to L. Civ. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: November 1, 2006             HANGLEY ARONCHICK SEGAL & PUDLIN

                                             /s/ Sozi P. Tulante
                                      William T. Hangley, PA Bar No. 03533
                                      Rebecca Y. Starr, PA Bar No. 87555
                                      Sozi P. Tulante, PA Bar No. 202579
                                      One Logan Square, 27th Floor
                                      Philadelphia, PA 19103-6933
                                      Tel: (215) 568-6200
                                      Fax: (215) 568-0300
                                      spt@hangley.com

## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and accurate copy of the foregoing Notice of Appearance to be served upon the following people by first-class mail:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530

I have caused a true and accurate copy of the foregoing Notice of Appearance to be served upon the following people by e-mail:

> Terry Henry, Esq., Senior Trial Attorney
> Terry.Henry@usdoj.gov
> Andrew I. Warden, Esq., Trial Attorney
> Andrew.Warden@usdoj.gov
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC 20530

Dated: November 1, 2006                    /s/ Sozi P. Tulante
                                           Sozi P. Tulante