# EXHIBIT B

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Thursday, August 24, 2006 4:27 PM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Cc: elizabethpopolis@hotmail.com (Receipt Notification Requested) (IPM Return Requested); hcglawoffice@yahoo.com (Receipt Notification Requested) (IPM Return Requested)
Subject: Guantanamo Visit

Candace,
It was nice to meet you at the hearing today.  Consistent with Judge Walton's concerns about you bearing the cost of an extra trip to Guantanamo to meet with ISN 685, it may be possible to make arrangements for you and a security-cleared interpreter to fly to Guantanamo on August 31 aboard a military flight carrying members of the media.  The flight would depart from Andrews Air Force Base (located approximately 10 miles southeast of Washington D.C.) at approximately 7 a.m. and depart Guantanamo at approximately 5 p.m. Arrangements would be made for you to meet with ISN 685 for the duration of your time on the base, which would be approximately 5 hours.  Before we pursue this option further, please let us know whether you and a security-cleared interpreter have availability on August 31.  One reason we are suggesting this is to attempt to work out a way to provide you an extra trip to Guantanamo while at the same time mitigating significant sovereign immunity concerns that would arise in connection with a claim for reimbursement by you for other private travel arrangements made by you for your convenience.  Of course, we hope we can work out these matters to a mutually acceptable end.  Please understand, however, that we reserve our right to resist on appropriate grounds a claim for travel reimbursement by you.

On a related note, Guantanamo is currently in the process of coordinating the logistics of your request to meet with petitioner Al-Ghizzawi (ISN 654) on September 19-20.  We received your visit request by fax on August 21, 2006 and we sent it to Guantanamo for logistical approval.  Based on your statements at the hearing today, however, I understand that you are not in a position either to add an additional day to your proposed trip in order to meet with ISN 685 or to allocate some of your proposed interview time with ISN 654 to meet with ISN 685.  Please correct me if I am incorrect in this regard.  To the extent that such modifications to your proposed September trip would be possible, that seems an ideal way to resolve this matter of you meeting with ISN 685.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 20 Massachusetts Ave., NW,
Room 6120 Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470


-----Original Message-----

From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Friday, August 25, 2006 10:25 AM
To: Warden, Andrew (CIV)
Cc: elizabethpopolis@hotmail.com; hcglawoffice@yahoo.com
Subject: RE: Guantanamo Visit

Thank you Andrew for getting back to me so promptly.  I was pleased to
t a chance to meet with both you and Terry Henry after exchanging so
many emails. My flight back to Chicago yesterday was delayed by six
hours so I was very late getting in last night and I am just getting
your message now.
I am able to make the trip on Aug. 31st but I need to see if I can arrange
for a translator at this late time.  I will check during the
day and get back to you by the end of the day.  You are correct that I
cannot make the date in September work for visiting with ISN 685.  If I
am unable to secure a translator for the 31st do you know of any other
similar flights that are coming up that I might have a little extra
time in preparing for?
Best regards,
Candace

H. Candace Gorman, Esq.
542 S. Dearborn
Suite 1060
Chicago Il. 60605
312-427-2313


-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, August 25, 2006 10:35 AM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return
Requested)
Cc: elizabethpopolis@hotmail.com (Receipt Notification Requested) (IPM
Return Requested); hcglawoffice@yahoo.com (Receipt Notification
Requested) (IPM Return Requested)
Subject: RE: Guantanamo Visit

Candace,

Thanks for your e-mail.  Sorry to hear about the delay getting out of
D.C. Since my e-mail yesterday, we've learned that the media flight on
August 31st is not available.  We'll continue to pursue other options.

Thanks,

Andrew


-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Friday, August 25, 2006 11:39 AM
To: Warden, Andrew (CIV)
Subject: RE: Guantanamo Visit

Andrew,

Thank you for the update.  I had just put out a call for a translator so hopefully I will have one available when you notify me of the next availability.
Best regards,
Candace


-----Original Message-----
From: "Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
Sent: Aug 28, 2006 12:48 PM
To: "hcgorman@igc.org" <hcgorman@igc.org>
Cc: "elizabethpopolis@hotmail.com" <elizabethpopolis@hotmail.com>
Subject: RE: Guantanamo Visit

Candace,

We have looked into military flights, but it does not appear that this is going to be a viable option.  Consequently, we recommend that you to speak with Air Sunshine and Lynx Air to find an available flight that fits your schedule.  We think it would make sense for you to find a 3 day period where you could meet with both ISN 654 (2 days of interviews)and ISN 685 (1 day interview) on the same trip.  Weekend arrivals are permitted, but interviews must be conducted on weekdays.  Although you have submitted a request to meet with ISN 654 on Sept. 19-20, the logistics of this request are still being reviewed by Guantanamo and the dates may not work given previously-scheduled visits by other counsel groups.  Thus, it seems more efficient to withdraw the request for Sept. 19-20 and then resubmit a new request for dates earlier or later in September or in October that would enable you meet with both ISN 654 and 685 during the same visit.  We are cognizant of Judge Walton's statements regarding you bearing the cost of an extra trip to Guantanamo and we are willing to discuss options regarding reimbursement of appropriate travel costs.

Thanks,

Andrew


-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Monday, August 28, 2006 5:30 PM
To: Warden, Andrew (CIV)
Cc: elizabethpopolis@hotmail.com
Subject: RE: Guantanamo Visit

Andrew,
Thank you for getting back to me about this.  I prefer to keep my dates for seeing Mr. Al-Ghizzawi.  I don't know when I will have a three day slot open and it is important that I see Mr. Al-Ghizzawi for two days.  I have checked with other habeas counsel and there does not appear to be many going on the 19-20th of September.  I would appreciate it if you would continue to work on getting me to the base on a one day trip as per the email from you last week.
Best regards,
Candace

-----Original Message-----

From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Monday, August 28, 2006 6:16 PM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Cc: elizabethpopolis@hotmail.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: Guantanamo Visit

Candace,

There are five other groups with visits already scheduled for Sept. 18-20.  GTMO is still looking at the logistics of your request, but we may have to adjust your requested dates in light of the previously-scheduled visits.

If you want to make two separate trips to the base (i.e., one trip to meet with ISN 654 and a second trip to meet with ISN 685), that's fine. While we continue to believe that one trip to see both detainees would be more efficient for everyone involved, in either case we still need you to look at flights with Air Sunshine/Lynx and give us dates when you and an interpreter would be in a position to visit the base to meet with ISN 685.  Once we have that information, we can confer with Guantanamo personnel about the logistics of your request.

Thanks,

Andrew


-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Wednesday, August 30, 2006 4:22 PM
To: Warden, Andrew (CIV)
Subject: visit with ISN 685

Andrew,

I am having trouble getting a flight to the base.. Actually the arrangement that comes closest to working would have me getting to the base on the 28th. Utilizing an interpreter who is already on the base and can stay an extra day and visit with my client on the 29th.  Only problem is there are no flights out on Lynx or Air Sunshine on the 30th.  I know there are American eagle flights because I saw the plane but I don't know where they go or when they are.  Perhaps there are other airlines?  I am seeking your help in trying to find a way to get the interpreter and myself off the Island either the evening of the 29th or on the 30th. Please let me know if there is anything you can do.

Best regards,

Candace

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Wednesday, August 30, 2006 4:26 PM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: visit with ISN 685

Candace,

Thanks for the information.  Lynx and Air Sunshine are the only options available to non-military personnel.  I believe both Lynx and Sunshine have flights off the island on Sunday, Oct. 1 (Lynx to Ft. Lauderdale and Sunshine to Kingston).  Have you checked availability on those flights?  I realize staying an extra day at the base may not be ideal, but Sunshine and Lynx do not fly off the island on Friday nights (Oct.29) and Saturday (Oct. 30).

Best regards,

Andrew


-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Wednesday, August 30, 2006 5:30 PM
To: Warden, Andrew (CIV)
Subject: RE: visit with ISN 685

Thanks Andrew.  Unfortunately I can't stay until Sunday October 1.  It Would be helpful if you could see what other arrangements could be made. Know that there are other military flights in and out.  Could you please check on that?
Candace

Best regards,
Candace


-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Wednesday, August 30, 2006 4:40 PM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: visit with ISN 685

Candace,

We have looked into military flights, but those are not an option.  We are willing to work around your schedule and facilitate a visit for you when you can arrange travel on Lynx or Sunshine.  What about the week of Oct. 2 or 9?


Thanks,

Andrew

-----Original Message-----

From: Candace Gorman [mailto:hcgorman@igc.org]
Sent: Wednesday, August 30, 2006 4:47 PM
To: 'Andrew.Warden@usdoj.gov'
Subject: RE: visit with ISN 685

Andrew,
As per my follow-up email to you a few minutes ago the dates I had sent were in September not October.  I am unable to go in October because of previous commitments that include a trial.  It seems to me that with the governments help I could fly on flights that the government has previously restricted to military personnel, even if not a military flight.  I also don't understand what the military flights are no longer an option.
I have to confirm my ticket back to DC for the 8th today.  Right now it looks like I am going to have to be there.  Your help is appreciated.
Best regards,
Candace


-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Thursday, August 31, 2006 9:45 AM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: visit with ISN 685

Candace,

We are certainly willing to work with you as best we can, but military flights for habeas counsel are not an option.  There are flights on Lynx and Sunshine to and from Guantanamo nearly every day of the week.  Guantanamo is committed to making the visit work so I do not anticipate having to adjust the dates for logistical reasons at the base.  Looking at Lynx's website this morning, it appears that Lynx has multiple flights available throughout the week of Sept. 25 (e.g., arrive 27, interview 28, depart 29; or arrive 25, interview 26, depart 27).  Are there no dates in either September or October where you can arrange an interpreter and a flight on Lynx or Sunshine?

Best,

Andrew



-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Thursday, August 31, 2006 11:08 AM
To: Warden, Andrew (CIV)
Subject: RE: visit with ISN 685

Good morning Andrew,
That is correct Andrew.  We have been working with both plane schedules, and several interpreters to arrange this trip and we have not been successful without having further help from you.
Best regards,
Candace

```
-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Thursday, August 31, 2006 2:22 PM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return
Requested)
Subject: RE: visit with ISN 685

Candace,

As a threshold matter, I have learned this morning that Guantanamo can
accommodate your prior request to meet with ISN 654 on Sept. 18-20.

With that visit confirmed, the only remaining issue is your meeting
with ISN 685.  We began seeking options for getting you to Guantanamo for a
visit immediately following the August 24, 2006 hearing in this matter.
Since that time we have raised with you multiple possibilities, all of which
have been rejected.  We offered to extend your visit during the week of
September 17th an extra day so you could meet with ISN 685, but you refused.
We offered to allocate time during that visit so you could meet with ISN
685, but you refused.  We offered to try to accommodate a separate trip for
you to meet with ISN 685 at any time during September, but you refused.  We
offered you the chance to travel to the base throughout the entire
month of October, but you refused.  You indicated that you could fly to the
base on September 28, but you refused to travel on the first available return
flight on Oct. 1.  We even pointed out that there are flights available on
Lynx Air during the week of Sept. 25, but you apparently have conflicts with
those dates too.

We had understood at the hearing that you were committed to traveling
to the base to meet with ISN 685 as soon as possible.  We have been working
to facilitate that access over the past week, but you appear unwilling to
make any adjustments to permit that meeting to happen.  At this point we
believe the most reasonable solution is to make arrangements for a visit
during Sept. 28-Oct. 1.  As you indicated in your prior e-mails, there is an
available flight that arrives on Sept. 28, there is an interpreter
available to work with you on Sept. 29, and there is a departing flight on
Oct. 1 at 9 a.m., which would likely enable you to be back in Chicago later
that day.  Although you have stated that you cannot take the Oct. 1 flight,
you have provided no explanation for your position.

If the October 1 flight does not work out, I suggest we begin looking
at available dates in November.  I have received your visit request to
meet with ISN 654 on Nov. 13-15.  Would you be in a position to extend this
visit an extra day to include ISN 685?  Alternatively, are there other dates
in November when you have availability to make a separate trip to
Guantanamo to meet with ISN 685?

Best regards,

Andrew




-----Original Message-----
```

From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Thursday, August 31, 2006 4:17 PM
To: Warden, Andrew (CIV)
Subject: RE: visit with ISN 685

Hi Andrew,
THank you for getting back to me regarding my meeting with ISN 654.
Actually the first thing you offered afater our court date was a flight
down on a military plane the following week and I accepted that immediately.
You then withdrew that offer and refused to offer any assistance with
flights except to tell me to review the schedules for Lynx and Air Sunshine.

As you also know I told the court I couldn't extend the meeting
Scheduled for the 18th-20th. That of course would have been the easiest thing
if it was doable. I knew I was working around my schedule when I made the
request to see my other client on the 18-20th and  I actually tried to see if
I could change something on either side of that date but I could not.

I also told Judge Walton, in open court, that I was not willing to give
up my two days with my other client.  I am entitled to those two days and
I should not have to penalize my client just because it would be
convenient for the government.  That client is very ill as you know.

Also you are incorrect in that I did not refuse to meet with ISN
anytime in September.  I still could do it anytime during the week of the
11th, as I told you multiple times, but there were no flights available and
you refuse to look into any other flight arrangements.  I was even willing to
go thru Jamaica but you would not allow that either.

I also could have gone the days you suggested during the week of September
25th but I could not get a translator.  I have tried everyone and I
also tried asking other counsel that would be down there if I could borrow a
translator for a day but I couldnt' arrange anything.

You are correct that I cannot schedule anything in October because of a
very tight schedule with involves a trial and other things that have been
set for a long time and cannot be rearranged.

Also, and again you know this, I asked one simple thing from you and
that was after I found a translator who was going to be on the base the week
of the 25 and was scheduled to leave on the 28th but was willing to stay
an extra day and be available on Friday the 29th I asked your kind help in
finding us a way off the Island on either the evening of the 29th or on
Saturday the 30th but you refused to help... Notwithstanding the fact
that it is just crazy to have to spend four days on the base for a one day
meeting, I have a long standing famiy engagement on October 1st that I
cannot miss.

It seems that the government is only interested in keeping me on only
one of those two airlines instead of helping to make this meeting happen.  I
of course wonder why the government is more than willing to fly the press
back and forth as per the plane ride that you first offered (and I accepted)
but they are not interested in helping an attorney get to the base for a
meeting that they are responsible for not happening when it was originally
scheduled.

  If you could provide an acceptable translator I could still do the
trip that you suggested during the earlier part of the week of September

25th.

As you know Andrew I am not in a big firm and I have other cases and court committments.  I have tried very hard to arrange this, as I did the original meeting in July.  The government however is not willing to do anything to make this happen.

Best regards,
Candace




-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Thursday, August 31, 2006 4:23 PM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: visit with ISN 685

Candace,

Among other things in your e-mail, I was quite surprised by your Statement that I would not "allow" you to fly through Jamaica.  I have never made such a statement and I frankly have no idea what you are talking about.  That said, can you fly to Guantanamo through Jamaica during the week of September 11?  If so, please let me know so we can discuss those potential arrangements.

As for the press flight, I stated in my e-mail that it was merely a possibility and it was discussed solely in that context.  After we investigated that option further, we determined that those flights are not available for civilian habeas counsel.

Finally, I checked Lynx's website a few minutes ago and they are showing availability on a flight to Guantanamo on September 9 and a return flight on September 12.  That would enable you to conduct interviews on September 11.
Why won't that work?  According to my records, the lawyers from the Sutherland, Asbill law firm in Atlanta (John Chandler, Kristen Wilhelm) are departing Guantanamo on September 10 with an Arabic interpreter (Ihab Fayoumi).  Perhaps Mr. Fayoumi would be available to stay over with you For interviews on the 11th and depart on the 12th.  Please let me know your thoughts on this option.

Thanks,

Andrew




-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Friday, September 01, 2006 10:28 AM
To: Warden, Andrew (CIV)
Subject: RE: visit with ISN 685

Andrew,
Something must have come available on Lynx after I checked.  I would be
happy to try to make these arrangements if Mr. AlGhizzawi's 2 day
meeting could take place during that same time period.  I obviously
cannot go for four days for a one day meeting when I am going the next
week for three days for a two day meeting.  Assuming you could make
that happen and that the translator is available that would be agreeable.  I
have been on the road the last few days but I will check my email again
in 2 hours to see if those arrangements could be made at your end.
As to Jamaica, I asked you on tuesday if I could take other airlines or
make other arrangements as I noted that American eagle flies out of
guantanamo and it is my understanding they fly thru Jamaica, as does
Lynx at other times. You told me those other flights were not a
possibility as they were only for military personnel.
Best regards,
Candace


-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, September 01, 2006 10:02 AM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return
Requested)
Subject: RE: visit with ISN 685

Candace,

Thanks for your e-mail.  I want to make sure I'm clear on the itinerary
you are proposing:

Sept. 9:   Arrive GTMO via Lynx #518
Sept. 10:  No interviews (Sunday)
Sept. 11:  Interview ISN 685
Sept. 12:  Interview ISN 654
Sept. 13:  Interview ISN 654 & depart via Lynx #612

Please confirm that the proposed schedule is correct.  If so, we'll
inform Guantanamo and start working the logistics.

As an aside, it's our understanding that Air Sunshine is the only
airline that flies civilians through Jamaica to Guantanamo.  We are not
aware of any American Eagle flights and I don't believe any habeas
counsel have taken such a flight in the 2+ years of habeas visits.

Thanks,

Andrew




-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Friday, September 01, 2006 11:45 AM
To: Warden, Andrew (CIV)

Subject: RE: visit with ISN 685

Andrew,
Sorry you were correct about the date for 685.  Have you verified there is a flight for the translator on the 12th?  I have an email out to him but I want to make sure I can tell him that he can fly out the 12th.
Candace

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, September 01, 2006 10:50 AM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: visit with ISN 685

Candace,

I looked at the lynx website this morning and they were showing available departure flights on both the 12th and 13th.  You may want to call to double check, however. So there's no confusion, I understand that we're back to the "original schedule" with you meeting with 685 on the 11th and 654 on the 12th and 13th.  Please confirm.

Andrew

-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Friday, September 01, 2006 12:00 PM
To: Warden, Andrew (CIV)
Subject: RE: visit with ISN 685

Andrew,
That is correct as to the schedule.  I just spoke to Ihab and he can provide the translation as long as he can leave on the 12th, he is looking into that now.

Candace

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, September 01, 2006 11:05 AM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: visit with ISN 685

That's good news.  Before we start moving things around at GTMO, please confirm that Ihab can make the flight on the 12th.  Once have I have the confirmation, we'll start the ball rolling.

-----Original Message-----

From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, September 01, 2006 1:27 PM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: visit with ISN 685

Any work from Ihab on the flight?  We'd like to get moving on this as soon as possible.  Thanks.


-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Friday, September 01, 2006 3:20 PM
To: Gia.Simon@sablaw.com (Receipt Notification Requested) (IPM Return Requested); hcgorman@igc.org (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: Ihab Fayoumi

Thanks.  Candace, we'll start making the arrangments with Guantanamo.  Perhaps we can touch base on Tuesday.

Andrew


-----Original Message-----
From: Gia.Simon@sablaw.com [mailto:Gia.Simon@sablaw.com]
Sent: Friday, September 01, 2006 4:13 PM
To: Warden, Andrew (CIV); hcgorman@igc.org
Subject: Ihab Fayoumi

I have just faxed the confirmation to Air Sunshine. We should be all set for Ms. Gorman's trip.  Thanks.
--------------------------



-----Original Message-----
From: "Andrew.Warden@usdoj.gov" <Andrew.Warden@usdoj.gov>
Sent: Sep 5, 2006 8:07 PM
To: "hcgorman@igc.org" <hcgorman@igc.org>
Subject: Guantanamo Visit

Candace,

We've conferred with Guantanamo personnel regarding your proposed schedule.  Guantanamo can accommodate meetings with ISN 685 on September 11.  However, due to previously-scheduled visits by a other counsel, Guantanamo cannot accommodate your request to meet with ISN 654 on September 12 & 13.  Guantanamo is operating at maximum capacity on Sept. 12th and 13th and they cannot accommodate additional counsel meetings. I understand that you have booked a return flight from Guantanamo on Sept. 13.  As of a few minutes ago, Lynx was showing availability on Flight #610 departing GTMO at 8 a.m. on Sept. 12, so a change to this flight appears feasible.  I also understand that this schedule will

not impact you ability to work with your interpreter, Mr. Fayoumi, as he
will be on the base on Sept. 11 and plans to depart on Sept. 12.
As I mentioned previously, Guantanamo can support your original
request to meet with ISN 654 on Sept. 19-20 so that visit can proceed as
scheduled.  We had hoped to consolidate the two visits into one, but
the logistics of making that happen have proven impossible because of
other counsel visits.  Guantanamo is in the process of making the
arrangements for your visits so please let us know whether you will be
able to travel to the base on these dates.

Best regards,

Andrew



-Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Tuesday, September 05, 2006 10:47 PM
To: Andrew.Warden@usdoj.gov
Subject: Re: Guantanamo Visit

Andrew,
I guess I will see you in court on thursday.  As I told you when we
agreed on this last week, I would do this trip if I could do both visits
together but I was not willing to do this under the conditions you are now
demanding.  I cannot spend four days for a one day visit with ISN 685 to be
followed the next week by a three day visit with ISN 654 for a two day visit.
As you know I am not from a big firm and I am paying for all of this on my
own. It is also totally unacceptable that you have waited until 8 o'clock
tonight (September 5th)  to tell me that the arrangements that we made on
September 1st are not acceptable.  As you know we spent the better half of
Friday confirming these arrangements with the airlines, the translator and
the Sutherland law firm and you were unwilling to confirm the arrangements
with the base until the translator and I were confirmed on our arrangements
for the trip. You stated in your email below that "you understand" that I
confirmed that I booked a return flight on the 13th from Guantanamo.
That understanding is logical since I made that booking at at your
suggestion.  I will abide by whatever Judge Walton decides on Thursday.

Best regards,
Candace



-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Wednesday, September 06, 2006 9:56 AM
To: Warden, Andrew (CIV)
Subject: RE: Guantanamo Visit

I mean Friday.

Best regards,
Candace

```
-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Wednesday, September 06, 2006 10:52 AM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return
Requested)
Subject: RE: Guantanamo Visit
```

Candace,

To correct the record, we did not have an agreement regarding the dates
We discussed in September (Sept. 9-13).  As with all visit requests by
Habeas counsel, these dates are contingent on logistical approval by
Guantanamo.  I made this point clear to you in my e-mail dated Sept. 1, 10:01
a.m. ("Please confirm that the proposed schedule is correct.  If so, we'll
inform Guantanamo and start working the logistics.").  We worked diligently
over the last few days to make this proposed arrangement work, but the
logistics of accommodating your request to conduct meetings on September 12 &
13 proved impossible in light of the logistics and resources committed to
visits by other groups of habeas counsel with previously-approved
visits.  Once it became clear that the proposed arrangement would not work,
we informed you promptly and, for your convenience, suggested an
alternative flight arrangements.  Your suggestion that we have somehow
sandbagged you is baseless.  From you e-mail below, I'm unclear whether the
problem with conducting meetings with ISN 685 on Sept. 11 is the time
associated with traveling to Guantanamo on Sept. 9-12 or cost associated with
the trip.  If money is the obstacle, we have previously stated that we are
willing to discuss options regarding reimbursement of some appropriate
portion of your expenses.

As for the time associated with traveling to Guantanamo, as you know,
it is generally a three day trip to the base.  Counsel typically arrive a day
prior to their schedule interview to get settled and obtain the
required security credentials, conduct interviews on day two, and depart the
morning of day three.  The proposed dates we can offer you (Sept. 9-12) would
allow you to arrive at Guantanamo on Saturday, Sept. 9, begin interviews on
Sept. 11, and depart on the morning of Sept. 12.  While we understand that
that spending Sunday, Sept. 10 at the base is not the situation you would
prefer, it is the only option available given the Lynx flight schedules.

If we are not able to work out an agreement for the trip on Sept. 9-12,
there may be availability for you during the last week of September.  I
was advised last night that the lawyers with the Allen & Overy law firm in
New York (Sarah Havens, Douglas Cox) have cancelled their visit to the base
on Sept. 24-28.  They were scheduled to conduct three days of interviews
while working with two security-cleared Arabic interpreters (Mahmoud Khatib
and Ashraf Michael).  Subject to logistical approval from Guantanamo, would
you be able to visit the base on these dates?  I would envision you
arriving on September 24, 2006 on Air Sunshine #136 at 8:30 pm, conduct
interviews with ISN 685 on September 25, conduct interviews with ISN 654 on
September 26 & 27, and depart on September 28 on Air Sunshine #100 at 8:00
am.  This is the same itinerary purchased by Allen & Overy, perhaps they
would even be willing to transfer the flights to you, though I don not know
that.  I am happy to provide you with contact information for the Allen &
Overy lawyers if you need it.    Please let me know ASAP if this option
works for you so we can pursue it expeditiously with Guantanamo.  As always,
logistical approval from Guantanamo is necessary before any trip can be
firmly scheduled.

Best regards,

Andrew


-----Original Message-----
From: hcgorman@igc.org [mailto:hcgorman@igc.org]
Sent: Wednesday, September 06, 2006 12:32 PM
To: Warden, Andrew (CIV)
Subject: RE: Guantanamo Visit

Andrew,
Actually sandbagged is a good word to use for what happened.  No matter
what way you try to spin this you have not only cost me time and aggravation
but of course money.  You are the one that suggested the dates of the 9-13,
I specifically told you that it would not work unless I could see both
clients during the visit.  Not only did you give me every indication that I
could see both clients you also suggested the initial itinerary and made it
clear that the translator and I had to be confirmed before you would finalize
everything.  It seems to me that you are a very competent attorney, I
cannot believe that you had me make all of these arrangements without ever
checking with the base.  If that is the case then of course I would expect an
apology from you, not the spin I have received.
I have just learned that Ramadan starts at the time of your next
Proposed visit (sept. 24-28)and I have been advised by other habeas counsel
that I should not attempt to make my first visit with a new client during the
start of Ramadan because I do not know how religious my client is and he may
resent the intrusion.  Since I am only given one opportunity to meet
with my client to ascertain his desire for an attorney I do not want to
jeopardize that visit by going at a time that may offend him.
I have checked the schedule for the 11-13 and I see only three groups
of attorneys.  There were more than three groups at one point during my
last visit and no one complained.  It seems to me that if someone wanted to
do the right thing they would make the visit happen.  It is very apparent
that no one wants to do the right thing.  I guess I will seek J. Walton's
guidance on Friday.

Best regards,
Candace




-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Wednesday, September 06, 2006 12:35 PM
To: hcgorman@igc.org (Receipt Notification Requested) (IPM Return
Requested)
Subject: RE: Guantanamo Visit

Candace,

Just to be clear, Guantanamo can accommodate a meeting between you and
ISN 685 on September 11.  You have not provided any explanation why you
cannot agree to this arrangement, particularly given our willingness to

discuss reimbursement of appropriate travel expenses.  If that visit proceeds, you can visit with ISN 654 on September 19-20, as we previously confirmed.
This is precisely the type of "two visit" arrangement that you initially requested.  Indeed, in your August 28 e-mail you explicitly said that "I prefer to keep my dates for seeing Mr. Al-Ghizzawi."  It was the government who attempted to streamline your trips to Guantanamo into one visit, but that could not work for the logistical reasons I've previously explained.  We are now offering you the type of arrangement that you requested, but you are opposing this proposal for unexplained reasons.

Best,

Andrew




-----Original Message-----
From: Candace Gorman [mailto:hcgorman@igc.org]
Sent: Wednesday, September 06, 2006 2:25 PM
To: 'Andrew.Warden@usdoj.gov'
Subject: RE: Guantanamo Visit

Andrew,
As you know, my statement in my Aug 28th email in which I stated that I prefer to keep my dates for seeing Mr. Al-Ghizzawi was in the context of you suggesting that I drop my visit that was scheduled for September 19-20 and start over TRYING to arrange a new time period for the two visits.  I was trying to keep those dates and take the one day trip on the government plane that you had offered.  Unfortunately you reneged on that offer and I was not willing to cancel the scheduled visit until I had new dates set up. I still have my scheduled visit next week with Mr. Al-Ghizzawi (although I incurred a $75. charge when I cancelled my flight yesterday and then had to rebook it after you cancelled my trip today).  Your attempted spin on suggesting that I always wanted to go on to separate occasions to see my two clients is nonsense and offensive.
Perhaps as a government attorney it is hard to understand why someone would not be willing to pack up for four days for a one day meeting only to turn around the following week and pack up for four days for a two day meeting.  I run an office and I have lots of other cases that I am working on I have always tried to time my visits in a cost and time effective way.  It is my other cases that allows me the financial ability to work on this probono case.  This trip could be easily accomplished if the government was willing to act in a reasonable manner.
Best regards,
Candace

H. Candace Gorman, Esq.
542 S. Dearborn
Suite 1060
Chicago Il. 60605
312-427-2313