IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) | |
| | ) | |
| *Petitioners/Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, *et al,.* | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |

## DECLARATION OF STEPHEN M. TRUITT

1.    My name is Stephen M. Truitt and I am one of the counsel to Maher El Falesteny (ISN 519) presently imprisoned at Guantanamo, Cuba.  I make this declaration based on personal knowledge.

2.    On August 10 and 11, 2006 I met with Maher El Falesteny at Guantanamo.  This was my first meeting with Mr. Falesteny although he had requested a lawyer over a year before this visit.  In the course of discussions concerning how he had arrived at Guantanamo Mr. Falesteny told me

a.    That while at Guantanamo he was interrogated by an individual who gave his name to Mr. Falesteny as "Torture."

b.    Torture showed him a letter, apparently an official communication from Israel, on letterhead with a Star of David at the top.  The letter was in English but was translated for the prisoner, who speaks no English, to read that Israel wanted all Palestinians at Guantanamo returned to Israel pursuant to a security agreement between the two countries.

-2-

c.    The letter also claimed that Mr. Falesteny was the director of

intelligence for Hamas.  Mr. El Falesteny denied this allegation.

I declare under the penalties of perjury the foregoing is true and correct.

Executed at Washington, D.C.
October 31, 2006

Stephen M. Truitt

#8079298 v1 (999960.48127