IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. ) | |
| ) | |
| *Petitioners/Plaintiffs*, ) | Civil No. 05-2386 (RBW) |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, et al. ) | |
| ) | |
| *Respondents/Defendants*. ) | |

## ORDER

The court having considered the motion and memoranda and the record of the entire case, now therefore it is

ORDERED that with respect to Petitioner Maher El Falesteny, Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not transfer or remove the detained Petitioner from United States custody at Guantanamo Bay unless this court and counsel for Petitioner receive thirty days' advance notice of such transfer or removal.

BY THE COURT:

Reggie B. Walton
United States District Judge