**CERTIFICATE OF FILING WITH COURT SECURITY OFFICER**

      I hereby certify that Petitioner's Motion for Factual Returns and Memorandum in Support Thereof was filed today with the Court Security Officer. This motion seeks production of unclassified and classified factual returns, including CSRT and ARB transcripts and exhibits thereto.

      The filing was sent by hand delivery to the Court Security Officer for review today at 3:35 PM.

/s/ John C. Snodgrass
John C. Snodgrass

DSMDB-2168144v01