IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,  )<br> )<br>    *Petitioners/Plaintiffs*,  )<br> )<br>v.  )<br> )<br>GEORGE W. BUSH, *et al.*,  )<br> )<br>    *Respondents/Defendants*.  ) | Civil No. 05-2386 (RBW) |

NOTICE OF FILING OF
MOTION FOR ORDER REQUIRING RESPONDENTS TO
**PROVIDE COUNSEL FOR PETITIONER WITH FACTUAL RETURNS**

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing of his Motion for Order Requiring Respondents To Provide Counsel for Petitioner with Factual Returns.

Respectfully submitted,

      /s/ Stephen M. Truitt

Stephen M. Truitt (DC # 13235 )
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665

Barbara Olshansky (NY #0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

*Of Counsel for Petitioner*

Charles H. Carpenter (DC #432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665

Christopher J. Huber
Benjamin P. Cooper
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

Dated:  November 6, 2006

*Counsel for Petitioner*