IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
| *Petitioners/Plaintiffs,* | ) |
| v. | ) Civil No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al,.* | ) |
| *Respondents/Defendants.* | ) |

### SECOND DECLARATION OF STEPHEN M. TRUITT

1.  My name is Stephen M. Truitt and I am one of the counsel to Maher El Falesteny (ISN 519) a petitioner in the above captioned proceedings. First, I wish to correct an error in my earlier declaration herein: the date of my visit with Mr. El Falesteny was August 3 and 4, 2006 not August 10 and 11, 2006 as stated in my first declaration.

2.  After our August visit with Petitioner, the undersigned received a letter from Mr. El Falesteny. In this letter Mr. El Falesteny reports that he had attended his Administrative Review Board proceeding in early September. During that proceeding, he reported, charges against Petitioner differed markedly from those presented at his Combatant Status Review Tribunal ("CSRT") hearing.

3.  Earlier, Petitioner had stated in person to counsel that at the CSRT proceeding he was accused of fighting Americans in Khandahar during a period *after* he had been turned over to the Northern Alliance troops for a bounty, a physical impossibility.

-2-

      I declare under the penalties of perjury the foregoing is true and correct.

Executed at Washington, D.C.
November 3, 2006

                                                                           Stephen M. Truitt