IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMER MOHAMMON, et al. | ) | |
| | ) | |
|     *Petitioners/Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
| | ) | |
|     *Respondents/Defendants*. | ) | |

## **ORDER**

Upon consideration of Petitioner Maher El Falesteny's motion for an order requiring Respondents to produce factual returns, it is here by

ORDERED that respondents shall file factual returns for Petitioner within 15 days after the entry of this Order.

BY THE COURT:

_____
Reggie B. Walton
United States District Judge