IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, ISN #939,<br>Detainee, Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba, et al.,<br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | Civil Action No. 05-cv-2386-RBW<br><br>NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioners MAASOUM ABDAH MOUHAMMAD, a/k/a Bilal LNU, and JAMAL ABDULLAH KIYEMBA, as Next Friend of Maasoum Abdah Mouhammad, a/k/a Bilal LNU, in this matter. Service upon counsel may be made to:

      Lowell E. Sachnoff
      Matthew J. O'Hara
      Adam R. Chiss
      **SACHNOFF & WEAVER, LTD.**
      10 South Wacker Drive, 40th Floor
      Chicago, Illinois  60606
      Tel.:  (312) 207-1000
      Fax:  (312) 207-6400

Counsel for Petitioners certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioners without compensation.

Dated:  November 7, 2006              Respectfully submitted,

                                            Counsel for Petitioners:

                                            */s/ Adam R. Chiss*
                                            Lowell E. Sachnoff  (Illinois Bar No. 02438062)
                                            Matthew J. O'Hara  (Illinois Bar No. 6237795)
                                            Adam R. Chiss  (Illinois Bar No. 6272056)
                                            **SACHNOFF & WEAVER, LTD.**
                                            10 South Wacker Drive, 40th Floor
                                            Chicago, Illinois  60606
                                            Tel:  (312) 207-1000
                                            Fax:  (312) 207-6400

#909796

## CERTIFICATE OF SERVICE

I, Adam R. Chiss, state that on November 7, 2006, I electronically filed the foregoing Notice of Appearance of Petitioners MAASOUM ABDAH MOUHAMMAD, a/k/a Bilal LNU and JAMAL ABDULLAH KIYEMBA, as Next Friend of Maasoum Abdah Mouhammad, a/k/a Bilal LNU with the Clerk of the Court using the ECF system, which will send notification of such filings to counsel of record who are registered ECF users.

In addition, the foregoing Notice of Appearance will be served via first-class mail, proper postage prepaid, upon the following:

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Rear Admiral Harry B. Harris, Jr.
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Wade F. Davis
Commander, JDOG
JTF-GTMO
APO AE 09360

Kenneth L. Wainstein, Esq.
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, DC  20530

*/s/ Adam R. Chiss*
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
mohara@sachnoff.com

*Attorneys for Petitioners Maasoum Abdah Mouhammad, a/k/a Bilal LNU, and Jamal Abdullah Kiyemba, as Next Friend of Maasoum Abdah Mouhammad, a/k/a Bilal LNU*