PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
| *Petitioners/Plaintiffs*, | ) |
| v. | ) Civil No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) |
| *Respondents/Defendants*. | ) |

**PETITIONER'S NOTICE REGARDING THE UNCONSTITUTIONALITY OF THE MILITARY COMMISSIONS ACT OF 2006**

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice that at the appropriate time they intend to argue, *inter alia*, that the Military Commissions Act of 2006, Pub. L. No. 109-366 ("MCA"), which purports to suspend the right of habeas corpus "of an alien detained by the United States who has been determined by the United States to have been properly detained as an enemy combatant or is awaiting such determination," *id*. at Sec. 7, is invalid under the Suspension Clause, Article I, Sec. 9, Clause 2, of the United States Constitution. The constitutional validity of the MCA is currently being briefed before the District of Columbia Circuit Court of Appeals in the pending appeals*, Boumediene v. Bush*, No. 05-5062 (D.C. Cir.) and *Al Odah v. United States*, No. 05-5064 (D.C. Cir.), resolution of which Petitioner in the above captioned cases await.

-2-

<table>
<tr><td>

Barbara Olshansky (NY #0057)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

*Of Counsel for Petitioner*

</td><td>

Respectfully submitted,

    /s/ Stephen M. Truitt
Stephen M. Truitt (DC # 13235 )
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665

Charles H. Carpenter (DC #432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665

Christopher J. Huber
Benjamin P. Cooper
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

</td></tr>
<tr><td>

Dated:  November 7, 2006

</td><td>

*Counsel for Petitioner*

</td></tr>
</table>