# EXHIBIT A

DSMDB-2170268v01

UNCLASSIFIED//FOUO

**Summarized Unsworn Detainee Statement**

*The Personal Representative made the following statement on behalf of the Detainee, who was absent from the proceedings.*

- 3(a)1  The Detainee was second in command of his group in Tora Bora.

    I have never been to Tora Bora. This is not true.

- 3(a)2  The Detainee trained at al Farouq and Kandahar, Afghanistan.

    I did train in a camp, but the camp was not al Farouq. The camp I trained in translates to "the truth." I deny being at the al Farouq training camp.

- 3(a)3  The Detainee has met Usama Bin Laden.

    This is not true. I did not meet Usama Bin Laden. All I did was see a photograph of him. If I see a photograph of President Bush, does that mean I met President Bush? If I see a photograph of so and so, did I meet so and so? I adamantly deny meeting Usama Bin Laden, I only saw him in a magazine.

- 3(a)4  The Detainee's name was found on an Internet web-site listing of captured Taliban and Al Qaeda fighters.

- 3(a)5  The above-mentioned website's stated goal was to publish the names to place pressure on the home countries and Pakistan to release the "prisoners."

- 3(a)6  The Detainee's name was found on a computer server hard drive of Arabs incarcerated in Pakistan recovered during a raid on a suspected Al Qaeda safe house in Islamabad, Pakistan.

- 3(a)7  One of Detainee's known aliases was on a list of captured Al Qaeda members discovered on a computer hard drive associated with a senior Al Qaeda figure.

- 3(a)8  One of Detainee's known aliases and corresponding "trust" account were found on computer media seized during raids on Al Qaeda-associated safe houses.

    Points 3(a)4 through 3(a)8, I do not have direct knowledge of. These items have all been made up. When I was picked up by the Pakistanis, I was kidnapped. They could have used information against me. The French media also wrote about a number of individuals being kidnapped,

ISN# 322
Enclosure (3)
Page 1 of 2

UNCLASSIFIED//FOUO

001821

UNCLASSIFIED//FOUO

therefore, my name was being used…maybe my passport was found and someone took my name, and the Pakistanis used it against me.

While I was in the prisons in Pakistan, I gave my name to the military personnel there. Anybody in uniform that would ask my name, I thought they were legitimate, and I gave them my name. They may have used my name against me.

I was a kidnapped person from Pakistan. If you want me to be in this prison, I will be here for 200 or 300 years. I have a good time here, I am in Camp 2; I've been in Camp 2 the entire time. I've never had any problems here. I have always been cooperative while I've been here, and if all is well, I will be here for the rest of my life.

I did lose my passport in Kabul, and someone may have found that passport and used the name against me.

**AUTHENTICATION**

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, U.S. Marine Corps
Tribunal President

ISN# 322
Enclosure (3)
Page 2 of 2

UNCLASSIFIED//FOUO

001822