IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHALD AL BARKATI, <br><br> Sami Muhyideen, <br>     as Next Friend of <br>     Mr. Khald Al Barkati <br><br> *Petitioners*, <br><br> *v.* <br><br> GEORGE W. BUSH, et al., <br>     *Respondents*. | Civil Action No. 05-cv-2386(RBW) |

[PROPOSED] ORDER

This matter is before the Court on Petitioner's Motion for Factual Returns. Upon consideration of the arguments of the parties, it is hereby

ORDERED that Respondents shall produce unredacted factual returns to Petitioner's counsel, including classified and unclassified evidence; unredacted hearing transcripts of the Combatant Status Review Tribunal ("CSRT") and Administrative Review Board ("ARB") proceedings, including any classified portions, pertaining to Petitioner's initial and continued classification as an enemy combatant; any exhibits attached to the transcripts; and all evidence in the possession, custody or control of Respondents tending to show that Petitioner is *not* an enemy combatant, within 10 days of entry of this Order.

It is FURTHER ORDERED that Respondents shall supplement their production of factual returns should the information in such returns be supplemented or changed.

SO ORDERED.

_____, 2006               _____
                                                Honorable Judge Reggie B. Walton
                                                United States District Judge