IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.<br><br>　　　　Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　Respondents. | )<br>)<br>)　Civil Action No. 05-cv-2386 RBW (AK)<br>)<br>)　**NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioners ABDULLAH L.N.U. a.k.a. ABDULLAH TOHTASINOVICH MAGRUPOV (ISN 528), and ABDURRAZAKH L.N.U. a.k.a. ABDULRAHIM KERIMBAKIEV (ISN 521) in this matter. Both of these petitioners are Uighur detainees from Kazakhstan.

Service upon counsel may be made to:

> Robert A. Weiner
> Donald R. Pugliese
> McDermott Will & Emery LLP
> 340 Madison Avenue
> New York, New York 10173-1922
> Tel: 212.547.5408
> Fax: 212.547.5444

Counsel for Petitioners certifies, pursuant to L. Cv. R. 83.2(g), that it is representing Petitioners without compensation.

Dated: September 14, 2006

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Counsel for Petitioner:
　　　　　　　　　　　　　　　　　　MCDERMOTT WILL & EMERY LLP

　　　　　　　　　　　　　　　　　　BY: /s/ Robert A. Weiner
　　　　　　　　　　　　　　　　　　Robert A. Weiner (RW 3381)
　　　　　　　　　　　　　　　　　　340 Madison Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10173-1922
　　　　　　　　　　　　　　　　　　Tel: 212.547.5408
　　　　　　　　　　　　　　　　　　Fax: 212.547.5444

NYK 1056428-1.009966.0174