IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.<br>(ABDAL RAZAK ALI)<br><br>   Petitioners/Plaintiffs<br><br>  v.<br><br>GEORGE W. BUSH, et al.<br><br>   Respondents/Defendants | CIVIL ACTION<br><br>NO. 05-2386 (RBW) |

## NOTICE OF AUTHORIZATION

Please take notice that the undersigned counsel has received a signed Authorization of Representation, attached as Ex. A, from Petitioner Abdal Razak Ali, ISN 685.


Dated: November 21, 2006　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ H. Candace Gorman
　　　　　　　　　　　　　　　　　　　　　　H. Candace Gorman


LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313

1

## **CERTIFICATE OF SERVICE**

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of NOTICE OF AUTHORIZATION to be served upon the following persons through service that automatically occurs by virtue of filing the above listed document with the Court's ECF system.

      Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

This  21ST day of November, 2006.

      /s/ H. Candace Gorman
      Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313