# EXHIBIT A

Attorney-Detainee Materials

<u>إقرار بتمثيل قانوني</u>

بناءً على القسم ٣.س.٢ (Section III.C.2) من "الإجراءات المتّخذة بطريقة نفاذ المحامين للمعتقلين في القاعدة البحرية الأمريكية في خليج جوانتانامو، كوبا،" يشهد المعتقل في هذا الإقرار بأنه ممثل بمحامي الدفاع الموقع أدناه والذي قدّم طلب إنابة قضائية تتعلق بحقوق المعتقل القانونية أو أي حكم قضائي فدرالي بالنيابة عن المعتقل.

في حال سحب المحامي لتمثيله القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي، على المحامي إعلام وزارة الدفاع فوراً بذلك التغيير في الظروف.

_____          _____
توقيع محامي الدفاع                توقيع المعتقل

_____          _____
إسم المحامي باللغة الإنجليزية     إسم المعتقل باللغة الإنجليزية

أسعد إبراهيم عمار بوشا
_____
إسم المعتقل بلغته الوطنية (إن لم تكن بالإنجليزية)

التاريخ: 11 — 16 — 06