IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMER MOHAMMON, *et al.*,

        Petitioners,

    v.                                          No. 05-CV-2386 (RBW) (AK)

GEORGE W. BUSH, *et al.*,

        Respondents.

---

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT the Uyghur petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) have submitted to the Court Security Office for service and filing in the above-captioned action a notice of supplemental factual evidence in support of their renewed motion for counsel access and related relief.

Dated:    New York, New York
             November 21, 2006

                                        Respectfully submitted,

                                        Counsel for Petitioners:

                                        /s/ J. Wells Dixon

                                        Paul Schoeman (Pursuant to LCvR 83.2(g))
                                        Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                                        Darren LaVerne (Pursuant to LCvR 83.2(g))
                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Tel:  (212) 715-9100
                                        Fax:  (212) 715-8000

- 2 -

Barbara Olshansky (NY-0057)
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6464
Fax:  (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York  10021
Tel:  (212) 717-2736