*Approved for Public
Filing by the CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
                                                                 :
AMER MOHAMMON, *et al.*,                                         :
                                                                 :
            Petitioners,                              :
                                                                 :
            v.                                        :   No. 05-CV-2386 (RBW) (AK)
                                                                 :
GEORGE W. BUSH, *et al.*,                                        :
                                                                 :
            Respondents.                              :
                                                                 :
---------------------------------------------------------------- x

### NOTICE OF SUPPLEMENTAL FACTUAL EVIDENCE IN FURTHER SUPPORT OF PETITIONERS ABDUL GHAFFAR'S AND ADEL NOORI'S RENEWED MOTION FOR COUNSEL ACCESS

On September 14, 2006, the Uyghur petitioners Abdul Ghaffar and Adel Noori ("Petitioners"), by and through their undersigned counsel, filed a renewed motion for counsel access and related relief (*see* dkt. no. 164). Petitioners now respectfully place before the Court additional factual evidence in support of that motion (attached as Exhibit A). This evidence includes an unclassified Defense Department report, dated October 30, 2004, concerning the twenty-two Uyghur detainees from China.[1] The report further confirms Petitioners' identity – Abdul Rahman a/k/a Abdul Ghaffar (ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) – as Guantánamo detainees. Indeed, it establishes beyond any doubt that Respondents have separately identified each of the Uyghur detainees and compiled extensive biographical and other information about each of them. For this reason and the reasons set forth more fully in Petitioners' pending motion, there is no good faith basis for Respondents to continue to argue

---

[1] This report is part of an unclassified factual return provided by Respondents to one of the Uyghur petitioners in *Thabid v. Bush*, No. 05-CV-2398 (ESH), on October 17, 2006.

that they are unable to identify Petitioners as current detainees at Guantánamo and to deny them access to counsel on that basis.

Petitioners respectfully request that the Court enter the protective order as to them and order Respondents to provide them access to their counsel as soon as possible.

Dated:   New York, New York
         November 21, 2006

                Respectfully submitted,

                Counsel for Petitioners:

                /s/ J. Wells Dixon

                Paul Schoeman (Pursuant to LCvR 83.2(g))
                Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                Darren LaVerne (Pursuant to LCvR 83.2(g))
                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                1177 Avenue of the Americas
                New York, New York 10036
                Tel: (212) 715-9100
                Fax: (212) 715-8000

                Barbara Olshansky (NY-0057)
                Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                J. Wells Dixon (Pursuant to LCvR 83.2(g))
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York, New York 10012
                Tel: (212) 614-6464
                Fax: (212) 614-6499

                Alison Sclater (Pursuant to LCvR 83.2(g))
                245 East 80th Street, #9J
                New York, New York 10021
                Tel: (212) 717-2736

# EXHIBIT A

UNCLASSIFIED//~~FOUO~~

(U) INFORMATION PAPER

JTF-GTMO-JIG                                                    30 October 2004

SUBJECT: (U) Uighur Detainee Population at JTF-GTMO

1. PURPOSE. (U) To inform Joint Staff, Office of Detainee Affairs on the Uighur detainees.

   a. (U) Detainee biographical information.
   b. (U) Whether any of the Uighurs have recently been interviewed.
   c. (U) What disciplinary problems occurred over the past year.

2. (U) Specific information on the Uighur detainee population.

| (████) ISN: ████████584DP; NOORI, ADEL | (CURRENT NAME) |
|---|---|
| N/A | (REFERENCE NAME) |

(████) Adel Noori is a 35-year-old ethnic Uighur wanted by the Chinese government for involvement in an uprising that took place in Southern Xinjiang province in 1990. He left Alma Ata, Uzbekistan to train in Afghanistan and return to fight Chinese oppression of ethnic Uighurs. Noori was last interviewed in mid 2004. He has had disciplinary action on 6 October 2004 for failure to comply with guard orders, and on 10 February 2004 that required a forced cell extraction. Noori has a history of spitting and using racial epithets. He has made no physical threats against guards. Noori has been suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

| (████) ISN: ████████102DP; MOHAMMED, NAG | (CURRENT NAME) |
|---|---|
| NAJMEDEEN MOHAMMED | (REFERENCE NAME) |

(████) Nag Mohammed is a 26-year-old Chinese citizen who is an ethnic Uighur from the Xinjiang province of China. Mohammed was last interviewed in mid 2003. He had disciplinary action on 27 May 2003 for spitting, throwing water and body fluids on a guard. Mohammed has had no discipline during this calendar year. Mohammed has been suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//FOUO

| (FOUO) ISN: ███████103DP; MAHMUD, ARKIN | (CURRENT NAME) |
| MAHMUD, ARKINA | (REFERENCE NAME) |

(FOUO) Arkin Mahmud is a 40-year-old Chinese citizen, who is an ethnic Uighur from the Ghulja province of China. Mahmud was last interviewed in the end of 2002. He had disciplinary action on 4 March 2003 when he participated in a block riot and reportedly threw water, milk, food, body fluids, and feces at guards. Other reports indicate that discipline issues occurred on 5 March 2003 for spitting on a guard's face and neck, 21 April 2003 for spitting on a guard, on 1 September 2004 for threatening to kill an MP and threatening to kill President Bush, and on 4 September 2004 for lunging at a guard with his body and fist. As reported in his discipline history, he refused to return to his bay after a disturbance, threatening bodily harm to the detainees already inside the bay. Mahmud is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

| (FOUO) ISN: ███████201DP; TOURSON, AHMAD | (CURRENT NAME) |
| N/A | (REFERENCE NAME) |

(FOUO) Ahmad Tourson is a 33-year-old Chinese citizen, who is an ethnic Uighur from the Xinjiang province of China. He claims that he went to Afghanistan to escape the persecution of the Chinese Government. He was recruited by the Uighur movement and fled China in May 1999. He then traveled to Afghanistan in September 1999. Tourson was last interviewed in mid 2004. He has no reported incidents of violence in his discipline history. Tourson is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

| (FOUO) ISN: ███████219DP; RAZAK, ABDUL | (CURRENT NAME) |
| QADIR, ABDAL RAZAK | (REFERENCE NAME) |

(FOUO) Abdul Razak is a 29-year-old Chinese citizen who is an ethnic Uighur from the Xinjiang province of China. Razak was last interviewed at the end of 2002. He had a disciplinary action on 4 March 2003 for participating in a block riot in which he threw a torn up plate into the walkway and threatened guards. Razak has had no discipline during this calendar year. He is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

UNCLASSIFIED//FOUO

**UNCLASSIFIED//**~~FOUO~~

---

(███) ███████250DP; AVNAR, HASSAN (CURRENT NAME)
                  MOHAMMAD, ALI (REFERENCE NAME)

---

(████) Hassan Avnar is a 30-year-old Chinese citizen who is an ethnic Uighur from the Tashkuroq Village, Yining, Xinjiang province of China. Avnar was last interviewed at the end of 2002. He has no reported incidents of violence in his discipline history. Avnar is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

---

(████) ISN: ███████260DP; ADIL, AHMED (CURRENT NAME)
                        ADIL, AHNAD (REFERENCE NAME)

---

(████) Ahmed Adil is a 31-year-old Chinese citizen who is an ethnic Uighur from the Xinjiang province of China. Adil was last interviewed in the end of 2002. He has no reported incidents of violence in his discipline history. Adil is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

---

(████) ISN: ███████275DP; ABBAS, YUSEF                       (CURRENT NAME)
                        UTHMAN, ABD AL SABR ABD AL HAMID (REFERENCE NAME)

---

(████) Yusef Abbas is a 29-year-old Chinese citizen who is an ethnic Uighur from the town of Qarayar or Ghirak in Aksu or Gulja, Xinjiang province of China. He left the Peoples Republic of China in 2001, after being imprisoned twice, and traveled to Jalalabad Afghanistan via Kyrgyzistan and Pakistan. He was last interviewed in mid 2003. He has no reported incidents of violence in his discipline history. Abbas is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

---

(████) ISN: ███████276DP; BASIT, AKHDAR QASEM (CURRENT NAME)
                        AKHADAR QASEM           (REFERENCE NAME)

---

(████) Akhdar Qasem Basit is a 31-year-old Chinese citizen who is an ethnic Uighur from the Ghulja province of China. Basit was last interviewed at the end of 2002. He has no reported incidents of violence in his discipline history. Basit is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

**UNCLASSIFIED//**~~FOUO~~

UNCLASSIFIED//FOUO

| (FOUO) ISN: ███████277DP; MAHNUT, BAHTIYAR | (CURRENT NAME) |
|---|---|
| SABIT, SADIR | (REFERENCE NAME) |

(FOUO) Bahtiyar Mahnut is a 28-year-old Chinese citizen, who is an ethnic Uighur from the Ghalga province of China. Mahnut left China in May 2001 with the goal of reaching a western democracy (America) to live a better life. He was last interviewed in the end of 2002. He had disciplinary action on 4 March 2003 for participating in a riot in which he threw water, milk, food, body fluids, and feces on guards. Sabit is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan

| (FOUO) ISN: ███████278DP; MAMUT, ABDUL HELIL | (CURRENT NAME) |
|---|---|
| NASIR, ABD AL | (REFERENCE NAME) |

(FOUO) Abdul Helil Mamut is a 27-year-old Chinese citizen, who is an ethnic Uighur from Kashkar, China. In 1998 the detainee left China to go to Lahore, Pakistan to get education in order to help other Uighurs to fight the Chinese oppression. He was last interviewed in the end of 2002. He has no reported incidents of violence in his discipline history but has verbally assaulted guards on occasion. Mamut is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan

| (FOUO) ISN: ███████279DP; MOHAMMED, AYOOB HAJI | (CURRENT NAME) |
|---|---|
| MOHAMMED, AYOOB HAJI | (REFERENCE NAME) |

(FOUO) Ayoob Haji Mohammed is a 20-year-old Chinese citizen, who is an ethnic Uighur from Toqquztash, China. He was last interviewed in early 2004. Mohammed has had numerous disciplinary actions. His history indicates he was disciplined on 27 May 2003 for spitting and throwing water and urine on guards, on 18 November 2003 for throwing water and prayer oil on guards, on 5 December 2003 for spitting in a guard's face, on 12 January 04 for throwing feces in a guard's face, on 23 August 2004 for threatening a guard and spitting in the guard's face, on 27 September for throwing a bar of soap at a guard, and on 16 October 04 for threatening to kill a guard. Mohammed is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

| (FOUO) ISN: ███████280DP; KHALIK, SAIDULLAH | (CURRENT NAME) |
|---|---|
| ALI, KHALED | (REFERENCE NAME) |

(FOUO) Khalik Saidullah is a 27-year-old ethnic Uighur and a Chinese citizen, born in 1977, in Ghulja, Xinjiang, China. He was last interviewed in mid 2003. He has no reported incidents of violence in his discipline history. Saidullah is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

UNCLASSIFIED//FOUO

UNCLASSIFIED//~~FOUO~~

---

**(FOUO) ISN: ▓▓▓▓281DP; ABDUL RAHMAN, ABDUL GHAPPAR (CURRENT NAME)**
**AL RAHMAN, ABD AL GHATAR ABD (REFERENCE NAME)**

(FOUO) Abdul Ghappar Abdul Rahman is a 31-year-old Chinese citizen who is an ethnic Uighur from Kucha, China. He was last interviewed in mid 2003. He has no reported incidents of violence in his discipline history. Rahman is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

---

**(FOUO) ISN: ▓▓▓▓282DP; GHUPUR, HAJIAKBAR ABDUL (CURRENT NAME)**
**GHUPUR, HAJIAKBAR ABDUL (REFERENCE NAME)**

(FOUO) Hajiakbar Abdul Ghupur is a 30-year-old Chinese citizen who is an ethnic Uighur from the Xinjiang province of China. Ghupur claims to have traveled to Afghanistan in July 2001 to escape Chinese Government treatment of Muslims. He was last interviewed in mid 2003. He has no reported incidents of violence in his discipline history. Ghupur is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

---

**(FOUO) ISN: ▓▓▓▓283DP; QASIM, ABU BAKR      (CURRENT NAME)**
**                          N/A                (REFERENCE NAME)**

(FOUO) Abu Bakr Qasim is a 35-year-old ethnic Uighur and a Chinese citizen, born in 1969, in Ghulja, China. He claims to have fled China in an effort to escape Chinese oppression of the Uigher people. After fleeing China, the detainee traveled to Afghanistan. He was last interviewed in mid 2004. He has no reported incidents of violence in his discipline history. Qasim is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

---

**(FOUO) ISN: ▓▓▓▓285DP; ABDULQADIRAKHUN, ABDULLAH   (CURRENT NAME)**
**                          AL RAHMAN, JALLAL ADIN ABD (REFERENCE NAME)**

(FOUO) Abdullah Abdulqadirakhun is a 25-year-old Chinese citizen who is an ethnic Uighur from the Xinjiang province of China. He claims to have fled China in 2000 in order to escape the Chinese oppression of the Uighurs. He was last interviewed in mid 2004. He has no reported incidents of violence in his discipline history. Abdulqadirakhun is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//FOUO

| (FOUO) ISN: ▇▇▇▇289DP; ABDUREHIM, DAWUT | (CURRENT NAME) |
|---|---|
| YASSIN, SABIT KHAN | (REFERENCE NAME) |

(FOUO) Dawut Abdurehim is a 30-year-old Chinese citizen who is an ethnic Uighur from the Ghulja province of China. Yassin was last interviewed in late 2004. He has no reported incidents of violence in his discipline history. Abdurehim is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

| (FOUO) ISN: ▇▇▇▇293DP; ABDULHEHIM, ADEL | (CURRENT NAME) |
|---|---|
| QADIR, MUHAMMAD | (REFERENCE NAME) |

(FOUO) Adel Abdulhehim is a 30-year-old Chinese citizen who is an ethnic Uighur from the Ghulja province of China. He was last interviewed in the end of 2002. He had disciplinary action on 3 March 2003 for participating in a block riot. Abdulhehim has had no discipline during this calendar year. He is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

| (FOUO) ISN: ▇▇▇▇295DP; ABDULAHAT, ENAM | (CURRENT NAME) |
|---|---|
| AL AHAD, ABD AL SAMAD ABD | (REFERENCE NAME) |

(FOUO) Enam Abdulahat is a 27-year-old Chinese citizen, who is an ethnic Uighur from the Konashahar, China. Abdulahat was last interviewed on 10 August 2004. He had disciplinary action on 6 October 2004 for being in possession of a triangular piece of metal. Abdulahat is suspected as being a probable member of the East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

| (FOUO) ISN: ▇▇▇▇320DP; PARHAT, HOZAIFA | (CURRENT NAME) |
|---|---|
| N/A | (REFERENCE NAME) |

(FOUO) Hozaifa Parhat is a 33-year-old Chinese citizen, who is an ethnic Uighur from the Ghulja province of China. He claims to have fled the Xinjiang province, China to train in Afghanistan and return to fight Chinese oppression of ethnic Uighurs. He was last interviewed in mid 2004. He has no reported incidents of violence in his discipline history. Parhat is suspected as being a probable member of East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.

UNCLASSIFIED//FOUO

UNCLASSIFIED//<s>FOUO</s>

| (<s>FOUO</s>) ISN: ███████328DP; MOHAMMED, AHMED | (CURRENT NAME) |
| YAQUB, AHMAD MUHAMMAN | (REFERENCE NAME) |

(<s>FOUO</s>) Ahmed Mohammed is a 26-year-old Chinese citizen, who is an ethnic Uighur from the Artush province of China. He claims to have fled China in 2000 in an effort to escape Chinese oppression of the Uigher community and traveled to Afghanistan. He was last interviewed in late 2004. He has no reported incidents of violence in his discipline history. Mohammed is suspected as being a probable member of East Turkistan Islamic Movement (ETIM). He is suspected of having received training in an ETIM training camp in Afghanistan.