APPROVED BY COURT SECURITY
OFFICER FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHALD AL BARKATI, <br><br>Sami Muhyideen, <br>    as Next Friend of <br>    Mr. Khald Al Barkati <br><br>*Petitioners*, <br><br>v. <br><br>GEORGE W. BUSH, et al., <br>    *Respondents*. | Civil Action No. 05-cv-2386 (RBW) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR FACUTAL RETURNS**

    Petitioner respectfully moves this Court for a one-week extension of time to file a Reply to Respondents' Opposition to Petitioner's Motion for Factual Returns ("Opposition"), through and including December 7, 2006. The Opposition raises significant issues regarding the jurisdictional and constitutional implications of the recently enacted Military Commissions Act, and, especially in light of the upcoming holiday, this short extension of time is necessary to fully and properly address these issues. Respondents have consented to this one-week extension.

Dated: November 22, 2006        Respectfully submitted,

                                          /s/ David L. Engelhardt
                                          Frank C. Razzano (DC360173)
                                          David L. Engelhardt (DC429886)
                                          Johnisha Matthews (DC492478)
                                          Reginald B. McKnight (DC493946)
                                          Lisa M. Kaas (DC492302)
                                          John C. Snodgrass (DC473864)
                                          DICKSTEIN SHAPIRO LLP
                                          1825 Eye Street NW
                                          Washington, DC 20006

Telephone: (202) 420-2200
Fax: (202) 420-2201

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel for Respondents:

> Terry M. Henry
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 6120
> Washington, DC 20530
>
> and
>
> Andrew I. Warden
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 6120
> Washington, DC 20530

On this the 22nd day of November, 2006.

/s/ John C. Snodgrass
John C. Snodgrass

3

DSMDB-2175852v01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALD AL BARKATI,<br><br>Sami Muhyideen,<br>　　as Next Friend of<br>　　Mr. Khald Al Barkati<br><br>　　*Petitioners*,<br><br>*v.*<br><br>GEORGE W. BUSH, et al.,<br>　　*Respondents*. | Civil Action No. 05-cv-2386 (RBW) |

**<u>ORDER</u>**

Upon consideration of the Consent Motion to Extend Time to File a Reply to Respondents' Opposition to Petitioner's Motion for Factual Returns, it is ORDERED that the motion is GRANTED. Petitioner's reply is due December 7, 2006.

This ___ day of November, 2006.

_____
Reggie B. Walton
United States District Judge