**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) | |
| | ) | |
| *Petitioners/Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |

**NOTICE OF FILING OF
REPLY MEMORANDUM SUPPORTING REQUEST FOR
30-DAYS' ADVANCE NOTICE OF ANY INTENDED
REMOVAL OF PETITIONER FROM GUANTANAMO**

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives

notice of filing of his Reply Memorandum Supporting Request for 30-Days Advance Notice of

Any Intended Removal of Petitioner from Guantanamo.

Under the rules, this brief was due to be filed November 24, 2006.  Owing to

difficulties in delivering the brief to the CSO on November 22 and November 24 (the 23d being

Thanksgiving), it is filed on November 27, 2006.  More particularly, it could not be filed Friday

despite repeated attempts to deliver the brief to the Court Security Office on that day, as required

by the protective order, because no one at the CSO responded either to the messenger who was

delivering the filing or to telephone calls.

-2-

Respectfully submitted,

_____/s/ Stephen M. Truitt_____
Stephen M. Truitt (DC # 13235 )
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665

Barbara Olshansky (NY #0057)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

*Of Counsel for Petitioner*

Charles H. Carpenter (DC #432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665

Christopher J. Huber
Benjamin P. Cooper
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

Dated:  November 27, 2006

*Counsel for Petitioner*