# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*,  )<br>                                                 )<br>Petitioners,                              )<br>                                                 )   No. 05-CV-2386 (RBW) (AK)<br>  *v.*                                         )<br>                                                 )<br>GEORGE W. BUSH, *et al.*,       )<br>   Respondents.                       )<br>                                                 ) | |

**NOTICE OF FILING OF MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER SHARAF AL SANANI AND THE COURT WITH 30-DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF <u>PETITIONER FROM GUANTANAMO</u>**

Petitioner Sharaf Al Sanini, through his undersigned counsel, hereby gives notice of filing of his Motion for an Order Requiring 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo.

Dated: Atlanta, Georgia
       November 28, 2006

        Respectfully submitted,

        Counsel for Petitioner:

        _____/s/ Vinay J. Jolly_____
        A. Stephens Clay IV (Pursuant to LCvR 83.2(g))
        James F. Bogan III (Pursuant to LCvR 83.2(g))
        C. Allen Garrett Jr. (Pursuant to LCvR 83.2(g))
        Vinay J. Jolly (Pursuant to LCvR 83.2(g))
        Leslie J. Abrams (Pursuant to LCvR 83.2(g))
        Miguel M. Duran (Pursuant to LCvR 83.2(g))
        KILPATRICK STOCKTON LLP
        1100 Peachtree Street, Suite 2800
        Atlanta, Georgia 30309-4530
        Telephone: (404) 815-6500
        Facsimile: (404) 815-6555

        Barbara Olshansky (NY-0057)
        Gitanjali S. Guiterrez (Pursuant to LCvR 83.2(g))
        J. Wells Dixon (Pursuant to LCvR 83.2(g))
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Telephone: (212) 614-6439
        Facsimile: (212) 614-6499

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **NOTICE OF FILING OF MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER SHARAF AL SANANI AND THE COURT WITH 30-DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO** by serving electronically all attorneys of record for each party via the Court's Electronic Case Filing system.

Respectfully submitted,

Counsel for Petitioner:

     /s/ Vinay J. Jolly
A. Stephens Clay IV (Pursuant to LCvR 83.2(g))
James F. Bogan III (Pursuant to LCvR 83.2(g))
C. Allen Garrett Jr. (Pursuant to LCvR 83.2(g))
Vinay J. Jolly (Pursuant to LCvR 83.2(g))
Leslie J. Abrams (Pursuant to LCvR 83.2(g))
Miguel M. Duran (Pursuant to LCvR 83.2(g))
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Barbara Olshansky (NY-0057)
Gitanjali S. Guiterrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Telephone: (212) 614-6439
Facsimile: (212) 614-6499