# **Exhibit B**

**Jolly, Vinay**

| | |
|---|---|
| **From:** | Andrew.Warden@usdoj.gov |
| **Sent:** | Friday, October 13, 2006 3:30 PM |
| **To:** | Jolly, Vinay |
| **Subject:** | RE: Mohammon et al. v. Bush, Case No. 1:05-cv-02386-RBW: Identification of Sharaf Al Sanani |

Vinay,

Thank you for your e-mail below. Based on the additional information you have provided, we are no longer in a position to contest the identification of petitioner Sharaf Al Sanani.

Best regards,

Andrew


-----Original Message-----
From: VJolly@kilpatrickstockton.com [mailto:VJolly@kilpatrickstockton.com]
Sent: Thursday, October 12, 2006 11:19 AM
To: Warden, Andrew (CIV)
Subject: RE: Mohammon et al. v. Bush, Case No. 1:05-cv-02386-RBW: Identification of Sharaf Al Sanani

Andrew:

Thanks for your e-mail. We appreciate your efforts in investigating the facts we have presented regarding Sharaf Al Sanani's identity. To facilitate your efforts, I am enclosing a revised Declaration from Zachary Katznelson, which includes an additional identification of Sharaf Masood as Sharaf Al Sanani by Jamal Kiyemba, a former detainee at Guantánamo who was released in February of 2006. We will refrain from filing our Motion for Access and will look forward to receiving a response from you by the end of the week. If you will not agree that Sharaf Al Sanani is the detainee identified by the government as Sharaf Ahmad Muhammad Masud (ISN 170) by the close of business on Monday (October 16), however, we must proceed with filing our motion, in order to get a ruling prior to an upcoming visit to Guantanamo by co-counsel. Thanks again for your efforts to resolve this issue.

Regards,

Vinay


-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Wednesday, October 11, 2006 4:11 PM
To: Jolly, Vinay
Subject: RE: Mohammon et al. v. Bush, Case No. 1:05-cv-02386-RBW: Identification of Sharaf Al Sanani

Vinay,

Thanks for your e-mail. We are in the process of conferring with DoD regarding the additional information you have provided concerning the identity of petitioner Al Sanani. I anticipate providing a response to your e-mail below later this week. We would appreciate a few additional days to confer with our client before any motions are filed in this matter.

Best regards,

Andrew

1

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: VJolly@kilpatrickstockton.com [mailto:VJolly@kilpatrickstockton.com]
Sent: Friday, October 06, 2006 10:14 AM
To: Warden, Andrew (CIV)
Subject: Mohammon et al. v. Bush, Case No. 1:05-cv-02386-RBW: Identification of Sharaf Al Sanani

Dear Mr. Warden:

We represent Sharaf Al Sanani, whom Respondents have identified as one of the Petitioners in Mohammon v. Bush, No. 05-CV-2386 (RBW), that they cannot identify as a detainee at Guantanamo Bay. Our investigation has revealed a number of facts showing that Sharaf Al Sanani is the detainee identified by the government as Sharaf Ahmad Muhammad Masud, ISN 170, a citizen of Yemen who was born in Sana'a in 1978. Among other facts, we have learned that:

1. There is only one Guantanamo Bay detainee named "Sharaf," from Yemen or from any other country, and the name "Al Sanani" means "from Sana'a."

2. Guantanamo detainee Sami Al Hajj, Sharaf Al Sanani's Next Friend, has stated that Sharaf Al Sanani speaks good English, reached high school in Sana'a, and was in his "mid-twenties." Mr. Al Hajj also noted that Sharaf Al Sanani was the only Sharaf in Guantanamo.

3. Guantanamo detainee Osama Abu Kabir has stated that Sharaf Al Sanani's ISN is 170; that he (Al Sanani) is "light-skinned"; that he is "about 28 or 30"; and that he speaks English. Mr. Kabir also noted that Sharaf Al Sanani was the only Sharaf in Guantanamo.

4. Hassan Masood, the brother of Sharaf Ahmed Mohammed Masood (the phonetic equivalent of Sharaf Ahmad Muhammad Masud, ISN 170), has stated that his brother is a detainee at Guantanamo Bay; that his brother's ISN is 170; that his brother speaks English and finished high school at Sana'a; and that Sharaf is 28 years old. He further stated that American officials has visited his sister's home in Yemen, asked questions about Sharaf, and reported to Sharaf's sister that he is imprisoned at Guantanamo. These officials reviewed pictures of Sharaf, and Mr. Masood subsequently has provided a picture of Sharaf to counsel.

5. Mr. Zachary Katznelson of the Reprieve firm has documented these facts in a declaration and has included the picture of Mr. Masood in that declaration. I attach a copy of Mr. Katznelson's Declaration (with Mr. Hasood's picture attached) to this e-mail.

Please let us know by close of business Wednesday, October 11, if you will agree that Sharaf Al Sanani is Sharaf Ahmad Muhammad Masud, ISN 170, such that the Amended Protective Order can be entered and Mr. Masud can have access to counsel. If you do not agree, we will be forced to file a motion for access to counsel.

Regards,

Vinay Jolly


 <http://www.kilpatrickstockton.com/>
Vinay J. Jolly
Kilpatrick Stockton LLP
Suite 900
607 14th Street, NW
Washington, DC 20005-2018
t 202 508 5800

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.
Please contact us immediately by return e-mail or at 202 508 5800, and destroy the original transmission and its attachments without reading or saving in any manner.