Approved for Public Filing by the CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| Petitioners, ) | |
| ) | No. 05-CV-2386 (RBW) (AK) |
| *v.* ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| Respondents. ) | |

## PROPOSED ORDER

Upon consideration of Petitioner Sharaf Al Sanani a/k/a Sharaf Ahmad Muhammad Masud's November 28, 2006 Motion for an Order requiring Respondents to provide counsel for Petitioner and the Court with advance notice of any intended removal of Petitioner from Guantánamo Bay Naval Base in Cuba it is hereby

ORDERED that the Motion is GRANTED.

SO ORDERED.

Dated: _____       _____
                                United States District Court Judge