UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD AL-FAWZAN<br>　　Detainee,<br>　　Guantánamo Bay Naval Station,<br>　　Guantánamo Bay, Cuba.<br><br>Sami Muhyedin al Hajj,<br>　　as Next Friend of<br>　　Mr. Fahd Al-Fawzan<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>　　　　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF**
**PETITIONER'S MOTION FOR FACTUAL RETURNS**

Petitioner Fahd Al-Fawzan, through his undersigned counsel, hereby gives notice of filing of his

Motion for Factual Returns.


Dated: New York, New York
　　　　November 30, 2006.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　Counsel for Petitioner
　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Martha Rayner (NY-MR-1423)
　　　　　　　　　　　　　　　　　　　　Ramzi Kassem (RK-NY-3567)
　　　　　　　　　　　　　　　　　　　　James A. Cohen (NY-JC-3836)

　　　　　　　　　　　　　　　　　　　　LINCOLN SQUARE LEGAL SERVICES
　　　　　　　　　　　　　　　　　　　　Fordham University School of Law
　　　　　　　　　　　　　　　　　　　　33 W. 60th Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10023
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 636-6934
　　　　　　　　　　　　　　　　　　　　Fax: (212) 636-6923