UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>Benyam Mohammad,<br>    as Next Friend of<br>    Mr. Sanad Ali Yislam Al-Kazimi<br><br>                        Petitioners,<br><br>            v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>                        Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF**
**PETITIONER'S MOTION FOR FACTUAL RETURNS**

Petitioner Sanad Ali Yislam Al-Kazimi, through his undersigned counsel, hereby gives notice of

filing of his Motion for Factual Returns.

Dated:   New York, New York
         November 30, 2006.

                                        Respectfully submitted,
                                        Counsel for Petitioner
                                        _____/s/_____
                                        Martha Rayner (NY-MR-1423)
                                        Ramzi Kassem (RK-NY-3567)
                                        James A. Cohen (NY-JC-3836)

                                        LINCOLN SQUARE LEGAL SERVICES
                                        Fordham University School of Law
                                        33 W. 60th Street, 3rd Floor
                                        New York, NY 10023
                                        Telephone: (212) 636-6934
                                        Fax: (212) 636-6923