IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------- x
:
AMER MOHAMMON, *et al.*,  :
:
          Petitioners,  :
:
          v.  : Civil Action No. 05 CV 2386 (RBW)
:
GEORGE W. BUSH, *et al.*,  :
:
          Respondents.  :
:
---------------------------------------- x

## NOTICE OF APPEARANCES AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned action.

I hereby certify, pursuant to L. Civ. R. 83.2(g), that I am representing Petitioners without compensation.

Dated: New York, New York
       November 29, 2006

                        Respectfully submitted,

                        Counsel for Petitioners:

                        */s/ Seema Saifee*
                        Seema Saifee (Pursuant to LCvR 83.2(g))
                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Tel: (212) 715-9100
                        Fax: (212) 715-8000