# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SEED FARHA**, <br> also listed as SAID ALI AL FARHA; <br><br> **MOHSEN**, <br> also listed as MUSHIN MUHAMMAD MUSHEEN MOQBILL; <br><br> **FAHD AL HARAAZI**, <br> also listed as FAHED ALI HARAZI; <br><br> **JABIR AL QUATANY**, <br> also listed as JABIR HASAN MUHAMED AL QAHTANI; <br><br> **Sami Muhyideen,** <br> as Next Friend of Mr. Farha <br> and Mr. Mohsen; <br><br> **Jamal Kiyemba,** <br> as Next Friend of Mr. Haraazi <br> and Mr. Al Quatany; <br><br> **Usama Hasan Abu Kabir,** <br> as Next Friend of Mr. Al Quatany; <br><br>    *Petitioners*, <br><br>    *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br>    *Respondents.* |  **CIVIL ACTION NO. 05-CV-02386 (RBW)** |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Memorandum of Understanding Regarding Access to Classified National Security Information to be served by filing on the ECF system this 6th day of December, 2006, on the following persons:

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center U.S.
555 4th Street, NW
Washington, D.C. 20530

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530

**George W. Bush**
PRESIDENT, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Rear Admiral Harry B. Harris, Jr.**
COMMANDER, JOINT TASK FORCE-JTF-GTMO
APO AE 09360

**Rear Admiral Harry B. Harris, Jr.**
GTMO UNITED STATES NAVY
Navy Pentagon
Washington, D.C. 20310-0200

**Army Col. Wade F. Davis**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Army Col. Wade F. Davis**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

    /s/ Elizabeth S. Arora