IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' RESPONSE TO NOTICE OF SUPPLEMENTAL
FACTUAL EVIDENCE IN FURTHER SUPPORT OF PETITIONERS ABDUL
GHAFFAR'S AND ADEL NOORI'S RENEWED MOTION FOR COUNSEL ACCESS**

For the reasons previously stated in the respondents' opposition memorandum, see dkt. no. 172, respondents continue to oppose the renewed motion for counsel access to petitioners Adel LNU and Abdurahman LNU. Petitioners' supplemental factual evidence – a report listing biographical information about twenty-two Uighur detainees at Guantanamo Bay – does nothing to change the fact that petitioners' counsel have not provided competent evidence sufficient to warrant disregarding the issues respecting the identification of the two petitioners at issue in this case. Contrary to petitioners' counsel's claims, respondents have never disputed the existence of Abdul Ghaffar (ISN 281) and Adel Noori (ISN 584) as detainees at Guantanamo Bay. However, respondents have disputed – and continue to dispute – petitioners' counsel's assertions that Abdul Ghaffar (ISN 281) and Adel Noori (ISN 584) are the named petitioners in this case, Adel LNU and Abdurahman LNU. See dkt. no. 172. Petitioners' counsel's supplemental evidence does not provide any new information to resolve this issue or supplement the limited identifying information provided by petitioners' purported next-friends. Consequently, the renewed motion

for counsel access should be denied.

Dated: December 5, 2006          Respectfully submitted,

         PETER D. KEISLER
         Assistant Attorney General

         DOUGLAS N. LETTER
         Terrorism Litigation Counsel

         /s/ Andrew I. Warden
         JOSEPH H. HUNT (D.C. Bar No. 431134)
         VINCENT M. GARVEY (D.C. Bar No. 127191)
         TERRY M. HENRY
         JAMES J. SCHWARTZ
         PREEYA M. NORONHA
         ROBERT J. KATERBERG
         ANDREW I. WARDEN (IN Bar. No. 23840-49)
         NICHOLAS J. PATTERSON
         EDWARD H. WHITE
         United States Department of Justice
         Civil Division, Federal Programs Branch
         20 Massachusetts Ave., N.W.
         Washington, DC  20530
         Tel:  (202) 514-4107
         Fax:  (202) 616-8470

         Attorneys for Respondents