UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,<br>*(ABDAL RAZAK ALI)*<br><br>        Petitioners,<br><br>vs.<br><br>GEORGE W. BUSH, *et al*,<br><br>        Respondents. | No. 05-cv- 2386 (RBW) |

### NOTICE OF FILING

To:    Terry Henry, Esq., Senior Trial Attorney
         Andrew I. Warden, Esq., Trial Attorney
         U.S. Department of Justice
         Civil Division, Federal Programs Branch
         20 Massachusetts Ave., NW, Room 7144
         Washington, DC  20530

       PLEASE TAKE NOTICE that on the 14th day of December, 2006, we filed with the U. S. Department of Justice Litigation Security Section a copy of **PETITIONER ABDAL RAZAK ALI'S REPLY IN SUPPORT OF PETITIONER'S MOTION FOR FACTUAL RETURNS** to be served upon you.

                                                                 /s/ H. Candace Gorman
                                                                  Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313