**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMER MOHAMMON, et al., | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-02386 RBW |
| | ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY | ) | |
| COL. MICHAEL BUMGARNER, and ARMY COL. | ) | |
| JAY HOOD, | ) | |
| | ) | |
| *Respondents*. | ) | |

**APPEARANCE AND CERTIFICATION OF PRO BONO REPRESENTATION**

Pursuant to Local Rule 83.2(g), Thomas P. Sullivan hereby enters his appearance as

counsel for Petitioner Abdul-rahman Abdo Abulghaith Sulaiman, ISN 223 (also known as Abdul

Rahman Abdul Abu Ghityh Sulayman) in the above-captioned case.  Mr. Sullivan certifies that

he is a member in good standing of the Illinois Supreme Court bar and that he has undertaken the

representation of Petitioner without compensation.

Respectfully submitted,

___/s/ Thomas P. Sullivan_____     Dated:  December 14, 2006
Thomas P. Sullivan
   Illinois Bar No.  2773112
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2928
Fax: (312) 840-7328
Email: tsullivan@jenner.com

*Of Counsel*
Barbara J. Olshansky
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499
Email: bjo@ccr-ny.org


ATTORNEYS FOR PETITIONER ABDUL-
RAHMAN ABDO ABULGHAITH SULAIMAN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon counsel of record via the ECF system on the 14th day of December, 2006.

         /s/ Thomas P. Sullivan
           Thomas P. Sullivan
              Illinois Bar No.  2773112
           JENNER & BLOCK LLP
           330 North Wabash Avenue
           Chicago, Illinois 60611
           Tel: (312) 923-2928
           Fax: (312) 840-7328
           Email: tsullivan@jenner.com