**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMER MOHAMMON, et al., ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02386 RBW |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY ) | |
| COL. MICHAEL BUMGARNER, and ARMY COL. ) | |
| JAY HOOD, ) | |
| ) | |
| *Respondents*. ) | |

## APPEARANCE AND CERTIFICATION OF PRO BONO REPRESENTATION

Pursuant to Local Rule 83.2(g), Douglas A. Sondgeroth hereby enters his appearance as counsel for Petitioner Abdul-rahman Abdo Abulghaith Sulaiman, ISN 223 (also known as Abdul Rahman Abdul Abu Ghityh Sulayman) in the above-captioned case. Mr. Sondgeroth certifies that he is a member in good standing of the Illinois Supreme Court bar and that he has undertaken the representation of Petitioner without compensation.

Respectfully submitted,

  /s/ Douglas A. Sondgeroth_____        Dated: December 14, 2006
Douglas A. Sondgeroth
   Illinois Bar No. 6278486
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7605
Fax: (312) 840-7705
Email: dsondgeroth@jenner.com

*Of Counsel*
Barbara J. Olshansky
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499
Email: bjo@ccr-ny.org


ATTORNEYS FOR PETITIONER ABDUL-
RAHMAN ABDO ABULGHAITH SULAIMAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appearance and Certification of Pro Bono Representation was served upon counsel of record via the ECF system on the 14th day of December, 2006.

                                      /s/ Douglas A. Sondgeroth
                                      Douglas A. Sondgeroth
                                          Illinois Bar No. 6278486
                                      JENNER & BLOCK LLP
                                      330 North Wabash Avenue
                                      Chicago, Illinois 60611
                                      Tel: (312) 840-7605
                                      Fax: (312) 840-7705
                                      Email: dsondgeroth@jenner.com