Case 1:05-cv-02386-UNA    Document 241    Filed 12/14/2006    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay Cuba<br><br>"SHARGOWI" - SHARKAWI ABDA ALI AL-HAAG,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>    BENYAMIN MOHAMMED and<br>    GHARIB ABUA ALI AL- HAAG,<br>    as Next Friends of<br>    Mr. Al-Haag<br><br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000;<br><br>REAR ADMIRAL HARRY B. HARRIS, JR.,<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>     Operations Group - JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360,<br><br>*Respondents/Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-2386 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WO 671939.2

### NOTICE OF FILING CONSOLIDATED MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER AND THE COURT WITH 30-DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO AND FOR FACTUAL RETURNS

Please take notice that on December 14, 2006, Petitioner Sharkawi Abda Ali Al-Haag, through the undersigned counsel, filed under seal a Consolidated Motion for an Order Requiring 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo and for Factual Returns with the Court Security Officer pursuant to the procedures set forth in the protective order entered in this matter.

Dated: December 14, 2006

Respectfully submitted,

Counsel for Petitioners:

/s/ Richard G. Murphy, Jr.
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
John P. Anderson (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0454
Facsimile: (202) 637-3593

John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

* - Lead Counsel

## CERTIFICATE OF SERVICE

I, Richard G. Murphy, Jr., certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC 20530

This 14th day of December, 2006.

                                                    /s/ Richard G. Murphy, Jr.
                                                    Richard G. Murphy, Jr.