# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| AMER MOHAMMON, et al.<br>(ABDAL RAZAK ALI)  )<br>)<br>Petitioners/Plaintiffs )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al. )<br>)<br>Respondents/Defendants ) | CIVIL ACTION<br><br>NO. 05-2386 (RBW) |

_____

## AFFIDAVIT OF H. CANDACE GORMAN

**I, H. Candace Gorman, swear as follows:**

1. That I am counsel for Mr. Abdal Razak Ali, ISN 685 (hereinafter Razak Ali).

2. I am also counsel for Mr. ABDUL HAMID ABDUL SALAM AL-GHIZZAWI, ISN 654 (hereinafter Al-Ghizzawi).

3. On November 14-15, 2006, I met with Mr. Al-Ghizzawi at the Guantanamo Bay base.

4. During that visit, Mr. Al-Ghizzawi showed me the unclassified documents relating to his recent ARB proceedings.

5.  I have also contacted other habeas counsel and they have all confirmed for me that their clients are given copies of the unclassified ARB documents.

I state the foregoing under penalty of perjury.


/s/ H. Candace Gorman
H. Candace Gorman