IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
:
AMER MOHAMMON, *et al.*,                :
:
               Petitioners,    :
:
      v.                          :   No. 05-CV-2386 (RBW)
:
GEORGE W. BUSH, *et al.*,               :
:
               Respondents.   :
:
———————————————————— x

## NOTICE OF APPEARANCE AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

      Please enter my appearance on behalf of the Uighur petitioner from Kazakhstan Abdullah LNU a/k/a Abdullah Tohtasinovich Magrupov (ISN 528) in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing this petitioner without compensation.

Dated:    New York, New York
            December 15, 2006

                              Respectfully submitted,

                              Counsel for Petitioner:

                              /s/ J. Wells Dixon
                              J. Wells Dixon (Pursuant to LCvR 83.2(g))
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel: (212) 614-6423
                              Fax: (212) 614-6499