UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>Benyam Mohammad,<br>    as Next Friend of<br>    Mr. Sanad Ali Yislam Al-Kazimi<br><br>                    Petitioners,<br><br>v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>                    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF PETITIONER'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR FACTUAL RETURNS

Petitioner Sanad Ali Yislam Al-Kazimi, through his undersigned counsel, hereby gives notice of filing of his Reply in Further Support of his Motion for Factual Returns.

Dated:  New York, New York
         December 18, 2006.

                                    Respectfully submitted,
                                    Counsel for Petitioner
                                    _____/s/_____
                                    Martha Rayner (NY-MR-1423)
                                    Ramzi Kassem (RK-NY-3567)
                                    James A. Cohen (NY-JC-3836)

                                    LINCOLN SQUARE LEGAL SERVICES
                                    Fordham University School of Law
                                    33 W. 60th Street, 3rd Floor
                                    New York, NY 10023
                                    Telephone: (212) 636-6934
                                    Fax: (212) 636-6923