# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, )<br>)<br>Petitioners, )<br>)<br>*v.* )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>    Respondents. )<br>) | No. 05-CV-2386 (RBW) (AK) |

## NOTICE OF FILING OF REPLY TO THE MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER SHARAF AL SANANI AND THE COURT WITH 30-DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF <u>PETITIONER FROM GUANTANAMO</u>

Petitioner Sharaf Al Sanini, through his undersigned counsel, hereby gives notice of filing of his Reply Memorandum in Support of his Motion for an Order Requiring 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo.

US1900 9167657.1

Dated: Atlanta, Georgia
       December 18, 2006

                Respectfully submitted,

                Counsel for Petitioner:

                    /s/ Vinay J. Jolly
                A. Stephens Clay IV (Pursuant to LCvR 83.2(g))
                James F. Bogan III (Pursuant to LCvR 83.2(g))
                C. Allen Garrett Jr. (Pursuant to LCvR 83.2(g))
                Vinay J. Jolly (Pursuant to LCvR 83.2(g))
                Leslie J. Abrams (Pursuant to LCvR 83.2(g))
                Miguel M. Duran (Pursuant to LCvR 83.2(g))
                KILPATRICK STOCKTON LLP
                1100 Peachtree Street, Suite 2800
                Atlanta, Georgia 30309-4530
                Telephone: (404) 815-6500
                Facsimile: (404) 815-6555

                Barbara Olshansky (NY-0057)
                Gitanjali S. Guiterrez (Pursuant to LCvR 83.2(g))
                J. Wells Dixon (Pursuant to LCvR 83.2(g))
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York, New York 10012
                Telephone: (212) 614-6439
                Facsimile: (212) 614-6499