*EXHIBIT A*



**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# News Release

On the Web:
http://www.defenselink.mil/Releases/Release.aspx?ReleaseID=10301
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711 +1

IMMEDIATE RELEASE

No. 1287-06
December 17, 2006

### Detainee Transfer Announced



The Department of Defense announced today that it transferred seven detainees from Guantanamo Bay, Cuba, to Afghanistan, five detainees to Yemen, three detainees to Kazakhstan, one detainee to Libya, and one detainee to Bangladesh. Additionally, one detainee was released to Yemen. These detainees were recommended for transfer or release by multiple review board processes conducted at Guantanamo Bay.

Aproximately 85 detainees remain at Guantanamo who the U.S. Government has determined eligible for transfer or release through a comprehensive series of review processes. Departure of these remaining detainees approved for transfer or release is subject to ongoing discussions between the United States and other nations. The United States does not desire to hold detainees for any longer than necessary. The department expects that there will continue to be other transfers and releases of detainees.

There are ongoing processes to review the status of detainees held at Guantanamo. A determination about the continued detention, transfer, or release of a detainee is based on the best information and evidence available at the time, both classified and unclassified.

This increases the number of detainees who have departed Guantanamo this year to 114. Since 2002, approximately 380 detainees have departed Guantanamo for other countries including Albania, Afghanistan, Australia, Bangladesh, Bahrain, Belgium, Denmark, Egypt, France, Germany, Iran, Iraq, Jordan, Kazakhstan, Kuwait, Libya, Maldives, Morocco, Pakistan, Russia, Saudi Arabia, Spain, Sweden, Sudan, Tajikistan, Turkey, Uganda, United Kingdom, and Yemen.

Approximately 395 detainees remain at Guantanamo.

