

**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# News Release

On the Web:
http://www.defenselink.mil/Releases/Release.aspx?ReleaseID=10293
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711 +1

IMMEDIATE RELEASE

No. 1279-06
December 14, 2006

### Detainee Transfer Announced

The Department of Defense announced today that it transferred 16 detainees from Guantanamo Bay, Cuba, to Saudi Arabia. These detainees were all recommended for transfer by an administrative review board conducted at Guantanamo Bay.

With today's transfer, approximately 100 detainees remain at Guantanamo who the U.S. government has determined eligible for transfer or release through a comprehensive series of review processes. Departure of these remaining detainees approved for transfer or release is subject to ongoing discussions between the United States and other nations. The United States does not desire to hold detainees for any longer than necessary. The department expects that there will continue to be other transfers and releases of detainees.

There are ongoing processes to review the status of detainees held at Guantanamo. A determination about the continued detention or transfer of a detainee is based on the best information and evidence available at the time, both classified and unclassified.

    This transfer increases the number of detainees who have departed Guantanamo this year to 96. Since 2002, approximately 360 detainees have departed Guantanamo for other countries including Albania, Afghanistan, Australia, Bahrain, Belgium, Denmark, Egypt, France, Germany, Iran, Iraq, Jordan, Kuwait, Maldives, Morocco, Pakistan, Russia, Saudi Arabia, Spain, Sweden, Sudan, Tajikistan, Turkey, Uganda, United Kingdom, and Yemen.

Approximately 415 detainees remain at Guantanamo.

