

**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# News Release

On the Web:
http://www.defenselink.mil/Releases/Release.aspx?ReleaseID=8705
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711 +1

IMMEDIATE RELEASE

No. 739-05
July 20, 2005

## Detainee Transfer Announced

The Department of Defense announced today that it released or transferred eight detainees from Guantanamo Bay, Cuba. This movement included the releases of one detainee to Sudan, two to Afghanistan, three detainees to Saudi Arabia, one to Jordan and one detainee transferred to the government of Spain. This movement increases the number of detainees who have departed GTMO to 242.

This movement included three detainees found no longer to be enemy combatants by a Combatant Status Review Tribunal. One detainee found no longer to be an enemy combatant was released to Sudan, one was released to Saudi Arabia and one was released to Jordan.

This movement included three detainees recommended for release by the Administrative Review Board - the two detainees released to Afghanistan and one detainee released to Saudi Arabia.

There are ongoing processes to review the status of detainees. A determination about the continued detention or transfer of a detainee is based on the best information and evidence available at the time. The circumstances in which detainees are apprehended can be ambiguous, and many of the detainees are highly skilled in concealing the truth.

During the course of the war on terrorism, the department expects that there will be other transfers or releases of detainees.

Because of operational and security considerations, no further details can be provided.

Prior to this transfer, DoD has transferred or released 234 detainees from GTMO - 167 for release, and 67 transferred to other governments (29 to Pakistan, five to Morocco, seven to France, seven to Russia, four to Saudi Arabia, one to Spain, one to Sweden, one to Kuwait, one to Australia, nine to Great Britain and two to Belgium). There are approximately 510 detainees currently at Guantanamo.