

**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# News Release

On the Web:
http://www.defenselink.mil/Releases/Release.aspx?ReleaseID=10081
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711 +1

IMMEDIATE RELEASE

No. 1037-06
October 16, 2006



## Detainee Transfer Announced

The Department of Defense announced today that it transferred one detainee to Bahrain, one detainee to Iran and two detainees to Pakistan. These detainees were all recommended for transfer due to Administrative Review Board processes conducted at Guantanamo Bay.

With today's transfer, approximately 110 detainees remain at Guantanamo who the U.S. government has determined eligible for transfer or release through a comprehensive series of review processes. Departure of these remaining detainees approved for transfer or release is subject to ongoing discussions between the United States and other nations. The United States does not desire to hold detainees for any longer than necessary. The department expects that there will continue to be other transfers and releases of detainees.

There are ongoing processes to review the status of detainees held at Guantanamo. A determination about the continued detention or transfer of a detainee is based on the best information and evidence available at the time, both classified and unclassified.

With this transfer, approximately 340 detainees have departed Guantanamo for other countries including Albania, Afghanistan, Australia, Bahrain, Belgium, Denmark, Egypt, France, Germany, Iran, Iraq, Jordan, Kuwait, Maldives, Morocco, Pakistan, Russia, Saudi Arabia, Spain, Sweden, Sudan, Tajikistan, Turkey, Uganda, United Kingdom, and Yemen.

Approximately 435 detainees remain at Guantanamo.

