IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELHAM BATTAYAV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-714 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| AMER MOHAMMON, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Elham Battayav, a.k.a. Elham Bataif, (ISN 084) and transferred him to the control of the Government of the Kazakhstan.[1]

---

[1] Petitioner has two habeas corpus petitions currently pending on his behalf: Elham Battayav in <u>Battayav v. Bush</u>, No. 05-CV-714 (RBW), and Elham Bataif in <u>Mohammon v. Bush</u>, No. 05-CV-2386 (RBW).

Dated: December 20, 2006		Respectfully submitted,

		PETER D. KEISLER
		Assistant Attorney General

		DOUGLAS N. LETTER
		Terrorism Litigation Counsel

		  /s/ Andrew I. Warden
		JOSEPH H. HUNT (D.C. Bar No. 431134)
		VINCENT M. GARVEY (D.C. Bar No. 127191)
		TERRY M. HENRY
		JAMES J. SCHWARTZ
		ROBERT J. KATERBERG
		ANDREW I. WARDEN (IN Bar. No. 23840-49)
		NICHOLAS J. PATTERSON
		EDWARD H. WHITE
		United States Department of Justice
		Civil Division, Federal Programs Branch
		20 Massachusetts Ave., N.W.
		Washington, DC  20530
		Tel:  (202) 514-4107
		Fax:  (202) 616-8470

		Attorneys for Respondents