IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF TRANSFER OF PETITIONER**

Respondents hereby provide notice that petitioner Boucetta Fihi, a.k.a. Dr. Abu Muhammed, a.k.a. Abu Mohammed, a.k.a Dr. Abu Mohammed, (ISN 718), previously determined to be no longer classified as an enemy combatant, has been released from United States custody and transferred to Albania for release.[1]

Dated: December 20, 2006          Respectfully submitted,

                                  PETER D. KEISLER
                                  Assistant Attorney General

                                  DOUGLAS N. LETTER
                                  Terrorism Litigation Counsel

---

[1] Petitioner has five habeas corpus petitions currently pending on his behalf: Fethi Boucetta, a.k.a. Dr. Abu Muhammed, in <u>Muhammed v. Bush</u>, 05-CV-2087 (RMC) and Boucetta Fihi (¶ 5 of petition), Dr. Abu Mohammed (¶ 122 of petition), Abu Mohammed (¶ 188 of petition), and Dr. Abu Muhammed (¶ 190 of petition) in the above-captioned case. A notice of transfer was filed in the <u>Muhammed</u> case on November 20, 2006 (dkt. no. 46).

    /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents