# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.,              ) | |
| )                                    | |
| *Petitioners*,                    ) | |
| )                                    | |
| v.                                ) | Case No. 1:05-cv-02386 RBW |
| )                                    | |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY ) | |
| COL. MICHAEL BUMGARNER, and ARMY COL. ) | |
| JAY HOOD,                         ) | |
| )                                    | |
| *Respondents*.                    ) | |

## NOTICE OF FILING

Please take notice that counsel for Petitioner Abdul-rahman Abdo Abulghaith Sulaiman, ISN 223 (also known as Abdul Rahman Abdul Abu Ghityh Sulayman) hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Thomas P. Sullivan in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

/s/ Thomas P. Sullivan                        Dated: December 22, 2006
One of the Attorneys for the Petitioner
Abdul-rahman Abdo Abulghaith Sulaiman,
(also known as Abdul Rahman Abdul Abu
Ghityh Sulayman)

Thomas P. Sullivan                            *Of Counsel*
   Illinois Bar No. 2773112            Gitanjali Gutierrez
JENNER & BLOCK LLP                            666 Broadway, 7th Floor
330 North Wabash Avenue                       New York, NY 10012
Chicago, Illinois 60611                       Tel: (212) 614-6464
Tel: (312) 923-2928                           Fax: (212) 614-6499
Fax: (312) 840-7328
Email: tsullivan@jenner.com

1481478

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Thomas P. Sullivan were served upon counsel of record via the ECF system on the 22nd day of December, 2006.

/s/ Thomas P. Sullivan
Thomas P. Sullivan
Illinois Bar No. 2773112
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 923-2928
Fax: (312) 840-7328
Email: tsullivan@jenner.com

1481478