IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, ISN #939,<br>Detainee, Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba, et al.,<br>    *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-cv-2386-RBW<br>)<br>) NOTICE OF APPEARANCE<br>)<br>) |

     PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner WALID IBRAHIM MUSTAFA ABU HIJAZI, a/k/a ASSEM MATRUQ MOHAMMAD AL AASMI, a/k/a/ MOHAMMED AL PALESTINI (*see* Petition For a Writ of Habeas Corpus in *Amer Mohammon et al. v. George W. Bush, et al.*, Case No. 05-cv-2386, at ¶ 15), in this matter. Service upon counsel may be made to:

          Lowell E. Sachnoff
          Matthew J. O'Hara
          Adam R. Chiss
          **SACHNOFF & WEAVER, LTD.**
          10 South Wacker Drive, 40th Floor
          Chicago, Illinois 60606
          Tel.:  (312) 207-1000
          Fax:  (312) 207-6400

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: December 26, 2006          Respectfully submitted,

                                        Counsel for Petitioner:

                                        */s/ Lowell E. Sachnoff*
                                        Lowell E. Sachnoff  (Illinois Bar No. 02438062)
                                        Matthew J. O'Hara  (Illinois Bar No. 6237795)
                                        Adam R. Chiss  (Illinois Bar No. 6272056)
                                        **SACHNOFF & WEAVER, LTD.**
                                        10 South Wacker Drive, 40th Floor
                                        Chicago, Illinois 60606
                                        Tel:  (312) 207-1000
                                        Fax:  (312) 207-6400
                                        lsachnoff@sachnoff.com

#923445

## CERTIFICATE OF SERVICE

I, Lowell E. Sachnoff, state that on December 26, 2006, I electronically filed the foregoing Notice of Appearance of Petitioner WALID IBRAHIM MUSTAFA ABU HIJAZI, a/k/a ASSEM MATRUQ MOHAMMAD AL AASMI, a/k/a/ MOHAMMED AL PALESTINI with the Clerk of the Court using the ECF system, which will send notification of such filings to counsel of record who are registered ECF users.

In addition, the foregoing Notice of Appearance will be served via first-class mail, proper postage prepaid, upon the following:

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Rear Admiral Harry B. Harris, Jr.
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Wade F. Davis
Commander, JDOG
JTF-GTMO
APO AE 09360

Kenneth L. Wainstein, Esq.
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, DC  20530

/s/ Lowell E. Sachnoff
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
Tel:   (312) 207-1000
Fax:   (312) 207-6400
lsachnoff@sachnoff.com

*Attorneys for Petitioner Walid Ibrahim Mustafa Abu Hijazi, a/k/a Assem Matruq Mohammad Al Aasmi, a/k/a Mohammed Al Palestini*