NON-SUBSTANTIVE MOTION APPROVED
BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay Cuba<br><br>"SHARGOWI" - SHARKAWI ABDA ALI AL-HAAG,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>    BENYAMIN MOHAMMED and<br>    GHARIB ABUA ALI AL- HAAG,<br>    as Next Friends of<br>    Mr. Al-Haag<br><br>*Petitioners/Plaintiffs*,<br><br><br>v.<br><br><br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000;<br><br>REAR ADMIRAL HARRY B. HARRIS, JR.,<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>     Operations Group - JTF-GTMO,<br>    JTF-GTMO | Civil Action No. 05-2386 (RBW) |

WO 680494.1

|  |  |
|---|---|
| APO AE 09360, | ) |
|  | ) |
| *Respondents/Defendants.* | ) |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Petitioner Sharkawi Abda Ali Al-Haag, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. (6) (b), hereby requests an enlargement of time from January 4, 2007 and January 5, 2007 to January 12, 2007, in which to file replies to Respondents' oppositions to Petitioner's Consolidated Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Day's Advance Notice of Any Intended Removal of Petitioner from Guantanamo and for Factual Returns. In support of this unopposed motion, Respondents state as follows:

1.

The consolidated motion has not yet been scheduled for hearing.

2.

Respondents filed their Memorandum in Opposition to Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner Sharkawi Abda Ali Al-Haag and the Court with 30-Day's Advance Notice of Any Intended Removal of Petitioner from Guantanamo on December 21, 2006, and filed their Memorandum in Opposition to Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner Sharkawi Abda Ali-Haag with a Factual Return on December 22, 2006.

3.

The voluminousness of Respondents' oppositions and the complexity of the legal issues raised therein demand more time in which to prepare an adequate reply than is otherwise allowed

WO 680494.1                              2

for under LCvR7. In addition, the task of preparing reply briefs has been complicated by the holiday season.

4.

Counsel for Respondents does not oppose this motion for enlargement of time permitting Petitioner until Friday, January 12, 2007 to file its replies to Respondents oppositions.

WHEREFORE, Petitioner respectfully requests that its Unopposed Motion For Enlargement of Time be granted and that the accompanying Order be entered by this Court.

Dated: January 4, 2007

Respectfully submitted,

Counsel for Petitioners:

/s/ Richard G. Murphy, Jr.
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
John P. Anderson (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0454
Facsimile: (202) 637-3593

John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

* - Lead Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. )<br>    Detainee, )<br>    Guantánamo Bay Naval Station )<br>    Guantánamo Bay Cuba )<br> )<br>"SHARGOWI" - SHARKAWI ABDA ALI AL-HAAG, )<br>    Detainee, )<br>    Guantánamo Bay Naval Station )<br>    Guantánamo Bay, Cuba; and )<br>    BENYAMIN MOHAMMED and )<br>    GHARIB ABUA ALI AL- HAAG, )<br>    as Next Friends of )<br>    Mr. Al-Haag )<br> )<br>*Petitioners/Plaintiffs*, )<br> )<br> )<br>v. )<br> )<br> ) Civil Action No. 05-2386 (RBW)<br> )<br>GEORGE W. BUSH, )<br>    President of the United States )<br>    The White House )<br>    1600 Pennsylvania Ave., N.W. )<br>    Washington, D.C. 20500; )<br> )<br>DONALD RUMSFELD, )<br>    Secretary, United States )<br>    Department of Defense )<br>    1000 Defense Pentagon )<br>    Washington, D.C. 20301-1000; )<br> )<br>REAR ADMIRAL HARRY B. HARRIS, JR., )<br>    Commander, Joint Task Force - GTMO )<br>    JTF-GTMO )<br>    APO AE 09360; and )<br> )<br>ARMY COL. MIKE BUMGARNER, )<br>    Commander, Joint Detention )<br>     Operations Group - JTF-GTMO, )<br>    JTF-GTMO )<br>    APO AE 09360, )<br> ) | |

*Respondents/Defendants.*                                                    )

## [PROPOSED] ORDER

The Court, having considered Petitioner's Unopposed Motion for Enlargement of Time,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Petitioner shall have until January 12, 2007 in which to file reply briefs to Respondents' oppositions to Petitioner's Consolidated Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Day's Advance Notice of Any Intended Removal of Petitioner from Guantanamo and for Factual Returns.

Dated: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Richard G. Murphy, Jr., certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Terry Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, DC 20530

This 4th day of January, 2007.

>/s/ Richard G. Murphy, Jr.
>Richard G. Murphy, Jr.