**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| AMER MOHAMMON, et al. | ) | |
|   Detainee, | ) | |
| | ) | |
| SHARAF AL SANANI, | ) | |
|    Petitioner, and | ) | |
| Sami Muhyideen, | ) | |
| as Next Friend of | ) | |
| Mr. Sharaf Al Sanani; | ) | |
| | ) | Civil Action No. 05-2386 (RBW) |
| FAHD ABU HAFSA, | ) | |
|    Petitioner, and | ) | |
| Jamal Kiyemba, | ) | |
| as Next Friend of | ) | |
| Mr. Fahd Abu Hafsa; | ) | |
| | ) | |
| OMAR RAMAH, | ) | |
|    Petitioner, and | ) | |
| Omar Deghayes, | ) | |
| as Next Friend of | ) | |
| Mr. Omar Ramah, | ) | |
| | ) | |
|       Petitioners. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
|       Respondents. | ) | |

_____ )

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED**
**NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders

related to, but not limited to, unauthorized disclosure of classified information, espionage

and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. §

641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.* and Executive Order 12958; I understand that I

US2000 9692615.1

may be the recipient of information and documents that belong to the United States and

concern the present and future security of the United States, and that such documents and

information together with the methods and sources of collecting it are classified by the

United States government.  In consideration for the disclosure of classified information and

documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or

any other means, such classified documents and information unless specifically authorized in

writing to do so by an authorized representative of the United States government, or as

expressly authorized by the Protective Order entered in the United States District Court for

the District of Columbia in the case captioned *Mohammon, et al., v. Bush et al.*, Civ Action

No. 05-2386 (RBW).

(2)     I agree that this Memorandum of Understanding and any other non-disclosure

agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the

United States District Court for the District of Columbia in the case *Mohammon, et al., v.*

*Bush et al.*, Civ Action No. 05-2386 (RBW), and I agree to comply with the provisions

thereof.


 /s/ Leslie J. Abrams                                    January 5, 2007
Leslie J. Abrams                                          Date

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that she has read the Protective Order entered

in the United States District Court for the District of Columbia in the case captioned

*Mohammon, et al., v. Bush et al.*, Civ Action No. 05-2386 (RBW), understands its terms, and

agrees to be bound by each of those terms.  Specifically, and without limitation, the

undersigned agrees not to use or disclose any protected information or documents made

available to her other than as provided by the Protective Order. The undersigned

acknowledges that her duties under the Protective Order shall survive the termination of this

case and are permanently binding, and that failure to comply with the terms of the Protective

Order may result in the imposition of sanction by the Court.


DATED:____January 5, 2007____          BY:    Leslie J. Abrams____
                                               (type or print name)

                                        SIGNED: /s/ Leslie J. Abrams_____

**CERTIFICATE OF SERVICE**

      I, Leslie J. Abrams, state that on January 5, 2007, I electronically filed the foregoing MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION with the Clerk of the Court using the ECF system, which will send  notification of such filings  to counsel of record who are registered ECF users.


DATED:___January 5, 2007___        BY:   Leslie J. Abrams
                                           (type or print name)

                                     SIGNED:  /s/ Leslie J. Abrams_____