**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMER MOHAMMON, et al., | ) |
| | ) |
| *Petitioners*, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-02386 RBW |
| | ) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY | ) |
| COL. MICHAEL BUMGARNER, and ARMY COL. | ) |
| JAY HOOD, | ) |
| | ) |
| *Respondents*. | ) |

**<u>NOTICE OF FILING</u>**

Please take notice that counsel for Petitioner Abdul-rahman Abdo Abulghaith Sulaiman,

ISN 223 (also known as Abdul Rahman Abdul Abu Ghityh Sulayman) hereby files the

Memorandum of Understanding Regarding Access to Classified National Security Information

and Acknowledgement by Douglas A. Sondgeroth in the above-captioned matter, copies of

which are attached hereto.

Respectfully submitted,

<u>/s/ Douglas A. Sondgeroth</u>                Dated:  January 8, 2007
One of the Attorneys for the Petitioner
Abdul-rahman Abdo Abulghaith Sulaiman,
(also known as Abdul Rahman Abdul Abu
Ghityh Sulayman)

Douglas A. Sondgeroth                          *Of Counsel*
   Illinois Bar No.  6278486                   Gitanjali Gutierrez
JENNER & BLOCK LLP                             666 Broadway, 7th Floor
330 North Wabash Avenue                        New York, NY 10012
Chicago, Illinois 60611                        Tel: (212) 614-6464
Tel: (312) 840-7605                            Fax: (212) 614-6499
Fax: (312) 840-7705
Email: dsondgeroth@jenner.com

1490292

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of

Understanding Regarding Access to Classified National Security Information, and

Acknowledgement by Douglas A. Sondgeroth were served upon counsel of record via the ECF

system on the 8th day of January, 2007.

    /s/ Douglas A. Sondgeroth
Douglas A. Sondgeroth
  Illinois Bar No.  6278486
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-7605
Fax: (312) 840-7705
Email: dsondgeroth@jenner.com

1490292