The Honorable Judge Walton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Omar Last name Unknown ("LNU") a/k/a UMAR ABDULLAH AL KUNDUZII, ISN 222,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>SAMI AL HAJJ,<br>    As the Next Friend of the above-named Petitioner,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br><br>    Respondents. | NO. 1:05-CV-2386 (RBW)<br><br>ATTORNEY APPEARANCE |

## **ATTORNEY APPEARANCE**

Undersigned counsel, Jon Zulauf of Zulauf & Chambliss, 1809 7th Avenue Suite 1301, Seattle, WA 98101 (206) 682-1114, hereby enters his appearance as one of the

NOTICE OF APPEARANCE- 1

counsel for Petitioner in the above-captioned case.

Counsel for Petitioner certifies pursuant to L. Cv. R. 83.2 R. 83.2(g) that he is representing Petitioner without compensation; and further states that he is a member in good standing of the U.S. District Court for the Western District of Washington at Seattle.

Respectfully submitted this 4 day of January, 2007.

Zulauf & Chambliss

By Jon R. Zulauf WSBA#6936
Counsel For Omar Lastname Unknown ("LNU")
a/k/a
Umar Abdullah Al Kunduzi - ISN 222

Zulauf & Chambliss
1809 Seventh Avenue Suite 1301
Seattle, Washington 98101

Tel: (206) 682-1114
Fax: (206) 343-5015

NOTICE OF APPEARANCE- 2

**Certificate of Service**

I hereby Certify that a true and correct copy of the Attorney appearance was served upon the following person via first-class mail and e-mail on this 5 day of January, 2007.

Jon R. Zulauf, Counsel for
Omar Last name Unknown ("LNU") a/k/a
Umar Abdullah Al Kunduzi ISN 222

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6120
Washington DC  20530
Email:  Andrew.Warden@usdoj.gov

NOTICE OF APPEARANCE- 3

## Certification of Representation Without Compensation

Counsel for Petitioners certify, pursuant to L. CV. R. 83.2(g) that they are representing Petitioners without compensation.

                                            Jon R. Zulauf, Counsel for
                                            Omar Last name Unknown ("LNU") a/k/a
                                            Umar Abdullah Al Kunduzi ISN 222

NOTICE OF APPEARANCE- 4