The Honorable Judge Walton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR Last name Unknown ("LNU)<br>Also known as UMAR ABDULLAH AL<br>KUNDUZI, ISN 222<br>　Detainee,<br>Guantanamo Bay Naval Station<br>Guantanamo Bay, Cuba;<br><br>SAMI AL HAJJ,<br>　As the Next Friend of the above-<br>　named Petitioner,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH,<br>　President of the United States, *et al.*,<br><br>　　　　Respondents. | NO. 1:05-CV—2386 (RBW)<br><br>MEMORANDUM OF UNDERSTANDING |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders

related to, but not limited to, unauthorized disclosure of classified information, espionage

and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421;18 U.S.C.

§ 641; 50 U.S.C. § 783; 28 C.F.R. § et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by work, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *MUBARK HUSSEIN, Also known as Mohammad Mubarak, ISN #151 Detainee, Guantanamo Bay Naval Station Guantanamo Bay, Cuba; ABDUL-SALAM GAITHAN MUREEF AL-SHIRY, As the Next Friend of the above-named Petitioner, v. George W. Bush,* Case No. 1:05CV02467, and I agree to comply with the provisions thereof.

Respectfully submitted this 7 day of January, 2007.

Zulauf & Chambliss

By Jon R. Zulauf WSBA#6936
Counsel For Omar Last name Unknown ("LNU")
a/k/a Umar Abdullah Al Kunduzi ISN 222
Zulauf & Chambliss
1809 Seventh Avenue Suite 1301
Seattle, Washington 98101
Tel: (206) 682-1114
Fax: (206) 343-5015

MEMORANDUM OF UNDERSTANDING - 2

### Certificate of Service

I hereby certify that a true and correct copy of the Memorandum of Understanding Regarding Access to Classified National Security Information served upon the following person via first-class mail and e-mail on this 5 day of January, 2007.

                                  Jon R. Zulauf, Counsel for
                                  Omar Last name Unknown ("LNU") a/k/a
                                  Umar Abdullah Al Kunduzl ISN 222

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6120
Washington DC  20530
Email:  Andrew.Warden@usdoj.gov

MEMORANDUM OF UNDERSTANDING - 3

## Certification of Representation Without Compensation

Counsel for Petitioners certify, pursuant to L. CV. R. 83.2(g) that they are representing Petitioners without compensation.

                                                Jon R. Zulauf, Counsel for Omar Last Name Unknown ("LNU") a/k/a Umar Abdullah Al Kunduzi, ISN # 222