Cleared for Public Filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. <br> (ABDAL RAZAK ALI) <br><br> Petitioners/Plaintiffs <br><br> v. <br><br> GEORGE W. BUSH, et al. <br><br> Respondents/Defendants | CIVIL ACTION <br><br> NO. 05-2386 (RBW) |

**EMERGENCY MOTION FOR RULING ON PETITIONER'S MOTION FOR FACTUAL RETURNS**

Now comes the Petitioner, Abdal Razak Ali, ISN 685, and brings this Emergency Motion for a Ruling on Petitioner's Motion for Factual Returns, filed December 4, 2006, for the following reasons:

On December 22, 2006, counsel for Petitioner was sent an email from Lt. Col. David N Cooper of the Office for the Administrative Review of the Detention of Enemy Combatants (OARDEC), requiring any input that counsel would like to be considered in Mr. Razak Ali's 2007 ARB proceedings be submitted by February 23, 2007. (Exhibit A) Because counsel was out of town, she did not receive this email until she returned to her office on January 9, 2007. Mr. Razak Ali is presently imprisoned in the Guantanamo Bay military prison. Counsel for Petitioner does not know how long he has been imprisoned at the

1

base or what the government contends are the circumstances behind his detention. No charges have ever been brought against Mr. Razak Ali.

As counsel noted in the original filings for this motion, contrary to Respondents' claims that the ARB proceedings are "unrelated," the Respondents invite habeas counsel to provide submissions to the ARB proceedings on behalf of their clients in February of each year, making it clear that counsel's representation of their clients includes the ARB proceedings and their findings. Petitioner now files this emergency motion for a ruling in order to obtain the records sought in his original motion for factual returns with enough time to formulate a submission by the deadline. This information is vital to counsel's ability to act on behalf of her client, as Respondent has so far provided no information regarding the status of Petitioner or the circumstances surrounding his detention. Counsel for Mr. Razak Ali has also not been provided with any information related to Mr. Razak Ali's prior ARB proceedings. Without obtaining the factual returns from Respondents, counsel will be unable to submit any information relevant to Petitioner's upcoming ARB proceeding by the February 23rd deadline.

WHEREFORE for the reasons set for above and in Petitioner's original motion, counsel for Razak Ali hereby asks this court to grant Petitioner's Motion for Factual Returns.

Dated: January 10, 2007

                Respectfully Submitted,

                <u>/s/ H. Candace Gorman</u>
                H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313

# CERTIFICATE OF SERVICE

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of EMERGENCY MOTION FOR RULING ON PETITIONER'S MOTION FOR FACTUAL RETURNS to be served upon the following persons through service that automatically occurs by virtue of filing the above listed document with the U. S. Department of Justice Litigation Security Section.

      Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

This 10th day of January, 2007.

      /s/ H. Candace Gorman
      Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313

4