IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2386 (RBW) |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER DENYING EMERGENCY MOTION FOR RULING ON PETITIONER'S MOTION FOR FACTUAL RETURNS**

It is hereby ordered that petitioner's Emergency Motion for Ruling on Petitioner's Motion for Factual Returns is DENIED.

IT IS SO ORDERED.

Dated: _____

                                                                                       _____
                                                                                       REGGIE B. WALTON
                                                                                       UNITED STATES DISTRICT JUDGE