UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, *(ABDAL RAZAK ALI)* <br><br> Petitioners, <br><br> vs. <br><br> GEORGE W. BUSH, *et al*, <br><br> Respondents. | No. 05-cv- 2386 (RBW) |

## NOTICE OF FILING

To: Terry Henry, Esq., Senior Trial Attorney
Andrew I. Warden, Esq., Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7144
Washington, DC 20530

PLEASE TAKE NOTICE that on the 12th day of January, 2007, we filed with the U. S. Department of Justice Litigation Security Section a copy of Petitioner's **REPLY IN SUPPORT OF PETITIONER'S EMERGENCY MOTION FOR RULING ON PETITIONER'S MOTION FOR FACTUAL RETURN** to be served upon you.

/s/ H. Candace Gorman
Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis (IL Bar #6285095)
542 S. Dearborn Street - Suite 1060
Chicago, IL 60605
Tel: (312) 427-2313