**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**AMER MOHAMMON, et al.**

***Petitioners/Plaintiffs***

**v.** **Civil Action No. 05-2386 (RBW)**

**GEORGE W. BUSH, et al.**

***Respondents/Defendants.***

**NOTICE OF FILING REPLY MEMORANDUM IN SUPPORT OF PETITIONER'S CONSOLIDATED MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER AND THE COURT WITH 30 DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO AND FOR FACTUAL RETURN**

Please take notice that on January 12, 2007 Petitioner Sharkawi Abda Ali Al-Haag, through the undersigned counsel, filed under seal a Reply Memorandum in Support of Petitioner's Motion for an Order Requiring 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo and for Factual Returns with the Court Security Officer pursuant to the procedures set forth in the protective order entered in this matter.

Dated: January 12, 2007

Respectfully submitted,

Counsel for Petitioners:

/s/ Richard G. Murphy, Jr.
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
John P. Anderson (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0454
Facsimile: (202) 637-3593

John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

* - Lead Counsel

**CERTIFICATE OF SERVICE**

I, Richard G. Murphy, Jr., certify that I today caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

The Honorable Alberto Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

The Honorable Kenneth L. Wainstein
United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Terry Henry, Esq., Senior Trial Attorney
Andrew I. Warden, Esq., Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7144
Washington, DC 20530

This 12th day of January, 2007.

/s/ Richard G. Murphy, Jr.
Richard G. Murphy, Jr.