Cleared for Public Filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. <br> (ABDAL RAZAK ALI) <br><br> Petitioners/Plaintiffs <br><br> v. <br><br> GEORGE W. BUSH, et al. <br><br> Respondents/Defendants | CIVIL ACTION <br><br> NO. 05-2386 (RBW) |

**REPLY IN SUPPORT OF PETITIONER'S EMERGENCY MOTION FOR RULING ON PETITIONER'S MOTION FOR FACTUAL RETURNS**

Now comes the Petitioner, Abdal Razak Ali, ISN 685, and submits this Reply in Support of Petitioner's Emergency Motion for a Ruling on Petitioner's Motion for Factual Returns, filed December 4, 2006, for the following reasons:

Despite Respondents' arguments regarding jurisdiction and that the ARB proceedings are "unrelated," rulings on these issues by other district courts support Petitioner's contentions. Petitioner points again to the rulings cited in the initial Motion for Factual Returns and to Judge Bates' recent ruling that, because petitioner would be entitled to the information sought no matter the outcome of the jurisdictional challenges brought by Respondents, he would grant the motion to compel factual returns from Respondents, holding:

Because the Court has concluded that *the outcome sought by petitioner through the present motion would ultimately be achieved regardless of the disposition of*

1

*the jurisdictional question*, and because this motion does not approach the merits of petitioner's challenge to the legality of his detention, the Court will rule on the motion without resolving respondents' jurisdictional challenge. To do otherwise could unnecessarily prejudice petitioner's ability to timely and meaningfully communicate with counsel and advance his claims, given the logistical difficulties and limitations associated with attorney-client communications in this unique detention setting. *Al-Ghizzawi v. Bush,* 05 cv 2378 (August 8, 2006) (emphasis added).

As Petitioner argued in the original motion for factual returns, access to these records is vital to counsel's representation of Mr. Razak Ali, regardless as to where that representation occurs. This assertion is highlighted by the email request from the Staff Judge Advocate to provide "input regarding your client for review and consideration by the 2007 Administrative Review Boards (ARBs)…no later than February 23, 2007." (*see*, Exhibit A to Petitioner's Emergency Motion) Counsel for Petitioner will have no information to provide unless she receives the factual return.

WHEREFORE for the reasons set for above and in Petitioner's original motion, counsel for Razak Ali hereby asks this court to grant Petitioner's Motion for Factual Return in a timely manner so that she can meet the February 23, 2007 deadline.

Dated: January 12, 2007

                                                       Respectfully Submitted,

                                                       */s/ H. Candace Gorman*
                                                       H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN

2

H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313

3

## CERTIFICATE OF SERVICE

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of REPLY IN SUPPORT OF EMERGENCY MOTION FOR RULING ON PETITIONER'S MOTION FOR FACTUAL RETURNS to be served upon the following persons through service that automatically occurs by virtue of filing the above listed document with the U. S. Department of Justice Litigation Security Section.

                Terry Henry, Esq., Senior Trial Attorney
                Andrew I. Warden, Esq., Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Ave., NW, Room 7144
                Washington, DC  20530

This 12th day of January, 2007.

                                                    /s/ H. Candace Gorman
                                                    Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313

4