# Exhibit B



AMERICAN FORCES INFORMATION SERVICE
# NEWS ARTICLES

## Reporters Offered Look Inside Combatant Status Review Tribunals

By Kathleen T. Rhem
American Forces Press Service

NAVAL BASE GUANTANAMO BAY, Cuba, Aug. 29, 2004 -- As the world's attention was focused on the first hearings in war-crimes trials against four enemy combatants here this week, another type of proceeding was going on elsewhere on the base that ultimately will involve all 585 detainees held here.

DoD is convening Combatant Status Review Tribunals within the Camp Delta prison complex to determine individually if detainees are properly classified as illegal combatants. Roughly 40 detainees have gone through hearings, and the process is nearly completed for at least 14 of them.

Media visiting Guantanamo Bay this week to witness the first military- commission hearings were offered the chance to witness first-hand one of the combatant-status tribunals. Ground rules for coverage forbid identifying any participants by name.

After being cleared and escorted through several layers of security, visitors arrive at the pre-fabricated building that houses the Office of Administrative Review for Detained Enemy Combatants Forward. OARDEC is a Washington office set up under the purview of Navy Secretary Gordon England to make the combatant- status review process possible.

In an interview room, officials explained, the detainees meet with a personal representative, a military officer assigned to assist them through the process. In the interview room, detainees are shackled, and a guard sits outside the door.

Detainee participation in the process has run the gamut from crumpling up the documents presented to asking animatedly to help prepare their defense. No detainees have been hostile to their personal representative, but some have refused to participate, the officials said.

The room is small, brightly lit, with a light-blue carpet and lightly colored paneled walls. "We wanted (the detainees) to understand that this is a different process," an official said. "This is something new."

The personal representatives are obligated to present any unclassified evidence to the detainee and explain there is no expectation of confidentiality in the process. However, interrogators or intelligence personnel have no access to information obtained in the process, and guards don't enter the room, the officials stressed repeatedly.

Following is a description of an actual hearing as observed by a reporter visiting Guantanamo. The tribunal described here happened on Aug. 25 and was the 36th that has occurred.

The detainee was already in the room when the panel members entered. He showed little emotion and made few movements. The man had a long, dark beard, close- cropped hair and wore a black crocheted skullcap. He wore a bright orange short-sleeved shirt and pants that resembled hospital scrubs. He was

handcuffed and wore leg irons. The leg manacles were secured to a ring in the floor with a padlock.

Also in the room were an interpreter, in casual civilian clothing and seated next to the detainee; a court reporter; a recorder, an Army major; and the detainee's personal representative, an Air Force major. The three panel members filed into the room and took their seats at a table across the front of the room. They included an Air Force colonel, an Air Force lieutenant colonel, and a Navy commander. None of the military members in the room had nametags on their uniforms.

Two media representatives sat just inside the door, about five to six feet from the detainee. Directly behind the panel members was a large one-way mirror. Several OARDEC Forward officials were watching from the next room.

From the hallway, the sound of chains clanking as other detainees were being moved was clearly audible.

The detainee was advised of his rights to testify or present evidence if he chooses and of his right to decline these things. Then he was told of the evidence collected against him.

"(Name omitted) served with the Taliban, trained on the Kalashnikov rifle, and surrendered to General Dostrum's forces in Afghanistan. At that time he was carrying a Kalashnikov rifle," the Air Force colonel said.

The recorder then said there was no further unclassified evidence to submit and requested a closed hearing to present classified evidence. He also explained the detainee had requested three witnesses be brought forward to testify that he was forcibly taken from his family and forced to join the Taliban.

Due to the "limited scope" of the tribunal proceeding, the board president explained, how or why the individual joined the Taliban is not a consideration. "The request for witnesses is denied," he said.

Next the detainee was given a chance to make a statement on his own behalf. He chose to make his statement under oath. He was unable to raise his right hand because of the chains, but swore to Allah to tell the truth.

"They came to my house and took me by force. I joined the Taliban by force, not by my own choice," he said, through the interpreter. "Everybody in Afghanistan knows that if the government asks you, you can't say no."

He explained that the Taliban was collecting people from all over Afghanistan to fight the forces of Gen. Abdul Rashid Dostrum, an ethnic Uzbek rebel commander. The detainee offered to go back to Afghanistan with the tribunal members to find people who would verify his story. He also explained he comes from a very poor area and couldn't leave his home and family to flee from the Taliban.

"I could not leave the area and leave the house and family there," he said. "That's all I'm going to say. I said this under oath; that is the truth."

Through questions asked by the personal representative, the tribunal panel learned the man had no ammunition when he was captured and had been held under guard the whole time he was with the Taliban forces.

Further questioning by the panel members revealed that he underwent four days of military training, that