Exhibit C



**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# News Release

On the Web:
http://www.defenselink.mil/Releases/Release.aspx?ReleaseID=10301
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.dod.mil/faq/comment.html
or +1 (703) 428-0711 +1

**IMMEDIATE RELEASE**

No. 1287-06
December 17, 2006

### Detainee Transfer Announced

The Department of Defense announced today that it transferred seven detainees from Guantanamo Bay, Cuba, to Afghanistan, five detainees to Yemen, three detainees to Kazakhstan, one detainee to Libya, and one detainee to Bangladesh. Additionally, one detainee was released to Yemen. These detainees were recommended for transfer or release by multiple review board processes conducted at Guantanamo Bay.

Aproximately 85 detainees remain at Guantanamo who the U.S. Government has determined eligible for transfer or release through a comprehensive series of review processes. Departure of these remaining detainees approved for transfer or release is subject to ongoing discussions between the United States and other nations. The United States does not desire to hold detainees for any longer than necessary. The department expects that there will continue to be other transfers and releases of detainees.

There are ongoing processes to review the status of detainees held at Guantanamo. A determination about the continued detention, transfer, or release of a detainee is based on the best information and evidence available at the time, both classified and unclassified.

This increases the number of detainees who have departed Guantanamo this year to 114. Since 2002, approximately 380 detainees have departed Guantanamo for other countries including Albania, Afghanistan, Australia, Bangladesh, Bahrain, Belgium, Denmark, Egypt, France, Germany, Iran, Iraq, Jordan, Kazakhstan, Kuwait, Libya, Maldives, Morocco, Pakistan, Russia, Saudi Arabia, Spain, Sweden, Sudan, Tajikistan, Turkey, Uganda, United Kingdom, and Yemen.

Approximately 395 detainees remain at Guantanamo.

he never actually fought for the Taliban, and was never assigned any military duties in the month he was held by Taliban forces at a compound in Konduz. The tribunal members also learned the man was married and had six children.

The panel members then explained to the man that he would be notified of the tribunal results. If he is found to not be an enemy combatant, he will be returned to his home country. Should he be found to be correctly classified as an enemy combatant, he will then be eligible to go through an annual review board at a later date to determine if he is still a threat to the United States.

The panel and media observers then left the room. Officials said the panel members immediately would hold a closed hearing to receive the classified evidence and then vote on whether they thought the detainee was an enemy combatant.

The officials explained the detainee's request for witnesses was denied because what they would have testified on -- that he was compelled by force to join the Taliban -- would not be germane to the proceedings. The definition of enemy combatant "does not address consent or intent," an official explained.

Witnesses who could testify that a detainee was forced to join the Taliban could be relevant to the upcoming annual review board, the official said.

He admitted it's hard to watch in cases like this, where the detainee says he was taken from his home and family by force and forced to go with the Taliban. "It's gut-wrenching," the official said. "But our job at this juncture is just to answer this one question. And we want to do it what we call PRF -- proper, right and fair and make fact-based decisions," he said.

Other requests for witnesses are being granted. Another detainee was called as a witness in one instance, and in another instance officials are working to find two witnesses a detainee requested from outside Guantanamo Bay. In other cases, the panel members have called in intelligence experts to explain the significance of a detainee's actions.

After the panel votes, the recorder prepares a record that is reviewed by a legal adviser here and then a legal adviser in Washington before being presented to the convening authority, Navy Rear Adm. James McGarrah, for final approval. Officials don't consider the process closed until the convening authority approves the results.

Of the 36 tribunals held up until the tribunal described above, 24 detainees participated and 12 tribunals were held without the detainee being present. Reports of 26 proceedings had been completed and sent to Washington for further review, and the convening authority has approved 14. All 14 were found to have been properly classified as enemy combatants.

Officials said they plan to begin notifying the individual detainees of these results within the next week. Part of that process will be to also notify the detainees of their rights to begin preparing a case to present to the upcoming annual review boards.

News Archive