IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-2386 (RBW) |

## ORDER DENYING EMERGENCY MOTION FOR ORDER ON PETITIONER'S MOTION FOR FACTUAL RETURNS

It is hereby ordered that petitioner's Emergency Motion for Order on Petitioner's Motion for Factual Returns is DENIED.

IT IS SO ORDERED.

Dated:

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE