# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

AMER MOHAMMON, et al.
   Detainees,

FAHD ABU HAFSA,
   Petitioner, and
Jamal Kiyemba,
as Next Friend of
Mr. Fahd Abu Hafsa;

OMAR RAMAH,
   Petitioner, and
Omar Deghayes,
as Next Friend of
Mr. Omar Ramah,

       Petitioners,

v.

GEORGE W. BUSH, et al.,

       Respondents.
_____

Civil Action No. 05-2386 (RBW)

NOTICE OF WITHDRAWAL

    PLEASE TAKE NOTICE that undersigned counsel is withdrawing from the representation of Petitioners Fahd Abu Hafsa and Omar Ramah.

    Undersigned counsel will continue to represent Petitioner Sharaf Al Sanani in this action. Additionally, counsel will be filing a separate Notice of Appearance on behalf of other Petitioners in this action.

US2000 9716051.1

Dated: January 18, 2007.

                                Respectfully submitted.

                                /s/ A. Stephens Clay
                              A. Stephens Clay
                              Georgia Bar No.
                              KILPATRICK STOCKTON LLP
                              1100 Peachtree Street
                              Suite 2800
                              Atlanta, Georgia 30309-4530
                              sclay@KilpatrickStockton.com
                              Telephone: (404) 815-6500
                              Facsimile: (404) 815-6555