IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>  Detainees, | )<br>)<br>)<br>) Civil Action No. 05-2386 (RBW)<br>) |
| FAHD ABU HAFSA,<br>  Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Mr. Fahd Abu Hafsa; | )<br>)  NOTICE OF WITHDRAWAL<br>)<br>)<br>) |
| OMAR RAMAH,<br>  Petitioner, and<br>Omar Deghayes,<br>as Next Friend of<br>Mr. Omar Ramah, | )<br>)<br>)<br>)<br>) |
|   Petitioners, | ) |
| v. | ) |
| GEORGE W. BUSH, et al.,<br>  Respondents. | )<br>)<br>) |

PLEASE TAKE NOTICE that undersigned counsel is withdrawing from the representation of Petitioners Fahd Abu Hafsa and Omar Ramah.

Undersigned counsel will continue to represent Petitioner Sharaf Al Sanani in this action. Additionally, counsel will be filing a separate Notice of Appearance on behalf of other Petitioners in this action.

US2000 9719365.1

Dated: January 18, 2007.

        Respectfully submitted.

        <u>/s/ James F. Bogan III</u>
        James F. Bogan III, Ga. Bar # 065220
        KILPATRICK STOCKTON LLP
        Attorney for Petitioners Sharaf Al Sanani,
        Fahd Abu Hafsa and Omar Ramah
        1100 Peachtree Street, Suite 2800
        Atlanta, GA 30309-4530
        JBogan@KilpatrickStockton.com
        (404) 815-6500 / (404) 815-6555 (fax)