IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>   Detainees,<br><br>FAHD ABU HAFSA,<br>   Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Mr. Fahd Abu Hafsa;<br><br>OMAR RAMAH,<br>   Petitioner, and<br>Omar Deghayes,<br>as Next Friend of<br>Mr. Omar Ramah,<br><br>          Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>          Respondents. | Civil Action No. 05-2386 (RBW)<br><br>NOTICE OF WITHDRAWAL |

PLEASE TAKE NOTICE that undersigned counsel is withdrawing from the representation of Petitioners Fahd Abu Hafsa and Omar Ramah.

Undersigned counsel will continue to represent Petitioner Sharaf Al Sanani in this action. Additionally, counsel will be filing a separate Notice of Appearance on behalf of other Petitioners in this action.

US2000 9719508.1

Dated: January 18, 2007.

        Respectfully submitted.

        /s/ Vinay J. Jolly
        Vinay J. Jolly, DC Bar # 480640
        KILPATRICK STOCKTON LLP
        Attorney for Petitioners Sharaf Al Sanani,
        Fahd Abu Hafsa and Omar Ramah
        607 14th Street, N.W., Suite 900
        Washington, D.C. 20005
        VJolly@KilpatrickStockton.com
        (202) 508-5800 / (202) 508-5858 (fax)