IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

AMER MOHAMMON, et al.
   Detainees,

FAHD ABU HAFSA,
   Petitioner, and
Jamal Kiyemba,
as Next Friend of
Mr. Fahd Abu Hafsa;

OMAR RAMAH,
   Petitioner, and
Omar Deghayes,
as Next Friend of
Mr. Omar Ramah,

         Petitioners,

v.

GEORGE W. BUSH, et al.,

         Respondents.
_____

Civil Action No. 05-2386 (RBW)

NOTICE OF WITHDRAWAL

     PLEASE TAKE NOTICE that undersigned counsel is withdrawing from the representation of Petitioners Fahd Abu Hafsa and Omar Ramah.

     Undersigned counsel will continue to represent Petitioner Sharaf Al Sanani in this action. Additionally, counsel will be filing a separate Notice of Appearance on behalf of other Petitioners in this action.

US2000 9719402.1

Dated: January 18, 2007.

        Respectfully submitted.

        /s/ Leslie J. Abrams
        Leslie J. Abrams, Ga. Bar # 001441
        KILPATRICK STOCKTON LLP
        Attorney for Petitioners Sharaf Al Sanani,
        Fahd Abu Hafsa and Omar Ramah
        1100 Peachtree Street, Suite 2800
        Atlanta, GA 30309-4530
        LAbrams@KilpatrickStockton.com
        (404) 815-6500 / (404) 815-6555 (fax)