IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                    :
AMER MOHAMMON, *et al.*,            :
                                    :
                    Petitioners,    :
                                    :
        v.                          :   Civil Action No. 05 CV 2386 (RBW)
                                    :
GEORGE W. BUSH, *et al.*,           :
                                    :
                    Respondents.    :
                                    :
———————————————————— x

PLEASE TAKE NOTICE THAT Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) have submitted to the Court Security Office for service and filing in the above-captioned action a Motion for Production of Factual Return.

Dated:   New York, New York
         January 22, 2007

                            Respectfully submitted,

                            Counsel for Petitioners:

                            /s/ Paul Schoeman
                            _____

                            Paul Schoeman (Pursuant to LCvR 83.2(g))
                            Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                            Darren LaVerne (Pursuant to LCvR 83.2(g))
                            Seema Saifee (Pursuant to LCvR 83.2(g))
                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Tel: (212) 715-9100
                            Fax: (212) 715-8000

KL3 2531006.1

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6464
Fax:  (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York  10021
Tel:  (212) 717-2736