Approved for Public Filing by the CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARAF AL SANANI, *et al.*,<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba,<br><br>Sami Muhyedin al Hajj,<br>    as Next Friend of<br>    Mr. Sharaf Al Sanani,<br><br>         Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>         Respondents. | No. 05-CV-2386 (RBW) (AK) |

## [PROPOSED] ORDER

This matter is before the Court on the Emergency Motion of Petitioner Sharaf Al Sanani for Factual Return.  Upon consideration of the arguments of the parties, it is hereby

**ORDERED** that Petitioners' motion is **GRANTED.**  On or before February 9, 2007, Respondents shall provide counsel for Petitioner Sharaf Al Sanini with redacted and unredacted complete factual returns that include but are not limited to (a) any audio recordings, verbatim transcripts, and any interim or final decisions in Petitioner's proceedings before a Combat Status Review Tribunal or an Administrative Review Board; (b) any other information pertaining to Petitioner's initial and continued classification as an enemy combatant; and (c) all evidence in the possession, custody, or control of Respondents tending to show that Petitioner is not an enemy combatant or does not present a threat to the United States or its allies.

Approved for Public Filing by the CSO

- 2 -

**IT IS FURTHER ORDERED** that Respondents shall promptly supplement their factual return should any of the information above be supplemented or otherwise change.

Dated: _____, 2007

_____
UNITED STATES DISTRICT JUDGE
REGGIE B. WALTON

Case 1:05-cv-02386-UNA   Document 296-2   Filed 01/23/2007   Page 2 of 2

Error! Unknown document property name. Error! Unknown document property name..Error! Unknown document property name.
- 2 -