UNCLASSIFIED

## Combatant Status Review Board

TO: Personal Representative

FROM: OIC, CSRT (06 October 2004)

Subject: Summary of Evidence for Combatant Status Review Tribunal - [ (b)(6) ]
[ (b)(6) ]

1. Under the provisions of the Secretary of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba*, a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States that indicates that the detainee is associated with al Qaida and supported forces engaged in hostilities against the United States or its coalition partners.

   a. The detainee is associated with al Qaida.

      1. In June 2001, detainee left Sana'a, Yemem, and traveled to Kandahar, Afghanistan with the help of an Arabic speaking guide.

      2. Detainee spent two months in various Arab houses in Afghanistan for religious training.

      3. Detainee in September 2001 went to Kabul, Afghanistan for two weeks and then traveled to Jalalabad, Afghanistan.

      4. In late December 2001, detainee and a group of Arabs fled Jalalabad with the help of an Afghan guide, reaching a small Pakastani village where he surrendered to the Pakastani Army.

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

UNCLASSIFIED

Exhibit R1