UNCLASSIFIED//FOUO

### Summarized Detainee Statement

*The Detainee elected not to attend the Tribunal proceeding, but requested the Personal Representative make a statement on his behalf. The Personal Representative made the following statement:*

- Regarding 3.a, I am not associated with al Qaida.

- Paragraph 3.a.1, I went there for religious purposes to visit because it was an Islamic country. I went before 11 September 2001. I was new so I went to two to three places where there were Arab people.

- Paragraph 3.a.2, true. In Kandahar, I spent two months in one place. I did not go there for religious training; I went there for a visit.

- Paragraph 3.a.3, yes, I went to Kabul but I don't remember the month. I spent two weeks in Kabul. I wanted to visit different places while I was in Afghanistan. I wanted to see how they did Islamic practices in different places in Afghanistan. I left Kabul because the Afghans were trying to kill Arabs at the market. I got scared and left to go to Jalalabad. Then, I wanted to go to Yemen. There was an Afghani person who spoke some Arabic and he had a taxi. He took me from Kabul to Jalalabad.

- Paragraph 3.a.4, there was a group of people who told me I couldn't travel by myself. I went with those people and we walked for days. We reached the Pakistani village and I surrendered to the Pakistani forces so they would take me to the Yemen Embassy in Pakistan. But, they put me in jail, then transferred me to the Americans. I did have a passport, but I had to leave it behind during my travels in the snow and the mountains. I thought I was dying. I was weak and could no longer carry my bag because it was really heavy. All of my belongings, including my passport, were in the bag.

- All the rules in the United States and in the world, the person is innocent until you prove he is guilty not innocent. But, here with Americans, the Detainees are guilty until proven innocent.

UNCLASSIFIED//FOUO

ISN# 170
Enclosure (3)
Page 1 of 2

002642

UNCLASSIFIED//FOUO

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.



Colonel, U.S. Marine Corps
Tribunal President