**From:** Warden, Andrew (CIV) [mailto:Andrew.Warden@usdoj.gov]
**Sent:** Monday, January 08, 2007 11:24 AM
**To:** Jolly, Vinay
**Subject:** GTMO -- Factual Returns

Vinay,

I received your voicemail on Friday. The government will oppose your motion for a factual return and ARB documents.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470