IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

## ORDER DENYING EMERGENCY MOTION OF PETITIONER SHARAF AL SANANI FOR FACTUAL RETURN

It is hereby ordered that the Emergency Motion of Petitioner Sharaf Al Sanani for Factual Return is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE