IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>  Detainee,<br><br>ALI LNU,<br>   Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Ali LNU;<br><br>ABDULLAH LNU,<br>   Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Abdullah LNU,<br><br>       Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>       Respondents. | Civil Action No. 05-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorney listed below will represent the following Petitioners in this matter: (a) Ali LNU a/k/a Ali Sher Hamidullah (of Uzbekistan), ISN 455; and (b) Abdullah LNU a/k/a Abdullah Mohammad Khan (of Uzbekistan), ISN 556. Service upon counsel may be made to:

> Miguel M. Duran
> KILPATRICK STOCKTON LLP
> 1100 Peachtree Street
> Suite 2800
> Atlanta, Georgia 30309-4530
> MDuran@KilpatrickStockton.com
> Telephone: (404) 815-6500
> Facsimile: (404) 815-6555

US2000 9719429.1