IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.<br>　Detainee,<br><br>ALI LNU,<br>　Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Ali LNU;<br><br>ABDULLAH LNU,<br>　Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Abdullah LNU,<br><br>　　　Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　Respondents. | Civil Action No. 05-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

   PLEASE TAKE NOTICE that the attorney listed below will represent the following Petitioners in this matter: (a) Ali LNU a/k/a Ali Sher Hamidullah (of Uzbekistan), ISN 455; and (b) Abdullah LNU a/k/a Abdullah Mohammad Khan (of Uzbekistan), ISN 556. Service upon counsel may be made to:

>  Vinay J. Jolly
>  KILPATRICK STOCKTON LLP
>  607 14th Street, N.W., Suite 900
>  Washington, D.C. 20005
>  VJolly@KilpatrickStockton.com
>  Telephone: (202) 508-5800
>  Facsimile: (202) 508-5858

US2000 9719555.1

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioners without compensation.

Dated: January 18, 2007.

Respectfully submitted.

/s/ Vinay J. Jolly
Vinay J. Jolly, DC Bar # 480640
KILPATRICK STOCKTON LLP
Attorney for Petitioners Sharaf Al Sanani,
Fahd Abu Hafsa and Omar Ramah
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
VJolly@KilpatrickStockton.com
(202) 508-5800 / (202) 508-5858 (fax)

Attorney for Petitioners
Ali LNU and Abdullah LNU

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the foregoing upon the following persons, by first-class mail in addition to the service that automatically occurs by virtue of the electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Terry Henry, Esq.
>Andrew I. Warden, Esq.
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW, Room 7144
>Washington, D.C. 20530

This 18th day of January, 2007.

/s/ Vinay J. Jolly
Vinay J. Jolly, DC Bar # 480640
KILPATRICK STOCKTON LLP
Attorney for Petitioners Sharaf Al Sanani,
Fahd Abu Hafsa and Omar Ramah
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
VJolly@KilpatrickStockton.com
(202) 508-5800 / (202) 508-5858 (fax)

Attorney for Petitioners
Ali LNU and Abdullah LNU