IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>  Detainee,<br><br>ALI LNU,<br>  Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Ali LNU;<br><br>ABDULLAH LNU,<br>  Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Abdullah LNU,<br><br>       Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>       Respondents. | Civil Action No. 05-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorney listed below will represent the following Petitioners in this matter: (a) Ali LNU a/k/a Ali Sher Hamidullah (of Uzbekistan), ISN 455; and (b) Abdullah LNU a/k/a Abdullah Mohammad Khan (of Uzbekistan), ISN 556. Service upon counsel may be made to:

> Leslie J. Abrams
> KILPATRICK STOCKTON LLP
> 1100 Peachtree Street
> Suite 2800
> Atlanta, Georgia 30309-4530
> LAbrams@KilpatrickStockton.com
> Telephone: (404) 815-6500
> Facsimile: (404) 815-6555

US2000 9719422.1

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioners without compensation.

Dated: January 18, 2007.

                                              Respectfully submitted.

/s/ Leslie J. Abrams
Leslie J. Abrams, Ga. Bar # 001441
KILPATRICK STOCKTON LLP
Attorney for Petitioners Sharaf Al Sanani,
Fahd Abu Hafsa and Omar Ramah
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
LAbrams@KilpatrickStockton.com
(404) 815-6500 / (404) 815-6555 (fax)

Attorney for Petitioners
Ali LNU and Abdullah LNU

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the foregoing upon the following persons, by first-class mail in addition to the service that automatically occurs by virtue of the electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Terry Henry, Esq.
> Andrew I. Warden, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, NW, Room 7144
> Washington, D.C. 20530

This 18th day of January, 2007.

/s/ Leslie J. Abrams
Leslie J. Abrams, Ga. Bar # 001441
KILPATRICK STOCKTON LLP
Attorney for Petitioners Sharaf Al Sanani,
Fahd Abu Hafsa and Omar Ramah
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
LAbrams@KilpatrickStockton.com
(404) 815-6500 / (404) 815-6555 (fax)

Attorney for Petitioners
Ali LNU and Abdullah LNU

US2000 9719422.1