IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>  Detainee, | )<br>)<br>) |
| ALI LNU,<br>  Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Ali LNU; | ) Civil Action No. 05-2386 (RBW)<br>)<br>) NOTICE OF APPEARANCE<br>)<br>)<br>)<br>) |
| ABDULLAH LNU,<br>  Petitioner, and<br>Jamal Kiyemba,<br>as Next Friend of<br>Abdullah LNU, | )<br>)<br>)<br>)<br>) |
|       Petitioners, | ) |
| v. | ) |
| GEORGE W. BUSH, et al., | ) |
|       Respondents. | ) |

PLEASE TAKE NOTICE that the attorney listed below will represent the following Petitioners in this matter: (a) Ali LNU a/k/a Ali Sher Hamidullah (of Uzbekistan), ISN 455; and (b) Abdullah LNU a/k/a Abdullah Mohammad Khan (of Uzbekistan), ISN 556. Service upon counsel may be made to:

> James F. Bogan III
> KILPATRICK STOCKTON LLP
> 1100 Peachtree Street
> Suite 2800
> Atlanta, Georgia 30309-4530
> JBogan@KilpatrickStockton.com
> Telephone: (404) 815-6500
> Facsimile: (404) 815-6555

US2000 9719437.1

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioners without compensation.

Dated:  January 18, 2007.

                                             Respectfully submitted.

                                             /s/ James F. Bogan III
                                             James F. Bogan III, Ga. Bar # 065220
                                             KILPATRICK STOCKTON LLP
                                             Attorney for Petitioners Sharaf Al Sanani,
                                             Fahd Abu Hafsa and Omar Ramah
                                             1100 Peachtree Street, Suite 2800
                                             Atlanta, GA 30309-4530
                                             JBogan@KilpatrickStockton.com
                                             (404) 815-6500 / (404) 815-6555 (fax)

                                             Attorney for Petitioners
                                             Ali LNU and Abdullah LNU

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and accurate copy of the foregoing upon the following persons, by first-class mail in addition to the service that automatically occurs by virtue of the electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Terry Henry, Esq.
> Andrew I. Warden, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, NW, Room 7144
> Washington, D.C. 20530

This 18th day of January, 2007.

> /s/ James F. Bogan III
> James F. Bogan III, Ga. Bar # 065220
> KILPATRICK STOCKTON LLP
> Attorney for Petitioners Sharaf Al Sanani,
> Fahd Abu Hafsa and Omar Ramah
> 1100 Peachtree Street, Suite 2800
> Atlanta, GA 30309-4530
> JBogan@KilpatrickStockton.com
> (404) 815-6500 / (404) 815-6555 (fax)
>
> Attorney for Petitioners
> Ali LNU and Abdullah LNU

US2000 9719437.1