# EXHIBIT A

Message ~~SECRET~~                                           Page 1 of 5

_____ (INSD) (FBI)

From: _____ (DL) (FBI)     b6 -1
Sent: Monday, August 02, 2004 5:22 PM    b7C -1
To: _____ (INSD) (FBI)
Subject: RE: GTMO

DATE: 12-13-2006
CLASSIFIED BY 65179 DMH/PLB/JAC
REASON: 1.4 (d)
DECLASSIFY ON: 12-13-2031

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

I was TDY at GTMO 12/02/2002-01/16/2003 and did not personally observe any mistreatment of detainees. I would be very surprised if anything similar to Abu Ghraib occurred at Camp Delta prior to or during my TDY at GTMO. I truly do not believe that any abusive activity would have occurred in the presence of bureau personnel.

(S) _____  b1

(S) _____ That information was provided specifically in my FD-302 dated 12/09/2002 regarding interview of _____ and it was not alleged that FBI personnel were involved. _____'s allegations regarding harsh treatment are included in the last paragraph of the FD-302. _____'s alleged treatment is not nearly as aggressive as the techniques alleged to have been used at Abu Ghraib, but _____'s allegations are the only allegations of physical mistreatment which I became aware of while at GTMO. Additional information may be obtained from Language Specialist (LS) _____ the only Uighur translator during my TDY. As the only Uighur translator, LS _____ had regular contact with all of the approximately thirty Uighur detainees. LS _____ left employment at GTMO in January of 2003.

b6 -4
b7C -4
b7D -1
b7F -1

b6 -1
b7C -1

The Uighurs are moderate Muslims who occupied East Turkestan, which was taken over by the Chinese and renamed the Xinjiang province of China. The Uighurs were offered land in Afghanistan in order to gather personnel opposing Chinese oppression. They were often inspired by Radio Free Asia, which LS _____ was formerly a broadcaster for. The Uighurs considered themselves to be fighting for democracy, and they idolized the United States. Although the Uighurs are Muslim their agenda did not appear to include Islamic radicalism. They claimed to have no political connection to Islamic terrorists or the Taliban. However, their camp in Afghanistan was bombed, and they fled to Pakistan. The Uighurs were captured by the Pakistanis, with half being transferred to US custody, and half being remanded directly to Chinese officials. It was alleged that the Uighurs who were transferred directly to the Chinese were immediately executed. At the time of my TDY, US officials were considering whether to return the Uighurs to the Chinese, possibly to gain support for anticipated US action in the Middle East. The Uighur detainees at GTMO were convinced that they would be immediately executed if they were returned to China.

(S) _____  b1

(S)

RESPONSES-239

8/2/2004        ~~SECRET~~

Message **SECRET** Page 2 of 5

(S) b1 [redacted]

(S) Another FD-302, dated 12/06/2002, regarding my interview of [redacted] included that information in the paragraph at the top of page 2. I know this has nothing to do with physical abuse at GTMO, but it helps put the Uighurs' situation in perspective.

b6 -4
b7C -4
b7D -1
b7F -1

The Uighur story is fascinating, and is the only thing I was aware of that had to do with harsh treatment of detainees. Not exactly a "smoking gun" regarding abuse of GTMO detainees. However, if the Uighurs' allegations are true, [redacted] (S)

b1

There was a camp at GTMO that was dismantled prior to my TDY, and, I believe, prior to the construction of Camp Delta. I believe it was called Camp X-Ray. If any abuse occurred at GTMO, it would most likely have occurred there, and most likely did not involve bureau personnel.

That's all I can provide on this subject. Attached is a copy of my EC indicating that I did not personally observe aggressive treatment of GTMO detainees. Also attached are FD-302s regarding my interviews of two Uighurs [redacted] and [redacted]

b6 -4
b7C -4
b7D -1
b7F -1

b6 -1
b7C -1
SA [redacted] Dallas Division, Fort Worth RA Violent Crimes Squad

-----Original Message-----
From: MCCRAW, STEVEN C. (INSD) (FBI)
Sent: Friday, July 09, 2004 1:42 PM
To: [redacted list of recipients with FBI office codes including (MM), (HO), (OIO), (CON), (NY), (LA), (CJIS), BATTLE, FRANKIE (CTD) (FBI), (SJ), (LD), (ON), (DL), (AN), (NO), (IR), (ITD), (OGA), (CO), (CG), (EBI), (AQ), (LS), (CTD), (ASD), (CID), (WF), (KX), (PH), CUMMINGS, ARTHUR M. (CTD) (FBI), (OM), (IRD), (SF), (SE), (PX), (MO), (NK), (HQ), (TP), (DE), (WF), (NF), (NY), (AL), (XX), (LA), (MP)]

b6 -1
b7C -1

RESPONSES-240

8/2/2004    **SECRET**

