# EXHIBIT B

Abu Bakker Qassim, et al. vs.                     CV 05-497                            August 25, 2005
George W. Bush, et al.

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU BAKKER QASSIM, et          :     Civil Action No. 05-497
al.,                           :
          Plaintiffs,          :     August 25, 2005
v.                             :
GEORGE BUSH, et al.,           :
          Defendants           :     2:00 p.m.
.  .  .  .  .  .  .  .  .  .  .  .  .  :     .  .  .  .  .  .  .  .  .  .  .  .

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

APPEARANCES:
For the Plaintiffs:        P. SABIN WILLETT, ESQUIRE
                           BINGHAM McCUTCHEN, LLP
                           150 Federal Street
                           Boston, Massachusetts  02110-1726
                           (617) 951-8684

                           SUSAN BAKER MANNING, ESQUIRE
                           BINGHAM McCUTCHEN, LLP
                           1120 20th Street, NW
                           Suite 800
                           Washington, D.C.  20036-3406
                           (202) 778-6172
                           BARBARA J. OLSHANSKY, ESQUIRE
                           CENTER FOR CONSTITUTIONAL RIGHTS
                           666 Broadway
                           New York, New York  10012
                           (212) 614-6439
For the Defendants:        TERRY M. HENRY, ESQUIRE
                           U.S. DEPARTMENT OF JUSTICE
                           CIVIL DIVISION
                           20 Massachusetts Avenue, NW
                           Room 7144
                           Washington, D.C.  20530
                           (202)514-4107
Court Reporter:            REBECCA KING, RPR, CRR
                           Official Court Reporter
                           Room 4802-B, U.S. Courthouse
                           Washington, D.C. 20001
                           (202) 898-9398
Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

Abu Bakker Qassim, et al. vs.                    CV 05-497                    August 25, 2005
George W. Bush, et al.

Page 10

1    to the medical care and access to Qur'ans and prayer books and

2    things like that that all the other detainees have.

3            THE COURT:    There's no lockdown in any part of this

4    facility, this Camp Iguana?

5            MR. HENRY:    They are free to roam that facility.

6            THE COURT:    24/7?

7            MR. HENRY:    24/7, yes, Your Honor.

8            THE COURT:    But there's a gate around it?

9            MR. HENRY:    There is a fence.

10           THE COURT:    A fence around it?

11           MR. HENRY:    Yes, Your Honor, there is.

12           THE COURT:    How many people are there?

13           MR. HENRY:    Currently there are about 10 NLEC's total,

14   and all of the NLEC's, all the Uighur NLECs are there.  I think

15   we had mentioned before that -- in General Hood's declaration

16   that there were a couple of NLEC's that were in another camp due

17   to disciplinary infractions.  I think two of those were Uighurs,

18   and those two Uighur folks have been moved to Camp Iguana.

19           I believe that there is one or two other nationality

20   NLEC's that are in a disciplinary confinement situation, and one

21   that is in another area due to medical needs.  You know, he's

22   not there for disciplinary reasons.

23           THE COURT:    There are 10 Uighur NLEC's, or 10 NLEC's

24   all total?

25           MR. HENRY:    All total.

Abu Bakker Qassim, et al. vs.                  CV 05-497                          August 25, 2005
George W. Bush, et al.

Page 11

1        THE COURT:  Of whom how many are Uighurs, are you able

2    to tell?

3        MR. HENRY:  I'm not able to say on the public record,

4    but it's just a handful.

5        THE COURT:  And when counsel come down to Gitmo next

6    week to meet with these people, will they be able to meet with

7    them in a free and open manner at Camp Iguana, or are they going

8    to have to be taken back over to Camp Echo and be shackled to

9    the floor again?

10        MR. HENRY:  All of the meetings at Camp Echo; as a

11    matter of practice, there are safety considerations that we've

12    talked about before.  The shackling is one leg to a bolt in the

13    floor, standard operating procedure, the purpose of which is to

14    prevent any sort of incident where someone could, you know, hurt

15    someone else.  Which attempts like that are not unheard of.

16    It's difficult for DOD to have basically a nonuniform policy in

17    this regard with respect to specific individuals, that kind of

18    thing.  They have, like I said, a standard operating procedure

19    there.

20        But all of the counsel meetings are there in Camp Echo.

21    There would be concerns about having some kind of meeting

22    arrangement in Camp Iguana; number one because there's not

23    facilities for it there, and number two, there's the aspect of

24    subjecting other NLEC's over there in Camp Iguana to inspection,

25    if you will, by outsiders.