# EXHIBIT C

**Saifee, Seema**

**From:** Dixon, J. Wells
**Sent:** Monday, December 18, 2006 11:39 AM
**To:** Saifee, Seema
**Subject:** FW: Status of Uighur detainees

-----Original Message-----
From: Elizabeth P. Gilson [mailto:egilson@snet.net]
Sent: Wed 11/22/2006 1:29 PM
To: Terry.Henry@usdoj.gov
Cc: 'Manning, Susan Baker'; 'Clarke, George M'; Dixon, J. Wells; 'Willett, P. Sabin'; KGoyer@mwe.com; pschoenman@KRAMERLEVIN.COM
Subject: Status of Uighur detainees

November 22, 2006

Dear Terry:

We, as counsel for the Uighur detainees at Guantanamo Bay, need certain information so that we can determine whether our clients might be subject to the Military Commissions Act of 2006 and to prepare for possible post-DTA review. Kindly provide answers to the following:

1.   Please identify which of the Uighur detainees listed below:

A. has ever been determined not to be an enemy combatant; and/or

B. whether any CSRT panel ever concluded that the preponderance of the evidence did not support a finding that any of the below-listed Uighur detainees was an enemy combatant in that he is an individual who was part of or supporting Taliban or al Qaeda forces, or associated forces that are engaged in hostilities against the US or its coalition partners; has committed a belligerent act; or has directly supported hostilities in and of enemy armed forces.

2.   Please provide further confirmation of recent State Department reports that all of the Uighur detainees have been cleared for release to any country without conditions; and

3.   Please provide a status report on the government's efforts regarding transfer of the Uighur detainees to a third country.

The Uighur detainees are listed below:

**Edham Mamet** - ISN # 102

**Abdul Nasser** - ISN # 278

**Abdul Sabour** - ISN# 275

**Abdul Semet** - ISN # 295

12/19/2006

Dear Terry:

Case 1:05-cv-02370-EGS    Document 47    Filed 12/19/2006    Page 26 of 2

Hammad - ISN# 328

Huzaifa Parhat - ISN #320

Jalal Jalaldin - ISN #285

Khalid Ali - ISN #280

Sabir Osman - ISN # 282

Abdul Razakah - ISN # 219

Ahmad Tourson - ISN # 201

Arkina Amahmud - ISN # 103

Bahtiyar Mahnut - ISN # 277

Ali Mohammad - ISN # 250

Thabid - ISN # 289

Abdul Ghaffar - ISN # 281

Adel Noori - ISN # 584

Abdullah Tohtasinovich Magrupov - ISN # 528

Abdulrahim Kerimbakiev - ISN # 521

Yakub Abahanov – ISN # 526

Thank you for your assistance in this matter.

Very truly yours,

Beth Gilson

# centerforconstitutionalrights

666 broadway new york, ny 10012
t 212 614 6464 f 212 614 6499 www.ccr-ny.org

November 28, 2006

<u>Via E-Mail</u>
(Terry.Henry@usdoj.gov)

Terry M. Henry, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Re:   *Razakah v. Bush*, No. 05-CV-2370 (EGS) (D.D.C.)
      *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (D.D.C.)

Dear Terry:

    As a follow up to Beth Gilson's email to you, dated November 22, 2006, I am writing concerning the Uighur petitioners in the above-captioned cases. Their ISNs are 201, 219, 281 and 584.

    I request that the government produce copies of all classified and unclassified records from the Combatant Status Review Tribunal and Administrative Review Board proceedings for these men, including without limitation any audio recordings or verbatim transcripts of those proceedings and any interim or final decisions of those proceedings.* This information is essential to determine whether these men may be subject to the Military Commissions Act of 2006 and perhaps to seek appropriate relief in the Court of Appeals. The government has also already provided such information to counsel for other Uighur detainees, including documents referring in part to the petitioners here, and to members of the press who recently broadcast audio excerpts of detainee hearings on National Public Radio. There is no reason why this information should not be provided to counsel for these petitioners.

    Please let me know by December 8, 2006, whether the government will agree to provide this information (and the information requested in Beth Gilson's email). If I do not hear from you, I will assume that the government has denied our requests and you would object to a related motion.

Very truly yours,

J. Wells Dixon

---

* I and other attorneys representing these men have obtained the necessary security clearances.

