# EXHIBIT E

Abu Bakker Qassim, et al. vs.　　　　　　　CA 05-497　　　　　　　August 1, 2005
George Bush, et al.

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABU BAKKER QASSIM, et      :    Civil Action No. 05-497
al.,                       :
         Plaintiffs,       :    August 1, 2005
v.                         :
GEORGE BUSH, et al.,       :
                           :    4:00 p.m.
         Defendants        :
. . . . . . . . . . . . . . .  . . . . . . . . . .

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

APPEARANCES:
For the Plaintiffs:     P. SABIN WILLETT, ESQUIRE
                        JASON S. PINNEY, ESQUIRE
                        BINGHAM McCUTCHEN, LLP
                        150 Federal Street
                        Boston, Massachusetts 02110-1726
                        (617) 951-8684
                        BARBARA J. OLSHANSKY, ESQUIRE
                        CENTER FOR CONSTITUTIONAL RIGHTS
                        666 Broadway
                        New York, New York 10012
                        (212) 614-6439

For the Defendants:     TERRY M. HENRY, ESQUIRE
                        ROBERT J. KATERBERG, ESQUIRE
                        JOSEPH HUNT, ESQUIRE
                        VINCENT GARVEY, ESQUIRE
                        U.S. DEPARTMENT OF JUSTICE
                        CIVIL DIVISION
                        20 Massachusetts Avenue, NW
                        Room 7144
                        Washington, D.C. 20530
                        (202)514-4107

Court Reporter:         REBECCA KING, RPR, CRR
                        Official Court Reporter
                        Room 4802-B, U.S. Courthouse
                        Washington, D.C. 20001
                        (202) 898-9398

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

United States District Court　　　　　202-898-9398　　　　　Rebecca King, RPR, CRR
For the District of Columbia　　　　　　　　　　　　　　　　　　Official Court Reporter

| Abu Bakker Qassim, et al. vs. George Bush, et al. | CA 05-497 | August 1, 2005 |
|---|---|---|

Page 2

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY: Civil action number 05-497, Abu
 3   Bakker Qassim, et al., versus George Bush, et al.
 4            Counsel, could you identify yourselves for the record.
 5            MR. WILLETT: Good Afternoon, Your Honor. Sabin
 6   Willett of Bingham McCutchen. With me, Jason Pinney, my
 7   colleague; Barbara Olshansky and Tina Foster from the Center For
 8   Constitutional Rights, for the petitioners.
 9            MR. HENRY: Good afternoon, Your Honor. Terry Henry
10   with the Department of Justice, and with me at counsel table is
11   Joseph Hunt, Vincent Garvey, and Mr. Robert Katerberg.
12            THE COURT: Okay. Well, there are a lot of people in
13   this courtroom, and I don't know the extent to which everybody
14   knows what the background of this matter is, but the proposition
15   of this case is quite simple. The petitioners in this case have
16   petitioned for writs of habeas corpus.
17            I did with this case as I have done with all of the
18   Guantanamo cases that I have handled, which is quite a number.
19   I issued a stay order at the request of the government. In the
20   stay order I said, however -- and I'm not quoting what I said,
21   but in general I said, I now have jurisdiction of this matter,
22   so the government can't do anything to these people without
23   advanced notice to opposing counsel and to me.
24            Both sides have appealed that order to the Court of
25   Appeals; the appeal has just recently perfected, I think. And I
```

Abu Bakker Qassim, et al. vs.　　　　　　　CA 05-497　　　　　　　August 1, 2005
George Bush, et al.

Page 3

1   received, I think last week, a rather startling motion from the
2   petitioners to the effect that when their counsel finally had a
3   chance to go talk to them in July in Guantanamo, middle of July,
4   they found out that the petitioners have been found by the
5   Combatant Status Review Tribunal to be noncombatants. And that
6   this happened sometime in -- I don't know, a long time ago, and
7   that nobody bothered to notify either petitioners' counsel or
8   me.
9       And not only that, but when petitioners' counsel asked
10  questions of the government, they were ignored and the questions
11  were not answered.
12      Now the petitioners have asked since these men have
13  been found not to be combatants, that they be released into the
14  non-prison side of the Guantanamo compound until or unless they
15  are relocated by the government.
16      The government resists that notion, and that's why
17  we're here, to have a hearing and find out what on earth is
18  going on here.
19      I will hear from the petitioners.
20      MR. WILLETT: Thank you very much, Your Honor. Again,
21  Sabin Willett for the petitioners.
22      I was about to start with a little excursus on the law,
23  because I think that the government in its brief filed Friday
24  has asked you the wrong question. The question is not, what
25  justification have my clients for release, the question in a

United States District Court　　　　　202-898-9398　　　　　Rebecca King, RPR, CRR
For the District of Columbia　　　　　　　　　　　　　　　　　Official Court Reporter

| Abu Bakker Qassim, et al. vs.<br>George Bush, et al. | CA 05-497 | August 1, 2005 |
|---|---|---|

Page 20

1       THE COURT: Yes, I can understand that. And there is
2  certainly a practical conundrum that is posed by this situation
3  because of the -- because the petitioners are Uighurs, and we've
4  all read up enough on their status in China to know that that's
5  a serious problem.
6       I must say, though, that I would like to hear you
7  respond to why -- maybe I can understand that you blow off
8  e-mails and don't answer e-mails, but why did you not tell
9  petitioners' counsel what the situation was? And why did you
10 file a piece of paper in this court three days after the CSRT
11 proceeding implying that they were combatants?
12      MR. HENRY: Well, Your Honor, a couple of responses to
13 that. First of all, as to the general matter, we have not been
14 providing notice of an intent to release individuals. That
15 issue is on appeal to the D.C. circuit. We've opposed numerous
16 motions seeking some sort of advance notice of release and that
17 sort of thing, and until we are ready to release someone, we
18 have not been giving advance notice.
19      We have also --
20      THE COURT: Are you telling me that there are lots of
21 NLECs down there who nobody knows are NLECs?
22      MR. HENRY: Your Honor, the numbers of NLECs have been
23 publicly released by DOD. You know, as particular individuals
24 in situations where we've had to file factual returns or
25 whatever, obviously, we comply with that order and that is

Abu Bakker Qassim, et al. vs. George Bush, et al.    CA 05-497    August 1, 2005

Page 21

1  provided to counsel.
2          In situations where factual returns have not been
3  required, and as we've argued in the stay motions we've filed in
4  all these cases, the petitioners have an opportunity to meet
5  with, correspond with counsel and all that sort of thing.
6          THE COURT: I'll tell you one thing, Counsel. You've
7  talked me early on into not requiring returns to be filed in the
8  cases. But I'm going to go back to all of my habeas cases this
9  afternoon and change those orders. Because if you're telling me
10 that it's only an order to file a return that will allow you to
11 tell opposing counsel that their clients are no longer enemy
12 combatants, that's a little hard for me to understand.
13         MR. HENRY: But, Your Honor, until we're ready to
14 release someone, I mean, we continue to detain them. The case
15 is not moot. The grounds for the detention are, if not the
16 exact subject of, certainly will be affected by what's going on
17 in the Court of Appeals.
18         So the same grounds that animate the stay with respect
19 to proceedings apply across the cases. And I would also point
20 out that as a practical matter, we have new cases filed
21 virtually every day. How many of those that we know of right
22 off the bat involve NLECs? I can't tell you.
23         THE COURT: Oh, I think you've got a database. How
24 many people are down there?
25         MR. HENRY: A little over 500. Your Honor, I'm telling

United States District Court    202-898-9398    Rebecca King, RPR, CRR
For the District of Columbia                     Official Court Reporter