IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Approved for Public Filing by the CSO*

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*, <br> (Jabbarov Oybek Jamolivich) <br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> Respondents. | Civil Action No. 05-2386 (RBW) |

**EMERGENCY MOTION FOR RULING ON**
**PETITIONER'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Now comes the Petitioner, Jabbarov Oybek Jamolivich, and brings this Emergency Motion for Ruling on Petitioner's Motion for Entry of Protective Order (dkt. no. 73), filed on July 11, 2006.

As discussed in Petitioner's Motion, the only impediment to counsel having access to his client is entry of the Amended Protective Order by this Court. Counsel for the petitioner received Security Clearance in October 2006. Mr. Jamolivich does have two duplicative petitions pending before this Court. However, Petitioner consents to the dismissal of his earlier filed petition (05-cv-2112) (RBW) once the Court extends the protective order in this case to also include Mr. Jamolivich. This is entirely consistent with the Court's Order of June 26, 2006 (dkt. no. 66), which entered the protective order with respect to many of the <u>Mohammon</u> petitioners, since there is no identification issue with respect to Petitioner Jamolivich, nor is his petition based upon a "next-friend" authorization.

It is imperative that the protective order be entered so that Petitioner might have the assistance of counsel in connection with the upcoming Administrative Review Boards ("ARBs"). On December 22, 2006, undersigned counsel received an email message from LTC David N. Cooper of the Office for the Administrative Review of the Detention of Enemy Combatants ("OARDEC"), informing counsel of the "opportunity to provide input regarding your client for review and consideration by the 2007 [ARBs]. (Exh. A.) The message further indicated that any submission must be made "no later than February 23, 2007." The message also included a "Fact Sheet for Habeas Counsel Regarding [ARBs]" (Exh. B), which described the purpose of the ARB procedure:

> The ARBs are an administrative review process to annually assess whether there is reason to believe that an enemy combatant might pose a continuing threat to the United States or its allies in the ongoing conflict against al Qaeda and its affiliates and supporters, and whether there are other factors warranting the enemy combatant's continued detention.

The Fact Sheet confirms that Respondents will not allow counsel to appear at the ARB hearings, that the February 23, 2007 submission is counsel's <u>only</u> opportunity to submit information for consideration this year, and further states "If your client's ARB occurs before the Privilege Review Team receives your submission, the information will be retained for consideration at your client's next annual review." (*Id.*)

Setting aside the Respondents' denial of the most basic elements of due process -- notice and an opportunity to be heard, the offer to "provide input" regarding Mr. Jamolivich for review and consideration by the 2007 ARB is truly a worthless invitation if the protective order is not in place. Petitioner has been in imprisoned by the Respondents for more than five years. While being held virtually incommunicado at the United States Naval Base at Guantánamo Bay he has never been charged with any crime, never been

fully advised of the allegation and evidence against him, and has effectively been denied the assistance of counsel in all proceedings against him. Unless the Court grants Petitioner's Motion and extends the amended protective order to also cover Mr. Jamolivich, Petitioner will have absolutely no opportunity to communicate with counsel (whether by mail or in person) and will have lost, for yet another year, any meaningful opportunity to present arguments in his defense at the ARB proceeding.

Wherefore, for the reasons set forth above and in Petitioner's original motion (dkt. no. 73), counsel for Petitioner Jabbarov Oybek Jamolivich hereby asks this Court to enter the Amended Protective Order.

Dated: January 24, 2007

Respectfully submitted,
Counsel for Petitioner:

/s/ Michael E. Mone, Jr.
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110
(617) 482-0333

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I, Michael E. Mone, Jr., certify that I today caused a true and accurate copy of EMERGENCY MOTION FOR RULING ON PETITIONER'S MOTION FOR ENTRY OF PROTECTIVE ORDER to be served upon the following persons via this Court's Electronic Case Filing system.

>    Terry Henry, Esq., Senior Trial Attorney
>    Andrew I. Warden, Esq., Trial Attorney
>    U.S. Department of Justice
>    Civil Division, Federal Programs Branch
>    20 Massachusetts Ave., NW, Room 7144
>    Washington, DC 20530

This 24th day of January, 2007.

>    /s/ Michael E. Mone, Jr.
>    Michael E. Mone, Jr.
>    (MA BBO No. 634607)
>    ESDAILE, BARRETT & ESDAILE
>    75 Federal Street
>    Boston, MA  02110
>    (617) 482-0333