# EXHIBIT A

**Subject:** COUNSEL SUBMISSION FOR ARB 3
**Importance:** High
**Attachments:** ARB3factsheet.doc

Ladies and Gentlemen,

The Office for the Administrative Review of the Detention of Enemy Combatants (OARDEC) informs you at this time of your opportunity to provide input regarding your client for review and consideration by the 2007 Administrative Review Boards (ARBs).

If you submitted matters to the ARB process last year on behalf of your client, those matters are already part of your client's records and will be considered by the 2007 ARB. There is no need for you to resubmit the same or similar documents.

If you have new information that will aid the ARBs in assessing the threat your client may continue to pose to the United States or its allies, you can submit that information through the process described in the attached fact sheet.

Please note, The Privilege Review Team must receive your submission no later than **Friday, February 23, 2007.** OARDEC cannot guarantee that materials received after that date will be included in the ARB hearings.

Please note also that the OARDEC Legal Advisor will acknowledge receipt of your submission, but will not be able to answer any substantive or procedural questions about your client's ARB of prior years or this year.

Sincerely,

DAVID N. COOPER, Lt Col, USAFR
Staff Judge Advocate
Legal Advisor
DoD, HQ OARDEC
Washington, DC

<<ARB3factsheet.doc>>

12/22/2006