IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Approved for Public Filing by the CSO*

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*, <br> (Jabbarov Oybek Jamolivich) <br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-2386 (RBW) |

[PROPOSED] ORDER

This matter is before the Court on Petitioner's Emergency Motion for Ruling on Petitioner's Motion for Entry of Protective Order. Upon consideration of the arguments of the parties it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Deatainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, in In re Guantánamo Detainee Cases, 344 F. Supp. 2d 174 (D.D.C. 2004), the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in In re Guantánamo Detainee Cases, and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in In re Guantánamo Detainee Cases, shall also apply in this case to Petitioner, Jabbarov Oybek Jamolivich (ISN 452), effective immediately until ordered otherwise by the Court.

It is FURTHER ORDERED that the case of <u>Jamolivich v. Bush, et al.</u>, (05-CV-2112)(RBW), is hereby DISMISSED, without objection by the Petitioner, as duplicative.

Date: _____          _____
                                      Honorable Judge Reggie B. Walton
                                      United States District Judge