# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*Approved for Public Filing by the CSO*

|  |  |
|---|---|
| **AMER MOHAMMON**, *et al.*, <br> **(Jabbarov Oybek Jamolivich)** <br>   Petitioner, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br>   Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No. 05-2386 (RBW)** <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

This matter is before the Court on Petitioner's Emergency Motion for Unredacted Factual Returns. Upon consideration of the arguments of the parties, it is hereby

ORDERED that on or before February 9, 2007, Respondents shall produce unredacted factual returns to Petitioner's counsel, including classified and unclassified evidence; unredacted hearing transcripts of the Combatant Status Review Tribunal ("CSRT") and Administrative Review Board ("ARB") proceedings, including any classified portions, pertaining to Petitioner's initial and continued classification as an enemy combatant; any exhibits attached to the transcripts; and all evidence in the possession, custody or control of Respondents tending to show that Petitioner is *not* an enemy combatant.

It is FURTHER ORDERED that Respondents shall supplement their production of factual returns should the information in such returns be supplemented or changed.

Dated:

Reggie B. Walton
United States District Judge