IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, <u>et al.</u>, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, <u>et al.</u>, | ) |
| Respondents. | ) |

### ORDER DENYING MOTION OF PETITIONERS ABDUL GHAFFAR AND ADEL NOORI FOR PRODUCTION OF FACTUAL RETURN

It is hereby ordered that the Motion of Petitioners Abdul Ghaffar and Adel Noori for Production of Factual Return is DENIED.

IT IS SO ORDERED.

Dated:

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE