IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALID AL BARKATI, *et al.*, <br>    *Petitioner/Plaintiff*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br>    *Respondents/Defendants*. | Civil Action No. 05-cv-2386 (RBW) |

**NOTICE OF FILING REPLY IN SUPPORT OF EMERGENCY MOTION FOR ORDER ON PETITIONER'S MOTION FOR FACTUAL RETURNS**

Pursuant to paragraph 46 of the Amended Protected Order and Judge Joyce Hens Green's December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, entered in the above case, counsel for Petitioner Al Barkati hereby notify the Court that a filing in this case has been delivered to the Court Security Officer. The attached submission briefly describes in general terms the nature of Petitioner's filing.

Dated: January 25, 2007        Respectfully submitted,

/s/ John C. Snodgrass
Frank C. Razzano (DC360173)
David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
Reginald B. McKnight (DC493946)
Lisa M. Kaas (DC492302)
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Fax: (202) 420-2201

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served by ECF on counsel for Respondents:

Terry M. Henry
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this 25th day of January 2007.

/s/ John C. Snodgrass
John C. Snodgrass