**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMER MOHAMMON, *et al.*,                     )
                                             )
                    *Petitioners/Plaintiffs*,  )
                                             )
v.                                           )   Civil No. 05-2386 (RBW)
                                             )
GEORGE W. BUSH, *et al.*,                    )
                                             )
                    *Respondents/Defendants*.  )

**NOTICE OF FILING OF
SUPPLEMENTAL MEMORANDUM SUPPORTING REQUEST THAT
RESPONDENTS IMMEDIATELY FILE FACTUAL RETURN
TO PERMIT PETITIONER EL FALESTENY TO PREPARE
FOR ADMINISTRATIVE REVIEW BOARD DEADLINE**

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing of his Supplemental Memorandum Supporting Request That Respondents Immediately File Factual Return To Permit Petitioner El Falesteny To Prepare For Administrative Review Board Deadline.

Respectfully submitted,

_____/s/ Stephen M. Truitt_____

Gitanjali S. Guiterrez
(Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

*Of Counsel for Petitioner*

Stephen M. Truitt (DC # 13235 )
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665

Charles H. Carpenter (DC #432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665

Christopher J. Huber
Benjamin P. Cooper
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

*Counsel for Petitioner*

Dated:  January 25, 2007