IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) | Civil Action No. 05-CV-2386 (RBW) |

## ORDER DENYING EMERGENCY MOTION FOR RULING ON PETITIONER'S MOTION FOR ENTRY OF PROTECTIVE ORDER

It is hereby ordered that petitioner Jabbarov Oybek Jamolivich's Emergency Motion for Ruling on Petitioner's Motion for Entry of Protective Order is DENIED.

IT IS SO ORDERED.

Dated:

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE