IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2386 (RBW) |

**ORDER DENYING EMERGENCY MOTION FOR UNREDACTED FACTUAL RETURNS**

It is hereby ordered that petitioner Jabbarov Oybek Jamolivich's Emergency Motion for Unredacted Factual Returns is DENIED.

IT IS SO ORDERED.

Dated:

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE