Cleared for Public Filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.<br>(ABDAL RAZAK ALI)<br><br>　　　　Petitioners/Plaintiffs<br><br>　　v.<br><br>GEORGE W. BUSH, et al.<br><br>　　　　Respondents/Defendants | CIVIL ACTION<br><br>NO. 05-2386 (RBW) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Now comes the Petitioner, Abdal Razak Ali, ISN 685, and submits this Notice of Supplemental Authority in support of Petitioner's Motion for Factual Returns. On January 23, 2007, a Memorandum Opinion and Order was entered in *Razakah, et. al. v. Bush, et al.,* 05-2370 (EGS) (Exhibit A) granting petitioners' motion for factual returns. In this decision, the Court rejected the jurisdictional challenge posed by the respondents on the basis of the MCA and cited to the recent decisions in *Al-Ghizzawi v. Bush*, Civil No. 05- 2378 (D.D.C. Aug. 9, 2006) (Mem. Op. and Order), *Kahn v. Bush*, Civil No. 05-1001 (D.D.C. Aug. 10, 2006) (Mem. Op. and Order), and *Feghoul v. Bush*, Civil No. 06-618 (D.D.C. Oct. 31, 2006) (Mem. Order) for the reasoning that those jurisdictional challenges were inadequate because there was no question that petitioners would be entitled to

1

2

the documents no matter what the outcome of the jurisdictional questions currently before the D.C. Circuit.

Dated:  January  25, 2007

                                            Respectfully Submitted,

                                            /s/ H. Candace Gorman
                                            H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313

## CERTIFICATE OF SERVICE

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of Notice of Supplemental Authority to be served upon the following persons through service that automatically occurs by virtue of filing the above listed document with the U. S. Department of Justice Litigation Security Section.

      Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

This 25th day of January, 2007.

      /s/ H. Candace Gorman
      Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -   Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313