IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
| | ) |
|     *Petitioners/Plaintiffs*, | ) |
| | ) |
| v. | )   Civil No. 05-2386 (RBW) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
|     *Respondents/Defendants*. | ) |

**SUPPLEMENTAL MEMORANDUM SUPPORTING REQUEST THAT
RESPONDENTS IMMEDIATELY FILE FACTUAL RETURN
TO PERMIT PETITIONER EL FALESTENY TO PREPARE
FOR ADMINISTRATIVE REVIEW BOARD DEADLINE**

Almost one month after the briefing on Petitioner's motion for a factual return was completed,[1] on December 22, 2006, counsel received an email from Lt. Col. David Cooper inviting counsel for prisoners to participate in the ARB process:

> Ladies and Gentlemen,
>
> The Office for the Administrative Review of the Detention of Enemy Combatants (OARDEC) informs you at this time of your opportunity to provide input regarding your client for review and consideration by the 2007 Administrative Review Boards (ARBs).
>
> If you submitted matters to the ARB process last year on behalf of your client, those matters are already part of your client's records and will be considered by the 2007 ARB. There is no need for you to resubmit the same or similar documents.
>
> If you have new information that will aid the ARBs in assessing the threat your client may continue to pose to the United States or its allies, you can submit that information through the process described in the attached fact sheet.

---

[1] Those briefs dealt with the issues of jurisdiction, adequacy of the remedy substituted for *habeas* by the Military Commissions Act, and entitlement to the factual return.

>Please note, The Privilege Review Team must receive your submission no later than **Friday, February 23, 2007.** OARDEC cannot guarantee that materials received after that date will be included in the ARB hearings.
>
>Please note also that the OARDEC Legal Advisor will acknowledge receipt of your submission, but will not be able to answer any substantive or procedural questions about your client's ARB of prior years or this year.
>
>Sincerely,
>
>DAVID N. COOPER, Lt Col, USAFR

The Court is surely aware that the ARB process is designed to review the "enemy combatant" status determination which is asserted as the basis, *inter alia*, for the continued imprisonment of Mr. El Falesteny for over four years. If, upon review, the ARB concludes that a mistake was made or that conditions have changed so that the prisoner does not pose a continuing threat to the United States or that he no longer is of intelligence value to the holding power, he may be released or transferred. *See* Revised Implementation of ARB Procedures for Enemy Combatants at U.S. Naval Base at Guantanamo Bay, Cuba at 2.[2]

Petitioner has not yet received a factual return in response to this *habeas* action. Without such a return, which is a simple matter of copying existing files and creating no new files, petitioner cannot participate in the Administrative Review Board process in any meaningful way. That process becomes an utter sham although Respondents tout it as a safety valve helping to preserve the constitutional adequacy of the bobtailed procedure of the CSRTs in lieu of *habeas corpus*.[3]

---

[2] Available at http://www.defenselink.mil/news/Sep2004/d20040914adminreview.pdf.

[3] As put by the Legal Advisor of the Department of State, "Detainees who the United States does not intend to prosecute by military commission also have their detention reviewed annually by an Administrative Review Board. This Board determines whether the detainee can be released or transferred without posing a serious threat to the United States or its allies. We are aware of concerns about the

(continued...)

The matter becomes more urgent as counsel for Mr. El Falesteny are scheduled to meet with him on their next visit to Guantanamo, commencing February 11, 2007. Materials related to the basis asserted by the holding power for his detention must be made available to counsel before this visit if counsel is to be able to discuss with the client so as to allow a coherent submission to the ARB by February 23, 2007. As previously noted, this information is not only directly relevant to the administrative proceeding, it will also be directly relevant to the questions raised by this case, whether they are adjudicated here or (in altered form) in the Court of Appeals.

Justice Rutledge nicely put the concerns here at issue in his dissent in *In Re Yamashita,* 327 U.S. 1, 41-42 (1946)

> It is not too early, it is never too early, for the nation steadfastly to follow its great constitutional traditions, none older or more universally protective against unbridled power than due process of law in the trial and punishment of men, that is, of all men, whether citizens, aliens, alien enemies or enemy belligerents. It can become too late.
>
> This long-held attachment marks the great divide between our enemies and ourselves. Theirs was a philosophy of universal force. Ours is one of universal law, albeit imperfectly made flesh of our system and so dwelling among us. Every departure weakens the tradition, whether it touches the high or the low, the powerful or the weak, the triumphant or the conquered. If we need not or cannot be magnanimous, we can keep our own law on the plane from which it has not descended hitherto and to which the defeated foes never rose.

---

(continued...)

indefinite nature of the conflict with al Qaida and the resulting concerns about indefinite detention. ARBs attempt to address these concerns by balancing our authority to detain fighters so they do not come back to fight us again against our desire not to hold anyone any longer than necessary." Available at http://www.opiniojuris.org/posts/1169328256.shtml.

The court should end its delays and immediately order the factual return forthwith.

|  | Respectfully submitted, |
|---|---|
|  | _____/s/ Stephen M. Truitt_____ |
| Gitanjali S. Guiterrez | Stephen M. Truitt (DC # 13235 ) |
| (Pursuant to LCvR 83.2(g)) | 600 Fourteenth Street, N.W. |
| CENTER FOR CONSTITUTIONAL RIGHTS | Suite 500, Hamilton Square |
| 666 Broadway, 7th Floor | Washington, DC  20005-2004 |
| New York, New York 10012 | Tel: (202) 220-1452 |
| Tel: (212) 614-6439 | Fax: (202) 220-1665 |
| Fax: (212) 614-6499 |  |
|  | Charles H. Carpenter (DC #432004) |
| *Of Counsel for Petitioner* | PEPPER HAMILTON LLP |
|  | 600 Fourteenth Street, N.W. |
|  | Suite 500, Hamilton Square |
|  | Washington, DC  20005-2004 |
|  | Tel: (202) 220-1452 |
|  | Fax: (202) 220-1665 |
|  |  |
|  | Christopher J. Huber |
|  | Benjamin P. Cooper |
|  | PEPPER HAMILTON LLP |
|  | 3000 Two Logan Square |
|  | Eighteenth and Arch Streets |
|  | Philadelphia, PA  19103-2799 |
|  | Tel: (215) 981-4000 |
|  | Fax: (215) 981-4750 |
|  |  |
|  | *Counsel for Petitioner* |
| Dated:  January 25, 2007 |  |