**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | No. 05-CV-2386 (RBW) (AK) |
| *v.* | ) ) | |
| GEORGE W. BUSH, *et al.*, Respondents. | ) ) ) ) | |

**NOTICE OF FILING OF REPLY MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER SHARAF AL SANANI COMPLETE REDACTED AND UNREDACTED FACTUAL RETURNS**

Petitioner Sharaf Al Sanini, through his undersigned counsel, hereby gives notice of filing of his Reply Memorandum in Support of Emergency Motion for an Order requiring Respondents to produce complete factual returns no later than February 9, 2007.

Dated: Atlanta, Georgia
       January 26, 2007

                Respectfully submitted,

                Counsel for Petitioner:

                    /s/ Vinay J. Jolly
                A. Stephens Clay IV (Pursuant to LCvR 83.2(g))
                James F. Bogan III (Pursuant to LCvR 83.2(g))
                C. Allen Garrett Jr. (Pursuant to LCvR 83.2(g))
                Vinay J. Jolly (Pursuant to LCvR 83.2(g))
                Leslie J. Abrams (Pursuant to LCvR 83.2(g))
                Miguel M. Duran (Pursuant to LCvR 83.2(g))
                KILPATRICK STOCKTON LLP
                1100 Peachtree Street, Suite 2800
                Atlanta, Georgia 30309-4530
                Telephone: (404) 815-6500
                Facsimile: (404) 815-6555

                Barbara Olshansky (NY-0057)
                Gitanjali S. Guiterrez (Pursuant to LCvR 83.2(g))
                J. Wells Dixon (Pursuant to LCvR 83.2(g))
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York, New York 10012
                Telephone: (212) 614-6439
                Facsimile: (212) 614-6499

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **NOTICE OF FILING OF REPLY MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER SHARAF AL SANANI COMPLETE REDACTED AND UNREDACTED FACTUAL RETURNS** by serving electronically all attorneys of record for each party via the Court's Electronic Case Filing system.

Respectfully submitted,

Counsel for Petitioner:

    /s/ Vinay J. Jolly
A. Stephens Clay IV (Pursuant to LCvR 83.2(g))
James F. Bogan III (Pursuant to LCvR 83.2(g))
C. Allen Garrett Jr. (Pursuant to LCvR 83.2(g))
Vinay J. Jolly (Pursuant to LCvR 83.2(g))
Leslie J. Abrams (Pursuant to LCvR 83.2(g))
Miguel M. Duran (Pursuant to LCvR 83.2(g))
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Barbara Olshansky (NY-0057)
Gitanjali S. Guiterrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Telephone: (212) 614-6439
Facsimile: (212) 614-6499