IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMOM, *et al.*,<br>(Abdul Aziz Naji, a/k/a Aziz Abdul Naji,<br>ISN 744), *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents*. | Civil Action No. 05-CV-2386 (RBW) |

## NOTICE OF FILNG EMERGENCY MOTION OF PETITIONER ABDUL AZIZ NAJI FOR FACTUAL RETURNS AND MEMORANDUM IN SUPPORT

Pursuant to paragraph 46 of the Amended Protective Order and Judge Joyce Hens Green's December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, entered in the above case, counsel for Petitioner Naji hereby notify the Court that a filing in this case has been delivered to the Court Security Officer. The attached submission briefly describes in general terms the nature of the Petitioner's filing

Dated: January 30, 2007

Respectfully submitted,
Counsel for Petitioner:

_____
Ellen Lubell, Esq.

_____
Doris Tennant, Esq.

**TENNANT LUBELL, LLC**
288 Walnut St., Suite 500
Newton, MA 02460
Tel: (617) 969-9610
Fax: (617) 969-9611

Gitanjali S. Guiterrez
(Pursuant to LCvR 83.2(g))
J. Wells Dixon
(Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## GENERAL TERMS OF THE NATURE OF PETITIONER'S FILING

Petitioner Abdul Aziz Naji, also known as Aziz Abdul Naji (ISN 744) ("Petitioner Naji"), requests that respondents be ordered to produce immediately, and **no later than February 9, 2007**, all information pertaining to Petitioner Naji, including all classified and unclassified evidence, whether contained in unredacted records of the ARB and CSRT proceedings and any exhibits thereto or elsewhere, and all decisions and recommendations about him made by the CSRT or the ARB.

# CERTIFICATE OF SERVICE

This certifies that we have this day served the foregoing Notice of Filing Emergency Motion of Petitioner Abdul Aziz Naji For Factual Returns and Memorandum In Support, with Exhibits A, B, and C, upon all attorneys of record for each party via the Court's Electronic Case-Filing System.

Dated: January 30, 2007

Counsel for Petitioner:

*/s/ Ellen Lubell*
Ellen Lubell, Esq.

*/s/ Doris Tennant*
Doris Tennant, Esq.

**TENNANT LUBELL, LLC**
288 Walnut St., Suite 500
Newton, MA 02460
Tel: (617) 969-9610
Fax: (617) 969-9611

Gitanjali S. Guiterrez
(Pursuant to LCvR 83.2(g))
J. Wells Dixon
(Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

### CERTICIATE OF FILING WITH COURT SECURITY OFFICER

This certifies that we have this day filed served the foregoing Notice of Filing Emergency Motion of Petitioner Abdul Aziz Naji For Factual Returns and Memorandum In Support, with the Court Security Office, which seeks immediate production of unclassified and classified factual returns, including CRST and ARB transcripts and exhibits thereto.

The filing was sent to the Court Security Officer by Federal Express.

Dated:  January 29, 2007

Counsel for Petitioner:

*[signature]*
Ellen Lubell, Esq.

*[signature]*
Doris Tennant, Esq.

**TENNANT LUBELL, LLC**
288 Walnut St., Suite 500
Newton, MA  02460
Tel: (617) 969-9610
Fax: (617) 969-9611

Gitanjali S. Guiterrez
(Pursuant to LCvR 83.2(g))
J. Wells Dixon
(Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499