# EXHIBIT A

UNCLASSIFIED

## Summarized Unsworn Detainee Statement

When asked by the Tribunal President the detainee stated he understands the process and he did not have any questions.

When asked by the Tribunal President if he wanted to make a statement the detainee stated that he did not have anything to say.

## Summarized Answers in Response to Questions by the Tribunal Members

Q. Aziz, what was your job when you went into Kashmir?

A. I was helping my Muslim brothers.

Q. How were you doing that?

A. What do you mean by that, sir?

Q. You were injured disarming a mine?

A. Yes.

Q. Did you plant mines as well?

A. No.

Q. Did you do any other actions besides disarming the mines?

A. Because I was being tortured here, I had to say I was planting mines. I had no experience planting mines. I stayed in Kashmir for four and a half months, which was not enough time to be well trained; I spent most of my time playing sports. I was tired of sitting in Harim for more than a year, that's why I went to Kashmir to do some P.T. If I had training from one of the experienced guys this would not have happened to me. I have come across injuries before but nothing like this. That is all I have for you.

Q. Where you a member Lashkar-e-Tayyiba?

A. No. Because of my experience with the Algerian Army, it was hard for myself and other officers to join. A person must be a Sunni to join that group. They must have full trust before they can get in. It was difficult for me to get in.

Q. Do you have any other evidence or statements you would like to present to this tribunal?

UNCLASSIFIED

ISN #744
ENCLOSURE (3)
Page 1 of 4

000476

UNCLASSIFIED

A. I was accused of planting mines that day. I had a difficult time when I first got here to Cuba. I prefer to speak here because it is ruled by procedures. I was tortured and made to say things against myself. When transferred by a truck, my brothers and I were beaten to death and I don't know why. Because of the treatment, I couldn't speak with the interrogators about the mines issue. I have waited until now to tell you I had nothing to do with the mines or planting mines.

Q. Who beat him?

A. Our faces were covered. I was injured and couldn't endure all the torture. The interrogators forced me to say these things, because I was scared to be punished. It is impossible for a person like me to get involved in the minefields. It may take two years to get experience in that field, I was there for four months.

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.



Tribunal President

UNCLASSIFIED

PAGES 3 AND 4 ARE CLASSIFIED
ISN #744
ENCLOSURE (3)
Page 2 of 4
003477

UNCLASSIFIED

Department of Defense
Office for the Administrative Review of the Detention of Enemy
Combatants at US Naval Base Guantanamo Bay, Cuba

From:      Presiding Officer
To:        NAJI, AZIZ ABDUL
Via:       Assisting Military Officer

SUBJECT:   UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF NAJI, AZIZ ABDUL

1. An Administrative Review Board will be convened to review your case to determine if your continued detention is necessary.

2. The Administrative Review Board will conduct a comprehensive review of all reasonably available and relevant information regarding your case. At the conclusion of this review the Board will make a recommendation to: (1) release you to your home state or to a third state; (2) transfer you to your home state, or a third state, with conditions agreed upon by the United States and your home state, or the third state; or (3) continue your detention under United States control.

3. The following primary factors favor continued detention:

   a. Commitment

      1. The detainee traveled from Algeria, to Saudi Arabia, and then to Pakistan to fight the Jihad.

      2. While in Mecca, Saudi Arabia, the detainee confided in one individual his desire to fight a Jihad.

      3. His priority was to fight in Chechnya but learned that the borders were well guarded; instead he decided to volunteer to fight the Jihad in Kashmir.

   b. Training

      The detainee received light weapons training to include the Kalishnikov (rifle) and de-mining training at a Lashgar-E-Taiba (LET) training camp.

UNCLASSIFIED                        Exhibit bmo 1

001014

UNCLASSIFIED

c. Connection

    1. The detainee advised he was a member of Lashgar-E-Taiba (LET) for a total of one year and seven months.

    2. The Lashgar-E-Taiba is the al Qaida affiliated armed wing of a Sunni anti-US missionary organization, which operates primarily in Kashmir but also facilitates the movement of senior al Qaida members.

    3. The Lashgar-E-Taiba supported the detainee while he recovered from wounds sustained trying to enter Kashmir.

d. Intent

    The detainee said, "that America and Cuba are 'No Good' and that shooting Americans is good. He then raised his arms and pretended to shoot the MPs working the block."

4. The following primary factors favor release or transfer:

    a. The detainee stated that he is not a terrorist. He stated that he fought terrorists in 1995. The detainee stated that the interviewers could contact the Algerian Government and they would verify his story.

    b. The detainee stated that he would take a polygraph. Prior to becoming a detainee, the detainee stated that he had never met or fought an American. The only Americans that he ever saw were in the movies.

    c. The detainee denied ever being in Afghanistan. He stated before he was arrested he never thought about the United States. He stated now he has no words to describe how he feels. He related if he wanted to fight the United States, he would go back to Algeria and fight the Americans there. He went on to say that with his disability, it would be impossible for him to actually fight. He did say that he would only fight against those who fight against Islam, using Russia and Indonesia as an example. He did make the comment that it seems the United States is fighting against Islam and not terrorism.

5. You will be afforded a meaningful opportunity to be heard and to present information to the Board; this includes an opportunity to be physically present at the proceeding. The Assisting Military Officer (AMO) will assist you in reviewing all relevant and reasonably available unclassified information regarding your case. The AMO is not an advocate for or against continued detention, nor may the AMO form a confidential relationship with you or represent you in any other matter.

UNCLASSIFIED  Page 2 of 2

001015

UNCLASSIFIED//FOUO

Summarized Administrative Review Board Detainee Statement

The Presiding Officer read the Hearing Instructions to the Detainee and confirmed that he understood and had no questions.

The Assisting Military Officer presented Exhibit EC-A, the Enemy Combatant Notification Form to the Administrative Review Board.

The AMO presented Exhibit EC-B, the Enemy Combatant Election Form to the Administrative Review Board.

The Designated Military Officer presented Exhibit DMO-1, the Unclassified Summary of Information to the Administrative Review Board.

*The Designated Military Officer gave a brief description of the contents of Exhibit DMO-1, the Unclassified Summary of Information to the Administrative Review Board.*

*The Designated Military Officer confirmed that he had no additional unclassified information to present and requested a closed session to present classified information relevant to the disposition of the Detainee.*

*The Presiding Officer opened the Administrative Review Board for the Detainee to present information with the assistance of the Assisting Military Officer.*

Presiding Officer: The Detainee may now present information to the Administrative Review Board. Assisting Military Officer, does the Detainee want to present any information to this Administrative Review Board including written statements, oral statements, or witness statements prepared on his behalf?

Assisting Military Officer: Yes, sir. I request permission to provide the Administrative Review Board panel with explanations and comments that I took during the initial interview with the Detainee and after which I request that you ask him if he desires to make any oral statements on his own behalf. The following comments and explanations were provided by the Detainee in response to the unclassified summary; in response to paragraph 3.A.1, "the Detainee traveled from Algeria to Saudi Arabia and then to Pakistan to fight the Jihad", he responded the information is generally correct but that his Jihad is against India and not against America or Americans. He stated he could have fought against America in the first Gulf War but did not. He stated that he understood that the first Gulf War was not against Islam because other Gulf nations participated with America. In response to paragraph 3.A.2, "while in Mecca, Saudi Arabia the Detainee confided in one individual his desire to fight a Jihad," he stated again that his Jihad at that time was against India not America. In response to paragraph 3.B, the Detainee received light weapons training to include the Kalashnikov and de-mining training at a Lashgar-E-Taiba (LET) training camp," the Detainee denied receiving training on light weapons or de-

UNCLASSIFIED//FOUO

mining and also stated that while he was a prisoner in Bragram he was coerced by force and tortured to admit he had received de-mining training. In response to paragraph 3.C.1, "the Detainee advised he was a member of Lashgar-E-Taiba (LET) for a total of one year and seven months," the Detainee stated the LET was a large group and he was not aware it was affiliated with al Qaida and that his only association with it was to receive physical therapy for his injuries. In response to paragraph 3.D "the Detainee said, "that America and Cuba are 'No Good' and that shooting Americans is good. He then raised his arms and pretended to shoot the MPs working the block," the Detainee remarked that he had made the statement out of frustration from the treatment he had received while being detained. He said that the guards treated him disrespectfully, insulted him and would not let him practice his religion - for example, read the Koran and pray. He stated it occurred only on one occasion and that his behavior has always been good since that isolated incident. Sir that completes the information I wanted to present to the board based on our interview.

Presiding Officer: Thank you, Assisting Military Officer. Good morning Aziz Abdul Naji. Do you wish to make an oral statement at this time?

Detainee: About what?

Presiding Officer: About anything that you would like this board to know that would convey to us why you are no longer a threat and why we should release you.

*The translator asks the Detainee if he needed time to think.*

Detainee: During the first session I explained everything about the training and the de-mining. I've explained everything. I do not have anything to add to it.

Presiding Officer: I will give you a few minutes to think if you would like to add anything otherwise we will continue and possibly ask you some questions later on.

Detainee: I don't have anything to say.

Presiding Officer: OK. Please make note that the Detainee did not have anything to present at the time.

Presiding Officer: Assisting Military Officer, do you have any questions for the Detainee?

Assisting Military Officer: No, sir. Sir, may I interject one thing?

Presiding Officer: Go ahead.

Assisting Military Officer: I'd like us to go back and ask the Detainee if the statement that I provided was the information that he wanted you to hear.

ISN 744
Enclosure (5)
Page 2 of 6

UNCLASSIFIED//FOUO

000929

UNCLASSIFIED//FOUO

**Presiding Officer:** Aziz Abdul Naji, did your Assisting Military Officer's statement provide the information that you wanted us to hear?

**Detainee:** One thing I do not understand is about me being a member in Lashgar-E-Taiba. I was a new person coming into the group. For this group you had to be in for at least two years to become a member. I was new to the area. I wasn't there long enough to be a member with them. I stayed with them for only four months in the mountain area until I was hurt. I have never gotten any training in de-mining. If I had received training in de-mining I would not have gotten injured.

**Presiding Officer:** Thank you. Assisting Military Officer, do you have any questions for the Detainee?

**Assisting Military Officer:** No, sir.

Designated Military Officer, do you have any questions for the Detainee?

**Designated Military Officer:** No, sir.

**Presiding Officer:** Do any Administrative Review Board members have any questions for the Detainee?

**Board Members:** Yes, sir.

**Board Member:** I would like for you to explain to me what you were doing when you sustained your injury and how did your injury happen?

**Detainee:** Good. I was staying there for four months in the wintertime; in the summer I wanted to enter the occupied Kashmir. We entered at nighttime. The way was very narrow and there were a lot of mines everywhere. The person that helped us enter was from Kashmir and he new the roads very well. He told us to follow the path, do not turn right and do not turn left. I wasn't aware of whether I was going to the left or right but that is how I got injured. I went to the hospital to get treatment. That is what happened. We were only able to go to that area at nighttime. In the daytime there were a lot of military personnel in that area. So, if I had knowledge of de-mining or of mines, in general, I would not have gotten injured. I have worked as an ironsmith, with metal all of my life and I have never gotten injured operating any equipment. If I really knew about mines as well as I knew my job, I would not have gotten injured. I've seen that in the Algerian military, people have to get training for at least a year or a year and a half to learn about mines and de-mining. That is all I have.

**Board Member:** I would like to clarify, did you step on the mine or were you trying to disarm the mine?

UNCLASSIFIED//FOUO

**Detainee:** I was walking and the force of the explosion threw me in the air. I flew in the air and when I landed on the ground I looked at my leg and my leg was missing. Because of all the smoke and dust in the air I could not find my leg.

**Board Member:** I would also like to clarify that you said you were staying somewhere for four months before you tried to enter Kashmir, where were you staying? What town or country? Who were you with as you tried to enter Kashmir?

**Detainee:** I do not know what the area was called but we were in a mountain that had four camps. I was there for four months. Some people there were training on light weapons like the Kalashnikov and other weapons. I did not train on them myself because I had trained in Algeria. I did not have to train on anything because I had trained in Algeria. Good. That is it.

**Board Member:** Whom were you traveling with when you tried to enter Kashmir?

**Detainee:** I was with about forty other Muslim people. We wanted to help our brothers in Kashmir. Our brothers were mistreated. We heard that in Kashmir they had killed hundreds of people a day almost. Even in Christianity and Judaism, your religion requests from you to help your brothers and sister. Our religion is the same way.

**Board Member:** So all of you were going for Jihad in Kashmir?

**Detainee:** I know why I was there. I do not know what the other people's purpose or goals were for going there. The Jihad does not have to be a Jihad where you fight. Jihad can be carrying food or helping others. It does not have to be fighting.

**Board Member:** Were all of you traveling with weapons to fight?

**Detainee:** The group I was with was very weak. They had weapons but not all of them. There were not enough for all of us. About my training in Algeria, I trained on very light weapons and maybe when I was talking to my interrogators the translator misunderstood and the interrogators wrote down all the other weapons. In Algeria I only trained in very light weapons. So those bullets or those kinds of weapons are very hard to shoot with, and there weren't enough bullets for that type of weapon

**Presiding Officer:** In the unclassified summary there is a statement where you make a comment that it seems that United States is fighting against Islam and not terrorism. Can you explain that comment further?

**Detainee:** When I first said that I was new to this prison, to this area and I didn't know the soldiers. I didn't know where I was. I have been here three years and I find that most of the soldiers here they come to this area to drink alcohol. After mixing with other soldiers I found that only a few of the soldiers didn't know how to hold the Koran. They held it (the Koran) in an insulting way. That is why I was thinking that maybe they were against Islam. The way a few of the soldiers were holding the Koran gave me that idea but besides

UNCLASSIFIED//FOUO

ISN 744
Enclosure (5)
Page 4 of 6

000931

UNCLASSIFIED//FOUO

that there were other soldiers that were more respectful and that made me think that all the soldiers weren't the same, just a few of the stupid ones were acting that way.

Presiding Officer: If you were to be released, what is it that you would do in the future?

Detainee: I don't know if you will believe me or not but before I was arrested all I wanted to do was to get married. I don't know if you will believe me or not but as soon as you release me I would get married right away. I am almost thirty now. Us Muslims have to get married. For that reason I just wanted to get married and have a better life. Now that I am missing a leg it will be kind of difficult for me to move around.

Presiding Officer: What type of occupation will you pursue?

Detainee: I am an ironsmith. I work with metals so when I get released I will look for the same kind of job but I don't know if I will be able to find that kind of work in Algeria.

Presiding Officer: Are you a threat to the United States?

Detainee: Even when I had a leg I never thought or intended to fight Americans. Now, I don't have a leg and I still do not have any intentions to fight Americans.

Presiding Officer: I have no further questions. Is there anything you would like the board to know before we continue?

Detainee: I have been detained here for three years now and I thank God I don't have any hate or any intent of hurting any soldiers or anyone else for that matter. I was given a lot of chances to get revenge or to hurt someone but I didn't because I don't have that intent. I don't like hurting others.

Presiding Officer: Thank you.

*The Designated Military Officer and the Assisting Military Officer have no other information to present to this Administrative Review Board.*

*The Presiding Officer reads the post-Administrative Board instructions to the Detainee and adjourns the open session of the Board.*

UNCLASSIFIED//~~FOUO~~

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.



Captain, USN
Administrative Review Board Presiding Officer