IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMER MOHAMMOM, *et al.*,
(Abdul Aziz Naji, a/k/a Aziz Abdul Naji,
ISN 744), *Petitioner*,

v.

GEORGE W. BUSH, et al.,
      *Respondents*.

Civil Action No. 05-CV-2386 (RBW)

## [PROPOSED] ORDER

This matter is before the Court on Petitioner Naji's Emergency Motion for Unredacted Factual Returns and Memorandum in Support. Upon consideration of the arguments of the parties, it is hereby

ORDERED that on or before February 9, 2007, Respondents shall produce unredacted factual returns to Petitioner Naji's counsel, including classified and unclassified evidence; unredacted hearing transcripts of the Combatant Status Review Tribunal ("CSRT") and Administrative Review Board ("ARB") proceedings, including any classified portions, pertaining to Petitioner's initial and continued classification as an enemy combatant; any exhibits attached to the transcripts; and all evidence in the possession, custody or control of Respondents tending to show that Petitioner is *not* an enemy combatant.

It is FURTHER ORDERED that Respondents shall supplement their production of factual returns should the information in such returns be supplemented or changed.

Dated: _____

_____
Reggie B. Walton
United States District Judge