IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-2386 (RBW) |

### ORDER DENYING EMERGENCY MOTION OF PETITIONER ABDUL AZIZ NAJI FOR FACTUAL RETURNS

It is hereby ordered that the Emergency Motion of Petitioner Abdul Aziz Naji for Factual Returns is DENIED.

IT IS SO ORDERED.

Dated:

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE