Approved for Public Filing by the CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. ) <br> (ABDAL RAZAK ALI) ) <br>  ) <br> Petitioners/Plaintiffs ) <br>  ) <br> v. ) <br>  ) <br>  ) <br> GEORGE W. BUSH, et al. ) <br>  ) <br> Respondents/Defendants ) | CIVIL ACTION <br><br> NO. 05-2386 (RBW) |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner in the above named case, Abdal Razak Ali, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of January 31, 2007 denying Petitioner's motions. This appeal is being filed *in forma pauperis* as the original *habeas* petition was filed by counsel on behalf of an indigent.

Dated: February 1, 2007

Respectfully Submitted,
Counsel for Petitioner

/s/ *H. Candace Gorman*
H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman
Elizabeth Popolis
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 427-2313

## CERTIFICATE OF SERVICE

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner's Notice of Appeal to the individuals listed below via the District Court's Electronic Case Filing System:

      Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

This 1st day of February, 2007.

      /s/ H. Candace Gorman
      Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313