IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., <br><br>(Walid Ibrahim Mustafa Abu Hijazi, a/k/a Assem Matruq Mohammad Al Aasmi, a/k/a Mohammed Al Palestini, ISN 049,<br><br>and<br><br>Maasoum Abdah Mouhammad, a/k/a Bilal LNU, ISN 330)<br><br>      *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>      *Respondents*. | Civil Action No. 05-cv-2386 (RBW) |

## NOTICE OF FILING OF PETITIONERS' EMERGENCY MOTION FOR PRODUCTION OF FACTUAL RETURNS AND MEMORANDUM IN SUPPORT

Pursuant to paragraph 46 of the Amended Protective Order and Judge Joyce Hens Green's December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, entered in the above case, counsel for Petitioners Walid Ibrahim Mustafa Abu Hijazi, a/k/a Assem Matruq Mohammad Al Aasmi, a/k/a Mohammed Al Palestini and Maasoum Abdah Mouhammad, a/k/a Bilal LNU hereby notify the Court that on February 1, 2007, they delivered to the Court Security Office Petitioners' Emergency Motion for Production of Factual Returns and Memorandum in Support.

Dated: February 1, 2007

Respectfully submitted,

Counsel for Petitioners:

/s/  Adam R. Chiss
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
*Each Pursuant to LCvR 83.2(g))*
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
Tel:    (312) 207-1000
Fax:    (312) 207-6400

Of counsel:
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2 (g))
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012

## CERTIFICATE OF SERVICE

This certifies that we have this day filed the foregoing **Notice of Filing of Petitioners' Emergency Motion for Production of Factual Returns and Memorandum in Support** with the Clerk of the Court using the Court's Electronic Case-Filing System, which will send notification of such filings to counsel of record who are registered ECF users.

/s/ *Adam R. Chiss*
Lowell E. Sachnoff
Matthew J. O'Hara
Adam R. Chiss
*Each Pursuant to LCvR 83.2(g))*
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Tel:   (312) 207-1000
Fax:   (312) 207-6400

Of counsel:
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2 (g))
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012

## CERTIFICATE OF FILING WITH COURT SECURITY OFFICER

I, Adam R. Chiss, state that on January 31, 2007, I served, by Federal Express, an original and two copies of the foregoing **PETITIONERS' EMERGENCY MOTION FOR PRODUCTION OF FACTUAL RETURNS AND MEMORANDUM IN SUPPORT THEREOF** with the Court Security Office for approval for public filing.

Counsel for Petitioners:

*/s/ Adam R. Chiss*
Lowell E. Sachnoff (Illinois Bar No. 02438062)
Matthew J. O'Hara (Illinois Bar No. 6237795)
Adam R. Chiss (Illinois Bar No. 6272056)
**SACHNOFF & WEAVER, LTD.**
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Tel:   (312) 207-1000
Fax:   (312) 207-6400

Of counsel:
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2 (g))
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012