The Honorable Judge Walton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR Last name Unknown ("LNU) Also known as UMAR ABDULLAH AL KUNDUZI, ISN 222<br>  Detainee,<br>  Guantanamo Bay Naval Station<br>  Guantanamo Bay, Cuba;<br><br>SAMI AL HAJJ,<br>  As the Next Friend of the above-named Petitioner,<br><br>        Petitioners,<br><br>        v.<br><br>GEORGE W. BUSH,<br>  President of the United States, *et al.*,<br><br>        Respondents. | NO. 1:05-CV—2386 (RBW)<br><br>MEMORANDUM OF UNDERSTANDING |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421;18 U.S.C.

§ 641; 50 U.S.C. § 783; 28 C.F.R. § et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Omar Last Name Unknown ("LNU") also Known as Umar Abdullah Al Kunduzi, INS No. 222 *Detainee, Guantanamo Bay Naval Station Guantanamo Bay, Cuba; Sami Al Hajj, As the Next Friend of the above-named Petitioner, v. George W. Bush,* Case No. 1:05CV2386 (RBW), and I agree to comply with the provisions thereof.

(2)     I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Umar Abdullah Al Kunduzi, INS No. 222 *Detainee, Guantanamo Bay Naval Station Guantanamo Bay, Cuba; Sami Al Hajj, As the Next Friend of the above-named Petitioner, v. George W. Bush,* Case No. 1:05CV2386 (RBW), and I agree to comply with the provisions thereof.

Respectfully submitted this 30 day of January, 2007.

                              Zulauf & Chambliss

                              By Jon R. Zulauf WSBA#6936
                              Counsel For Omar Last name Unknown ("LNU")
                              a/k/a Umar Abdullah Al Kunduzi ISN 222
                              Zulauf & Chambliss
                              1809 Seventh Avenue Suite 1301
                              Seattle, Washington 98101
                              Tel: (206) 682-1114
                              Fax: (206) 343-5015

### Certificate of Service

I hereby certify that a true and correct copy of the Memorandum of Understanding Regarding Access to Classified National Security Information served upon the following person via first-class mail and e-mail on this 30 day of January, 2007.

Jon R. Zulauf, Counsel for
Omar Last name Unknown ("LNU") a/k/a
Umar Abdullah Al Kunduzl ISN 222

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6120
Washington DC 20530
Email: Andrew.Warden@usdoj.gov

## Certification of Representation Without Compensation

Counsel for Petitioners certify, pursuant to L. CV. R. 83.2(g) that they are representing Petitioners without compensation.

                           _____
                           Jon R. Zulauf, Counsel for Omar Last Name
                           Unknown ("LNU") a/k/a Umar Abdullah Al
                           Kunduzi,  ISN # 222

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective entered in the United States district Court for the District of Columbia in the case captioned Umar Abdullah Al Kunduzi, INS No. 222 *Detainee, Guantanamo Bay Naval Station Guantanamo Bay, Cuba; Sami Al Hajj, As the Next Friend of the above-named Petitioner, v. George W. Bush,* Case No. 1:05CV2386 (RBW), understands its terms and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED this 30th day of January, 2007.

By _____
Jon R. Zulauf Counsel for Omar Last Name
Unknown ("LNU") a/k/a Umar Abdullah Al
Kunduzi, ISN # 222