IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*, <br> (SHARAF AL SANANI) <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05-CV-2386 (RBW) (AK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner/Plaintiff Sharaf Al Sanani hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order (Docket Number 324) dated January 31, 2007 denying his motions.

Dated: February 5, 2007

                                      Respectfully submitted,

                                      _____/s/ Vinay J. Jolly_____
                                      A. Stephens Clay IV (Pursuant to LCvR 83.2(g))
                                      James F. Bogan III (Pursuant to LCvR 83.2(g))
                                      C. Allen Garrett Jr. (Pursuant to LCvR 83.2(g))
                                      Vinay J. Jolly (Pursuant to LCvR 83.2(g))
                                      Leslie J. Abrams (Pursuant to LCvR 83.2(g))
                                      Miguel M. Duran (Pursuant to LCvR 83.2(g))
                                      KILPATRICK STOCKTON LLP
                                      1100 Peachtree Street, Suite 2800
                                      Atlanta, Georgia 30309-4530
                                      Telephone: (404) 815-6500
                                      Facsimile: (404) 815-6555

                                      Gitanjali S. Guiterrez (Pursuant to LCvR 83.2(g))
                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                      666 Broadway, 7th Floor
                                      New York, New York 10012

Telephone: (212) 614-6439
Facsimile: (212) 614-6499

Zachary Katznelson (Pursuant to LCvR 83.2(g))
REPRIEVE
P.O. Box 52742
London EC4P 4WS
United Kingdom
Telephone: (020) 7353 4640
Facsimile: (020) 7353 4641

*Counsel for Petitioner/Plaintiff*

## CERTIFICATE OF SERVICE

  This is to certify that I have this day, February 5, 2007, served the foregoing NOTICE OF APPEAL by serving electronically all attorneys of record for each party via the Court's Electronic Case Filing system.

          Respectfully submitted,

          Counsel for Petitioner:

            /s/ Vinay J. Jolly
          A. Stephens Clay IV (Pursuant to LCvR 83.2(g))
          James F. Bogan III (Pursuant to LCvR 83.2(g))
          C. Allen Garrett Jr. (Pursuant to LCvR 83.2(g))
          Vinay J. Jolly (Pursuant to LCvR 83.2(g))
          Leslie J. Abrams (Pursuant to LCvR 83.2(g))
          Miguel M. Duran (Pursuant to LCvR 83.2(g))
          KILPATRICK STOCKTON LLP
          1100 Peachtree Street, Suite 2800
          Atlanta, Georgia 30309-4530
          Telephone: (404) 815-6500
          Facsimile: (404) 815-6555

          Barbara Olshansky (NY-0057)
          Gitanjali S. Guiterrez (Pursuant to LCvR 83.2(g))
          J. Wells Dixon (Pursuant to LCvR 83.2(g))
          CENTER FOR CONSTITUTIONAL RIGHTS
          666 Broadway, 7th Floor
          New York, New York 10012
          Telephone: (212) 614-6439
          Facsimile: (212) 614-6499