Approved for filing by the CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.  )<br>(ABDAL RAZAK ALI)             )<br>                                              )<br>        Petitioners/Plaintiffs  )<br>                                              )<br>v.                                         )<br>                                              )<br>                                              )<br>GEORGE W. BUSH, et al.      )<br>                                              )<br>        Respondents/Defendants )  | CIVIL ACTION<br><br>NO. 05-2386 (RBW) |

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, H Candace Gorman, declare that I am the attorney representing appellant/petitioner in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security, therefore, I state that because of my client's poverty, he is unable to prepay the costs of said proceeding or to give security therefore. Mr. Razak Ali is detained at Guantanamo Bay, Cuba, and for that reason I am unable to obtain his signature for this motion and affidavit, and I am therefore signing the affidavit on his behalf and to the best of my knowledge and belief. My affidavit is attached.

I believe my client is entitled to relief. The issue that will be presented on appeal is the Court's Order of January 31, 2007 denying Petitioner's motions.

Dated: February 7, 2007

                                        Respectfully Submitted,
                                        Counsel for Petitioner

                                        /s/ *H. Candace Gorman*
                                          H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman
Elizabeth Popolis
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 427-2313

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. ) <br> (ABDAL RAZAK ALI) ) <br> ) <br>     Petitioners/Plaintiffs ) <br> ) <br>     v. ) <br> ) <br> ) <br> GEORGE W. BUSH, et al. ) <br> ) <br>     Respondents/Defendants ) | CIVIL ACTION <br><br> NO. 05-2386 (RBW) |

### Affidavit in Support of Motion

I, H Candace Gorman, attorney for Petitioner/Appellant Abdal Razak Ali, swear or affirm under penalty of perjury that, because of my client's poverty, my client cannot prepay the docket fees of his appeal or post a bond for them. My client is detained at Guantánamo and has been sold held for almost five years. He has no known assets and I am handling his case *pro bono*. I further state that because my client is detained at Guantánamo I can not have him sign an affidavit personally. I believe he is entitled to redress. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Further affiant sayeth naught.

**Signed:** /s/ H. Candace Gorman
 **Date:**   2/7/2007

                                                        Respectfully Submitted,
                                                        Counsel for Petitioner

                                                        /s/ H. Candace Gorman
                                                          H. Candace Gorman

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman
Elizabeth Popolis
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 427-2313

## CERTIFICATE OF SERVICE

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of Motion for Leave to Proceed on Appeal In Forma Pauperis to the individuals listed below via the District Court's Electronic Case Filing System:

      Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC  20530

This 7th day of February, 2007.

      /s/ H. Candace Gorman
      Counsel for Petitioner

LAW OFFICE OF H. CANDACE GORMAN
H. Candace Gorman (IL Bar #6184278)
Elizabeth Popolis  (IL Bar #6285095)
542 S. Dearborn Street -  Suite 1060
Chicago, IL 60605
Tel:  (312) 427-2313