IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORIGINAL**

AMER MOHAMMON *et al.*,                    )
                                           )
                  Petitioner,     )
                                           )     Civil Action No.  05-cv-2386 (RBW)
v.                                         )
                                           )
GEORGE W. BUSH,                            )     *Leave to file is granted. 2/2/07*
    President of the United States, *et al.*,   )     *J. Watton*
                                           )
                  Respondents.    )

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to,

but not limited to, unauthorized disclosure of classified information, espionage and related

offenses; The Intelligence Identities Protection Act, 50 U.S.C. §421; 18 U.S.C. §641; 50 U.S.C.

§783; 28 C.F.R. §17 *et seq.*; and Executive Order 12958; I understand that I may be the recipient

of information and documents that belong to the United States and concern the present and future

security of the United States, and that such documents and information together with the

methods and sources of collecting it are classified by the United States government.  In

consideration for the disclosure of classified information and documents:

(1)  I agree that I shall never divulge, publish, or reveal either by word, conduct or any

other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned *Mohammon et al., v. George W. Bush, et al.*, Civ. Action No. 05-

2386 (RBW).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Mohammon et al., v. George W. Bush, et al.*, Civ. Action No. 05-2386 (RBW), and I agree to comply with the provisions thereof.

Kathryn C. Goyer (KCG 0959)
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Tel: (212) 547-5678
Fax: (212) 547-5444

Date 1/8/06

ORIGINAL

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that she has read the Protective Order entered in

the United States District Court for the District of Columbia in the case captioned *Mohammon et*

*al., v. George W. Bush, et al.*, Civ. Action No. 05-2386 (RBW), understands its terms, and agrees

to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees

not to use or disclose any protected information or documents made available to her other than as

provided by the Protective Order. The undersigned acknowledges that her duties under the

Protective Order shall survive the termination of this case and are permanently binding, and that

failure to comply with the terms of the Protective Order may result in the imposition of sanctions

by the Court.

DATED: January 8, 2007                    BY:    Kathryn C. Goyer

                                          SIGNED: _KC Doy_____

ORIGINAL

## <u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on January 29, 2007  I
caused to be served upon the party listed below a true and correct copy of the accompanying
Memorandum of Understanding Regarding Access to Classified National Security Information
by Federal Express Overnight Delivery:

Andrew I. Warden
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530

Dated: New York, New York
      January 29, 2007

Kathryn C. Goyer