# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FAHD AL-FAWZAN<br>　　Detainee,<br>　　Guantánamo Bay Naval Station,<br>　　Guantánamo Bay, Cuba. | )<br>)<br>)<br>)<br>) |
| 　　　　　　　Petitioners/Plaintiffs, | )<br>) |
| v. | ) Civil No. 05-2386(RBW) |
| GEORGE W. BUSH, *et al.*, | ) |
| 　　　　　　　Respondents/Defendants. | ) |

## NOTICE OF APPEAL

　　Notice is hereby given that Fahd al-Fawzan hereby appeals to the United States Court of Appeals for the District of Columbia from the order of January 31, 2007 denying his motions.

Dated: New York, New York
　　　　February 8, 2006.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　Counsel for Petitioner
　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Martha Rayner (NY-MR-1423)
　　　　　　　　　　　　　　　　　　　　Ramzi Kassem (RK-NY-3567)
　　　　　　　　　　　　　　　　　　　　James A. Cohen (NY-JC-3836)

　　　　　　　　　　　　　　　　　　　　LINCOLN SQUARE LEGAL SERVICES
　　　　　　　　　　　　　　　　　　　　Fordham University School of Law
　　　　　　　　　　　　　　　　　　　　33 W. 60th Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10023
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 636-6934
　　　　　　　　　　　　　　　　　　　　Fax: (212) 636-6923