IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI <br> [on petition as "SANAD ALI ALKALIEMI"] <br>     Detainee, <br>     Guantánamo Bay Naval Station, <br>     Guantánamo Bay, Cuba. <br><br>                                 Petitioners/Plaintiffs, <br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br>                                  Respondents/Defendants. | Civil No: 05-2386(RBW) |

**NOTICE OF APPEAL**

      Notice is hereby given that Sanad Ali Yislam Al-Kazimi [on petition as "Sanad Ali Alkaliemi"] hereby appeals to the United States Court of Appeals for the District of Columbia from the order of January 31, 2007 denying his motions.

Dated: New York, New York
       February 8, 2006.

                                                Respectfully submitted,
                                                Counsel for Petitioner
                                                _____/s/_____
                                                Martha Rayner (NY-MR-1423)
                                                Ramzi Kassem (RK-NY-3567)
                                                James A. Cohen (NY-JC-3836)

                                                LINCOLN SQUARE LEGAL SERVICES
                                                Fordham University School of Law
                                                33 W. 60th Street, 3rd Floor
                                                New York, NY 10023
                                                Telephone: (212) 636-6934
                                                Fax: (212) 636-6923