Approved for Public Filing by the CSO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD AL-FAWZAN<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>                    Petitioners,<br><br>    v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>                    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Martha Rayner, declare that I am the attorney representing Fahd Al-Fawzan (Appellant/Petitioner) in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security, I state that because of my client's poverty, he is unable to prepay the costs of said proceeding or to give security therefore. Mr. Al-Fawzan is detained at Guantanamo Bay, Cuba, and for that reason I am unable to obtain his signature for this motion and affidavit, and I am therefore signing the affidavit on his behalf and to the best of my knowledge and belief. My affidavit is attached.

I believe my client is entitled to relief. The issue that will be presented on appeal is the Court's Order of January 31, 2007 denying Petitioner's motions.

Approved for Public Filing by the CSO

Dated: February 8, 2007

                                      Respectfully Submitted,
Counsel for Petitioner
/s/ Martha Rayner
Martha Rayner (NY-MR-1423)
Ramzi Kassem (RK-NY-3567)
James A. Cohen (NY-JC-3836)

LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law
33 W. 60th Street, 3rd Floor
New York, NY 10023
Telephone: (212) 636-6934
Fax: (212) 636-6923

Approved for Public Filing by the CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD AL-FAWZAN,<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>                    Petitioners,<br>v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>                    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)<br>)<br>)<br>)<br>) |

**Affidavit in Support of Motion**

I, Martha Rayner, attorney for Petitioner/Appellant Fahd Al-Fawzan, swear or affirm under penalty of perjury that, because of my client's poverty, my client cannot prepay the docket fees of his appeal or post a bond for them. My client is detained at Guantánamo and has been imprisoned for almost five years. He has no assets that I know of and I am handling his case *pro bono*. I further state that because my client is detained at Guantánamo I can not have him sign an affidavit personally. I believe he is entitled to redress. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Signed:** */s/ Martha Rayner*
**Date:** **2/8/2007**

.......................................................................................................

                                        Respectfully Submitted,
                                        Counsel for Petitioner

                                         /s/ Martha Rayner
                                            Martha Rayner

                                        LINCOLN SQUARE LEGAL SERVICES
                                        Fordham University School of Law
                                        33 W. 60th Street, 3rd Floor
                                        New York, NY 10023
                                        Telephone: (212) 636-6934
                                        Fax: (212) 636-6923

Approved for Public Filing by the CSO

## CERTIFICATE OF SERVICE

I, Martha Rayner, certify that I today caused a true and accurate copy of Motion for Leave to Proceed on Appeal In Forma Pauperis to the individuals listed below via the District Court's Electronic Case Filing System:

>Terry Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, DC 20530

This 8th day of February, 2007.

>/s/ Martha Rayner
>Counsel for Petitioner
>
>LINCOLN SQUARE LEGAL SERVICES
>Fordham University School of Law
>33 W. 60th Street, 3rd Floor
>New York, NY 10023
>Telephone: (212) 636-6934
>Fax: (212) 636-6923