*APPROVED BY CSO*
*FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KHALD AL BARKATI, <br><br> Sami Muhyideen, <br>    as Next Friend of <br>    Mr. Khald Al Barkati <br><br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br>    *Respondents*. | Civil Action No. 05-cv-2386 (RBW) |

## NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Pursuant to paragraph 18 of the Amended Protected Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba first issued on November 8, 2004 in the In re Guantánamo Bay Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green and entered in the above captioned case by the Court on March 13, 2006, counsel for petitioners hereby file an executed copy of the attached "Memorandum of Understanding Regarding Access to Classified National Security Information."

Dated:   February 9, 2007           Respectfully submitted,

                                             /s/  John C. Snodgrass
                                             David L. Engelhardt (DC429886)
                                             John C. Snodgrass (DC473864)
                                             Johnisha Matthews (DC492478)
                                             Reginald B. McKnight (DC493946)
                                             Lisa M. Kaas (DC492302)
                                             Dickstein Shapiro LLP
                                             1825 Eye Street NW
                                             Washington, DC  20006
                                             Telephone:  (202) 420-2200
                                             Fax:  (202) 420-2201

2108869.01

*Of Counsel*
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

2

2108869.01

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by ECF and a copy of all instruments have been emailed to the following persons:

    Terry M. Henry, Esq.
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 6120
    Washington, DC 20530

    Andrew I. Warden
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 6120
    Washington, DC 20530

On this 9th day of February 2007.

                                              /s/ John C. Snodgrass
                                              John C. Snodgrass

2108869.01