**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UMAR ABDULLAH AL KUNDUZI (ISN 222),** | ) ) ) ) | |
| *Petitioner,* | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-cv-2386 (RBW) |
| **GEORGE W. BUSH, et al.,** *Respondents.* | ) ) ) ) ) | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner **UMAR ABDULLAH AL KUNDUZI** matter.  Service upon counsel may be made to:

> Kent Spriggs
> Spriggs Law Firm
> 324 W. College Ave.
> Tallahassee, FL 32301-1406
> Tel: (850) 224-8700
> Fax: (850) 224-8836

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

Dated: February 13, 2007

> Respectfully submitted,
>
> Counsel for Petitioner:
>
> Kent Spriggs
> Spriggs Law Firm
> 324 W. College Ave.
> Tallahassee, FL 32301-1406
> Tel: (850) 224-8700
> Fax: (850) 224-8836

<u>Certificate of Service</u>

I certify that a copy of this Notice of Appearance was service by U.S. Mail and email on:

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470
Andrew.Warden@usdoj.gov

Kent Spriggs