IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' NOTICE IN RESPONSE TO
MOTION FOR PRODUCTION OF FACTUAL RETURNS
FILED ON BEHALF OF PETITIONERS PALESTINI AND BILAL LNU**

Respondents hereby submit the following notice regarding the motion for production of factual returns filed on behalf of petitioners Mohammed Al Palestini and Bilal LNU in the above-captioned case (dkt. no. 329).

On January 31, 2007, this Court, in an order entered in this case, concluded that, "[u]ntil the District of Columbia Circuit resolves the jurisdictional questions raised by the MCA [Military Commissions Act of 2006], it is this Court's view that it lacks the authority to take any action in these cases." *See* dkt. no. 324 at 5. The Court further administratively closed the above-captioned case and denied without prejudice all pending motions in the case, including then-pending motions for production of factual returns, "until such time as the District of Columbia Circuit resolves the question of this Court's jurisdiction to adjudicate these cases."[1]

---

[1] The Court further stated, "If the District of Columbia Circuit concludes that this Court retains jurisdiction over these cases, either party may move to reinstate the pending motions." *See* dkt. no. 324 at 5 n.1.

*Id.* Because the Court has taken such action in this case, absent further direction from the Court, respondents do not intend to submit a substantive response to petitioners' request for relief at this time. At this time, respondents oppose the relief requested in petitioners' motion for essentially the same reasons cited in respondents' oppositions to similar motions by other petitioners in this case disposed of by the Court's January 31, 2007 Order, but respondents reserve their right to submit a substantive memorandum in opposition to petitioners' motion in the future if so directed by the Court.

Dated: February 15, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Terry M. Henry*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents