IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIF ULLAH<br>*also know as* SAYF BIN ABDALLAH<br>**Petitioner,**<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | Civil Action No. 05-cv-02386 (RBW) |

**NOTICE OF FILING OF MOTION FOR ORDER REQUIRING RESPONDENTS
TO PROVIDE COUNSEL FOR PETITIONER, SAIF ULLAH a/k/a SAYF BIN
ABDALLAH, AND THE COURT WITH 30-DAYS'
ADVANCE NOTICE OF ANY INTENDED REMOVAL OF
PETITIONER FROM GUANTANAMO**

Petitioner, Saif Ullah a/k/a Sayf Bin Abdallah, through his undersigned counsel, hereby gives notice of filing of his Motion for and Order Requiring 30-Days' Advanced Notice of Any Intended Removal of Petitioner from Guantanamo.

Dated: February 15, 2007

Respectfully Submitted,
Counsel for Petitioner

_/s/ Joseph S. Berman_
Joseph S. Berman, BBO NO. 566006
BERMAN & DOWELL
210 Commercial Street
Boston, MA 02109
Tel: (617)-723-9911
Fax: (617)-723-6688


*Of Counsel*
J. Wells Dixon (NY_____)
(Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6433


## CERTIFICATE OF SERVICE

I, Joseph S. Berman, hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.


_/s/ Joseph S. Berman_