IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIF ULLAH<br>*also know as* SAYF BIN ABDALLAH<br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>　Respondents. | Civil Action No. 05-cv-02386 (RBW) |

## NOTICE OF FILING OF MOTION FOR FACTUAL RETURNS AND MEMORANDUM IN SUPPORT THEREOF

Petitioner, Saif Ullah a/k/a Sayf Bin Abdallah, through his undersigned counsel, hereby gives notice of filing of his Motion for Factual Returns and Memorandum in Support Thereof.

Dated: February 15, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　Counsel for Petitioner

　　　　　　　　　　　　　　　　　　　　＿＿＿/s/ Joseph S. Berman＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Joseph S. Berman, BBO NO. 566006
　　　　　　　　　　　　　　　　　　　　BERMAN & DOWELL
　　　　　　　　　　　　　　　　　　　　210 Commercial Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　Tel: (617)-723-9911
　　　　　　　　　　　　　　　　　　　　Fax: (617)-723-6688

　　　　　　　　　　　　　　　　　　　　*Of Counsel*
　　　　　　　　　　　　　　　　　　　　J. Wells Dixon (NY＿＿＿＿＿)
　　　　　　　　　　　　　　　　　　　　(Pursuant to LCvR 83.2(g))
　　　　　　　　　　　　　　　　　　　　CENTER FOR CONSTITUTIONAL RIGHTS
　　　　　　　　　　　　　　　　　　　　666 Broadway, 7th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10012
　　　　　　　　　　　　　　　　　　　　Tel: (212) 614-6439
　　　　　　　　　　　　　　　　　　　　Fax: (212) 614-6433

## CERTIFICATE OF SERVICE

I, Joseph S. Berman, hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

                                          /s/ Joseph S. Berman