IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ADNAN AHJAM, a/k/a ABU RAWDA, ISN #326,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-cv-2386 (RBW)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the attorney listed below will represent petitioner Ahmed Adnan Ahjam, a/k/a/ Abu Rawda, and Usama Hasan Abu Kabir, as Next Friend of Ahmed Adnan Ahjam, a/k/a Abu Rawda, in this matter. Service upon counsel may be made to:

> David S. Marshall
> 1001 Fourth Avenue, 44th Floor
> Seattle, WA 98154-1192
> Telephone: 206/826-1400
> Fax:       206/389-1708

Counsel for petitioner certifies, pursuant to L.Cv.R. 83.2(g), that he is representing petitioner without compensation.

DATED this 8th day of February, 2007.

/s/
DAVID S. MARSHALL
Attorney for Petitioner
Washington State Bar No. 11716

C:\DSM\CLIENT FOLDERS\Rawda'Ab\A-3 Pleadings\notice of appearance 020807.doc

NOTICE OF APPEARANCE

Law Offices
DAVID S. MARSHALL
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206) 826-1400