## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
| | ) |
| *Petitioners/Plaintiffs*, | ) |
| | ) |
| v. | ) Civil No. 05-2386 (RBW) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| *Respondents/Defendants*. | ) |

## MOTION FOR LEAVE TO PROCEED
## IN FORMA PAUPERIS

Comes now petitioner Maher El Falesteny and moves for an order allowing him to proceed *in forma pauperis* in this action and on appeal. In support thereof, Petitioner states as follows:

1. Because of his poverty, Mr. El Falesteny is unable to prepay the costs of said proceeding or to give security therefore.

2. Mr. Maher El Falesteny is detained at Guantanamo Bay, Cuba, and for that reason counsel is unable to obtain his signature for this motion and declaration, and is therefore signing the affidavit on his behalf. The declaration is attached.

3. On February 1, 2007, Mr. El Falesteny noted an appeal in this action, and paid the filing fee. By this motion, he seeks a refund of that fee.

Wherefore, Mr. El Falesteny seeks leave to proceed *in forma pauperis* and a

refund on his previously paid fees.

Respectfully submitted,

/s/ Charles H. Carpenter

Gitanjali S. Guiterrez                    Charles H. Carpenter (DC #432004)
(Pursuant to LCvR 83.2(g))                PEPPER HAMILTON LLP
CENTER FOR CONSTITUTIONAL                  600 Fourteenth Street, N.W.
RIGHTS                                     Suite 500, Hamilton Square
666 Broadway, 7th Floor                    Washington, DC  20005-2004
New York, New York 10012                   Tel: (202) 220-1452
Tel: (212) 614-6439                        Fax: (202) 220-1665
Fax: (212) 614-6499
                                           Stephen M. Truitt (DC # 13235 )
                                           600 Fourteenth Street, N.W.
*Of Counsel for Petitioner*                Suite 500, Hamilton Square
                                           Washington, DC  20005-2004
                                           Tel: (202) 220-1452
                                           Fax: (202) 220-1665

                                           Christopher J. Huber
                                           Benjamin P. Cooper
                                           PEPPER HAMILTON LLP
                                           3000 Two Logan Square
                                           Eighteenth and Arch Streets
                                           Philadelphia, PA  19103-2799
                                           Tel: (215) 981-4000
                                           Fax: (215) 981-4750

                                           *Counsel for Petitioner*

Dated:  February 22, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMER MOHAMMON, *et al.*,                                  )
                                                         )
                *Petitioners/Plaintiffs*,    )
                                                         )
v.                                                       )    Civil No. 05-2386 (RBW)
                                                         )
GEORGE W. BUSH, *et al.*,                                )
                                                         )
             *Respondents/Defendants*.    )


## DECLARATION IN SUPPORT OF MOTION


       I, Charles H. Carpenter, attorney for Petitioner/Appellant Maher El Falesteny, swear or affirm under penalty of perjury that, because of my client's poverty, my client cannot prepay the docket fees of his appeal. My client is detained at Guantanamo Bay, Cuba and has been held for about five years. He has no known assets and I am handling his case pro bono. I further state that because my client is detained at Guantanamo Bay, Cuba I cannot have him sign a declaration personally. I believe he is entitled to redress. I swear under penalty of perjury under United States laws that my statements in this declaration are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

                         Respectfully submitted,

                         /s/ Charles H. Carpenter
                         Charles H. Carpenter