# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
|            *Petitioners/Plaintiffs*, | ) |
| v. | ) Civil No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) |
|            *Respondents/Defendants*. | ) |

## ORDER

Upon consideration of the Motion for Leave to Proceed *In Forma Pauperis*, it is, by the Court, this ___ day of February, 2007

ORDERED that the motion shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall refund to petitioner Maher El Falesteny's counsel all fees paid beyond those applicable to litigants proceeding *in forma pauperis*.

_____
Reggie B. Walton
United States District Court Judge