EXHIBIT B



Home
News Releases
About HRW
Get Involved
Publications
Info by Country
Africa
Americas
Asia
Europe/Central Asia
Middle East/N. Africa
United States

Global Issues
Arms
Business
Children's Rights
Counterterrorism
Economic, Social &
Cultural Rights
HIV/AIDS
International Justice
LGBT Rights
Prisons
Refugees
United Nations
Women's Rights
More...

Campaigns
Commentary
Film Festival
Photo Galleries
Audio / Video
Site Map
Contact Us
Corrections
Permissions
RSS

Search

# Tunisia: Ex-Prisoners Recount Brutal Solitary Confinement

## *Authorities Should Halt Isolation Policy Immediately*

(Tunis, April 20, 2005) – Interviews with recently released prisoners in Tunisia refute government denials that it is holding dozens of political prisoners in prolonged solitary confinement or isolation, some for over a decade, Human Rights Watch said in a report released today.

> **You might ask for a medication, or to see a doctor, and they wouldn't even say 'Yes' or 'No', or, 'We are looking at your request.' It makes you despondent, ready to do something desperate, toward the guard, or toward yourself, just to prove you exist.**
>
> Ali Laaridh, a prisoner freed in November who described the measures Tunisian authorities sometimes took.

The 39-page report, "Tunisia: Crushing the Person, Crushing a Movement," charges that the government's policy of isolation is driven not by legitimate penological concerns. Rather, this national policy seeks to punish and demoralize jailed leaders of the banned Nahdha (Renaissance) party, as part of government efforts to destroy the country's Islamist movement.

"The Tunisian government must end its policy of trying to crush political prisoners by throwing them into solitary confinement for years on end," said Sarah Leah Whitson, Middle East and North Africa director at Human Rights Watch. "Tunisia should grant an amnesty to its political prisoners, but until that happens, the isolation policy must end."

Released Nahdha leaders said that prison officials never formally told them why they were being held in isolation, how long the isolation would last, or how to appeal the decision. The government forbids inmates in isolation from all contact with the rest of the prison population, even during their daily outdoor exercise period. These inmates

🖨 Printer Friendly Version

Also Available in

 FRANÇAIS  DEUTSCH

**Related Material**

Letter to M. Bechir Tekkari, Tunisian Minister of Justice and Human Rights
Letter, March 16, 2005

Tunisia: Internal Exile Used to Silence Dissident
Press Release, February 1, 2005

Tunisia: Long-Term Solitary Confinement of Political Prisoners
Report, July 7, 2004

Tunisia: Political Prisoners Held in Solitary for Years
Press Release, July 7, 2005

Free Email Newsletter

Contribute to Human Rights Watch

are barred from all vocational, cultural and educational programs. Their communication with the outside world and access to books is also heavily restricted, and family visits are limited to a single, short weekly visit at most, usually through a separation barrier.

Not only does Tunisia's practice of long-term isolation violate international norms on the treatment of prisoners, it also violates Tunisian law, which allows isolation as a form of punishment for up to 10 days only. Moreover, the policy also violates the prohibition against cruel and inhuman treatment or punishment and, in some cases, may rise to the level of torture. The long-term absence of normal social interaction and of reasonable mental stimulus threatens the mental health of inmates in enforced isolation, penologists say.

"The only person you can speak to is the guard. But from time to time, the prison staff would decide not to address a single word to you, sometimes for a few hours, sometimes for an entire week," said Ali Laaridh, a prisoner freed in November who described the measures Tunisian authorities sometimes took to intensify the inmate's sense of isolation. "You might ask for a medication, or to see a doctor, and they wouldn't even say 'Yes' or 'No', or, 'We are looking at your request.' It makes you despondent, ready to do something desperate, toward the guard, or toward yourself, just to prove you exist."

About 40 out of Tunisia's 500 political prisoners are being held in long-term isolation, either in solitary confinement or in small-group isolation, in which two to four inmates share a cell or wing but are otherwise cut off from all contact with the rest of the prison population. Many have held hunger strikes to demand improved conditions and an end to the enforced segregation. On April 9, Nahdha journalist Hamadi Jebali, imprisoned since 1991, launched a hunger strike from his isolation cell in Sfax prison.

International penal standards dictate that solitary confinement should be imposed only for short periods, in an individualized fashion, under strict supervision (including by a physician) and only for legitimate penal reasons of discipline or preventive security. However, the released prisoners said that inmates in long-term isolation received no special medical supervision, and that the only explanations they received for their segregation were unofficial comments such as, "You can incite the other prisoners," or "The decision is beyond my authority." The released prisoners acknowledged that the material conditions of isolation cells have improved since the mid-1990s, even though the underlying policy of strict segregation remains in force.

All of the prisoners in prolonged isolation are Islamists, most of them leaders of the banned Nahdha party. After tolerating Nahdha in his first years of office, President Zine el-Abidine Ben Ali launched a crackdown against the party in 1990 that has continued to this day. The Tunisian government maintains nevertheless that Nahdha is an extremist movement that sought to establish a fundamentalist state. In 1992, it obtained convictions in military court of 265 Nahdha leaders and supporters for allegedly plotting to overthrow the government. Many of today's prisoners in isolation are from that group.

However, human rights organizations that observed the proceedings condemned the 1992 trials as unfair and concluded that the charges of a coup plot had not been proven. The defendants in those trials were not convicted of carrying out any acts of violence. Since then, Nahdha has not been linked to any violent activities. Nor has evidence been released to suggest that, while in prison, the inmates currently held in long-term isolation engaged in behavior that would justify such an extreme measure against them.

One year ago today, Tunisian Minister of Justice and Human Rights Béchir Tekkari announced that Tunisia might accept prison visits by the International Committee of the Red Cross. However, negotiations between the government and that organization have yet to produce an agreement on access.

"Tunisia: Crushing the Person, Crushing a Movement" is available in English at:
http://hrw.org/reports/2005/tunisia0405

The report in Arabic is available at:
http://hrw.org/arabic/reports/2005/tunisia0405

Contribute to Human Rights Watch

Home | About Us | News Releases | Publications | Info by Country | Global Issues | Campaigns | Community | Bookstore | Film Festival | Search | Site Map | Contact Us | Press Contacts | Privacy Policy

© Copyright 2006, Human Rights Watch   350 Fifth Avenue, 34th Floor   New York, NY 10118-3299   USA



Home
News Releases
About HRW
Get Involved
Publications
Info by Country
Africa
Americas
Asia
Europe/Central Asia
Middle East/N. Africa
United States

Global Issues
Arms
Business
Children's Rights
Counterterrorism
Economic, Social & Cultural Rights
HIV/AIDS
International Justice
LGBT Rights
Prisons
Refugees
United Nations
Women's Rights
More...

Campaigns
Commentary
Film Festival
Photo Galleries
Audio / Video
Site Map
Contact Us
Corrections
Permissions
RSS

Search

PORTUGUÊS FRANÇAIS РУССКИЙ DEUTSCH
ESPAÑOL 中文 العربية OTHER

# Tunisia: Political Prisoners Held in Solitary for Years

(Paris, July 7, 2004) --The Tunisian government is holding dozens of political prisoners in inhumane conditions of solitary confinement, Human Rights Watch said in a report released today.

> **"Tunisia is using long-term solitary confinement to crush political prisoners and the ideas they represent. This inhumane policy does not serve any legitimate penal objectives."**
>
> Sarah Leah Whitson,
> Executive Director, Middle East and North Africa Division

The 33-page report, "Tunisia: Long-Term Solitary Confinement of Political Prisoners," documents how the Tunisian authorities continue to hold as many as 40 of the country's more than 500 political prisoners in long-term isolation in prisons around the country. This policy violates Tunisian law as well as international penal standards, undermining government claims of prison reform.

🖨 Printer Friendly Version

Also Available in

FRANÇAIS DEUTSCH

Related Material

Tunisia: Long-Term Solitary Confinement of Political Prisoners
Report, July 8, 2004

Free Email Newsletter

Contribute to Human Rights Watch

Some of these political prisoners have spent 13 years in isolation, with few breaks. Their only direct human contact is with prison staff and during brief family visits. Most are locked in their cells for 23 hours or longer each day, and they face highly restricted access to books and other media.

"Tunisia is using long-term solitary confinement to crush political prisoners and the ideas they represent," said Sarah Leah Whitson, executive director of Human Rights Watch's Middle East and North Africa Division. "This inhumane policy does not serve any legitimate penal objectives."

All of the prisoners in prolonged isolation are Islamists, most of them leaders of the banned Nahdha party. Authorities have not told them why they are in isolation, or given them any means to appeal. After tolerating Nahdha in his first years of office, President Zine el-Abidine Ben Ali launched a crackdown against the party in 1990 that has continued to this day.

Tunisian law forbids long-term isolation as a form of punishment. International penal standards dictate that solitary confinement should be imposed only for short periods,

in an individualized fashion, under strict supervision (including by a physician) and only for legitimate penal reasons of discipline or preventive security. Isolation should not be imposed to stop prisoners from exchanging political views and information.

"Despite recent prison reforms in Tunisia, inmates in isolation continue to face atrocious conditions," said Whitson.

Political prisoners are held in tiny cells that lack windows, adequate lighting and ventilation. Most receive less than an hour of exercise a day outside their cell. The lack of reasonable mental stimulus and normal social interactions puts their mental health at risk. Many of the prisoners have staged open-ended hunger strikes to demand an end to their isolation and improvements in their conditions.

The Tunisian government maintains nevertheless that Nahdha is an extremist movement that sought to establish a fundamentalist state in Tunisia. In 1992, it obtained convictions in military court of 265 Nahdha leaders and supporters for allegedly plotting to overthrow the government. Many of today's prisoners in isolation are from that group.

However, human rights organizations that observed the proceedings condemned the 1992 trials as unfair and concluded that the charges of a coup plot had not been proven. The defendants in those trials were not convicted of carrying out any acts of violence. Since then, Nahdha has not been linked to any violent activities. Nor has evidence been released to suggest that, while in prison, the inmates currently held in long-term isolation engaged in behavior that would justify such an extreme measure against them.

"Prisoners convicted for nonviolent acts of speech or association should not be in prison at all," Whitson said. "Until Tunisia declares an amnesty, it must immediately end its policy of placing political prisoners in long-term isolation."

Human Rights Watch welcomed a comment by Tunisian Minister of Justice and Human Rights Béchir Tekkari on April 20, hinting that Tunisia might accept prison visits by the International Committee of the Red Cross. If the authorities do open prison doors to independent monitoring groups, visiting inmates in prolonged isolation should be among the highest priorities.

The Human Rights Watch report is based in part on interviews with the relatives of prisoners in isolation. The government did not reply to the organization's requests for access to prisons and for information about its isolation policies.

**Testimony from "Tunisia: Long-Term Solitary Confinement of Political Prisoners"**

Wahida Trabelsi, wife of Hamadi Jebali, an imprisoned Nahdha leader, told Human Rights Watch about the lengths officials go to restrict his human contacts. She described what happens when she arrives at the prison on visiting day:

*Everything stops. All the doors are closed, and neither my husband nor I see any other prisoners. There are always at least four guards present, one at least behind me and three behind him. There is a grill between us, and we are more than one meter apart. The visit is supposed to last 15 minutes, but the guards can cut it short if they do not approve of our conversation. So what we talk about is limited to "I'm fine," "Everything's OK," that sort of thing.*



Contribute to Human Rights Watch

Home | About Us | News Releases | Publications | Info by Country | Global Issues | Campaigns | Community | Bookstore | Film Festival | Search | Site Map | Contact Us | Press Contacts | Privacy Policy

© Copyright 2006, Human Rights Watch   350 Fifth Avenue, 34th Floor   New York, NY 10118-3299   USA