IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

**RESPONDENTS' NOTICE WITH REGARD TO MOTIONS**

Respondents hereby submit the following notice regarding various pending motions filed on February 16, 2007, on behalf of petitioner Saif Ullah , *i.e.*, docket numbers 346 (motion for factual return), 347 (motion for advance notice of transfer), and 348 (motion to lift stay).

On January 31, 2007, this Court, in an order entered in this case, concluded that, "[u]ntil the District of Columbia Circuit resolves the jurisdictional questions raised by the MCA [Military Commissions Act of 2006], it is this Court's view that it lacks the authority to take any action in these cases." *See* dkt. no. 324 at 5. The Court further administratively closed the above-captioned case and denied without prejudice all pending motions in the case "until such time as the District of Columbia Circuit resolves the question of this Court's jurisdiction to adjudicate these cases." *Id.* The Court further stated, "*If the District of Columbia Circuit concludes that this Court retains jurisdiction over these cases*, either party may move to reinstate the pending motions." *See* dkt. no. 324 at 5 n.1 (emphasis added). In light of the Court's administrative closure of this case, as well as the Court of Appeals' recent conclusion that the

District Court under the MCA entirely lacks jurisdiction in Guantanamo detainee *habeas corpus* cases such as this, *see Boumediene v. Bush*, No. 05-5062, 2007 WL 506581 at *4, *8 (D.C. Cir. Feb. 20, 2007), absent further direction from the Court, respondents do not intend to submit a substantive response at this time to the motions identified above. Respondents reserve their right to submit a substantive memorandum in the future in opposition to such motions if so directed by the Court.

Dated: February 28, 2007                Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel

                                              /s/ *Terry M. Henry*
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR (D.C. Bar No. 347518)
                                            TERRY M. HENRY
                                            JAMES J. SCHWARTZ
                                            EDWARD H. WHITE
                                            ROBERT J. KATERBERG
                                            ANDREW I. WARDEN
                                            NICHOLAS J. PATTERSON
                                            JAMES C. LUH
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave., N.W.
                                            Washington, DC  20530
                                            Tel:  (202) 514-4107
                                            Fax:  (202) 616-8470

                                            Attorneys for Respondents