UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>                    Petitioner,<br><br>    v.<br><br>GEORGE WALKER BUSH, *et al*.,<br><br>                    Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)(AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF EMERGENCY MOTION TO COMPEL DISCLOSURE
OF CERTAIN RECORDS TO ENSURE EFFECTIVE COUNSEL ACCESS AS
MANDATED BY THE AMENDED PROTECTIVE ORDER**

   Petitioner Sanad Ali Yislam Al-Kazimi, through his undersigned counsel, hereby gives notice of filing of his Emergency Motion to Compel Disclosure of Certain Records to Ensure Effective Counsel Access as Mandated by the Amended Protective Order. This motion has been sent to the CSO for review prior to public filing.

Dated: New York, New York
       March 13, 2007

                                Respectfully submitted,

                                Counsel for Petitioner:

                                           /s/
                                Ramzi Kassem (Pursuant to LCvR 83.20(g)
                                (NY-RK-3567))

                                Martha Rayner (NY-MR-1423)
                                James A. Cohen (NY-JC-3836)
                                Lincoln Square Legal Services
                                Fordham University School of Law
                                33 West 60th Street, 3d Floor
                                New York, NY 10023
                                Telephone: (212) 636-6934
                                Fax: (212) 636-6923