**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>                            Petitioner,<br><br>    v.<br><br>GEORGE WALKER BUSH, *et al*.,<br><br>                            Respondents. | Civil Action No: 05-2386(RBW)(AK) |

## **PROPOSED ORDER (1)**

Upon consideration of Petitioner's Emergency Motion, it is hereby

ORDERED that Respondents shall provide to Petitioner's counsel: (1) video tape recordings of interventions by the Immediate Reaction Force against Petitioner; (2) records of any disciplinary action taken against Petitioner; (3) disciplinary records of Immediate Reaction Force team members for excessive use of force against Petitioner; and (4) Petitioner's medical records for the duration of his stay at Guantánamo.

IT IS SO ORDERED.

Dated: _____

                                                                    _____
                                                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>　　Detainee,<br>　　Guantánamo Bay Naval Station,<br>　　Guantánamo Bay, Cuba.<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>　　　　　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)(AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PROPOSED ORDER (2)</u>**

Upon consideration of Petitioner's Emergency Motion, it is hereby

ORDERED that Respondents shall provide to the Court for in camera review: (1) video tape recordings of interventions by the Immediate Reaction Force against Petitioner; (2) records of any disciplinary action taken against Petitioner; (3) disciplinary records of Immediate Reaction Force team members for excessive use of force against Petitioner; and (4) Petitioner's medical records for the duration of his stay at Guantánamo.

IT IS SO ORDERED.


Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>　　Detainee,<br>　　Guantánamo Bay Naval Station,<br>　　Guantánamo Bay, Cuba.<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>　　　　　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)(AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **PROPOSED ORDER (3)**

Upon consideration of Petitioner's Emergency Motion, it is hereby

ORDERED that Respondents shall provide to an independent Master appointed by the Court, the following records: (1) video tape recordings of interventions by the Immediate Reaction Force against Petitioner; (2) records of any disciplinary action taken against Petitioner; (3) disciplinary records of Immediate Reaction Force team members for excessive use of force against Petitioner; and (4) Petitioner's medical records for the duration of his stay at Guantánamo.

IT IS FURTHER ORDERED that such Master, upon review of the requested records, is to make recommendations to the Court as to the particular type of relief that is warranted, whereupon the Court shall grant Petitioner particular relief as it deems fit under the circumstances.

IT IS SO ORDERED.

Dated: _____

                                                                _____
                                                                 United States District Judge