IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, ISN #939, Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH *et al.*,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2386 (RBW)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the attorney listed below joins in the representation of Petitioners MAASOUM ABDAH MOUHAMMAD a/k/a Bilal LNU, ISN #330, JAMAL ABDULLAH KIYEMBA, as Next Friend of Maasoum Abdah Mouhammad a/k/a Bilal LNU, and WALID IBRAHIM MUSTAFA ABU HIJAZI a/k/a ASSEM MATRUQ MOHAMMAD AL AASMI a/k/a/ MOHAMMED AL PALESTINI, ISN #049, in the above-captioned case. Service upon undersigned counsel may be made to:

        Brian C. Lewis
        **REED SMITH LLP**
        10 South Wacker Drive, 40th Floor
        Chicago, Illinois  60606
        (312) 207-1000
        bclewis@reedsmith.com

Dated:  March 21, 2007

        Respectfully submitted,

        Counsel for Petitioners:

          /s/ Brian C. Lewis
        Brian C. Lewis (D.C. Bar #476851)
        **REED SMITH LLP**
        10 South Wacker Drive, 40th Floor
        Chicago, Illinois  60606
        (312) 207-1000
        bclewis@reedsmith.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 21, 2007, the foregoing **Notice of Appearance** was electronically filed.  By operation of the Court's electronically filing system, an electronic copy of this filing will be sent to all counsel of record in this case.

      In addition, the foregoing Notice of Appearance will be served via first-class mail, proper postage prepaid, upon the following:

| | |
|---|---|
| George W. Bush<br>President, United States of America<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, DC 20301-1000 | Robert Gates<br>Secretary, United States Dep't of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 |
| Rear Admiral Harry B. Harris, Jr.<br>Commander, Joint Task Force-GTMO<br>JTF-GTMO<br>APO AE 09360 | |
| Kenneth L. Wainstein, Esq.<br>U.S. Attorney<br>District of Columbia District<br>Judiciary Center<br>555 4th Street, NW<br>Washington, DC  20530 | |

          /s/ Brian C. Lewis
Brian C. Lewis (D.C. Bar #476851)
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
bclewis@reedsmith.com