# EXHIBIT 1

Case 1:05-cv-02386-UNA     Document 355-2     Filed 03/23/2007     Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMER MOHAMMON, *et al.*,           )
(SANAD ALI YISLAM AL-KAZIMI)       )
                                   )
    Petitioners                )
                                   )
    v.                         )   Civil Action No. 05-2386 (RBW)
                                   )
GEORGE W. BUSH, *et al.*,          )
                                   )
    Respondents.               )
_____)

## DECLARATION OF COLONEL WADE F. DENNIS

Pursuant to 28 U.S.C. § 1746, I, Wade F. Dennis, hereby declare that to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

1. I am a Colonel in the United States Army with over twenty-eight (28) years of active duty service. I currently serve as the Commander of the Joint Detention Group (JDG) for the Joint Task Force - Guantanamo Bay, Cuba (JTF-GTMO). I am responsible for all aspects of detention operations for JTF-GTMO. I have served in this position since June 2006. This declaration is based on my personal knowledge as well as information made available to me through my official duties.

2. I am responsible for ensuring the humane care and treatment of detainees held at Guantanamo Bay, Cuba. I am aware of information regarding the treatment of petitioner Sanad Ali Yislam Al-Kazimi (ISN 1453), and the procedures and protocols which govern detention operations, including the operations of the Initial Response Force (IRF) Team (sometimes incorrectly referred to as an Immediate Reaction Force, including in Ramzi Kassem's March 9, 2007 Declaration) and the use of Forced Cell Extractions (FCEs).

3.  The IRF Team consists of a team of guards who have been trained to enter confined spaces, such as cells, and secure detainees in a safe manner. The IRF Team is intended to be used primarily to conduct FCEs and specializes in the extraction of a detainee from his cell or other location when he is combative or refusing to comply with orders of the guard staff. The IRF Team is also used to conduct FCEs when there is a reasonable possibility a detainee possesses a weapon. The IRF Team is used only after unsuccessful attempts have been made to obtain a detainee's compliance without the use of physical force or in the event of an emergency when time does not permit lesser uses of force. The IRF Team wears protective clothing whenever conducting an FCE.

4.  The physical security of JTF-GTMO personnel and detainees is of paramount importance to our operations. Use of the minimum force necessary for mission accomplishment and force protection is required at all times. The use of the IRF Team, when appropriate, is a proportionate level of force used in response to the level of resistance by a detainee or in response to an emergency. Use of the IRF Team is not used as a method of punishment or as an interrogation tool.

5.  I have reviewed the March 9, 2007 Declaration of Ramzi Kassem, Mr. Al-Kazimi's counsel. Mr. Al-Kazimi was not subjected to a Forced Cell Extraction on or around January 14, 2007 to remove him from his cell while he was using the toilet or because he was using a sheet or blanket in his cell to maintain privacy while using the toilet. On that date, however, after Mr. Al-Kazimi failed to follow the guard's order to leave the outside recreation area and return to his cell when his recreation time was complete, he was removed from the recreational area by the IRF team. He did not offer resistance to the IRF Team nor was he subjected to rough treatment by the IRF Team.

6.  Approximately two hours after the FCE, Mr. Al-Kazimi complained to a medical corpsman of cuts received during the FCE. The corpsman offered Motrin® and lotion, but Mr. Al-Kazimi refused to accept it. Approximately 3-1/2 hours later, Mr. Al-Kazimi requested a health examination. A medical corpsman then entered Mr. Al-Kazimi's cell and conducted a full examination, checking his vital signs and temperature, his hands, neck, head, and stomach. Although Mr. Al-Kazimi informed the corpsman that he had pain all over after the FCE, the corpsman found no physical injuries during his examination. Mr. Al-Kazimi was free to request additional medical services at any time. Mr. Al-Kazimi has not made any other complaints to JTF-GTMO medical staff in connection with this matter. Detainees have the opportunity to request medical attention at any time by notifying the guards that they are in need of such attention.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Dated: 23 March 2007

_____
Wade F. Dennis
Colonel, U.S. Army
Commander, Joint Detention Group

3