## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,<br>(SANAD ALI YISLAM AL–KAZIMI)<br><br>　　　Petitioners,<br><br>　　　　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　Respondents. | Civil Action No. 05-2386 (RBW) |

**[Proposed] Order**

It is hereby ordered that petitioner's Emergency Motion to Compel Disclosure of Certain Records (dkt. no. 352) is DENIED.

IT IS SO ORDERED.

Dated:　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE