UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>    Detainee,<br>    Guantánamo Bay Naval Station,<br>    Guantánamo Bay, Cuba.<br><br>                            Petitioner,<br><br>    v.<br><br>GEORGE WALKER BUSH, *et al*.,<br><br>                            Respondents. | ) <br>) <br>) <br>) <br>) <br>) Civil Action No: 05-2386(RBW)(AK) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**PETITIONER'S REPLY MEMORANDUM IN SUPPORT OF EMERGENCY MOTION**

Petitioner Sanad Ali Yislam Al-Kazimi, through his undersigned counsel, hereby gives notice of filing of his Reply Memorandum in further support of his Emergency Motion to Compel Disclosure of Certain Records to Ensure Effective Counsel Access as Mandated by the Amended Protective Order. This motion has been sent to the CSO for review prior to public filing.

Dated: New York, New York
       April 2, 2007

                            Respectfully submitted,

                            Counsel for Petitioner:

                            _____/s/_____
                            Ramzi Kassem (Pursuant to LCvR 83.2(g)
                            (NY-RK-3567))

                            Martha Rayner (NY-MR-1423)
                            James A. Cohen (NY-JC-3836)
                            Lincoln Square Legal Services
                            Fordham University School of Law
                            33 West 60th Street, 3d Floor
                            New York, NY 10023
                            Telephone: (212) 636-6934
                            Fax: (212) 636-6923