**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI<br>　　Detainee,<br>　　Guantánamo Bay Naval Station,<br>　　Guantánamo Bay, Cuba.<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>　　　　　　　　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 05-2386(RBW)(AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MARCH 30, 2007 DECLARATION OF JAMES A. COHEN**

Pursuant to 28 U.S.C. § 1746, I declare that the following is true and correct and based on personal knowledge:

1. My name is James A. Cohen.

2. I am an Associate Professor of Law at Fordham University School of Law in New York, NY, and am counsel to the Petitioner in the above captioned case.

3. On January 14, 2007, I traveled to Guantánamo Bay Naval Station, Cuba, and, on the following day, January 15, 2007, I met with my client, Petitioner Sanad Al-Kazimi (ISN 1453), a Yemeni national imprisoned at Guantánamo without charge or recognized legal status for over two years. The meeting took place in a hut where attorneys meet with clients at the Camp Iguana section of the detention facilities on the base.

4. Upon entering the hut, I immediately saw multiple bruises, redness, and severe swelling on Sanad's face and neck.

5. After looking more closely, I saw additional bruises and marks on my client's arms and on his back.

6. These injuries appeared to be the result of deliberate and sustained physical contact as such as would be caused by a beating. None of the injuries appeared to be defensive in nature.

Executed on this 30th day of March, 2007.

_____
JAMES A. COHEN
Counsel for Petitioner