IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br> Detainee,<br> Guantánamo Bay Naval Station<br> Guantánamo Bay Cuba<br><br>FADL DAHIMI,<br> Detainee,<br> Guantánamo Bay Naval Station<br> Guantánamo Bay, Cuba; and<br>OMAR DEGHAYES,<br> as Next Friends of<br> Mr. Fahd Al-Fawzam<br><br>MUSTAFA AL SHAMILI<br> Detainee,<br> Guantánamo Bay Naval Station<br> Guantánamo Bay, Cuba; and<br>SAMI MUHYIDEEN,<br> as Next Friend of<br> Mr. Fahd Al-Fawzan<br><br>"SHARGOWI" - SHARKAWI ABDA ALI AL-HAAG,<br> Detainee,<br> Guantánamo Bay Naval Station<br> Guantánamo Bay, Cuba; and<br>BENYAMIN MOHAMMED and<br>GHARIB ABUA ALI AL- HAAG,<br> as Next Friends of<br> Mr. Al-Haag<br><br>*Petitioners/Plaintiffs*,<br><br><br>v.<br><br><br><br>GEORGE W. BUSH, *et al.*,<br> President of the United States<br> The White House<br> 1600 Pennsylvania Ave., N.W.<br> Washington, D.C. 20500; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2386<br>)  (RBW)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorney listed below joins in the representation of Petitioners Fadl Dahimi, Omar Deghayes (as Mr. Dahimi's Next Friend), Mustafa Al Shamili, Sami Muhyideen (as Mr. Al Shamili's Next Friend), Sharkawi Abda Ali Al-Haag AKA Shargowi, and Benjamin Mohammed and Gharib Abua Ali Al-Haag (as Mr. Al-Haag's Next Friend) in the above captioned case. Service upon undersigned counsel may be made to:

Brian C. Spahn
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0832
Facsimile: (202) 637-3593

Counsel for Petitioners certifies, pursuant to L. Cv. R. 83.2(g), the he is a member in good standing of the State of Illinois and that he is representing Petitioners without compensation.

Dated: April 5, 2007.

Respectfully submitted,

Counsel for Petitioners:

/s/ Brian C. Spahn.
Brian C. Spahn
Illinois Bar No. 6290809
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0635
Facsimile: (202) 637-3593

## CERTIFICATE OF SERVICE

I, Brian C. Spahn, certify that I have caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Terry Marcus Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, DC 20530

This 5th day of April, 2007.

>/s/ Brian C. Spahn
>Brian C. Spahn