IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay Cuba<br><br>FADL DAHIMI,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>OMAR DEGHAYES,<br>    as Next Friends of<br>    Mr. Fahd Al-Fawzam<br><br>MUSTAFA AL SHAMILI<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>SAMI MUHYIDEEN,<br>    as Next Friend of<br>    Mr. Fahd Al-Fawzan<br><br>"SHARGOWI" - SHARKAWI ABDA ALI AL-HAAG,<br>    Detainee,<br>    Guantánamo Bay Naval Station<br>    Guantánamo Bay, Cuba; and<br>BENYAMIN MOHAMMED and<br>GHARIB ABUA ALI AL- HAAG,<br>    as Next Friends of<br>    Mr. Al-Haag<br><br>    *Petitioners/Plaintiffs*,<br><br><br>v.<br><br><br><br>GEORGE W. BUSH, *et al.*,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500; | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 05-2386<br>(RBW) |

# MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses, The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.*; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Amer Mohammon *et al.* v. George W. Bush *et al.*, No. 05-CV-2386 (RBW).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Amer Mohammon *et al.* v. George W. Bush *et al.*, No. 05-CV-2386 (RBW), and I agree to comply with the provisions thereof.

WO 713877.1                                              2

/s/ Brian C. Spahn.
Brian C. Spahn

April 5, 2007
Date

Brian C. Spahn
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0635
Facsimile: (202) 637-3593

## ACKNOWLEDGMENT

The undersigned hereby acknowledge that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Amer Mohammon et al.</u> v. <u>George W. Bush et al.</u>, No. 05-CV-2386 (RBW), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:   April 5, 2007            BY:   Brian C. Spahn
                                                      (type or print name)

                                              SIGNED:   /s/ Brian C. Spahn

## CERTIFICATE OF SERVICE

I, Brian C. Spahn, certify that I have caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Terry Marcus Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, DC 20530

This 5th day of April, 2007.

>/s/ Brian C. Spahn
>Brian C. Spahn