UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHER EL FALESTENY, )
    Detainnee, )
    Guantanamo Bay Naval Station, )
)
    Petitioner )
)
        v. ) Criminal Case No.: 05-2386 (RBW)
GEORGE WALKER BUSH, et al., )
)
    Respondents. )

## ORDER

Currently before this Court is the petitioner's motion for leave to proceed on appeal <u>in forma pauperis</u> and accompanying Affidavit. Upon consideration of this motion and affidavit, it is hereby this 1st day of May, 2007

**ORDERED** that the petitioner's motion is **GRANTED**.[1]

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.