UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDAL RAZAK ALI,<br>　　Detainnee,<br>　　Guantanamo Bay Naval Station,<br><br>　　　　Petitioner,<br><br>　　　　　v.<br>GEORGE WALKER BUSH, et al.,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Criminal Case No.: 05-2386 (RBW)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Currently before this Court is the petitioner's motion for leave to proceed on appeal <u>in forma pauperis</u> and accompanying Affidavit. Upon consideration of this motion and affidavit, it is hereby this 1st day of May, 2007

**ORDERED** that the petitioner's motion is **GRANTED**.[1]

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.