UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI, <br> (SANAD ALI ALKALIEMI) <br> Detainnee, <br> Guantanamo Bay Naval Station, <br><br> Petitioner, <br><br> v. <br> GEORGE WALKER BUSH, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Criminal Case No.: 05-2386 (RBW) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Currently before this Court is the petitioner's motion for leave to proceed on appeal <u>in forma pauperis</u> and accompanying Affidavit. Upon consideration of this motion and affidavit, it is hereby this 1st day of May, 2007

**ORDERED** that the petitioner's motion is **GRANTED**.[1]

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.