UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHD AL-FAWZAN,<br>    Detainnee,<br>    Guantanamo Bay Naval Station,<br><br>    Petitioner,<br><br>    v.<br>GEORGE WALKER BUSH, et al.,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Criminal Case No.: 05-2386 (RBW)<br>)<br>)<br>)<br>) |

**ORDER**

Currently before this Court is the petitioner's motion for leave to proceed on appeal <u>in forma pauperis</u> and accompanying Affidavit, which was referred to this Court for a decision by the District of Columbia Circuit. Upon consideration of this motion and affidavit, it is hereby this 1st day of May, 2007

**ORDERED** that the petitioner's motion is **GRANTED**.[1]

**SO ORDERED.**

                                              REGGIE B. WALTON
                                              United States District Judge

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.