# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5050**                                   **September Term, 2006**

05cv02386

**Filed On:**

Fahd Al Fawzan, Detainee,
    Appellant

Rashed Al Qamdi, Detainee, et al.,
    Appellees

v.

George W. Bush, President of the United States, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED APR 23 2007

CLERK

## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis *filed on February 7, 2007.*

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk