Filed with the
Court Security Officer
Date: 6/19/07
Signature: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al.<br><br>Petitioners<br><br>v.<br><br>GEORGE W. BUSH, et al.<br><br>Respondents | Civil Action No. 05-CV-2386 (RBW) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorneys will represent petitioner Adil LNU, a/k/a Adil Bin Mabrouk, a/k/a Adil Masrouk Bin Hamida, ISN Number 148, in the above-captioned matter.

This petitioner is referenced in paragraph 150 of the Petition. At the time the Petition was filed, Petitioners last name and ISN number were unknown. Respondents incorrectly identify this petitioner as Adil Al Tunisi, ISN 502, who is separately mentioned in this Petition.[1] Attached as Exhibit A is a copy of a letter received from Adil Bin Mabrouk clarifying his ISN number and requesting that undersigned counsel represent him.

Undersigned counsel certify pursuant to L. Civ. R. 83.2(g) that they are representing these petitioners without compensation.

Dated: June 18, 2007

Respectfully submitted,

[signature]

Jonathan M. Fee
D.C. Bar Number 479579
ALSTON & BIRD LLP
950 F Street, N.W.

---

[1] Respondents' Status Report and Response to Court's June 27, 2006 Order, (docket #109-1) Exhibit B, line 42.

ADMIN/20110567v1

- 2 -

Washington, D.C. 20004
Telephone: (202) 756-3387
Fax: (202) 654-4987
Email: jon.fee@alston.com


/s/ W. Terence Walsh
W. Terence Walsh
Georgia Bar Number 735300
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7161
Fax: (404) 881-7777
Email: terry.walsh@alston.com

ADMIN/20110567v1