DO NOT WRITE BEYOND HEAVY LINES

8-5-2007

JONATHAN. M. FEE, Esq

إلى الأستاذ المحامي

تحية طيبة وبعد: أكتب إليك من معتقل غوانتنامو وأنا
أحد المحتجزين. عادل بن مبروك أحمل الجنسية التونسية
وقد مضى على اعتقالي...
وقد بلغني أنك تترافع في قضيتي بعض الحنوة،
وأرجو أن تساعدني في قضيتي

أكون لك من الشاكرين

في

انتظار الرد      عادل

**DETAINEE** 148
**CAMP DELTA**
**Washington, DC 20353**
**USA**

SEQ# 19574

Jonathan. M. Fee, Esq.
Alston ~~Bird~~ Bird LLP
The Atlantic Building
950 F Street, NW
Washington, DC 20004

**ATTORNEY-DETAINEE MATERIALS**

DETAINEE - ATTORNEY MAIL
TRANSLATION

8-5-2007

TO THE ESTEEMED ATTORNEY JONATHAN M FEE, ESQ.

WARM GREETINGS TO YOU. I AM WRITING TO YOU FROM THE GUANTANAMO FACILITY. I AM ONE OF THE DETAINEES, ADIL BIN MABROUK. I HAVE TUNISIAN CITIZENSHIP, AND I HAVE BEEN IN DETENTION FOR ....
[LONG TIME].

I HEARD THAT YOU ARE LITIGATING IN THE CASES OF SOME OF THE BROTHERS, AND I WOULD LIKE YOU TO HELP ME IN MY CASE.

I THANK YOU. AWAITING YOUR RESPONSE

[SIGNATURE]