IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEED FARHA**, also listed as SAID ALI AL FARHA; | ) ) ) |
| **MOHSEN**, also listed as MUSHIN MUHAMMAD MUSHEEN MOQBILL; | ) ) ) ) |
| **FAHD AL HARAAZI**, also listed as FAHED ALI HARAZI; | ) ) ) |
| **JABIR AL QUATANY**, also listed as JABIR HASAN MUHAMED AL QAHTANI; | ) ) ) ) |
| Sami Muhyideen, as Next Friend of Mr. Farha and Mr. Mohsen; | ) ) ) ) |
| Jamal Kiyemba, as Next Friend of Mr. Haraazi and Mr. Al Quatany; | ) ) ) ) |
| Usama Hasan Abu Kabir, as Next Friend of Mr. Al Quatany; | ) ) ) |
| *Petitioners*, | ) ) |
| v. | ) CIVIL ACTION NO. 05-CV-02386 (RBW) |
| **GEORGE W. BUSH**, *et al.*, | ) ) ) |
| *Respondents.* | ) |

**CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION**

Sarah B. Pojanowski, Counsel for above Petitioners, hereby certifies, pursuant to L. Cv. R. 83.2(g), that she is representing the above Petitioners without compensation.

Dated: June 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sarah B. Pojanowski
　　　　　　　　　　　　　　　　　　　　　　　Sarah B. Pojanowski
　　　　　　　　　　　　　　　　　　　　　　　**HELLER EHRMAN LLP**
　　　　　　　　　　　　　　　　　　　　　　　1717 Rhode Island Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 912-2000
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 912-2020