IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, ISN #939, *et al.*, )<br>)<br>*Petitioners*, )<br>)<br>*v.* )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents*. )<br>) | Civ. No. 05-CV-2386 (RBW) |

## JOINT NOTICE OF FUTHER RECENT ACTIVITY IN GUANTÁNAMO CASES

Petitioners respectfully submit this further notice of activity in Guantánamo cases. This recent activity underscores the appropriateness of granting petitioners' pending stay-and-abey motion and denying the government's pending motion to dismiss. On June 29, 2007, the Supreme Court granted the petitions for certiorari in Boumediene v. Bush, 476 F.3d ___ (D.C. Cir. 2007). The possibility that the Supreme Court will reverse the Court of Appeals' decision and permit petitioners to pursue their habeas actions militates in favor of staying these actions at least until the Supreme Court decides *Boumediene*.

Respectfully submitted,

_____/s/_____
Martha Rayner (NY-MR-1423)
Ramzi Kassem (RK-NY-3567)
LINCOLN SQUARE LEGAL SERVICES
Fordham University School of Law

          33 W. 60th Street, 3rd Floor
          New York, NY 10023
          Tel: (212) 636-6934
          Fax: (212) 636-6923

          _____/s/_____
          Shayana Kadidal (DC Bar No. 454248)
          Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
          CENTER FOR CONSTITUTIONAL RIGHTS
          666 Broadway, 7th Floor
          New York, NY 10012
          Tel:  (212) 614-6439
          Fax: (212) 614-6499

Dated: New York, New York
       July 3, 2007