IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al. ) | |
| Petitioners ) | **APPEARANCE** |
| v. ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, et al. ) | |
| Respondents ) | |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please take notice that Jeffrey M. Schwartz and Jill M. Williamson hereby enter their appearance as counsel for the following petitioners in the above-captioned matter:

1. Abdulaziz LNU, a/k/a Abdalaziz Kareem Salim Al Noofayaee, a/k/a Abdullah Muhammed Abdel Aziz, ISN Number 687;
2. Mohammed Harbi, a/k/a Muhammed Harbi, a/k/a Mohamed Atiq Awayd Al Harbi, a/k/a Mohammed Abdullah Al Harbi, ISN Number 333;
3. Mohammed Ahmed Slam Al-Khateeb, a/k/a Mohammed Ahmed Salam, ISN Number 689; and
4. Adil LNU, a/k/a Adil Bin Mabrouk, a/k/a Adil Masrouk Bin Hamida, ISN Number 148.

Undersigned counsel certify pursuant to L. Civ. R. 83.2(g) that they are representing these petitioners without compensation.

Dated: July 16, 2007

Respectfully submitted,

___/s/_____
Jill M. Williamson
D.C. Bar No. 478469
ALSTON & BIRD LLP

       950 F Street, N.W.
       Washington, D.C. 20004
       Telephone: (202) 756-3321
       Fax: (202) 654-4891
       Email: jill.williamson@alston.com

       /s/ Jeffrey M. Schwartz
       Jeffrey M. Schwartz
       New York Attorney No. 4492633
       D.C. Admission Pending (File No. 82767)
       ALSTON & BIRD LLP
       950 F Street, N.W.
       Washington, D.C. 20004
       Telephone: (202) 756-3486
       Fax: (202) 654-4866
       Email: jeff.schwartz@alston.com

LEGAL02/30448967v1