# ALSTON&BIRD LLP

The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404

202-756-3300
Fax: 202-756-3333
www.alston.com

**Jill Williamson**                    **Direct Dial: 202-756-3321**                    **E-mail: jill.williamson@alston.com**

July 26, 2007

*VIA ELECTRONIC CASE FILING*

Ms. Nancy Ms. Mayer-Whittington
Clerk of the Court
Clerk's Office
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

     Re:    *Mohammon v. Bush*, Civil Action No. 05-CV-2386 (RBW);
           Acknowledgement and Memorandum of Understanding Regarding Access
           to National Security Information

Dear Ms. Mayer-Whittington:

     On behalf of myself and Jeffrey M. Schwartz, please find enclosed a completed
and signed Acknowledgement and Memorandum of Understanding Regarding Access to
National Security Information, which we file pursuant to the protective order issued by
Judge Walton in the above-referenced matter.

     Please note that Mr. Schwartz has entered an appearance in this matter pursuant to
L. Civ. R. 83.2(g), as we are representing the petitioners without compensation.

Sincerely,

Jill Williamson

JW:js
Enclosure

LEGAL02/30464754v1

| One Atlantic Center | Bank of America Plaza | 90 Park Avenue | 3201 Beechleaf Court, Suite 600 |
| --- | --- | --- | --- |
| 1201 West Peachtree Street | 101 South Tryon Street, Suite 4000 | New York, NY 10016 | Raleigh, NC 27604-1062 |
| Atlanta, GA 30309-3424 | Charlotte, NC 28280-4000 | 212-210-9400 | 919-862-2200 |
| 404-881-7000 | 704-444-1000 | Fax: 212-210-9444 | Fax: 919-862-2260 |
| Fax: 404-881-7777 | Fax: 704-444-1111 | | |

EXHIBIT B

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMER MOHAMMON, *et al.* | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United | ) | |
| States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

MEMORANDUM OF UNDERSTANDING REGARDING
ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders

related to, but not limited to, unauthorized disclosure of classified information, espionage

and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18

U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.*; and Executive Order 12958; I

understand that I may be the recipient of information and documents that belong to the

United States and concern the present and future security of the United States, and that

such documents and information together with the methods and sources of collecting it

are classified by the United States government.  In consideration for the disclosure of

classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word,

conduct or any other means, such classified documents and information unless

specifically authorized in writing to do so by an authorized representative of the United

EXHIBIT C

States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Amer Mohammon v. George W. Bush*, No. 05-CV-2386.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Amer Mohammon v. George W. Bush*, No. 05-CV-2386, and I agree to comply with the provisions thereof.

_____          ___7/30/07___
                                                                     Date

_____          ___July 26, 2007___
                                                                     Date

EXHIBIT B

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order

entered in the United States District Court for the District of Columbia in the case

captioned *Amer Mohammon v. George W. Bush*, No. 05-CV-2386, understands its terms,

and agrees to be bound by each of those terms. Specifically, and without limitation, the

undersigned agrees not to use or disclose any protected information or documents made

available to him/her other than as provided by the Protective Order. The undersigned

acknowledges that his/her duties under the Protective Order shall survive the termination

of this case and are permanently binding, and that failure to comply with the terms of the

Protective Order may result in the imposition of sanctions by the Court.

DATED: 7\07\07          BY: Jill M. Williamson
                            (type or print name)

                       SIGNED: _____


DATED: July 26, 2007   BY: JEFFREY M. SCHWARTZ
                            (type or print name)

                       SIGNED: _____