IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMER MOHAMMON, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2386 (RBW) |

## ORDER DENYING PETITIONER'S MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER AND THE COURT WITH 60 DAYS' ADVANCE NOTICE BEFORE ANY INTENDED TRANSFER OF PETITIONER FROM GUANTANAMO

Upon petitioner's Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 60 Days' Advance Notice Before Any Intended Transfer of Petitioner from Guantanamo and respondents' opposition thereto, and in light of the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600, and the decision in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 127 S. Ct. 3078 (U.S. June 29, 2007) (No. 06-1195), under which this Court lacks jurisdiction to award petitioner the relief he requests, it is hereby ORDERED that petitioner's motion is DENIED.

    IT IS SO ORDERED.

Dated: _____

                                                          _____
                                                          REGGIE B. WALTON
                                                          UNITED STATES DISTRICT JUDGE