IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-2386 (RBW) |

## NOTICE OF TRANSFER OF PETITIONERS

Respondents hereby provide notice that the United States has relinquished custody of petitioners Fahd Al Haraazi (ISN 079), Fahd Al-Fawzan (ISN 218), Khald Al Barkati (ISN 322), and Abdulal Al Thani (ISN 514).[1]  Petitioners have been transferred him to the control of the Government of Saudi Arabia.


Dated: September 7, 2007             Respectfully submitted,

  PETER D. KEISLER
  Assistant Attorney General

  DOUGLAS N. LETTER
  Terrorism Litigation Counsel

   /s/ *Andrew I. Warden*
  JOSEPH H. HUNT (D.C. Bar No. 431134)
  VINCENT M. GARVEY (D.C. Bar No. 127191)
  JUDRY L. SUBAR (D.C. Bar 347518)

---

[1] Petitioner Al-Thani has a previously-filed habeas petition in *Al-Anazi v. Bush*, No. 05-CV-0345 (JDB) (petitioner Thani Faris Al-Anazi).  Respondents also have filed a notice of transfer in the *Al-Anazi* case.

TERRY M. HENRY  
JEAN LIN  
JAMES J. SCHWARTZ (D.C. Bar No. 468625)  
ROBERT J. KATERBERG  
ANDREW I. WARDEN (IN Bar No. 23840-49)  
NICHOLAS A. OLDHAM  
JAMES C. LUH  
Attorneys  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Ave., N.W.  
Washington, DC  20530  
Tel:  (202) 514-4107  
Fax:  (202) 616-8470  

Attorneys for Respondents