**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Abd al Zaher,<br>Camp I<br>Guantanamo Bay Naval Base<br>Guantanamo Bay, Cuba<br><br>　　　　　　Petitioner/Plaintiff,<br><br>　　vs.<br><br>George W. Bush, et al.,<br><br>　　　　　　Defendants. | Civil No. 05-CV-02386 (RBW) |

**NOTICE OF ENTRY OF APPEARANCE**

　　Richard Wilson hereby gives notice of his appearance in this Court on behalf of Abd al Zaher a.k.a. "Poolad T. Tsiradzho," the only Azerbaijani detainee currently held by the United States at the Guantánamo Bay Naval Base in Guantánamo Bay, Cuba. Abd al Zaher was included in the Petition for a Writ of Habeas Corpus for Mohammon v. Bush, No. 05-2386, U.S. Dist. LEXIS 60186 (D.D.C. Dec. 12, 2005), under that name. In its decision, entered in that case on June 27, 2006, this Court ordered that "any petitioner whom the respondents indicate they are unable to identify shall have the opportunity to challenge the respondents' assertion that he cannot be identified." Mohammon, Order at *16 n. 7. Abd al Zaher was identified as "Poolad T. Tsiradzho," ISN #89, of Baku, Azerbaijan by the United States Government in a document

released under the Freedom of Information Act on May 15, 2006. This document has been attached as Exhibit A.[1]

The identity of Abd al Zaher is further corroborated by two Next of Friend Authorizations submitted by another detainee, Sami Al Hajj (ISN # 345). The first authorization, attached as Exhibit B, records Abd al Zaher as the only Azerbaijani on the list.[2] In the second authorization, attached as Exhibit C, Mr. Al Hajj states: "I believe that Abd al Zaher is also known by the authorities here at the prison by the name Poolad T. Tsiradzho. . . . To my knowledge, Abd al Zaher is the only Azerbaijani being held on this base . . . ."

DATED: October 3, 2007

                         Professor Richard Wilson, Esq.
                         Bar I.D. # 425026
                         International Human Rights Law Clinic
                         American University
                         Washington College of Law
                         4801 Massachusetts Ave., N.W.
                         Washington, DC 20016-8184
                         tel. (202) 274-4147
                         fax (202) 274-0659
                         email: rwilson@wcl.american.edu

                         Attorney for Plaintiff/Petitioner

---

[1] Only the first page and page with Poolad T. Tsiradzho's name have been included. All other pages have been omitted as they list the names of other detainees not relevant to this Notice. Mr. Tsiradzho appears on page 2, line 709, of Exhibit A.

[2] See page 2, line 42, of Exhibit B.

## CERTIFICATE OF SERVICE

      I, Richard Wilson, hereby certify that on this 3rd day of October, 2007, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be served on the following via U.S. Mail:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, DC 20530

Michael B. Mukasey
Interim Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 511
Washington, DC 20530

George W. Bush
President of The United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

Robert M. Gates
Secretary, United States Dept. of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Terry Marcus Henry
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, N.W.
Room 7144
Washington, DC 20044

 

_____
[Signature]

# EXHIBIT A

**List of Individuals Detained by the Department of Defense at Guantanamo Bay, Cuba from January 2002 through May 15, 2006**

| | Name | ISN | Citizenship | Place of Birth | Date of Birth ** |
|---|---|---|---|---|---|
| 1 | ((SHARIPOV)), RUKNIDDIN FAYZIDDINOVICH | 76 | Tajikistan | Lenenabad, Tajikistan | 3/15/1973 |
| 2 | ((VAKHIDOV)) SOBIT (ABDUMUKIT) VALIKHONOVICH | 90 | Tajikistan | Itsfaratz, Tajikistan | 11/13/1969 |
| 3 | ABAHANOV, YAKUB | 526 | Kazakhstan | Semeya, Kazakhstan | UNKNOWN |
| 4 | ABAS, MOHAMMAD | 542 | Pakistan | Village 426, PK | UNKNOWN |
| 5 | ABASIN, SAID | 671 | Afghanistan | Khan o Khel, AF | 1/1/1982 |
| 6 | ABASSI, FEROZ ALI | 24 | United Kingdom | Entebbe, Uganda | 10/29/1979 |
| 7 | ABBAS, YUSEF | 275 | China | Aksu, CH | 1/1/1980 |
| 8 | ABD AL MUJAHID, MAHMOUD ABD AL AZIZ | 31 | Yemen | Ta'iz, YM | 8/1/1977 |
| 9 | ABD AL RAHMAN ABD, ALLAL AB ALJALLIL | 156 | Yemen | Aluday, YM | 12/27/1975 |
| 10 | ABD AL SATTAR, MUIEEN A DEEN JAMAL A DEEN ABD AL FUSAL | 309 | United Arab Emirates | Dubai, UAE | 6/5/1975 |
| 11 | ABD AL WAHAB, ABD AL MALIK | 37 | Yemen | Ibb, YM | 1/1/1979 |
| 12 | 'ABD AL-RAZAQ 'ABDALLAH HAMID IBRAHIM AL-SHARIKH | 67 | Saudi Arabia | Shaqara, SA | 1/18/1984 |
| 13 | ABDALLAH, MUHAMED HUSSEIN | 704 | Somalia | Boor'o, SO | 1/1/1983 |
| 14 | ABDALLAH, SAYF BIN | 46 | Tunisia | Menzil, Tunisia | 6/24/1973 |
| 15 | ABDEL AZIZ, ABDULLAH MUHAMMED | 206 | Saudi Arabia | Al Medina Menawa, SA | 9/8/1967 |
| 16 | ABDELRAHMAN, ABDELRAZAK ALI | 685 | Libya | Al Jilat, LY | 7/17/1970 |
| 17 | ABDENOUR, SAMEUR | 659 | Algeria | Algiers, Algeria | 3/28/1973 |
| 18 | ABDERRAHMANE, SLIMANE HADJ | 323 | Denmark | Roskilde, Denmark | 8/5/1973 |
| 19 | ABDUL HAMID, HASSAN KHALIL MOHAMOUD | 711 | China | Xinjian, CH | 11/12/1961 |
| 20 | ABDUL RAHMAN, ABDUL GHAPPAR | 281 | China | Kucha, CH | 3/15/1973 |
| 21 | ABDUL SAID, HASSAN | 435 | Iraq | Basra, Iraq | 4/7/1976 |
| 22 | ABDUL WAHAB AL ASMR, KHALID MAHOMOUD | 589 | Jordan | Irbid, JO | 12/16/1963 |
| 23 | ABDULAHAT, EMAM | 295 | China | Konashahar, CH | 6/1/1977 |
| 24 | ABDULAYEV, OMAR HAMZAYAVICH | 257 | Tajikistan | Dushanbe, Tajikistan | 10/11/1978 |
| 25 | ABDULGHUPUR, HAJIAKBAR | 282 | China | Ghulja, CH | 1/1/1974 |
| 26 | ABDULHEHIM, ADEL | 293 | China | Ghulja, CH | 10/10/1974 |
| 27 | ABDULQADIRAKHUN, ABDULLAH | 285 | China | Xinjian, CH | 6/18/1979 |
| 28 | ABDUREHIM, DAWUT | 289 | China | Ghulja, CH | 11/1/1974 |
| 29 | ABU AL QUSIN, ABDUL RAUF OMAR MOHAMMED | 709 | Libya | Tripoli, LY | 1/1/1965 |
| 30 | ABU BAKR, OMAR KHALIFA MOHAMMED | 695 | Libya | Al Bayda, LY | 1/1/1972 |
| 31 | ABU GHANIM, MOHAMMED RAJAB SADIQ | 44 | Yemen | Sanaa, YM | 1/1/1975 |
| 32 | ABU RAHMAN, ABDUL RABBANI ABD AL RAHIM | 1460 | Pakistan | UNKNOWN | 1/1/1969 |
| 33 | ABULWANCE, YAMATOLAH | 116 | Afghanistan | Kandahar, AF | 1/1/1977 |
| 34 | ACHAB KANOUNI, IMAD | 164 | France | Casablanco, MO | 3/6/1977 |
| 35 | ACHEZKAI, HAJI MOHAMMED KHAN | 104 | Afghanistan | Kabul, AF | 1/1/1977 |
| 36 | ADAM GUL, ATAULLAH | 525 | Afghanistan | Khushawa, AF | 1/1/1982 |
| 37 | ADAM, MOHAMMED SADIQ | 454 | Uzbekistan | Konduz, AF | 1/1/1973 |
| 38 | ADIL, AHMED | 260 | China | Kashkar, CH | 1/1/1973 |
| 39 | AHJAM, AHMED ADNAN | 326 | Syria | Halab, SY | 5/1/1977 |
| 40 | AHMAD, ABDUL | 956 | Afghanistan | Roy E Sang, AF | 1/1/1954 |
| 41 | AHMAD, ABDULLAH TABARAK | 56 | Morocco | Casablanca, MO | 12/1/1955 |
| 42 | AHMAD, AHMAD ABD AL RAHMAN | 267 | Spain | Cueta, SP | 9/22/1974 |
| 43 | AHMAD, BASHIR | 1005 | Pakistan | Chah Kote Wala, PK | 1/1/1976 |

** Birth dates that state "1/1/XX" indicate unknown month and day of birth.

**EXHIBIT A**  
Cleared for Public Filing by CSO  
Case 1:05-cv-02386-UNA    Document 386    Filed 10/03/2007    Page 6 of 11

**List of Individuals Detained by the Department of Defense at Guantanamo Bay, Cuba from January 2002 through May 15, 2006**

| ISN | Name | # | Country | Location | DOB |
|---|---|---|---|---|---|
| 704 | TARIQ, MOHAMMED | 137 | Pakistan | Alladand Dehry, PK | 3/10/1973 |
| 705 | TAYEEA, ALI ABDUL MOTALIB AWAYD HASSAN AL | 111 | Iraq | Baghdad, Iraq | UNKNOWN |
| 706 | THANI, ABDALLAH FARIS AL UNAZI | 514 | Saudi Arabia | Saudi Arabia | 1/31/1980 |
| 707 | TORJAN, SHAIBJAN | 362 | Afghanistan | Kandahar, AF | 1/1/1977 |
| 708 | TOURSON, AHMAD | 201 | China | Xinjiang, CH | 1/26/1971 |
| 709 | TSIRADZHO, POOLAD T | 89 | Azerbaijan | Baku, AJ | 5/6/1975 |
| 710 | TORKI, AMINOLLAH BAKYACAI | 1012 | Afghanistan | Heart, AF | 1/1/1972 |
| 711 | TURKASH, EMDASH ABDULLAH | 500 | Turkmenistan | Taboq, SA | 1/1/1941 |
| 712 | TURKI MASH AWI ZAYID AL ASIRI | 185 | Saudi Arabia | Taboq, SA | 3/8/1975 |
| 713 | TURKISTANI, SADIK AHMAD | 491 | Saudi Arabia | Taif, SA | UNKNOWN |
| 714 | UL HAQ, ISRAR | 515 | Pakistan | Topi, PK | 1/1/1980 |
| 715 | UL SHAH, ZIA | 15 | Pakistan | Karachi, PK | 5/1/1976 |
| 716 | ULLAH, AMIN | 848 | Afghanistan | Chogha, AF | 1/1/1956 |
| 717 | ULLAH, ASAD | 47 | Pakistan | Swahbi, PK | 1/1/1981 |
| 718 | ULLAH, ASAD | 912 | Afghanistan | Paktia, AF | 1/1/1988 |
| 719 | ULLAH, FAIZ | 919 | Afghanistan | Bamian, AF | 1/1/1956 |
| 720 | ULLAH, NAQIB | 913 | Afghanistan | Zargary Camp, PK | 1/1/1988 |
| 721 | ULLAH, NOOR HABIB | 626 | Afghanistan | Jalalabad, AF | 1/1/1980 |
| 722 | ULLAH, SHAMS | 783 | Afghanistan | Gulnoom Khan, AF | 1/1/1986 |
| 723 | UMAR, IBRAHIM UMAR ALI AL- | 585 | Saudi | Al Qaseem, SA | 1/1/1983 |
| 724 | URAYMAN, SAJIN | 545 | Pakistan | Gujaranwala, PK | 1/1/1984 |
| 725 | USMAN, SHABIDZADA | 12 | Pakistan | Malal, PK | 3/5/1982 |
| 726 | UTHMAN, UTHMAN ABDUL RAHIM MOHAMMED | 27 | Yemen | Aden, YM | 1/1/1979 |
| 727 | UWAYDAH, RASHID AWAD RASHID AL | 664 | Saudi Arabia | Sakaka, SA | 4/14/1976 |
| 728 | UYAR, SALIH | 298 | Turkey | Kojaeli, Turkey | 3/27/1977 |
| 729 | VAHITOV, AIAT NASIMOVICH | 492 | Russia | Naberyozhnyi, RS | 1/1/1977 |
| 730 | WAHAB, ABDUL | 961 | Afghanistan | Afghanistan | 1/1/1968 |
| 731 | WAHEED, ABDUL | 353 | Afghanistan | Musa Qala, AF | 1/1/1972 |
| 732 | WAKIL, HAJI SAHIB ROHULLAH | 798 | Afghanistan | Jalalabad, AF | 1/1/1962 |
| 733 | WALI, BADSHAH | 638 | Afghanistan | Khowst, AF | 1/1/1977 |
| 734 | WALI, JIHAN | 444 | Afghanistan | Dilr, PK | 1/1/1967 |
| 735 | WALIJAN, NEYAZ | 640 | Afghanistan | Khowst, AF | 1/1/1962 |
| 736 | WASIM | 338 | Saudi Arabia | Al Jauf, SA | 1/1/1963 |
| 737 | WASIQ, ABDUL HAQ | 4 | Afghanistan | Ghazni, AF | 1/1/1971 |
| 738 | WAZIR, ABDULLAH | 976 | Afghanistan | Sheikh Amir, AF | 1/1/1979 |
| 739 | WAZIR, HAJI MOHAMMED | 996 | Afghanistan | Lashkargh City, AF | 1/1/1943 |
| 740 | WAZIR, PADSHA | 631 | Afghanistan | Kundai, AF | 1/1/1972 |
| 741 | YACOUB, MOHAMMED | 1004 | Afghanistan | Khwazak, AF | 1/1/1976 |
| 742 | YADEL, BRAHIM | 371 | France | Aubervilliers, FR | 3/17/1971 |
| 743 | YAKUBI | 1165 | Afghanistan | Gardiz, AF | 2/15/1966 |
| 744 | YAQUB, MOHAMMED YUSIF | 367 | Afghanistan | Nimbrooz, AF | UNKNOWN |
| 745 | YAR, KUSHKY | 971 | Afghanistan | Lejay Village, AF | 1/1/1963 |
| 746 | YASSER, HIMDY | 9 | Saudi Arabia / USA | Baton Rouge, Louisiana | 11/17/1979 |
| 747 | YOUSEF, MOHAMMED HAJI | 820 | Afghanistan | Bermal, AF | 1/1/1967 |

** Birth dates that state "1/1/XX" indicate unknown month and day of birth.

# EXHIBIT B

(A)
51- YAGOOB ALSOURY      SYRIAN         CAMP ?      ARBIC
52- ZEYAD ALGASSMY      SUDIA ARBIA    CAMP IV     ARBIC

I, SAMI MUHYIDEEN, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND I KNOW THAT THE FOLLOWING PEOPLE WANT LEGAL ASSISTANCE FROM CLIVE STAFFORD SMITH, AND I AM ALSO WILLING TO ACT ON THEIR BEHALF: _____SAMI MUHYIDEEN_____

Speak

1- ADEL HASSAN      SUDAN         CAMP IV    Arbic – little English
2- HAMAD            SUDAN         CAMP IV    Arbic – Good English
3- AMIR             SUDAN         CAMP IV    Arbic – little English
4- ABU AHMED        SUDAN         CAMP I     Arbic – little English
5- WALEED           SUDAN         CAMP I     Arbic
6- "A" SAMIR        SUDAN         CAMP I     Arbic

200 ISN
7- SAD ALGAHTANI    SUDIA ARABIA  Camp IV    Arbic – Good English
8- FAHD ALFAWZAN    SUDIA ARABIA  CAMP IV    ARBIC
9- RASHED ALQAMDI   SUDIA ARABIA  CAMP IV    ARBIC
10- BANDAR ALSHALBANI SUDIA ARABIA CAMP IV   ARBIC – little Engl
11- MASHAL          SUDIA ARABIA  CAMP IV    ARBIC
12- KHALD ALBARKATI SUDIA ARABIA  CAMP IV    ARBIC
13- ABDULAL ALTHANI SUDIA ARABIA  CAMP IV    ARBIC
14- ABU AHMED ALJOFI SUDIA ARABIA CAMP IV    ARBIC
15- ABU RAD ALJOFI  SUDIA ARABIA  CAMP IV    ARBIC
16- ABDULAL         SUDIA ARABIA  CAMP IV    ARBIC
17- SAD ALMATERI    SUDIA ARABIA  CAMP I     ARBIC
18- SEED FARHE      SUDIA ARABIA  CAMP I     ARBIC
19- SALEH           SUDIA ARABIA  CAMP I     ARBIC
20- MAGED           SUDIA ARABIA  CAMP I     ARBIC
21- ABDUL SALAM ALSHEHRI SUDIA ARABIA CAMP II ARBIC

UNCLASSIFIED

**EXHIBIT B**
Case 1:05-cv-02386-UNA    Document 386    Filed 10/03/2007    Page 9 of 11
Cleared for Public Filing by CSO

| # | Name | Country | Camp | Language |
|---|------|---------|------|----------|
| 22 | ABDULSALAM DEIFF | AFGANSTAN | CAMP IV | ARBIC - Good Eng |
| 23 | OMAR | AFGANSTAN | CAMP I | ARBIC |
| 24 | ABDUL HAG | AFGANSTAN | CAMP I | BUSHTO |
| 25 | ALI ALKAZMI 172 | YAMAN | CAMP IV | ARBIC |
| 26 | ALASADI | YAMAN | CAMP IV | ARBIC |
| 27 | KHADER | YAMAN | CAMP IV | ARBIC |
| 28 | MOHSEN | YAMAN | CAMP IV | ARBIC |
| 29 | ABDULRAHMAN | YAMAN | CAMP IV | ARBIC |
| 30 | FAHD | YAMAN | CAMP IV | ARBIC |
| 31 | Mustafa ALSHAMILI | YAMAN | CAMP II | ARBIC |
| 32 | Osama | YAMAN | CAMP I | ARBIC |
| 33 | MOHAMED HMADI | YAMAN | CAMP IV | ARBIC |
| 34 | FAHMI | YAMAN | CAMP IV | ARBIC |
| 35 | ESAM | YAMAN | CAMP IV | ARBIC |
| 36 | MOHAMED ALI | YAMAN | CAMP IV | ARBIC |
| 37 | EDRESS | YAMAN | CAMP IV | ARBIC |
| 38 | ABU RAHAN | BANGALDESH | CAMP IV | BANGALI |
| 39 | ABULRHMAN | TAJKISTAN | CAMP IV | English |
| 40 | SADER | TURKESTAN - CHINE | CAMP IV | Chinees |
| 41 | ZAKER Chan | TAJKISTAN | CAMP IV | English |
| **42** | **ABD ALZAHER** | **AZERBIJAN** | **CAMP I** | **AZERI** |
| 43 | ALLA ALMDSARY | EGYPTIAN | CAMP I | ARBIC |
| 44 | SHARAF ALSANANI | YAMAN | CAMP I | English |
| 45 | SEED | YAMAN | CAMP I | ARBIC |
| 46 | ADEL ALTunisi | TUNISIAN | CAMP IV | FRANCH |
| 47 | MAHAMOUD ALBHAR | YAMAN | CAMP I | ARBIC |
| 48 | KHALD | YAMAN | CAMP II | ARBIC |
| 49 | NAJEEB | MOROCCAN | CAMP III | ARBIC |
| 50 | ALI ALQATARI | YAMAN | CAMP III | ARBIC |

UNCLASSIFIED

# EXHIBIT C

**EXHIBIT C**
Case 1:05-cv-02386-UNA     Document 386     Filed 10/03/2007     Page 11 of 11
Cleared for Public Filing by CSO

JAN-15-2007  16:15                                                     P.15

**FOUO**

GUANTANAMO BAY

I, AMI AL HAJJ, hereby state as follows:

I am familiar with the American legal concept of 'next friend' and I wish to act as next friend for the following prisoner who is being held here in Guantanamo Bay. The Department of Defense's Enemy Combatant Notice (ECN) that was distributed to detainees expressly stated that a detainee could have a "family member or friend" file a habeas petition on the detainee's behalf.

Many months ago, I signed a next friend petition for Abd al Zaher, who is from Azerbaijan. I believe that Abd al Zaher is also known by the authorities here at the prison by name Poolad T. Tsiradzho.

My wife is from Azerbaijan and I am familiary with the country. To my knowledge, Abd al Zaher is the only Azerbaijani being held on this base, and it cannot be hard for the authorities to identify him. I am troubled by the fact that he has now been held at this prison for five years without access to legal counsel (he came here in the early days of the prison's existence). He is not familiar with the legal system of the U.S. which makes it difficult for him to assert his legal rights himself without assistance and explanation. It is hardly likely that a lawyer could travel all the way to Azerbaijan to meet with his family, even if a lawyer could find his family among the millions of people there without being allowed to speak with Abd al Zaher himself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 15 day of December, 2006.



_____
SAMI AL HAJJ

**FOUO**