IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON,<br>    *Petitioner*,<br><br>v.<br><br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | Civil Action No. 05-cv-2386 (RBW)<br><br>**NOTICE OF WITHDRAWAL**<br>**OF CO-COUNSEL** |

PLEASE TAKE NOTICE that the undersigned counsel, Steven B. Wasserman, hereby withdraws as counsel for Petitioner Abdullah Bo Omer Hamza Yoyej, a prisoner at Guantánamo Bay, and Fawzi Khaled Abdallah Al-Audha, Next Friend of Petitioner in this matter. Petitioner will continue to be represented by co-counsel Shayana Kadidal, Esq., of the Center for Constitutional Rights.

Dated: October 19, 2007

                                              By:    /s/ Steven B. Wasserman
                                                      **Steven B. Wasserman**
                                                      20 Plaza Street
                                                      Apt. F-7
                                                      Brooklyn, NY 11238
                                                      (212) 577-3387