IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, ISN 939, <br> Detainee, Guantánamo Bay Naval Station, <br> Guantánamo Bay, Cuba, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents*. | Civil Action No. 05-2386 (RBW) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner ABUDULLAH BO OMER HAMZA YOYEJ, a/k/a Omar Hamzayavich Abdulayev, ISN 257, in this matter. Service upon counsel may be made to:

> Lowell E. Sachnoff
> Matthew J. O'Hara
> Adam R. Chiss
> Brian C. Lewis
> REED SMITH LLP
> 10 S. Wacker Drive
> Chicago, Illinois 60606
> (312) 207-1000

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: October 19, 2007

2115234.1

- 2 -

Respectfully submitted,

Counsel for Petitioner:


    /s/ Adam R. Chiss
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
Brian C. Lewis (D.C. Bar No. 476851)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
achiss@reedsmith.com

## **CERTIFICATE OF SERVICE**

      The undersigned states that on October 19, 2007, I electronically filed the foregoing Notice of Appearance of Petitioner ABUDULLAH BO OMER HAMZA YOYEJ, a/k/a Omar Hamzayavich Abdulayev, ISN 257 with the Clerk of the Court using the ECF system, which will send notification of such filings to all counsel of record.

        /s/ Adam R. Chiss
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000