IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,<br><br>　　　　　Petitioners<br><br>　　　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　Respondents | **APPEARANCE**<br><br>Civil Action No. 05-CV-2386 (RBW) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please take notice that Benjamin L. Snowden hereby enters his appearance as counsel for the following petitioners in the above-captioned matter:

1. Abdulaziz LNU, a/k/a Abdalaziz Kareem Salim Al Noofayaee, a/k/a Abdullah Muhammed Abdel Aziz, ISN Number 687;

2. Mohammed Harbi, a/k/a Muhammed Harbi, a/k/a Mohamed Atiq Awayd Al Harbi, a/k/a Mohammed Abdullah Al Harbi, ISN Number 333;

3. Mohammed Ahmed Slam Al-Khateeb, a/k/a Mohammed Ahmed Salam, ISN Number 689; and

4. Adil LNU, a/k/a Adil Bin Mabrouk, a/k/a Adil Masrouk Bin Hamida, ISN Number 148.

Undersigned counsel certifies pursuant to LCvR 83.2(g) that he is representing these petitioners without compensation. Undersigned counsel further certifies pursuant to LCvR 83.2 that he is a member in good standing of the Bar of this Court and of the State

LEGAL02/30571818v1

- 2 -

Bar of Georgia, and that he does not engage in the practice of law from an office in the District of Columbia.

    Respectfully submitted, this 22nd day of October 2007.

/s/ Benjamin L. Snowden
BENJAMIN L. SNOWDEN
Georgia Bar No. 152152
D.D.C. Bar No. D00298
ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: ben.snowden@alston.com
