IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

**NOTICE OF TRANSFER OF PETITIONERS**

Respondents hereby provide notice that the United States has relinquished custody of petitioners Yusuf Asshihri (ISN 114),[1] Mohammed Harbi (ISN 333), and Jabir Al Quatany (ISN 650). Petitioners have been transferred to the control of the Government of Saudi Arabia.

Dated: November 13, 2007    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN

---

[1] Petitioner Asshihri has a previously-filed habeas petition in *Al-Joudi v. Bush*, No. 05-CV-0301 (GK) (petitioner Yousif Mohammad Mubarak Al-Shehri). Respondents have also filed a notice of transfer in the *Al-Joudi* case.

JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

-2-