UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMER MOHAMMON,** *et al.,* *(ABDAL RAZAK ALI)*         **Petitioners,**        vs. **GEORGE W. BUSH,** *et al,*        **Respondents.** | **No. CV05- 2386 (RBW)** |

NOTICE OF CHANGE OF ADDRESS

H. Candace Gorman, Counsel for Plaintiff, hereby submits to this court and defense counsel the following change of address and phone number:

> H. Candace Gorman
> 220 S. Halsted
> Suite 200
> Chicago Il.  60661
> 312-427-2313

Respectfully Submitted,

/S/  H. Candace Gorman

Law office of H. Candace Gorman
220 S. Halsted
Suite 200
Chicago Il. 60640
312.427-2313
Bar No. 6184278

**CERTIFICATE OF SERVICE**

I certify that I caused a true and accurate copy of the Notice of Change of Address to be served electronically to the following persons:

Terry M. Henry<br>
Andrew I. Warden<br>
United States Department of Justice<br>
Civil Division, Federal Programs Branch<br>
20 Massachusetts Avenue, N.W. – Room 7144<br>
Washington, DC  20530

On this the 19<u>th</u> <u>day of November, 2007</u>.

                                                        _____

                                                        H. Candace Gorman

H. Candace Gorman (IL Bar #6184278)
200 S. Halsted
Suite 220
Chicago Il. 60661
Tel:  (312) 427-2313
Fax: (312) 427-9552