UNCLASSIFIED

NOTIFICATION OF THE DECISION OF AN ADMINISTRATIVE REVIEW BOARD
ICO ISN  148  TO DEPART GUANTANAMO BAY CUBA

A Combatant Status Review Tribunal (CSRT) has previously determined that you are an **enemy combatant**. Your status as an enemy combatant has not changed.

An Administrative Review Board has reviewed the information about you that was talked about at the meeting on  16 May 2007  and the deciding official in the United States has made a decision about what will happen to you. You have been authorized for transfer from Guantanamo Bay. However, while it has been decided that you can be transferred from Guantanamo Bay, you are still considered an enemy combatant. While your transfer has been authorized, the date of such transfer depends on the United States reaching an agreement with your country of origin or another country, to accept you. Negotiating these agreements can in certain circumstances take considerable time, although the United States will attempt to transfer you as soon as possible no date has been set for your transfer.

Date:  01 NOV 2007

UNCLASSIFIED