IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, et al., | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |

## ORDER DENYING EMERGENCY MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER AND THE COURT WITH THIRTY-DAYS ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTÁNAMO

Upon the Emergency Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty-days Advance Notice of Any Intended Removal of Petitioner from Guantánamo filed by Adil Bin Mabrouk ("Mabrouk") and respondents' opposition thereto, and in light of the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600, and the decision in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 127 S. Ct. 3078 (U.S. June 29, 2007) (No. 06-1195), under which this Court lacks jurisdiction to award Mabrouk the relief he requests, it is hereby ORDERED that Mabrouk's motion is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE