IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMER MOHAMMON, *et al.*,

        Petitioners,

v.   Civil Action No. 05 CV 2386 (RBW)

GEORGE W. BUSH, *et al.*,

        Respondents.

---

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of Petitioner Mohammed Abdullah Taha Mattan (ISN 684) in the above-captioned action.

Undersigned counsel certify, pursuant to L. Civ. R. 83.2(g), that they are representing this Petitioner without compensation.

Dated: December 6, 2007

Respectfully submitted,

Counsel for Petitioners:

/s/ Elizabeth Ainslie
Elizabeth Ainslie
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: (215) 751-2359
Facsimile: (215) 751-2205

/s/ Gordon S. Woodward
Gordon S. Woodward (DC Bar No. 452626)
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006-1825
Telephone: (202) 419-4215
Facsimile: (202) 419-3454

PHDATA 3034975_1

**CERTIFICATE OF SERVICE**

I, Gordon Woodward, hereby certify that, on this 6th day of December, 2007, I caused to be served by first-class mail, postage pre-paid, a copy of the foregoing Entry of Appearance on the following counsel:

> Andrew I. Warden, Esq.
> Preeya M. Noronha, Esq.
> U.S. Department of Justice
> Civil Division
> 20 Massachusetts Avenue, N.W.
> Room 7144
> Washington, D.C. 20530
>
> *Counsel for Respondents*

In addition, the foregoing Entry of Appearance was served by filing through the Court's e-filing system.

/s/ Gordon S. Woodward
Gordon Woodward