IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
                                    :
AMER MOHAMMON, *et al.*,             :
                                    :
                    Petitioners,     :
                                    :  No. 05-CV-2386 (RBW)
              v.                     :
                                    :
GEORGE W. BUSH, *et al.*,            :
                                    :
                    Respondents.     :
                                    :
_____ x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Paul Schoeman, Esq. is leaving the law firm of Kramer Levin Naftalis & Frankel LLP. Mr. Schoeman's name should be removed from the Court's docket as counsel for Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Michael J. Sternhell, Darren LaVerne and Seema Saifee of Kramer Levin Naftalis & Frankel LLP continue to remain counsel for Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) in the above-captioned matter. All forthcoming papers must now be served upon Mr. Sternhell, Mr. LaVerne and Ms. Saifee.

Dated:    New York, New York
          December 13, 2007

KL3 2630839.1

Respectfully submitted,

Counsel for Petitioners Abdul Rahman a/k/a Abdul Ghaffar and Adel LNU a/k/a Adel Noori:

  */s/* Seema Saifee
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel:  (212) 715-9100
Fax:  (212) 715-8000

## **CERTIFICATE OF SERVICE**

        I hereby certify that on December 13, 2007, I caused the foregoing Notice of Withdrawal to be served on all counsel via the Court's Electronic Filing System.

                                                           */s/* Seema Saifee
                                                           Seema Saifee

KL3 2630839.1