IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMER MOHAMMON, *et al.*, <br>　　　　　　　Petitioners <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br>　　　　　　　Respondents | ) <br> ) <br> ) <br> )　No. 05-CV-2386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL**

　　PLEASE TAKE NOTICE that Leslie Abrams, Esq. has left the law firm of Kilpatrick Stockton LLP and her name should be removed from the Court's docket as counsel for Petitioners Sharaf Al Sanani a/k/a Sharaf Amhad Muhammad Masud (ISN 170) and Ali LNU a/k/a Ali Sher Hamidullah (ISN 455) in the above-captioned matter.

　　PLEASE TAKE FURTHER NOTICE that A. Stephens Clay, James F. Bogan, and C. Allen Garrett of Kilpatrick Stockton, LLP continue to remain counsel for Petitioners Sharaf Al Sanani a/k/a Sharaf Amhad Muhammad Masud (ISN 170) and Ali LNU a/k/a Ali Sher Hamidullah (ISN 455) in the above-captioned matter. All forthcoming papers must now be served upon Messrs. Clay, Bogan, and Garrett.

Dated: Washington, DC
December 13, 2007

        Respectfully submitted,

        Counsel for Petitioners Sharaf Al Sanani and Ali LNU:

        */s/* Leslie Abrams
        A. Stephens Clay (Pursuant to LCvR 83.2(g))
        James F. Bogan (Pursuant to LCvR 83.2(g))
        C. Allen Garrett (Pursuant to LCvR 83.2(g))
        KILPATRICK STOCKTON LLP
        1100 Peachtree Street
        Suite 2800
        Atlanta, GA 30309
        Tel: (404) 815-6500
        Fax: (404) 815-6555

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I caused the foregoing Notice of Withdrawal to be served on all counsel via the Court's Electronic Filing System.

                                              /s/ Leslie J. Abrams
                                                Leslie J. Abrams