IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

## NOTICE OF TRANSFER OF PETITIONERS

Respondents hereby provide notice that the United States has relinquished custody of petitioner Omar LNU (ISN 222) and transferred him to the control of the Government of Afghanistan.

Respondents also provide notice that the United States has relinquished custody of petitioner Adel Hassan (ISN 940) and transferred him to the control of the Government of Sudan.[1]

Dated: December 14, 2007            Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

---

[1] Petitioner Hassan has a previously-filed habeas petition in *Hamad v. Bush*, No. 05-CV-1009 (JDB) (petitioner Adel Hassan Hamad). Respondents have also filed a notice of transfer in the *Hamad* case.

    /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents