# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5258**                             **September Term, 2007**
                                                                                         05cv02349

Filed On:



Ahmed Belbacha,
        Appellant

v.

George W. Bush, President of the United States, et al.
        Appellees

**BEFORE:**    Ginsburg, Chief Judge, and Randolph and Griffith, Circuit Judges

### O R D E R

Upon the court's own motion, it is

**ORDERED**, that federal appellees be enjoined from transferring appellant Ahmed Belbacha to Algeria pending further order of the court. The purpose of this temporary administrative injunction is solely to protect the court's jurisdiction under 28 U.S.C. § 1292(a) and should not be construed in any way as a ruling on the merits of Belbacha's appeal.

### Per Curiam

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                                      BY: /s/ Linda Jones
                                                          Linda Jones
                                                          Deputy Clerk