IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*<br>Petitioners,<br><br>v.<br><br>GATES, ROBERT M., *et al.*,<br>Respondents. | Civil Action No.: 05-cv-2386 (RBW) |

DECLARATION OF JONATHAN M. FEE
COUNSEL FOR ADIL BIN MABROUK, ISN 148

I, JONATHAN M. FEE, hereby state and declare as follows in accordance with the provisions of Fed. R. Civ. P. Rule 65(b)(1) and 28 U.S.C. § 1746:

1. The matters stated herein are based on my personal knowledge in my capacity as counsel for Petitioner Adil Bin Mabrouk, ISN 148, a detainee held by Respondents at Guantánamo Bay, Cuba, and a Petitioner in this case. I submit this declaration in support of Petitioner's motion for an *ex parte* temporary restraining order ("TRO Motion") prohibiting Respondents from transferring Petitioner from Guantánamo Bay until the outstanding "Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty-Days Advance Notice of Any Intended Removal of Petitioner from Guantánamo" ("30-Day Motion," Doc. 398) is decided.

2. On November 21, 2001, I visited Petitioner in Guantánamo. During our meeting, he gave me a written notice from Respondents stating that he was "authorized for transfer

from Guantanamo." A copy appears as Exhibit A to the 30-Day Motion. To date, Respondents have not furnished a copy of this notice to me.

3. On February 7, 2008, subsequent to the filing of the 30-Day Motion, I received an email from Bree Ermentrout, CDR, JAGC, USN, advising me that Petitioner was "approved to leave Guantanamo" and stating, "I cannot provide you any information regarding when your client may be leaving Guantanamo as his departure is subject to ongoing discussions." I will file a copy of this email as an exhibit with the TRO Motion.

4. The foregoing notice and email cause me to believe that Petitioner faces imminent transfer, and that such transfer may occur before the 30-Day Motion is decided. Accordingly, as more fully discussed in the TRO Motion, it appears that immediate and irreparable injury, loss, or damage will result to Petitioner before the Respondents can be heard in opposition.

5. I certify that I will cause a true and accurate copy of the TRO Motion to be served electronically via the Court's Electronic Case Filing system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2007.

_____
JONATHAN M. FEE
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
(202) 756-3387
jon.fee@alston.com
DC Bar No. 479579

ADMIN/20195814v1