IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

### RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER (DOCUMENT 408)

A petitioner identified in his papers as Adil Bin Mabrouk[1] has moved for what he terms an *ex parte* motion for a temporary restraining order prohibiting his transfer from Guantanamo Bay, Cuba, where he is held as an enemy combatant, pending resolution of an earlier-filed motion. That earlier motion (Dkt. No. 398) sought an order requiring respondents to provide thirty days' notice before transferring Mabrouk out of Guantanamo Bay. The present motion should be denied.

Petitioner predicates his motion on a February 7, 2008 email notification from the Department of Defense to his counsel that Mabrouk has been approved to leave Guantanamo Bay, although, as the notification indicates, his departure must await the conclusion of appropriate diplomatic arrangements. Nothing in the February 7 notification provides any justification for the filing three weeks later of an *ex parte* motion for a temporary restraining

---

[1] As explained in a response to an earlier motion in this case (Dkt. No. 399), a question exists with regard to the identity of this petitioner.

order. Besides, the present motion should be denied for the very reasons explained in respondents' opposition to the motion for thirty days' notice (Dkt. No. 399) to which the Court is respectfully referred.

In addition to the points made in that opposition, respondents note that the Court of Appeals for this Circuit recently reiterated in *Rasul v. Myers*, 512 F.3d 644, 665 & n.15 (D.C. Cir. 2008), that the holding in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 127 S. Ct. 3078 (June 29, 2007), which concluded that this Court lacks jurisdiction over proceedings such as this, remains binding and operative law in this Circuit notwithstanding the pendency of *Boumediene* before the Supreme Court.

For the reasons given above and in respondents' opposition to petitioner's motion for a thirty days' pre-transfer notice, petitioner's motion should be denied.

Dated: February 29, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/      Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents