IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | )<br>)<br>) |
| Respondents. | )<br>) |

**ORDER**

Upon petitioner's *Ex Parte* Motion for Temporary Restraining Order to Prevent Respondents from Removing Petitioner from Guantanamo Until Petitioner's Emergency Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court With Thirty-Days Advance Notice of Any Intended Removal of Petitioner from Guantanamo Is Decided, it is hereby

ORDERED that the motion is denied.

Dated: _____     _____
                                    UNITED STATES DISTRICT JUDGE