IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, ISN 939, Detainee, Guantánamo Bay Naval Station, Guantánamo Bay, Cuba, *et al.*, <br><br> and <br><br> UMAR HAMZAYAVICH ABDULAYEV, a/k/a Abdullah Bo Omer Hamza Yoyej, a/k/a Omar LNU, ISN 257, <br><br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents*. | Civil Action No. 05-2386 (RBW) |

## NOTICE OF FILING

Counsel for Petitioner Umar Hamzayavich Abdulayev, a/k/a Abdullah Bo Omer Hamza Yoyej, a/k/a Omar LNU, ISN 257 today sent by UPS overnight mail petitioner's **Motion for Order Barring Respondents from Repatriating Petitioner to Tajikistan and To Provide Counsel For Petitioner Thirty-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo to Any Other Country** to the Court Security Office for filing in this case.

Dated: March 6, 2008

- 2 -

Respectfully submitted,

Counsel for Petitioner:

*/s/  Brian C. Lewis*
Lowell E. Sachnoff  (Illinois Bar No. 02438062)
Matthew J. O'Hara  (Illinois Bar No. 6237795)
Adam R. Chiss  (Illinois Bar No. 6272056)
*Each Pursuant to LCvR 83.2(g))* and
Brian C. Lewis (D.C. Bar No. 476851)
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
bclewis@reedsmith.com

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2 (g))
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012

2165255.1

**CERTIFICATE OF SERVICE**

The undersigned states that on March 6, 2008, I filed the foregoing **Notice of Filing** on behalf of Petitioner Umar Hamzayavich Abdulayev a/k/a Abdullah Bo Omer Hamza Yoyej, a/k/a Omar LNU, ISN 257 using the Court's ECF system, which will cause counsel of record in this case to be served.

*/s/ Brian C. Lewis*
Brian C. Lewis (D.C. Bar No. 476851)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
bclewis@reedsmith.com