# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, ISN 939,<br>Detainee, Guantánamo Bay Naval Station,<br>Guantánamo Bay, Cuba, *et al.*,<br><br>and<br><br>UMAR HAMZAYAVICH ABDULAYEV,<br>a/k/a Abdullah Bo Omer Hamza Yoyej,<br>a/k/a Omar LNU, ISN 257,<br><br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents*. | Civil Action No. 05-2386 (RBW) |

## DECLARATION OF MATTHEW J. O'HARA

I, Matthew J. O'Hara, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to practice law in the State of Illinois. I am a partner in the firm of Reed Smith LLP, and serve as one of the attorneys for Petitioner Umar Hamzayavich Abdulayev a/k/a Abdullah Bo Omer Hamza Yoyej, a/k/a Omar LNU, ISN 257. I offer this declaration in support of Mr. Abdulayev's Motion for Order Barring Respondents from Repatriating Petitioner to Tajikistan and to Provide Counsel for Petitioner Thirty-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo to Any Other Country.

2. My firm began representing Mr. Abdulayev on October 19, 2007. In January 2008, I traveled to Guantánamo Bay Naval Station in Cuba and, accompanied by my colleague Lowell

Doc# 2162841

- 2 -

Sachnoff, Esq. and interpreter Julia Karpiesky, met with Mr. Abdulayev for the first time on January 30, 2008.

3. During our meeting with Mr. Abdulayev, he detailed the circumstances of his capture and visits he has had from officials from the government of Tajikistan since his imprisonment in Guantánamo. I took notes on our discussions. Due to Mr. Abdulayev's conditions of confinement, the restrictions imposed upon counsel in meeting with clients at Guantánamo Bay, and the lack of access to computer technology, it was not possible for us to have a declaration prepared and executed by Mr. Abdulayev.

4. I turned over my notes to the Department of Defense, who sent them to the secure facility for habeas counsel in the Washington, D.C. area. I requested that the notes undergo classification review by the Privilege Review Team. On February 11, 2008, I received my unclassified notes from the Privilege Review Team. Those unclassified notes serve as the basis for this declaration.

5. The following subparagraphs recount what Mr. Abdulayev told me:

    a. Mr. Abdulayev was born on October 11, 1978 in Tajikistan. He has been detained as an "enemy combatant" without charge or trial at Guantánamo for approximately six years.

    b. Mr. Abdulayev is the oldest of five children from Hamza and Amina Abdulayev. The Abdulayev family fled Tajikistan in 1992 when civil war erupted in the country. At that time, Mr. Abdulayev was thirteen years old and had only a sixth grade education. His father Hamza was not a member of any political party in

Tajikistan and did not fight in the civil war. In 1992, the Abdulayev family sought refuge from the Tajik civil war in Afghanistan, where he and his family lived with other Tajik refugees in the vicinity of Mazar-e-Sharif.

c. In 1994, pleas were broadcast over the radio in Afghanistan from the Tajik government urging Tajik refuges to return home. Hearing these pleas, Mr. Abdulayev's father traveled with other Tajik refugees to investigate the situation in Tajikistan. His father, however, never returned. Petitioner later learned that he had been shot and killed while crossing the Tajik-Afghan border. The Abdulayev family remained in Afghanistan after the father's death, relying upon aid from international refugee organizations.

d. In early 2001, Mr. Abdulayev, his mother, and his siblings all moved from Afghanistan to Pakistan, where they rented a house in a government-sponsored refugee camp set up principally for Afghan refugees. The camp was named Camp Babu and was located in the vicinity of the city of Peshawar.

e. On or about November 25, 2001, while living in Camp Babu, Mr. Abdulayev was arrested by Pakistani police officers while he was at a small market in the camp. When Mr. Abdulayev was asked to identify himself, he told the police that he was a refugee and showed them his refugee identification card. The Pakistani police officers were not satisfied, ordered Mr. Abdulayev into their car, and told him to come with them for a short while. The officers drove off with Mr. Abdulayev and later transferred him to a car that Mr. Abdulayev believed belonged to Pakistani intelligence officials.

- 4 -

 f. The Pakistani intelligence officials, who wore civilian clothing, took Mr. Abdulayev to a building in Peshwar and threw him into a cell, where they interrogated him and repeatedly inquired about his identity. The intelligence officials eventually asked that Mr. Abdulayev complete one task and they would let him go and reunite him with his mother: Copy the contents of some books they gave him into notebooks they also gave him and which contained information on weapons and explosives.

 g. Mr. Abdulayev initially refused, but was tortured by his captors for his defiance. Eventually, Mr. Abdulayev relented because the intelligence officials promised to send him home to his mother if he would copy the books. Mr. Abdulayev copied the identified contents of the books into the notebooks. The Pakistani intelligence officials then brought him additional books and marked additional specific materials for him to copy. Mr. Abdulayev wrote day and night for about one month to complete this task. During this period, he was kept in a cell in the basement and had no contact with people other than with Pakistani intelligence officers.

 h. The Pakistani intelligence officials never revealed to Mr. Abdulayev why they forced him to copy these materials. But, after one month they took him from his cell, told him he would be taken back to his mother, put him in a car and blindfolded him. When they arrived at the destination, they took the blindfold off Mr. Abdulayev and he found himself standing in front of a prison in Kohat, Pakistan.

- 5 -

    i.   Mr. Abdulayev was later turned over to the custody of the United States military and subsequently was transferred to Guantánamo.

    j.   During his detention at Guantánamo, Mr. Abdulayev has been visited by representatives of the Tajik government on three occasions. The Tajik officials numbered two or three for each meeting and were dressed in civilian clothes, except for one who appeared to wear the uniform of a Colonel for the Ministry of Internal Affairs. On these visit, the Tajik agents threatened Mr. Abdulayev with imprisonment, torture, and death.

    k.   The first visit from Tajik officials occurred in or around 2002 or 2003 and consisted of several meetings. The Tajik officials interrogated Mr. Abdulayev and told him that because he had lived in Afghanistan he could work for them as a spy. In exchange for his service, the Tajik officials told Mr. Abdulayev that they would take care of him, give him money, get him a house, and find his family. Mr. Abdulayev refused, the Tajik officials told him that if he was not with them he would have problems, they would imprison him, torture him, and even "get rid of" him. Mr. Abdulayev did not respond to these threats for fear of making the situation worse.

    l.   While at Guantánamo, the Tajik officials also visited each of the other Tajik prisoners, but made threats to only two other Tajik prisoners: Rukniddin Fayziddinovich Sharipov (ISN 76) and Sobit Valikhonovich (ISN 90). Both have since been released from Guantánamo.

m. The second visit occurred in or around 2004 or 2005. The Tajik officials again asked Mr. Abdulayev if he had time to think about their offer and if wanted to return to Tajikistan. Mr. Abdulayev again refused.

n. The third visit occurred in or around 2005. The Tajik officials again asked if Mr. Abdulayev wanted to work with them. When he refused again, they told him he would see what happened to him when he got back to Tajikistan.

o. Due to the threats from Tajik government officials, Mr. Abdulayev fears persecution if he is returned to Tajikistan and has informed his Guantánamo jailers of this fear.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed on this 6th day of March, 2008.

_____
Matthew J. O'Hara