*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THABID, *et al.*,<br>Petitioners,<br><br>*v.*<br><br>GEORGE W. BUSH, *et al.*,<br>Respondents. | ) ) ) ) ) ) ) ) ) ) ) | 05-cv-2398 |
| Alkhadr Abdullah Al Yafie<br>Tofiq Nasser Awad Al Bihani<br>Petitioners,<br><br>*v.*<br><br>GEORGE W. BUSH, *et al.*,<br>Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) | 05-cv-2386 |

## NOTICE OF NON-OPPOSITION TO RESPONDENTS' MOTIONS TO DESIGNATE PARAGRAPH 9 OF BUZBY DECLARATION AS "PROTECTED INFORMATION"

Having reviewed the declaration submitted by Respondents in support of their motions in the above-captioned cases to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioners have elected not to oppose Respondents' motions. Petitioners, however, continue to believe that designating the information in paragraph 9 as "protected" is unjustified.

Dated: March 11, 2008            Respectfully submitted,

/s/ George M. Clarke III
George M. Clarke III
(D.C. Bar No. 480073)
Baker & McKenzie LLP
815 Connecticut Ave., N.W.
Washington, D.C. 20006
202-452-7068 (tel)
202-452-7074 (fax)