IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL ZAHER (ISN #89), ) | |
| ) | |
| v. ) | Civil Action No.: 05-cv-2386 (RBW) |
| ) | |
| GATES, ROBERT M., *et al.*, ) | |
| Respondents, ) | |

**PROPOSED ORDER GRANTING PETITIONER'S
MOTION TO ORDER ACCESS TO COUNSEL**

Upon this court having considered the Petitioner's motion and the arguments presented therein, it is therefore now

ORDERED that with respect to Petitioner Abd Al Zaher, a.k.a. Poolad T. Tsiradzho, Respondents, their agents, servants, employees, and any person acting in concert or participating with them, or having actual knowledge of this Order by personal service or otherwise, must grant Petitioner immediate and unrestricted access to counsel.

BY THE COURT

_____
Reggie B. Walton
United States District Judge