Approved by CSO for public filing

# EXHIBIT 1

List of Individuals Detained by the Department of Defense at Guantanamo Bay, Cuba from January 2002 through May 15, 2006

| # | Name | ISN | Citizenship | Place of Birth | Date of Birth ** |
|---|---|---|---|---|---|
| 1 | ((SHARIPOV)), RUKNIDDIN FAYZIDDINOVICH | 78 | Tajikistan | Lenenabad, Tajikistan | 3/15/1973 |
| 2 | ((VAKHIDOV)) SOBIT (ABDUMUKIT) VALIKHONOVICH | 90 | Tajikistan | Itsfaratz, Tajikistan | 11/13/1969 |
| 3 | ABAHANOV, YAKUB | 526 | Kazakhstan | Semeya, Kazakhstan | UNKNOWN |
| 4 | ABAS, MOHAMMAD | 542 | Pakistan | Village 426, PK | UNKNOWN |
| 5 | ABASIN, SAID | 671 | Afghanistan | Khan o Khel, AF | 1/1/1982 |
| 6 | ABASSI, FEROZ ALI | 24 | United Kingdom | Entebbe, Uganda | 10/29/1979 |
| 7 | ABBAS, YUSEF | 275 | China | Aksu, CH | 1/1/1980 |
| 8 | ABD AL MUJAHID, MAHMOUD ABD AL AZIZ | 31 | Yemen | Ta'iz, YM | 8/1/1977 |
| 9 | ABD AL RAHMAN ABD, ALLAL AB ALJALLIL | 156 | Yemen | Aluday, YM | 12/27/1975 |
| 10 | ABD AL SATTAR, MUEEN A DEEN JAMAL A DEEN ABD AL FUSAL | 309 | United Arab Emirates | Dubai, UAE | 6/5/1975 |
| 11 | ABD AL WAHAB, ABD AL MALIK | 37 | Yemen | Ibb, YM | 1/1/1979 |
| 12 | 'ABD AL-RAZAQ 'ABDALLAH HAMID IBRAHIM AL-SHARIKH | 67 | Saudi Arabia | Shaqara, SA | 1/18/1984 |
| 13 | ABDALLAH, MUHAMED HUSSEIN | 704 | Somalia | Booro, SO | 1/1/1983 |
| 14 | ABDALLAH, SAYF BIN | 46 | Tunisia | Menzil, Tunisia | 6/24/1973 |
| 15 | ABDEL AZIZ, ABDULLAH MUHAMMED | 208 | Saudi Arabia | Al Medina Menawa, SA | 9/8/1967 |
| 16 | ABDELRAHMAN, ABDELRAZAK ALI | 685 | Libya | Al Jilat, LY | 7/17/1970 |
| 17 | ABDENOUR, SAMEUR | 659 | Algeria | Algiers, Algeria | 3/28/1973 |
| 18 | ABDERRAHMANE, SLIMANE HADJ | 323 | Denmark | Roskilde, Denmark | 8/5/1973 |
| 19 | ABDUL HAMID, HASSAN KHALIL MOHAMOUD | 711 | Jordan | Amman, JO | 11/12/1961 |
| 20 | ABDUL RAHMAN, ABDUL GHAPPAR | 281 | China | Kucha, CH | 3/15/1973 |
| 21 | ABDUL SAID, HASSAN | 435 | Iraq | Basra, Iraq | 4/7/1976 |
| 22 | ABDUL WAHAB AL ASMR, KHALID MAHOMOUD | 589 | Jordan | Irbid, JO | 12/16/1963 |
| 23 | ABDULAHAT, EMAM | 295 | China | Konashahar, CH | 6/1/1977 |
| 24 | ABDULAYEV, OMAR HAMZAYAVICH | 257 | Tajikistan | Dushanbe, Tajikistan | 10/11/1978 |
| 25 | ABDULGHUPUR, HAJIAKBAR | 282 | China | Ghulja, CH | 1/1/1974 |
| 26 | ABDULHEHIM, ADEL | 293 | China | Ghulja, CH | 10/10/1974 |
| 27 | ABDULQADIRAKHUN, ABDULLAH | 285 | China | Xinjian, CH | 6/18/1979 |
| 28 | ABDUREHIM, DAWUT | 289 | China | Ghulja, CH | 11/1/1974 |
| 29 | ABU AL QUSIN, ABDUL RAUF OMAR MOHAMMED | 709 | Libya | Tripoli, LY | 1/1/1965 |
| 30 | ABU BAKR, OMAR KHALIFA MOHAMMED | 695 | Libya | Al Bayda, LY | 1/1/1972 |
| 31 | ABU GHANIM, MOHAMMED RAJAB SADIQ | 44 | Yemen | Sanaa, YM | 1/1/1975 |
| 32 | ABU RAHMAN, ABDUL RABBANI ABD AL RAHIM | 1460 | Pakistan | UNKNOWN | 1/1/1969 |
| 33 | ABULWANCE, YAMATOLAH | 116 | Afghanistan | Kandahar, AF | 1/1/1977 |
| 34 | ACHAB KANOUNI, IMAD | 164 | France | Casablanco, MO | 3/6/1977 |
| 35 | ACHEZKAI, HAJI MOHAMMED KHAN | 104 | Afghanistan | Kabul, AF | 1/1/1977 |
| 36 | ADAM GUL, ATAULLAH | 525 | Afghanistan | Khushawa, AF | 1/1/1982 |
| 37 | ADAM, MOHAMMED SADIQ | 454 | Uzbekistan | Konduz, AF | 1/1/1973 |
| 38 | ADIL, AHMED | 260 | China | Kashkar, CH | 5/1/1977 |
| 39 | AHJAM, AHMED ADNAN | 326 | Syria | Halab, SY | 1/1/1977 |
| 40 | AHMAD, ABDUL | 956 | Afghanistan | Roy E Sang, AF | 1/1/1954 |
| 41 | AHMAD, ABDULLAH TABARAK | 56 | Morocco | Casablanca, MO | 12/12/1955 |
| 42 | AHMAD, AHMAD ABD AL RAHMAN | 267 | Spain | Cueta, SP | 9/22/1974 |
| 43 | AHMAD, BASHIR | 1005 | Pakistan | Chah Kote Wala, PK | 1/1/1976 |

** Birth dates that state "1/1/XX" indicate unknown month and day of birth.

List of Individuals Detained by the Department of Defense at Guantanamo Bay, Cuba from January 2002 through May 15, 2006

| 704 | TARIQ, MOHAMMED | 137 | Pakistan | Alladand Dehry, PK | 3/10/1973 |
|---|---|---|---|---|---|
| 705 | TAYEEA, ALI ABDUL MOTALIB AWAYD HASSAN AL | 111 | Iraq | Baghdad, Iraq | UNKNOWN |
| 706 | THANI, ABDALLAH FARIS AL UNAZI | 514 | Saudi Arabia | Saudi Arabia | 1/31/1980 |
| 707 | TORJAN, SHAIBJAN | 362 | Afghanistan | Kandahar, AF | 1/1/1977 |
| 708 | TOURSON, AHMAD | 201 | China | Xinjiang, CH | 1/26/1971 |
| 709 | TSIRADZHO, POOLAD T | 89 | Azerbaijan | Baku, AJ | 5/6/1975 |
| 710 | TUKHI, AMINULLAH BARYALAI | 1012 | Afghanistan | Herat, AF | 1/1/1972 |
| 711 | TURKASH, EMDASH ABDULLAH | 500 | Turkmenistan | Ghazni, AF | 1/1/1941 |
| 712 | TURKI MASH AM ZAYID AL ASIRI | 185 | Saudi Arabia | Taboq, SA | 3/8/1975 |
| 713 | TURKISTANI, SADIK AHMAD | 491 | Saudi Arabia | Taif, SA | UNKNOWN |
| 714 | UL HAQ, ISRAR | 515 | Pakistan | Topi, PK | 1/1/1980 |
| 715 | UL SHAH, ZIA | 15 | Pakistan | Karachi, PK | 5/1/1976 |
| 716 | ULLAH, AMIN | 848 | Afghanistan | Chogha, AF | 1/1/1956 |
| 717 | ULLAH, ASAD | 47 | Pakistan | Swahbi, PK | 1/1/1981 |
| 718 | ULLAH, ASAD | 912 | Afghanistan | Paktia, AF | 1/1/1988 |
| 719 | ULLAH, FAIZ | 919 | Afghanistan | Bamian, AF | 1/1/1956 |
| 720 | ULLAH, NAQIB | 913 | Afghanistan | Zargary Camp, PK | 1/1/1988 |
| 721 | ULLAH, NOOR HABIB | 626 | Afghanistan | Jalalabad, AF | 1/1/1980 |
| 722 | ULLAH, SHAMS | 783 | Afghanistan | Gulnoorm Khan, AF | 1/1/1986 |
| 723 | UMAR, IBRAHIIM UMAR ALI AL- | 585 | Saudi | Al Qaseem, SA | 1/1/1983 |
| 724 | URAYMAN, SAJIN | 545 | Pakistan | Gujaranwala, PK | 1/1/1984 |
| 725 | USMAN, SHABIDZADA | 12 | Pakistan | Malai, PK | 3/5/1982 |
| 726 | UTHMAN, UTHMAN ABDUL RAHIM MOHAMMED | 27 | Yemen | Aden, YM | 1/1/1979 |
| 727 | UWAYDAH, RASHID AWAD RASHID AL | 664 | Saudi Arabia | Sakaka, SA | 1/1/1976 |
| 728 | UYAR, SALIH | 298 | Turkey | Kojaeli, Turkey | 4/14/1981 |
| 729 | VAHITOV, AIAT NASIMOVICH | 492 | Russia | Naberyozhnyi, RS | 3/27/1977 |
| 730 | WAHAB, ABDUL | 981 | Afghanistan | Afghanistan | 1/1/1968 |
| 731 | WAHEED, ABDUL | 353 | Afghanistan | Musa Qala, AF | 1/1/1972 |
| 732 | WAKIL, HAJI SAHIB ROHULLAH | 798 | Afghanistan | Jalalabad, AF | 1/1/1962 |
| 733 | WALI, BADSHAH | 638 | Afghanistan | Khowst, AF | 1/1/1977 |
| 734 | WALI, JIHAN | 444 | Pakistan | Diir, PK | 1/1/1967 |
| 735 | WALIJAN, NEYAZ | 640 | Afghanistan | Khowst, AF | 1/1/1982 |
| 736 | WASIM | 338 | Saudi Arabia | Al Jauf, SA | 11/18/1963 |
| 737 | WASIQ, ABDUL HAQ | 4 | Afghanistan | Ghazni, AF | 1/1/1971 |
| 738 | WAZIR, ABDULLAH | 976 | Afghanistan | Sheikh Amir, AF | 1/1/1979 |
| 739 | WAZIR, HAJI MOHAMMED | 996 | Afghanistan | Lashkargh City, AF | 1/1/1943 |
| 740 | WAZIR, PADSHA | 631 | Afghanistan | Kundai, AF | 1/1/1972 |
| 741 | YACOUB, MOHAMMED | 1004 | Afghanistan | Khwazak, AF | 1/1/1976 |
| 742 | YADEL, BRAHIIM | 371 | France | Aubervilliers, FR | 3/17/1971 |
| 743 | YAKUBI | 1165 | Afghanistan | Gardiz, AF | 2/15/1966 |
| 744 | YAQUB, MOHAMMED YUSIF | 367 | Afghanistan | Nimbrooz, AF | UNKNOWN |
| 745 | YAR, KUSHKY | 971 | Afghanistan | | 1/1/1963 |
| 746 | YASSER, HIMDY | 9 | Saudi Arabia / USA | Baton Rouge, Louisiana | 11/17/1979 |
| 747 | YOUSEF, MOHAMMED HAJI | 820 | Afghanistan | Bermal, AF | 1/1/1967 |

** Birth dates that state "1/1/XX" indicate unknown month and day of birth.