Approved by CSO for public filing

# EXHIBIT 2

Approved by CSO for public filing

UNCLASSIFIED

## Department of Defense
### Office for the Administrative Review of the Detention of Enemy Combatants at US Naval Base Guantanamo Bay, Cuba

07 March 2005

From:       Presiding Officer

To:         TSIRADZHO, POOLAD T

Via:        Assisting Military Officer

SUBJECT:    UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE REVIEW BOARD IN THE CASE OF **TSIRADZHO, POOLAD T**

1. An Administrative Review Board will be convened to review your case to determine if your continued detention is necessary.

2. The Administrative Review Board will conduct a comprehensive review of all reasonably available and relevant information regarding your case. At the conclusion of this review the Board will make a recommendation to: (1) release you to your home state or to a third state; (2) transfer you to your home state, or a third state, with conditions agreed upon by the United States and your home state, or the third state; or (3) continue your detention under United States control.

3. The following primary factors favor continued detention:

   a. Commitment

     1. The detainee voluntarily traveled from Azerbaijan to Afghanistan to look for the Taliban, and admitted to fighting the Americans.

     2. The detainee admits to joining the Taliban as a guard, guarding food supplies.

     3. The detainee admits to being a guard in the Taliban and being issued an AKM-7.62 rifle.

     4. The detainee surrendered to Northern Alliance Forces near Mazar-E-Sharif in November 2001.

   b. Training

     The detainee trained at the al Farouq training camp.

001188

DMO Exhibit 1

Page 1 of 2

UNCLASSIFIED

Approved by CSO for public filing

UNCLASSIFIED

SUBJECT:    UNCLASSIFIED SUMMARY OF EVIDENCE FOR ADMINISTRATIVE
REVIEW BOARD IN THE CASE OF **TSIRADZHO, POOLAD T**

 c. Connections/Associations

  1. Upon arriving in Herat, Afghanistan, the detainee met with a Taliban officer who sent him to Kandahar to meet a designated individual.

  2. The designated individual was the owner of a Taliban safe house.

  3. The detainee is associated with Abd Al Iraqi.

  4. Abd Al Iraqi is an al Qaida lieutenant and veteran Afghan fighter.

 d. Intent

  1. Detainee stated that he saw on television that there was a war in Afghanistan. He then went to Afghanistan to study and look for the Taliban.

  2. The detainee was injured during an artillery attack by Northern Alliance Forces.

  3. The detainee stated, "I was fighting, then I was wounded. I stopped fighting the Americans and went on vacation."

4. The following primary factors favor release or transfer:

 The detainee denied having any knowledge of the attacks in the U.S. prior to their execution on September 11th, and also denied knowledge of any rumors or plans of future attacks on the U.S. or U.S. interests.

5. You will be afforded a meaningful opportunity to be heard and to present information to the Board; this includes an opportunity to be physically present at the proceeding. The Assisting Military Officer (AMO) will assist you in reviewing all relevant and reasonably available unclassified information regarding your case. The AMO is not an advocate for or against continued detention, nor may the AMO form a confidential relationship with you or represent you in any other matter.

2

UNCLASSIFIED

001189

Page 2 of 2