Approved by CSO for public filing

# EXHIBIT 3

Approved by CSO for public filing

(A) 51- YAGOOB al Soury    Syrian    CAMP I    Arabic

52- ZEYAD ALGASSMY    ~~SA~~ SUDIA ARBIA Camp IV    Azbic

I, SAMI MUHYIDEEN, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND I KNOW THAT THE FOLLOWING PEOPLE WANT LEGAL ASSISTANCE FROM CLIVE STAFFORD SMITH, AND I AM ALSO WILLING TO ACT ON THEIR BEHALF: ~~SAMI~~ Muhyideen ........ Speak

1. ADEL HASSAN    SUDAN    CAMP IV    Arbic - little English
2. HAMAD    SUDAN    CAMP V    Arbic - Good English
3. AmiR    SUDAN    CAMP V    Arbic - little English
4. Abu AHMED    SUDAN    CAMP I    Arbic - little English
5. WALEED    SUDAN    Camp I    Azbic
6. "A" SAmiR    SUDAN    Camp I    Azbic

200 ISN

7. SAD ALGAHTANI SUDIA ARABIA Camp IV Arbic - Good Englis
8. FAHD ALFAWZAN SUDIA ARABIA CAMP IV ARBIC
9. RASHED ALQAMDI SUDIA ARABIA CAMP IV ARBIC
10. BANDAR ALSHATBANI SUDIA ARABIA CAMP IV ARBIC - little Engl
11. MASHAL    SUDIA ARABIA CAMP IV ARBIC
12. KHALD ALBARKATI SUDIA ARABIA CAMP IV ARBIC
13. ABDULAL ALTHANI SUDIA ARABIA CAMP IV ARBIC
14. ABU AHMED ALJOFI SUDIA ARABIA Camp IV ARBIC
15. ABU RAD ALJOFI SUDIA ARABIA CAMP IV ARBIC
16. ABDULAL    SUDIA ARABIA CAMP IV ARBIC
17. SAD ALMATERI SUDIA ARABIA Camp IV ARBIC
18. SEED FARHE SUDIA ARABIA Camp I ARBIC
19. SALEH    SUDIA ARABIA Camp I ARBIC
20. MAGED    SUDIA ARABIA Camp I ARBIC
21. ABDUL SALAM ALSHEHRI SUDIA ARABIA Camp II ARBIC

UNCLASSIFIE

| | | | | | |
|---|---|---|---|---|---|
| 22- | ABDULSALAM DEIFF | | AFGANSTAN | CAMP IV | ARBIC - Good Eng |
| 23- | OMAR | | AFGANSTAN | CAMP I | ARBIC |
| 24- | ABDULHAQ | | AFGANSTAN | CAMP I | BUSHTO |
| 25- | ALI ALKAZMI | 172 | YAMAN | CAMP IV | ARBIC |
| 26- | ALASADI | | YAMAN | CAMP IV | ARBIC |
| 27- | KHADER | | YAMAN | CAMP IV | ARBIC |
| 28- | MOHSEN | | YAMAN | CAMP IV | ARBIC |
| 29- | ABDULRAHMAN | | YAMAN | CAMP IV | ARBIC |
| 30- | FAHD | | YAMAN | CAMP IV | ARBIC |
| 31- | Mustafa ALSHAMILI | | YAMAN | CAMP V II | ARBIC |
| 32- | Osama | | YAMAN | CAMP I | ARBIC |
| 33- | MOHAMED HMADI | | YAMAN | CAMP IV | ARBIC |
| 34- | FAHMI | | YAMAN | CAMP IV | ARBIC |
| 35- | ESAM | | YAMAN | CAMP IV | ARBIC |
| 36- | MOHAMED ALI | | YAMAN | CAMP IV | ARBIC |
| 37- | EDRESS | | YAMAN | CAMP IV | ARBIC |
| 38- | ABU RAHAN | | BANGALDESH | CAMP IV | BANGALI |
| 39- | ABDULRHMAN | | TAJKISTAN | CAMP IV | English |
| 40- | SADER | | TURKESTAN-CHINE | CAMP IV | Chines |
| 41- | ZaKER Chan | | TAJKISTAN | CAMP IV | English |
| 42- | ABD ALZAHER | | AZERBIJAN | CAMP I | AZERI |
| 43- | ALLA ALMDSARY | | EGYPtian | CAMP I | ARBIC |
| 44- | SHARAF ALSANANI | | YAMAN | CAMP I | English |
| 45- | SEED | | YAMAN | CAMP I | ARBIC |
| 46- | ADEL AL Tunisi | | TUNISIAN | CAMP IV | FRANCH |
| 47- | NAHAMOUD ALBHAR | | YAMAN | CAMP I | ARBIC |
| 48- | KHALD | | YAMAN | CAMP II | ARBIC |
| 49- | NAJEEB | | MOROCCAN | CAMP III | ARBIC |
| 50- | ALI ALQATARI | | YAMAN | CAMP III | ARBIC |

UNCLASSIFIED