Approved by CSO for public filing

# EXHIBIT 4

Approved by CSO for public filing

JAN-15-2007  16:15                                                P.15

# FOUO

GUANTANAMO BAY

I, AMI AL HAJ, hereby state as follows:

I am familiar with the American legal concept of 'next friend' and I wish to act as next friend for the following prisoner who is being held here in Guantanamo Bay. The Department of Defense's Enemy Combatant Notice (ECN) that was distributed to detainees expressly stated that a detainee could have a "family member or friend" file a habeas petition on the detainee's behalf.

Many months ago, I signed a next friend petition for Abd al Zaher, who is from Azerbaijan. I believe that Abd al Zaher is also known by the authorities here at the prison by name Poolad T. Tsiradzho.

My wife is from Azerbaijan and I am familiary with the country. To my knowledge, Abd al Zaher is the only Azerbaijani being held on this base, and it cannot be hard for the authorities to identify him. I am troubled by the fact that he has now been held at this prison for five years without access to legal counsel (he came here in the early days of the prison's existence). He is not familiar with the legal system of the U.S, which makes it difficult for him to assert his legal rights himself without assistance and explanation. It is hardly likely that a lawyer could travel all the way to Azerbaijan to meet with his family, even if a lawyer could find his family among the millions of people there without being allowed to speak with Abd al Zaher himself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 15 day of December, 2006.

_____
SAMI AL HAJJ

# FOUO