Approved by CSO for public filing

# EXHIBIT 5

**INTERNATIONAL COMMITTEE OF THE RED CROSS**
**CENTRAL TRACING AGENCY**
**GENEVA (Switzerland)**

МЕЖДУНАРОДНЫЙ КОМИТЕТ КРАСНОГО КРЕСТА
ЦЕНТРАЛЬНОЕ АГЕНТСТВО ПО РОЗЫСКУ
ЖЕНЕВА (Швейцария)

KJHT 89 T0/240

**MESSAGE - REPLY / ОТВЕТ НА ЗАПРОС О СЕМЕЙНЫХ СВЕДЕНИЯХ**

ICRC No. 5966

**4. SENDER - ОТПРАВИТЕЛЬ**

FULL NAME / ФАМИЛИЯ, ИМЯ И ОТЧЕСТВО: POLAD SIR.A.O.2.ite

DATE AND PLACE OF BIRTH / ДАТА И МЕСТО РОЖДЕНИЯ: 1935

FULL ADDRESS / ПОЛНЫЙ АДРЕС

POSTAL CODE / ПОЧТОВЫЙ ИНДЕКС: CLEARED BY U.S. FORCES

COUNTRY / СТРАНА: Cuba

REPUBLIC, REGION / РЕСПУБЛИКА, ОБЛАСТЬ:

DISTRICT / РАЙОН:

TOWN, VILLAGE / ГОРОД, СЕЛО:

STREET AND NUMBER / УЛИЦА И НОМЕР ДОМА:

TELEPHONE NR. / НОМЕР ТЕЛЕФОНА:

**5. ADDRESSEE - ПОЛУЧАТЕЛЬ**

FULL NAME / ФАМИЛИЯ, ИМЯ И ОТЧЕСТВО: Сыроедкин

DATE AND PLACE OF BIRTH / ДАТА И МЕСТО РОЖДЕНИЯ:

FULL ADDRESS / ПОЛНЫЙ АДРЕС

POSTAL CODE / ПОЧТОВЫЙ ИНДЕКС:

COUNTRY / СТРАНА: Азербайджан

REPUBLIC, REGION / РЕСПУБЛИКА, ОБЛАСТЬ:

DISTRICT / РАЙОН:

TOWN, VILLAGE / ГОРОД, СЕЛО: Баку

STREET AND NUMBER / УЛИЦА И НОМЕР ДОМА: Мир Джалал 45

TELEPHONE NR. / НОМЕР ТЕЛЕФОНА:

Баку - Azerbaijan

---

**MESSAGE - ВЕСТИ ОТ РОДНЫХ**
(FAMILY NEWS OF A STRICTLY PERSONAL NATURE)
(ИСКЛЮЧИТЕЛЬНО СЕМЕЙНОГО ХАРАКТЕРА)

KJHT T0/240

CLEARED BY U.S. FORCES

بسم الله الرحمن الرحيم
السلام عليكم ورحمة الله وبركاته

Как поживаете. Надеюсь всё хорошо
у меня всё в порядке. Все время в хорошем настроении. Вообще не беспокойтесь. Даль ешё меньше живёт к ней.
Получаю от всех письма. Пишете мне о всех новостях. Каждый день живёт короче
Очень подошёл. Инша-аллах скоро Аллах освободит меня и всех мусульман. От тех друг в этом мире и в будущем. Благодарю вам и молитесь чем много за меня и передайте мою благодарность всем Сузана по тем. Уве-
рьюте в Аллаха и будущей жизни. Религия Ислам
у читайте такой. В этом и будущем
есть спасение. Я конечно дан жизни.

DATE / ДАТА:

SIGNATURE / ПОДПИСЬ:

THE ADDRESSEE IS MY / ПОЛУЧАТЕЛЬ - МОЙ / МОЯ (ОБОЗНАЧИТЬ РОДСТВЕННУЮ СВЯЗЬ)