Approved by CSO for public filing

# EXHIBIT 6

Approved by CSO for public filing

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيمِ

Салам. Как вы? Как поживаете? У меня алхамдулиллах всё хорошо. Я сейчас на Кансусе под присмотром американцев. Тут они нас проверяет. Потом это будет не шаг. Но я против них ничего не делал. В Кргонистане учился. Коран и арабский язык. Об мне не беспокойтесь. Тут нам хорошо смотят. Кормят 3 раза в день. Каждая неделя баня и меняет простки. Нам каждому коран дали. Иншааллах скоро встретимся. Если будет возможность пишите мне. Как там? Как тетя Ася? Поступил ли Баба в универстет? Кто умер, кто родился? Желаю вам от Алаха самого наилучшего. Всем от меня салам передайте. Об мне не волнуйтес. Алах друг верующих и в этом и в другом мире. Что бы Алах дал мне и вам прямой путь! Амин.

25.01.2002.

Rolad.