Approved by CSO for public filing

# EXHIBIT 7

Approved by CSO for public filing

GUAN-2005-T 05651

بسم الله الرحمن الرحيم

Bütün müsəlmanlara salam. Necəsiniz? Ümid edirəm hər şey öz qaydasındadır. Mənim vəziyyətim bildiyiniz kimidir Allaha şükürlər olsun. Günlər yavaş-yavaş ötüb keçir. Özüm haqqımda nə yazım? Uzun saçım var idi. Təxminən ?il yarım idi uzatmışdım. 9 dənə hörük bağlayırdım- peyğəmbərin sünnətidir- hər gün tökülürdü deyə qırxdırdım. İnşaallah gələcəkdə yeni uzadaram. Üzündə bığlarım, uzatmışam. Eşmə bığlarım var. Çətim arvadlar xeyli artmışdı indi qaydasına düşüb.

9

9

İnşa-allah sarı atmanın ömrü çox uzanmaz 9

Ana vəziyyətin necədir? Mən səni də evdəkiləri də dualarda heç unutmuram. Özünə yaxşı bax. Hər şey yaxşı olacaq. Qəm kəsməz Allah bütün müsəlmanları sevindirər. Allah bizimlədir. Sizə nəsihətim əlbətdə islamdır. Allah bizi qəflətlərinə qafil olanlardan etməsin. Başqa nə yazım? Fuad məktəb yaz- azərbaycanca. Özün haqqında ətraflı yaz. Qardaşlara məndən salam deyin. Əgər imkan varsa xüsusi salamımı Ayxətsə çatdırın. Bu qədər. Yaxında görüşərik. Allah hamımıza bir dəfəst versin. Abdulkahhar.

Reverse of DA FORM 2667-R, May 82