Approved by CSO for public filing

# EXHIBIT 8

Each time I perform Namaz [BM: ritual Islamic prayer], I pray for you. I am hoping God [BM: uses *Allah*] will accept my prayers. What else to write? Say hello [BM: uses *salam* that stands for *hello* even though the letter is in Russian] for me to all Muslim brothers. I took a new name. Now I am called Abdulkahhar [BM: uses "*h*" in spelling his name despite there is no "*h*" in Russian]. A little bit difficult [BM: not clear what he refers to]. Please remember [BM: not clear what he wants to be remembered] and write to me a lot of letters. Freedom is very close so that God [BM: uses *Allah*] can meet us with good will.

Abdulkahhar [BM: see additional explanation above]



Approved by CSO for public filing

B4

6

## REPLY / ОТВЕТ

(FAMILY NEWS OF A STRICTLY PERSONAL NATURE)
(ВЕСТИ ИСКЛЮЧИТЕЛЬНО СЕМЕЙНОГО ХАРАКТЕРА)

С каждым намазе за вас молюсь
Надеюсь Аллах примет мои молит-
вы. Что ещё писать. Передайте
от меня салам всем братья му-
сульманам. Я взял новое имя
Меня тут зовут Абдулкаххор. Нем-
ного трудно. Прошу дождитесь
и помните [illegible] [illegible].
Свобода очень близка. Чтоба
Аллах нас скоро встретил в
добре.

Абдулкаххор.

DATE / ДАТА : 20.06.2003 SIGNATURE / ПОДПИСЬ : ..............................

INTERNATIONAL COMMITTEE OF THE RED CROSS
CENTRAL TRACING AGENCY
GENEVA (Switzerland)

МЕЖДУНАРОДНЫЙ КОМИТЕТ КРАСНОГО КРЕСТА
ЦЕНТРАЛЬНОЕ АГЕНТСТВО ПО РОЗЫСКУ
ЖЕНЕВА (Швейцария)

## RED CROSS MESSAGE - ПОСЛАНИЕ КРАСНОГО КРЕСТА

**1. SENDER - ОТПРАВИТЕЛЬ** ICRC No. ..............................

FULL NAME / ФАМИЛИЯ, ИМЯ И ОТЧЕСТВО : ..............................

DATE AND PLACE OF BIRTH / ДАТА И МЕСТО РОЖДЕНИЯ : ..............................

FULL ADDRESS / ПОЛНЫЙ АДРЕС

POSTAL CODE / ПОЧТОВЫЙ ИНДЕКС : .................. COUNTRY / СТРАНА : ..................

REPUBLIC, REGION / РЕСПУБЛИКА, ОБЛАСТЬ : ..............................

DISTRICT / РАЙОН : ..............................

TOWN, VILLAGE / ГОРОД, СЕЛО : ..............................

STREET AND NUMBER / УЛИЦА И НОМЕР ДОМА : ..............................

TELEPHONE NR./ НОМЕР ТЕЛЕФОНА : ..............................

**2. ADDRESSEE - ПОЛУЧАТЕЛЬ** ICRC No. ..............................

FULL NAME / ФАМИЛИЯ, ИМЯ И ОТЧЕСТВО : ..............................

DATE AND PLACE OF BIRTH / ДАТА И МЕСТО РОЖДЕНИЯ : ..............................

FULL ADDRESS / ПОЛНЫЙ АДРЕС

POSTAL CODE / ПОЧТОВЫЙ ИНДЕКС : .................. COUNTRY / СТРАНА : ..................

REPUBLIC, REGION / РЕСПУБЛИКА, ОБЛАСТЬ : ..............................

DISTRICT / РАЙОН : ..............................

TOWN, VILLAGE / ГОРОД, СЕЛО : ..............................

STREET AND NUMBER / УЛИЦА И НОМЕР ДОМА : ..............................

TELEPHONE NR./ НОМЕР ТЕЛЕФОНА : ..............................

MCR2/En.Ru/03.95/EURAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL ZAHER (ISN #89),         ) | |
| )| Civil Action No.:  05-cv-2386 (RBW) |
| v.          ) | |
| )| |
| GATES, ROBERT M., *et al.*,    ) | |
|   Respondents,       ) | |

## Certificate of Translator Competence

I, Bedir Memmedli, hereby certify that I am fluent in both written and oral English and the Azeri and Russian languages, and that I have translated **Exhibit 8**, a letter in Russian on Red Cross stationary from Abdul Kahhar to his family, to the English language, to the best of my skill and ability and that the translation is a true, accurate translation of the Russian original.

_____
Bedir Memmedli
6300 Stevenson Avenue # 310
Alexandria, VA 22304
March 7, 2008