# EXHIBIT 9

Hello to all Muslims. How is everything? How are you? Everything is fine here thanks to God [BM: uses *Allah*]. I guess you have received my letter and I am hoping you have received it complete [BM: remaining part of the sentence is erased]. Several brothers here are being considered for political asylum. It is in one of the European countries. They asked me about this too. But, I prefer to return to Azerbaijan. I love Caucasus. How are you mother? Inshallah [BM: means *God Willing* in Arabic], you are doing fine. So are the grandchildren. Everything here continues to be fine as it has been promised by God [BM: uses *Allah*]. All of these are just temporary in this world [BM: the sentence is not clear since some of it has been erased]. With God's [BM: uses *Allah*] help, these days will be erased from memories after end of life [BM: remaining part of the sentence is erased]. What else to write? Tell children [BM: not clear whom he refers to] to perform Namaz [BM: ritual Islamic prayer]. Here, best news is dreams. If you have good dreams, let me know so that I can ask brothers about what these dreams mean [BM: some religious people believe in dreams and interpret them]. Inshallah [BM: see above], you have learned my name. If children [BM: not clear whom he refers to] start learning swimming, that would be great. Inshallah [BM: see above], we will meet in near future. Let the God [BM: uses *Allah*] be a savior of all Muslims. Abdulkahhaar [BM: unlike his other letter written in Russian, instead of one "a," he uses two "a"s before the last letter].

Bütün müsəlmanlara salam. Nə var, nə yox? Necəsiniz? Burada işlər öz qaydasındadır şükür Allaha. Yəqin ki, keçən məktəbumu almısınız. Ümid edirəm tam alırsınız. Bə'zi qardaşlara siyasi sığınacaq vermək istəyirlər Avropa dövlətlərindən birində. Məndən də bu barədə soruşurlar lakin mən Azərbaycana qayıtmağı daha yaxşı hesab edirəm. Sənirom Qəfqazi mən Necəsən ağ ana? İnşəallah işlərin öz qaydasındadır. Novalar da eləcə. Ümim işlərim yaxşı getməkdədir. Allahın bizə rə'd etdiyi kimi. Bütün bunlar gəldi-gedər dünya həyatıdır. Axirətdə Allahın rəhməti ilə bu günlər heç yada düşməz. Başqa nə yazım? Uşaqlara de namaz qılsınlar burada ən yaxşı xəbərlər xəbərlərdir. Əgər yaxşı yazı görsəniz mənə yazın buradan qardaşlardan yazmasını soruşuram. İnşəallah adımı öyrənmisiniz. Uşaqlar üzgüçülüklə məşğul olsalar yaxşı olar. İnşəallah yaxında görüşərik. Allah bütün müsəlmanlara rəhm etsin. Abdulkahhaar.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL ZAHER (ISN #89),<br><br>v.<br><br>GATES, ROBERT M., *et al.*,<br>  Respondents, | )<br>)<br>)  Civil Action No.: 05-cv-2386 (RBW)<br>)<br>)<br>)<br>)<br>) |

**Certificate of Translator Competence**

I, Bedir Memmedli, hereby certify that I am fluent in both written and oral English and the Azeri and Russian languages, and that I have translated **Exhibit 9**, a letter in Azeri from Abdul Kahhaar to his family, to the English language, to the best of my skill and ability and that the translation is a true, accurate translation of the Azeri original.

*/s/ Bedir Memmedli*
Bedir Memmedli
6300 Stevenson Avenue # 310
Alexandria, VA 22304
March 7, 2008