# EXHIBIT 10

Approved by CSO for public filing


**Left Side of Transcripts**
[BM: added this heading to distinguish pages]

Number: 36921OKT062 [BM: not all numbers are easily readable]

Last Name: SIRACOV

First Name: POLAD

Place of Birth: BAKU

Year of Birth: 6/5/1975 [BM: my guess is "6" stands for day and "5" for month]

Nationality: AZERBAIJAN

Completed Turkish II course offered to foreigners by the Turkish Education Center of Ankara University with PEKIYI grade [BM: equivalent of "A" or 95-100].

Head of the Turkish Education Center:
Munir Ozdemir [BM: name of person]
A. U. Tomer Department Administrator [BM: but not readable well]

THIS IS NOT A DIPLOMA [BM: this is what written on the left corner in bold]

Approved by CSO for public filing


**Right Side of Transcripts**
[BM: added this heading to distinguish pages]

Course Taken: T. Turkish II

Weekly Hours Taken: 20 hours

Course Period: January 4 – January 29

Exam Grades Received:

| | Lowest | Actual | Highest |
|---|---|---|---|
| [BM: can't read] | 7.5 | 13 | 15 |
| Writing | 10 | 15 | 20 |
| Vocabulary | 10 | 18 | 20 |
| Reading | 7.5 | 13 | 15 |
| Listening | 7.5 | 14 | 15 |
| [BM: can't read] | 7.5 | 14 | 15 |
| | 50 | 87 | 100 |

[BM: can't read these words, but I guess they describe the position of person that follows]
MUNIR OZDEMIR

Date: 5/9/1993 [BM: not sure if it is "9" or "2"]

Approved by CSO for public filing

Oct. 30 2007 07:43AM P1 FAX NO. : 994124319667 FROM : 2Sayl1.FF-134ps

Numarası : 3632 ICKT 062

Soyadı : SİRACOV

Adı : POLAD

Doğduğu yer : BAKÜ

Doğduğu yıl : 6 - 5 - 1975

Uyruğu : AZERBAYCAN

Ankara Üniversitesi Türkçe Öğretim Merkezinde yapılan YABANCILAR İÇİN TÜRKÇE sınavı sonucu T. TÜRKÇE II kursunu PEKİYİ derece ile başarmıştır.

Türkçe Öğretim Merkezi Başkanı
Münir ÖZDEMİR
A. Ü. TÖMER ŞUBE MÜDÜRÜ

BU BİR DİPLOMA DEĞİLDİR.

Devam Ettiği Kurs : T. TÜRKÇE II

Haftada Kaç Saat Ders Gördüğü : 20 saat

Kursa Devam Ettiği Süre : 4 Ocak - 29 Ocak

## Sınav Sonucu Aldığı Notlar :

| | En az | Sonuç | En çok |
|---|---|---|---|
| Dikte | 7,5 | 13 | 15 |
| Yazılı Anlatım | 10 | 15 | 20 |
| Sözlü Anlatım | 10 | 18 | 20 |
| Okuma Anlama | 7,5 | 13 | 15 |
| Dinleme Anlama | 7,5 | 14 | 15 |
| Dilbilgisi | 7,5 | 14 | 15 |
| | 50 | 87 | 100 |

Öğretim Elemanı
MÜNİR ÖZDEMİR

Tarih
5-2-1993

Approved by CSO for public filing


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABD AL ZAHER (ISN #89),** | ) |
| ***v.*** | ) **Civil Action No.: 05-cv-2386 (RBW)** |
| **GATES, ROBERT M., *et al.*, Respondents,** | ) |

**Certificate of Translator Competence**

I, Bedir Memmedli, hereby certify that I am fluent in both written and oral English and the Azeri, Russian and Turkish languages, and that I have translated **Exhibit 10**, a university transcript in Turkish in the name of "Polad Siracov," to the English language, to the best of my skill and ability and that the translation is a true, accurate translation of the Turkish original.

Bedir Memmedli
6300 Stevenson Avenue # 310
Alexandria, VA 22304
March 7, 2008