Approved by CSO for public filing

# EXHIBIT 11

Hello honorable Prof. Richard Wilson, Prof. Meetali Jain, Alyssa Crow, and Salah Husseini.

First of all, I would like to congratulate you on the forthcoming New Year and wish you strong health and successful completion of your work.

We have received your email dated November 30, but we are late with our response as we didn't have a chance to look at it for some period.

In response to your letter, we are sending you some letters received from Polad. If it is necessary, we can send you other letters too. We are asking you not to pass them to any journalist in order to avoid their publication in media. In case you have difficulties with reading Polad's letters, we can assist you by providing our explanation.

We have no affairs with the Ministry of National Security (MNS) [BM: the writer uses "MTN," which is an acronym in Azeri for the ministry]. The only exception is when two staff members from MNS stopped by to tell us that they were going to visit Polad and took some family pictures and a letter from home. Then, I (his older brother Ilham) [BM: who appears to be the author of this letter] met them and obtained from them a letter written by Polad. They didn't provide detailed information regarding the status of the investigation as well as Polad's health. However, my understanding was that Polad was not friendly to them. We are unaware of any steps taken by official Baku to release Polad. It seems to us, the official Baku is not willing to defend…its own citizen.

Polad's biography is as follows.

During 1992-93 academic years, he has studied successfully in Turkey. But, during 1993-94 academic years, Polad wanted to quit studying and instead expressed his desire to work as a merchant and earn money. He also told that he failed his English language course. To assist him, we even found a private English language teacher during his school break. In spite of family members' insistence, Polad began skipping classes.

In September of 1994, I (Ilham) went to Moscow to earn living. I began to work as an engineer for a construction firm. From there, I called Polad (who was in Turkey) to tell him I was in Moscow and also ask him to continue his education. However, within very short period of time, Polad came to me from Turkey. He told me about being expelled from the university. It was hard for me to tell this news to our family and therefore I let Polad stay with me for a while (several months) since I didn't know how to deal with this situation. I sent Polad to Baku next year. My father met this news with great sadness. Just to note, my father has always paid big attention to education; all 6 children in our family have either bachelor or associate degree.

I invited him back to Moscow where, with the assistance of my acquaintance, I found an interpreter job for Polad with a Turkish construction firm. He left this job after working there several months. Just to remind, the situation in the former Soviet Union during

those times was very chaotic. It was difficult to find a stable job. Later, Polad was hired by another Turkish construction firm.

To make it short, before his military service, he changed his jobs several times and worked with short intervals in Moscow and Baku.

In June of 1998, he began serving in military. When our father died, he was serving in military. After returning from military (in April of 1999), he began to work with me in construction in Baku.

I cannot tell when he started having relations with Abu-Bakr mosque. One thing I can tell is that he destroyed all his pictures in our family album and therefore there will be some delays with sending you his pictures. We will try to send them in near future.

We don't know reasons why he uses a different name, but we keep calling him with his real name in our letters.

We can say the followings regarding his knowledge of other languages. Of course, besides his native language, he also knew Turkish and Russian languages. As mentioned in this letter, he was learning English in Turkey, but we can't tell you how fluent he is. Nevertheless, he was expelled from the school because of English. We cannot tell anything about his knowledge of Arabic just because he studied Koran at the mosque.

Since we have our own PC [BM: refers to his personal computer], we prefer emails. Of course, you can always call us and even be our guest.

We apologize for sending letters without translation. Don't hesitate to ask any question. We can help you with investigation of any detail.

We are hoping to hear good news from you in near future.

Thank You!

Sincerely,

Polad's family members

Loading "Gmail - letter from Washington DC"                                    3/5/08 12:27 AM



Alyssa Crow and Salah Husseini <humanrightsclinic@gmail.com>

# letter from Washington DC

Ilham Siracov <ilham.siracov@yahoo.com>                              Tue, Dec 25, 2007 at 3:37 PM
To: Alyssa Crow and Salah Husseini <humanrightsclinic@gmail.com>

Salam,cenab
Prof. Richard Wilson
Prof. Meetali Jain
Alyssa Crow
Salah Husseini

Evvela sizin qarshidan gelen Yeni ilinizi tebrik edirik size can sagligi ve qarshidan gelen ilde bashladiginiz ishlerde muveffeqiyyetler arzulayiriq

Sizin 30 noyabr tarixli e-mailinizi aldiq bir muddet e-maila baxmadigimiz uchun cavabi gecikdirmishik. Buna teessuflenirik yeqin ki bu hal tekrar olunmayacaq

Mektubunuza cavab olaraq Poladdan aldigimiz bezi mektublari size gonderirik.Eger lazim olsa diger mektublari da gondere bilerik. Yalniz xahishimiz budur ki, bu mektublar jurnalist eline kechmesin,yeni metbuat sehifelerinde derc edilmesin.Eger Poladin mektubunu oxumaqda chetinlik chekseniz hemin hisseni size izah ede bilerik.

MTN ile hech bir elaqemiz yoxdur. Yalniz bir defe MTN-in iki emekdashi bize geldi ve bildirdiler ki, Poladin yanina gedecekler ve evden aile shekilleri ve mektub goturduler. Sonra men (boyuk qardashi Ilham) onlarla gorushdum ve onlardan Polad yazan mektubu aldim.Onlar istintaqin gedishi haqqinda ve ya Poladin saglamliq durumu haqqinda etrafli melumat vermediler. Ancaq bele basha dushdumki, Polad onlari soyuq qarshilayib. Biz resmi Bakinin Poladin azadliga buraxilmasi uchun hansi addimlari atdigindan xebersizik. Bele guman edirikki resmi Baki oz vetendashini mudafie etmeye... chekinir.

Poladin heyat tarixi ashagidaki kimidir.

1992-93-cu tedris ilinde Turkiyede muveffeqiyyetle oxuyub

1993-94-cu tedris ilinde Polad artiq oxumaq istemediyini ve ticaretle meshgul olub pul qazanmaq arzusunda olduguna bildirdi. Ve onu da bildirdiki, ingilis dilinden kesiri qalib. hetta bu meqsedle tetilde ona ingilis dili muallimi de tutuldu. Aile uzvlerinin tekidine baxmayaraq Polad derslerden yayindi. 1994-cu ilin sentyabrinda men (Ilham) Moskvaya qazanc dalinca getdim. Orada tikinti firmasinda muhandis vezifesine ishe duzeldim oradan Polada (Turkiyeye) zeng edib Moskvada oldugumu bildirdim ve tehsilini davam etdirmesini xahish etdim. lakin az kechmemish Polad Turkiyeden yanima geldi. Ve artiq universitetden xaric edildiyini bildirdi. Bu aci xeberi eve bildirmeye chetinlik chekdim ve ne edeceyimi bilmediyimden Polad bir muddet yanimda qaldi (bir neche ay) yeni ilde Poladi Bakiya gonderdim. Atam bu xeberi chox pis qarshiladi. Qeyd edek ki, atamiz tehsile ciddi fikir verirdi. biz ailede 6 ushagiq ve hamimiz ali ve ya orta ixtisas tehsilliyik. Yeniden Poladi yanima chagirdim ve bir tanishim vasitesile onu Moskvada fealiyyet gosteren Turk inshaat firmalarinin birinde tercumechi ishine duzeltdim. Burada o bir neche ay ishledikden sonra ishden chixdi. qeyd edimki o dovrde kechmish sovetler birliyinde xaos bash alib gedirdi. Stabil ish yeri tapmaq chetin idi. Bundan bir qeder sonraPolad daha bir Turk inshaat firmasinda ishe duzaldi...

Qisasi belediki ordu siralarinda herbi xidmete qeder o bir neche ish yerini deyishib ve qisa fasilelerle Moskvada ve Bakida ishleyib.

1998-ci ilin iyun ayinda ordu siralarina eskeri xidmete getdi. Atamiz dunyasini deyishende o ordu siralarinda xidmet edirdi. Ordudan qayitdiqdan sonra (1999-cu ilin aprel ayi) o menim yanimda artiq Bakida tikintide chalishib.

Ebu-Bekir meschidi ile ne vaxtdan elaqede oldugunu deye bilmerem.Onu deye bilerem ki,o aile albomundaki shakillerini mehv edib,bu sebebdende size shekil gondermek bir qeder gecikecek. Yaxin gunlerde shekilleri de gondererik

Biz onun bashqa adla chagirilma sebebini bilmirik ve mektublarda ona yalniz oz adi ile muraciet edirik

Onun hansi dilleri bilmesi haqqinda bunlari deye bilerik. Elbette o oz dilinden bashqa turk ve rus dillerini bilirdi. Mektubda deyildiyi kimi, Turkiyede ingilis dili oyrenib, lakin ne derecede bildiyini deye bilmerik . herhelda universitetden ingilis diline gore xaric edilib. Mescidde qurani-kerimi oyrendiyi uchun onun ereb dilini de bilmesi haqqinda hech ne deye bilmerik.

E-mail bize serf edir chunki evde PC var. Elbette isteseniz her vaxt zeng ede bilersiniz,hetta qonaq da gele

bilersiniz.
    Mektublari tercumesiz gonderdiyimize gore uzr isteyirik. Siz sual vermekden chekinmeyin. Istenilen detali arashdirmaqda size komek ederik.
    Umud edirikki, yaxin gelecekde sizlerden xosh xeberler alacagiq.

    SAG OLUN!   HORMETLE POLADIN AILE UZVLERI.

[Quoted text hidden]

[Quoted text hidden]

---

Never miss a thing. Make Yahoo your homepage.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL ZAHER (ISN #89), ) | |
| ) | Civil Action No.:  05-cv-2386 (RBW) |
| v. ) | |
| ) | |
| GATES, ROBERT M., *et al.*, ) | |
|   Respondents, ) | |

## Certificate of Translator Competence

I, Bedir Memmedli, hereby certify that I am fluent in both written and oral English and the Azeri and Russian languages, and that I have translated **Exhibit 11**, an email from Ilham Siracov to Prof. Richard Wilson, Prof. Meetali Jain, Alyssa Crow and Salah Husseini written in Azeri on December 25, 2007, to the English language, to the best of my skill and ability and that the translation is a true, accurate translation of the Azeri original.

_____
Bedir Memmedli
6300 Stevenson Avenue # 310
Alexandria, VA 22304
March 7, 2008