Approved by CSO for public filing

# EXHIBIT 12

**From:** Warden, Andrew (CIV) [mailto:Andrew.Warden@usdoj.gov]
**Sent:** Monday, October 29, 2007 11:29 AM
**To:** Rick Wilson
**Subject:** RE: Abd Al Zaher, ISN 89


Rick:

We are not in a position to agree to your proposed identification of petitioner Abd al Zaher. As you know, DoD has never identified that ISN 89 is the petitioner in the Mohammon case named "Abd al Zaher," nor do we consider ISN 89 to be a habeas petitioner in any pending case. In Judge Walton's June 27, 2006 Order, the Court set forth the procedure by which disputes over the identity of petitioners would be resolved. Mohammon, Order at 5-6. Respondents were given until July 26, 2006, to notify the Court "of all petitioners named in this case whom [the respondents] are unable to identify." Id. at 6. The Court further ordered that "[a]ny petitioner whom the respondents indicate they are unable to identify shall have the opportunity to challenge the respondents' assertion that he cannot be identified." Now, some 16 months since Judge Walton entered this order, you claim, without any convincing explanation, that the petitioner named "Abd Al Zaher" is really named "Poolad T. Tsiradzho (ISN 89)," a man whose identity you apparently only learned after reviewing DoD's May 15, 2006 FOIA list.

In any event, because we have moved to dismiss the Mohammon case for lack of jurisdiction in light of the Boumediene decision, we are not in a position to consent or agree to any proposed identification that would effectively add a new habeas petitioner to a district court habeas case prior to resolution of our motion. That said, if you wish to seek access to ISN 89, the proper way to do so is to file to file a Detainee Treatment Act ("DTA") petition on his behalf in the Court of Appeals and obtain entry of the October 23, 2007 *Bismullah* protective order in that case.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW , Room 6120
Washington , DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

**From:** Rick Wilson [mailto:rwilson@wcl.american.edu]
**Sent:** Thursday, October 25, 2007 5:34 PM
**To:** Warden, Andrew (CIV)
**Subject:** Re: Abd Al Zaher, ISN 89

Dear Andrew,

The above case is the one in which I recently entered an appearance on October 3, 2007. He is one of the petitioners in Mohammon v. Bush et al., Case Number 1:05 cv 2386. I now appear as counsel of record and receive Pacer notices of all activity. Your office did not oppose my entry of appearance.

I wish to send my client mail under the attorney-client route, but Mr. Jim McFarland of the Privilege Team told me today that our client does not appear on the list of approved clients for mail delivery, and that he therefore cannot forward my letter to the client.

Will you please help him out with regard to this oversight? Thanks.

Prof. Rick Wilson

Director, International Human Rights Law Clinic

American University

Washington College of Law

4801 Massachusetts Ave., N.W.

Washington , DC 20016-8184

Ph: 202-274-4147