Approved by CSO for public filing

# EXHIBIT 13

Approved by CSO for public filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL ZAHER (ISN #89),**<br>**Petitioner,**<br><br>***v.***<br><br>**GATES, ROBERT M., *et al.,***<br>  **Respondents,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.:  05-cv-2386 (RBW)

### DECLARATION OF SALAH DEAN HUSSEINI

Salah Dean Husseini, declares under penalty of perjury:

1.      I am a fluent and native speaker of the Arabic language, as well as of English, having been raised speaking the Arabic language at home as well as having further improved upon these language skills with formal study while completing my Bachelors Degree in Arabic and Islamic Studies at the University of Michigan in Ann Arbor, Michigan.  A resume is attached to this affidavit.

2.      I am involved with Counsel for Petitioner in working on this case in my capacity as a law student and student attorney in the International Human Rights Law Clinic at American University, Washington College of Law, and have been in contact with the family of the Petitioner in my capacity as a student attorney since September 2007.  I personally solicited from the family several documents concerning the Petitioner, many of which are attached to the

Motion for Access to Counsel as exhibits.[1]  I personally received those documents directly from Petitioner's family in Azerbaijan.

3.      I have been asked use my skills in the Arabic language as well as my cultural knowledge as a native Arabic speaker of Middle Eastern descent to provide my opinion concerning the identity of the above-named Petitioner, Abd Al Zaher, a.k.a. Abdul Kahhar, a.k.a. Poolad T. Tsiradzho, a.k.a Polad Siradzho, a.k.a. Polad Sirajov.  Based on the information I have seen concerning this individual, I conclude that:

a.      It is highly likely that "Abd Al Zaher" and "Abdul Kahhar" are simply different spellings of the same name;

b.      It is common for devout Muslims, which Petitioner appears to be due to the religious language used by him in the letters to his family, to adopt classical Arabic names as nicknames, particularly if their given name is not a classical Arabic name, which Polad Sirajov is not;

**Abd Al Zaher and Abdul Kahhar Are Likely Variant Spellings of the Same Name**

3.      The name "Abd Al Zaher" is a Classical Arabic name.  It can be transliterated into English in a number of ways, with different spellings referring to the same Arabic name.  The Petitioner adopted this Classical Arabic nickname into both the Azeri language as well as the Russian language, each of which uses a different alphabet.  Therefore, in translating the original Classical Arabic name into either Russian (Cyrillic script) or Azeri (Latin script), the original pronunciation of the Classical Arabic name may have been lost.

---

[1] Specifically, **Exhibit 5, Exhibit 6, Exhibit 7, Exhibit 8, Exhibit 9, Exhibit 10** and **Exhibit 11**.

4.      Counsel for Petitioners, in filing this Motion, were required to transliterate the Azeri and Russian versions of Petitioner's name into English, potentially causing further corruption of the original Classical Arabic name.  Therefore, the names "Abd Al Zaher" and "Abdul Kahhar" are two steps removed from their original format, namely Arabic, and it is likely that these spellings share the same original Classical Arabic name, suggesting that "Abd Al Zaher" and "Abdul Kahhar" refers to the same individual.

5.      Further evidence of this is demonstrated by the fact that in English, it is common to see the same Classical Arabic name transliterated the following ways: "Abd Al," "Abd El," Abdel," and "Abdul."  These variants refer to exactly the same Arabic original, and are all perfectly acceptable variants.  For these reasons, it is highly likely that the names Abd Al Zaher and Abdul Kahhar are simply different transliterations of the same name, and refer to the same individual.

### It is Common for Devout Muslims to Have Classical Arabic Nicknames

6.      While the names Abdul Kahhar/Abd Al Zaher and Poolad T. Tsiradzho/Polad Siradzho/Polad Sirajov appear to have little in common with one another, it is common for devout Muslims who do not have Classical Arabic names to adopt an Arabic nickname as a sign of their devotion.  This is often an individual decision prompted simply by a desire to identify with the roots of one's faith, and need not imply affiliation with any group or organization.  This may occur when an individual becomes religious after being agnostic or atheistic, similar to the Christian concept of being "born again."  Being "born again" in the Islamic context, whether one converts from another religion to Islam or experiences a religious revival, will often involve the adoption of a Classical Arabic nickname, particularly if the original name is not Arabic.

3

Approved by CSO for public filing

7.    The name Poolad T. Tsiradzho/Polad Siradzho/Polad Sirajov (variant spellings of same name) is not a Classical Arabic name, and appears to be an Azeri name.

8.    The Petitioner appears to be a devout Muslim based on the religious language he uses in his letters to his family, which often invoke the name of God and begin with the religious phrase, "In the name of God, most beneficent, most merciful," which is written in Arabic in several of the letters, a phrase commonly used by devout Muslims when beginning any new task, such as writing a letter.

9.    Often, devout Muslims who do not have Classical Arabic names will adopt Arabic nicknames as signs of their devotion.  It is unclear whether Petitioner meant to formally change his name or not, but it is clear based on translations of letters I have read that the Petitioner intended to adopt the Arabic nickname Abd Al Zaher/Abdul Kahhar as his name, at least since June of 2003.  Further documents provided to me by Petitioner's Counsel, in particular a Next Friend Authorization filed by Sami al Hajj, lead me to conclude that Abd Al Zaher/Abdul Kahhar is a nickname adopted by the Petitioner, whose original name is Poolad T. Tsiradzho/Polad Siradzho/Polad Sirajov.

**Conclusion**

12.    Based on my direct knowledge of the Arabic language and culture, I conclude that it is highly likely that the names Abd Al Zaher and Abdul Kahhar are simply two different transliterations of the same name, that the Petitioner adopted this Classical Arabic name as a nickname, and that the various spellings of the name Poolad T. Tsiradzho all refer to the same

individual. Therefore, I can safely conclude that the names Abd Al Zaher, Abdul Kahhar,

Poolad T. Tsiradzho, Polad Siradzho, and Polad Sirajov all refer to the Petitioner in this Motion.

Salah Dean Husseini
4530 Connecticut Ave. NW, #601
Washington, DC 20008
March 7, 2008

Approved by CSO for public filing

# SALAH DEAN HUSSEINI

4530 Connecticut Avenue, NW, Apt. # 601 • Washington, DC 20008 • (313) 574-8201 • salah.husseini@gmail.com

## EDUCATION

**American University, Washington College of Law** – Washington, DC
*Juris Doctor* Candidate, May 2008
>    **Activities:**   Sustainable Development Law and Policy Journal – Staff
>                      Arab Law Students Association – Co-Founder and Co-Chair

**University of Michigan** – Ann Arbor, MI
*Bachelor of Arts* in Arabic/Islamic Studies, Political Science, and Spanish, April 2005
Cumulative GPA: 3.71
Study Abroad: University of Granada, Spain, January – June 2003

## RELATED EXPERIENCE

**American University, Washington College of Law Clinical Program** – Washington, DC
Student Attorney, August 2007 – May 2008
- Represented five clients and provided all aspects of pro-bono legal counsel, including client meetings, factual and legal research, and filing of motions and briefs in federal court
- Represented clients in front of the Inter-American Commission on Human Rights, requiring research in comparative constitutional and tort claims within international legal systems and foreign jurisdictions

**Guantánamo Litigation Fellowship, American University, Washington College of Law** – Washington, DC
Research Fellow, May – August 2007
- Conducted extensive legal research and prepared briefs, motions, and memoranda in the areas of comparative, international, criminal, immigration, military, and constitutional law
- Contributed to the preparation of an amicus brief to be filed with the Supreme Court of the United States, requiring significant legal research into comparative constitutional issues
- Assisted with the establishment of a broad legal-advocacy campaign targeted towards politicians and legal academics with regard to the Guantánamo detainees

**Holland & Knight LLP** – Washington, DC
Legal Intern, January – June 2007
- Conducted research in the areas of international, immigration, and family law
- Prepared various immigration-related documents for clients and prepped them for interviews with immigration officers
- Assisted with the creation of an Iraqi refugee program in which refugees in the Middle East were prepared and organized for the resettlement process with the United Nations and the U.S. Department of Homeland Security

**American-Arab Anti-Discrimination Committee (ADC)** – Washington, DC
Legal Associate, August – December 2006
- Researched legal topics including civil rights/liberties violations, employment discrimination, and immigration issues
- Handled intake and prepared memos for staff attorneys concerning addressability of the complaints
- Drafted complaints on behalf of clients and the ADC addressing clients' civil rights complaints and other issues

**Human Rights Watch** – Beirut, Lebanon
Legal Intern, May – July 2006
- Assisted in the set-up of a new field office covering Syria and Lebanon
- Conducted research on human rights violations in both countries and prepared memos on that research

**Law Firm of Antoine Saad, *Avocat à la Cour*** – Beirut, Lebanon
Research Assistant, May – August 2005
- Conducted research in Arabic on various topics of international and criminal law, and prepared memos on that research
- Attended court proceedings and acquired knowledge of the court system in several Middle Eastern countries

## PUBLICATIONS

*Update on the Environmental and Legal Consequences of the Lebanon-Israel War of July 2006*, SUSTAINABLE DEV. L. & POL'Y, Spring 2007, at 52.

## LANGUAGE SKILLS

Colloquial Levantine Arabic (fluent), Modern Standard Arabic (proficient), Spanish (proficient), Portuguese (working knowledge)