UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
AMER MOHAMMON, et al.              )
                                    )
   Petitioners,                    )
                                    )
   v.                              )     Civil Action No: 05-2386 (RBW)
                                    )
GEORGE W. BUSH, et al.,             )
                                    )
   Respondents.                    )
_____)

## ORDER

In light of the United States Court of Appeals for the District of Columbia Circuit's ruling in Belbacha v. Bush, Civil Action No. 05cv02349 (D.C. Cir. March 14, 2008), it is hereby this 14th day of March, 2008

**ORDERED** that this Court's March 13, 2008 Order denying without prejudice Umar Hamzayavich Abdulayev's, a/k/a Abdullah Bo Omer Hamaz Yoyej, a/k/a Omar LNU, ISN 257, Motion for Order Barring Respondents from Repatriating Petitioner to Tajikistan and to Provide Counsel for Petitioner Thirty-Days Advance Notice of any Intended Removal of Petitioner from Guantanamo to any Other Country is **VACATED**. It is further

**ORDERED** that this action shall be administratively reopened. It is further

**ORDERED** that a motion hearing shall be held on March 19, 2008 at 11:00 a.m. in courtroom 16 before the Honorable Reggie B. Walton, E. Barrett Prettyman United States

Courthouse, 333 Constitution Avenue N.W., Washington, DC 20001.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge