UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, et al._ | ) |
| Petitioners, | ) |
| v. | ) Civil Action No: 05-2386 (RBW) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

**AMENDED ORDER**

In light of the United States Court of Appeals for the District of Columbia Circuit's ruling in Belbacha v. Bush, Civil Action No. 05cv02349 (D.C. Cir. March 14, 2008), it is hereby this 17th day of March, 2008

**ORDERED** that this Court's March 13, 2008 Order denying without prejudice petitioner Adil Bin Mabrouk's Motion for Temporary Restraining Order to Prevent Respondents from Removing Petitioner from Guantanamo Until Petitioner's Emergency Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty-days Advance Notice of Any Intended Removal of Petitioner from Guantanamo is Decided is **VACATED**. It is further

**ORDERED** that this Court's March 13, 2008 Order denying without prejudice petitioner Mabrouk's Emergency Motion for Order Requiring Respondents to Provide Counsel for

Petitioner and the Court with Thirty-Days Advance Notice of Any Intended Removal of Petitioner from Guantanamo is **VACATED**. It is further

    **ORDERED** that this action shall be administratively reopened. It is further

    **ORDERED** that a motion hearing shall be held on March 19, 2008 at 9:30 a.m. in courtroom 16 before the Honorable Reggie B. Walton, E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue N.W., Washington, DC 20001.

    **SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge