IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

### [Proposed] ORDER

Upon consideration of petitioner's Motion for Order Barring Respondents from Repatriating Petitioner to Tajikistan and to Provide Counsel for Petitioner Thirty-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo to Any Other Country, and respondents' opposition thereto, it is hereby

ORDERED that petitioner's motion is DENIED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE