IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*<br>   Petitioners,<br><br>v.<br><br>GATES, ROBERT M., *et al.*,<br>   Respondents. | Civil Action No.: 05-cv-2386 (RBW) |

## NOTICE AS TO REPRESENTATION BY COUNSEL AND FEAR OF RETURN TO TUNISIA REGARDING ADIL BIN MABROUK, ISN 148

At the request of the Court and in connection with the Court's oral order of March 19, 2008, granting Petitioner Mabrouk's Emergency Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty Days Advance Notice of Any Intended Removal from Guantanamo, Petitioner hereby submits the Declaration of Jonathan M. Fee attached to this Notice as Exhibit A.

                                                        Respectfully submitted,

                                                        Jonathan M. Fee
                                                        ALSTON & BIRD LLP
                                                        950 F Street, NW
                                                        Washington, DC 20004
                                                        (202) 756-3387
                                                        jon.fee@alston.com
                                                         DC Bar No. 479579

                                                        *Attorney for Petitioner*

Dated: March 19, 2008

ADMIN/20203161v1

## CERTIFICATE OF SERVICE

I, Jonathan M. Fee, herby certify that I today caused a true and accurate copy of the foregoing to be served electrohnically via the Court's electronic Case Filing system.

_____

Dated: March 19, 2008

ADMIN/20203161v1