IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*<br>　Petitioners,<br><br>　　v.<br><br>GATES, ROBERT M., *et al.*,<br>　Respondents. | Civil Action No.: 05-cv-2386 (RBW) |

### DECLARATION OF JONATHAN M. FEE
### COUNSEL FOR ADIL BIN MABROUK, ISN 148

I, JONATHAN M. FEE, hereby state and declare as follows in accordance with the provisions of Fed. R. Civ. P. Rule 65(b)(1) and 28 U.S.C. § 1746:

1. The matters stated herein are based on my personal knowledge in my capacity as counsel for Petitioner Adil Bin Mabrouk, ISN 148, a detainee held by Respondents at Guantánamo Bay, Cuba, and a Petitioner in this case. I submit this declaration in connection with the Court's oral order of March 19, 2008, granting Petitioner Mabrouk's Emergency Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty Days Advance Notice of Any Intended Removal from Guantanamo.

2. On May 15, 2007, I received an email message from the Privilege Team at the Guantanamo Secure Facility in Crystal City, Virginia, advising me that I had received secure mail. Shortly after receiving this message, I visited the Secure Facility and, with the help of a translator, prepared a handwritten translation of the letter. A handwritten

notation on the letter's envelope indicated that the sender was "Detainee 148." The letter was signed Adel bin Mabrouk. In the body of the letter, Mr. Mabrouk said, in Arabic, "I heard that you are litigating in the cases of some of the brothers, and I would like you to help me in my case."

2. On June 25, 2007, I prepared a notice of appearance with the U.S. District Court for the District of Columbia and included as an attachment Mr. Mabrouk's letter, the envelope showing his ISN number as ISN 148, and the handwritten translations. These materials appear on the docket for the case styled *Amer Mohammon, et al. v. George W. Bush, et al.*, No. 05-2386, at Dkt. No. 374.

3. I visited Mr. Mabrouk in Guantánamo on October 29, November 19, and November 20, 2007, and February 18, 2008. Mr. Mabrouk spoke in Arabic, and we conducted our meetings with the aid of a translator. The following are excerpts from my cleared, unclassified notes (my notes from my November 20, 2007, visit do not include information relevant to the Court's oral order; my notes from my February 18, 2008 visit are not yet cleared and unclassified):

> *He said he wanted to know as much as we could tell him about 2 Tunisians with cases similar to his who had been transferred to Tunisia recently. He said he thought he might be treated the same way. We summarized what we knew about one man who was being prosecuted by the Tunisian government and another who had been convicted in absentia prior to his return. [10/29/07]*
>
> *He said he feared jail in Tunisia because of his in absentia conviction there. [11/19/07]*
>
> *We described for him the idea of asking a court to give us 30 days' notice of his transfer to Tunisia. He asked us to file this action on his behalf. We explained it could have the effect of delaying his release. He said he understood*

- 3 -

> *that and wanted us to file the motion in any event.*
> *[11/19/07]*
>
> *We asked him if he feared torture or mistreatment in*
> *Tunisia, and he said yes.  [11/19/07]*

The foregoing excerpts from my notes are consistent with my present recollection of my conversations with Mr. Mabrouk.

4.  Each time I visit Guantanamo, I am required to submit in advance a visit coordination sheet to the U.S. Department of Defense containing the name and ISN number of any detainee with whom I wish to meet.  I have always identified Mr. Mabrouk by ISN number 148 and on each occasion the military personnel in charge of his camp has arranged for me to visit Mr. Mabrouk in the interrogation room used for such meetings.  I have concluded from these experiences that the Department of Defense considers Mr. Mabrouk to be detainee ISN 148.

5.  I understand that the Court's oral order was limited in application to Mr. Mabrouk and that the written order will also identify Mr. Mabrouk by ISN 148.  I confirm that I filed our motions for the Court's order with the intention that the Court's order apply to Mr. Mabrouk.

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2007.

                                    Jonathan M. Fee
                                    ALSTON & BIRD LLP
                                    950 F Street, NW
                                    Washington, DC 20004
                                    (202) 756-3387
                                    jon.fee@alston.com
                                    DC Bar No. 479579

ADMIN/20195814v1