# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**ABD AL ZAHER (ISN #89),**                )
)
***v.***                                         )          **Civil Action No.:  05-cv-2386 (RBW)**
)
**GATES, ROBERT M.,** *et al.,*            )
  **Respondents,**                          )
_____)

## PROPOSED ORDER GRANTING PETITIONER'S
## MOTION TO REINSTATE MOTION TO ORDER ACCESS TO COUNSEL

Upon this Court having considered the Petitioner's motion and the arguments presented

therein, it is therefore now

**ORDERED** that this Court's March 13, 2008 Order denying without prejudice Abd Al

Zaher's, a/k/a Poolad T. Tsiradzho, ISN 89, Motion to Order Access to Counsel is **VACATED**.

It is further

**ORDERED** that this action shall be administratively reopened.


BY THE COURT


_____
Reggie B. Walton
United States District Judge