### Fee, Jon

| | |
|---|---|
| **From:** | Warden, Andrew (CIV) [Andrew.Warden@usdoj.gov] |
| **Sent:** | Monday, July 16, 2007 6:41 PM |
| **To:** | Fee, Jon |
| **Cc:** | Williamson, Jill; Walsh, Terry |
| **Subject:** | RE: ISN 148 |

Jon,

Following up on your voicemail from Friday, we are not in a position to agree to your request to meet with Adil Bin Moubarak (ISN 148) under the terms of the district court protective order regime. As I understand your position, you believe Mr. Moubarak (ISN 148) is petitioner "Adel LNU" in the Mohammon case. However, based on information supplied in connection with the petition in this case, DoD has identified petitioner "Adel LNU" as ISN 502 and we do not consider ISN 148 to be a habeas petitioner in any pending case. Agreeing to the application of the district court protective order to your client would appear to effectively add a new habeas petitioner to a district court habeas case, which we would not consider to be appropriate, at least until resolution of our pending motion to dismiss, if ever. Therefore, and because, in our view, ISN 148 is not currently a habeas petitioner, we are not in a position to consent or agree to have the district court protective order govern your access with ISN 148.

On a related issue, I saw today that attorneys from your firm entered an appearance on behalf of another Mohammon petitioner, Mohammad Harbi, noting in your view that he is ISN 333. As indicated in my e-mail to you on March 22, we have not identified petitioner Harbi as a detainee at Guantanamo based on the limited information provided in the Mohammon petition and we have no record that ISN 333 is a habeas petition in the Mohammon case or otherwise.

Best regards,

Andrew


Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

---

**From:** Fee, Jon [mailto:Jon.Fee@alston.com]
**Sent:** Thursday, July 12, 2007 12:45 PM
**To:** Warden, Andrew (CIV)
**Cc:** Williamson, Jill; Walsh, Terry
**Subject:** ISN 148

Dear Andrew:

As my recent message indicates, I am trying to find out more about the identity dispute or misunderstanding before discussing it with you, but I will call you about it when I can speak with more facts on the subject.

In the meantime, I did send Shannon our appearance to try to visit ISN 148, but I gather this is still a problem. For convenience, I've attached a copy.

3/23/2008

Thanks and regards,
Regards, Jon Fee
Alston & Bird LLP
950 F Street, N.W.
Washington, D.C. 20004
Telephone: 202-756-3387
Fax: 202-654-4987
E-mail: jon.fee@alston.com
Visit the firm's website at www.alston.com

<<As Filed Mabrouk Appearance.pdf>> <<As Filed Mabrouk Authorization.pdf>>

*********************************************************

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

_____

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

_____

3/23/2008