IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*,<br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH., *et al.*,<br>    Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-cv-2386 (RBW)<br>)<br>)<br>)<br>) |

### DECLARATION OF JONATHAN M. FEE
### COUNSEL FOR ADIL BIN MABROUK, ISN 148

I, JONATHAN M. FEE, hereby state and declare as follows in accordance with the provisions of Fed. R. Civ. P. Rule 65(b)(1) and 28 U.S.C. § 1746:

1. The matters stated herein are based on my personal knowledge in my capacity as counsel for Petitioner Adil Bin Mabrouk, ISN 148, a detainee held by Respondents at Guantánamo Bay, Cuba, and a Petitioner in this case. I submit this declaration in support of Petitioner's Reply to Respondents' Response to Notice as to Representation by Counsel and Fear of Return to Tunisia.

2. I visited Mr. Mabrouk in Guantánamo on October 29 and November 19, 2007. Mr. Mabrouk spoke in Arabic, and we conducted our meetings with the aid of a translator. The following are excerpts from my cleared, unclassified notes:

> *He had also been held in Camps III and IV. [November 19, 2007.]*
>
> *His Italian is better than his French. [October 29, 2007.]*

The foregoing excerpts from my notes are consistent with my present recollection of my conversations with Mr. Mabrouk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of March, 2008.

/s/ Jonathan M. Fee
Jonathan M. Fee
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
(202) 756-3387
jon.fee@alston.com
DC Bar No. 479579