UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMER MOHAMMON, et al. <br> (ADIL BIN MABROUK, ISN 148) <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No: 05-2386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Currently before the Court is petitioner Adil Bin Mabrouk's, ISN 148, Emergency Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty-Days Advance Notice of Any Intended Removal of Petitioner from Guantanamo and Motion for Temporary Restraining Order to Prevent Respondents from Removing Petitioner from Guantanamo Until Petitioner's Emergency Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty-days Advance Notice of Any Intended Removal of Petitioner from Guantanamo is Decided.  In light of the United States Court of Appeals for the District of Columbia Circuit's ruling in Belbacha v. Bush, Civil Action No. 05cv02349 (D.C. Cir. March 14, 2008) and upon consideration of the pleadings, the supporting memoranda submitted by the parties, and  the arguments counsel presented to the Court at the hearing on March 19, 2008, it is hereby this 25th  day of March, 2008,

**ORDERED** that the petitioner's Emergency Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty-Days Advance Notice of Any Intended

Removal of Petitioner from Guantanamo is **GRANTED**.  It is further

**ORDERED** that the respondents must specify in its thirty-days notice to counsel for the petitioner the country the petitioner shall be transferred.  It is further

**ORDERED** that the petitioner's Motion for Temporary Restraining Order to Prevent Respondents from Removing Petitioner from Guantanamo Until Petitioner's Emergency Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty-days Advance Notice of Any Intended Removal of Petitioner from Guantanamo is Decided is **DENIED AS MOOT**.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge