## CERTIFICATE OF SERVICE

I, Richard Wilson, hereby certify that on this 10th day of April, 2008, I caused a true and correct copy of the foregoing MOTION TO REINSTATE MOTION TO ORDER ACCESS TO COUNSEL to be served on the following via U.S. Mail:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, DC 20530

Michael B. Mukasey
Interim Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 511
Washington, DC 20530

George W. Bush
President of The United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

Robert M. Gates
Secretary, United States Dept. of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Terry Marcus Henry
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, N.W.
Room 7144
Washington, DC 20044

_____
[Signature]