AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mohammon, et al.

   Plaintiff(s)     )
            ) **APPEARANCE**
            )
   vs.        ) CASE NUMBER 05-CV-2386
George Bush       )
   Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael E. Ward__ as counsel in this
            (Attorney's Name)

case for: Abdulaziz LNU, a/k/a Abdalaziz Kareem Salim Al Noofayaee, a/k/a Abdullah Muhammed Abdel Aziz, ISN Number 687
         (Name of party or parties)

April 18, 2008
Date

*[Signature]*
Signature

DC 434624
BAR IDENTIFICATION

Michael E. Ward, Alston & Bird, LLP
Print Name

950 F Street NW
Address

Washington DC 20004
City    State   Zip Code

202-756-3076
Phone Number