AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mohammon, et al.

        Plaintiff(s)        )
                                        )
                                        )
        vs.                 )    **APPEARANCE**
George Bush                             )
                                        )    CASE NUMBER    05-CV-2386
        Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael E. Ward__ as counsel in this
        (Attorney's Name)

case for: __Adil LNU, a/k/a Adil Bin Mabrouk, a/k/a Adil Masrouk Bin Hamida, ISN Number 148__
        (Name of party or parties)

__April 18, 2008__                    __[signature]__
Date                                  Signature

                                      Michael E. Ward, Alston & Bird, LLP
__DC 434624__                         Print Name
BAR IDENTIFICATION
                                      950 F Street NW
                                      Address

                                      Washington  DC  20004
                                      City        State       Zip Code

                                      202-756-3076
                                      Phone Number