A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mohammon, et al.

        Plaintiff(s)    )  
                              )   **APPEARANCE**  
                              )  
           vs.             )   CASE NUMBER   05-CV-2386  
George Bush                    )  
                              )  
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael E. Ward   as counsel in this
                                     (Attorney's Name)

case for:   Mohammed Ahmed Salam Al-Khateeb, a/k/a Mohammed Ahmed Salam ISN Number 689  
                             (Name of party or parties)

April 18, 2008  
Date

*[Signature]*  
Signature

DC 434624  
BAR IDENTIFICATION

Michael E. Ward, Alston & Bird, LLP  
Print Name

950 F Street NW  
Address

Washington  DC  20004  
City    State    Zip Code

202-756-3076  
Phone Number