# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mohammon, *et al.* | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-CV-2386<br>) |
| GEORGE W. BUSH,<br>    President of the United<br>    States, *et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

## CERTIFICATE PURSUANT TO LOCAL RULE LCvR 83.2(g)

I, Michael E. Ward, hereby certify that I am representing Petitioners Abdullah Muhammed Abdel Aziz, ISN # 687, Mohammed Ahmed Slam Al-Khateeb, ISN #689, and Adil Bin Mabrouk, ISN #148, in the above-identified proceeding without compensation.

*/s/ Michael E. Ward*
Michael E. Ward
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
D.C. Bar No. 434624
michael.ward@alston.com

Dated: April 18, 2008