### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

### RESPONDENTS' OPPOSITION TO PETITIONER SAYF BIN ABDALLAH'S MOTION FOR TEMPORARY RESTRAINING ORDER

Respondents oppose petitioner Sayf Bin Abdallah's Motion for Temporary Restraining Order (dkt. no. 429), which seeks an order preventing respondents from transferring petitioner from Guantanamo Bay pending this Court's determination of petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty-Days Advance Notice of Any Intended Removal of Petitioner from Guantanamo (dkt. no. 347). While respondents recognize that the Court has issued orders in this case requiring thirty-days advance notice as to other petitioners, *see Mohammon v. Bush*, No. 05-CV-2386 (D.D.C.) (RBW) (dkt. no. 425) (petitioner Adil Bin Mabrouk, Internment Serial Number 148)[1]; *id.* (dkt. no. 421) (petitioner Abdullah Bo Omer Hamza Yoyej, Internment Serial Number 257), respondents respectfully continue to oppose such relief on the basis of the arguments expressed in their opposition to petitioner Abdullah Bo Omer Hamza Yoyej's motion for thirty-days advance

---

[1] The Court granted petitioner Adil Bin Mabrouk's motion for thirty-days advance notice, and dismissed as moot petitioner's motion for temporary restraining order to prevent respondents from removing petitioner from Guantanamo pending the Court's determination as to the motion for thirty-days advance notice.

notice filed in this case on March 17, 2008 (dkt. no. 419). For the reasons set forth in that opposition, which are incorporated herein, respondents oppose both the relief requested in petitioner's motion for temporary restraining order and his underlying motion for thirty-days advance notice, and respectfully request that the Court deny both motions.

Dated: April 28, 2008                              Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

      /s/ Nicholas A. Oldham
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents