# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**[Proposed] Order**

It is hereby ordered that petitioner's Motion for Temporary Restraining Order (dkt. no. 429) is DENIED.

IT IS SO ORDERED.

Dated: _____

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE