**UNCLASSIFIED**

Declaration of  Oybek Jamoldinivich Jabbarov

I, Oybek Jamoldinivich Jabborov, declare:

1. I am a twenty-nine (29) year old Uzbek national imprisoned by the U.S. government at the U.S. Naval Base, Guantánamo Bay, Cuba. My attorney been in U.S. custody for more than six (6) years. In February 2007, I was notified by the Office for the Administrative Review of the Detention of Enemy Combatants ("OARDEC") that I had been "approved to leave Guantánamo, subject to the process for making appropriate diplomatic arrangements for [my] departure." I live in fear that if I am ever released from Guantánamo I will be returned to my native country of Uzbekistan. I have no doubt that if I am returned to Uzbekistan, I will face certain persecution, arrest, imprisonment, torture, and death at the hands of the Uzbek authorities.

2. I have already been given a glimpse into what awaits me if I am returned to Uzbekistan. A few months after I arrived at Guantánamo Bay I was visited by Uzbek security officials. These individuals interrogated me concerning my departure from Uzbekistan and my activities while I was living in Tajikistan and Afghanistan. I answered all their questions truthfully. I denied any involvement with the Islamic Movement of Uzbekistan ("IMU") or with any other terrorist organization. Still, the Uzbek security officers threatened to harm me if I did not cooperate with them. They promised to send me to jail upon my return to Uzbekistan for "illegally" leaving the country in 1999 without the proper documentation. I told them this was not true, that I possessed a valid passport and all the necessary identification cards when I left Uzbekistan, and that a visa was not required, but they did not care. They just kept telling me I would go to jail for this crime when I returned to Uzbekistan.

**UNCLASSIFIED**

3. The Uzbek security officials also showed me a photo array, and asked if I could identify any of the individuals pictured therein. I looked at the photographs but I did not recognize any of the faces and stated this to the Uzbek interrogators. They became belligerent, and one Uzbek official banged his fist on the table and told me menacingly, "you will know these things when we get you back to Uzbekistan." They also told me they wanted to take me back to Uzbekistan but that the Americans would not release me to them. I am terribly afraid that the Americans will change their minds and send me back to Uzbekistan, and that I will be killed.

4. I was raised in Chortok, a ~~village~~ city outside of Namangan, Uzbekistan. I attended school until the age of ~~14~~ 15 when I began working in markets selling auto parts, clothes, beer, vodka and cigarettes. Beginning in the spring of 1997, I began compulsory service in the Uzbek national army. After being discharged from the army in December 1998, I began looking for work. My older brother, Ulegbek, encouraged me to join him in a business venture buying apples, honey, and other assorted goods in Tashkent and then traveling to Tajikistan where we would sell the merchandise. Having no other prospects, I met my brother in Tashkent and then traveled to Tajikistan by bus. I left Uzbekistan legally, in possession of all the necessary travel documents including my passport, civilian I.D., and military I.D.

5. During my first night in Tajikistan, my passport, military I.D., and civilian I.D. disappeared. I suspect my brother was actually fleeing Uzbekistan in fear of the authorities and he may have taken my papers to prevent me from returning to Uzbekistan. While I was in the army, my brother was arrested and jailed for ~~growing~~ keeping his beard ~~long~~ and going to mosque. He was released after one week. Still, my brother was apparently concerned enough that he hid my

2



UNCLASSIFIED

identification so that I could not return home and be taken hostage by the police in an effort to force my brother to return.

6. Unfortunately, I got very sick soon after arriving in Tajikistan and had to spend the next four months in a hospital. I was treated at a UN hospital in Hoyit for Hepatitis C which I probably contracted during a blood drive while serving in the Uzbek army. I was discharged from the hospital in the summer of 1999. Shortly thereafter I met my wife, Fatima, an Uzbek living in Tajikistan, and we were married.

7. Towards the end of 1999 I heard on the radio and television that the Uzbek government was granting amnesty to Uzbek refugees living in Tajikistan and that we could return to Uzbekistan without fear of prosecution. In November 1999, I was rounded up with about 200-300 other Uzbeks, mostly women and children, by Tajik authorities who told us we were being taken back to Uzbekistan. We were transported by bus to a Russian military compound in the desert near the border of Afghanistan. Two days later, we were carried initially by boat, and then by helicopter across the Amu Darya river. Upon arriving, we were told that we were not in Uzbekistan, as expected, but had instead been taken to Afghanistan because Tajikistan wanted to 'clean house' of Uzbek immigrants. Some of us tried to protest but the Russians had guns and threatened to shoot us if we made trouble.

8. After a few days we were helped by some Afghan Uzbeks who took us to the city of Qunduz and then to Mazar-i-Sherrif. As days passed, I started to get nervous about how I was going to provide for my family; whether I could return to Uzbekistan without papers; and whether we should seek asylum. I also began to have problems with some of the elder male Uzbek refugees who questioned why I missed prayer and insisted I come to mosque five times a day. I decided the best thing for me to do was to leave my family with the other Uzbek refugees

3

UNCLASSIFIED



in Mazar-i-Sherrif and go to Shebergan where I would start my own business buying and selling sheep, chickens and goats. I would travel from Mazar-i-Sherrif to Shebergan and back, stopping at the villages in between selling livestock. I would buy chicks and leave them for my wife to raise and then travel to the villages selling goat's milk and the grown hens and roosters. I would also buy and sell sheep. My goal was to raise enough money to buy a place for my family to live in Shebergan.

9. In June 2001, I returned to Mazar-i-Sherrif from one of my sales trips only to find that my family and all the other refugees had apparently gone to Kabul. After searching in Kabul for two months trying to locate my family, I heard that they may have moved with a large group of Uzbek refugees to Lugar, a small town east of Kabul. I went to Lugar and found the village were my family was staying but I was not allowed in. After explaining that my wife and family were inside, I was permitted to enter but had to leave by 12 o'clock at night. During my visit, I was accosted by one elder refugee who accused me of being a spy (I think because he knew I had been in the Uzbek military).

10. I decided that the best thing for my family was for them to leave the refugee village in Lugar and come with me back to Mazar-i-Sherrif. However, since my wife was seven months pregnant at the time, I decided that she and my mother should stay in Kabul while I went on my own to Mazar-i-Sherrif to arrange for a place for us to live. Unfortunately, fighting between the Taliban and the Northern Alliance broke out and prevented me from getting to Mazar-i-Sherrif, on the road to Mazar-i-Sherrif, just outside of Kabul and I ended up staying in a tea house for one or two months.

11. One day, an officer, fighting for the warlord Abdul Rashid Dostum, came to the tea house and questioned me. I asked to meet with General Dostum, since he was Uzbek and might help a fellow Uzbek, but Dostum was too important and in Kabul at the time. I was told that I could meet with the new governor of Mazar-i-Sherrif. So I voluntarily got into a

4

military car with the Northern Alliance ~~commander~~ officer, but instead of taking me to Mazar-i-Sherrif, I was brought to Bagram AB and taken into U.S. custody. I believe I was handed over to the Americans in exchange for a bounty or cash. I believe the date was October 25, 2001, but I also recall that the fighting was over at the time and the Karzai government was taking shape. I was nervous and scared about being arrested, but I also felt comforted by the fact that I was in the custody of American soldiers, because I had been exposed to U.S. armed forces before while I was in the Uzbek army working at the airport in Tashkent. I held the United States in high regard and knew that it was only a matter of time before the Americans realized I was innocent and let me go. Instead, much to my horror and disbelief, I have remained in U.S. custody ever since.

12. I was held by the Americans at Bagram AB for approximately twenty-five days. I was interrogated numerous times as to whether or not I was Arab; how I came to be in Tajikistan and Afghanistan; and what I was doing there. I answered all their questions truthfully, explaining, as I have done here, how I came to be in Afghanistan and what I was doing. In Bagram, I was told by an American in civilian clothes "we're trying to find Arabs; don't worry, I'll try to get you out." Yet, after being held captive for nearly a month at Bagram, I was taken to a U.S. run prison in Kandahar. I was locked up in Kandhar for nearly 6 months until I was taken to Guantánamo in June 2002.

13. After arriving in Guantánamo, I was visited on numerous occasions by individuals who identified themselves as being from the F.B.I. They asked me many of the same questions I had been asked before, and again, I answered all their questions truthfully. I remember being told by the F.B.I. during those first few months that "you're a free man, you're not a problem" and to be patient while the paperwork was submitted and the politics of my situation were resolved, and you are immigrated to a new country. I'm still waiting.




14. Since arriving at Guantánamo my health has deteriorated. I suffered what I believe to be a herniated disc. I underwent back surgery in May 2007 to repair the disc after having woken up in the middle of the night in terrible pain and unable to move. The surgery, however, was unsuccessful and may have damaged the nerves in my spine, causing what I am told may be a cauda equina injury, which has left me with numbness in my groin and significant bowel and bladder problems. I also experience pain and numbness radiating into my legs. I must now use a wheelchair or a walker to get around. Because of my medical condition I was moved into one of the more modern Camps at Guantánamo, which is wheelchair accessible, but it is also more akin to a maximum security prison.

15. Despite the injustice of my captivity and the inhumane treatment I have been subjected to, the worst part of this nightmare is the separation from my family. I have not seen nor spoken with my wife in over six years. When I was arrested, we were so young, and we had our whole lives before us. All that has been taken away. I have two children, both boys, ages 8 7 and 6. I have never even laid eyes upon my youngest son. I ache at the thought of my sons growing up without a father. I have missed so much of their lives, and I wonder if I will ever see them with my own eyes. According to their letters, my family is currently living at a UN refugee camp in Mashhad, Iran where they have applied for asylum with the UNHCR. I am very concerned for their well-being and I long for the day when we will be reunited. *In their letters, my family has urged me not to go back to Uzbekistan, but to request asylum in a democratic country.*

16. I fear that if I am ever released from Guantánamo and returned to Uzbekistan that I will never be re-united with my family and that I will either be imprisoned or killed by the Uzbek authorities.

I hearby swear, under penalty of perjury under the laws of the United States of America,



UNCLASSIFIED

UNCLASSIFIED

that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 28 day of November 2007.

*[signature]*
Jabbarov Oybek Jamolivich
*Oybek Jamoldinivich Jabbarov*

UNCLASSIFIED