IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JABBAROV OYBEK JAMOLIVICH[1] (ISN 452)   Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*,   Respondents. | Civil Action No. 05-2386-RBW |

## DECLARATION OF MICHAEL E. MONE, JR.

I, Michael E. Mone, Jr., declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to practice law in the Commonwealth of Massachusetts. I am an associate in the firm of Esdaile, Barrett, & Esdaile, and serve as one of the attorneys for Petitioner Oybek Jamoldinivich Jabbarov, ISN 452. I offer this declaration in support of Mr. Jabbarov's Motion for Order Barring Respondents from Repatriating Petitioner to Uzbekistan and to Provide Counsel for Petitioner Thirty Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo to Any Other Country.

2. I began representing Mr. Jabbarov on April 10, 2006. I represent Mr. Jabbarov in both a habeas petition as well as a DTA Petition before the Circuit Court of Appeals for the District of Columbia. In August, 2007, I traveled to Guantánamo Bay Naval Station in Cuba accompanied by an Uzbek interpreter, Christian Nils Larson, and met with Mr. Jabbarov for the

---

[1] Respondents incorrectly identified Petitioner placing his last name first. Petitioner's correct name is Oybek Jamoldinivich Jabbarov. He is referred to as "Mr. Jabbarov" herein.

first time on August 14, 2007. I found Mr. Jabbarov's English to be strong enough that I did not bring an interpreter on subsequent visits in November 2007 and March 2008.

    3.    During my meetings with Mr. Jabbarov, he detailed the circumstances of his capture and visits he has had from officials from the government of Uzbekistan since his imprisonment in Guantánamo. I took notes on our discussions. Due to Mr. Jabbarov's conditions of confinement, the restrictions imposed upon counsel in meeting with clients at Guantánamo Bay, and the lack of access to computer technology, it was not always possible to have a declaration prepared and executed by Mr. Jabbarov. I did, however, prepare such a declaration based upon my notes from our first meeting in August 2007, which Mr. Jabbarov reviewed and signed during our subsequent visit in November 2007. During that visit, however, as well as during my last visit in March 2008, Mr. Jabbarov described to me in greater detail his encounter with Uzbek security and his fear of persecution and torture if he is forcibly repatriated to Uzbekistan.

    4.    I turned over my notes from each client meeting to the Department of Defense, who send them to the secure facility for habeas/DTA counsel in the Washington, D.C. area. I requested that the notes undergo classification review by the Privilege Review Team. I have received my unclassified notes from the Privilege Team for each of my three client visits. Those unclassified notes, particularly those notes from November 2007 and March 2008, serve as the basis for this declaration.

    5.    The following subparagraphs recount what Mr. Jabbarov told me:

        a.    Mr. Jabbarov has been unlawfully imprisoned by the United States government for more than six (6) years. He has been held as an "enemy combatant" without charge or trial at Guantánamo since June 16, 2002.

b.  Mr. Jabbarov was born on January 2, 1978 and raised in Chortok, a city outside of Namangan, Uzbekistan, in the Ferghana Valley. At the age of 15, he began selling auto parts, clothes, beer, vodka, and cigarettes in local markets. He completed his compulsory service in the Uzbek National Army in December 1998. Having no other prospects, he traveled to Tajikistan to work with his brother buying and selling merchandise in local bazaars.

c.  Soon after arriving in Tajikistan, while sleeping in a teahouse with his brother, Mr. Jabbarov's passport, civilian I.D., and military I.D. disappeared. Mr. Jabbarov questioned his brother, Ulegbek, who told him not to worry, since there was no reason for him to ever go back to Uzbekistan, as he had no future there. Mr. Jabbarov now suspects that his brother took his passport and identification cards in order to prevent him from returning to Uzbekistan. Mr. Jabbarov believes his brother, who had been arrested and spent a week in jail for the crime of keeping his beard and attending mosque, probably wanted to spare Mr. Jabbarov a lifetime of repression and persecution in Uzbekistan, and therefore took his brother's passport to ensure he could not return.

d.  Mr. Jabbarov became sick and was admitted to a U.N. hospital in Gharm, Tajikistan, for treatment of hepatitis C which he probably contracted during a blood drive in the Uzbek army. Mr. Jabbarov spent months in the hospital.

e.  One day Mr. Jabbarov's mother arrived from Uzbekistan. She told Mr. Jabbarov and his older brother, Ulegbek, that the police in Chartok had been harassing her for two months. They kept coming to the family house asking where her two sons had gone. They ordered Mrs. Jabbarova to come down to the

police station where she was interrogated. "Where are your sons?" they asked Mrs. Jabbarova, "Bring them to us, we need to talk to them." She told the police her two sons were running a business in Tashkent. The police gave her permission to go to Tashkent to bring them back. When she got to Tashkent, Mrs. Jabbarova could not find her boys, but she learned they were in Tajikistan from people she met in the bazaars who knew her sons.

f.  Mrs. Jabbarova traveled to Tajikistan to warn Mr. Jabbarov and his brother that the Uzbek authorities were looking for them. My client, his mother, and his brother sat down and discussed their dilemma. They did not understand why the police wanted to speak with them, but they knew whoever went back to Uzbekistan would wind up in jail. They decided it was not safe to return to Uzbekistan, and that they should stay in Tajikistan and request asylum.

g.  Mr. Jabbarov eventually met his wife, Fatima, a fellow Uzbek who was also living in Tajikistan. They were married and continued living in Gharm, Tajikistan, among other Uzbek refugees. Towards the end of 1999, the Tajik government forced hundreds of Uzbek refugees, including Mr. Jabbarov and his family, into Afghanistan.

h.  Once in Afghanistan, Mr. Jabbarov became concerned about how he would provide for his family. He decided to leave his family in Mazar-e-Sharif, Afghanistan with the other Uzbek refugees and go to Shebergan to start his own business buying and selling sheep, chickens, and goats. Once he was established, he would travel to the villages and towns between Mazar-e-Sharif and Sherbergan

selling the livestock. During this time, Fatima gave birth to their first child, a son, Isom.

i. In June 2001, Mr. Jabbarov returned to Mazar-e-Sharif from one of his business trips, only to find that his family had left with the other Uzbek refugees for Kabul. Mr. Jabbarov went to Kabul and spent approximately two months trying to locate his family, eventually finding them in a small village east of the capital.

j. By that time, fighting had broken out between the Northern Alliance and the Taliban, backed by Al-Qaeda. Mr. Jabbarov decided it would be best for his family to return with him to Mazar-e-Sharif, which was now under the control of General Rashid Dostum, an ethnic Uzbek. However, because his wife was now pregnant with their second child, he decided that she should stay in Kabul, along with his mother, while he found a place for them to live in Mazar-e-Sharif.

k. Mr. Jabbarov was not able to get through to Mazar-e-Sharif due to the fighting, and he found himself stranded at a roadside teahouse, just outside of Kabul. He stayed there for weeks, waiting for the fighting to subside so that civilian vehicles could resume safe travel and he could arrange for a ride north to Mazar-e-Sharif.

l. One day, soldiers fighting for the Northern Alliance came to the teahouse. They questioned Mr. Jabbarov and he explained to the soldiers that he was not a fighter but a refugee from Uzbekistan. Mr. Jabbarov indicated he was waiting to go to Mazar-e-Sharif and expressed his desire to meet with General Rashid

Dostum. Since Dostum was an ethnic Uzbek, my client thought the general might help a fellow Uzbek. The Afghan soldiers told my client that Dostum was in Kabul, not Mazar-e-Sharif, but they could give him a ride to Mazar-e-Sharif where perhaps he could meet with the new governor.

m.  Mr. Jabbarov got into a Toyota Truck with the Northern Alliance soldiers, but instead of driving Mr. Jabbarov to Mazar-e-Sharif, they brought him to Bagram Air Base where he was immediately taken into custody by U.S. forces. Mr. Jabbarov believes he was the victim of the large cash rewards being offered by U.S. forces in exchange for "foreign fighters."

n.  Mr. Jabbarov was held by U.S. military at Bagram for approximately three weeks. He was interrogated by an American who wore civilian clothing and spoke poor Farsi. This person told Mr. Jabbarov, "we're trying to find Arabs; don't worry, I'll get you out; we'll send you back to your family." During his incarceration at Bagram, Mr. Jabbarov was very sick and mostly slept on a blanket placed on the cold concrete floor.

o.  After Bagram he was then taken to a U.S. prison in Kandahar, Afghanistan. Mr. Jabbarov was held in Kandahar for approximately five (5) months. Representatives from the International Committee for the Red Cross ("ICRC") were granted access to him. From his first encounter with the ICRC, Mr. Jabbarov expressed his fear of being returned to his native Uzbekistan. He told the ICRC: "I'm Uzbek. I do not want to go back to Uzbekistan. Make sure you put down [write] that I do not want to be sent back to Uzbekistan; my family

is not in Uzbekistan; I don't want to go back; I need asylum." The ICRC representatives assured him that the U.S. would not send him back to Uzbekistan.

p.      In June 2002, Mr. Jabbarov was put on a plane and taken to Guantánamo Bay. During his first few months at Guantánamo, Mr. Jabbarov was interrogated on numerous occasions by individuals who identified themselves as being from the FBI, who told him "you're a free man, you're not a problem" and to be patient while diplomatic arrangements were made for his release.

q.      In September 2002, Mr. Jabbarov was visited by three Uzbek security officials who came to Guantánamo to interrogate the Uzbek detainees. Upon entering the interrogation room, one Uzbek official immediately made a comment on the white prayer cap Mr. Jabbarov was wearing, saying "Oh, I have caught a terrorist...you have a white prayer cap on your head, you are wahhabi, you are a terrorist."[2] Feeling pressured, my client took off his prayer cap, which pleased the Uzbek interrogator who said "I like to see you like this." The Uzbek security officer then asked Mr. Jabbarov if he was heeding the call to prayer five times a day. He told my client that when he got back to Uzbekistan "you can't do these things. Oh, you're safe here, you think you can pray now, five times a day," but he said Mr. Jabbarov would not be able to do this once he returned to Uzbekistan.

r.      On two successive days, the Uzbek security officers interrogated Mr. Jabbarov, and he answered all their questions honestly and without reservation. They asked him about the Islamic Movement of Uzbekistan ("IMU"), but Mr.

---

[2] "Wahhabi" a pejorative term broadly used by Uzbek authorities to describe individuals they view as radical Islamic extremists.

Jabbarov told them that he did not know anything about the IMU. They asked why he left Uzbekistan and why he did not have a visa when he crossed into Tajikistan. My client replied that Uzbeks did not need a visa in 1999 to cross the border into Tajikistan. Unmoved, the Uzbek security officer promised Mr. Jabbarov that he would go to jail for six (6) months upon his return from Guantánamo for the crime of "illegally" crossing the border into Tajikistan without a visa. They made it clear that if he agreed to cooperate, he would be spared prison. The Uzbek security officer told Mr. Jabbarov: "If you work for the government, you won't go to jail; if you don't work, you will go to jail… If you work for us, no one will ever see your file; we'll throw your file into the fire."

s.      The Uzbek interrogators showed Mr. Jabbarov a photo array and asked him if he could identify any of the individuals pictured. When Mr. Jabbarov told them he did not recognize any of the faces, one of the Uzbek interrogators banged his fist on the table and told him menacingly, "when you go back to Uzbekistan, you will know these things." Mr. Jabbarov understood the security officer to mean that they would torture him until he told them what they wanted to hear.

t.      At another point during the interrogation, one Uzbek security official said to Mr. Jabbarov: "you thought we cannot catch your family; your family is already in Uzbekistan; we caught them." Mr. Jabbarov knew the security officers wanted him to be worried, because if they had in fact caught his family and taken them back to Uzbekistan, it would be, as Mr. Jabbarov told me, "very bad; they'd be brought to jail; they rape many females in jail."

u.      The next day the interrogators returned and asked Mr. Jabbarov to sign a series of statements which recounted his story about leaving Uzbekistan, his time in Tajikistan, and his mundane activities while living in Afghanistan. Mr. Jabbarov signed these statements, although he noted there was plenty of space between the end of each statement and the signature block at the bottom of each page for the Uzbek security officials to add whatever additional text they wanted at a later date.

v.      There was also a statement indicating that Mr. Jabbarov wanted to go back to Uzbekistan. Mr. Jabbarov refused to sign this particular statement, which infuriated one of the Uzbek officials, who cursed him and his family because he would not sign. The Uzbek security officers told Mr. Jabbarov that they wanted to take him back to Uzbekistan but that the Americans would not release him. Since then, my client has lived in fear that the U.S. government will change its mind and send him back to Uzbekistan where he will be killed.

w.      Mr. Jabbarov told me that the Uzbek security officers told two other Uzbek detainees at Guantanamo that "we will kill you if you come back to Uzbekistan." They even told one detainee that when he got back to Uzbekistan they would be waiting with "one bullet for your forehead."

x.      During our meeting on November 28, 2007, I asked Mr. Jabbarov what he thought would happen to him if, having been erroneously accused by the U.S. government of being a member of the Islamic Movement of Uzbekistan and supporting the Taliban and Al Qaeda in fighting the Northern Alliance, he was

now returned to Uzbekistan. Mr. Jabbarov replied simply, "I know they'll kill me.... If I go back they'll beat me; hang me; slay me."

y.   Mr. Jabbarov, fears being returned not only to Uzbekistan, but to any country in Central Asia, including Russia or any of the former Soviet republics. He told me that being transferred to any country in Central Asia or Russia would be tantamount to sending him back to Uzbekistan, since the Uzbek security forces could grab him "like that" (he snapped).

z.   Based on his September 2002 encounter with the Uzbek security services, as well as his years of living in a repressive state that routinely violates the human rights of its citizens, Mr. Jabbarov fears persecution and torture if he is returned to Uzbekistan. He has informed his jailers at Guantanamo of this fear.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed on this 29th day of April, 2008.

Michael E. Mone, Jr.