# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JABBAROV OYBEK JAMOLIVICH (ISN 452)<br>  Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>  Respondents. | Civil Action No. 05-2386-RBW |

## ORDER

It is hereby

ORDERED that Respondents are barred from transferring Petitioner to the custody of Uzbekistan. It is further

ORDERED that Respondents shall provide at least 30-days' advance notice to Petitioner's counsel and this Court of any intended removal of Petitioner to any other country. It is further

ORDERED that Respondents must specify in its thirty-days notice to counsel for the Petitioner the country the Petitioner shall be transferred.

_____
Reggie B. Walton, United States District Judge

_____
Date