# CERTIFICATE OF SERVICE

       The undersigned states that on May 2, 2008, I filed the foregoing **Motion for Order Barring Respondents from Repatriating Petitioner to Uzbekistan and to Provide Counsel for Petitioner Thirty-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo to Any Other Country** on behalf of Petitioner, Jabbarov Oybek Jamolivich, ISN 452, using the Court's ECF system which will serve counsel of record in this case.

    /s/ *Michael E. Mone, Jr.*
Michael E. Mone, Jr.
(MA BBO No. 634607)
Michael E. Mone
(MA BBO No. 351680)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110
(617) 482-0333
(617) 426-2978 (fax)