IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v.  ) | Civil Action No. 05-CV-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF TRANSFER OF PETITIONER**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Waleed LNU (ISN 081), a.k.a. Walid LNU,[1] and transferred him to the control of the Government of Sudan.

Dated: May 5, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

 /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG

---

[1] The petitioner at issue here (ISN 081) is listed twice in the petition for writ of habeas corpus under two similar names. *See* Petition ¶ 71 ("Waleed LNU"), ¶ 142 ("Walid LNU").

ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents