IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, ) | |
| Respondents. ) | |

**RESPONDENTS' OPPOSITION TO PETITIONER JABBAROV OYBEK JAMOLIVICH'S MOTION FOR ORDER BARRING REPATRIATION TO UZKBEKISTAN AND TO PROVIDE THIRTY-DAYS' ADVANCE NOTICE OF ANY TRANSFER FROM GUANTANAMO BAY**

Respondents oppose petitioner Jabbarov Obek Jamolivich's (ISN 452) motion for preliminary injunction, which seeks an order (1) preventing respondents from transferring petitioner from Guantanamo Bay to Uzbekistan; and (2) requiring respondents to provide thirty days advance notice of any intended removal of petitioner from Guantanamo Bay.[1] *See* dkt. no. 433.

While respondents recognize that the Court has issued orders in this case requiring thirty-days advance notice as to other petitioners, *see Mohammon v. Bush*, No. 05-CV-2386 (D.D.C.)

---

[1] In addition to the petition in this case, petitioner Jamolivich has an earlier-filed habeas corpus case pending on his behalf. *See Jamolivich v. Bush*, Case No. 05-CV-2112 (RBW). Respondents have consistently argued that all duplicate petitioners in this case, such as the petitioner here, should be dismissed from this case and any relief sought on their behalf should proceed in the first-filed case. *See* Respondents' Status Report And Response To Court's June 27, 2006 Order (dkt. no. 109). On this basis alone, petitioner's motion in this case should be denied.

(RBW) (dkt. no. 425) (petitioner Adil Bin Mabrouk, ISN 148)[2]; *id.* (dkt. no. 421) (petitioner Abdullah Bo Omer Hamza Yoyej, ISN 257), respondents respectfully continue to oppose such relief on the basis of the arguments expressed in their opposition to petitioner Abdullah Bo Omer Hamza Yoyej's motion for thirty-days advance notice filed in this case on March 17, 2008 (dkt. no. 419) (attached hereto as Exhibit 1). As explained more fully therein, the petitioner in this case cannot establish irreparable injury by merely speculating that, contrary to the policies and processes attested to in the sworn declarations of high-level Executive Branch officials, the United States may repatriate or transfer him under circumstances where he might be tortured. *See* Exhibit 1 at 11-13. Indeed, this Court has previously concluded in another Guantanamo Bay habeas case seeking similar relief that a petitioner's "basic distrust of the Executive Branch" is not sufficient to overcome the "declarations of high-level officials outlining the process by which transfers are made, along with assurances that detainees will not be subjected to torture, mistreatment, or indefinite detention at the behest of the United States." *See Almurbati v. Bush*, 366 F. Supp. 2d 72, 78 (D.D.C. 2005) (Walton, J.).

For the reasons set forth in respondents' March 17, 2008 opposition, which are incorporated herein, respondents oppose petitioner's request for an injunction barring petitioner's transfer to Uzbekistan and his request for thirty-days advance notice of any transfer from Guantanamo Bay.[3] Accordingly, petitioner's motion should be denied.

---

[2] The Court granted petitioner Adil Bin Mabrouk's motion for thirty-day advance notice, and dismissed as moot petitioner's motion for temporary restraining order to prevent respondents from removing petitioner from Guantanamo pending the Court's determination as to the motion for thirty-days' advance notice.

[3] Consistent with the Court's prior rulings on similar motions in this case, in the event the Court grants petitioner's request for thirty-days advance notice of transfer, the Court should decline at this time to rule on petitioner's request to enjoin his transfer to Uzbekistan. *See* Order

Dated: May 8, 2008              Respectfully submitted,

                                          GREGORY G. KATSAS
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents

---

(dkt. No. 421) (granting motion for thirty-days advance notice of transfer, but ordering that the "request in the petitioner's motion for an order barring respondents from repatriating petitioner to Tajikistan shall be held in abeyance").