IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

### **[Proposed] ORDER**

Upon consideration of petitioner Jabbarov Obek Jamolivich's motion for preliminary injunction (dkt. no. 433) and respondents' opposition thereto, it is hereby

ORDERED that petitioner's motion is DENIED.

DATED: _____


_____
UNITED STATES DISTRICT JUDGE