IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,[1]<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-2386 (RBW) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Robert M. Gates, Secretary, United States Department of Defense, Rear Adm. Mark H. Buzby, Commander, Joint Task Force-GTMO, and Army Col. Bruce Vargo, Commander, Joint Detention Group, JTF-GTMO (*i.e.*, all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the first two ordering paragraphs of this Court's Order dated March 19, 2008 (dkt. no. 421) and from the first two ordering paragraphs of this Court's Order dated March 25, 2008 (dkt. no. 425).

---

[1] The docket in this case and most of the papers filed in this proceeding use the caption *Amer Mohammon, et al., v. Bush, et al.* Although both Orders from which this appeal is being taken were entered in this case, the captions on those orders reference the particular petitioners on whose behalf those Orders were sought. Thus, the caption on Docket Number 421 is given as *Umar Hamazayavich Abdulayev, ISN 257 v. Bush, et al.*, while the caption on Docket Number 425 is listed as *Amer Mohammon, et al., (Adil Bin Mabrouk, ISN 148) v. Bush, et al.*

Dated: May 15, 2008

Respectfully submitted,

GREGORY KATSAS
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/   *Judry L. Subar*

JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN
JAMES LUH
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 616-8267
Fax: (202) 616-8460

Attorneys for Respondents