## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMER MOHAMMON, *et al.*,      )
                    )
      Petitioners/Plaintiffs,   )
                    )
      v.                 )     Civil No. 05-2386 (RBW)
                    )
GEORGE W. BUSH, *et al.*,    )
                    )
      Respondents/Defendants.  )

## NOTICE OF FILING
## MOTION FOR A PRELIMINARY INJUNCTION
## ORDERING RESPONDENTS TO CEASE
## VIOLATIONS OF THE GENEVA CONVENTIONS AND TO
## <u>TREAT PETITIONER EL FALESTENY AS A PRISONER OF WAR</u>

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing of his Motion For A Preliminary Injunction Ordering Respondents To Cease Violations Of The Geneva Conventions And To Treat Petitioner El Falesteny As A Prisoner Of War.

Respectfully submitted,

_____/s/ Stephen M. Truitt_____

Shayana Kadidal (DC # 454248)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel:  (212) 614-6439
Fax:  (212) 614-6499


Of Counsel for Petitioner

Stephen M. Truitt (DC # 13235)
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1452
Fax: (202) 220-1665


Charles H. Carpenter (DC # 432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Suite 500, Hamilton Square
Washington, DC  20005-2004
Tel: (202) 220-1507
Fax: (202) 220-1665


Christopher J. Huber
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750


Dated:  June 2, 2008

Counsel for Petitioner