IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2386 (RBW) ) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |

### **[Proposed] ORDER**

Upon consideration of petitioner Maher El Falesteny's (ISN 519) motion for a preliminary injunction ordering respondents to cease violations of the Geneva Conventions and to treat petitioner El Falesteny as a prisoner of war, it is hereby

ORDERED that petitioner's motion is DENIED

DATED: _____

_____
UNITED STATES DISTRICT JUDGE