# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| ) | |
| Petitioners / Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents / Defendants. ) | |

## NOTICE OF FILING OF PETITIONER'S REPLY TO PRELIMINARY JURISDICTIONAL OPPOSITION BY RESPONDENTS

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing of his Reply to Preliminary Jurisdictional Opposition by Respondents.

Respectfully submitted,

    /s/ Stephen M. Truitt
_____

| | |
|---|---|
| Shayana Kadidal (DC # 454248) | Stephen M. Truitt (DC # 13235) |
| CENTER FOR CONSTITUTIONAL RIGHTS | 600 Fourteenth Street, N.W. |
| 666 Broadway, 7th Floor | Suite 500, Hamilton Square |
| New York, New York 10012 | Washington, DC 20005-2004 |
| Tel: (212) 614-6439 | Tel: (202) 220-1452 |
| Fax: (212) 614-6499 | Fax: (202) 220-1665 |
| | |
| Of Counsel for Petitioner | Charles H. Carpenter (DC # 432004) |
| | PEPPER HAMILTON LLP |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC 20005-2004 |
| | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| | |
| | Christopher J. Huber |
| | PEPPER HAMILTON LLP |
| | 3000 Two Logan Square |
| | Eighteenth and Arch Streets |
| | Philadelphia, PA 19103-2799 |
| | Tel: (215) 981-4000 |
| | Fax: (215) 981-4750 |
| | |
| Dated: June 9, 2008 | Counsel for Petitioner |