# Exhibit B

Mr. Mitchell,

Thank your for sending courtesy copies of the two habeas petitions. Please let me know when you receive case numbers and judge assignments. As of this afternoon, the petitions had not been docketed with the Court's electronic filing system.

Regarding your request for security clearances, we have authorized the DoJ Litigation Security Office to send your office five security clearance applications for the 4 attorneys and one administrative assistant. We cannot agree to authorize the three legal interns to have access to classified information or to the secure facility in the GTMO habeas litigation.
Given the issues and information involved in these cases, we are not in a position to routinely permit such access by law students, legal interns, summer associates, and the like. The three interns, of course, may participate in non-classified aspects of the cases as appropriate.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8460

-----Original Message-----
From: nmitchell@law.fordham.edu [mailto:nmitchell@law.fordham.edu]
Sent: Monday, November 14, 2005 8:58 AM
To: Warden, Andrew (CIV)
Subject: Courtesy Copy of habeas petition

Dear Mr. Warden,

I am a part of the legal team representing two Saudi nationals detained at the U.S. Naval Base in Guantanamo Bay, Cuba. I am writing to inform you that on November 7, 2005, Lincoln Square Legal Services filed habeas corpus petitions in the D.C. District Court on behalf of Saleh Zaid Al-Khatemi, and Mohammed Abdul Rahman Al-Shimrani. I have attached a courtesy copy of the petition filed on behalf of Mr. Al-Shimrani to this email. A copy of the Al-Khatemi petition will follow in a separate email.

I am also writing to begin the process of obtaining security clearance for the attorneys and staff who will be working on behalf of Mr. Al-Khatemi and Mr. Al-Shimrani. As I understand, your authorization is required to allow the Court Security Office to begin processing our clearance requests. As Judge Green provided in her November 8, 2004, protective order, "For purposes of this Protective Order, 'petitioners' counsel' shall be defined to include an attorney...as well as co-counsel, interpreters, translators, paralegals, investigators and all other personnel or support staff employed or engaged to assist in the litigation." The following members of LSLS are applying for clearance:

Martha Rayner Esq.
James A. Cohen Esq.
Gemma Solimene, Esq.
Ian Weinstein, Esq.
Daniel Gross, Legal Intern
Ashok Mathai, Legal Intern
Nicholas E. Mitchell, Legal Intern
Greer Ellis-Clarke, Administrative Assistant

Thank you for your time and attention.  If you require additional information, please let me know.


Best Regards,


Nicholas E. Mitchell
Lincoln Square Legal Services
Fordham University School of Law
33 West 60th Street, 3d Floor
New York, New York   10023
212-636-6934