# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDUL RAHMAN AL-SHIMRANI,<br><br>Petitioner,<br><br>v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>Respondents. | Civil Action No: 05-2249 (RMC) |
| SANAD ALI YISLAM AL-KAZIMI (SANAD ALI ALKALIEMI),<br><br>Petitioner,<br><br>v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>Respondents. | Civil Action No: 05-2386 (RBW) |

### DECLARATION OF RAMZI KASSEM

Pursuant to 28 U.S.C. § 1746, I declare the following is true and correct:

1. My name is Ramzi Kassem.

2. I am a Clinical Lecturer in Law at Yale Law School and a supervising attorney in the Allard K. Lowenstein International Human Rights Clinic's National Litigation Project at Yale Law School.

1

3. I was formerly an Adjunct Professor of Law at Fordham University School of Law and a supervising attorney at Lincoln Square Legal Services, Inc., Fordham University School of Law's clinical law office.

4. During my time at Fordham, I worked on the matters of Petitioner Mohammed Abdul Rahman Al-Shimrani, Internment Serial Number ("ISN") 195, and Petitioner Sanad Ali Yislam Al-Kazimi, ISN 1453. I am familiar with all the facts and proceedings in the above captioned Guantánamo habeas matters.

5. I make this Declaration in support of each Petitioner's Motion to Compel Respondents' Lawyer, The Department of Justice, To Comply with This Court's Protective Order and End Its Practice of Barring members of Petitioner's Counsel From Applying for Security Clearance.

6. This Declaration is made on personal knowledge and information made available to me in the performance of my professional duties as counsel to Guantánamo Bay Naval Base detainees.

7. The National Litigation Project is a non-profit legal services clinic staffed by first-, second- and third-year law students who attend Yale Law School. Students often work on clinic cases for two and a half years.

8. National Litigation Project students work directly under my supervision to engage in all aspects of the representation of our Guantánamo clients. Students' legal work includes but is not limited to conducting legal research; drafting legal pleadings, motions, and briefs; strategizing and making decisions in every aspect of a client's case; communicating with opposing counsel, the Department of Justice, on all issues related to the cases; and conducting fact investigations.

9. In 2004, two law students at Yale received security clearances and traveled to Guantánamo to work with civilian defense counsel representing Salim Ahmed Hamdan at his military commission.

10. While I was an Adjunct Professor at Fordham, I was authorized by Andrew Warden, a Department of Justice attorney who represents Petitioners' adversary, the Department of Defense *et al.*, in this litigation, to apply for security clearance, which was ultimately granted.

11. I continue to utilize my security clearance in the context of my work at Yale.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of June, 2008.

_____
RAMZI KASSEM