# Exhibit H

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
SANAD ALI YISLAM AL-KAZIMI            )
(SANAD ALI ALKALIEMI),                      )
                                                        )
                                                        )
                              Petitioner,          )
                                                        )  Civil Action No: 05-2386 (RBW)
                                                        )
                                                        )
            v.                                          )
                                                        )
GEORGE WALKER BUSH, *et al.*,        )
                                                        )
                              Respondents.     )
_____)

**PROPOSED ORDER**

This matter is before the Court on Petitioner's Motion to Compel Respondents' Lawyer, The Department of Justice, To Comply with This Court's Protective Order and End its Practice of Barring Members of Petitioner's Counsel from Applying for Security Clearance. Upon consideration of the arguments of the parties, it is hereby

ORDERED that the Department of Justice shall immediately provide and process security clearance applications for law student members of petitioner's counsel put forward by a supervising attorney member of petitioner's counsel.

Date: _____                    _____
                                                            Honorable Judge Reggie B. Walton
                                                            United States District Judge