# Exhibit I

Case 1:05-cv-02386-UNA   Document 445-11   Filed 06/11/2008   Page 1 of 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5039**  **September Term, 2007**
05cv02386
05cv02479

**Filed On:**

Sharaf Al Sanani, Detainee, Guantanamo Bay Naval Station, et al.,
    Appellees

Maher El Falesteny, Detainee,
    Appellant

v.

Mike Bumgarner, Army Col. Commander, Joint Detention Operations Group, JTF-GTMO, et al.,
    Appellees



UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
FILED OCT 1 1 2007
CLERK

---

Consolidated with 07-5040, 07-5043, 07-5050, 07-5051, 07-5052

**BEFORE:** Henderson, Tatel, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the court's order filed February 9, 2007 in Nos. 07-5039, 07-5040, and 07-5043, and the court's order filed February 21, 2007 in No. 07-5052, deferring consideration of the motions for injunction; appellees' motion to govern, which contains a motion to dismiss Nos. 07-5039, 07-5040, 07-5043, and 07-5052, and the responses thereto; the motion to govern in No. 07-5039, the response thereto, and the reply; the motion to govern in No. 07-5040, the response thereto, and the reply; the motion to govern in No. 07-5043; and the motion to govern and motion for "stay-and-abey order" in No. 07-5052.and the opposition thereto, it is

**ORDERED** that consideration of the motion to dismiss and motions for injunction be deferred and these consolidated cases held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within thirty days of the Supreme Court's decision in Boumediene v. Bush and Al Odah v. United States, Nos. 06-1195 & 06-1196, cert. granted (U.S. Jun. 29, 2007).

**Per Curiam**

KLH
BK