Affirmation from Mahir Rif'at al-Kawari, Military Number 519

1. I am Mahir Rif'at Al-Kawari, imprisoned at the American navy base in Guantanamo, and I am writing this affirmation based on my particular experience.

2. For about two years now I have been imprisoned in solitary confinement between the Fifth and Sixth camps. This is not for the purpose of punishment; rather, these are the general conditions applied to the prisoners in the Fifth and Sixth camps.

3. We are not given the opportunity for group recreation or group prayer.

4. At most, we are allowed recreation for a period of only two hours every day. Two out of every three recreation periods actually take place during sleeping hours.

5. I have been forced to turn in the Qur'an in order to prevent it from being desecrated by the soldiers. More or less every detainee I know has been compelled to turn in the Qur'an for this same reason.

6. Note that the presence of a Qur'an in my possession helps me perform my worship in a correct manner, and this is a religious obligation. Not having a Qur'an in my possession means that I am suffering severe mental anguish.

7. There is no window in my jail cell. During the natural day, I do not see the sky or the sun.

I swear with my right hand that all that I have indicated above is correct and proper, according to my information and beliefs. This affirmation has been signed at the American naval base in Guantanamo, Cuba, on 9 April 2008 AD.

Mahir Rif'at Al-Kawari
[Signature]

إقرار من ماهر رفعت الكواري الرقم العسكري ٥١٩

١) أنا ماهر رفعت الكواري محجوز بالقاعدة البحرية الأمريكية في جوانتاناموا أقوم بكتابة هذا الإقرار بناءً على خبرتي الخاصة.

٢) تقريباً منذ سنتين وأنا محتجز في إنفراد ما بين المعسكر الخامس والسادس وهذا ليس عقاب، وكم هذه من الأوضاع العامة المطبقة على المساجين في المعسكر الخامس والسادس.

٣) ولا يتاح لنا الترفيه الجماعي أو الصلاة الجماعية.

٤) وعلى الأكثر يتاح لنا الترفيه لمدة ساعتين فقط يومياً. ومن كل مرتين من ثلاث مرات ترفيه تقريباً يكون مدة الترفيه في وقت النوم.

٥) أجبرت على ٨ تسليم القرآن لمنع إهانته من طرف الجنود. وتقريباً كل معتقل أنا أعرف أجبر على تسليم القرآن لنفس هذا السبب.

٦) علماً أن وجود نسخة من القرآن يجوزني يساعدني على أداء العبادة بطريقة صحيحة وهذا من ديني. وعدم وجود نسخة من القرآن يجوزني يسبب لي معناه نفسية شديدة.

٧) ولا يوجد بزنزانتي شباك. ومن خلال اليوم الطبيعي لا أرى لا سماء ولا شمس.

أنا أقسم على اليمين أن كل ما هو أعلاه صحيح ومضبوط على حسب معلوماتي وإعتقاداتي. تم التوقيع على هذا الإقرار من قاعدة جوانتانامو الأمريكية بجوانتاناموا بأي كوبا في ٩/ أبريل / سنة ٢٠٠٨م.

ماهر رفعت الكواري