IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| ) | |
| Petitioners/Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents/Defendants. ) | |

## ORDER

The Court having considered Petitioner Maher El Falesteny's motion for a preliminary injunction and the opposition thereto, and being fully advised in the premises;

NOW THEREFORE IT IS ORDERED that the motion shall be and hereby is

GRANTED; and it is

FURTHER ORDERED that until the final adjudication of this case, or some other proceeding sufficient under Article 5 of the Third Geneva Convention, Respondents shall treat Petitioner Maher El Falesteny (ISN 519) as a Prisoner of War under that Convention.

_____
Walton, J.