IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,   ) | |
| ) | |
| Petitioners / Plaintiffs,   ) | |
| ) | |
| v.   ) | Civil No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*,   ) | |
| ) | |
| Respondents / Defendants.   ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY BY
<u>PETITIONER MAHER EL FALESTENY</u>**

In relation to Petitioner Maher El Falesteny's pending Motion for a Preliminary Injunction (Dkt. No. 446), the Court is hereby advised of the decision of the Supreme Court in *Boumediene v. Bush*, No. 06-1105, 533 U.S. ____ (June 12, 2008) (attached hereto as Exhibit 1), holding that Section 7 of the Military Commissions Act of 2006,[1] codified at 28 U.S.C. § 2241(e) (Supp. 2007), is unconstitutional. Accordingly, this Court has jurisdiction to adjudicate Mr. El Falesteny's habeas corpus claims.

---

[1] Pub. L. No. 109-366, 120 Stat. 2600 (2006).

|  | Respectfully submitted, |
|---|---|
|  | /s/ Stephen M. Truitt |
| Shayana Kadidal (DC # 454248) | Stephen M. Truitt (DC # 13235) |
| CENTER FOR CONSTITUTIONAL RIGHTS | 600 Fourteenth Street, NW |
|  | Suite 500, Hamilton Square |
| 666 Broadway, 7th Floor | Washington, DC  20005-2004 |
| New York, NY 10012 | Tel: (202) 220-1452 |
| Tel: (212) 614-6439 | Fax: (202) 220-1665 |
| Fax: (212) 614-6499 |  |
|  | Charles H. Carpenter (DC # 432004) |
| Of Counsel for Petitioner | PEPPER HAMILTON LLP |
|  | 600 Fourteenth Street, NW |
|  | Suite 500, Hamilton Square |
|  | Washington, DC  20005-2004 |
|  | Tel: (202) 220-1507 |
|  | Fax: (202) 220-1665 |
|  |  |
|  | Christopher J. Huber |
|  | PEPPER HAMILTON LLP |
|  | 3000 Two Logan Square |
|  | Eighteenth and Arch Streets |
|  | Philadelphia, PA  19103-2799 |
|  | Tel: (215) 981-4000 |
|  | Fax: (215) 981-4750 |
| Dated:  June 16, 2008 | Counsel for Petitioner |