IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————— X
                                                          :
AMER MOHAMMON, *et al.*,                                  :
                                                          :
                        Petitioners,                      :
                                                          :
            v.                                            :   Civil Action No. 05 CV 2386 (RBW)
                                                          :
GEORGE W. BUSH, *et al.*,                                 :
                                                          :
                        Respondents.                      :
                                                          :
                                                          :
———————————————————————— X


     PLEASE TAKE NOTICE THAT Petitioners Abdul Rahman a/k/a Abdul Ghaffar

(ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) have submitted to the Court Security

Office for service and filing in the above-captioned action a Renewed Motion for an Order

Requiring Respondents to Provide Counsel and the Court with Thirty-Days' Advance Notice of

Any Intended Removal of Petitioners from Guantánamo and to Specify the Country or Countries

to Which They Seek to Transfer Petitioners.

Dated:    New York, New York
          June 17, 2008

                                        Respectfully submitted,

                                        Kramer Levin Naftalis & Frankel LLP

Of Counsel:


Center for Constitutional Rights        /s/ Darren LaVerne
J. Wells Dixon                          Michael J. Sternhell (Pursuant to LCvR83.2(g))
(Pursuant to LCvR 83.2(g))              Darren LaVerne (Pursuant to LCvR 83.2(g))
666 Broadway, 7th Floor                 Seema Saifee (Pursuant to LCvR 83.2(g))
New York, New York  10012               1177 Avenue of the Americas
Telephone: (212) 614-6464               New York, New York  10036
                                        Telephone: (212) 715-9100

KL3 2531006.1