Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 18, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMER MOHAMMON, et al., ) | |
| ) | |
| *Petitioners,* ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02386 RBW |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ) | |
| ARMY COL. MICHAEL BUMGARNER, and ) | |
| ARMY COL. JAY HOOD, ) | |
| ) | |
| *Respondents*. ) | |

**EMERGENCY MOTION OF PETITIONER**
**ABDUL-RAHMAN SULAEIMAN**
**(also identified as Sulaiman), ISN #223**

Pursuant to and in light of the ruling of the United States Supreme Court in *Boumediene, et al. v. Bush, et al.*, No. 06-1195 (June 12, 2008), that Petitioner is "entitled to a prompt habeas corpus hearing" (p. 66), Petitioner Abdul-Rahman Sulaeiman (also identified as Sulaiman) submits the following emergency motion:

1. That the Court enter an order vacating this Court's order of January 31, 2007 administratively closing this case.

2. That the Court enter an order fixing a date for an evidentiary hearing in this matter, if feasible during the weeks of August 18 or 25, "to determine the lawfulness of [Abdul-Rahman Sulaeiman's] detention" (*Boumediene* at p. 69).

3. That the Court order provide that at the scheduled hearing, Respondents will be required to produce evidence justifying Petitioner's continued imprisonment; that Petitioner's lawyer will be entitled to cross examine Respondents' witnesses, examine any documentary evidence offered or used by Respondent during the hearing, contest the admissibility and

1665695.1

reliability of Respondents' evidence; and that Petitioner will be entitled to introduce evidence in his own behalf.

4. That the Court order provide that Respondents shall serve on Petitioner's lawyers at least three weeks prior to the scheduled hearing: (1) the names of witnesses Respondents intend to call to testify, together with a summary of their anticipated testimony; (2) copies of documentary evidence Respondents anticipate offering into evidence or using during the hearing; (3) copies of reports or memoranda concerning Petitioner; (4) exculpatory evidence in Respondent's possession relating to Petitioner; (5) other information in Respondents' possession relating to Petitioner including but not limited to the complete CSRT and ARB records relating to Petitioner; and that, if the documents contain classified material, Respondents shall deposit the documents in the secure facility created for the prisoners' lawyers, and make arrangements for Petitioner's lawyers who have appropriate security clearances to view the documents at least three weeks prior to the scheduled hearing.

In the alternative to the foregoing motions, Petitioner moves the Court to enter an order fixing a date and time within the next two weeks at which the lawyers for the parties may meet and confer with the Court, to discuss the schedule and procedures to be followed in the *habeas corpus* proceeding to be held in accordance with the *Boumediene* ruling.

5. Pursuant to Local Rule 7(m), counsel attempted by telephone to obtain assent of Respondents to the relief sought herein. Counsel was unable to reach counsel for the Respondents and thus assent has not been obtained.

                                        Respectfully submitted,

                                        /s/ Thomas P. Sullivan
                                        Thomas P. Sullivan
                                        One of the Attorneys for Petitioner
                                              Illinois Bar No. 2773112

                                                Douglas A. Sondgeroth
                                                    Illinois Bar No. 6278486

                                            JENNER & BLOCK LLP
                                            330 N. Wabash Avenue
                                            Chicago, IL 60611
                                            Tel.: (312) 222-9350
                                            Fax.: (312) 527-0484
                                            Email: tsullivan@jenner.com

Dated: June 16, 2008

Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 18, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02386 RBW |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ) | |
| ARMY COL. MICHAEL BUMGARNER, and ) | |
| ARMY COL. JAY HOOD, ) | |
| ) | |
| *Respondents*. ) | |

## MEMORANDUM IN SUPPORT OF
## EMERGENCY MOTION OF PETITIONER ABDUL-RAHMAN SULAEIMAN
## (also identified as Sulaiman), ISN #223

The basis for this motion is the opinion of the majority of the United States Supreme Court in *Boumediene, et al., v. Bush, et al.*, No. 06-1195 (June 12, 2008).

Respectfully submitted,

/s/ Thomas P. Sullivan
Thomas P. Sullivan
One of the Attorneys for Petitioner
Illinois Bar No. 2773112

Douglas A. Sondgeroth
Illinois Bar No. 6278486

JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel.: (312) 222-9350
Fax.: (312) 527-0484
Email: tsullivan@jenner.com

Dated: June 16, 2008

1665820.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I caused the foregoing Emergency Motion of Petitioner Abdul-Rahman Sulaeiman (also identified as Sulaiman), ISN #223, a memorandum in support thereof, and two proposed orders, previously filed with the CSO and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

>　/s/ Thomas P. Sullivan
>Thomas P. Sullivan
>One of the Attorneys for Petitioner
>JENNER & BLOCK LLP
>330 N. Wabash Avenue
>Chicago, IL 60611
>Tel.: (312) 222-9350
>Fax.: (312) 527-0484
>Email: tsullivan@jenner.com

1665695.1