Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 18, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMER MOHAMMON, et al., ) | |
| ) | |
| *Petitioners,* ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02386 RBW |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ) | |
| ARMY COL. MICHAEL BUMGARNER, and ) | |
| ARMY COL. JAY HOOD, ) | |
| ) | |
| *Respondents*. ) | |

## **ORDER**

Having considered the Emergency Motion of Petitioner Abdul-Rahman Sulaeiman (also identified as Sulaiman), ISN #223 and authorities and points in support thereof, this Court grants Petitioner's Motion and it is hereby ordered that:

1. An evidentiary hearing shall be held in this matter on _____, 2008 at _____ to determine the lawfulness of Petitioner's detention.

2. At the scheduled hearing, Respondents will be required to produce evidence justifying Petitioner's continued imprisonment; that Petitioner's lawyer will be entitled to cross examine Respondents' witnesses, examine any documentary evidence offered or used by Respondent during the hearing, contest the admissibility and reliability of Respondents' evidence; and that Petitioner will be entitled to introduce evidence in his own behalf.

3. At least three weeks prior to the scheduled hearing, Respondents shall serve on Petitioner's lawyers: (1) the names of witnesses Respondents intend to call to testify, together with a summary of their anticipated testimony; (2) copies of documentary evidence Respondents anticipate offering into evidence or using during the hearing;

1665718.1

      (3) copies of reports or memoranda concerning Petitioner; (4) exculpatory evidence in Respondent's possession relating to Petitioner; and (5) other information in Respondents' possession relating to Petitioner including but not limited to the complete CSRT and ARB records relating to Petitioner.

4. If any of the documents related to Paragraph 3 of this Order contain classified material, Respondents shall deposit the documents in the secure facility created for the prisoners' lawyers, and make arrangements for Petitioner's lawyers who have appropriate security clearances to view the documents at least three weeks prior to the scheduled hearing.

IT IS SO ORDERED

Signed this ___ day of _____ 2008.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE