Filed with the CSO on June 16, 2008
Cleared for public filing by the DOJ on June 18, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., ) | |
| ) | |
| *Petitioners,* ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02386 RBW |
| ) | |
| GEORGE W. BUSH, DONALD RUMSFELD, ) | |
| ARMY COL. MICHAEL BUMGARNER, and ) | |
| ARMY COL. JAY HOOD, ) | |
| ) | |
| *Respondents*. ) | |

## [ALTERNATIVE PROPOSED] ORDER

Having considered the Emergency Motion of Petitioner Abdul-Rahman Sulaeiman (also identified as Sulaiman), ISN #223, and authorities and points in support thereof, it is hereby ORDERED that:

On _____, 2008, at _____, the lawyers for the parties shall meet and confer with the Court, to discuss the schedule and procedures to be followed in a *habeas corpus* proceeding in this matter to be held in accordance with the ruling of the United States Supreme Court in *Boumediene, et al., v. Bush, et al*., No. 06-1195 (June 12, 2008).

IT IS SO ORDERED

Signed this ___ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE

1665724.1