*PREVIOUSLY FILED WITH THE CSO*
*AND CLEARED FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMER MOHAMMON, *et al.*,

        Petitioners,

        v.   :   Civil Action No. 05 CV 2386 (RBW)

GEORGE W. BUSH, *et al.*,

        Respondents.

---

## [PROPOSED] ORDER

The Court, having considered Petitioners' Renewed Motion for an Order Requiring Respondents to Provide Counsel and the Court with Thirty-Days' Advance Notice of Any Intended Removal of Petitioners from Guantánamo and to Specify the Country or Countries to Which They Seek to Transfer Petitioners,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondents shall not remove Petitioners from Guantánamo without providing counsel and the Court thirty-days' advance notice, in which notice Respondents shall specify the country or countries to which they seek to transfer Petitioners.

Dated: _____

                                                _____
                                                Reggie B. Walton
                                                United States District Judge

KL3:2528467.1