IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 05-2249 (RMC) (AK) |
| AMER MOHAMMON, *et al.*<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 05-2386 (RBW) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PETITIONERS' MOTIONS TO COMPEL**

Respondents hereby move for an extension of time until June 30, 2008, to respond to petitioners' motions to compel respondents' to provide security clearance applications to law students. Pursuant to Local Civil Rule 7.1(m), respondents' counsel has conferred with counsel for petitioners, who consents to respondents' requested extension. In support of this motion, respondents submit the following:

1.  On June 9, 2008, counsel for petitioners Sanad Ali Al-Kazimi (ISN 1453), a petitioner in *Mohammon v. Bush*, 05-CV-2386 (RBW), and Mohammed Abdul Rahman Al-

Shimrani (ISN 195), a petitioner in *Al-Shimrani v. Bush*, 05-CV-2249 (RMC), filed nearly identical motions in the above-captioned cases seeking orders compelling respondents to provide security clearance applications to law school students working with petitioners' counsel.

  2. Subsequent to the filing of these motions, counsel for respondents and counsel for petitioners have engaged in discussions to settle the issue raised in petitioner's motion without the need for further litigation. In order to allow the parties to complete these discussions, which could potentially resolve or narrow issues raised in petitioner's motion, respondents hereby seek an extension of one week – until June 30, 2008– to respond to petitioners' motions.

  4. For the reasons stated above, respondents respectfully request that the Court extend until June 30, 2008 the time period during which respondents may respond to petitioners' motions. A proposed order is attached.

Dated: June 23, 2008        Respectfully submitted,

                GREGORY G. KATSAS
                Acting Assistant Attorney General

                DOUGLAS N. LETTER
                Terrorism Litigation Counsel

                  */s/ Andrew I. Warden*
                JOSEPH H. HUNT (D.C. Bar No. 431134)
                VINCENT M. GARVEY (D.C. Bar No. 127191)
                JUDRY L. SUBAR (D.C. Bar 347518)
                TERRY M. HENRY
                JAMES J. SCHWARTZ
                JEAN LIN
                ROBERT J. KATERBERG
                ANDREW I. WARDEN (IN Bar 23840-49)
                NICHOLAS A. OLDHAM
                JAMES C. LUH
                Attorneys
                United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4938
Fax:  (202) 616-8470

Attorneys for Respondents

-3-