IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-2249 (RMC) (AK)<br>)<br>)<br>)<br>)<br>) |
| AMER MOHAMMON, *et al.*<br><br>　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-2386 (RBW)<br>)<br>)<br>)<br>) |

## [Proposed] ORDER

Upon consideration of respondents' motion for extension of time to respond to petitioners' motions to compel, it is hereby

ORDERED that respondents' motion for extension of time is GRANTED; and

ORDERED that respondents shall have until June 30, 2008, to respond to petitioners' motion to compel.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE