IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Al Odah v. United States | ) | Case No.  02-CV-0828 (CKK) |
| Anam v. Bush | ) | Case No.  04-CV-1194 (HHK) |
| Zemiri v. Bush | ) | Case No.  04-CV-2046 (CKK) |
| Al-Mohammed v. Bush | ) | Case No.  05-CV-0247 (HHK) |
| Al-Wazan v. Bush | ) | Case No.  05-CV-0329 (PLF) |
| Ameziane v. Bush | ) | Case No. 05-CV-0392 (ESH) |
| Batarfi v. Bush | ) | Case No.  05-CV-0409 (EGS) |
| Al-Oshan v. Bush | ) | Case No.  05-CV-0520 (RMU) |
| Salahi v. Bush | ) | Case No.  05-CV-0569 (JR) |
| Mammar v. Bush | ) | Case No.  05-CV-0573 (RJL) |
| Tohirjanovich v. Bush | ) | Case No.  05-CV-0994 (JDB) |
| Al Ginco v. Bush | ) | Case No.  05-CV-1310 (RJL |
| Sadkhan v. Bush | ) | Case No.  05-CV-1487 (RMC) |
| Faraj v. Bush | ) | Case No.  05-CV-1490 (PLF) |
| Kiyemba v. Bush | ) | Case No.  05-CV-1509 (RMU) |
| Almerfedi v. Bush | ) | Case No.  05-CV-1645 (PLF) |
| Zaid v. Bush | ) | Case No.  05-CV-1646 (JDB) |
| Kabir (Sadar Doe) v. Bush | ) | Case No.  05-CV-1704 (JR) |
| Zadran v. Bush | ) | Case No.  05-CV-2367 (RWR) |
| Said v. Bush | ) | Case No.  05-CV-2384 (RWR) |
| Mohammon v. Bush | ) | Case No.  05-CV-2386 (RBW) |

| | | |
|---|---|---|
| Al-Harbi v. Bush | ) | Case No. 05-CV-2479 (HHK) |
| Feghoul v. Bush | ) | Case No. 06-CV-0618 (RWR) |
| Rumi v. Bush | ) | Case No. 06-CV-0619 (RJL) |
| Taher v. Bush | ) | Case No. 06-CV-1684 (GK) |
| Abdessalam v. Bush | ) | Case No. 06-CV-1761 (ESH) |
| Zuhair v. Bush | ) | Case No.  08-CV-0864 (JDB) |

## <u>RESPONDENTS' RESPONSE TO PETITIONERS' MOTIONS TO LIFT STAY</u>

Although respondents do not oppose the lifting of the stay that was entered in habeas corpus matters filed on behalf of Guantanamo Bay detainees, respondents respectfully submit that the other relief addressed in petitioners' motions is not appropriate at this time, given the ongoing discussions before Chief Judge Lamberth.

Dated: June 23, 2008                   Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents