IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI (SANAD ALI ALKALIEMI), <br><br> Petitioner, <br><br> v. <br><br> GEORGE WALKER BUSH, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) Civil Action No: 05-2386 (RBW) ) ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF PETITIONER'S MOTION TO COMPEL RESPONDENTS' LAWYER, THE DEPARTMENT OF JUSTICE, TO COMPLY WITH THIS COURT'S PROTECTIVE ORDER AND END ITS PRACTICE OF BARRING MEMBERS OF PETITIONER'S COUNSEL FROM APPLYING FOR SECURITY CLEARANCE**

Undersigned counsel hereby withdraws the above referenced motion (see dkt. no. 445) due to the fact that the Department of Justice has agreed to change their practice of categorically denying law student members of petitioner's counsel permission to apply for security clearance. The motion is withdrawn without prejudice

Dated: New York, New York
       June 26, 2008

                                    Respectfully submitted,

                                    Counsel for Petitioner:

                                    _____/s/_____
                                    Martha Rayner (Pursuant to LCvR 83.20(g))
                                    (NY-MR-1423)
                                    Lincoln Square Legal Services
                                    Fordham University School of Law
                                    33 West 60th Street, 3d Floor
                                    New York, New York 10023
                                    Telephone: (212) 636-6934