IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――― x
:
AMER MOHAMMON, *et al.*,                :
:
                Petitioners,   :
:
        v.                 :   No. 05-CV-2386 (RBW) (AK)
:
GEORGE W. BUSH, *et al.*,               :
:
                Respondents.   :
:
―――――――――――――――――――――――― x

## JOINT STATUS REPORT

The parties in the above-captioned action, by and through their undersigned counsel, respectfully submit this Joint Status Report in response to the Court's order of June 20, 2008. The parties have met and conferred, and agree that the petitioners listed on Exhibit 1, attached hereto: (1) are identified as detainees at Guantánamo Bay; (2) do not have duplicate habeas petitions pending before the District Court (except as noted); (3) have not been transferred or released from Guantánamo Bay; or (4) are disputed.[1] The remaining petitioners have not been identified or have duplicate petitions pending, and/or are no longer held at Guantánamo Bay.

Counsel for certain petitioners may submit supplemental status reports concerning issues specific to their individual clients.

---

[1] The parties are currently attempting to resolve the remaining disputed issues, and will provide the Court with an update as soon as possible.

Dated:  June 27, 2008

        Respectfully submitted,

        Counsel for Petitioners[2]:

        _____/S/_____
        J. Wells Dixon (Pursuant to LCvR 83.2(g))
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel:  (212) 614-6423
        Fax:  (212) 614-6499

        Counsel for Respondents:

        _____/S/_____
        Andrew I. Warden
        U.S. DEPARTMENT OF JUSTICE
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave, NW
        Washington, DC 20530
        Tel:  (202) 616-5084
        Fax:  (202) 616-8470

---

[2] This Joint Status Report is executed on behalf of all counsel for petitioners, with consent.