<u>**Exhibit 1**</u> **to Joint Status Report Dated June 27, 2008**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Are Identified as Detainees at Guantánamo Bay;**
**Who Do Not Have Duplicate Petitions for Writs of Habeas Corpus Pending Before the District Court;**
**and Who Have Not Been Released or Transferred; or Petitioners About Whom These Issues Are Disputed**

|    | Petitioner | Petitioner's Internment Serial Number (ISN) | Citation to Petition | Petitioner's Citizenship | Amended (Habeas) Protective Order Entered? | Petitioner's Status |
|---|---|---|---|---|---|---|
| 1. | Abd Al Zaher | | ¶ 25 | Azerbaijan | No | Identity disputed |
| 2. | Abdurahman LNU | | ¶ 160 | Yemen | No | Identity disputed; Petitioner will voluntarily withdraw duplicate petition in *Al Halmandy v. Bush*, No. 05-2385 (RMU) |
| 3. | Abu Rahan | | ¶ 27 | Bangladesh | No | Identity disputed |
| 4. | Adel LNU | 584 | ¶ 232 | Turkestan (Uighur) | Yes | |
| 5. | Ahmed Omar | | ¶ 318 | Yemen | No | Identity disputed |
| 6. | Ali LNU | | ¶ 156 | Uzbekistan | No | Identity disputed; but Respondents have conceded identity in DTA action (ISN 455) |
| 7. | Edress LNU | | ¶ 107 | Yemen | No | Identity disputed |
| 8. | Mohammed Ahmed Saeed Hidar | | ¶ 260 | | No | Identity disputed |
| 9. | Sharaf Al Sanani | 170 | ¶ 109 | Yemen | Yes | |
| 10. | Alkhadr Abdullah Al Yafie | 34 | ¶ 266 | Yemen | Yes | Petitioner has voluntarily withdrawn duplicate petition in *Al Yafie v. Bush*, No. 05-2399 (RJL) |

| # | Name | ISN | ¶ | Country | | Notes |
|---|---|---|---|---|---|---|
| 11. | Saif Ullah | 46 | ¶ 146 | Tunisia | Yes | Petitioner has voluntarily withdrawn duplicate petition in *Al Halmandy v. Bush*, No. 05-2385 (RMU) |
| 12. | Abdul-rahman Abdo Abdulghaith Sulaiman | 223 | ¶ 250 | Yemen | Yes | |
| 13. | Abdurahman LNU | | ¶ 230 | Turkestan (Uighur) | No | Identity disputed |
| 14. | Abu Rawda | 326 | ¶ 214 | Syria | Yes | |
| 15. | Jabbarov Oybek Jamolovich | 452 | ¶ 330 | Uzbekistan | Yes | Petitioner has moved to dismiss duplicate petition in *Jamolivich v. Bush*, No. 05-2112 (RBW); Respondents do not object to dismissal of 05-2112. |
| 16. | Adil LNU | 148 | ¶ 150 | Tunisia | Yes | |
| 17. | Mohammed Abdullah Taha Mattan | 684 | ¶ 13 | Palestine | Yes | |
| 18. | Samir LNU | 707 | ¶ 73 | Sudan | No | Petitioner will voluntarily withdraw duplicate petition in *Al Halmandy v. Bush*, No. 05-2385 (RMU); Petitioner charged by military commission |
| 19. | Tofiq Nasser Awadh Al Bihani | 893 | ¶ 262 | Yemen | Yes | Petitioner has voluntarily withdrawn duplicate petition in *Al Yafie v. Bush*, No. 05-2399 (RJL) |
| 20. | Shargowi LNU | 1457 | ¶ 170 | Yemen | Yes | Petitioner has voluntarily withdrawn duplicate petition in *Al Halmandy v. Bush*, No. 05-2385 (RMU) |
| 21. | Mohammed Al Palestini | 049 | ¶ 15 | Palestine | Yes | |
| 22. | Abdullah Bo Omer Hamza Yoyej | 257 | ¶ 246 | Tajikistan | Yes | |
| 23. | Bilal LNU | 330 | ¶ 144 | Syria | Yes | |
| 24. | Mustafa Al Shamili | 434 | ¶ 95 | Yemen | Yes | |
| 25. | Maher El Falesteny | 519 | ¶ 119 | Palestine | Yes | |

| | | | | | |
|---|---|---|---|---|---|
| 26. | Abdal Razak Ali | 685 | ¶ 288 | Algeria | Yes |
| 27. | Abdulaziz LNU | 687 | ¶ 168 | Saudi Arabia | Yes |
| 28. | Mohammed Ahmed Slam Al-Khateeb | 689 | ¶ 252 | Yemen | Yes |
| 29. | Jamil Ahmad Saeed | 728 | ¶ 256 | Yemen | Yes |
| 30. | Abdul Aziz Naji | 744 | ¶ 270 | Algeria | Yes |
| 31. | Sanad Ali Alkaliemi | 1453 | ¶ 172 | Yemen | Yes |