UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, *(ABDAL RAZAK ALI)*<br><br>  Petitioners,<br><br>vs.<br><br>GEORGE W. BUSH, *et al*,<br><br>  Respondents. | CIVIL ACTION<br><br>No: 05- 2386 (RBW) |

**PETITIONER ABDAL RAZAK ALI'S STATUS REPORT**

**NOW COMES** the Petitioner, Abdal Razak Ali (ISN 685) by and through his attorney H. Candace Gorman, and submits the following status report:

At the time that this Court stayed the proceedings in the instant case Petitioner Abdal Razak Ali had two issues pending before this Court that still need to be resolved: The first issue relates to Petitioner's Motion for Factual Return. That motion was filed on December 4th 2006 and is fully briefed (see, docket entries 226, 235, 237, 238, 242, 280, 281, 286, 308).

The second issue awaiting a ruling from Petitioner Ali relates to this Court's Order of September 20, 2006 (docket entry 169) ordering the government to pay the reasonable costs related to the Government's purposeful interference with counsel's visit with Mr. Ali (Show Cause hearing on August 24, 2006, status hearing on September 8 2006). Pursuant to this Court's order a Bill of Costs was filed by Petitioners counsel and is fully briefed with a proposed draft order at docket 162. (Documents related to the Bill of Costs can be found at docket entries: 154, 155, 156, 158, 174, 186, 195, 198.)

Counsel asks that this Court Order the government to provide the Factual return for her client on an expedited basis so that she can move as quickly as practicable for a hearing on her client's habeas petition. Although counsel is a sole practitioner the Bill of Costs is not a priority issue and ruling on that issue can wait until after this Court has had the opportunity to rule on the important issues of ordering the factual return and providing petitioner with his long awaited habeas hearing.

Dated this 27th day of June, 2008.

Respectfully submitted,

   /s/ H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
Law Office of H. Candace Gorman
220 S. Halsted – Suite 200
Chicago, IL 60661
Tel: (312) 427-2313
Fax: (312) 427-9552

## **CERTIFICATE OF SERVICE**

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner Ali's Status Report to be served upon the following persons by virtue of filing the above listed document with the U. S. Department of Justice Litigation Security Section:

        Terry Henry, Esq., Senior Trial Attorney
        Andrew I. Warden, Esq., Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 7144
        Washington, DC  20530

This 27th day of June, 2008.

                              /s/ H. Candace Gorman
                              Counsel for Petitioner


Law Office of H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
220 S. Halsted Street -   Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313
Fax: (312) 427-9552