IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMER MOHAMMON, *et al.*,

    Petitioners,

v.

GEORGE W. BUSH, *et al.*,

    Respondents.

---

Civil Action No. 05 CV 2386 (RBW)

## NOTICE OF APPEARANCES AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned action.

I hereby certify, pursuant to L. Civ. R. 83.2(g), that I am representing Petitioners without compensation.

Dated: New York, New York
May 5, 2008

    Respectfully submitted,

    Counsel for Petitioners:

    _____
    Eric A. Tirschwell (Pursuant to LCvR 83.2(g))
    KRAMER LEVIN NAFTALIS & FRANKEL LLP
    1177 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 715-9100
    Fax: (212) 715-8000

KL3 2655172.1