# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| ) | |
| Petitioners / Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents / Defendants. ) | |

### NOTICE OF FILING OF PETITIONER'S MOTION OF
### EL FALESTENY FOR IMMEDIATE STATUS CONFERENCE

Petitioner Maher El Falesteny, through his undersigned counsel, hereby gives notice of filing of his Motion for Immediate Status Conference.

-2-

                                                Respectfully submitted,

                                                /s/ Stephen M. Truitt

| | |
|---|---|
| Shayana Kadidal (DC # 454248) | Stephen M. Truitt (DC # 13235) |
| CENTER FOR CONSTITUTIONAL RIGHTS | 600 Fourteenth Street, N.W. |
| 666 Broadway, 7th Floor | Suite 500, Hamilton Square |
| New York, New York 10012 | Washington, DC  20005-2004 |
| Tel: (212) 614-6439 | Tel: (202) 220-1452 |
| Fax: (212) 614-6499 | Fax: (202) 220-1665 |
| | |
| Of Counsel for Petitioner | Charles H. Carpenter (DC # 432004) |
| | PEPPER HAMILTON LLP |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC  20005-2004 |
| | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| Dated:  June 30, 2008 | Counsel for Petitioner |