IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.* | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITIONERS' MOTION FOR ADVANCE NOTICE
OF ANY TRANSFER OF DETAINEES ISN 281 AND ISN 584
FROM GUANTANAMO BAY**

Respondents hereby request an extension of time to respond to petitioners' motion for advance notice of any transfer of certain detainees from Guantanamo Bay and state as follows:

1. This case is a petition for writ of habeas corpus on behalf of individuals held by the Department of Defense ("DoD") as enemy combatants at the United States Naval Base, Guantanamo Bay, Cuba.

2. Petitioners filed a motion seeking advance notice of any transfer of detainees ISN 281 and ISN 584 from Guantanamo Bay. Respondents' response is currently due June 30, 2008, if the motion is considered one for a preliminary injunction.

3. Petitioners' motion raises serious issues, including issues related to separation of powers and the Court's jurisdiction to grant the relief requested by petitioners – issues informed by or addressed in a recent decision of the Supreme Court. *See Munaf v. Geren*, ___ U.S. ___, 128 S. Ct. 2207 (Jun. 12, 2008). At least two other motions brought by or on behalf of

Guantanamo Bay detainees are also pending before other Judges of this Court. Respondents need additional time to adequately respond to the matters raised in these motions, including the motion in this case.

4. Counsel for respondents request that respondents be permitted an extension of time until July 9, 2008, to file their response to petitioners' motion. No prior extension of time has been requested with respect to the pending motion in this case.

5. Counsel for respondents are seeking their requested extension of time at this time due to their inadvertent misapprehension regarding the time in which a response to petitioners' motion was required. Respondents have been served with a large number of motions in the scores of Guantanamo detainee *habeas corpus* cases pending in this Court; counsel for respondents inadvertently calculated a response time to petitioners' motion in this case based on a normal 11 (+3)-day response time instead of the 5 (+3)-day response time applicable to motions for preliminary injunction.

6. To facilitate this requested extension of time, respondents agree that for the interim period from June 30, 2008, through the time of filing of respondents' response, respondents will provide counsel for detainees ISN 281 and 584 the relief requested in their pending motion, *i.e.*, thirty-days' advance notice of any transfer of the detainees from Guantanamo Bay, should such a transfer be scheduled. Thus, no prejudice should result to petitioners from the requested extension of time.

7. Counsel for respondents has attempted to confer with counsel for petitioners, but as of the filing of this motion, has been unable to ascertain the position of petitioners' counsel.

8.  In sum, respondents' counsel acted in good faith, albeit under a misapprehension as to the applicable time for response to petitioners' motion, for which counsel apologizes. Moreover, no potential prejudice exists to petitioners or to the proceedings in this case. Further, a response from respondents will provide the Court with information and authorities that will assist the Court in considering the serious issues raised by petitioners' motion.

WHEREFORE, the Court should grant respondents an extension of time until July 9, 2008, in which to respond to petitioners' motion for advance notice of transfer. A proposed order is attached.

Dated: June 30, 2008

Respectfully submitted,

GREGORY KATSAS
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT
VINCENT M. GARVEY
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-4107

Attorneys for Respondents