IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMER MOHAMMON, *et al.* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

**O R D E R**

Upon respondents' June 30, 2008 motion for an extension of time to respond to the motion of petitioners for advance notice of any transfer of detainees ISN 281 and ISN 584 from Guantanamo Bay, it is hereby

ORDERED that respondents shall respond to petitioner's motion on or before July 9, 2008.

SO ORDERED.


Dated: _____, 2008      _____
                                   United States District Judge