IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
AMER MOHAMMON, *et al.*,              :
:
Petitioners,       :
:
v.                 :   No. 05-CV-2386 (RBW) (AK)
:
GEORGE W. BUSH, *et al.*,             :
:
Respondents.       :
:
_____ x

**SUPPLEMENTAL STATUS REPORT FOR PETITIONERS
ADEL NOORI (ISN 584) AND ABDUL GHAFFAR (ISN 281)**

Abdul Rahman a/k/a Abdul Ghaffar (ISN 281) and Adel LNU a/k/a Adel Noori (ISN 584) ("Petitioners") respectfully submit this Supplemental Status Report in response to the Court's order of June 20, 2008. The purpose of this Supplemental Status Report is to bring to the Court's attention issues specifically relating to Petitioners. Petitioners also join the Joint Status Report filed in response to the Court's order.

Petitioners, who are ethnic Uighurs, are still in the custody of Respondents and are still imprisoned at Guantanamo. On July 17, 2006, Petitioners filed a motion for an order requiring Respondents to provide counsel for Petitioners and the Court with thirty-days' advance notice of any intended removal of Petitioners from Guantanamo. (*See* dkt. # 82). On January 31, 2007, the Court administratively closed these habeas cases. (*See* dkt. # 324). In the same order, the Court denied without prejudice all pending motions in these cases, and noted that if it was determined that this Court retained jurisdiction over the cases, "either party may move to reinstate the pending motions." Subsequent to the recent Supreme Court decision in

KL3 2665009.2

- 2 -

*Boumediene*, Petitioners renewed their motion for thirty-days' advance notice of removal from Guantanamo. (*See* docket # 451).

Respondents had previously challenged the identities of both Petitioners Adel Noori and Abdul Ghaffar. Respondents have since conceded that Petitioner Noori is properly identified on this habeas petition and that the Amended Protective Order has been entered in his case. Respondents continue to dispute Petitioner Ghaffar's identity and on that basis refuse to acknowledge entry of the APO with respect to him..

Dated: June 27, 2008

Respectfully submitted

Kramer Levin Naftalis & Frankel LLP

Of Counsel:

/s/ Michael J. Sternhell

Center for Constitutional Rights
J. Wells Dixon
(Pursuant to LCvR 83.2(g))
666 Broadway, 7th Floor
New York, New York  10012
Telephone: (212) 614-6464

Michael J. Sternhell (Pursuant to LCvR83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100

KL3 2665009.2