IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDULLAH TAHA MATTAN,<br><br>          Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>          Respondents. | Civil Action No. 05-cv-2386 (RBW) |

### NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER

Petitioner Mohammed Abdullah Taha Mattan hereby gives notice to all parties of the filing of Sozi P. Tulante's signed Memorandum of Understanding Regarding Access to Classified National Security Information and signed Acknowledgment, which are attached as Exhibit "B" and Exhibit "C", respectively, to the Amended Protective Order and Procedures for Counsel Access to Detainee, entered on November 8, 2004, and adopted by the Court in this case on June 27, 2006.

Copies of the Executed Memorandum and Acknowledgment are attached hereto as Exhibits A and B, respectively.

          Respectfully submitted,

          **MOHAMMED ABDULLAH TAHA MATTAN**

Dated: June 26, 2008      By: _/s/ Sozi P. Tulante_
          Sozi P. Tulante
          HANGLEY ARONCHICK SEGAL & PUDLIN
          One Logan Square, 27th Floor
          Philadelphia, PA 19103-6933
          Telephone:   215-568-6200
          Facsimile:    215-568-0300

Elizabeth K. Ainslie
Gordon S. Woodward (Admission No. 50164)
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-1825
Telephone:    202-419-4215
Facsimile:     202-419-3454

J. Wells Dixon
Pardiss Kabriel
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    212-614-6439
Facsimile:     212-614-6499

*Counsel for Petitioner*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDULLAH TAHA MATTAN, <br> Petitioner, <br> v. <br> GEORGE W. BUSH, et al., <br> Respondents. | Civil Action No. 05-cv-2386 (RBW) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq*.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I will never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned *Mohammon, et al. v. George Bush, et al.*, No. 05-CV-2386 (RBW).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered entered by the United States District Court for the District of Columbia in the case captioned *Mohammon, et al. v. George Bush, et al.*, No. 05-CV-2386 (RBW), and I agree to comply with the provisions thereof.

_____          6/26/08
Sozi P. Tulante                    Date

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDULLAH TAHA MATTAN,<br>                  Petitioner,<br>v.<br>GEORGE W. BUSH, et al.,<br>                  Respondents. | Civil Action No. 05-cv-2386 (RBW) |

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mohammon, et al. v. George W. Bush, et al.*, No. 05-2386 (RBW) understands it terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 6/24/08

BY: Sozi P. Tulante

SIGNED: [signature]

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the Notice of Filing of Memorandum of Understanding Regarding Access to Classified National Security Information has been served on the following counsel for respondents by overnight delivery:

> Terry M. Henry, Esquire
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 6120
> Washington, D.C. 20530
>
> Andrew I. Warden, Esquire
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 6120
> Washington, D.C. 20530

_____
Sozi P. Tulante