IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*, ) | |
| ) | |
| Petitioners / Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents / Defendants. ) | |

## ORDER

Upon consideration of the Motion for Immediate Status Conference, the instruction from the United States Supreme Court, and the record in this case, it is, by the Court, this ___ day of July 2008

ORDERED that the motion shall be, and hereby is GRANTED; and it is

FURTHER ORDERED that a status conference shall be set for July ___, 2008.

Dated: _____

_____
REGGIE B. WARDEN
United States District Judge