UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMER MOHAMMON, et al.,              )
                                    )
              Petitioners,          )
                                    )
      v.                            )   Civil Action No. 05-2386  (RBW)
                                    )
GEORGE W. BUSH,                     )
President of the United States of America, )
et al.,                             )
                                    )
              Respondents.          )
_____)


**ORDER**

      Maher El Falesteny, one of the petitioners in this civil action challenging his detention at the Guantanamo Bay Naval Base in Guantánamo Bay, Cuba, has filed a motion requesting that the undersigned member of the Court set a scheduling conference "to deal solely with his case" rather than refer his petition to the Honorable Thomas F. Hogan of this Court for review and administrative management pursuant to the terms of the Resolution adopted at the Executive Session of the District Court for the District of Columbia held on July 1, 2008.  Motion of El Falesteny for Immediate Status Conference at 3.  Under the terms of that Resolution, El Falesteny's habeas corpus petition, like every other petition in this case, has been transferred to Judge Hogan for his initial review.  If Judge Hogan determines that there are circumstances unique to El Falesteny's petition, he may, after consulting with the undersigned member of this Court, refer the matter back to this member of the Court for further proceedings, but Judge Hogan has not yet conducted such a review.  Therefore, this member of the Court will not grant the relief requested by El Falesteny at this time.

2

It is therefore

**ORDERED** that the Motion of El Falesteny for Immediate Status Conference is **DENIED** without prejudice.

**SO ORDERED** this 2nd day of July, 2008.

REGGIE B. WALTON  
United States District Judge