Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMER MOHAMMON, et al.,**     ) | |
| ) | |
| **Petitioners,**     ) | |
| ) | |
| v.     ) | **No. 1:05-CV-2386 (RBW)** |
| ) | |
| **GEORGE W. BUSH, et al.,**     ) | |
| ) | |
| **Respondents.**     ) | |

### PETITIONER SULAEIMAN'S
### EMERGENCY MOTION FOR ORDER TO SHOW CAUSE

Petitioner Abdul-Rahman Sulaeiman ("Petitioner"), through counsel, respectfully submits the following emergency motion:

That this Court order Respondents to provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility.

In accordance with LCvR 7(m), counsel for Petitioner attempted via telephone and electronic mail to discuss this motion with counsel for Respondents

Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

but was unable to reach counsel for Respondents. Accordingly, counsel for Petitioner was unable to determine if Respondents object to the relief sought herein

Dated:  June 24, 2008                              Respectfully submitted,


    /s/ Thomas P. Sullivan
One of the Attorneys for Petitioner

Thomas P. Sullivan
Douglas A. Sondgeroth
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I caused the foregoing Petitioner Sulaeiman's Emergency Motion for Order to Show Cause, a memorandum in support thereof, and a proposed order, previously filed with the CSO on June 24, 2008, and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

>    /s/ Thomas P. Sullivan
>Thomas P. Sullivan
>One of the Attorneys for
>Petitioner
>JENNER & BLOCK LLP
>330 N. Wabash Avenue
>Chicago, IL 60611
>Tel.: (312) 222-9350
>Fax.: (312) 527-0484
>Email: tsullivan@jenner.com