Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) No. 1:05-CV-2386 (RBW) |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
| Respondents. | ) |

## [PROPOSED] ORDER

Having considered Petitioner Sulaeiman's Emergency Motion for Order to Show Cause and authorities and points in support thereof, this Court grants Petitioner's Motion and it is hereby ordered that:

Within seven days of this order, Respondents shall to provide in writing to counsel for Petitioner all of Respondents' reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station. and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility for review by counsel for Petitioner.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Signed this ___ day of _____, 2008

1667520.1