IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | ) Misc. No. 08-442 (TFH)<br>)<br>)<br>) Civil Action No. 05-CV-2386 (RBW)<br>) |
| ABDUL AZIZ NAJI,<br>a/k/a AZIZ ABDUL NAJI,<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-CV-2386 (RBW)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING
SUBSTANTIVE MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE
COUNSEL FOR PETITIONER AND THE COURT WITH 30-DAYS' ADVANCE
NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO**

For the reasons set forth in Petitioner's Motion For Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner From Guantanamo, the motion is hereby granted. Accordingly, it is hereby **ORDERED** that Respondents provide Counsel for Abdul Aziz Naji (ISN #744) and this Court with thirty (30) days' advance notice of any intended removal of petitioner from Guantanamo.

**SO ORDERED** this ____ day of July, 2008.

_____
REGGIE B. WALTON
United States District Judge


_____
THOMAS F. HOGAN
United States District Judge