### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-442 |
| GUANTANAMO BAY DETAINEE LITIGATION | Civ. Action Nos. |
| | 05-CV-2386 (RBW) |
| | 06-CV-1761 (ESH) |

### REPLY IN SUPPORT OF PETITIONERS SULAEIMAN AND ABDESSALAM'S MOTIONS FOR ORDER TO SHOW CAUSE

Counsel for Petitioners Abdul-Rahman Sulaeiman, ISN #223 and one of the petitioners in *Mohammon v. Bush*, No. 05-2386, and Achraf Salim Abdessalam, ISN #263 and petitioner in *Abdessalam v. Bush*, No. 06-1761 (collectively, "Petitioners"), respectfully submit this reply in support of the respective emergency motions for order to show cause that were filed on their behalf on June 24, 2008 ("Motion"), each attached hereto as Exhibits A and B.

1. We support without qualification the arguments and positions the designated spokespersons for the Guantanamo prisoners expressed at the conference this Court held on July 8, 2008, and particularly their proposal that the Government be ordered to produce the classified records and evidence from the CSRT and ARB proceedings for all cases by July 18, 2008 in the secure facility.

2. Each Motion by the Petitioners seeks an order requiring the Government to "provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility." At a minimum, and regardless of the ultimate scope of any factual return the Government may file in these matters, the Motions seek to require the Government to provide the unredacted classified records and evidence from the CSRT and ARB proceedings that were conducted as to the Petitioners.

3. To date, the Government has not provided a factual return related to either of the Petitioners. In particular, it has not provided any classified evidence or information related to the CSRTs or ARBs, the classified transcripts of the CSRTs or ARBs, or any classified information related to why the Government is continuing to hold the Petitioners.

4. On information and belief, providing the unredacted classified records, information, and evidence from the Petitioners' CSRT and ARB proceedings requires the Government to merely photocopy existing and assembled records that are in its possession and have been in its possession for approximately four years. To provide these records will not impose a substantial burden of time

or expense on the Government, and it has failed to provide an explanation why these records could not be provided in short order.

5. Accordingly, counsel for Petitioners requests that the Motions be granted and that, at a minimum, the Government be ordered to deposit in the secure facility within seven days of the order the unredacted classified records and evidence from the CSRT and ARB proceedings related to the Petitioners so that counsel may continue to prepare Petitioners' cases and so that these cases may move as expeditiously as possible toward the hearings contemplated by the Supreme Court's decision in *Boumediene v. Bush*.

Dated:  July 9, 2008                                     Respectfully submitted,

                                                          ____/s/ Thomas P. Sullivan_____
                                                          One of the Attorneys for Petitioners

                                                          Thomas P. Sullivan
                                                          Douglas A. Sondgeroth
                                                          JENNER & BLOCK LLP
                                                          330 N. Wabash Avenue
                                                          Chicago, IL  60611
                                                          Tel: (312) 923-9350
                                                          Fax: (312) 527-0484

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, I caused the foregoing Reply in Support of Petitioners Emergency Motions for Order to Show Cause to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

      /s/ Thomas P. Sullivan
      Thomas P. Sullivan
      One of the Attorneys for
      Petitioner
      JENNER & BLOCK LLP
      330 N. Wabash Avenue
      Chicago, IL 60611
      Tel.: (312) 222-9350
      Fax.: (312) 527-0484
      Email: tsullivan@jenner.com