# Exhibit A

Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al.,            ) | |
|                                                     ) | |
|            Petitioners,                      ) | |
|                                                     ) | |
| v.                                                ) | No. 1:05-CV-2386 (RBW) |
|                                                     ) | |
| GEORGE W. BUSH, et al.,        ) | |
|                                                     ) | |
|            Respondents.                   ) | |

## PETITIONER SULAEIMAN'S
## EMERGENCY MOTION FOR ORDER TO SHOW CAUSE

Petitioner Abdul-Rahman Sulaeiman ("Petitioner"), through counsel, respectfully submits the following emergency motion:

That this Court order Respondents to provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility.

In accordance with LCvR 7(m), counsel for Petitioner attempted via telephone and electronic mail to discuss this motion with counsel for Respondents

Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

but was unable to reach counsel for Respondents. Accordingly, counsel for Petitioner was unable to determine if Respondents object to the relief sought herein

Dated: June 24, 2008              Respectfully submitted,


                                  ____/s/ Thomas P. Sullivan_____
                                  One of the Attorneys for Petitioner

                                  Thomas P. Sullivan
                                  Douglas A. Sondgeroth
                                  JENNER & BLOCK LLP
                                  330 N. Wabash Avenue
                                  Chicago, IL  60611
                                  Tel: (312) 923-9350
                                  Fax: (312) 527-0484

Filed with CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I caused the foregoing Petitioner Sulaeiman's Emergency Motion for Order to Show Cause, a memorandum in support thereof, and a proposed order, previously filed with the CSO on June 24, 2008, and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

> Andrew I. Warden
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, D.C. 20530
>
> Terry Marcus Henry
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, D.C. 20530

>       /s/ Thomas P. Sullivan
>       Thomas P. Sullivan
>       One of the Attorneys for
>       Petitioner
>       JENNER & BLOCK LLP
>       330 N. Wabash Avenue
>       Chicago, IL 60611
>       Tel.: (312) 222-9350
>       Fax.: (312) 527-0484
>       Email: tsullivan@jenner.com

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMER MOHAMMON, et al.,** ) | |
| ) | |
| **Petitioners,** ) | |
| ) | |
| v. ) | No. 1:05-CV-2386 (RBW) |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

**MEMORANDUM IN SUPPORT OF PETITIONER SULAEIMAN'S
EMERGENCY MOTION FOR ORDER TO SHOW CAUSE**

Petitioner Abdul-Rahman Sulaeiman ("Petitioner") has moved this Court to order Respondents to provide in writing within seven days, or on a date certain within a reasonable time after the order is entered, all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility.

**STATEMENT OF FACTS**

Petitioner is a citizen of Yemen. He is presently held at Guantánamo and has been held virtually incommunicado in Respondents' custody and control for approximately six years.

1667519

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

On December 21, 2005, Petitioner, through counsel, filed a Petition for Writ of *Habeas Corpus* (the "Petition") in this Court. The Petition contests both the fact of Petitioner's incarceration as well as his treatment in violation of the Constitution and laws of the United States, the Uniform Code of Military Justice, specified treaties to which the United States is a party, and various principles of international law, as set forth more fully in the Petition. On January 5, 2006, counsel for Respondents appeared in this case. Further, Respondents have filed pleadings in this matter.

On information and belief, Respondents' agents have interrogated Petitioner on numerous occasions and should be fully aware of the reasons why Petitioner continues to be held in prison. Respondents have acknowledged that the Department of Defense completed so-called CSRT hearings at which each prisoner's "enemy combatant" status and his imprisonment generally were reviewed.

## ARGUMENT

The United States Supreme Court in *Boumediene, et al., v. Bush, et al.,* No. 06-1195 (June 12, 2008), held that Petitioner is "entitled to a prompt *habeas corpus* hearing" to determine the legality of his imprisonment. *Boumediene*, slip op. at 66. Petitioner's "access to the writ [of *habeas corpus*] is a necessity to

2

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

determine the lawfulness of [Petitioner's] status" and whether the Respondents may continue to hold him. *Id*. at 69. In an Emergency Motion filed with the court security officer on June 16, 2008, and publicly filed on June 18, 2008, Petitioner has requested a prompt hearing in this matter.

It is essential to the Petitioner's ability to prepare for the hearing, and to challenge the Respondents' assertion that Petitioner is an "enemy combatant," that Respondents provide all of the reasons they rely upon to justify continuing to hold Petitioner. Accordingly, Petitioner asks the Court to order Respondents to provide in writing all of the reasons why they are continuing to hold Petitioner at the Guantánamo Bay Naval Station, and the information that allegedly supports those reasons, including any classified information. At a minimum, this information includes, but is not limited to, the complete and unredacted so-called "factual return" related to the CSRT conducted with regard to Petitioner, including any classified material.

Counsel for Petitioner already has received security clearance and is able to review classified information related to the Petitioner in the secure facility that was established for counsel of prisoners at Guantánamo Bay. In addition, this Court has already entered, and counsel for Petitioner has already agreed to, the protective order related to classified information in this case. Accordingly, Respondents

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

should be ordered to deposit promptly in the secure facility any classified information related to the reasons why Respondents are holding Petitioner.

Because the Respondents have had years to evaluate Petitioner's alleged "enemy combatant" status, and to review evidence relating to why Petitioner is still held, Respondents should not need more than seven days to provide the requested information.

Numerous courts in this District have granted relief of the kind sought in Petitioner's motion. *E.g.*, *Said, et al., v. Bush,* No. 05-CV-2384 (May 23, 2006); *Othman v. Bush*, No. 05-CV-2088 (D.D.C. Dec. 28, 2005); *Al-Bahooth, et al. v. Bush, et al.*, No. 05-1666 (D.D.C. Dec. 20, 2005); *Adem v. Bush*, No. 05-CV-723 (D.D.C. June 6, 2005).

Dated:  June 24, 2008                              Respectfully submitted,

                                                   ___/s/ Thomas P. Sullivan_____
                                                   One of the Attorneys for Petitioner
                                                   Thomas P. Sullivan
                                                   Douglas A. Sondgeroth
                                                   JENNER & BLOCK LLP
                                                   330 N. Wabash Avenue
                                                   Chicago, IL  60611
                                                   Tel: (312) 923-9350
                                                   Fax: (312) 527-0484

4

Filed with the CSO on June 24, 2008
Cleared for Public Filing by DOJ on July 2, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | No. 1:05-CV-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

### **[PROPOSED] ORDER**

Having considered Petitioner Sulaeiman's Emergency Motion for Order to Show Cause and authorities and points in support thereof, this Court grants Petitioner's Motion and it is hereby ordered that:

Within seven days of this order, Respondents shall to provide in writing to counsel for Petitioner all of Respondents' reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station. and all of the information upon which they base those reasons, including any classified information which shall be deposited in the secure facility for review by counsel for Petitioner.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Signed this ___ day of _____, 2008

1667520.1