IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| AMER MOHANNON, *et al.,* ) | |
| ) | |
| *Petitioners,* ) | |
| ) | |
| *v.* ) | No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.,* ) | |
| ) | |
| *Respondents.* ) | |

## WITHDRAWAL OF APPEARANCE

To the Clerk of Court:

    Kindly withdraw the appearance of Christopher J. Huber as co-counsel for petitioner Maher El Falesteny, in the above-captioned matter.

    Respectfully submitted,

    /s/ Christopher J. Huber

| | |
|---|---|
| Shayana Kadidal (DC #454248) | Christopher J. Huber (DC #459524) |
| CENTER FOR CONSTITUTIONAL RIGHTS | PEPPER HAMILTON LLP |
| 666 Broadway, 7th Floor | 600 Fourteenth Street, N.W. |
| New York, New York 10012 | Suite 500, Hamilton Square |
| Tel: (212) 614-6439 | Washington, DC 20005-2004 |
| Fax: (212) 614-6499 | Tel: (202) 220-1200 |
| | Fax: (202) 220-1665 |
| *Of Counsel for Petitioners* | |
| | Stephen M. Truitt (DC # 13235 ) |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC 20005-2004 |
| | Tel: (202) 220-1452 |
| | Fax: 202 220-1665 |
| Dated: July 10, 2008 | *Counsel for Petitioners* |