CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMER MOHAMMON            )
                         )
                         )
        Plaintiff        )
                         )
    v.                   )   Civil Case Number 05-2386(RMU)
                         )
                         )
                         )
GEORGE W. BUSH, ET AL.   )   Category   G
                         )
                         )
        Defendants       )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 10, 2008 from Judge Reggie B. Walton to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case related to CA 05-1509 before Judge Urbina)

> JUDGE ELLEN S. HUVELLE
> Chair, Calendar and Case
> Management Committee

cc:   Judge Urbina & Courtroom Deputy
      Judge Walton & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk