IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | |
| ) | |
| AMER MOHAMMON , *et al.,* ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil Action No. 05-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.,* ) | |
| ) | |
| *Respondents*. ) | |

**NOTICE BY MAHER EL FALESTENY OF REQUEST
FOR 30 DAYS NOTICE BEFORE TRANSFER**

Pursuant to Judge Hogan's order of July 10, 2008 regarding notice of transfer of prisoners from Guantanamo, Petitoner El Falesteny (ISN #519) hereby notifies the court and the parties that he avails himself of the right to such notice prior to any transfer.


-2-

                Respectfully submitted,

                /s/ Stephen M. Truitt

| | |
|---|---|
| Shayana Kadidal (DC #454248) | Stephen M. Truitt (DC # 13235 ) |
| CENTER FOR CONSTITUTIONAL RIGHTS | 600 Fourteenth Street, N.W. |
| 666 Broadway, 7th Floor | Suite 500, Hamilton Square |
| New York, New York 10012 | Washington, DC 20005-2004 |
| Tel: (212) 614-6439 | Tel: (202) 220-1452 |
| Fax: (212) 614-6499 | Fax: 202 220 1665 |
| | |
| *Of Counsel for Petitioners* | Charles H. Carpenter (DC #432004) |
| | PEPPER HAMILTON LLP |
| | 600 Fourteenth Street, N.W. |
| | Suite 500, Hamilton Square |
| | Washington, DC 20005-2004 |
| | Tel: (202) 220-1507 |
| | Fax: (202) 220-1665 |
| | |
| Dated: July 11, 2008 | *Counsel for Petitioners* |