David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Lisa M. Kaas (DC492302)
Johnisha Matthews (DC492478)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner Khalid Al Barkati*
*ISN 322*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-444 (TFH) |
| PETITIONERS SEEKING HABEAS ) | |
| CORPUS RELIEF IN RELATION TO ) | Civil Action No. 05-2386 (RMU) |
| PRIOR DETENTIONS AT ) | |
| GUANTANAMO BAY ) | |

## STATUS REPORT

In response to the Court's order of July 2, 2008[1], counsel for petitioner Khalid Al Barkati (ISN 322) in the above-captioned civil action[2] hereby submit this status report.

Counsel for petitioner certified their representation of Petitioner on April 26, 2006.[3]

On September 7, 2007, Respondent the United States Government provided notice that the United States had relinquished custody of Petitioner Al Barkati and transferred him to the control

---

[1] Petitioner's case is referenced in Judge Hogan's July 11, 2008 order requesting status reports by July 18, 2008 in Misc. Action No. 08-442.  However, Petitioners file this status report in compliance with the July 14, 2008 deadline, as Petitioner is no longer detained at Guantanamo Bay.

[2] Dkt. No. 1, Pet. for Writ of Habeas Corpus, *Mohammon, et al. v. Bush, et al.*, No. 1:05-cv-02386-RBW (D.D.C. filed Dec. 13, 2005).

[3] Dkt. No. 16, Notice of Appearance, *Al Barkati* v. *Bush, et al.*, No. 1:05-cv-02386-RBW (D.D.C. filed April 26, 2006).

of the Government of Saudi Arabia.[4]  The Government also moved to dismiss Petitioner Al Barkati's case for want of jurisdiction.  Counsel for Petitioner have spoken with the family of Petitioner and have confirmed that he has been transferred to Saudi Arabia.

        Respectfully submitted,

        DICKSTEIN SHAPIRO LLP


        /s/ John C. Snodgrass
        David L. Engelhardt (DC429886)
        John C. Snodgrass (DC473864)
        Lisa M. Kaas (DC492302)
        Johnisha Matthews (DC492478)
        DICKSTEIN SHAPIRO LLP
        1825 Eye Street, NW
        Washington, DC  20006-5403
        Tel. 202-420-2200
        Fax 202-420-2201

        *Counsel for Petitioner Khalid Al Barkati*
        *ISN 322*

---

[4]  Dkt. No. 385, Notice of Transfer of Petitioners, *Mohammon*, *et. al.* v. *Bush*, *et al.*, No. 1:05-cv-2386-RBW (D.D.C. filed September 7, 2007).