# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 07-5040** | **September Term 2007** |
| | 05cv02386 |
| | **Filed On:** July 14, 2008 |

Sharaf Al Sanani, Detainee, Guantanamo Bay
Naval Station, et al.,

    Appellees

Abdal Razak Ali, Detainee,

    Appellant

    v.

Mike Bumgarner, Army Col. Commander,
Joint Detention Operations Group,
JTF-GRMO, et al.,

    Appellees
--------------------------------
Consolidated with 07-5043, 07-5050, 07-5051, 07-5052

## O R D E R

Upon consideration of appellants' motions for remand in Nos. 07-5050 and 07-5051, and appellees' consent thereto, it is

**ORDERED** that the motions be granted and Nos. 07-5050 and 07-5051 be remanded to the district court. It is

**FURTHER ORDERED** that consolidation of Nos. 07-5050 and 07-5051 with Nos. 07-5040, 07-5043, and 07-5052 be terminated.

The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate in Nos. 07-5050 and 07-5051.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:    /s/
                                        Lynda M. Flippin
                                        Deputy Clerk

A True copy:
   United States Courts of Appeals
   for the District of Columbia Circuit
By: _____ Deputy Clerk