IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| AMER MOHAMMON, *et al.*,<br><br>              Petitioners,<br><br>              v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>              Respondents. | Civil Action No. 05-CV-2386 (RMU) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Alison Sclater, Esq. is no longer employed by Kramer Levin Naftalis & Frankel LLP. Ms. Sclater's name should be removed from the Court's docket as counsel for Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned matters.

PLEASE TAKE FURTHER NOTICE that Eric A. Tirschwell, Michael J. Sternhell, Darren LaVerne and Seema Saifee of Kramer Levin Naftalis & Frankel LLP continue to remain counsel for Petitioners Abdul Rahman a/k/a Abdul Ghaffar (ISN 281), and Adel LNU a/k/a Adel Noori (ISN 584), in the above-captioned matters.

Dated:   New York, New York
         July 16, 2008

                Respectfully submitted,

                */s/ Alison Sclater*
                Alison Sclater (Pursuant to LCvR 83.2(g))
                NEW YORK LEGAL ASSISTANCE GROUP
                450 West 33rd Street
                New York, New York 10001
                Tel: (212) 613-5017
                Fax: (212) 750-0820

                Eric A. Tirschwell (Pursuant to LCvR 83.2(g))
                Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                Darren LaVerne (Pursuant to LCvR 83.2(g))
                Seema Saifee (Pursuant to LCvR 83.2(g))
                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                1177 Avenue of the Americas
                New York, New York 10036
                Tel:  (212) 715-9100
                Fax:  (212) 715-8000

                *Counsel for Petitioners Abdul Ghaffar and Adel Noori*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I caused the foregoing Notice of Withdrawal to be served on all counsel via the Court's Electronic Filing System.

                                              */s/ Alison Sclater*
                                              Alison Sclater (Pursuant to LCvR 83.2(g))
                                              NEW YORK LEGAL ASSISTANCE GROUP
                                              450 West 33rd Street
                                              New York, New York 10001
                                              Tel: (212) 613-5017
                                              Fax: (212) 750-0820