IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | : Misc. No. 08-442 (TFH)<br>:<br>: Civil Action No. 05-2386 (RBW)<br>:<br>:<br>:<br>:<br>: |

## AL YAFIE AND AL BIHANI STATUS REPORT

Petitioners Alkhadr Al Yafie and Toffiq Al Bihani respectfully submit this status report pursuant to the July 11, 2008 Scheduling Order issued by Judge Hogan in this litigation.

### Status of Petitioners

1.   Petitioner Al Yafie (ISN 34) is currently being held in Camp I. He is cleared for release. His Combatant Status Review Tribunal record has not been produced by the United States in his Detainee Treatment Act case and no factual return has been filed in this case.

2.   Petitioner Al Bihani (ISN 893) is currently being held in Camp IV. He is not cleared for release. His CSRT record has not been produced by the United States in his Detainee Treatment Act case and no factual return has been filed in this case.

Respectfully submitted,

/s/George M. Clarke III
George M. Clarke III
D.C. Bar No. 480073
Miller & Chevalier Chartered
655 15th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 626-1573
Facsimile: (703) 598-5121

881850.1