IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. 05-2386 (RMU) |

## PETITIONER'S REQUEST FOR 30-DAY NOTICE OF REMOVAL OR TRANSFER

Pursuant to the Court's Order dated July 10, 2008 and entered on July 11, 2008, requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba," undersigned counsel for Petitioner Sharkawi Abda Ali Al-Haag (ISN 1457), *Mohammon v. Bush*, Case No. 1:05-2386 (RMU), hereby provides notice to the Court that they have requested 30 days notice of any transfer of Petitioner Sharkawi Abda Ali Al-Haag (ISN 1457), by transmitting such request to counsel for Respondents.

Respectfully submitted,

Counsel for Petitioners:

/s/ Richard G. Murphy, Jr.
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
Brian C. Spahn (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Telephone: (202) 383-0635
Facsimile: (202) 637-3593

7967547.1

        John A. Chandler (Pursuant to LCvR 83.2(g))*
        Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
        Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
        SUTHERLAND ASBILL & BRENNAN LLP
        999 Peachtree Street, N.E.
        Atlanta, Georgia  30309-3996
        Telephone: (404) 853-8000
        Facsimile:  (404) 853-8806

        * - Lead Counsel

July 17, 2008
Washington, DC

7967547.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
james.luh@usdoj.gov


SUTHERLAND ASBILL & BRENNAN LLP

By:    /s/ Richard G. Murphy, Jr.
Richard G. Murphy, Jr.

7967547.1