UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY DETAINEE LITIGATION | x<br>:<br>:  Misc. No. 08-442 (TFH)<br>:<br>x |
| SAMIR Last Name Unknown, a/k/a MOHAMMED NOOR UTHMAN,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | :<br>:<br>:<br>:  Civil Action No. 05-CV-2386 (RMU)<br>:<br>:<br>:<br>x |

**NOTICE OF APPEARANCE AND CERTIFICATION OF
REPRESENTATION WITHOUT COMPENSATION**

Please enter our appearance on behalf of the petitioner, ISN707, in the above-captioned case. We hereby further certify, pursuant to Local Civil Rule 83.2(g), that we are representing this petitioner without compensation.

Date:  San Francisco, California
       July 16, 2008

Respectfully submitted,

Counsel for Petitioner:

By: /s/ Howard Ross Cabot
    Howard Ross Cabot (Pursuant to LCvR 83.2(g))
**PERKINS COIE BROWN & BAIN P.A.**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Tel: (602) 351-8235
Fax: (602) 648-7135

-2-

By: /s/ James A. Nickovich
James A. Nickovich (Pursuant to LCvR 83.2(g))
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California  94111-4131
Tel:   (415) 344-7084
Fax:   (415) 344-7284

LEGAL14473731.1