IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the undersigned attorney will continue to represent in this matter Petitioners JAMIL AHMAD SAEED, a/k/a JAMIL AHMED SAID NASSIR, DETAINEE ISN #728, and HALA AHMAD SAEED AL-ADAHG, as Next Friend of Jamil Ahmad Saeed.

Service should now be made upon:

> Noah H. Rashkind, Esq.
> 2411 SW 35th Place, #206
> Gainesville, Florida 32608
> Tel: (727) 692-6002
> Email: noah@rashkind.com

Dated: July 18, 2008

Respectfully submitted,

 /s/ Noah H. Rashkind
Noah H. Rashkind, Esq.
Counsel for Petitioners Saeed
2411 SW 35th Place, #206
Gainesville, Florida 32608
Tel: (727) 692-6002
Email: noah@rashkind.com