IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ADNAN AHJAM, a/k/a ABU RAWDA, ISN 326,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Misc. No. 08-442 (TFH)<br>Civil Case No. 05-2386 |

**PETITIONER AHMED ADNAN AHJAM'S STATUS REPORT**

Petitioner Ahmed Adnan Ahjam, also known as Abu Rawda, ISN 326, submits this status report in response to the court's Scheduling Order of July 11, 2008.

Petitioner is still held at Guantanamo Bay Naval Station.

The government has filed no return to show the court any justification for petitioner's imprisonment.

Petitioner is not yet the subject of any order providing 30 days' notice of government intent to transfer or release him. He does seek such an order.

No motions are pending.

Petitioner has not been charged before a military commission.

////

////

1

**CLEARED BY CSO FOR PUBLIC FILING**

Dated: July 18, 2008  Respectfully submitted,

*[signature]*

DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

**CLEARED BY CSO FOR PUBLIC FILING**

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy to be served upon counsel for Respondents by filing this document directly on ECF, pursuant to approval by the Court Security Office.

Dated: July 18, 2008

_____
David S. Marshall