IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| ) | |
| GUANTANAMO BAY DETAINEE ) | Civil Action No. 05-CV-2386 (RBW) |
| LITIGATION ) | |

|  |  |
|---|---|
| ABDUL AZIZ NAJI, ) | |
| a/k/a AZIZ ABDUL NAJI, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2386 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |

## STATUS REPORT FOR PETITIONER ABDUL AZIZ NAJI (ISN 744)

Abdul Aziz Naji a/k/a Aziz Abdul Naji (ISN 744) ("Petitioner"), one of the petitioners in the omnibus case titled *Mohammon v. Bush*, filed on December 12, 2005, respectfully submits this Status Report in response to the Court's Order of July 11, 2008 (Hogan, J.):

1. Petitioner, an Algerian, remains in the custody of Respondents and has been imprisoned at Guantanamo Bay, Cuba since 2002. He has been held in Camp IV, in solitary confinement, since approximately December 2006.

2. Doris Tennant and Ellen Lubell entered a Notice of Appearance as Petitioner's counsel on August 28, 2006.

3. Petitioner has received no factual return of any kind from Respondents. On January 29, 2007, counsel for Petitioner filed an emergency motion for factual return and a supporting memorandum. On January 31, 2007, Judge Walton administratively closed the *Mohammon* habeas cases and denied without prejudice all pending motions in these cases, noting that if it were determined that the Court retained jurisdiction over the cases, "either party may move to reinstate the pending motions." In light of the Court's Order of July 11, 2008, which sets forth in paragraph 4 a schedule for Respondents to file factual returns, Petitioner will not at this time move to reinstate the pending motion.

4. On July 3, 2008, counsel for Petitioner filed a "Substantive Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo." Pursuant to the Court's Order dated July 10, 2008, "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba." Through a joint "Notice of Petitioner's Request for Thirty Days Notice of Transfer," filed on July 15, 2008, counsel for Petitioner provided notice to the Court of Petitioner's request for 30 days' notice of any transfer. Petitioner has significant reason to believe that a transfer back to Algeria could result in his being subjected to torture and indefinite imprisonment without due process of law.

5. Petitioner has never been notified of any charges against him in any proceeding, including a proceeding before a military commission.

6. Counsel for Petitioner wish to proceed expeditiously to Petitioner's habeas hearing. Respondent's production of an unredacted factual return, including classified and unclassified evidence pertaining to Petitioner's initial and continued classification as an enemy combatant and all other evidence in the custody or control of Respondents, is central to case preparation by

Petitioner's counsel. After receiving Petitioner's factual return pursuant to the Court's July 11, 2008 Order, counsel for Petitioner will request a scheduling order from the Court so that any disputed matters pertaining to the habeas hearing may be promptly resolved and a hearing date set.

Respectfully submitted,                                    Dated: July 18, 2008

Counsel for Petitioner:

Ellen Lubell, Esq.                                         J. Wells Dixon
                                                           (Pursuant to LCvR83-2(g))
Doris Tennant, Esq.                                        CENTER FOR CONSTUTIONAL
                                                           RIGHTS
TENNANT LUBELL, LLC                                        666 Broadway, 7th Fl.
288 Walnut St., Suite 500                                  New York, NY 10012
Newton, MA 02460                                           Tel: (212) 614-6439
Tel: (617) 969-9610                                        Fax: (212)614-6499
Fax: (617) 969-9611

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on Respondent's attorney of record via the Court's Electronic Case-Filing System:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

/s/ Doris Tennant

Dated: July 18, 2008