CLEARED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) | Civil Action No. 05-CV-2386 (RBW) |
| | | |
| AMER MOHAMMON, SAIF ULLAH *also know as* SAYF BIN ABDALLAH *Petitioner*, | ) ) ) ) ) ) ) | |
| *v.* | ) ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE W. BUSH, *et al.*,   Respondents. | ) ) ) ) | |

**PETITIONER'S STATUS REPORT**

Pursuant to the Court's July 11, 2008 Order, petitioner Sayf Bin Abdallah a/k/a Saif Ullah, ISN 046, submits the following Status Report.

1. Petitioner is still held at Guantanamo Bay and has been held there since approximately January, 2002.

2. The government contends that the petitioner is an "enemy combatant," which the petitioner denies.

3. The government has not filed a factual return to show the basis of the Petitioner's continued confinement or the basis of the "enemy combatant"

        designation.

4. Petitioner has requested that the government provide him 30-days notice of any intent to transfer or release him. The petitioner has a pending motion for a 30-day notice in this Court. Pursuant to Judge Hogan's July 10, 2008 order, petitioner's counsel has also requested that the respondent provide such notice. The petitioner is a citizen of Tunisia.

5. The respondent has informed undersigned counsel that the petitioner has been "approved to leave Guantanamo," pursuant to a notice dated February 7, 2008. Since that date, the petitioner remains imprisoned and counsel has received no further reports as to any plans to release his client.

6. No motions are pending.

7. Petitioner has not been charged before a military commission.

Dated: Boston, Massachusetts
       July 18, 2008

Respectfully submitted,

LOONEY & GROSSMAN, LLP

By: ___/s/ Joseph S. Berman___
Joseph S. Berman, DC Bar No. 51487
Looney & Grossman
101 Arch Street
Boston MA 02110
617-951-2800 (Tel)

Zachary Katznelson, Esq.
(member California bar)
Reprieve
PO Box 52742
London ECP4 4WS
United Kingdon
011 44 207 353 4640 (Tel)

2

OF COUNSEL:

Center for Constitutional Rights
Shayana Kadidal, DC Bar No. 454248
666 Broadway, 7th Floor
New York NY 10012
 212-614-6438

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of July, 2008, I have caused a copy of the foregoing to be served upon counsel for Respondents by filing this document on ECF, pursuant to approval by the Court Security Office.

                                                                     ____/s/ Joseph S. Berman_____
                                                                     Joseph S. Berman