UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| ) | |
| GUANTÁNAMO BAY DETAINEE ) | Civil Action No. 05-2386 (RBW) |
| LITIGATION ) | |
| ) | |

**STATUS REPORT**

Counsel for petitioner Mohammed Abdullah Taha Mattan (ISN 684) in response to this Court's Scheduling Order of July 11, 2008 states as follows:

**I.    Current Detention Status**

Mr. Mattan is presently detained in Guantánamo Bay, where the Government has held him since June 2002. He has not been named as a defendant in any Military Commission proceedings.

**II.    Protective Order**

The Government has agreed to apply the terms of the *habeas* protective order to Mr. Mattan in accordance with the terms of Judge Walton's Order dated June 27, 2006.

**III.    30-Day Order**

Pursuant to this Court's Order dated July 11, 2008[1], Mr. Mattan has requested that his counsel be provided 30 days notice of the Government's intention to transfer him from Guantánamo Bay. *See* Dkt. No. 63, *In re: Guantanamo Bay Detainee Litig.*, No. 08-442 (D.D.C. July 11, 2008). In addition, via e-mail to counsel for the Government on July 16, 2008, Mr. Mattan has requested that such 30-day notice be provided.

---

[1] Dkt. No. 52, *In re: Guantanamo Bay Detainee Litig.*, No. 08-442 (D.D.C.).

**IV.**     **Factual Return**

The Government has not provided a factual return justifying its detention of Mr. Mattan, but has provided the classified, redacted CSRT record in connection with Mr. Mattan's action under the Detainee Treatment Act.  Mr. Mattan has requested the Government's consent to use an unredacted copy of the CSRT record from the DTA action in these *habeas* proceeding.  Mr. Mattan also requests that he be provided with an unredacted factual return.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **MOHAMMED ABDULLAH TAHA MATTAN** |
| Dated: July 18, 2008 | By:  /s/ Sozi P. Tulante  |
|  | Sozi P. Tulante |
|  | HANGLEY ARONCHICK SEGAL & PUDLIN |
|  | One Logan Square, 27th Floor |
|  | Philadelphia, PA 19103-6933 |
|  | Telephone:     215-568-6200 |
|  | Facsimile:      215-568-0300 |
|  |  |
|  | Elizabeth K. Ainslie |
|  | Gordon S. Woodward (Admission No. 50164) |
|  | SCHNADER HARRISON SEGAL & LEWIS LLP |
|  | 2001 Pennsylvania Avenue, N.W., Suite 300 |
|  | Washington, D.C. 20006-1825 |
|  | Telephone:     202-419-4215 |
|  | Facsimile:      202-419-3454 |
|  |  |
|  | J. Wells Dixon |
|  | Pardiss Kabriel |
|  | CENTER FOR CONSTITUTIONAL RIGHTS |
|  | 666 Broadway, 7th Floor |
|  | New York, NY 10012 |
|  | Telephone:     212-614-6439 |
|  | Facsimile:      212-614-6499 |
|  |  |
|  | *Counsel for Petitioner* |

**CERTIFICATE OF SERVICE**

    I certify that, on July 18, 2008, I caused the foregoing Status Report to be served electronically via the Court's ECF System, where it is available to all counsel of record for downloading and reviewing.

                                             /s/ Sozi P. Tulante
                                              Sozi P. Tulante