UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,<br>*(ABDAL RAZAK ALI)*<br><br>           Petitioners,<br><br>vs.<br><br>GEORGE W. BUSH, *et al*,<br><br>           Respondents. | Misc. No. 08-442<br>No: 05- 2386 (RBW) |

**PETITIONER ABDAL RAZAK ALI'S STATUS REPORT**

**NOW COMES** the Petitioner, Abdal Razak Ali (ISN 685) by and through his attorney H. Candace Gorman, and submits the following status report:

1. Razak Ali is an Algerian national. In early 2002 Ali was visiting when he was picked up and turned over to American forces in return for a bounty. Ali is currently in Camp 4. After meeting with her client on July 15th, 2008 Ali's counsel notified by email the government attorneys, pursuant to Judge Hogan's Order regarding 30 day notices, that Razak Ali's counsel should be given 30 days notice of any proposed transfer. The reason Ali has asked for the notice and intends to fight a transfer back to Algeria is that two men (one of whom was seriously ill and the other with severe psychological problems) have recently been returned to Algeria and face possible terrorism related charges as a result of being classified as "enemy combatants" by the United States, and they face sentences of 10-20 years in prison if found guilty. Algeria is also a country that is

known by our government to torture its prisoners. Razak Ali is more than justifiably afraid of what might happen to him if he is returned to Algeria with the designation of "enemy combatant" and assuming this is his designation he has asked counsel to work to change his wrongful designation so that he can return home and not face imprisonment.

2. Despite representing Ali for more than two years Counsel has received exactlly no information from the government regarding her client, not even a redacted CSRT. She does not know if he was found to be an enemy combatant, if he was subjected to multiple CSRT's like counsel's other client, or if Ali is cleared for release.

3. There are no docket 'clean-up' or identity issue presented in Ali's case. Ali has one appeal pending which is related to counsel's attempt to receive both Ali's redacted and unredacted CSRT records.

4. At the time the District Court stayed the proceedings in the instant case Petitioner Abdal Razak Ali had two issues pending before this Court that still need to be resolved:

    a. The first issue relates to Petitioner's Motion for Factual Return. That motion was filed on December 4th 2006 and is fully briefed (see, docket entries 226, 235, 237, 238, 242, 280,281, 286, 308).

    b. The second issue awaiting a ruling from Petitioner Ali relates to the District Court's Order of September 20, 2006 (docket entry 169) ordering the government to pay the reasonable costs

related to the Government's purposeful interference with counsel's visit with Ali (Show Cause hearing on August 24, 2006, status hearing on September 8 2006). Pursuant to J. Walton's order a Bill of Costs was filed by Petitioners counsel and is fully briefed with a proposed draft order at docket 162. (Documents related to the Bill of Costs can be found at docket entries: 154, 155, 156, 158, 174, 186, 195, 198.) [1]

Dated this 18th day of July, 2008.

                                Respectfully submitted,

                                  /s/ H. Candace Gorman
                              H. Candace Gorman (IL Bar #6184278)
                              Law Office of H. Candace Gorman
                              220 S. Halsted – Suite 200
                              Chicago, IL 60661
                              Tel:  (312) 427-2313
                              Fax: (312) 427-9552

---

[1] The issue regarding the costs is not a priority issue and ruling on that issue should probably be done by Judge Walton who sat at the hearing. This issue can wait until after the Court has had the opportunity to rule on the critical issues of ordering the factual returns and providing petitioner with his long awaited hearing on the merits of his habeas corpus petition.

**CERTIFICATE OF SERVICE**

     I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner Ali's Status Report to be served upon the following persons by virtue of filing the above listed document with the U. S. Department of Justice Litigation Security Section:

        Terry Henry, Esq., Senior Trial Attorney
        Andrew I. Warden, Esq., Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 7144
        Washington, DC  20530

This 18th day of July, 2008.

                                             /s/ H. Candace Gorman
                                                Counsel for Petitioner

Law Office of H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
220 S. Halsted Street -   Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313
Fax: (312) 427-9552