UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY DETAINEE LITIGATION<br>_____<br><br>SAMIR Last Name Unknown, a/k/a MOHAMMED NOOR UTHMAN,<br><br>          Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>          Respondents. | Misc. No. 08-442 (TFH)<br><br><br><br>Civil Action No. 05-CV-2386 (RMU) |

## STATUS REPORT

Pursuant to Judge Hogan's Order dated July 11, 2008, requiring that "by July 18, 2008, the parties shall each file concise reports summarizing the status of each case," counsel for petitioner hereby makes the following representations:

• Counsel for petitioner represents ISN 707, Samir Last Name Unknown, a/k/a Mohammed Noor Uthman ("Mr. Uthman").

• Mr. Uthman is a citizen of Sudan.

• Mr. Uthman has been imprisoned at the United States Naval Base in Guantanamo Bay, Cuba ("GTMO") since March, 2002.

• Mr. Uthman is still imprisoned at GTMO.

- Counsel for Mr. Uthman has not received a redacted factual return.

- Counsel for Mr. Uthman has not received an unredacted factual return.

- Counsel for Mr. Uthman filed a DTA petition on behalf of Mr. Uthman in the United States Court of Appeals for the District of Columbia Circuit ("D.C. Circuit") on March 14, 2008.

- Mr. Uthman's case number before the D.C. Circuit is No. 08-1104.

- Three Motions are currently pending in Mr. Uthman's case before the D.C. Circuit.

- A Motion to Hold in Abeyance or in the Alternative Dismiss Without Prejudice, and an Opposition to that Motion, are pending.

- A Motion to Partially Dismiss for Want of Jurisdiction, Opposition and Reply to that Motion, are pending.

- A Motion to Stay Order to File Certified Index to Record, Opposition and Reply to that Motion, are pending.

- Charges before the Military Commission were sworn against Mr. Uthman on May 23, 2008.

- Counsel for petitioner are currently filing a Notice of Petitioner's Request for 30-Days Notice of Transfer.

- Counsel for petitioner applied for security clearance in April, 2008.

- To date, counsel for petitioner have not received any security clearance, and therefore have been unable to meet with Mr. Uthman in person or review any classified documents regarding Mr. Uthman.

Date:   San Francisco, California
        July 18, 2008

Respectfully submitted,

Counsel for Petitioner:

  /s/ Howard Ross Cabot
Howard Ross Cabot (Pursuant to LCvR 83.2(g))
**PERKINS COIE BROWN & BAIN P.A.**

2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Tel:  (602) 351-8235
Fax:  (602) 648-7135

　　 /s/ James A. Nickovich
　　James A. Nickovich (Pursuant to LCvR 83.2(g))
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California  94111-4131
Tel:  (415) 344-7084
Fax:  (415) 344-7284