PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT
DRAFT 7/18/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY<br>DETAINEE LITIGATION | ) Civ. Action No. 05-2386 (RBW) |

**PETITIONER ABDUL-RAHMAN SULAEIMAN'S STATUS REPORT**

1.  Petitioner Abdul-Rahman Sulaeiman, ISN #223, (also identified as Sulaiman) (hereafter "Abdul-Rahman" or "Petitioner") is a citizen of Yemen who has been imprisoned at Guantanamo Bay for approximately six years. He remains there to this today.

2.  On December 21, 2005, Abdul-Rahman, through counsel, filed a Petition for Writ of *Habeas Corpus* ("the Petition"). Abdul-Rahman does not have any other pending habeas cases. Petitioner is one of roughly thirty petitioners in the case *Mohammon et al., v. Bush*, Case No. 05-2386 (RBW). Each prisoner's case is unique and the facts and circumstances of those cases are varied.

3.  To date, the Government has not provided a factual return in this matter stating why it is holding Petitioner. Additionally, the Government has not provided any classified evidence or information related to the CSRTs or ARBs or the classified transcripts of the CSRTs or ARBS.

4.  Abdul-Rahman has filed two emergency motions that are currently pending. On June 16, 2008, Abdul-Rahman filed an Emergency Motion for a habeas corpus hearing. (*See* Docket Entry No. 449.) In this first Emergency Motion, Abdul-Rahman requested that the Court schedule an evidentiary hearing to determine the lawfulness of Abdul-Rahman's detention and require that (a) Respondents produce evidence justifying Abdul-Rahman's continued imprisonment; (b) Abdul-Rahman's lawyers be permitted to cross examine Respondents'

witnesses, examine any documentary evidence offered or used by Respondents during the hearing, and contest the admissibility and reliability of Respondents' evidence; and (c) Abdul-Rahman be entitled to introduce evidence on his own behalf.

5. In this Emergency Motion, Abdul-Rahman also requested that the Government be ordered to produce materials, including the complete CSRT and ARB records.

6. On June 23, 2008, Respondents filed a Memorandum in opposition to Petitioner's Emergency Motion for a habeas corpus hearing. (*See* Docket Entry No. 453.) Because the Respondents' memorandum failed to raise any substantive reasons to deny Abdul-Rahman's motion, Petitioner determined that a reply was unnecessary. Therefore, this motion is fully briefed and currently pending before the Court.

7. On June 27, 2008 Petitioner and Respondents filed a Joint Status Report identifying all Petitioners in the case of *Mohammon*, *et al. v. Bush*, Case No. 05-2386 (RBW). As to Petitioner Abdul-Rahman, this status report stated the following information: (1) his ISN is #223, (2) he is from Yemen, (3) the Amended Habeas Protective Order has been entered.

8. On June 24, 2008, Abdul-Rahman filed an Emergency Motion for Order to Show Cause requesting that the Court order Respondents to provide in writing within seven days or within a reasonable time all of their reasons for continuing to hold Petitioner at the Guantánamo Bay Naval Station, including and in particular, classified information from Petitioner's CSRT and ARB to be deposited at the secure facility. (*See* Docket Entry No. 466.)

9. On July 7, 2008, Respondents filed a Response to Abdul-Rahman's Emergency Motion to Show Cause. (*See* Docket Entry No. 471.)

10.     On July 9, 2008, Abdul-Rahman filed a Reply in Support of the Motion for Order to Show Cause.  (*See* Docket Entry No. 474.)  This Motion is therefore fully briefed and currently pending before this Court.

WHEREFORE, Petitioner also respectfully requests that (a) this Court grant Petitioner's Emergency Motion and schedule an expeditious habeas corpus hearing and (b) this Court grant Petitioner's Emergency Motion for Order to Show Cause and order that Respondents provide in writing within seven days or on a date certain within a reasonable time their reasons for continuing to hold Petitioner, including provision of the classified CSRT and ARB records.

Date: July 18, 2008                                                          Respectfully submitted,

                                                                  /s/ Thomas P. Sullivan
JENNER & BLOCK LLP
Thomas P. Sullivan
Douglas A. Sondgeroth
330 North Wabash Avenue
Chicago, Illinois 60611
T:  (312) 222-9350
F:  (312) 527-0484

Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I caused the foregoing PETITIONER ABDUL-RAHMAN SULAEIMAN'S STATUS REPORT to be filed and served electronically to counsel of record in the above-captioned matter via the CM/ECF system.

                                                   /s/ Thomas P. Sullivan
                                                   Thomas P. Sullivan