*Approved for Public Filing by the Court Security Office*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------- x
:
IN RE:                                                           :
                                                                 :
GUANTÁNAMO BAY                                                   :   Misc. No. 08-442 (TFH)
DETAINEE LITIGATION                                              :
                                                                 :
                                                                 :
---------------------------------------------------------------- x
                                                                 :
AMER MOHAMMON, *et al.*,                                         :
                                                                 :
                    Petitioners,                                 :
                                                                 :
           v.                                                    :   Civil Action No. 05-2386 (RMU)
                                                                 :
GEORGE W. BUSH, *et al.*,                                        :
                                                                 :
                    Respondents.                                 :
                                                                 :
---------------------------------------------------------------- x

## STATUS REPORT

Petitioners Abdurahman LNU, Edress LNU and Mohammed Ahmed Saeed Hidar ("Petitioners"), by and through their undersigned counsel, respectfully submit this status report pursuant to the Court's July 11, 2008 Scheduling Order:

1.     The parties agree that Petitioners are among the petitioners with habeas claims filed in the above-captioned civil action. The parties agree that Petitioners are: (1) identified as detainees at Guantánamo Bay; (2) who do not have duplicate habeas petitions pending before the District Court; and (3) who have not been released or transferred from Guantánamo Bay.

2.     The parties further agree that Petitioner Abdurahman LNU, a citizen of Yemen, is ISN 441; Petitioner Edress LNU, a citizen of Yemen, is ISN 35; and Petitioner Mohammed Ahmed Saeed Hidar, a citizen of Yemen, is ISN 498.

3.  The habeas protective order has been entered in the above-captioned civil action as to these Petitioners.

4.  Petitioners have not requested 30-days notice of transfer.

5.  Respondents have not provided factual returns, classified or unclassified, for any of these Petitioners. Nor have Respondents indicated whether Petitioners are cleared for transfer or release from Guantánamo Bay.

Date:   New York, New York
        July 18, 2008

Respectfully submitted,

Counsel for Petitioner:

/s/ Pardiss Kebriaei
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499