IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | : Misc. No. 08-442 (TFH)<br>:<br>: Civil Action No. 05-1509 (RMU)<br>: Civil Action No. 05-1602 (RMU)<br>: Civil Action No. 05-1704 (RMU)<br>: Civil Action No. 05-2370 (RMU)<br>: Civil Action No. 05-2386 (RMU)<br>: Civil Action No. 05-2398 (RMU) |

<u>UIGHUR PETITIONERS' NOTICE OF FILING</u>

Uighur Petitioners hereby notify the Court and opposing counsel that counsel has delivered to the custody of the Court Security Officer, Uighur Petitioners' Motion to Use CSRT Records Provided in DTA Action in This Case.

| | |
|---|---|
| Susan Baker Manning<br>D.C. Bar No. 499635<br>BINGHAM McCUTCHEN LLP<br>2020 K Street NW<br>Washington, DC 20006-1806<br>Telephone: (202) 373-6000<br>Facsimile: (202) 373-6001<br><br>Sabin Willett (Pursuant to LCvR 83.2(g))<br>Neil McGaraghan (Pursuant to LCvR 83.2(g))<br>Rheba Rutkowski (Pursuant to LCvR 83.2(g))<br>Jason S. Pinney (Pursuant to LCvR 83.2(g))<br>BINGHAM McCUTCHEN LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 951-8000<br>Facsimile: (617) 951-8736<br><br>*Counsel to Petitioners Abdul Nasser, Abdul Sabour, Abdul Semet, Hammad Memet, Huzaifa Parhat, Jalal Jalaldin, Khalid Ali, Sabir Osman and Edham Mamet*<br><br>Elizabeth P. Gilson (Pursuant to LCvR 83.2(g))<br>383 Orange Street | Respectfully submitted,<br><br>/s/George M. Clarke III<br>George M. Clarke III<br>D.C. Bar No. 480073<br>Miller & Chevalier Chartered<br>655 15th Street, NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 626-1573<br>Facsimile: (703) 598-5121<br><br>*Counsel to Petitioners Ali Mohammad and Thabid*<br><br>Eric A. Tirschwell (Pursuant to LCvR 83.2(g))<br>Michael J. Sternhell (Pursuant to LCvR 83.2(g))<br>Darren LaVerne (Pursuant to LCvR 83.2(g))<br>Seema Saifee (Pursuant to LCvR 83.2(g))<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>J. Wells Dixon (Pursuant to LCvR 83.2(g))<br>CENTER FOR CONSTITUTIONAL RIGHTS |

- 2 -

| | |
|---|---|
| New Haven, Connecticut  06511 <br> Telephone:  (203) 777-4050 <br> Facsimile:  (203) 787-3259 <br><br> J. Wells Dixon (Pursuant to LCvR 83.2(g)) <br> CENTER FOR CONSTITUTIONAL RIGHTS <br> 666 Broadway, 7th Floor <br> New York, New York  10012 <br> Telephone:  (212) 614-6464 <br> Facsimile:  (212) 614-6499 <br><br> *Counsel to Petitioners Bahtiyar Mahnut and Arkin Mahmud* | 666 Broadway, 7th Floor <br> New York, New York  10012 <br> Telephone:  (212) 614-6464 <br> Facsimile:  (212) 614-6499 <br><br> *Counsel to Petitioners Abdul Razakah, Ahmad Tourson, Abdul Ghaffar and Adel Noori* |