CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMER MOHAMMON, ET AL  )
                      )
                      )
        Plaintiff     )
                      )
   v.                 )   Civil Case Number 05-2386(RBW)
                      )
                      )
                      )
GEORGE W. BUSH, ET AL.)   Category   G
                      )
                      )
        Defendants    )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 30, 2008 from Judge Ricardo M. Urbina to Judge Reggie B. Walton by direction of the Calendar Committee.

(Case inadvertently reassigned to Judge Urbina)

          JUDGE ELLEN S. HUVELLE
          Chair, Calendar and Case
          Management Committee

cc:   Judge Urbina & Courtroom Deputy
      Judge Walton & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk