## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED AHMED SAEED HIDAR a.k.a. MOHAMMED AHMED SAID HAIDEL, ISN#498,** ) ) ) ) | |
| *Petitioner,* ) ) | CIVIL ACTION NO. 1:05-cv-02386 (RBW) |
| v. ) ) | **NOTICE OF APPEARANCE** |
| **GEORGE W. BUSH, et al.,** ) ) | |
| *Respondents.* | |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, MOHAMMED AHMED SAEED HIDAR, a.k.a. MOHAMMED AHMED SAID HAIDEL, ISN#498, in this matter.  Service upon counsel may be made to:

> Peter B. Ellis
> Foley Hoag, LLP
> 155 Seaport Blvd.
> Boston, MA 02210-2600
> Tel: 617-832-1120
> Fax: 617-832-7000

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated:  July 28, 2008

Respectfully submitted,

Counsel for Petitioner:

Peter B. Ellis
Mass. BBO#: 153500
Foley Hoag, LLP
155 Seaport Blvd.
Boston, Massachusetts
02210-2600
Tel: 617-832-1120
Fax: 617-832-7000

Attorney for Petitioner
Mohammed Ahmed Saeed
Hidar, a.k.a. Mohammed
Ahmed Said Haidel, ISN#498