**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MOHAMMED AHMED SAEED HIDAR a.k.a. MOHAMMED AHMED SAID HAIDEL, ISN# 498,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>*Respondents.* | CIVIL ACTION NO. 1:05-cv-02386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, MOHAMMED AHMED SAEED HIDAR a.k.a. MOHAMMED AHMED SAID HAIDEL, ISN# 498, as Next Friend of Mohammed Ahmed Saeed Hidar in this matter. Service upon counsel may be made to:

> Usha-Kiran K. Ghia
> Foley Hoag, LLP
> 155 Seaport Blvd.
> Boston, MA 02210-2600
> Tel: 617-832-1183
> Fax: 617-832-7000

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.

1

Dated:  July 31, 2008

Respectfully submitted,

Counsel for Petitioner:

_____

Usha-Kiran K. Ghia
Mass. BBO#: 666711
Foley Hoag, LLP
155 Seaport Blvd.
Boston, Massachusetts
02210-2600
Tel: 617-832-1183
Fax: 617-832-7000

Attorney for Petitioner
Mohammed Ahmed Saeed
Hidar a.k.a. Mohammed
Ahmed Said Haidel, ISN# 498