UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SAEED HIDAR a.k.a. MOHAMMED AHMED SAID HAIDEL, ISN# 498,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents.* | CIVIL ACTION NO. 1:05-cv-02386 (RBW)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner, MOHAMMED AHMED SAEED HIDAR a.k.a. MOHAMMED AHMED SAID HAIDEL, ISN# 498, as Next Friend of Mohammed Ahmed Saeed Hidar in this matter. Service upon counsel may be made to:

>Andrew Loewenstein
>Foley Hoag, LLP
>155 Seaport Blvd.
>Boston, MA 02210-2600
>Tel: 617-832-3015
>Fax: 617-832-7000

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

1

Dated: August 5, 2008

                                                  Respectfully submitted,

                                                  Counsel for Petitioner:

                                                  Andrew Loewenstein
                                                  Mass. BBO#: 648074
                                                  Foley Hoag, LLP
                                                  155 Seaport Blvd.
                                                  Boston, Massachusetts 02210-2600
                                                  Tel: 617-832-3015
                                                  Fax: 617-832-7000

                                                  Attorney for Petitioner
                                                  Mohammed Ahmed Saeed Hidar a.k.a. Mohammed Ahmed Said Haidel, ISN# 498