UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMER MOHAMMON, *et al.*,<br>*(ABDAL RAZAK ALI)*<br><br>         Petitioners,<br><br>vs.<br><br>GEORGE W. BUSH, *et al*,<br><br>         Respondents. | Misc. No. 08-442<br>No: 05- 2386 (RBW) |

**PETITIONER ABDAL RAZAK ALI'S ATTORNEY AUTHORIZATION**


   Now comes Petitioner Abdal Razak Ali by and through his attorney and pursuant to this Court's order submits his Authorization for the Law office of Attorney H. Candace Gorman to represent him. (Ex. A)


   Dated this 7th day of August, 2008.


                              Respectfully submitted,

                              ___/s/ H. Candace Gorman___
                              H. Candace Gorman (IL Bar #6184278)
                              Law Office of H. Candace Gorman
                              220 S. Halsted – Suite 200
                              Chicago, IL 60661
                              Tel:  (312) 427-2313
                              Fax: (312) 427-9552

**CERTIFICATE OF SERVICE**

      I, H. Candace Gorman, certify that I today caused a true and accurate copy of Petitioner Ali's Representation Authorization to be served upon the following persons by virtue of filing the above listed document with under the ECF system:

> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC  20530

This 7th day of August, 2008.

                                              /s/ *H. Candace Gorman*
                                              Counsel for Petitioner

Law Office of H. Candace Gorman
H. Candace Gorman (IL Bar #6184278)
220 S. Halsted Street -   Suite 200
Chicago, IL 60661
Tel:  (312) 427-2313
Fax: (312) 427-9552