Attorney-Detainee Materials

## قرار يتعلق بالتوقيف

بناءً على القسم (Section III.C.2) ٢. ب. ٢ من "الإجراءات المتخذة بمعرفة نفاذ المحامين في القاعدة البحرية الأمريكية في خليج غوانتانامو، كوبا"، يشهد المعتقل الثاني ذكره في هذا الإقرار بأنه بحضور محامي نفاذ أو أي محكم قضائي غير ذلك يتعلق بالنفاذ للمحامي لنا، والذي قدّم طلباً بإبلاغه فورياً بحق المعتقل في تعيين محامٍ بالنيابة عن المعتقل.

في حال سحب المحامي للتمثيل القانوني للمعتقل أو في حال إلغاء هذا التمثيل القضائي على المحامي، أعلم إدارة القاعدة فوراً بذلك القرار بالإخطار في الظرف.

توقيع المحامي                         توقيع المعتقل
[signature]                          [signature]

Law office of Candace Gorman          ABDAL Razak Ali
اسم المحامي باللغة الإنجليزية          اسم المعتقل باللغة الإنجليزية

[Arabic signature]                    [Arabic signature]
اسم المحامي باللغة العربية             اسم المعتقل باللغة العربية (إن لم يكن بالإنجليزية)

                                      التاريخ: 11 – 16 – 06