IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUANTANAMO BAY | ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION | ) | |
| _____ | ) | |
| AMER MOHAMMON , *et al.*, | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| *v.* | ) | Civil No. 05-2386 (RBW) |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On consideration of the motion of Petitioner El Falesteny to reconsider and modify the order holding in abeyance his motion for a preliminary injunction,

IT IS ORDERED that the final paragraph of the Court's July 29, 2008 order (item 210) is modified to delete item 446 in #05-2386 from the abeyance and to direct that respondents file their opposition to said motion by August ___, 2008.

_____
Walton, J.