IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civ. Action Nos.<br><br>04-CV-1164, 04-CV-2022, 04-CV-2046,<br>05-CV-0392, 05-CV-0492, 05-CV-0748,<br>05-CV-0763, 05-CV-0994, 05-CV-0998,<br>05-CV-1124, 05-CV-1189, 05-CV-1234,<br>05-CV-1347, 05-CV-1487, 05-CV-1555,<br>05-CV-1601, 05-CV-1623, 05-CV-1646,<br>05-CV-1704, 05-CV-1983, 05-CV-2185,<br>05-CV-2186, 05-CV-2199, 05-CV-2349,<br>05-CV-2379, 05-CV-2385, 05-CV-2386,<br>06-CV-0618, 06-CV-1690, 07-CV-1710,<br>08-CV-0987, 08-CV-1104, 08-CV-1153,<br>08-CV-1185 |

**NOTICE OF PETITIONER MOHAMMED AHMED SAEED HIDAR'S
REQUEST FOR 30 DAYS' NOTICE OF TRANSFER**

Pursuant to Judge Hogan's Order dated July 10, 2008 and entered on July 11, 2008, requiring that "in cases in which the petitioner requests such notice, the government shall file notice with the Court 30 days prior to any transfer of a petitioner from Guantanamo Bay, Cuba," undersigned counsel for Mohammed Ahmed Saeed Hidar, a/k/a Mohammed Ahmed Said Haidel, ISN #498, a petitioner in *Mohammon et al. v. Bush et al.*, Case No. 05-CV-2386, hereby provide notice to the Court that they have requested such notice of any proposed or planned transfer of said petitioner, by transmitting a written request to that effect, by Federal Express and e-mail, to Andrew I. Warden, Esq. and Judry L. Subar, Esq., counsel for Respondents.

Dated: August 11, 2008

Respectfully submitted,

Counselors for Petitioner:

_____
Peter B. Ellis
Andrew Loewenstein
Usha-Kiran K. Ghia
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Attorneys for Petitioner
Mohammed Ahmed Saeed
Hidar a.k.a. Mohammed
Ahmed Said Haidel, ISN# 498