APPROVED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED OMAR**, *et al.*, | ) |
|     *Petitioners*, | ) Misc. No. 08-442 (TFH) |
| v. | ) Civil Action No. 05-2386 (RBW) |
| **GEORGE W. BUSH**, *et al.*, | ) |
|     *Respondents*. | ) |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby enters his appearance on behalf of Ahmed Omar, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a). Counsel is a member in good standing of the Bar of the District Court for the Northern District of California and the California Supreme Court. Counsel's California Bar Number is 209489. Counsel hereby certifies that Petitioner in this case is indigent and counsel is providing representation without compensation.

Dated:   August 18, 2008

                                                                                   Zachary Katznelson
California Bar Number 209489
22 Tudor Street
London EC4Y 0AY England
011 44 207 353 4640 (phone)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk