IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE ) | |
| LITIGATION ) | Civil Action No. 05-CV-2386 (RBW) |
| ) | |

### ORDER DENYING PETITIONER EL FALESTENY'S MOTION TO RECONSIDER AND MODIFY ORDER HOLDING IN ABEYANCE HIS MOTION FOR A PRELIMINARY INJUNCTION

It is hereby ordered that Petitioner El Falesteny's Motion to Reconsider and Modify Order Holding in Abeyance his Motion for a Preliminary Injunction (dkt. no. 538) is DENIED.

IT IS SO ORDERED.

Dated: _____

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE