IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-2386 (RBW) |
| ABDUL AZIZ NAJI,<br>a/k/a AZIZ ABDUL NAJI,<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents*. | Civil Action No. 05-CV-2386 (RBW) |

### NOTICE OF FILING AUTHORIZATION TO REPRESENT PETITIONER

Pursuant to the July 29, 2008 Order (Hogan, J.), counsel for Petitioner Abdul Aziz Naji hereby submit an Acknowledgement of Representation, attached hereto, certifying and attested to by Petitioner Naji's signature that he is represented by the undersigned counsel.

Respectfully submitted,

Counsel for Petitioner:

*/s/ Ellen Lubell*
Ellen Lubell, Esq.

*/s/ Doris Tennant*
Doris Tennant, Esq.

TENNANT LUBELL, LLC
288 Walnut St., Suite 500
Newton, MA 02460
Tel: (617) 969-9610

Dated: August 26, 2008

J. Wells Dixon
(Pursuant to LCvR83-2(g))
CENTER FOR CONSTUTIONAL RIGHTS
666 Broadway, 7th Fl.
New York, NY 10012
Tel: (212) 614-6439
Fax: (212)614-6499

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served on Respondent's attorney of record via the Court's Electronic Case-Filing System:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

Dated:  August 26, 2008

Naji #744

## ACKNOWLEDGEMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel, who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

_____
Signature of Detainee

_____
Print Name of Detainee in English

ناجي عزيز
Print Name of Detainee in Native Language

Date: _____

_____
Signature of Counsel

Ellen Lubell
Print Name of Counsel in English

Date: 2/1/07