UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

**MOTION TO APPEAR *PRO HAC VICE***

COMES NOW Gordon S. Woodward, Esq., a member in good standing of the bar of this Court, and hereby moves for the admission *pro hac vice* of Stewart Eisenberg for the purpose of representing, as co-counsel, the petitioner Mohammed Abdullah Taha Mattan in this case.

The movant states that he, as well as the visiting attorney, have read the rules of this Court concerning admissions *pro hac vice* and will abide by them. Movant further states that he has conferred with counsel for respondents and understands that respondents intend to take no position with regards to this motion. Respondents do consent to the direct filing of this motion without court security officer clearance.

Dated: September 3, 2008

Respectfully submitted,
Counsel for Petitioner:

 /s/ Gordon S. Woodward
Gordon S. Woodward (No. 452626)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, D.C. 20006-1825
(202) 419-4215
gwoodward@schnader.com

PHDATA 3123630_2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2008, a true and correct copy of the above and foregoing was served via the Court's efiling system, which will send notification of such filing to all counsel of record.

                                                    /s/ Gordon S. Woodward
                                                   Gordon S. Woodward

PHDATA 3123630_2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

## ORDER

Upon consideration of the motion for admission of counsel *pro hac vice*, it is hereby ordered that Stewart Eisenberg is admitted *pro hac vice* for purposes of this case.

IT IS SO ORDERED.

DATED: _____                                    _____
                                                                                              UNITED STATES DISTRICT JUDGE

PHDATA 3123630_2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

### DECLARATION OF STEWART EISENBERG IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Stewart Eisenberg, do hereby make this declaration pursuant to LCvR 83.2(d):

1. My full name is Stewart Eisenberg.

2. I am Of Counsel to the law firm of Weinberg & Garber, P.C., located at 71 King Street, Northampton, Massachusetts 01060. My office phone number is (413) 582-6886.

3. I am a member of the bars of the United States Court of Appeals for the District of Columbia Circuit, Massachusetts, and the United States District Court for the District of Massachusetts.

4. I have not been disciplined by any bar, nor are there currently pending disciplinary actions against me.

5. I have been admitted *pro hac vice* in this Court twice within the last two years, and am currently counsel of record in three cases in this Court.

6. I am a member of the United States Court of Appeals for the District of Columbia Circuit Bar, but do not maintain an office in the District of Columbia.

7. I have read the rules of this Court concerning admissions *pro hac vice* and will abide by them.

8. I will serve in the above-captioned case without compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2008.

                                                  /s/ Stewart Eisenberg
                                                  Stewart Eisenberg