CLEARED BY CSO FOR PUBLIC FILING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED OMAR, ISN 030, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents | Misc. No. 08-442-(TFH) <br><br> Civil Action No. 05-cv-2386 (RBW) |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance on behalf of Ahmed Omar, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a). Counsel is a member (No. 11716) in good standing of the Washington State Bar and of the bar of the United States Court of Appeals for the District of Columbia Circuit.

Counsel hereby certifies that Petitioner Ahmed Omar is indigent and that counsel is providing representation without compensation.

///

///

///

1

**CLEARED BY CSO FOR PUBLIC FILING**

DATED: September 3, 2008.

_____
DAVID S. MARSHALL
Attorney for Petitioner
Washington State Bar No. 11716
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone (206) 826-1400
Fax (206) 389-1708
dmarshall@DavidSMarshall.com