CLEARED BY CSO FOR PUBLIC FILING

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED OMAR,** )<br>　　**Detainee, ISN 030,** )<br>　　**Guantanamo Bay Naval Station** )<br>　　**Guantanamo Bay, Cuba,** *et al.*, )<br>　　　　　　　　　　　　　)<br>　　*Petitioners*, )<br>　　　　　　　　　　　　　)<br>**v.** )<br>　　　　　　　　　　　　　)<br>**GEORGE W. BUSH,** )<br>　　**President of the United States** )<br>　　**The White House** )<br>　　**1600 Pennsylvania Avenue, NW** )<br>　　**Washington, D.C. 20500;** )<br>　　　　　　　　　　　　　)<br>**ROBERT GATES,** )<br>　　**Secretary, United States** )<br>　　**Department of Defense** )<br>　　**1000 Defense Pentagon** )<br>　　**Washington, D.C. 20301-1000;** )<br>　　　　　　　　　　　　　)<br>**Navy Rear Adm. David M. Thomas Jr.,** )<br>　　**Commander, Joint Task Force - GTMO** )<br>　　**JTF-GTMO** )<br>　　**APO AE 09360; and** )<br>　　　　　　　　　　　　　)<br>**Army Col. Bruce Vargo ,** )<br>　　**Commander, Joint Detention** )<br>　　　**Operations Group - JTF-GTMO,** )<br>　　**JTF-GTMO** )<br>　　**APO AE 09360;** )<br>　　　　　　　　　　　　　)<br>　　*Respondents.* )<br>　　　　　　　　　　　　　) | Misc. No. 08-442-(TFH)<br><br>Civil Case No.  05-cv-2386 (RBW) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to,

but not limited to, unauthorized disclosure of classified information, espionage and related

**CLEARED BY CSO FOR PUBLIC FILING**

offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958;

I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.

In consideration for the disclosure of classified information and documents: (1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case. (2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me. (3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *In Re Guantanamo Bay Cases*, and I agree to comply with the provisions thereof.

///

///

///

CLEARED BY CSO FOR PUBLIC FILING

Dated:  September 3, 2008.

Respectfully submitted,

David S. Marshall (Washington Bar No. 11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

CLEARED BY CSO FOR PUBLIC FILING

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned In Re Guantanamo Bay Cases (which includes the captioned cases), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED:   September 3, 2008.                Respectfully submitted,


David S. Marshall (Washington Bar No. 11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

CLEARED BY CSO FOR PUBLIC FILING

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that to the best of his knowledge after reasonable inquiry, the source of funds to pay counsel any fees or reimbursement of expenses are not funded directly or indirectly by persons or entities the counsel believes are connected to terrorism or the product of terrorist activities, including "Specially Designated Global Terrorists," identified pursuant to Exec. Order No. 13,224, 66 Fed. Reg. 49,079 (Sept. 23, 2001) or Exec. Order No. 12,947, 60 Fed. Reg. 5079 (Jan. 23, 1995), and (b) counsel has complied with ABA Model Rule 1.8(f).

DATED:  September 3, 2008.

Respectfully submitted,

David S. Marshall (Washington Bar No. 17716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com