IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-2386 (RBW) |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondent that Petitioners Alkhadr Al Yafie (ISN 034) and Toffiq Al Bihani (ISN 893) in the above-captioned case join in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed in the miscellaneous docket yesterday, September 8, 2008.

Dated September 9, 2008

                                              Respectfully submitted,

                                              /s/ George M. Clarke III
                                              George M. Clarke III
                                              D.C. Bar No. 480073
                                              Miller & Chevalier Chartered
                                              655 15th Street, NW, Suite 900
                                              Washington, DC  20005
                                              Telephone:  (202) 626-1573
                                              Facsimile:  (703) 598-5121

                                              *Counsel to Petitioners Al Yafie and Al Bihani*

893740.1