IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) | Civil Action   No. 05-2386 (RMU) |

### NOTICE OF JOINDER

Undersigned counsel notified the Court and counsel for Respondents that Petitioners Sharkawi Abda Ali Al-Haag (ISN 1457) and Mustafa Abdul Qawi Abdul Aziz Al Shamiri (ISN 434) in the above-captioned case join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," filed September 8, 2008.

Respectfully Submitted,

   /s/ Brian C. Spahn
Brian C. Spahn (Pursuant to LCvR 83.2(g))
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2415
Telephone: (202) 383-0635
Facsimile:  (202) 637-3593

John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Telephone: (404) 853-8000
Facsimile:  (404) 853-8806

* - Lead Counsel

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
james.luh@usdoj.gov


SUTHERLAND ASBILL & BRENNAN LLP
By:     /s/ Brian C. Spahn.
Brian C. Spahn