# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| IN RE: | ) | **Misc. No. 08-442 (TFH)** |
| | ) | |
| **GUANTANAMO BAY DETAINEE** | ) | |
| **LITIGATION** | ) | **Civil Action No. 05-CV-2386 (RBW)** |
| _____ | ) | |

## <u>NOTICE OF JOINDER</u>

Undersigned counsel notifies the Court and counsel for Respondent that Petitioner Abdul Aziz

Naji (ISN 744) in the above-captioned case joins in "Petitioners' Response to Respondents' Mo-

tion for Relief from Scheduling Order," filed in the miscellaneous docket on September 8, 2008.


Dated: September 9, 2008

Respectfully submitted,

<u>/s/ Ellen Lubell</u>
Ellen Lubell, Esq.                          J. Wells Dixon
Doris Tennant, Esq.                         (Pursuant to LCvR83-2(g))
TENNANT LUBELL, LLC                         CENTER FOR CONSTITUTIONAL
288 Walnut St., Suite 500                   RIGHTS
Newton, MA  02460                           666 Broadway, 7th Fl.
Tel: (617) 969-9610                         New York, NY 10012
Fax: (617) 969-9611                         Tel: (212) 614-6439
                                            Fax: (212)614-6499


*Counsel for Petitioner Abdul Aziz Naji*