UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-0442 (TFH)<br><br>Civil Action No. 05-02386 (RBW) |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondents that Petitioner Mohammed Ahmed Saeed Hidar, a/k/a Mohammed Ahmed Said Haidel (ISN #498) in the above-captioned case joins in "Petitioners' Response to Respondent's Motion for Relief from Scheduling Order," filed September 8, 2008 in the Miscellaneous Docket. The Notice of Filing of this forthcoming Response was filed as Misc. Docket Entry #357.

Dated: September 9, 2008

Respectfully submitted,

By: /s/ Kiran Ghia

Peter B. Ellis,
Mass. BBO #153500
Andrew Loewenstein
Mass. BBO #648074
Usha-Kiran K. Ghia
Mass. BBO #666711
Foley Hoag, LLP
155 Seaport Blvd.
Boston, Massachusetts 02210-2600
617.832.1000

## CERTIFICATE OF SERVICE

I, Usha-Kiran K. Ghia, certify that on September 9, 2008, I electronically filed Notice of Joinder in Petitioners' Response to Respondent's Motion for Relief from Scheduling Order, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the Court.

DATED: September 9, 2008

By: _____
Counsel for Petitioner