IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos: 05-CV-2386 (RBW)<br>                        08-CV-1221 (CCK) |

**PETITIONERS' NOTICE OF JOINDER TO "PETITIONER'S RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER"**

Petitioners Shakhrukh Hamiduva (ISN 22), petitioner in Civil Action No. 08-CV-1221 (CCK), and Ali Sher Hamidullah (ISN 455) and Sharaf Ahmad Muhammad Masud a/k/a Sharaf Al Sanani (ISN 170), two of the petitioners in Civil Action No. 05-CV-2386 (RBW), hereby join in and adopt the arguments made in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed September 8, 2008 in Misc. No. 08-442 (TFH) (Docket # 357).

Respectfully submitted this 9th day of September, 2008

    /s/ A. Stephens IV_____
A. Stephens Clay IV
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404)815-6500
Facsimile: (404) 815-6555

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2008, I caused the foregoing Petitioner's Notice of Joinder to Respondents' Motion for Relief from Scheduling Order to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

    /s/ A. Stephens Clay IV_____
A. Stephens Clay IV
KILPATRICK STOCKTON LLP
1100 Peachtree St., Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404)815-6500
Facsimile: (404) 815-6555

*Counsel for Petitioners*

US2000 11021123.1