IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | : | Misc. No. 08-442 (TFH) |
|  | : |  |
|  | : | Civil Action No. 05-2386 (RBW) |
| GUANTANAMO BAY DETAINEE LITIGATION | : |  |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondents that Petitioner, Sanad Al-Kazimi (ISN 1453) in the above-captioned case join in Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed in the miscellaneous docket yesterday, September 8, 2008.

Dated: September 9, 2008

        Respectfully submitted,

        /s/
        _____

        Martha G. Rayner
        N.Y. Bar No. 1423
        International Justice Clinic
        Lincoln Square Legal Services, Inc.
        Fordham University School of Law
        33 West 60th Street, 3rd Floor
        New York, NY 10023
        Telephone: 212-636-6934
        Facsimile: 212-636-6923

        *Counsel to Petitioner Sanad Al-Kazimi*