# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | Civil Action No. 05-2386 (RBW) |

## NOTICE OF JOINDER

Undersigned counsel notifies the Court and counsel for Respondent that Petitioners Walid Ibrahim Mustafa Abu Hijazi a/k/a Mohammed Al Palestini (ISN 049) , Umar Hamzayavich Abdulayev a/k/a Abdullah Bo Omer Hamza Yoyej (ISN 257) and Maasoum Abdah Mouhammad a/k/a Bilal LNU (ISN 330) in the above-captioned case join in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," filed in the miscellaneous docket yesterday, September 8, 2008.

Dated:  September 9, 2008

Respectfully submitted,

**WALID IBRAHIM MUSTAFA ABU HIJAZI, UMAR HAMZAYAVICH ABDULAYEV, and MAASOUM ABDAH MOUHAMMAD,**
*Petitioners*

*/s/ Matthew J. O'Hara*
Lowell E. Sachnoff
Matthew J. O'Hara
Adam R. Chiss
*(Each Pursuant to LCvR 83.2(g))*
Brian C. Lewis (D.C. Bar No. 476851)
**REED SMITH LLP**
10 South Wacker Drive
Chicago, Illinois  60606
(312) 207-1000
mohara@reedsmith.com
*Counsel for Petitioners Abu Hijazi, Abdulayev, and Mouhammad*


Shayana Kadidal  (D.C. Bar No. 454248)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012
*Of Counsel*

**CERTIFICATE OF SERVICE**

    The undersigned states that on September 9, 2008, I electronically filed the foregoing **NOTICE OF JOINDER ON BEHALF OF PETITIONERS, WALID IBRAHIM MUSTAFA ABU HIJAZI, UMAR HAMZAYAVICH ABDULAYEV, AND MAASOUM ABDAH MOUHAMMAD** with the Clerk of the Court *via* the ECF system, which will send notification of such filings to all counsel of record.

    /s/ Matthew J. O'Hara
Matthew J. O'Hara (*Pursuant to LCvR 83.2(g)*)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000
mohara@reedsmith.com

2203061