IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | : Misc. No. 08-442 (TFH)<br>:<br>: Civil Action No. 05-2386 (RBW)<br>:<br>:<br>:<br>:<br>: |

NOTICE OF FILING OF THE DECLARATION OF
<u>GEORGE M. CLARKE III</u>

Undersigned counsel notifies the Court and counsel for Respondent that counsel delivered the Declaration of George M. Clarke III (regarding client authorizations) to the Court Security Officer for filing and service today.

Dated <u>September 9, 2008</u>

                                              Respectfully submitted,

                                              <u>/s/ George M. Clarke III</u>
                                              George M. Clarke III
                                              D.C. Bar No. 480073
                                              Miller & Chevalier Chartered
                                              655 15th Street, NW, Suite 900
                                              Washington, DC  20005
                                              Telephone:  (202) 626-1573
                                              Facsimile:  (703) 598-5121

                                              *Counsel to Petitioners Al Yafie and Al Bihani*

893815.1