# EXHIBIT B

In the Name of God                **UNCLASSIFIED**

3/28/07

Yes, I am Mr. Tawfiq Nasir, I certify and acknowledge that I want Mr. George Clark a lawyer from Baker McKenzie Office to visit me in future

Tawfiq Nasir Awadh Al-Bihani
ISN No: 893

**UNCLASSIFIED**

بسم الله

3/28/07

نعم انا السيد - توفيق ناصر اصرح للسيد جورج كلارك المحامي من مكتب بيكر وماكنزي بالقيام بزيارتي في المستقبل.

**UNCLASSIFIED**

توفيق ناصر عوض البيحاني
رقم - ٨٩٣

TOTAL P.03