NOTICE OF JOINDER IN PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER by Abd al Zaher (Wilson, Richard)