# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY, a/k/a AHMED OMAR, ISN 030, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Misc. No. 08-0442 (TFH)<br><br>Civil Action No. 05-cv-2386 (RBW) |

## MOTION TO AMEND CAPTION TO SHOW PETITIONER'S TRUE NAME (UNOPPOSED)

Petitioner moves to amend the caption to show his true name, Nadir Omar Abdullah Bin Sa'Adoun Alsa'ary, in the caption and for all other purposes in this case.

Upon meeting with petitioner, counsel learned that Nadir Omar Abdullah Bin Sa'Adoun Alsa'Ary is his true name and that Ahmed Omar is not.

Undersigned counsel has conferred with counsel for the respondent, Judry Subar. The government does not oppose this motion.

///

///

///

1

CLEARED BY CSO FOR PUBLIC FILING

Dated: September 11th, 2008.

Respectfully submitted,

Counsel for Petitioner:

*[signature]*

DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

*[signature]* for

Clive A. Stafford Smith (Louisiana Bar No. 14444)
Zachary Katznelson (California Bar No. 209489)
Cori Crider (Member New York Bar)
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
clivess@mac.com
zachary@reprieve.org.uk
cori@reprieve.org.uk