# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY, a/k/a AHMED OMAR, ISN 030, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents | Misc. No. 08-0442 (TFH)<br><br>Civil Action No. 05-cv-2386 (RBW) |

## ORDER AMENDING CAPTION TO SHOW PETITIONER'S TRUE NAME

The Petitioner has moved the court to amend the caption to show his true name and to have his true name used for all other purposes in this case. The government does not oppose the motion.

Accordingly, the court orders the caption amended to read as shown in the caption of this order henceforth and for the petitioner otherwise to be identified as Nadir Omar Abdullah Bin Sa'Adoun Alsa'Ary in this case.

SIGNED this _____ day of September, 2008.

///

///

///

1

_____
Reggie B. Walton
U.S. District Court Judge

Presented by:

_____
DAVID S. MARSHALL (Washington State Bar #11716)
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com