IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY DETAINEE )<br>LITIGATION ) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-2386 (RBW) |
| ABDUL AZIZ NAJI, )<br>a/k/a AZIZ ABDUL NAJI, )<br>         *Petitioner*, )<br>         *v.* )<br>GEORGE W. BUSH, *et al.*, )<br>         *Respondents*. ) | Civil Action No. 05-CV-2386 (RBW) |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION**

Each of the undersigned, having familiarized themselves with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958, understands that she may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

    (1) Each of the undersigned agrees that she shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the above-captioned cases.

    (2) Each of the undersigned agrees that this Memorandum of Understanding and any other non-disclosure agreement signed by her will remain forever binding on her.

    (3) Each of the undersigned has received, read, and understands the Protective

Order entered by the United States District Court for the District of Columbia in the above-captioned cases, and each agrees to comply with the provisions thereof.

## ACKNOWLEDGMENT

Each of the undersigned hereby acknowledges that she has read the Protective Order first entered on September 11, 2008, in the United States District Court for the District of Columbia in the consolidated cases captioned In re Guantanamo Bay Detainee Litigation, No. 08-mc-0442, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Counsel for Petitioner:

_____
Ellen Lubell, Esq.

_____
Doris Tennant, Esq.

**TENNANT LUBELL, LLC**
288 Walnut St., Suite 500
Newton, MA  02460
Tel: (617) 969-9610
Fax: (617) 969-9611

Dated: September 15, 2008

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on Respondent's attorney of record via the Court's Electronic Case-Filing System:

Mr. Terry Henry
US DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20529-0001

*[signature]*

Dated: September 15, 2008