# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: GUANTANAMO BAY** ) | |
| **DETAINEE LITIGATION** ) | Misc. No. 8-442 (TFH) |
| ) | |
| **and** ) | |
| ) | |
| **MOHAMMON,** *et al.* ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| *v.* ) | Civil Action No. 05-2386 |
| ) | |
| **GEORGE W. BUSH,** *et al.*, ) | |
| ) | |
| *Respondents*. ) | |
| ) | |

## PETITIONER MUSTAFA ABDUL QAWI ABDUL AZIZ AL SHAMIRI'S (ISN 434) NOTICE OF VOLUNTARY DISMISSAL

Petitioner Mustafa Abdul Qawi Abdul Aziz Al Shamiri (ISN 434), individually, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby voluntarily dismisses his petition for habeas corpus without prejudice.

Respectfully submitted,
Counsel for Petitioners:

   /s/ John A. Chandler
John A. Chandler (Pursuant to LCvR 83.2(g))*
Elizabeth V. Tanis (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Telephone: (404) 853-8000
Facsimile:  (404) 853-8806
* - Lead Counsel

                                        Richard G. Murphy, Jr. (D.C. Bar No. 472769)
                                        Brian C. Spahn (Pursuant to LCvR 83.2(g))
                                        SUTHERLAND ASBILL & BRENNAN LLP
                                        1275 Pennsylvania Avenue, N.W.
                                        Washington, D.C.  20004-2415
                                        Telephone: (202) 383-0635
                                        Facsimile:  (202) 637-3593

October 30, 2008
Washington, DC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Terry Marcus Henry
terry.henry@usdoj.gov

Andrew I. Warden
andrew.warden@usdoj.gov

Judry Laeb Subar
judry.subar@usdoj.gov

James C. Luh
james.luh@usdoj.gov


SUTHERLAND ASBILL & BRENNAN LLP
By:    /s/ John A. Chandler
John A. Chandler