# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAYF BIN ABDULLAH, )<br>)<br>NADIR OMAR ABDULLAH )<br>   BIN SA'ADOUN ALSA'ARY, )<br>)<br>        Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>        Respondents. )<br>) | Civ. No. 05-cv-2386 (RBW) |

**NOTICE OF JOINDER IN PETITIONERS' JOINT MOTION TO LIFT STAY WITH RESPECT TO PETITIONERS' RESPONSE TO THE GOVERNMENT'S "STATEMENT OF LEGAL JUSTIFICATION FOR DETENTION"**

Petitioners Sayf Bin Abdullah and Nadir Omar Abdullah Bin Sa'adoun Alsa'ary hereby join Petitioners' Joint Motion to Lift Stay with Respect to Petitioners' Response to the Government's "Statement of Legal Justification for Detention," Dkt. No. 717.

Dated: November 26, 2008

Respectfully Submitted,

_____
Zachary Katznelson
California Bar No. 209489
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

*Counsel for Petitioners*