UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAHMAN ABDOU ABOU AL-GHAITH SULEIMAN, *et al.*,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>Respondents. | Civil Action No. 05-2386 (RBW) |

## NOTICE OF FILING MOTION IN LIMINE

NOTICE is hereby given that, pursuant to the Court's order, Respondents have filed a motion *in limine* with the Court Security Office.

Dated: April 20, 2010         Respectfully submitted,

                                            TONY WEST
                                            Assistant Attorney General

                                            JOSEPH H. HUNT
                                            Branch Director

                                            TERRY M. HENRY
                                            JAMES J. GILLIGAN
                                            Assistant Branch Director


                                            /s/ Sean W. O'Donnell
                                            ANDREW I. WARDEN
                                            NANCY N. SAFAVI
                                            SEAN W. O'DONNELL
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue N.W.
                                            Washington, DC  20530
                                            Tel:  (202) 305-4880
                                            FAX:  (202) 616-8470

- 2 -

Sean.O'Donnell@usdoj.gov

*Attorneys for Respondents*

Sean.O'Donnell@usdoj.gov

*Attorneys for Respondents*