# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                             )
ABD AL RATHMAN ABDU ABU AL    )
GHAYTH SULAYMAN (ISN 690),      )
                                             )
              Petitioner,        )
                                             )
    v.                            )    Civil Action No. 05-2386 (RBW)
                                           )
BARACK OBAMA,               )
President of the United States, et al.,  )
                                           )
              Respondents.   )
_____)

## ORDER

The Court having considered the parties' Joint Pre-Trial Statement, and to ensure the prompt resolution at the pre-hearing conference of any issues concerning the ability of the Court to compel the testimony of detainees presently situated at the Guantanamo Bay Naval Base, it is

**ORDERED** that, prior to the pre-hearing conference, the petitioner shall contact counsel for those detainees that he desires to have testify at the merits hearing to determine whether there are any objections to the detainees' participation at the hearing.

**SO ORDERED** this 20th day of April, 2010.

                                                        REGGIE B. WALTON
                                                        United States District Judge