# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIL AHMED SAEED, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK H. OBAMA, )<br>President of the United States, et al., )<br>)<br>Respondents. ) | Civil Action No. 05-2386 (RBW) |

## ORDER

The Court having considered the government's Unopposed Motion to Hold Petitioner's Supplemental Motion for Expedited Judgment in Abeyance, and it appearing to the Court that there is good cause to grant the relief requested therein based upon the consent of the petitioner as represented to the Court by the government, it is

**ORDERED** that the government's motion is **GRANTED**. It is further

**ORDERED** that the petitioner's motion for expedited judgment is **HELD IN ABEYANCE** until further order from the Court. It is further

**ORDERED** that the petitioner's remaining counsel of record, Shayana Devendra Kadidal of the Center for Constitutional Rights (the "Center"), shall submit a status report to the Court on or before March 24, 2011, apprising the Court (1) of the efforts that have been made to locate new principal counsel to represent the petitioner in this matter, and (2) whether remaining counsel believes that new counsel will be identified by the Center within a reasonable time period from the date of the status report, or whether it is necessary for the Court to appoint counsel for the petitioner.

**SO ORDERED** this 15th day of March, 2011.

REGGIE B. WALTON
United States District Judge