UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMIL AHMED SAEED,

*Petitioner,*

v.

BARACK H. OBAMA,
President of the United States, *et al.*,

*Respondents.*

Civil Action No. 05-2386 (RBW)

ORDER

It is hereby **ORDERED** that new counsel be appointed for the Petitioner. The case is referred to the Federal Public Defender for the District of Columbia to obtain a federal defender office to represent the Petitioner. Upon administrative approval, that office shall enter a notice of appearance on Petitioner's behalf. Effective upon the entry of that notice of appearance, the Center for Constitutional Rights shall withdraw as Petitioner's counsel.

**SO ORDERED** this 28th day of March, 2011.

HON. REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE