# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>BARACK H. OBAMA,  )<br>President of the United States of America,  )<br>et al.,  )<br>  )<br>Respondents.  )<br>  ) | Civil Action No. 05-2386 (RBW) |

## ORDER

In accordance with the oral ruling issued by the Court at the conclusion of the motions hearing held on this same date, it is

**ORDERED** that the petitioner's motion for an order requiring, under certain circumstances, that the government provide him with thirty-days advance notice of a decision to transfer him from the Guantanamo Bay Naval Station is **DENIED**.

**SO ORDERED** this 19th day of August, 2011.

REGGIE B. WALTON
United States District Judge