**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), <br> ABDU LATIF NASSER (ISN 244), <br> SHARQAWI AL HAJJ (ISN 1457), <br> SANAD AL KAZIMI (ISN 1453), <br> SUHAIL SHARABI (ISN 569), <br> HANI SALEH RASHID ABDULLAH (ISN 841), <br> ABDUL RABBANI (ISN 1460), <br> AHMED RABBANI (ISN 1461), <br> ABDUL RAZAK (ISN 685), <br> ABDUL MALIK (ISN 10025), <br> ABU ZUBAYDAH (ISN 10016), <br><br> Petitioners, <br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Respondents. | CASE NOS. <br><br> 04-cv-1194 (TFH) (ISN 569) <br> 05-cv-23 (UNA) (ISN 841) <br> 05-cv-764 (CKK) (ISN 244) <br> 05-cv-1607 (RCL) (ISNs 1460, 1461) <br> 05-cv-2386 (RBW) (ISNs 893, 1453) <br> 08-cv-1360 (EGS) (ISN 10016) <br> 08-cv-1440 (CKK) (ISN 10025) <br> 09-cv-745 (RCL) (ISN 1457) <br> 10-cv-1020 (RJL) (ISN 685) |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE MUSLIM, FAITH-BASED, AND CIVIL RIGHTS COMMUNITY ORGANIZATIONS IN SUPPORT OF PETITIONERS' MOTION FOR ORDER GRANTING WRIT OF HABEAS CORPUS**

Pursuant to Local Rule 7(o), Muslim Advocates and amici curiae Muslim, faith-based, and civil rights community organizations respectfully move for leave to file the accompanying amicus brief in support of Plaintiffs' motion for a preliminary injunction. The parties have consented to the filing of the associated amicus brief. A proposed order is attached hereto.

**INTEREST OF AMICI**

Muslim Advocates, a national legal advocacy and educational organization, works on the frontlines of civil rights to guarantee freedom and justice for Americans of all faiths. The issues at stake in this case directly relate to Muslim Advocates' work fighting institutional discrimination

1

against the American Muslim community and its extensive work assisting individuals who are impacted by discriminatory policies and acts.

Asian Americans Advancing Justice ("AAJC") is a national nonprofit organization working to advance and protect civil and human rights for Asian Americans and to build and promote a fair and equitable society for all. AAJC is one of the nation's leading experts on issues of importance to the Asian American community, including immigration and immigrants' rights. AAJC works to promote justice and bring national and local constituencies together through community outreach, public policy advocacy, and litigation.

The Asian American Legal Defense and Education Fund (AALDEF), founded in 1974, is a national organization that protects and promotes the civil rights of Asian Americans. By combining litigation, advocacy, education, and organizing, AALDEF works with Asian American communities across the country to secure human rights for all. The issues of discriminatory treatment of Muslims presented in this case are at the heart of AALDEF's mission.

The American-Arab Anti-Discrimination Committee ("ADC") is a nonprofit, grassroots civil rights organization committed to defending the rights of people of Arab descent and promoting their rich cultural heritage. Founded in 1980 by U.S. Senator James Abourezk, ADC is non-sectarian and non-partisan. With members from all fifty states and chapters nationwide, ADC is the largest Arab-American grassroots organization in the United States. ADC protects the Arab-American and immigrant community against discrimination, racism, and stereotyping, and it vigorously advocates for immigrant rights and civil rights.

The Capital Area Muslim Bar Association ("CAMBA") is a voluntary bar association with a diverse membership. CAMBA's mission includes fostering a sense of fellowship amongst diverse Muslim legal professionals and amplifying our collective voice to impact legal issues

affecting the Muslim community. CAMBA's objectives include addressing legal issues affecting the community at large and their related impact on the Muslim American community, and educating and advocating for constitutional, civil, and human rights for all persons.

The Council on American-Islamic Relations-National ("CAIR") is the United States' largest Muslim civil liberties and advocacy organization. Its mission is to enhance the understanding of Islam, encourage dialogue, protect civil liberties, empower American Muslims, and build coalitions that promote justice and mutual understanding. For years, CAIR has advocated against indefinite detention and for the rule of law at Guantánamo Bay.

The Muslim Bar Association of New York ("MuBANY") is one of the nation's largest and most active professional associations for Muslim lawyers. MuBANY strongly condemns and opposes President Trump's determination to halt the release of any of Guantánamo's Muslim detainees, regardless of their individualized circumstances. As a minority bar association, we take pride in our nation's constitutional freedoms, which are sadly at high risk in current times. The government's actions undermine our country's position as a global leader and erode the constitutional values that make America great.

Muslim Justice League ("MJL") is an independent nonprofit organization advocating for the protection of human and civil rights that are threatened under national security pretexts, through community education and organizing, and legal and policy advocacy. This case is of great concern to MJL as it touches directly on the use of counterterrorism justifications to erode fundamental rights and constitutional safeguards.

The Muslim Public Affairs Council (MPAC) was founded in 1988 and is a national public affairs nonprofit organization working to promote and strengthen American pluralism by increasing understanding and improving policies that impact American Muslims. MPAC supports

the right to free belief and expression for people of all faiths or no faith, holds that compulsion of any religion is antithetical to our values, and supports policies that keep affairs of the state separate from the influence of religious ideologies.

The New Jersey Muslim Lawyers Association ("NJMLA") is one of many active professional associations for Muslim lawyers in the country. NJMLA condemns President Trump's refusal to individually consider the circumstances of Guantánamo's Muslim detainees and evaluate them for release or transfer. We find that the government's actions in Guantanamo jeopardize the constitutional rights that are central to our nation.

The Revolutionary Love Project, an initiative formed in 2016 in response to the rise of nationalism and hate crimes in the U.S., equips people to practice love as a public ethic through social action. The issues at stake in this case relate to our work fighting discriminatory policies, racism, and bigotry against Muslim, Sikh, and Arab Americans.

T'ruah: The Rabbinic Call for Human Rights brings together rabbis and cantors from all streams of Judaism with all members of the Jewish community to act on the Jewish imperative to respect and advance the human rights of all people. T'ruah trains and mobilizes a network of 1,800 rabbis and cantors and their communities to bring Jewish values to life through strategic and meaningful action. As members of a religious minority, T'ruah supports this brief because it believes the government's position will propound religious discrimination

Amici Muslim, faith-based, and civil rights community organizations write to highlight how President Trump's statements and actions reflect a deep-seated antipathy towards Islam and Muslims suspected of terrorism. This ideology is inextricably intertwined with his policy determination to not release the remaining Guantánamo Muslim detainees regardless of their

4

individualized circumstances. Accordingly, Amici support Petitioners' claims that their detentions are driven by an impermissible purpose and that their writs of habeas corpus should be granted

## ARGUMENT

This Court has broad discretion to permit a non-party to participate in an action as an amicus curiae. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Courts generally allow amicus briefs from non-parties when "the information offered is timely and useful." *Ellsworth Assocs. v. U.S.*, 917 F. Supp. 841, 846 (D.D.C. 1996) and "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Youming Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (citing *Ryan v. Commodity Futures Trading Comm'n*, 125 F. 3d 1062, 1064 (7th Cir. 1997). The Court has granted amicus status to non-profit organizations, when those organizations had "a special interest in [the] litigation as well as a familiarity and knowledge of the issues raised therein that could aid in the resolution of [the] case." *Ellsworth Assocs.*, 917 F. Supp. at 846.

Amici's submission to the court is timely, following Petitioners' brief within eleven days and would not unduly delay disposition of this case nor disrupt proceedings. *Id.* Amici are non-profit organizations with a special interest and expertise in anti-Muslim animus—both historically and with regard to the present administration. *Id.* As such, their participation as amici curiae is appropriate in this matter in which the Court will consider issues related to this Administration's treatment of Guantánamo's Muslim detainees and will offer this court a unique perspective that the parties' lawyers cannot provide. *Youming*, 557 F. Supp. 2d at 137.

\*\*\*

Accordingly, Amici respectfully request leave to file the accompanying brief as amici curiae in support of Petitioners' motion for order granting writ of habeas corpus.

Respectfully submitted,

DATED this 22nd day of January, 2018.

/s/Sirine Shebaya
Johnathan J. Smith (D.C. Bar No. 1029373)
Sirine Shebaya (D.C. Bar No. 1019748)
Nimra H. Azmi*°
MUSLIM ADVOCATES
P.O. Box 66408
Washington, D.C. 20035
(202) 897-2622
johnathan@muslimadvocates.org
sirine@muslimadvocates.org
nimra@muslimadvocates.org

Amir H. Ali (D.C. Bar No. 1019681)
Roderick & Solange MacArthur Justice Center
718 7th Street N.W.
Washington, D.C. 20001
(205) 869-3434
amir.ali@macarthurjustice.org

*Counsel for Amici*

\*Application for *pro hac vice* admission forthcoming
°Admitted in New York only; supervised by members of the D.C. Bar

## CERTIFICATE OF SERVICE

I hereby certify that on this January 22, 2018, the foregoing Motion for Leave to File Brief of Amici Curiae Muslim, Faith-Based, and Civil Rights Community Organizations was electronically filed in the United States District Court for the District of Columbia via CM/ECF and delivered to parties or their counsel of record through the CM/ECF system.

/s/Sirine Shebaya
Sirine Shebaya (D.C. Bar No. 1019748)
MUSLIM ADVOCATES
P.O. Box 66408
Washington, DC 20035
(202) 897-2622
sirine@muslimadvocates.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), <br> ABDU LATIF NASSER (ISN 244), <br> SHARQAWI AL HAJJ (ISN 1457), <br> SANAD AL KAZIMI (ISN 1453), <br> SUHAIL SHARABI (ISN 569), <br> HANI SALEH RASHID ABDULLAH (ISN 841), <br> ABDUL RABBANI (ISN 1460), <br> AHMED RABBANI (ISN 1461), <br> ABDUL RAZAK (ISN 685), <br> ABDUL MALIK (ISN 10025), <br> ABU ZUBAYDAH (ISN 10016), <br><br>                 Petitioners, <br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>                 Respondents. | CASE NOS. <br><br> 04-cv-1194 (TFH) (ISN 569) <br> 05-cv-23 (UNA) (ISN 841) <br> 05-cv-764 (CKK) (ISN 244) <br> 05-cv-1607 (RCL) (ISNs 1460, 1461) <br> 05-cv-2386 (RBW) (ISNs 893, 1453) <br> 08-cv-1360 (EGS) (ISN 10016) <br> 08-cv-1440 (CKK) (ISN 10025) <br> 09-cv-745 (RCL) (ISN 1457) <br> 10-cv-1020 (RJL) (ISN 685) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE MUSLIM, FAITH-BASED, AND CIVIL RIGHTS COMMUNITY ORGANIZATIONS IN SUPPORT OF PETITIONERS' MOTION FOR ORDER GRANTING WRIT OF HABEAS CORPUS**

THIS MATTER came before the Court on the motion of Muslim Advocates, *et al.* for leave to file a brief as amici curiae in support of Petitioners' motion for order granting writ habeas corpus.

The Court, having considered the motion and any opposition, HEREBY ORDERS that the motion for leave to file a brief as amici curiae is GRANTED.

DATED this _____ day of _____, 2018

_____

Presented by:

/s/Sirine Shebaya_____

| | |
|---|---|
| Johnathan Smith (D.C. Bar No. 1029373) | Amir H. Ali (D.C. Bar No. 1019681) |
| Sirine Shebaya (D.C. Bar No. 1019748) | RODERICK & SOLANGE MACARTHUR |
| Nimra H. Azmi\*° | JUSTICE CENTER |
| MUSLIM ADVOCATES | 718 7th Street NW |
| P.O. Box 66408 | Washington, DC 20001 |
| Washington, DC 20035 | (205) 869-3434 |
| (202) 897-2622 | amir.ali@macarthurjustice.org |
| johnathan@muslimadvocates.org | |
| sirine@muslimadvocates.org | |
| nimra@muslimadvocates.org | |

*Counsel for Amici*

\*Application for *pro hac vice* admission forthcoming
°Admitted in New York only; supervised by members of the D.C. Bar