AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893),<br>ABDU LATIF NASSER (ISN 244),<br>SHARQAWI AL HAJJ (ISN 1457),<br>SANAD AL KAZIMI (ISN 1453),<br>SUHAIL SHARABI (ISN 569),<br>HANI SALEH RASHID ABDULLAH (ISN 841),<br>ABDUL RABBANI (ISN 1460),<br>AHMED RABBANI (ISN 1461),<br>ABDUL RAZAK (ISN 685),<br>ABDUL MALIK (ISN 10025),<br>ABU ZUBAYDAH (ISN 10016),<br><br>                Petitioners,<br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                Respondents. | CASE NOS.<br><br>04-cv-1194 (TFH) (ISN 569)<br>05-cv-23 (UNA) (ISN 841)<br>05-cv-764 (CKK) (ISN 244)<br>05-cv-1607 (RCL) (ISNs 1460, 1461)<br>05-cv-2386 (RBW) (ISNs 893, 1453)<br>08-cv-1360 (EGS) (ISN 10016)<br>08-cv-1440 (CKK) (ISN 10025)<br>09-cv-745 (RCL) (ISN 1457)<br>10-cv-1020 (RJL) (ISN 685) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici curiae Muslim, faith-based, and civil rights community organizations  .

Date:    January 25, 2018                                                      /s/ Sirine Shebaya
                                                                                          *Attorney's signature*

                                                                       Sirine Shebaya, DC Bar #1019748
                                                                       *Printed name and bar number*

                                                                       P.O. Box 66408
                                                                       Washington, D.C. 20035
                                                                                   *Address*

sirine@muslimadvocates.org
*E-mail address*

202-897-2622
*Telephone number*

202-508-1007
*FAX number*