UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), | Case Nos. |
| ABDU LATIF NASSER (ISN 244), | 04-cv-1194 (UNA) (ISN 569) |
| SHARQAWI AL HAJJ (ISN 1457), | 05-cv-764 (CKK) (ISN 244) |
| SANAD AL KAZIMI (ISN 1453), | 05-cv-1607 (RCL) (ISNs 1460, 1461) |
| SUHAIL AL SHARABI (ISN 569), | 05-cv-2386 (RBW) (ISNs 893, 1453) |
| ABDUL RABBANI (ISN 1460), | 08-cv-1440 (CKK) (ISN 10025) |
| AHMED RABBANI (ISN 1461), | 09-cv-745 (RCL) (ISN 1457) |
| ABDUL MALIK (ISN 10025), | |
| Petitioners, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Respondents. | |

**PETITIONERS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

Petitioners, by and through their counsel, respectfully submit this response to the government's Notice of Supplemental Authority concerning the opinion of the Court of Appeals in Al-Alwi v. Trump, No. 17-5067, slip. op. (D.C. Cir. Aug. 7, 2018). Al-Alwi does not address the majority of the arguments Petitioners advance, nor does it in any way foreclose the relief required for the Petitioners who have been cleared for release and therefore subject to limitless detention without purpose.

Specifically, in their motion, Petitioners argue that the 2001 Authorization for Use of Military Force ("AUMF") no longer authorizes their continuing detention for three independent reasons: (1) the plain terms of the AUMF's grant of "necessary and appropriate" force do not permit indefinite, unreviewable detention of the sort Petitioners now endure, particularly given the Administration's actions to foreclose any further releases from Guantanamo and its proposed end-of-hostilities trigger, which turns on its untestable and self-serving—and never-to-happen—determination that Al Qaeda has "unconditionally surrendered," Petrs' Mot. at 30-31; (2) the laws of war, which inform the AUMF, do not permit perpetual detention unmoored to the only legitimate purpose of wartime detention—to prevent return to the battlefield—which is particularly obvious in the case of Petitioners cleared for release, *id*. at 31-32; and (3) any law-of-war authority for Petitioners' detention has by now unraveled, 16 years after their capture and where the practical circumstances surrounding the conflict are nothing like those that informed the development of the laws of war, or those at the time the Court in *Hamdi v. Rumsfeld*, 542 U.S. 507 (2004), authorized limited wartime detention. *Id*. 34-37.

In Al-Alwi, the petitioner raised and the Court of Appeals addressed only the last of these three arguments, concerning the unraveling of detention authority, concluding that the transformation of the nature of the conflict in a variety of technical ways did not defeat the government's detention authority. Slip. op. at 5-8. The Court's opinion does not deal with Petitioners' other arguments, or by any means dispose of the question whether Petitioners' probable lifetime detention, disconnected under the AUMF, is lawful.

In particular, Al-Alwi does not address Petitioners' argument that they will remain in Guantanamo not because of any plausible threat of return to the battlefield requiring the extreme deprivation they suffer, but rather because of a demonstrated policy not to transfer any remaining

detainee.  Nor does Al Alwi or the government grapple with the known reality of transfers from Guantanamo, which are elaborately constructed to address any risk of return to the battlefield by ensuring transfers to long-term rehabilitation programs or pursuant to other carefully-negotiated security arrangements.  As Petitioners have repeatedly stressed, without meaningful response from the government, the starkest evidence of the arbitrariness of Petitioners' indefinite detention is the ongoing detention of Petitioners Toufiq Al-Bihani and Abdu Latif Nasser, among other cleared detainees who remain at Guantanamo, and the apparent lack of any steps over the past year and half to effectuate the government's own decision recommending their transfer, not to mention the dismantling of government offices to facilitate detainee transfers.  Al-Alwi does not speak to the question whether the indefinite detention of these cleared Petitioners in particular serves a legitimate purpose under the AUMF, when the government has effectively conceded that there is no reason to continue to detain them.  At a minimum, the Court should grant the writ as to these two Petitioners.

Lastly, as the government notes, Al-Alwi does not affect Petitioners' arguments under the Due Process Clause.  Al-Alwi, slip. op. at 12.  Nor does it involve Petitioners' final argument about the critical role of habeas as a check on arbitrary executive power, and the court's broad equitable authority to fashion relief for Petitioners.  Petrs.' Mot. at 37-40.

Dated: New York, New York　　　　　　Respectfully submitted,
　　　　August 13, 2018

　　　　　　　　　　　　　　　　　　　　/s/ Shelby Sullivan-Bennis
　　　　　　　　　　　　　　　　　　　　Shelby Sullivan-Bennis, NY Bar No. 5364278
　　　　　　　　　　　　　　　　　　　　REPRIEVE U.S.
　　　　　　　　　　　　　　　　　　　　405 Lexington Ave., Fl. 64
　　　　　　　　　　　　　　　　　　　　New York, NY 10174
　　　　　　　　　　　　　　　　　　　　(401) 835-4214
　　　　　　　　　　　　　　　　　　　　shelby.sullivan-bennis@reprieve.org

George M. Clarke III, DC Bar No. 480073
815 Connecticut Avenue, N.W.
Washington, DC 20006
Phone: (202) 835-6184
Fax: (202) 416-7184
Email: george.clarke@bakermckenzie.com

*Counsel for Petitioner Tofiq Nasser Awad Al Bihani (ISN 893), Case No. 05-cv-2386 (RBW)*

/s/ Thomas A. Durkin
Thomas Anthony Durkin (IL. Bar No. 697966)
Robin V. Waters (IL. Bar No. 6317340)
DURKIN & ROBERTS
2446 N. Clark St.
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com
rwaters@durkinroberts.com

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

REPRIEVE U.S.
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave., Fl. 64
New York, NY 10174
(401) 835-4214
shelby.sullivan-bennis@reprieve.org

*Counsel for Petitioner Abdul Latif Mohammed Nasser (ISN 244), Case No. 05-cv-764 (CKK)*

/s/ Pardiss Kebriaei
Baher Azmy (Pursuant to LCvR 83.2(g))
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
Shayana D. Kadidal (D.D.C. Bar No. 454248)
Omar A. Farah (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor

New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499
pkebriaei@ccrjustice.org
bazmy@ccrjustice.org
skadidal@ccrjustice.org
wdixon@ccrjustice.org
ofarah@ccrjustice.org

*Counsel for Petitioner Sharqawi Abdu Ali Al-Hajj (ISN 1457), Case No. 09-cv-745 (RCL)*

/s/ Martha Rayner
Martha Rayner
Clinical Associate Professor of Law
Fordham University School of Law
150 West 62nd Street, 9th Floor
New York, New York 10023
mrayner@lsls.fordham.edu
212-636-6941

*Counsel for Petitioner Sanad Ali Yislam Al-Kazimi (ISN 1453), Case No. 05-cv-2386 (RBW)*

/s/ Mari Newman
Darold W. Killmer
Mari Newman
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street
Suite 400
Denver, CO 80202
(303) 571-1000
Fax: (303) 571-1001
dkillmer@killmerlane.com
mnewman@killmerlane.com

*Counsel for Petitioner Suhail Abdu Anam Sharabi (ISN 569), Case No. 04-cv-1194 (UNA)*

/s/ Agnieszka M. Fryszman
John R. Holland
Anna Holland Edwards
Erica T. Grossman
HOLLAND, HOLLAND EDWARDS & GROSSMAN, P.C.
1437 High Street

Denver, CO 80218
Tel: (303) 860-1331
john@hheglaw.com
anna@hheglaw.com
erica@hheglaw.com

Agnieszka M. Fryszman, DC Bar No. 459208
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com

*Counsel for Petitioner Abdul Raheem Rabbani (ISN 1460), Case No. 05-cv-1607 (RCL)*

/s/ Shelby Sullivan-Bennis
Shelby Sullivan-Bennis, NY Bar No. 5364278
REPRIEVE U.S.
405 Lexington Ave., Fl. 64
New York, NY 10174
(401) 835-4214
shelby.sullivan-bennis@reprieve.org

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

*Counsel for Petitioner Ahmed Ghulam Rabbani (ISN 1461), Case No. 05-cv-1607 (RCL)*

/s/ Darin Thompson
Darin Thompson
Assistant Federal Public Defender
Office of the Federal Public Defender
Skylight Office Tower, Ste 750
1660 W. 2nd St., NW
Cleveland, Ohio 44113
(216) 522-4856
Fax: (216) 522-4321

REPRIEVE
Clive Stafford Smith, LA Bar No. 14444
PO Box 72054
London EC3P 3BZ
United Kingdom
Telephone: +44 207 553 8140
E-mail: clive@reprieve.org.uk

REPRIEVE U.S.
Shelby Sullivan-Bennis, NY Bar No. 5364278
405 Lexington Ave., Fl. 64
New York, NY 10174
(401) 835-4214
shelby.sullivan-bennis@reprieve.org

*Counsel for Petitioner Mohammed Abdulmalik (ISN 10025), Case No. 08-cv-1440 (CKK)*