# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-2386 (RBW) |
| JOSEPH R. BIDEN, et al., ) | |
| Respondents. ) | |

## ORDER

Upon consideration of the Petitioner's Motion for Status Conference, ECF No. 2111, and the government's confidential representations, it is hereby

**ORDERED** that the Petitioner's Motion for Status Conference, ECF No. 2111, is **DENIED WITHOUT PREJUDICE**, subject to renewal in 90 days if the petitioner's status has not changed.

**SO ORDERED** this 23rd day of October, 2023.

REGGIE B. WALTON
United States District Judge