# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOSEPH R. BIDEN, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-2386 (RBW) |

## ORDER

The Court requiring additional information before resolving the Petitioner's Sealed Motion for Judgment, ECF No. 2119, it is hereby

**ORDERED** that the respondents shall file an opposition to the petitioner's motion on or before December 29, 2023. It is further

**ORDERED** that the petitioner shall file a reply in support of his motion on or before January 5, 2024.[1]

**SO ORDERED** this 14th day of December, 2023.

_____
REGGIE B. WALTON
United States District Judge

---

[1] As indicated in the Court's October 23, 2023 Order, the Petitioner's Motion for Status Conference will be "subject to renewal on [January 22, 2024] if the petitioner's status has not changed." Order at 1 (Oct. 23, 2023), ECF No. 2118.