UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANAD ALI YISLAM AL-KAZIMI         )
                                    )
            Petitioner,             )
                                    )
    v.                              )   Civil Action No. 05-2386 (RBW)
                                    )
JOSEPH R. BIDEN, et al.,            )
                                    )
            Respondents.            )

## ORDER

In accordance with the oral rulings issued by the Court at the classified status conference held on March 20, 2024, it is hereby

**ORDERED** that, on May 15, 2024, at 10:30 a.m., the parties shall appear before the Court for a classified motion hearing.

**SO ORDERED** this 20th day of March, 2024.

REGGIE B. WALTON
United States District Judge