UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANAD ALI YISLAM AL-KAZIMI,

    Petitioner,

v.

JOSEPH R. BIDEN, et al.,

    Respondents.

Civil Action No. 05-2386 (RBW)

## ORDER

Due to a change in the Court's calendar, it is hereby

**ORDERED** that the classified motion hearing currently scheduled for May 15, 2024, is **CONTINUED** to May 22, 2024, at 11:00 a.m.

**SO ORDERED** this 5th day of April, 2024.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge